# EXHIBIT A



US011307369B2

(12) **United States Patent**
Takano et al.

(10) **Patent No.:** US 11,307,369 B2
(45) **Date of Patent:** Apr. 19, 2022

(54) **ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING**

(71) Applicant: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jimmy Jun-Fu Chang**, Worcester, MA (US)

(73) Assignee: **Senko Advanced Components, Inc.,** Marlborough (MA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/370,057**

(22) Filed: **Jul. 8, 2021**

(65) **Prior Publication Data**

US 2021/0373262 A1     Dec. 2, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/327,197, filed on May 21, 2021, which is a continuation of application
(Continued)

(51) **Int. Cl.**
 *G02B 6/42* (2006.01)
 *G02B 6/38* (2006.01)

(52) **U.S. Cl.**
 CPC ........... *G02B 6/4292* (2013.01); *G02B 6/387* (2013.01); *G02B 6/3825* (2013.01);
(Continued)

(58) **Field of Classification Search**
 None
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 681,132 | A | 8/1901 | Norton |
| 3,721,945 | A | 3/1973 | Hults |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2495693 A1 | 4/2004 |
| CA | 2495693 A1 | 4/2004 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion; Application No. PCT/US2018/042202, dated Dec. 7, 2018, pp. 17.
(Continued)

*Primary Examiner* — Tina M Wong

(57) **ABSTRACT**

An optical connector holding one or more optical ferrule assembly is provided. The optical connector includes an outer body, an inner front body accommodating the one or more optical ferrule assembly, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four optical ferrule assembly are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight optical ferrule assembly are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A receptacle can hold one or more connector inner bodies forming a single boot for all the optical fibers of the inner bodies.

**40 Claims, 82 Drawing Sheets**



**US 11,307,369 B2**

Page 2

## Related U.S. Application Data

No. 17/090,855, filed on Nov. 5, 2020, which is a continuation of application No. 16/414,546, filed on May 16, 2019, now Pat. No. 10,859,778, which is a continuation of application No. 16/388,053, filed on Apr. 18, 2019, now Pat. No. 11,169,338, which is a continuation of application No. 16/035,691, filed on Jul. 15, 2018, now Pat. No. 10,281,668.

(60) Provisional application No. 62/588,276, filed on Nov. 17, 2017, provisional application No. 62/549,655, filed on Aug. 24, 2017, provisional application No. 62/532,710, filed on Jul. 14, 2017.

(52) **U.S. Cl.**
CPC .......... *G02B 6/3893* (2013.01); *G02B 6/3873* (2013.01); *G02B 6/3878* (2013.01); *G02B 6/4228* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,150,790 | A | 4/1979 | Potter |
| 4,240,695 | A | 12/1980 | Evans |
| 4,327,964 | A | 5/1982 | Haesley et al. |
| 4,478,473 | A | 10/1984 | Frear |
| 4,762,388 | A | 8/1988 | Tanaka et al. |
| 4,764,129 | A | 8/1988 | Jones et al. |
| 4,840,451 | A | 6/1989 | Sampson et al. |
| 4,872,736 | A | 10/1989 | Myers et al. |
| 4,979,792 | A | 12/1990 | Weber |
| 5,026,138 | A | 6/1991 | Boudreau |
| 5,031,981 | A | 7/1991 | Peterson |
| 5,011,025 | A | 8/1991 | Haitmanek |
| 5,041,025 | A | 8/1991 | Haitmanek |
| 5,073,045 | A | 12/1991 | Abendschein |
| D323,143 | S | 1/1992 | Ohkura et al. |
| 5,101,463 | A | 3/1992 | Cubukciyan |
| 5,146,813 | A | 9/1992 | Stanfill, Jr. |
| 5,159,652 | A | 10/1992 | Grassin D'Alphonse |
| 5,212,752 | A | 5/1993 | Stephenson et al. |
| 5,265,181 | A | 11/1993 | Chang |
| 5,289,554 | A | 2/1994 | Cubukciyan et al. |
| 5,315,679 | A | 5/1994 | Baldwin |
| 5,317,663 | A | 5/1994 | Beard et al. |
| 5,321,784 | A | 6/1994 | Cubukciyan et al. |
| 5,335,301 | A | 8/1994 | Newman et al. |
| 5,348,487 | A | 9/1994 | Marazzi et al. |
| 5,418,875 | A | 5/1995 | Nakano |
| 5,444,806 | A | 8/1995 | de Marchi et al. |
| 5,481,634 | A | 1/1996 | Anderson et al. |
| 5,506,922 | A | 4/1996 | Grois et al. |
| 5,521,997 | A | 5/1996 | Rovenolt et al. |
| 5,570,445 | A | 10/1996 | Chou et al. |
| 5,588,079 | A | 12/1996 | Tanabe et al. |
| 5,602,951 | A | 2/1997 | Shiota |
| 5,684,903 | A | 11/1997 | Kyomasu et al. |
| 5,687,268 | A | 11/1997 | Stephenson et al. |
| 5,781,681 | A | 7/1998 | Manning |
| 5,845,036 | A | 12/1998 | De Marchi |
| 5,862,282 | A | 1/1999 | Matsuura |
| 5,915,987 | A | 6/1999 | Reed |
| 5,930,426 | A | 7/1999 | Harting |
| 5,937,130 | A | 8/1999 | Amberg et al. |
| 5,953,473 | A | 9/1999 | Shimotsu |
| 5,956,444 | A | 9/1999 | Duda et al. |
| 5,971,626 | A | 10/1999 | Knodell et al. |
| 6,041,155 | A | 3/2000 | Anderson et al. |
| 6,049,040 | A | 4/2000 | Biles et al. |
| 6,095,862 | A | 8/2000 | Doye |
| 6,134,370 | A | 10/2000 | Childers et al. |
| 6,178,283 | B1 | 1/2001 | Weigel |
| RE37,080 | E | 3/2001 | Stephenson et al. |
| 6,206,577 | B1 | 3/2001 | Hall, III et al. |
| 6,206,581 | B1 | 3/2001 | Driscoll et al. |
| 6,227,717 | B1 | 5/2001 | Ott et al. |
| 6,238,104 | B1 | 5/2001 | Yamakawa et al. |
| 6,240,228 | B1 | 5/2001 | Chen |
| 6,247,849 | B1 | 6/2001 | Liu |
| 6,250,817 | B1 | 6/2001 | Lampert et al. |
| 6,276,840 | B1 | 8/2001 | Weiss |
| 6,318,903 | B1 | 11/2001 | Andrews |
| 6,364,537 | B1 | 4/2002 | Maynard |
| 6,379,052 | B1 | 4/2002 | de Jong |
| 6,422,759 | B1 | 7/2002 | Kevern |
| 6,450,695 | B1 | 9/2002 | Matsumoto |
| 6,461,054 | B1 | 10/2002 | Iwase |
| 6,471,412 | B1 | 10/2002 | Belenkiy et al. |
| 6,478,472 | B1 | 11/2002 | Anderson et al. |
| 6,485,194 | B1 | 11/2002 | Shirakawa |
| 6,527,450 | B1 | 3/2003 | Miyachi |
| 6,530,696 | B1 | 3/2003 | Ueda |
| 6,551,117 | B2 | 4/2003 | Poplawski et al. |
| 6,565,262 | B2 | 5/2003 | Childers |
| 6,572,276 | B1 | 6/2003 | Theis |
| 6,579,014 | B2 | 6/2003 | Melton et al. |
| 6,585,194 | B1 | 7/2003 | Brushwood |
| 6,634,796 | B2 | 10/2003 | de Jong |
| 6,634,801 | B1 | 10/2003 | Waldron et al. |
| 6,648,520 | B2 | 11/2003 | McDonald et al. |
| 6,668,113 | B2 | 12/2003 | Togami |
| 6,682,228 | B2 | 1/2004 | Rahnam et al. |
| 6,685,362 | B2 | 2/2004 | Burkholder et al. |
| 6,695,486 | B1 | 2/2004 | Falkenberg |
| 6,811,321 | B1 | 11/2004 | Schmalzigaug et al. |
| 6,817,272 | B2 | 11/2004 | Holland |
| 6,854,894 | B1 | 2/2005 | Yunker et al. |
| 6,869,227 | B2 | 3/2005 | Del Grosso |
| 6,872,039 | B2 | 3/2005 | Baus et al. |
| 6,935,789 | B2 | 8/2005 | Gross, III et al. |
| 7,036,993 | B2 | 5/2006 | Luther |
| 7,052,186 | B1 | 5/2006 | Bates |
| 7,077,576 | B2 | 7/2006 | Luther |
| 7,090,407 | B2 | 8/2006 | Melton et al. |
| 7,091,421 | B2 | 8/2006 | Kukita et al. |
| 7,111,990 | B2 | 9/2006 | Melton et al. |
| 7,113,679 | B2 | 9/2006 | Melton et al. |
| D533,504 | S | 12/2006 | Lee |
| D534,124 | S | 12/2006 | Taguchi |
| 7,150,567 | B1 | 12/2006 | Luther et al. |
| 7,153,041 | B2 | 12/2006 | Mine et al. |
| 7,198,409 | B2 | 4/2007 | Smith et al. |
| 7,207,724 | B2 | 4/2007 | Gurreri |
| D543,146 | S | 5/2007 | Chen et al. |
| 7,258,493 | B2 | 8/2007 | Milette |
| 7,261,472 | B2 | 8/2007 | Suzuki et al. |
| 7,264,402 | B2 | 9/2007 | Theuerkorn |
| 7,281,859 | B2 | 10/2007 | Mudd et al. |
| 7,284,912 | B2 | 10/2007 | Suzuki et al. |
| D558,675 | S | 1/2008 | Chien et al. |
| 7,315,682 | B1 | 1/2008 | En Lin et al. |
| 7,325,976 | B2 | 2/2008 | Gurreri et al. |
| 7,325,980 | B2 | 2/2008 | Pepe |
| 7,329,137 | B2 | 2/2008 | Martin et al. |
| 7,347,634 | B2 | 3/2008 | Gunther et al. |
| 7,354,291 | B2 | 4/2008 | Caveney et al. |
| 7,331,718 | B2 | 5/2008 | Yazaki et al. |
| 7,371,082 | B2 | 5/2008 | Zimmel et al. |
| 7,387,447 | B2 | 6/2008 | Mudd et al. |
| 7,390,203 | B2 | 6/2008 | Murano et al. |
| D572,661 | S | 7/2008 | En Lin et al. |
| 7,431,604 | B2 | 10/2008 | Waters et al. |
| 7,463,803 | B2 | 12/2008 | Cody et al. |
| 7,465,180 | B2 | 12/2008 | Kusuda et al. |
| 7,473,124 | B1 | 1/2009 | Briant |
| 7,510,335 | B1 | 3/2009 | Su et al. |
| 7,513,695 | B1 | 4/2009 | Lin et al. |
| 7,534,128 | B2 | 5/2009 | Caveney et al. |
| 7,540,666 | B2 | 6/2009 | Luther |
| 7,561,775 | B2 | 7/2009 | Lin et al. |
| 7,588,373 | B1 | 9/2009 | Sato |
| 7,591,595 | B2 | 9/2009 | Lue et al. |
| 7,594,766 | B1 | 9/2009 | Sasser et al. |

# US 11,307,369 B2

Page 3

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,641,398 | B2 | 1/2010 | O'Riorden et al. |
| 7,695,199 | B2 | 4/2010 | Teo et al. |
| 7,699,533 | B2 | 4/2010 | Milette |
| 7,712,970 | B1 | 5/2010 | Lee |
| 7,717,625 | B2 | 5/2010 | Margolin |
| 7,824,113 | B2 | 11/2010 | Wong et al. |
| 7,837,395 | B2 | 11/2010 | Lin et al. |
| D641,708 | S | 7/2011 | Tammauchi |
| 8,083,450 | B1 | 12/2011 | Smith et al. |
| 8,152,385 | B2 | 4/2012 | de Jong |
| 8,186,890 | B2 | 5/2012 | Lu |
| 8,192,091 | B2 | 6/2012 | Hsu et al. |
| 8,202,009 | B2 | 6/2012 | Lin et al. |
| 8,221,007 | B2 | 7/2012 | Peterhans |
| 8,251,733 | B2 | 8/2012 | Wu |
| 8,267,595 | B2 | 9/2012 | Lin et al. |
| 8,270,796 | B2 | 9/2012 | Nhep |
| 8,408,815 | B2 | 4/2013 | Lin et al. |
| 8,414,196 | B2 | 4/2013 | Lu |
| 8,465,317 | B2 | 6/2013 | Gniadek et al. |
| 8,534,928 | B2 | 9/2013 | Cooke |
| 8,550,728 | B2 | 10/2013 | Takahashi |
| 8,556,645 | B2 | 10/2013 | Crain |
| 8,559,781 | B2 | 10/2013 | Childers |
| 8,622,634 | B2 | 1/2014 | Arnold |
| 8,636,424 | B2 | 1/2014 | Kuffel et al. |
| 8,651,749 | B2 | 2/2014 | Clovis et al. |
| 8,676,022 | B2 | 3/2014 | Jones |
| 8,678,670 | B2 | 3/2014 | Takahashi |
| 8,727,638 | B2 | 5/2014 | Lee |
| 8,757,894 | B2 | 6/2014 | Katoh |
| 8,764,308 | B2 | 7/2014 | Irwin |
| 8,770,863 | B2 | 7/2014 | Cooke et al. |
| 8,869,661 | B2 | 10/2014 | Opstad |
| 9,052,474 | B2 | 6/2015 | Jiang |
| 9,063,296 | B2 | 6/2015 | Dong |
| 9,250,399 | B2 | 2/2016 | Margolin et al. |
| 9,250,402 | B2 | 2/2016 | Ishii et al. |
| 9,310,569 | B2 | 4/2016 | Lee |
| 9,366,829 | B2 | 6/2016 | Czosnowski |
| 9,411,110 | B2 | 8/2016 | Barnette, Jr. et al. |
| 9,448,370 | B2 | 9/2016 | Xue et al. |
| 9,465,172 | B2 | 10/2016 | Shih |
| 9,494,744 | B2 | 11/2016 | de Jong |
| 9,548,557 | B2 | 1/2017 | Liu |
| 9,551,842 | B2 | 1/2017 | Theuerkorn |
| 9,557,495 | B2 | 1/2017 | Raven et al. |
| 9,568,686 | B2 | 2/2017 | Fewkes et al. |
| 9,581,768 | B1 | 2/2017 | Baca et al. |
| 9,599,778 | B2 | 3/2017 | Wong et al. |
| 9,658,409 | B2 | 5/2017 | Gniadek |
| 9,678,283 | B1 | 6/2017 | Chang et al. |
| 9,684,130 | B2 | 6/2017 | Veatch et al. |
| 9,684,136 | B2 | 6/2017 | Cline et al. |
| 9,684,313 | B2 | 6/2017 | Chajec |
| 9,709,753 | B1 | 8/2017 | Chang et al. |
| 9,778,425 | B2 | 10/2017 | Nguyen |
| 9,829,644 | B2 | 11/2017 | Nguyen |
| 9,829,645 | B2 | 11/2017 | Good |
| 9,829,653 | B1 | 11/2017 | Nishiguchi |
| 9,869,825 | B2 | 1/2018 | Bailey et al. |
| 9,880,361 | B2 | 1/2018 | Childers |
| 9,946,035 | B2 | 4/2018 | Gustafson |
| 9,971,103 | B2 | 5/2018 | de Jong et al. |
| 9,989,711 | B2 | 6/2018 | Ott et al. |
| 10,031,296 | B2 | 7/2018 | Good |
| 10,067,301 | B2 | 9/2018 | Murray |
| 10,107,972 | B1 | 10/2018 | Gniadek et al. |
| 10,114,180 | B2 | 10/2018 | Suzic |
| 10,146,011 | B2 | 12/2018 | Nhep |
| 10,281,668 | B2 | 5/2019 | Takano et al. |
| 10,281,669 | B2 | 5/2019 | Takano et al. |
| 10,859,778 | B2 * | 12/2020 | Takano ................ G02B 6/4292 |
| 11,181,701 | B2 * | 11/2021 | Wong ................... G02B 6/3821 |
| 2002/0168148 | A1 | 11/2002 | Gilliland |

| | | | |
|---|---|---|---|
| 2002/0172467 | A1 | 11/2002 | Anderson et al. |
| 2002/0191919 | A1 | 12/2002 | Nolan |
| 2003/0053787 | A1 | 3/2003 | Lee |
| 2003/0063862 | A1 | 4/2003 | Fillion |
| 2003/0157825 | A1 | 8/2003 | Kane |
| 2004/0052473 | A1 | 3/2004 | Seo |
| 2004/0109646 | A1 | 6/2004 | Anderson |
| 2004/0161958 | A1 | 6/2004 | Togami et al. |
| 2004/0136657 | A1 | 7/2004 | Ngo |
| 2004/0141693 | A1 | 7/2004 | Szilagvi et al. |
| 2004/0234209 | A1 | 11/2004 | Cox et al. |
| 2004/0247252 | A1 | 12/2004 | Ehrenreich |
| 2005/0036744 | A1 | 2/2005 | Caveney et al. |
| 2005/0111796 | A1 | 5/2005 | Matasek et al. |
| 2005/0135755 | A1 | 6/2005 | Kiani et al. |
| 2005/0141817 | A1 | 6/2005 | Yazaki et al. |
| 2006/0013539 | A1 | 1/2006 | Thaler |
| 2006/0076061 | A1 | 4/2006 | Bush |
| 2006/0089049 | A1 | 4/2006 | Sedor |
| 2006/0127025 | A1 | 6/2006 | Haberman |
| 2006/0153503 | A1 | 7/2006 | Suzuki |
| 2006/0160429 | A1 | 7/2006 | Dawiedczyk et al. |
| 2006/0193562 | A1 | 8/2006 | Theuerkorn |
| 2006/0269194 | A1 | 11/2006 | Luther et al. |
| 2006/0274411 | A1 | 12/2006 | Yamauchi |
| 2007/0025665 | A1 | 2/2007 | Dean |
| 2007/0028409 | A1 | 2/2007 | Yamada |
| 2007/0079854 | A1 | 4/2007 | You |
| 2007/0098329 | A1 | 6/2007 | Shimoji et al. |
| 2007/0149028 | A1 | 6/2007 | Yu et al. |
| 2007/0149062 | A1 | 6/2007 | Long et al. |
| 2007/0230874 | A1 | 10/2007 | Lin |
| 2007/0232115 | A1 | 10/2007 | Burke et al. |
| 2007/0243749 | A1 | 10/2007 | Wu |
| 2008/0008430 | A1 | 1/2008 | Kewitsch |
| 2008/0013896 | A1 | 1/2008 | Salzberg et al. |
| 2008/0044137 | A1 | 2/2008 | Luther et al. |
| 2008/0056647 | A1 | 3/2008 | Margolin et al. |
| 2008/0064334 | A1 | 3/2008 | Hamadi |
| 2008/0069501 | A1 | 3/2008 | Mudd et al. |
| 2008/0101757 | A1 | 5/2008 | Lin et al. |
| 2008/0226237 | A1 | 9/2008 | O'Rioreden et al. |
| 2008/0267566 | A1 | 10/2008 | En Lin |
| 2009/0028507 | A1 | 1/2009 | Jones et al. |
| 2009/0047818 | A1 | 2/2009 | Irwin et al. |
| 2009/0092360 | A1 | 4/2009 | Lin et al. |
| 2009/0176401 | A1 | 7/2009 | Gu |
| 2009/0196555 | A1 | 8/2009 | Lin et al. |
| 2009/0214162 | A1 | 8/2009 | O'Riorden et al. |
| 2009/0220197 | A1 | 9/2009 | Gniadek |
| 2009/0220200 | A1 | 9/2009 | Wong et al. |
| 2009/0222457 | A1 | 9/2009 | Gallant |
| 2009/0290839 | A1 | 11/2009 | En Lin |
| 2009/0290938 | A1 | 11/2009 | Asaoka |
| 2010/0034502 | A1 | 2/2010 | Lu et al. |
| 2010/0054668 | A1 | 3/2010 | Nelson |
| 2010/0061069 | A1 | 3/2010 | Cole |
| 2010/0092136 | A1 | 4/2010 | Nhep |
| 2010/0220961 | A1 | 9/2010 | de Jong et al. |
| 2010/0247041 | A1 | 9/2010 | Szilagyi |
| 2010/0284656 | A1 | 11/2010 | Morra |
| 2010/0322561 | A1 | 12/2010 | Lin et al. |
| 2011/0044588 | A1 | 2/2011 | Larson et al. |
| 2011/0058773 | A1 | 3/2011 | Peterhans |
| 2011/0131801 | A1 | 6/2011 | Nelson et al. |
| 2011/0155810 | A1 | 6/2011 | Taniguichi |
| 2011/0177710 | A1 | 7/2011 | Tobey |
| 2011/0239220 | A1 | 9/2011 | Gibson |
| 2012/0099822 | A1 | 4/2012 | Kuffel et al. |
| 2012/0155810 | A1 | 6/2012 | Nakagawa |
| 2012/0189260 | A1 | 7/2012 | Kowalczyk et al. |
| 2012/0237177 | A1 | 9/2012 | Minota |
| 2012/0269485 | A1 | 10/2012 | Haley et al. |
| 2012/0301080 | A1 | 11/2012 | Gniadek |
| 2012/0308183 | A1 | 12/2012 | Irwin |
| 2012/0328248 | A1 | 12/2012 | Larson |
| 2013/0019423 | A1 | 1/2013 | Srutkowski |
| 2013/0071067 | A1 | 3/2013 | Lin |
| 2013/0089995 | A1 | 4/2013 | Gniadek et al. |

## US 11,307,369 B2
Page 4

(56)                 **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0094816 A1 | 4/2013 | Lin et al. |
| 2013/0101258 A1 | 4/2013 | Hikosaka |
| 2013/0121653 A1 | 5/2013 | Shitama et al. |
| 2013/0170797 A1 | 7/2013 | Ott |
| 2013/0183012 A1 | 7/2013 | Lopez et al. |
| 2013/0216185 A1 | 8/2013 | Klavuhn |
| 2013/0259429 A1 | 10/2013 | Czosnowski et al. |
| 2013/0308915 A1 | 11/2013 | Buff |
| 2013/0322825 A1* | 12/2013 | Cooke .................. G02B 6/3831 |
| | | 385/59 |
| 2014/0016901 A1 | 1/2014 | Lambourn et al. |
| 2014/0023322 A1 | 1/2014 | Gniadek |
| 2014/0050446 A1 | 2/2014 | Chang |
| 2014/0056562 A1 | 2/2014 | Limbert |
| 2014/0133808 A1 | 5/2014 | Hill et al. |
| 2014/0169727 A1 | 6/2014 | Veatch et al. |
| 2014/0219621 A1 | 8/2014 | Barnette, Jr. et al. |
| 2014/0226946 A1 | 8/2014 | Cooke et al. |
| 2014/0241644 A1 | 8/2014 | Kang |
| 2014/0241678 A1 | 8/2014 | Bringuier et al. |
| 2014/0241688 A1 | 8/2014 | Isenhour et al. |
| 2014/0334780 A1 | 11/2014 | Nguyen et al. |
| 2014/0348477 A1 | 11/2014 | Chang |
| 2015/0003788 A1 | 1/2015 | Chen |
| 2015/0111417 A1 | 4/2015 | Vanderwoud |
| 2015/0177463 A1 | 6/2015 | Lee |
| 2015/0198766 A1 | 7/2015 | Takahashi |
| 2015/0212282 A1 | 7/2015 | Lin |
| 2015/0241644 A1 | 8/2015 | Lee |
| 2015/0301294 A1 | 10/2015 | Chang et al. |
| 2015/0331201 A1 | 11/2015 | Takano et al. |
| 2015/0355417 A1 | 12/2015 | Takano et al. |
| 2015/0370021 A1 | 12/2015 | Chan |
| 2015/0378113 A1 | 12/2015 | Good et al. |
| 2016/0131849 A1 | 5/2016 | Takano et al. |
| 2016/0139343 A1 | 5/2016 | Dean, Jr. et al. |
| 2016/0161681 A1 | 6/2016 | Banal, Jr. et al. |
| 2016/0172852 A1 | 6/2016 | Tamura |
| 2016/0178852 A1 | 6/2016 | Takano |
| 2016/0195682 A1 | 6/2016 | Takano |
| 2016/0291262 A1 | 6/2016 | Chang et al. |
| 2016/0231512 A1 | 8/2016 | Seki |
| 2016/0259135 A1 | 9/2016 | Gniadek et al. |
| 2016/0266326 A1 | 9/2016 | Gniadek |
| 2016/0320572 A1 | 11/2016 | Gniadek |
| 2016/0349458 A1 | 12/2016 | Murray |
| 2016/0370545 A1 | 12/2016 | Jiang |
| 2017/0003458 A1 | 1/2017 | Gniadek |
| 2017/0205587 A1 | 7/2017 | Chang et al. |
| 2017/0205590 A1 | 7/2017 | Bailey |
| 2017/0205591 A1 | 7/2017 | Takano et al. |
| 2017/0212313 A1 | 7/2017 | Elenabaas |
| 2017/0212316 A1 | 7/2017 | Takano |
| 2017/0254961 A1 | 9/2017 | Kamada et al. |
| 2017/0276275 A1 | 9/2017 | Beemer et al. |
| 2017/0276887 A1 | 9/2017 | Allen |
| 2017/0277059 A1 | 9/2017 | Miura et al. |
| 2017/0343740 A1* | 11/2017 | Nguyen ............... G02B 6/4246 |
| 2018/0128988 A1 | 5/2018 | Chang |
| 2018/0156988 A1 | 6/2018 | Gniadek |
| 2018/0172923 A1 | 6/2018 | Bauco |
| 2018/0252872 A1 | 9/2018 | Chen |
| 2018/0341069 A1 | 11/2018 | Takano |
| 2019/0064447 A1 | 2/2019 | Chang et al. |
| 2019/0204513 A1 | 7/2019 | Davidson et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2836038 Y | 11/2006 |
| CN | 2836038 Y | 11/2006 |
| CN | 201383588 Y | 1/2010 |
| CN | 201383588 Y | 1/2010 |
| CN | 2026500189 U | 12/2013 |
| CN | 106997078 | 8/2017 |

| | | |
|---|---|---|
| DE | 19507669 A1 | 9/1996 |
| DE | 202006011910 U1 | 3/2007 |
| DE | 102006019335 U1 | 10/2007 |
| EP | 1074868 A1 | 2/2001 |
| EP | 1074868 A1 | 7/2001 |
| EP | 1211537 A2 | 6/2002 |
| EP | 1211537 A3 | 6/2002 |
| EP | 1245980 A1 | 10/2002 |
| EP | 1566674 A2 | 8/2005 |
| GB | 2111240 A | 6/1983 |
| JP | 2000089059 A | 3/2000 |
| JP | 03752331 B2 | 3/2006 |
| JP | 2009229545 A | 10/2009 |
| JP | 2009276493 A | 11/2009 |
| JP | 04377820 B2 | 12/2009 |
| JP | 2011027876 A | 2/2011 |
| JP | 2012053375 A | 3/2012 |
| KR | 20040028409 A | 4/2006 |
| KR | 2009005382 A | 1/2009 |
| KR | 200905382 U | 6/2009 |
| KR | 1371686 B1 | 3/2014 |
| TW | 200821653 A | 5/2008 |
| WO | 200179904 A2 | 10/2001 |
| WO | WO2001079904 A2 | 10/2001 |
| WO | 2004027485 A1 | 4/2004 |
| WO | WO2006007120 A1 | 1/2006 |
| WO | 2008112986 A1 | 9/2008 |
| WO | 2009135787 A1 | 11/2009 |
| WO | 2010024851 A2 | 3/2010 |
| WO | 2012136702 A1 | 10/2012 |
| WO | 2012162385 A1 | 11/2012 |
| WO | WO2012162385 A1 | 11/2012 |
| WO | 2014028527 A1 | 2/2014 |
| WO | 2014182351 A1 | 11/2014 |
| WO | WO2015103783 A1 | 7/2015 |
| WO | 2015191024 A1 | 12/2015 |
| WO | 2016019993 A1 | 2/2016 |
| WO | 2016148741 A1 | 9/2016 |
| WO | WO2019126333 A1 | 6/2019 |

OTHER PUBLICATIONS

International Search Report and Written Opinion, Application No. PCT/US2019/013861, dated Apr. 8, 2019, pp. 15.
Fiber Optic Connectors Tutorial, 2018, pp. 20.
Fiber Optic Glossary, Feb. 29, 2016, pp. 93.
"Fiber Optic Interconnect Solutions, Tactical Fiber Optical Connectors, Cables and Termini" 2006, Glenair, Inc., Glendale, California, www.mps-electronics.de, pp. 232.
"Fiber Optic Products Catalog" Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania, www.ampnetconnect.com, pp. 204.
"Fiber Optic Connectors and Assemblies Catalog" 2009, Huber & Suhner Fiver Optics, Herisau, Switzerland, www.hubersuhner.com, pp. 104.
PCT/US2018/062406 International Search Report dated Mar. 18, 2019.
PCT/US2018/062406 The written Opinion dated Mar. 18, 2019.
PCT/US2018/062405 International Search Report dated Apr. 3, 2019.
PCT/US2018/062405 The written Opinion dated Apr. 3, 2019.
PCT/IB2018/056133 Written Opinion dated Jan. 3, 2019.
PCY/IB/056133 Search Report dated Jan. 3, 2019.
Final Office Action, U.S. Appl. No. 16/035,691, dated Feb. 11, 2019, pp. 8.
Non-Final Office Action, U.S. Appl. No. 16/035,695, dated Sep. 28, 2018, pp. 7.
International Search Report and Written Opinion, Application No. PCT/US/2018/042202, pp. 17, dated Dec. 7, 2018.
International Search Report and Written Opinion, Application No. PCT/US19/24718, dated Jun. 26, 2019, pp. 7.
ISR for PCT/US2019/013861, dated Apr. 8, 2019, 3 pages.
WO for PCT/US2019/013861, dated Apr. 8, 2019, 11 pages.
International Search Report and Written Opinion for Application No. PCT/US2018/62406 dated Mar. 18, 2019, 12, pages, United States.

**US 11,307,369 B2**

Page 5

(56)          **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion for Application No. PCT/US2019/40700 dated Sep. 27, 2019, 12, pages, United States.

International Search Report and Written Opinion for Application No. PCT/US2019/50895 dated Jan. 6, 2020, 12, pages, United States.

International Search Report and Written Opinion for Application No. PCT/US2019/50909 dated Dec. 17, 2019, 11, pages, United States.

International Search Report and Written Opinion for Application No. PCT/US2019/56564 dated Jan. 14, 2020, 14, pages, United States.

International Search Report and Written Opinion, Application No. PCT/US19/46397, dated Nov. 12, 2019, pp. 6.

International Search Report; PCT/US2018/042202 filed Jul. 16, 2018; Applicant: Senko Advanced Components, Inc.

International Preliminary Report on Patentability for PCT/US2019/022940 dated Oct. 1, 2020, 11 pages.

Extended European Search Report and Written Opinion, Application No. 18832246.5, dated Mar. 15, 2021, pp. 6.

* cited by examiner



FIG. 1B
(Prior Art)

FIG. 1A
(Prior Art)



FIG. 1D
(Prior Art)

FIG. 1C
(Prior Art)



FIG. 2A
(Prior Art)

FIG. 2B
(Prior Art)



FIG. 2C
(Prior Art)

FIG. 2D
(Prior Art)



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10





FIG. 12A

FIG. 12B



FIG. 13



FIG. 14A

FIG. 14B

FIG. 14C





FIG. 16



FIG. 17



FIG. 18A

FIG. 18B





FIG. 20



FIG. 21A



FIG. 21B



FIG. 22



FIG. 23A



FIG. 23B



FIG. 24



FIG. 25A



FIG. 25B



FIG. 26



FIG. 27B



FIG. 27A



FIG. 28A

FIG. 28B



FIG. 29B



FIG. 29A



FIG. 29C



FIG. 29D



FIG. 29E



FIG. 30



FIG. 31



FIG. 32A



FIG. 32B



FIG. 33A



FIG. 33B







FIG. 36A



FIG. 36B



FIG. 37



FIG. 38



FIG. 39



FIG. 40A

FIG. 40B

FIG. 40C



FIG. 41



FIG. 42B

FIG. 42A



FIG. 43



FIG. 44A



FIG. 44B



FIG. 44C



FIG. 45



FIG. 46



**FIG. 47**



FIG. 48



FIG. 49



4700

3.85

FIG. 50



FIG. 51

5103



FIG. 52

16

4700



**FIG. 53**



**FIG. 54**





FIG. 55



FIG. 56



FIG. 57



**FIG. 58**



FIG. 59



FIG. 60



**FIG. 61**



FIG. 62A



FIG. 62B



FIG.62C



**FIG. 63A**



**FIG. 63B**



FIG. 64



FIG. 65



FIG. 66A



FIG. 66B



FIG. 67A



FIG. 67B



FIG. 67C



FIG. 67D



FIG. 68A



FIG. 68B



FIG. 69

US 11,307,369 B2

**1**

## ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority as continuation of U.S. patent application Ser. No. 17/327,197 filed on May 21, 1921 entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING" which is a continuation of Ser. No. 17/090,855 filed Nov. 5, 1920 entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS A PART OF A RECONFIGURABLE OUTER HOUSING" which is a continuation of U.S. patent application Ser. No. 16/414,546 filed May 16, 2019 entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING" which is a continuation of U.S. patent application Ser. No. 16/388,053 filed Apr. 18, 2019 entitled "Ultra-Small Form Factor Optical Connectors", which is a continuation of U.S. patent application Ser. No. 16/035,691, filed Jul. 15, 2018 entitled "Ultra-Small Form Factor Optical Connectors" now U.S. Pat. No. 10,281,668 granted May 7, 2019, which claims priority to the following: U.S. Provisional Patent Application Ser. Nos. 62/532,710 filed Jul. 14, 2017, 62/549,655 filed Aug. 24, 2017, and 62/588,276 filed Nov. 17, 2017, all the disclosures of which are incorporated by reference herein.

### FIELD OF THE INVENTION

The present disclosure relates generally to ultra-small form factor optical connectors and related connections within adapters and optical transceivers.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors and adapters are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable transceiver footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) transceiver footprint. This

**2**

footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Overstressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into a dense group of connectors and activate a release mechanism, adjacent cables and connectors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the adjacent cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

### SUMMARY OF THE INVENTION

An optical connector holding two or more LC-type optical ferrules is provided. The optical connector includes an outer body, an inner front body accommodating the two or more LC-type optical ferrules, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four LC-type optical ferrules are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight LC-type optical ferrules are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A mating receptacle (transceiver or adapter) includes a receptacle hook and a housing with an opening that accommodates the receptacle hook in a flexed position as the optical connector makes connection with the mating receptacle by introducing the receptacle hook into an optical receptacle hook recess.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A is a perspective view of a prior art standard 6.25 mm pitch LC connector SFP;

FIG. **1**B is a perspective view of a prior art standard 6.25 mm pitch LC adapter;

FIG. **1**C is a top view of the prior art adapter of FIG. **1**B;

FIG. **1**D is a front view of the prior art adapter of FIG. **1**B, showing the 6.25 mm pitch;

US 11,307,369 B2

3

FIG. **2**A is a perspective view of a prior art LC duplex connector;

FIG. **2**B is a perspective view of a prior art LC duplex connector with a remote release pull tab;

FIG. **2**C is a top view of a prior art LC connector used in the embodiments shown in FIGS. **2**A and **2**B;

FIG. **2**D is a side view of the prior art LC connector of FIG. **2**C;

FIG. **3** is an exploded view of one embodiment of a connector;

FIG. **4** is a perspective view of one embodiment of a connector;

FIG. **5** is a perspective view of one embodiment of a connector with the outer housing removed from the front body.

FIG. **6** is a perspective view of one embodiment of a duplex connector;

FIG. **7** is a perspective view of another embodiment of a duplex connector;

FIG. **8** is a perspective view of one embodiment of a quad connector;

FIG. **9** is another perspective view of one embodiment of a quad connector;

FIG. **10** shows various embodiments of adapter types;

FIG. **11**A is a side view of a connector connected to an adapter;

FIG. **11**B is a side view of a connector being removed from an adapter;

FIG. **12**A is a side view of the outer housing of a connector being removed;

FIG. **12**B is a perspective view of a transparent outer housing of a connector showing the front body;

FIG. **13** is a perspective view of one embodiment of a quad connector inserted into a corresponding adapter;

FIGS. **14**A-C are illustrative examples of cable management using various embodiments of connectors;

FIG. **15**A-B are illustrative examples of cable management using multiple fiber strands per jacket;

FIG. **16** is an illustrative example of using a cable management system using multiple fiber strands per jacket.

FIG. **17** is another illustrative example of using a cable management system using multiple fiber strands per jacket.

FIGS. **18**A-B are various views of one embodiment of a MT connector;

FIGS. **19**A-D are illustrative examples of possible alternative connector designs;

FIG. **20** shows moving two connectors from a duplex connector to two simplex connectors.

FIG. **21**A is an exploded view of a micro optical connector according to an embodiment.

FIG. **21**B is a perspective view of the assembled micro optical connector of FIG. **21**A.

FIG. **22** is a front view of the micro optical connector of FIG. **21**B showing overall connector dimensions and ferrule pitch.

FIG. **23**A is a cross-sectional view of the micro optical connector of FIG. **21**B latched into the adapter of FIG. **24**.

FIG. **23**B is a cross-sectional view of the micro optical connectors of FIG. **21**B unlatched from the adapter of FIG. **24**.

FIG. **24** is an exploded view of an adapter for the micro optical connectors of FIG. **21**B.

FIG. **25**A is a cross-sectional view of the adapter of FIG. **24**, assembled.

FIG. **25**B is a cross-sectional side view of the adapter housing of FIG. **24**.

4

FIG. **26** is a front view of the assembled adapter of FIG. **24**.

FIG. **27**A is an isometric view of the front body of the micro optical connector of FIG. **21**A.

FIG. **27**B is a right side view of the front body of FIG. **27**A.

FIG. **28**A is an isometric view of the back body of the micro optical connector of FIG. **21**A.

FIG. **28**B is a side view of the back body of FIG. **28**A.

FIG. **29**A is an isometric view of the outer housing of the micro optical connector of FIG. **21**A.

FIG. **29**B is a front view of the outer housing of FIG. **29**A.

FIG. **29**C is a cross-sectional view of the outer housing of FIG. **29**A showing the top of an orientation protrusion.

FIG. **29**D is an inner view of the outer housing of FIG. **29**A;

FIG. **29**E is an inner view of the outer housing of FIG. **29**A.

FIG. **30** is a side view of an adapter hook of the adapter of FIG. **24**.

FIG. **31** is an isometric view of the adapter of FIG. **24** assembled with the micro optical connectors of FIG. **21**B.

FIG. **32**A is cross-sectional view of a prior art connector showing a latch gap.

FIG. **32**B is a cross-sectional view of the micro optical connector of FIG. **21**B latched (left) and unlatched (right) within the adapter of FIG. **24**, assembled.

FIG. **33**A depicts the micro optical connector of FIG. **21**B in a QSFP footprint, depicting dimensions in millimeters.

FIG. **33**B depicts the micro optical connectors of FIG. **21**B in an SFP footprint, depicting dimensions in millimeters.

FIG. **34**A-**34**C depicts adapter hooks interacting with the micro optical connectors of FIG. **21**B before (FIG. **34**A), during (FIG. **34**B), and after (FIG. **34**C) latching.

FIG. **35**A-FIG. **35**C depicts the micro optical connector of FIG. **21**B side flap operation before (FIG. **35**A), during (FIG. **35**B), and after (FIG. **35**C) latching.

FIG. **36**A depicts plural micro optical connectors in a transceiver.

FIG. **36**B is a front view of the transceiver of FIG. **36**A.

FIG. **37** is an exploded view of a micro optical connector according to a further embodiment.

FIG. **38** is an isometric view of a front body of the micro optical connector of FIG. **37**.

FIG. **39** is an isometric view of a back body of the micro optical connector of FIG. **37**.

FIGS. **40**A, **40**B, and **40**C depict a technique for reversing polarity of the optical connector of FIG. **37**.

FIG. **41** is an exploded view of a micro optical connector according to a further embodiment.

FIG. **42**A is an isometric view of the front body of the micro optical connector of FIG. **41**.

FIG. **42**B is a side view of the front body of FIG. **42**A.

FIG. **43** is an isometric view of the back body of the micro optical connector of FIG. **41**.

FIGS. **44**A, **44**B, and **44**C are isometric views of the outer housings that may be used with any of the micro optical connectors of FIGS. **21**A, **37**, and **41**.

FIG. **45** is an exploded view of an adapter according to a further embodiment.

FIG. **46** is a cross-section of the adapter of FIG. **45**, assembled.

FIG. **47** is an exploded view of a connector according to another embodiment.

FIG. **48** is an isometric view of the back body and the back post of the connector of FIG. **47**.

US 11,307,369 B2

5                                                    6

FIG. **49** is a cross-section of the back post of FIG. **47** assembled with optical fibers.

FIG. **50** is a front view of the connector of FIG. **47**.

FIG. **51** is an isometric view of the boot of the connector of FIG. **47**.

FIG. **52** is a front view of the adapter of FIG. **45**.

FIG. **53** is a exploded view of one embodiment of a connector;

FIG. **54** is a perspective view of one embodiment of a connector;

FIG. **55** is a perspective view of one embodiment of a connector with the outer housing removed from the front body

FIG. **56** is a perspective view of one embodiment of a duplex connector;

FIG. **57** is a perspective view of another embodiment of a duplex connector;

FIG. **58** is a perspective of one embodiment of a quad connector;

FIG. **59** is a perspective of another embodiment of a quad connector;

FIG. **60** is a perspective of another embodiment of a quad connector;

FIG. **61** is a perspective of one embodiment of a quad connector inserted into a corresponding adapter;

FIGS. **62**A-C are illustrative examples of cable management using various embodiments of connectors;

FIG. **63**A-B are illustrative examples of cable management using multiple fiber strands per jacket;

FIG. **64** is an illustrative example of using a cable management system using multiple fiber strands per jacket.

FIG. **65** is another illustrative example of using a cable management system using multiple fiber strands per jacket;

FIG. **66**A-B are various views of one embodiment of a MT connector.

FIGS. **67** A-D are illustrative examples of possible alternative connector designs.

FIGS. **68**A-B are illustrative examples of additional possible alternative connector designs.

FIG. **69** is an illustrative example of a method of switching modes of operation of one or more connectors.

### DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, a CS connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors, for use, for example, with future narrow-pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors in dense arrays of narrow-pitch LC SFPs and narrow-width multi-fiber SFPs.

FIG. **1A** shows a perspective view of a prior art standard 6.25 mm pitch LC connector SFP **100**. The SFP **100** is configured to receive a duplex connector and provides two receptacles **102**, each for receiving a respective LC connector. The pitch **104** is defined as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **102**. FIG. **1B** shows a perspective view of a prior art standard 6.25 mm pitch LC adapter **106**. The adapter **106** is also configured to receive a duplex connector, and provides two receptacles **108**, each for receiving a respective LC connector. FIG. **1C** is a top view of the adapter **106** of FIG. **1B**. The pitch of the adapter **106** is defined similarly to that of the SFP **100**, as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **108**, as illustrated in FIG. **1D**, which shows a front view of the adapter **106**.

FIG. **2A** shows a prior art LC duplex connector **200** that may be used with the conventional SFP **100** and the conventional adapter **106**. The LC duplex connector **200** includes two conventional LC connectors **202**. FIG. **2B** shows another prior art LC duplex connector **204** having a remote release pull tab **206**, and including two conventional LC connectors **208**. As shown, the remote release pull tab includes two prongs **210**, each configured to couple to the extending member **212** of a respective LC connector **208**. FIGS. **2**C and **2**D show top and side views, respectively, of the conventional LC connector **208**, having a width of 5.6 mm, and further showing the extending member **212**.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, as shown in FIG. **3**, a connector **300** may comprise various components. Referring to FIG. **3**, an illustrative embodiment of a connector **300** is shown in an exploded view to display detail. In some embodiments, and

US 11,307,369 B2

7

as discussed further herein, a connector **300** may have an outer housing **301**, a front body **302**, one or more ferrules **303**, one or more ferrule flanges **304**, one or more springs **305**, a back body **306**, a back post **307**, a crimp ring **308**, and a boot **309**. In some embodiments, the back body **306** may comprise one or more protrusions **306**.**1** which may interlock with a window/cutout **302**.**1** in the front body **302**. This may allow for the back body **306** and the front body **302** to be securely fastened together around the ferrule(s) **303**, ferrule flange(s) **304**, and the spring(s) **305**. The elements of FIG. **3** are configured such that two optical connectors having four LC-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least two optical connectors having a total of eight LC-type optical ferrules may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

Referring now to FIG. **4**, an embodiment is shown wherein the connector **400** is assembled. In some embodiments, the assembled connector may have an outer housing **401**, a front body **402** positioned within the outer housing, one or more ferrules **403**, one or more ferrule flanges (not shown), one or more springs (not shown), a back body **406**, a back post (not shown), a crimp ring (not shown), a boot **409**, and a push-pull tab **410**. In some embodiments, the connector may have one or more latching mechanisms made up of a window **412** on the outer housing **401** near the push-pull tab **410**, and a protrusion **413** on the front body. The latching mechanism made up of the window **412** and protrusion **413** securely attaches the outer housing **401** to the front body **402**. In a further embodiment, the outer housing **401** may have a recess **411** to receive a locking tab or locking mechanism from an adapter (depicted in FIG. **13**, below). The recess **411** of the outer housing **401** is used to interlock with an adapter (depicted in FIG. **13**, below) or transceiver receptacle to secure the connector into the adapter. As would be understood by one skilled in the art, the push-pull tab **410** enables removal of the connector from a receptacle without requiring additional tools. Alternatively, the push-pull tab may be eliminated and the connector removed manually. In one or more further embodiments, the outer housing **401** may also have a key **414**. The key **414** may keep the connector in a given orientation when inserted into a receptacle such as an adapter or transceiver.

FIG. **5** depicts a procedure for changing the polarity of the optical connectors of the present disclosure. As shown in FIG. **5**, in some embodiments, the latching mechanism of the connector **500** may be made up of two main parts: a window (not visible) and one or more protrusions **513**. As illustrated in FIG. **5**, the outer housing **501** can slide on to or be removed from the front body **502** by disengaging the latching mechanisms formed by the protrusion **513** exiting through the window, whereby it contacts a rear wall of the window (refer to FIG. **4** for an illustrated example of the outer housing being attached to the front body via the latching mechanism). In some embodiments, the push-pull tab **510** may be permanently attached to the outer housing **501**, as shown.

The front body **502** may be removed from the outer housing **501**, rotated 180° as indicated by arrow **520**, and re-inserted into the outer housing. This allows for a change in the polarity of the front body **502**, as shown by the arrow diagram in FIG. **5**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules.

In some embodiments, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs.

8

Accordingly, as shown in FIG. **6**, a connector **600** may in some embodiments, utilize an outer housing **601** that is capable of holding two front bodies **602**. Various other embodiments are disclosed herein, and it should be noted that the embodiments disclosed herein are all non-limiting examples shown for explanatory purposes only.

Accordingly, although the embodiment shown in FIG. **6** utilizes a duplex outer housing **601**, additional or alternative embodiments may exist with more capacity, for example, six or eight optical connectors within a single outer housing. As shown in FIG. **6**, in some embodiments, the outer housing **601** may accept two front bodies **602**, each with two separate ferrules **603**. As shown, the front body(s) **602** may securely fasten to the outer housing **601** via the latching mechanism **612** and **613**. In additional embodiments, the push-pull tab **610** may be modified, as shown, such that a single tab can be used to free the two or more connectors from an adapter. As illustrated in FIG. **6**, the uni-body push-pull tab **610** and the outer housing **601** may have two windows **612** with which to receive multiple protrusions **613** of the front body(s) **602**. As discussed herein the recesses **611** of the outer housing **601** are used to secure the connectors to an adapter (depicted in FIG. **13** below). In one or more further embodiments, the connectors may have individual back bodies **606** and boots **609** (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. **7**, the connector **700** may have a single boot **709** and a duplex (i.e., uni-body) back body **706** instead of individual back bodies (e.g., such as shown in FIG. **6**). In some embodiments, the duplex back body **706** may have different dimensions than that of the individual back bodies of FIG. **6**, such as, for example, they may be longer to accommodate the need for routing the fiber after it exits the boot **709**. As with other embodiments discussed herein, the connector shown in FIG. **7** may also include an outer housing (e.g., duplex outer housing) **701**, one or more ferrules **703**, at least one latching mechanism formed by the protrusion (not shown) exiting through one or more windows **712**, and a push-pull tab **710**.

As stated, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, similar to FIG. **6**, FIG. **8** shows a connector **800** that may, in some embodiments, utilize an outer housing **801** that is capable of holding multiple (e.g., four) front bodies **802**.

As shown in FIG. **8**, some embodiments may have an outer housing **801** able to accept up to four front bodies **802**, each with one or more ferrules **803**. As shown, each front body **802** may securely fasten to the outer housing **801** via the latching mechanism **812** and **813**. In additional embodiments, the push-pull tab **810** may be modified such that a single tab can be used to remove the up to four connectors from an adapter. As illustrated in FIG. **8**, the push-pull tab **810** may include four recesses **811**, which as discussed herein are used to secure the connector to a receptacle such as an adapter (shown in FIG. **13**, below) or the front receptacle portion of a transceiver. In one or more further embodiments, the connectors may have individual back bodies **806** and boots **809** (i.e., one back body/boot per front body) as shown.

Similar to FIG. **8**, FIG. **9** shows an embodiment where the outer housing **901** is able to accept up to four front bodies **902**, each with one or more ferrules **903**. As shown, each front body **902** may securely fasten to the outer housing **901** via the latching mechanism **912** and **913**. In additional embodiments, the push-pull tab **910** may be modified such

US 11,307,369 B2

**9**

that a single tab can be used to remove the up to four CS connectors from an adapter. As illustrated in FIG. **9**, the push-pull tab **910** may include four recesses **911**, which as discussed herein are used to secure the connector to an adapter (shown in FIG. **13**, below) or the optical receptacle portion of a transceiver. The FIG. **9** embodiment may utilize a single back body **906** and a single boot **909**. In one or more further embodiments, the connectors may have individual back bodies **906** and boots **909** (i.e., one back body/boot for all four front bodies) as shown.

In another aspect, the present disclosure provides method for reconfiguring optical cables in which the outer housings of the connectors may be removed and the remaining portion of the assembled connector is inserted into a housing having a larger or smaller capacity.

For example, the outer housings of plural two-ferrule capacity housings may be removed and the connector inner body and associated components inserted into a second outer housing that has either a four-ferrule or eight-ferrule capacity. Alternatively, an outer housing with a four-ferrule capacity may be removed and the inner bodies and associated components are inserted into two second outer housings, each of the two second housings having a two-ferrule capacity. Similarly, an outer housing with an eight-ferrule capacity may be removed and replaced by two four-ferrule capacity housing or a four-ferrule capacity and two two-ferrule capacity housings. In this manner, cables may be flexibly reconfigured to match the capacity of a mating optical-electrical component such as a transceiver. This aspect of the present disclosure is demonstrated in connection with FIG. **10**.

Referring now to FIG. **10**, various embodiments may exist such as a single housing **1001** which receives a single connector **1002**. Additional embodiments may also exist, such as a duplex housing **1003** which receives two connectors **1004** and/or a quad housing **1005** which may receive up to four connectors **1006**. It should be understood by one skilled in the art that various other embodiments may exist that are not explicitly shown. For example, a housing with the capacity for 5, 6, 7, 8, 9, 10 or more connectors may be utilized for various embodiments disclosed herein. As shown below, it is desirable to have flexible housing configurations so that connectors may be grouped and ungrouped between optical and optoelectronic components such as adapters and transceivers.

Alternatively, in some embodiments the connector may utilize one or more duplex back bodies with a single boot, similar to that shown in FIG. **7**. Thus, similar to FIG. **7**, an embodiment may allow for a further reduced footprint, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing that may accept up to four front bodies, each with one or more ferrules. In some embodiments, each front body may securely fasten to the outer housing via a latching mechanism. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to free the up to four front bodies from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the connectors to an adapter (shown in FIG. **13**) or the optical receptacle portion of a transceiver.

In further embodiments, the connector may utilize a single uni-body back body with a single boot (i.e., as shown in FIG. **9**). Thus, an embodiment may allow for a further reduced foot print, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may

**10**

have an outer housing that may accept up to four front bodies, each with one or more ferrules. Each front body may securely fasten to the outer housing via the latching mechanism as discussed herein. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to remove up to four connectors from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the connectors to an adapter.

The optical connectors of the present disclosure are all configured to be received in a receptacle. As used herein, the term "receptacle" relates generically to a housing that receives an optical connector. A receptacle includes optical adapters, that is, components that mate two or more optical connectors, and transceivers, which include an optical receptacle to hold connectors that are to communicate with an optoelectronic component (e.g., a component that converts optical signals to electrical signals). As shown in FIG. **11**A, in one embodiment **1100**A, the outer housing **1101** may comprise one or more recesses **1111**. As discussed and shown herein, the one or more recesses may allow for a receptacle **1114** to securely connect to the connector **1100**A. Accordingly, in some embodiments, the receptacle **1114** may have a receptacle hook **1115**, which is flexible and can secure the connector **1100**A into the receptacle via latching onto the wall of the recess **1111**, as shown. This latching takes place when the outer housing **1101** is pushed forward into the receptacle. The sloped portions of the outer housing **1101** allow the receptacle hook **1115** to slide up and over the front of the outer housing thereby securing the connector **1100**A into the receptacle.

Additionally or alternatively, in some embodiments, such as that shown in FIG. **11**B, a connector **1100**B may be removed from a receptacle **1114** by pulling the connector away from the adapter as indicated by the directional arrow. In some embodiments, the force may be applied by a user via the push-pull tab **1110**. Alternatively, when a push-pull tab is not present, the connector may still be manually removed from a receptacle. As shown in FIG. **11**B, as the connector **1100**B is removed from the receptacle **1114**, the flexible receptacle hooks **1115** separate and slide up the slope of the end of the connector and allow for removal of the connector from the receptacle.

Referring now to FIGS. **12**A and **12**B, as discussed herein and previously shown in FIG. **5**, the front body **1202** can be removed from the outer housing **1201**. In some embodiments, a portion of the outer body **1201** can be flexibly extended away from the front body **1202** as shown by the arrows in FIG. **12**A. As discussed herein, in some embodiments, the front body **1202** may comprise a protrusion **1213** which interlocks with a window (not shown) on the outer housing **1201**. Accordingly, when force is applied to the outer housing **1201** in a manner that removes the one or more protrusions **1213** from the one or more windows (not shown, see FIG. **4**), the front body **1202** may be removed from the outer housing.

Referring now to FIG. **13**, an embodiment **1300** is shown in which the connector (not shown in its entirety) is inserted into a receptacle such as adapter **1314**. In this specific non-limiting example, the connector is similar to that shown in FIG. **8** (i.e., comprising four front bodies each with their own back body **1306** and boot **1309**). However, unlike FIG. **8**, the embodiment shown here utilizes four individual push-pull tabs **1310** instead of a duplex push-pull tab system which manipulates two latching tabs per push-pull tab to allow the connector to be removed from the adapter **1314**.

US 11,307,369 B2

**11**

Various benefits and details have been discussed herein with regard to the connectors and their modular ability (e.g., to include multiple connectors into a single housing). In addition to the reduced footprint, structural improvements, and cost reduction, various embodiments herein may also be 5 beneficial with regard to reducing the burden of cabling in a data center environment. Illustrative embodiments shown in FIGS. **14**A through **14**C depict cable configurations that may be used to reduce the complexity of optical cables in a compact environment. Note that any of the optical connec- 10 tors described in this disclosure may be used in these embodiments, including the optical connectors of FIGS. **21**B, **37**, and **41**, to be discussed in detail below. FIG. **14**A shows two duplex cables similar to the cable shown in FIG. **6**. In some embodiments, one or more detachable clips **1401** 15 may be attached to two or more zip cables to prevent the zip cables from detaching. This allows for two or more cables to be bundled and reduce the risk of entanglement with additional cables. FIG. **14**B is an illustrative example of how easily an embodiment can separate into two individual 20 connectors by unbinding the cables and thus quickly and easily creating two independent fiber optic channels that can move and be connected independently. FIG. **14**C shows an embodiment in which a duplex connector like that of FIGS. **6** and **14**A is connected to two separate individual connec- 25 tors. Through the variable housing configurations depicted above in FIG. **10**, the cable of FIG. **14**A can be reconfigured as the cables of either **14**B or FIG. **14**C.

In addition to binding existing fiber cables, some embodiments herein may utilize a new four fiber zip cable. Refer- 30 ring now to FIG. **15**A, a conventional zip cable (i.e., one with a single fiber strand **1520** per jacket **1521**) is shown in comparison with an embodiment in which two fibers **1522** per jacket **1523** are utilized. It should be understood that this is merely a non-limiting example. In some embodiments, 35 multiple fibers may be included per jacket, such as, for example, four fibers per jacket in order to utilize the single boot **909** and uni-body rear body **906** of the connector shown in FIG. **9**.

A specific example using multi-strand cables is shown in 40 FIG. **16** for illustrative purposes only. It should be understood that numerous alternatives and modifications are possible, such as, for example, that shown in FIGS. **18**A-**18**B and FIGS. **19**A-**19**D. As shown, a switch (e.g., 100G switch) **1630** is shown with a transceiver (e.g., 100G transceiver) at 45 **1631**. The transceiver **1631** has a receptacle to receive duplex connectors **1632**. From each of the two duplex connectors **1632**, a four fiber cable **1633** extends to connect to various other connectors and transceivers. In some embodiments, as discussed herein, a clip (e.g., detachable 50 clip) **1640** may connect two or more cables (e.g., **1633**) to ensure the zip cables do not come apart. As shown, one four fiber cable **1633** is split into two two-fiber cables **1634**, which are then each attached to a single simplex connector **1635** and placed into a transceiver (e.g., 25G transceiver) 55 **1636**. As further shown, one of the four fiber cables **1637** is connected to a single duplex connector **1638**, which is then inserted into another transceiver (e.g., 50G transceiver) **1639**.

An additional or alternative embodiment is shown in FIG. 60 **17**. As shown, one or more switches (e.g., 400G switches) **1730** and **1732** are shown each with a transceiver (e.g., 400G transceiver) **1731** and **1733**. The first transceiver **1731** has a receptacle that is receiving two simplex (single) connectors **1734** and one duplex (dual) connector **1735**. From each of 65 the two simplex connectors **1734**, a two fiber cable **1736** extends to connect to various other connectors and trans-

**12**

ceivers. Similar to FIGS. **14** and **16**, some embodiments may have a clip (e.g., detachable clip) **1740** that may connect two or more cables (e.g., **1736**, **1738**, etc.) to ensure the zip cables do not come apart. From the duplex connector **1735** a four-fiber cable **1737** is split into two two-fiber cables **1738**, which are then each attached to a single simplex connector each and placed into a transceiver (e.g., 400G transceiver).

Accordingly, embodiments described herein allow for improvements over the current state of the art. By way of specific example, connectors generally have three types of fixed cables. Moreover, some cables may be bifurcated. As such, the cable cannot be split once installed and the polarity of the cables cannot be changed. Alternatively, the embodiments discussed herein may allow a user to change from a four-way to a 2-Duplex, to a 4-simplex connector, etc. (e.g., FIG. **20**). Moreover, as discussed herein, the individual connectors can be split into individual connectors anytime, even after deployment. Additionally, the polarity can be changed within the connectors easily in a manner that does not risk damage to the one or more ferrules and fibers, as discussed above. It should also be noted that the depicted connectors are used herein merely for illustrative purposes, and that various other connectors may be used in any embodiment (e.g., an MT connector, such as that shown in FIGS. **18**A-**18**B, and the optical connectors of FIGS. **21**, **37**, and **41**).

FIGS. **18**A-**18**B depict an optical connector including an MT ferrule **1810** in a housing that is substantially similar to the housing **301** of FIG. **3**. As with the embodiment of FIG. **3**, the various features of the connector are configured such that two optical connectors having two MT-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least four optical connectors having a total of four MT-type optical ferrules may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

FIGS. **19**A-**19**D show alternative embodiments of the optical connectors of FIG. **3** in which the push-pull tabs are not integrated with the optical connector housing. As seen in FIGS. **19**A-**19**B, a push-pull tab **1930** is a separable element from a connector housing. The push-pull tab **1930** actuates a latch **1910** for inserting and extracting the connector from an adapter or transceiver. An alternative latching mechanism is depicted in FIGS. **19**C-**19**D. Latch **1950** includes a notch that is actuated by push-pull tab **1960**.

FIG. **20** depicts the disassembly of a four-connector housing (two duplex connectors in a single housing) into two duplex connectors. This may be performed in changing, for example, a connector as shown in FIG. **14**A to a connector as shown in FIG. **14**C. In FIG. **20**, an optical connector **2000** is depicted including a housing **2010** that houses two duplex connectors (four optical fibers). The housing **2010** is removed, leaving the two duplex connectors **2020**. Two housings **2030** are then provided and two individual duplex connectors **2040** are then created from the initial single housing connector **2000**. This reconfigurable housing simplifies cable management, for example, when optical cables are interconnected between lower-speed transceivers and higher-speed transceivers as seen in FIG. **16**.

FIG. **21**A depicts an embodiment of an optical connector **2100**, shown in exploded view while **21**B depicts the optical connector **2100** in an assembled view. Optical connector **2100** may include an outer housing **2110**, a front body **2115**, one or more ferrules **2122**, one or more ferrule flanges **2124**, one or more springs **2125**, a back body **2130**, a back post **2135**, a crimp ring **2140**, and a boot **2145**. The outer housing

US 11,307,369 B2

**13**

**2110** may include a longitudinal bore for accommodating the front body **2115** and a ferrule assembly **2120**, a connector alignment key **2105** used during interconnection, a connector flap **2103** and an optional pull tab **2107** to facilitate removal of the connector **2100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In prior art optical connectors, an inner enclosed housing was used in place of open front body **2115**. Front body **2115** includes top and bottom portions but no sidewalls, termed "open sidewalls" in this embodiment. By using front body **2115**, space occupied by the prior art inner housing sidewalls becomes available to increase the density of optical connectors within a given footprint, an advantage over prior art connectors. It was determined that the outer housing **2110**, combined with the front body **2115**, provided sufficient mechanical strength and ferrule protection, advantageously providing the space for additional optical connectors. Removal of sidewalls increases available space by 1-2 millimeters.

Note that, in this embodiment, the outer housing is configured to hold two optical ferrules **2122**. Typically, two optical ferrules may be used in a "transmit" and "receive" pairing of optical fibers, called a duplex connector. However, the outer housing may be configured to hold more or fewer optical ferrules including a single optical ferrule, multiples of single optical ferrules, or multiple pairs of optical ferrules, depending upon the application. Further, the front body **2115** may be removed from the outer housing **2110** and the front body placed in a larger outer housing with other front bodies to form a larger optical connector in a manner to be discussed in more detail below. In particular, two front bodies may be used with a four-ferrule outer housing or four front bodies may be used with an eight-ferrule outer housing.

Turning to FIGS. **29**A and **29**B, isometric and front views of the outer housing **2110** are shown. As seen in the front view of FIG. **29**B and the cross-sectional view of FIG. **29**C, connector orientation protrusions **2910** are provided within the interior of the outer housing **2110**. Connector protrusion **2910** is further seen in the inner view of the housing, FIG. **29**E. When the front body is inserted within the longitudinal bore **2101** of outer housing **2110**, the outer housing connector flap **2103** locks the outer housing **2110** to the front body **2115** in the following manner. As the front body **2115** is inserted into the outer housing **2110**, the outer housing locking surface **2114**, best seen in FIG. **27**C, engages the connector orientation protrusion **2910**, seen in an inside view of the outer housing in FIG. **29**D, labelled as "Flap A", flexing the connector flap **2103** outwardly from the outer housing body **2110**, depicted in the inset of FIG. **29**C. The flap protrusion mating location is indicated as "mating place B" in FIG. **29**D. Once the locking surface **2114** passes beyond the orientation protrusion, the connector flap returns to its original position (FIG. **29**A), and the protrusion **2910** engages locking surface **2114** and any withdrawal of the front body assembly from the outer housing **2110** is prevented as the proximal end face of the connector flap **2103** is stopped by protrusion **2910**.

FIGS. **35**A-**35**C depict the sequence of operations to remove an assembled front body from the outer housing in order to reverse polarity or to aggregate plural connectors in a multi-connector housing. To separate the front body from the outer housing, the connector flap **2103** is flexed outward using a finger or a tool, as depicted in FIG. **35**B. Flexing the connector flap **2103** outwardly causes the protrusion **2910** to

**14**

disengage from the front body's outer housing locking surface **2114**, permitting the front body/ferrule assembly **2115** to be removed from the outer housing. This may be performed when it is desired to reverse the polarity of the connector (to be discussed below) or when desiring to aggregate plural connectors into a larger connector housing as discussed above. The separated components are depicted in FIG. **35**C, that is, front body **2115** with the ferrule assembled therein and outer housing **2110**.

In some embodiments, the back body **2130** may comprise one or more protrusions or hooks **2134**, best seen in FIGS. **28**A and **28**B, which may interlock with a back body hook window/cutout **2119** in the front body **2115**. This may allow for the back body **2130** and the front body **2115** to be securely fastened together around the ferrule(s) **2122**, ferrule flange(s) **2124**, and the spring(s) **2125**. The back body **2130** includes a cable bore **2820**, spring guides **2132**, and side protrusions **2810**.

During assembly, the ferrule flanges **2124** fit into ferrule flange alignment slots **2117** (see FIGS. **27**A and **27**B) adjacent the ferrule openings **2116** of the front body **2115**, compressing the springs **2125** (preload) which are positioned along front body spring holders **2118**. The ends of the springs **2125** are secured on spring guides **2132** (FIGS. **28**A, **28**B) of back body **2130** by spring tension. As seen in the assembled cross-sectional views of FIGS. **23**A and **23**B, the springs **2125** are positioned to urge the ferrules **2122** into contact with mating connectors or transceiver optics, ensuring minimum insertion loss. As further seen in FIGS. **27**A and **27**B, the front body includes a receptacle hook recess **2710** with a receptacle hook retainer surface **2720** the receiver a receptacle hook when mating with an adapter or with a transceiver receptacle, as shown in further detail below.

Further reductions in connector size may be obtained by reducing the size of springs **2125**, see FIG. **21**. By using a maximum spring outer diameter of 2.5 mm, the pitch of the ferrules, that is to say, the spacing between adjacent ferrules, may be reduced to 2.6 mm when coupled with the removal of inner housing walls and walls separating adjacent ferrules. This advantage is best seen in FIG. **22** which depicts the front of connector **2100** showing overall connector dimensions and ferrule pitch. The connector size 4.2×8.96× 30.85 mm (excluding optional pull tab **2107** and connector alignment key **2105**) with a ferrule pitch of 2.6 mm.

As best seen in FIG. **21**B, the outer housing **2110** and the front body **2115** together provide a receptacle hook ramp **2940** (on the outer housing) used to guide a receptacle hook into a receptacle hook recess **2170** (in the front body **2115**), also shown in FIGS. **27**A and **27**B (receptacle hook recess **2710** and receptacle hook retainer surface **2720**). The receptacle hook, to be discussed in more detail below, may be from an adapter or a transceiver to secure the optical connector **2100** thereto.

The optical connectors **2100** may be used in a variety of connection environments. In some applications, the optical connectors **2100** will mate with other optical connectors. Typically, this mating will occur with a receptacle such as an adapter or optical transceiver receptacle. An exemplary adapter **2400** depicted in FIG. **24** in an exploded view and depicted in FIG. **31** having four mating pairs of optical connectors **2100** latched therein. In other applications, as when an optical signal is to be converted to an electrical signal, the micro optical connectors **2100** will mate with an optical receptacle in a transceiver **3600** as shown in FIG. **36**. Typically, transceiver **3600** may be found in a data center, switching center, or any other location where optical signals

US 11,307,369 B2

15

are to be converted to electrical signals. Transceivers are often a part of another electrical device such as a switch or a server, as is known in the art. Although much of the connection operation of this embodiment will be described with respect to an adapter, **2400**, it is understood that substantially similar mechanical retention mechanisms are positioned within the receptacle of transceiver **3600** so that any description of connector retention in adapter **2400** applies in a substantially similar way to retention of an optical connector within transceiver **3600**. An example of a transceiver optical receptacle is depicted in FIG. **36**B (holding optical connectors **2100**); as seen in FIG. **36**B, the connection environment is substantially similar to one-half of an adapter **2400**.

Turning to FIG. **24**, further size reductions in the overall optical assembly of connectors plus adapter or connectors plus transceiver may be obtained through various connection mechanisms to be described with respect to the adapter **2400** but also apply to optical connection features within the front end of transceiver **3600**. The adapter **2400** includes an adapter housing **2402** having an adapter alignment assembly **2430** positioned therein. The adapter alignment assembly **2430** includes alignment sleeves **2410** positioned within alignment sleeve openings **2440** of alignment sleeve holders **2442**. The adapter alignment assembly further includes receptacle hooks **2302** that will grip optical connectors **2100** through front body connector hook recess **2710** of FIG. **21**B. As seen in FIG. **30**, receptacle hooks **2302** include an inner surface **3110**. The adapter housing **2402** further includes connector alignment slots **2403** that mate with connector alignment key **2105** of FIG. **21**A. The connectors **2100** are received through connector opening **2405** of the adapter housing **2402** which also includes flex tab **2401**, cutout **2456**, mount plate **2452** and panel hook **2490**. To assemble the adapter alignment assembly **2430** in the adapter housing **2402**, adapter housing hooks **2432** are provided. Adapter housing hooks **2432** are received in housing adapter hook openings.

It should be understood that above description of connection mechanisms with respect to adapter **2400** may be applied in a substantially similar way with respect to the receptacle of transceiver **3600**. Particularly, the receptacle of transceiver **3600** may include a receptacle housing having a receptacle alignment assembly positioned therein. The receptacle alignment assembly includes alignment sleeves positioned within alignment sleeve openings of alignment sleeve holders. The receptacle alignment assembly further includes receptacle hooks that will grip optical connectors **2100** through front body connector hook recess **2710** of FIG. **21**B. As seen in FIG. **30**, receptacle hooks **2302** include an inner surface **3110**. The receptacle housing further includes connector alignment slots that mate with connector alignment key of FIG. **21**A. The connectors **2100** are received through connector opening of the receptacle housing which also includes flex tab, cutout, mount plate and panel hook. To assemble the receptacle alignment assembly in the receptacle housing, receptacle housing hooks are provided. Receptacle housing hooks are received in housing receptacle hook openings.

To further reduce the size of optical connectors and associated mating components, the adapter housing **2402** includes receptacle hook openings **2420**, seen in FIGS. **25**A and **25**B. Receptacle hook openings **2420** accommodate the clearance required by receptacle hooks **2302** when they flex upwards prior to latching with connectors **2100**. The interaction of the receptacle hooks **2302**, having slanted inner surfaces **3110**, with the receptacle hook openings **2420** is

16

best seen in FIGS. **32**B and **34**A-C. Prior to latching (FIG. **34**A), the receptacle hook **2302** is in an unflexed condition within the receptacle (adapter or transceiver). As the connector **2100** is inserted into the adapter housing **2402** or the transceiver, the receptacle ramp **2490** pushes against the receptacle hook inner surfaces **3110**, flexing receptacle hook **2302** into the receptacle hook opening **2420**. Without providing the opening, additional clearance would need to be provided to accommodate the flexing of the receptacle hook **2302**. This additional required clearance is depicted in the prior art connector/adapter of FIG. **32**A. As seen in FIG. **32**A, a connector latch gap **3210** must be provided in the prior art to accommodate the prior art connector hooks, increasing the overall footprint of the prior art connector/ adapter assembly. By providing receptacle hook openings **2420** in the present disclosure, approximately 2.25 mm of valuable footprint real estate is obtained which may be used to increase connector density.

Another improvement in adapter size is obtained by removing prior art adapter walls between adjacent connectors. This is best seen in the front view of an assembled adapter **2400** shown in FIG. **26**. As seen, pairs of ferrule alignment sleeves **2410** are separated only by connector gap **2610** with a 4.35 mm pitch between adjacent connectors. The adapter size is 19.0×10.71×32.5 mm (excluding the adapter flange **2460**). Also seen in FIG. **26** is the connector alignment slot **2403**, alignment sleeve holder **2442**, and a front view of receptacle hooks **2302**.

FIG. **31** depicts an assembled adapter **2400** with four pairs of mating connectors **2100** latched therein. Note that in the latched position, receptacle hooks **2302** do not extend into receptacle hook openings **2420**. This is further visible in the cross-sectional view of an assembled adapter **2400** of FIG. **25**A. Connector alignment keys **2105** are positioned within connector alignment slots **2403**. As seen in the cross-sectional view of FIG. **23**A, the push-pull tab **2017** may extend beyond the connector boot **2145** providing clearance to easily grip the tab and remove a connector. Also seen in FIG. **31** is adapter flex tab **2401** and panel hook **2490** for interaction with racks or other equipment.

Through the various features described above, the density of optical connectors **2100** that may be provided in the standard transceiver footprint connector spaces may be doubled. For example, in a small form factor pluggable (SFP) footprint of 14×12.25 mm, two connectors **2100** having four LC-type ferrules **2122** of 1.25 mm outer diameter may be accommodated as seen in FIG. **33**B. Similarly, in a quad small form factor pluggable (QSFP) footprint of 13.5×19 mm, four connectors **2100** having a total of eight LC-type ferrules **2122** may be accommodated as seen in FIG. **33**A. Further, by providing the connectors in transmit and receive pairs, greater flexibility in optical routing is obtained, as demonstrated by previous FIGS. **16** and **17**.

Turning to FIG. **37**, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the optical connector of FIG. **21**A et seq. In FIG. **37**, connector **3700** may include an outer housing **3710**, a front body **3715**, one or more ferrules **3722**, one or more ferrule flanges **3724**, one or more springs **3725**, a back body **3730**, a back post **3735**, a crimp ring **3740** (depicted with an optional heat shrink tube extending therefrom), and a boot **3745**. The outer housing **3710** may include a longitudinal bore **3701** for accommodating the front body **3715** and ferrules **3722**, a connector alignment key **3705** used during interconnection, a connector flap **3703** and an optional pull tab **3707** to facilitate removal of the connector **3700** when connected in

US 11,307,369 B2

17

a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In FIG. **38** an isometric view of the front body **3715** is depicted. In this embodiment, the back body hook cutout **3819** has been moved forward, advantageously strengthening the assembled connector in side load environments. An alignment tab **3895** is provided for mating with a receiving recess on the back body. The receptacle hook recess **3910** operates in a substantially similar manner to the recess of FIG. **21**A, described above. A ferrule flange alignment slot **3817** is also provided.

In FIG. **39**, the back body **3730** is depicted, showing alignment tab recess **3997** for receiving alignment tab **3895**. The front body hook **3934**, for interconnecting in back body **15** hook cutout **3819**, extends outwardly from the main portion of the back body through extended hook arm **3996**. Through the extended hook arm **3996** and the alignment tab **3895**, breakage during side loads is reduced as the load is redistributed more evenly across the entire connector, reducing **20** stress on the backpost.

As seen in FIGS. **40**A-**40**C, the assembled front body **3715** may be removed from the outer housing **3710**, rotated 180° as indicated by the arrow (FIG. **40**B), and re-inserted into the outer housing (FIG. **40**C). This allows for a change **25** in the polarity of the front body **3715**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules. As described previously with respect to FIGS. **35**A-**35**C, connector flap **3703** is flexed outward to release the front body from the **30** outer housing.

Turning to FIG. **41**, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the micro optical connectors of FIG. **21**A and FIG. **37**. In FIG. **35** **41**, connector **4100** may include an outer housing **4110**, a front body **4115**, one or more ferrules **4122**, one or more springs **4125**, a back body **4130**, a crimp ring **4140**, and a boot **4145**. The outer housing **4110** may include a connector flap **4103** and an optional pull tab **4107** to facilitate removal **40** of the connector **4100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

As seen in FIG. **42**A, the front body **4015** in this embodiment includes a middle wall **4260** interposed between the **45** ferrules and springs when the front body is assembled. This middle wall reduces the possibility of the springs becoming entangled with each other, binding the connector and breaking the optical fibers. The front body **4015** also includes an alignment cut out guide **4625**, seen in the side view of FIG. **50** **42**B. The alignment cut out guides the back body **4030** into the front body **4015** during assembly of the connecter, and also further reduces the side load that leads to connector breakage or disconnection of the front body and the back body **4030**.

Back body **4030**, depicted in an enlarged view in FIG. **43**, includes an alignment guide **4377** that fits into the alignment cut out guide **4265** of FIG. **42**B. The wall structure **4378** also stops the front body to prevent over-compressing the springs and provides strength under a side load. **60**

Various modifications to the outer housing, depicted in FIGS. **44**A-**44**C, may be used with any of the optical connectors depicted in FIGS. **21**, **37**, and **41** or earlier embodiments. In FIG. **44**A, the push-pull tab **3707** may include a release recess **4473**. Release recess **4473** permits **65** insertion of a tool or fingernail to remove the connector from an adapter or transceiver, without disturbing adjacent con-

18

nectors. Similarly, FIG. **44**B depicts a release hole **4499** in push-pull tab **3707** to permit insertion of an extraction tool to remove the connector from an adapter or transceiver. FIG. **44**C shows a modified connector flap **3703** with an increased cutout size of 1 mm to make it easier to insert a tool or a finger to flex the flap **3703** and remove the front body assembly when making a polarity change or aggregating the front body with other front bodies in a larger outer housing.

Another embodiment of an adapter/transceiver receptacle is depicted in FIG. **45**. Unlabeled elements are substantially similar to elements depicted in FIG. **24**. In this FIG., adapter housing hooks **4532** can be seen along with receptacle hooks **4502**. Turning to the cross-sectional view of the assembled adapter in FIG. **46**, the engagement of these elements may be seen.

Another embodiment of an optical connector **4700** is depicted in FIG. **47**. The optical connector of FIG. **47** includes outer housing **4710**, front body **4715**, ferrules **4722**, springs **4725**, back body **4730**, backpost **4735**, crimp ring **4740**, and boot **4745**. Here, the emphasis is on the back body, **4730**. A more detailed view of the back body **4730** is presented in FIG. **48**. In this embodiment, the backpost flange has a substantially rectangular shape in order to narrow the overall connector profile by approximately 0.5 mm. Back post overmolding **4859** accommodates the back post flange **4857** and reduces the potential for back post breakage. The back wall **4853** is extended in length to 3 mm from 1.5 mm to improve the sideload strength of the overall connector. The crimp ring positioning **4855** is inversed from earlier embodiments to improve holding of aramid fiber from an optical fiber cable, improving cable retention of the back post.

Many advantages are achieved by the backpost of FIG. **48**. In addition to increased connector strength, a longer fiber path **4901** is provided as shown in FIG. **49**. This longer fiber path, approximately 1.5 mm longer than in previous embodiments, allows for a gentler curve as the fibers are split from the fiber optic cable, improving insertion and return loss of the fibers. In FIG. **49**, the back wall **4853** can be seen as a portion of the back body **4730**.

In view of the various modifications of this embodiment, FIG. **50** depicts a connector **4700** front view showing overall reduced connector width of 3.85 mm. Such a size reduction permits **4** optical connectors (a total of 8 ferrules) to be accommodated in a transceiver or connector footprint of 16 mm (including tolerances). Thus, the connectors of the present invention may be used to connect 8 LC-ferrule-housed fibers in a QSFP footprint.

To further decrease the space required by the optical connectors, a side thickness reduction may be carried out on the boot of connector **4700**. Side thickness reduction **5103**, depicted in FIG. **51**, narrows the thickness of the boot on either side, reducing the space required by the boot to the 3.85 mm profile of connector **4700**. Thus four connectors will fit in the QSFP transceiver footprint. This footprint is shown in the adapter front view of FIG. **52**—as noted above, the front view of an adapter and that of a transceiver are substantially similar from the optical perspective. In FIG. **52**, the adapter inner wall is reduced from 17.4 mm to 16 mm. All of the modifications set forth in the FIG. **47** et seq. embodiment make it possible for the four connectors to fit in the profile of FIG. **52**.

In some embodiments, as shown in FIG. **53**, a connector **10300** may comprise various components. Referring to FIG. **53**, an illustrative embodiment of a connector **10300** is shown in an exploded view to display detail. In some embodiments, and as discussed further herein, a connector

US 11,307,369 B2

19

10300 may have an outer housing 10301, a front body 10302, one or more ferrules 10303, one or more ferrule flanges 10304, one or more springs 10305, a back body 10306, a back post 10307, a crimp ring 10308, a boot 10309, and a push-pull tab 10310. In some embodiments, the back body 10306 may comprise one or more protrusions 10306.1 which may interlock with a window/cutout 10302.1 in the front body 10302. This may allow for the back body 10306 and the front body 10302 to be securely fastened together around the ferrule(s) 10303, ferrule flange(s) 10304, and the spring(s) 10305.

Referring now to FIG. 54, an embodiment is shown wherein the connector 10400 is assembled. In some embodiments, the assembled connector may have an outer housing 10401, a front body (not shown, see FIGS. 53 and 55.), one or more ferrules 10403, one or more ferrule flanges (not shown), one or more springs (not shown), a back body 10406, a back post (not shown), a crimp ring (not shown), a boot 10409, a push-pull tab 10410, and one or more latching mechanisms made up of a window 10412 on the outer housing and a protrusion 10413 on the front body. The latching mechanism 10412 and 10413 securely attaches the outer housing 10401 to the front body. In a further embodiment, the push-pull tab 10410 may have an opening to receive a locking tab 10411. The locking tab 10411 of the outer housing 10401 is used to interlock with an adapter (not shown) to secure the connector into the adapter. As would be understood by one skilled in the art, the push-pull tab 10410 enables easy manipulation of the locking tab 10411 to allow for removal of the connector from the adapter without requiring additional tools.

As shown in FIG. 55, in some embodiments, the latching mechanism of the connector 10500 may be made up of two parts: a window 10512 and a protrusion 10513. As illustrated in FIG. 55, the outer housing 10501 can slide on to or be removed from the front body 10502 by disengaging the latching mechanisms formed by the protrusion 10513 exiting through the window 10512, whereby it contacts a side wall of the window (refer to FIG. 54 for an illustrated example of the outer housing being attached to the front body via the latching mechanism). In some embodiments, the push-pull tab 10510 may also be detached from the outer housing 10501, as shown.

In a further embodiment, the front body 10502 may be removed from the outer housing 10501, rotated 180°, and re-inserted into the outer housing. This allows for a change in the polarity of the front body 10502, as shown by the arrow diagram in FIG. 55, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules.

In some embodiments, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, as shown in FIG. 56, a connector 10600 may in some embodiments, utilize an outer housing 10601 that is capable of holding two front bodies (not shown). Various other embodiments are disclosed herein, and it should be noted that the embodiments disclosed herein are all non-limiting examples shown for explanatory purposes only.

Accordingly, although the embodiment shown in FIG. 56 utilizes a duplex outer housing 10601, additional or alternative embodiments may exist with more capacity. As shown in FIG. 56, in some embodiments, the outer housing 10601 may accept two front bodies (not shown), each with two separate ferrules 10603. As shown, the front body (not shown) may securely fasten to the outer housing 10601 via the latching mechanism 10612 and 10613. In additional

20

embodiments, the push-pull tab 10610 may be modified, as shown, such that a single tab can be used to free the two or more connectors from an adapter. As illustrated in FIG. 56, the push-pull tab 10610 may include two openings with which to receive multiple locking tabs 10611 of the outer housing 10601. As discussed herein the locking tabs 10611 of the outer housing 10601 are used to secure the connectors to an adapter (not shown). In one or more further embodiments, the connectors may have individual back bodies 10606 and boots 10609 (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. 57, the connector 10700 may have a single boot 10709 and a duplex (i.e., uni-body) back body 10706 instead of individual back bodies (e.g., such as shown in FIG. 56). In some embodiments, the duplex back body 10706 may have different dimensions than that of the individual back bodies of FIG. 56, such as, for example, they may be longer to accommodate the need for routing the fiber after it exits the boot 10709. As with other embodiments discussed herein, the connector shown in FIG. 57 may also include an outer housing (e.g., duplex outer housing) 10701, one or more ferrules 10703, at least one latching mechanism formed by the protrusion 10713 exiting through the window 10712, and push-pull tab 10710.

As stated, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, similarly to FIG. 56, FIG. 58 shows an connector 10800 that may, in some embodiments, utilize an outer housing 10801 that is capable of holding multiple (e.g., four) front bodies (not shown).

As shown in FIG. 58, some embodiments may have an outer housing 10801 able to accept up to four front bodies, each with one or more ferrules 10803. As shown, each front body (not shown) may securely fasten to the outer housing 10801 via the latching mechanism 10812 and 10813. In additional embodiments, the push-pull tab 10810 may be modified, as shown, such that a single tab can be used to free the up to four connectors from an adapter. As illustrated in FIG. 58, the push-pull tab 10810 may include four openings with which to receive multiple locking tabs 10811 of the outer housing 10801. As discussed herein the locking tabs 10811 of the outer housing 10801 are used to secure the connectors to an adapter (not shown). In one or more further embodiments, the connectors may have individual back bodies 10806 and boots 10809 (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. 59, the connector 10900 may utilize one or more duplex back bodies 10906 with a single boot 10909, similar to that shown in FIG. 57. Thus, similar to FIG. 57, the embodiment shown in FIG. 59 may allow for a further reduced front print, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing 10901 may accept up to four front bodies, each with one or more ferrules 10903. As shown, each front body (not shown) may securely fasten to the outer housing 10901 via the latching mechanism 10912 and 10913. In additional embodiments, the push-pull tab 10910 may be modified, as shown, such that a single tab can be used to free the up to four front bodies from an adapter. As illustrated in FIG. 59, the push-pull tab 10910 may include four openings with which to receive multiple locking tabs 10911 of the outer housing 10901. As discussed herein the locking tabs 911 of the outer housing 10901 are used to secure the connectors to an adapter (not shown).

US 11,307,369 B2

21

In further embodiments, such as that shown in FIG. **60**, the connector **101000** may utilize a single uni-body bead body **101006** with a single boot **101009**. Thus, the embodiment shown in FIG. **59** may allow for a further reduced foot print, even less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing **101001** that may accept up to four front bodies, each with one or more ferrules **101003**. As shown, each front body (not shown) may securely fasten to the outer housing **101001** via the latching mechanism **101012** and **101013**. In additional embodiments, the push-pull tab **101010** may be modified, as shown, such that a single tab can be used to free up to four connectors from an adapter. As illustrated in FIG. **60**, the push-pull tab **101010** may include four openings with which to receive multiple locking tabs **101011** of the outer housing **101001**. As discussed herein the locking tabs **101011** of the outer housing **101001** are used to secure the connectors to an adapter (not shown).

Referring now to FIG. **61**, an embodiment **101100** is shown in which the connector (not shown in its entirety) is inserted into an adapter **101114**. In this specific non-limiting example, the connector is similar to that shown in FIG. **58** (i.e., comprising four front bodies each with their own back body **101106** and boot **101109**). However, unlike FIG. **58**, the embodiment shown here utilizes four individual push-pull tabs **101110** instead of a single push-pull tab which manipulates four latching tabs to allow the connector to be removed from the adapter **101114**.

Various benefits and details have been discussed herein with regard to the connectors and their modular ability (e.g., to include multiple connectors into a single unit). In addition to the reduced footprint, structural improvements, and cost reduction, various embodiments herein may also be beneficial with regard to reducing the burden of cabling in a data center environment. Illustrative embodiments shown in FIGS. **62**A through **62**C depict cable configurations that can be used to reduce the complexity of optical cables in a compact environment. FIG. **62**A shows two duplex cables similar to the cable shown in FIG. **56**. This allows for two or more cables to be bundled and reduce the risk of entanglement with additional cables. FIG. **62**B is an illustrative example, of how easily an embodiment can separate into two individual connectors by unbinding the cables and thus quickly and easily creating two independent fiber optic channels that can move independently. FIG. **62**C shows an embodiment in which a duplex connector like that of FIGS. **56** and **62**A is connected to two separate individual connectors.

In addition to binding existing fiber cables, some embodiments herein may utilize a new four fiber zip cable. Referring now to FIG. **63**A, a conventional zip cable (i.e., one with a single fiber strand **101320** per jacket **101321**) is shown in comparison with an embodiment where two fibers **101322** per jacket **101323** may be utilized. It should be understood that this is merely a non-limiting example. In some embodiments, multiple fibers may be included per jacket, such as, for example, four fibers per jacket in order to utilize the single boot **101009** and uni-body read body **101006** of the connector shown in FIG. **60**.

A specific example using multi-strand cables is shown in FIG. **64** for illustrative purposes only. It should be understood that numerous alternatives and modifications are possible, such as, for example, that shown in FIG. **66**A-**66**B, FIGS. **67**A-**67**D, and **68**A-**68**B. As shown, a switch (e.g., 100G switch) **101430** is shown with a transceiver (e.g., 100G transceiver) **101431**. The transceiver **101431** has an adapter to receive two mini duplex connectors **101432**.

22

From each of the two duplex connectors **1432**, a four fiber cable **101433** extends to connect to various other connectors and transceivers. As shown, one four fiber cable **101433** is split into two two-fiber cables **101434**, which are then attached to a single simplex connector **101435** and placed into a transceiver (e.g., 25G transceiver) **101436**. As further shown, one of the four fiber cables **101437** is connected to a single mini duplex connector **101438**, which is then inserted into another transceiver (e.g., 50G transceiver) **101439**.

Accordingly, embodiments described herein allow for improvements over the current state of the art. By way of specific example, ROX connectors generally have three types of fixed cables: ROX 1, ROX 2, and ROX 4. Moreover, ROX cables are bifurcated. As such, the cable cannot be split once installed and the polarity of the cables cannot be changed. Alternatively, the embodiments discussed herein may allow a user to change from a four way to a 2-Duplex, to a 4-simplex connector, etc. (e.g., FIG. **69**). Moreover, as discussed herein, the individual connectors can be split into individual connectors anytime, even after deployment. Additionally, as discussed herein, the polarity can be changed within the connectors in an easy manner that does not risk damage to the one or more ferrules. It should also be noted, as discussed herein that connectors are used herein merely for simplicity purposes, and that various other connectors may be used in any embodiment (e.g., an MT connector, such as that shown in FIG. **66**A-**66**B).

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that this disclosure is not limited to particular methods, reagents, compounds, compositions or biological systems, which can, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

US 11,307,369 B2

23

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

24

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. An optical fiber connector comprising:

first and second optical fiber ferrules;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing holding the first and second optical fiber ferrules such that the first and second optical fiber ferrules are exposed through the front end portion for making an optical connection and the first and second optical fiber ferrules are spaced apart from one another along the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the connector housing comprises a guide connecting the elongate arm to the optical fiber connector.

**2**. The optical fiber connector as set forth in claim **1**, wherein the guide defines a groove extending along the longitudinal axis.

**3**. The optical fiber connector as set forth in claim **2**, wherein the elongate arm is slidably received in the groove.

**4**. The optical fiber connector as set forth in claim **1**, wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis.

**5**. The optical fiber connector as set forth in claim **4**, wherein the front end portion of the elongate arm defines an opening.

**6**. The optical fiber connector as set forth in claim **5**, wherein the depressible latch is received in the opening.

**7**. The optical fiber connector as set forth in claim **6**, wherein the depressible latch has a front end portion and rear end portion spaced apart along the longitudinal axis and wherein the depressible latch extends upward along the transverse axis as the depressible latch extends along the longitudinal axis from the front end portion to the rear end portion of the depressible latch.

25

**8**. The optical fiber connector as set forth in claim **7**, wherein the rear end portion of the depressible latch is spaced apart above the top portion of the connector housing along the transverse axis.

**9**. The optical fiber connector as set forth in claim **8**, wherein the front end portion of the elongate arm includes an edge defining a front end of the opening.

**10**. The optical fiber connector as set forth in claim **9**, wherein the depressible latch has an upper surface, the edge opposing the upper surface.

**11**. The optical fiber connector as set forth in claim **1**, wherein the connector housing includes a front body and a back body.

**12**. The optical fiber connector as set forth in claim **11**, further comprising a single cable boot extending rearward from the back body.

**13**. The optical fiber connector as set forth in claim **1**, further comprising a single cable boot extending rearward from the connector housing.

**14**. The optical fiber connector as set forth in claim **10**, wherein the elongate arm is configured to be pulled rearward along the longitudinal axis with respect to the connector housing whereby the edge slides longitudinally along the upper surface to depress the depressible latch.

**15**. The optical fiber connector as set forth in claim **14**, wherein the guide defines a groove extending along the longitudinal axis.

**16**. The optical fiber connector as set forth in claim **15**, wherein the elongate arm is slidably received in the groove.

**17**. The optical fiber connector as set forth in claim **15**, wherein the connector housing includes a front body and a back body.

**18**. The optical fiber connector as set forth in claim **17**, wherein the front body includes a recess and the back body includes a protrusion received in the recess to connect the back body to the front body.

**19**. The optical fiber connector as set forth in claim **18**, further comprising a single cable boot extending rearward from the connector housing.

**20**. An optical fiber connector comprising:

first and second optical fiber ferrules;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing holding the first and second optical fiber ferrules such that the first and second optical fiber ferrules are exposed through the front end portion for making an optical connection and the first and second optical fiber ferrules are spaced apart from one another along the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis;

wherein the front end portion of the elongate arm defines an opening;

wherein the depressible latch is received in the opening;

wherein the depressible latch has a front end portion and rear end portion spaced apart along the longitudinal axis and wherein the depressible latch extends upward along the transverse axis as the depressible latch

26

extends along the longitudinal axis from the front end portion to the rear end portion of the depressible latch;

wherein the rear end portion of the depressible latch is spaced apart above the top portion of the connector housing along the transverse axis;

wherein the front end portion of the elongate arm includes an edge defining a front end of the opening;

wherein the depressible latch has an upper surface, the edge opposing the upper surface;

wherein the elongate arm is configured to be pulled rearward along the longitudinal axis with respect to the connector housing whereby the edge slides longitudinally along the upper surface to depress the depressible latch.

**21**. An optical fiber connector comprising:

first and second optical fiber ferrules;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing holding the first and second optical fiber ferrules such that the first and second optical fiber ferrules are exposed through the front end portion for making an optical connection and the first and second optical fiber ferrules are spaced apart from one another along the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis;

the optical fiber connector further comprising a push/pull tab extending from the rear end portion of the elongate arm.

**22**. An optical fiber connector comprising:

first and second optical fiber ferrules;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing holding the first and second optical fiber ferrules such that the first and second optical fiber ferrules are exposed through the front end portion for making an optical connection and the first and second optical fiber ferrules are spaced apart from one another along the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the connector housing includes a front body and a back body;

wherein the front body includes a recess and the back body includes a protrusion received in the recess to connect the back body to the front body.

**23**. An optical fiber connector comprising:

a multi-fiber ferrule configured to terminate a plurality of optical fibers;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a

US 11,307,369 B2

27

28

bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing being configured to hold the multi-fiber ferrule such that the multi-fiber ferrule is exposed through the front end portion for making an optical connection and the plurality of optical fibers are spaced apart from one another in a row extending parallel to the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the connector housing comprises a guide connecting the elongate arm to the optical fiber connector.

**24**. The optical fiber connector as set forth in claim **23**, wherein the guide defines a groove extending along the longitudinal axis.

**25**. The optical fiber connector as set forth in claim **24**, wherein the elongate arm is slidably received in the groove.

**26**. The optical fiber connector as set forth in claim **23**, wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis.

**27**. The optical fiber connector as set forth in claim **26**, wherein the front end portion of the elongate arm defines an opening.

**28**. The optical fiber connector as set forth in claim **27**, wherein the depressible latch is received in the opening.

**29**. The optical fiber connector as set forth in claim **28**, wherein the depressible latch has a front end portion and rear end portion spaced apart along the longitudinal axis and wherein the depressible latch extends upward along the transverse axis as the depressible latch extends along the longitudinal axis from the front end portion to the rear end portion of the depressible latch.

**30**. The optical fiber connector as set forth in claim **29**, wherein the rear end portion of the depressible latch is spaced apart above the top portion of the connector housing along the transverse axis.

**31**. The optical fiber connector as set forth in claim **30**, wherein the front end portion of the elongate arm includes an edge defining a front end of the opening.

**32**. The optical fiber connector as set forth in claim **31**, wherein the depressible latch has an upper surface, the edge opposing the upper surface.

**33**. The optical fiber connector as set forth in claim **32**, wherein the elongate arm is configured to be pulled rearward along the longitudinal axis with respect to the connector housing whereby the edge slides longitudinally along the upper surface to depress the depressible latch.

**34**. The optical fiber connector as set forth in claim **33**, wherein the guide defines a groove extending along the longitudinal axis.

**35**. The optical fiber connector as set forth in claim **34**, wherein the elongate arm is slidably received in the groove.

**36**. The optical fiber connector as set forth in claim **34**, wherein the connector housing includes a front body and a back body.

**37**. The optical fiber connector as set forth in claim **36**, wherein the front body includes a recess and the back body includes a protrusion received in the recess to connect the back body to the front body.

**38**. The optical fiber connector as set forth in claim **37**, further comprising a single cable boot extending rearward from the connector housing.

**39**. An optical fiber connector comprising:

a multi-fiber ferrule configured to terminate a plurality of optical fibers;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing being configured to hold the multi-fiber ferrule such that the multi-fiber ferrule is exposed through the front end portion for making an optical connection and the plurality of optical fibers are spaced apart from one another in a row extending parallel to the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis;

wherein the front end portion of the elongate arm defines an opening;

wherein the depressible latch is received in the opening;

wherein the depressible latch has a front end portion and rear end portion spaced apart along the longitudinal axis and wherein the depressible latch extends along the transverse axis as the depressible latch extends along the longitudinal axis from the front end portion to the rear end portion of the depressible latch;

wherein the rear end portion of the depressible latch is spaced apart above the top portion of the connector housing along the transverse axis;

wherein the front end portion of the elongate arm includes an edge defining a front end of the opening;

wherein the depressible latch has an upper surface, the edge opposing the upper surface:

wherein the elongate arm is configured to be pulled rearward along the longitudinal axis with respect to the connector housing whereby the edge slides longitudinally along the upper surface to depress the depressible latch.

**40**. An optical fiber connector comprising:

a multi-fiber ferrule configured to terminate a plurality of optical fibers;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing being configured to hold the multi-fiber ferrule such that the multi-fiber ferrule is exposed through the front end portion for making an optical connection and the plurality of optical fibers are spaced apart from one another in a row extending parallel to the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

US 11,307,369 B2

**29**

**30**

wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis;

further comprising a push/pull tab extending from the rear end portion of the elongate arm.

\* \* \* \* \*

# EXHIBIT B



US011333836B2

(12) **United States Patent**
Wong et al.

(10) Patent No.: **US 11,333,836 B2**
(45) **Date of Patent:** **May 17, 2022**

(54) **ADAPTER FOR OPTICAL CONNECTORS**

(71) Applicant: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

(72) Inventors: **Kim Man Wong**, Kowloon (HK); **Jeffrey Gniadek**, Oxford, ME (US); **Kazuyoshi Takano**, Tokyo (JP); **Siu Kei Ma**, Kowloon (HK)

(73) Assignee: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/375,856**

(22) Filed: **Jul. 14, 2021**

(65) **Prior Publication Data**

US 2021/0382245 A1    Dec. 9, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/200,134, filed on Mar. 12, 2021, now Pat. No. 11,181,701, which is a continuation of application No. 16/297,607, filed on Mar. 9, 2019, now Pat. No. 10,976,505, which is a continuation of application No. PCT/US2018/016049, filed on Jan. 30, 2018.

(60) Provisional application No. 62/581,961, filed on Nov. 6, 2017, provisional application No. 62/546,920, filed on Aug. 17, 2017, provisional application No. 62/485,042, filed on Apr. 13, 2017, provisional

application No. 62/463,898, filed on Feb. 27, 2017, provisional application No. 62/457,150, filed on Feb. 9, 2017, provisional application No. 62/452,147, filed on Jan. 30, 2017.

(51) **Int. Cl.**
*G02B 6/38* (2006.01)

(52) **U.S. Cl.**
CPC ......... *G02B 6/3893* (2013.01); *G02B 6/3821* (2013.01); *G02B 6/3879* (2013.01)

(58) **Field of Classification Search**
CPC ... G02B 6/3893; G02B 6/3821; G02B 6/3879
USPC ........................................................ 385/78
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2005/0135752 A1* 6/2005 Kiani .................. G02B 6/3895
385/55

* cited by examiner

*Primary Examiner* — Jerry M Blevins

(57) **ABSTRACT**

An optical fiber connector assembly comprises at least one connector having a latching arm for coupling to an adapter, and a remote release tab having a protrusion configured to cooperate with the adapter to depress said latching arm when the remote release tab is pulled relative to the adapter. The optical fiber connector assembly may further be configured to allow reversing its polarity.

**13 Claims, 28 Drawing Sheets**



100
130
110a
110b
120



FIG. 1B



FIG. 1A







330

FIG. 4B

320

340

FIG. 4C.1

FIG. 4C.2

FIG. 4A

300

FIG. 4D

300R



FIG. 6A

FIG. 6B

FIG. 6C

FIG. 6D

500

500R

520

530

540





FIG. 8B.2

FIG. 8B.1

FIG. 8A.2

FIG. 8A.1















FIG. 14A

FIG. 14B

















FIG. 22A

FIG. 22B

FIG. 22C

FIG. 22D

FIG. 22E



**FIG. 23**



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28

US 11,333,836 B2

1

# ADAPTER FOR OPTICAL CONNECTORS

## CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

The present application is U.S. Non-Provisional patent application Ser. No. 17/200,134, filed on Mar. 12, 2021, titled Optical Connectors with Reversible Polarity, which is a continuation of U.S. Non-Provisional patent application Ser. No. 16/297,607, filed on Mar. 9, 2019, titled Optical Connectors with Reversible Polarity and Method of Use, which claims priority to PCT Application No. PCT/US2018/016049, filed Jan. 30, 2018, which claims priority to provisional applications: 62/452,147 filed Jan. 30, 2017, No. 62/457,150 filed Feb. 9, 2017, No. 62/463,898 filed Feb. 27, 2017, No. 62/463,901 filed Feb. 27, 2017, No. 62/485,042 filed Apr. 13, 2017, No. 62/546,920, filed Aug. 17, 2017, and No. 62/581,961 filed Nov. 6, 2017; all disclosures of the above are incorporated herein by reference in their entireties.

## FIELD OF THE INVENTION

The present disclosure relates generally optical connectors with reversible polarity.

## BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

Accordingly, there is a need for smaller fiber optic connectors that will meet the needs of future developments in smaller SFPs and are reconfigurable for flexible deployment.

## SUMMARY OF THE INVENTION

In a first aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A latch coupling is positioned on each of the first and second exterior walls of the housing. A removable latch may engage either the first or second exterior wall latch coupling on the connector housing. Positioning the removable latch on the first exterior wall yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with exchangeable arms for changing connector type. Thus, a common connector body may be formed into different connector types. The connector includes at least first and second optical ferrules and a common connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A coupling surface is positioned on each of the first and second exterior walls of the common connector housing. To create a connector, a removable arm engages either the first or second exterior wall coupling surface; the removable arm includes either a latch or a latch recess depending upon the type of optical connector to be formed. Further, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with a push-pull tab. The connector includes at least first and second optical ferrules and has a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A first aperture is in the first exterior wall of the housing and a second aperture is in the second

US 11,333,836 B2

**3**

exterior wall of the housing. A removable push-pull tab includes a protrusion for positioning within either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing. Positioning the removable push-pull tab with its protrusion within the first aperture yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion within the second aperture yields a fiber optic connector with a second, opposite polarity.

In yet another aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A removable push-pull tab is provided. A first push-pull tab retainer is positioned on the first exterior wall and a second push-pull tab retainer is positioned on the second exterior wall. Positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the housing yields a fiber optic connector with a second, opposite polarity.

According to one aspect of the present disclosure, there is provided an optical fiber connector assembly comprising at least one connector, a latch arm for coupling to an adapter, and a remote release tab having a protrusion configured to cooperate with the adapter to depress said latch arm when the remote release tab is pulled relative to the adapter.

In some embodiments, the remote release tab may be coupled to the latch arm. The remote release tab may further comprise a window configured to receive the latch arm. In some embodiments, the remote release tab may be configured such that the protrusion slides along the latch arm when the remote release tab is pulled relative to the adapter. In some embodiments, the remote release tab may further be configured such that the protrusion interacts with an inner portion of the adapter to receive a downward force needed to depress said latch arm. In some embodiments, the inner portion of the adapter may be a fixed portion. In some embodiments, the protrusion may have a wedge shape. In various embodiments, the remote release tab may be configured such that the protrusion pushes down the latch arm substantially simultaneously as sliding along an inner portion of the adapter.

In some embodiments, the optical fiber connector assembly may further comprise a boot, and the remote release tab may be configured to extend over the boot.

In some embodiments, the optical fiber connector assembly may comprise a guide configured to receive the remote release tab. In various embodiments, the guide may be further configured to rotate to allow reversing a polarity of the optical fiber connector assembly.

Some embodiments of the optical fiber connector assembly may comprise a housing configured to receive the at least one connector. Some embodiments of the connector assembly may further comprise a latch arm assembly including the latch arm. The latch arm assembly may have a first portion configured to couple to the at least one connector and a second portion configured to engage the housing. In some embodiments of the connector assembly, the latch arm may be coupled to the at least one connector. In other embodiments, the at least one connector may include the latch arm as an integral structure.

**4**

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1A** is a perspective view of one embodiment of a reversible polarity fiber optic connector according to some aspects of the present disclosure;

FIG. **1B** is a side view of the reversible polarity fiber optic connector of FIG. **3A** with the removable latch being removed from the connector housing;

FIG. **2A** is a perspective view of the reversible polarity fiber optic connector of FIG. **1A**;

FIG. **2B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **2A**;

FIG. **2C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **2A**;

FIG. **2D** is a perspective view of the fiber optic connector of FIG. **1A** with its polarity reversed;

FIG. **3A** is a perspective view of an embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. **3B** is an exploded view of the reversible polarity fiber optic connector of FIG. **3A**;

FIG. **4A** is a perspective view of the polarity of the reversible polarity fiber optic connector of FIG. **3A**;

FIG. **4B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4A**;

FIG. **4C.1** is an exploded view of positioning the latch in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4A**;

FIG. **4C.2** is an exploded view of attaching the removed components of FIG. **4B** in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4A**;

FIG. **4D** is a perspective view of the reversible polarity fiber optic connector of FIG. **4A** with its polarity reversed;

FIG. **5A** is a perspective view of another embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. **5B** is an exploded view of the reversible polarity fiber optic connector of FIG. **5A**;

FIG. **6A** is a perspective view of the polarity of the fiber optic connector of FIG. **5A**;

FIG. **6B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **5A**;

FIG. **6C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **6A**;

FIG. **6D** is a perspective view of the reversible polarity fiber optic connector of FIG. **6A** with its polarity reversed;

FIG. **7A** is a perspective view of a common connector housing of a reversible polarity fiber optic connector with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure;

FIG. **7B** is the front view of the common connector housing of FIG. **7A**;

FIG. **7C** is the top view of the common connector housing of FIG. **7A**;

FIG. **7D** is the side view of the common connector housing of FIG. **7A**;

FIG. **8A.1** shows how the common connector housing of FIG. **7A** is used to create a latch-type connector;

FIG. **8A.2** is an exploded view of FIG. **8A.1**;

FIG. **8B.1** shows how the common connector housing of FIG. **7A** is used to create a recess-type connector;

5

FIG. **8**B.**2** is an exploded view of FIG. **8**B.**1**;

FIG. **9**A is a perspective view of FIG. **8**A.**1** of the polarity of the latch-type fiber optic connector of FIG. **8**A.**1**;

FIG. **9**B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**A.**1**;

FIG. **9**C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**A.**1**;

FIG. **9**D is a perspective view of the reversible polarity fiber optic connector of FIG. **8**A.**1** with its polarity reversed;

FIG. **10**A is a perspective view of FIG. **8**B.**1** of the polarity of the recess-type fiber optic connector of FIG. **8**B.**1**;

FIG. **10**B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**B.**1**;

FIG. **10**C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**B.**1**;

FIG. **10**D is a perspective view of the reversible polarity fiber optic connector of FIG. **8**B.**1** with its polarity reversed;

FIGS. **11**A and **11**B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **12**A-**12**D depict the operation of the reversible polarity optical connector of FIGS. **11**A and **11**B;

FIGS. **13**A-**13**D depict the process for changing the polarity of the optical connector of FIGS. **11**A and **11**B;

FIGS. **14**A and **14**B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **15**A-**15**D depict the operation of the reversible polarity optical connector of FIGS. **14**A and **14**B;

FIGS. **16**A-**16**D depict the process for changing the polarity of the optical connector of FIGS. **14**A and **14**B;

FIGS. **17**A-**17**C respectively depict perspective, partial cross-section, and exploded views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **18**A-**18**D depict the assembly of the push-pull tab to the connector body of the connector of FIGS. **17**A-**17**C;

FIGS. **19**A-**19**B depict the removal of the push-pull tab from the connector body using a tool;

FIGS. **20**A-**20**D depict the process for changing the polarity of the optical connector of FIGS. **17**A-**17**C;

FIGS. **21**A-**21**D depict the process of changing polarity of an optical connector according to an embodiment of the invention;

FIGS. **22**A-**22**E depict the process for changing the polarity of an optical connector according to a embodiment of the invention;

FIG. **23** is a perspective view of a partially disassembled optical fiber connector assembly having a remote release tab according to aspects of the present disclosure;

FIG. **24** is a perspective view of the optical fiber connector assembly of FIG. **23** according to aspects of the present disclosure;

FIG. **25** is a perspective view of the optical fiber connector assembly of FIG. **23** coupled to an adapter according to aspects of the present disclosure;

FIG. **26** is a top view of the optical fiber connector assembly and adapter of FIG. **25** according to aspects of the present disclosure;

FIG. **27** is a cross-sectional view of the optical fiber connector assembly and adapter of FIG. **26** along section

6

A-A, showing the remote release tab in a forward position according to aspects of the present disclosure; and

FIG. **28** is a cross-sectional view of the optical fiber connector assembly and adapter of FIG. **26** along section A-A, showing the remote release tab in a rearward position according to aspects of the present disclosure.

## DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

The connectors of the present disclosure may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, an SC duplex connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing. In some embodiments, the housing may incorporate any or all of the components described herein.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, the fiber optic connector may be a narrow pitch duplex LC connector including two LC connectors. In some embodiments, such as that shown, the two LC connectors may comprise a single combined unit. In alternative embodiments, the LC connectors may be separate members, wherein an air gap exists between the two members, or wherein the two separate members are located adjacent and flush to each other (i.e., no air gap exists). In some embodiments, each of the LC connectors includes a respective ferrule and a respective extending member or modular arm. The connector may have a pitch of 4.8 mm, defined as the axis-to-axis distance between the central axes of the LC connectors. In other embodiments, the connector pitch may be less than that of the pitch of conventional

US 11,333,836 B2

7                                                                          8

connectors, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

In current designs, if a fiber optic connector, particularly a duplex connector, needs to have the ferrules rotated or swapped, for example, for exchanging transmit and receive optical fibers, it can be a time consuming and difficult process. Generally, if a duplex connector needs to be rotated, current systems require twisting the individual LC connector tips 180 degrees. However, this process also twists the fibers that enter the connector tip. Twisting the fiber at any stage of the connection can cause wear and/or damage to the delicate fibers. Thus, most systems involve an alternative solution, wherein the duplex connector is partially or completely disassembled in order to access the ferrules or fibers and manually relocate them within the duplex connector. However, swapping ferrules side to side is a delicate operation. In order to prevent damage to the internal fibers, great care must be taken. Thus, this operation usually requires specialized tools and preparation time to perform safely and accurately.

Therefore, embodiments as described herein, allow for easy, quick, and safe swapping of the left and right side ferrules in a connector. Thus, embodiments discussed herein allow for a change in polarity of the duplex connector without twisting the fibers or performing any complex disassembly of the duplex connector.

FIGS. **1**A and **1**B depict a fiber optic connector with reversible polarity according to one aspect of the present disclosure. As shown in FIG. **1**A, a reversible polarity fiber optic connector may include first and second optical ferrules **110**a and **110**b and a connector housing **120** at least partially surrounding the first and second optical ferrules. A removable latch **130** is depicted in FIG. **1**A in its assembled state and in FIG. **1**B removed from the connector housing **120**.

FIG. **1**B is a side view of the reversible polarity fiber optic connector of FIG. **1**A with the removable latch **130** being separated from the connector housing. As shown, the connector housing **120** may have a first exterior wall **121**a positioned above the first and second optical ferrules and a second exterior wall **121**b positioned beneath the first and second optical ferrules. A latch coupling **122** is positioned on each of the first and second exterior walls of the housing. The removable latch **130** may include a protrusion **131** for engaging the housing latch coupling **122**. In particular, the latch coupling **122** may include angled walls that interact with slanted edges of the protrusion **131** to prevent accidental disassembly of the latch **130**. Although the latch coupling **122** is depicted as a recess on the housing accommodating a latch protrusion, these elements may be reversed with the latch including a recess and the housing including a protrusion. Other mechanical coupling mechanisms may be used to interconnect the housing and the removable latch. For example, an embodiment may involve a coupling system wherein the removable latch is inserted into a recess in the connector housing and twisted (e.g., 90°, 180°, etc.) to secure the latch to the recess. Alternative coupling may use a more complex shape. For example, a u-shaped recess in the connector housing may engage a cooperatively-shaped projection in the latch that is inserted and fed through the u-shape until secure. It should thus be understood, that any system or method of coupling may be used to attach the removable latch to the connector housing, including various locations (e.g., sliding from the front, sides, back, bottom, top, etc.).

FIGS. **2**A-**2**D depict the process for changing the polarity of the fiber optic connector of FIG. **1**A from a first polarity,

FIG. **2**A to a second, opposite polarity, FIG. **2**D. The removable latch **130** may be removed from the latch coupling on the first exterior wall of the connector housing, FIG. **2**B, positioned adjacent the second exterior wall on beneath the ferrules, FIG. **2**C, and then coupled with the latch coupling on the second exterior wall of the connector housing to yield a connector **100**R, FIG. **2**D, having the opposite polarity of connector **100**. In this manner, transmit and receive optical fibers may be reversed without necessitating any fiber twist or complex repositioning of the optical ferrules.

In typical embodiments, the latch of the connector housing is required to be flexible. Thus, when a latch and a connector housing (e.g., duplex connector) are built as one unified member (as is currently done), the fiber optic connector is built of a similar flexible or less rigid material. Building the connector housing out of a plastic or polymeric material, limits the amount of rigidity that it can have. Thus, as fiber optic connectors continue to reduce in size, the strength of the housing has been reduced. Therefore, it would be advantageous to build the connector housing out of a more robust material while still allowing the latch to remain flexible. In order to accomplish this, in some embodiments according to aspects of the present disclosure, the connector housing may be manufactured out of a very rigid or strong material (e.g., steel, graphene, carbon, metal alloys, or any material of suitable properties). Because the connector housing and the removable latch need only interlock with each other, the removable latch may still be made out of a more flexible material. Thus, the removable nature of the latch disclosed herein allow for a more robust and secure overall design when dealing with the shrinking footprint of fiber optic connectors.

FIG. **3**A is a perspective view of another embodiment of a reversible polarity fiber optic connector **300**. As shown, the reversible polarity fiber optic connector may further comprise a pull tab **340** for engaging a removable latch **330**. The pull tab **340** depresses the latch **330** as the tab is pulled in a direction away from the fiber optic ferrules.

FIG. **3**B is an exploded view of the reversible polarity fiber optic connector of FIG. **3**A. As shown, the pull tab **340** may comprise a first opening **341** and a second opening **344**. The first opening **341** is configured to allow the connector housing and the removable latch to pass through while the second opening is configured to accommodate the tip of the latch. The pull tab may further comprise a first deformable portion **342** and a second deformable portion **344**. In operation, the first deformable portion **342** cooperates with the second deformable portion **344** to depress the removable latch when the pull tab is pulled in a direction away from the ferrules.

FIGS. **4**A-**4**D depict the process for changing the polarity of the fiber optic connector **300** from a first polarity, FIG. **4**A to a second polarity **300**R, FIG. **4**D. The pull tab **340** may be disengaged from the connector housing **320** and the removable latch **330** on the first exterior wall of the connector housing, FIG. **2**B. The removable latch is then detached from the latch coupling on the first exterior wall of the connector housing, FIG. **4**C.**1**. Next, the removable latch is engaged with the latch coupling on the second exterior wall of the connector housing, beneath the ferrules, FIG. **4**C.**2**. Finally, the pull tab **340** is positioned surrounding the connector housing and engaging the removable latch tip, resulting in the assembled optical connector **300**R having polarity opposite to that of connector **300**, FIG. **4**D.

FIGS. **5**A and **5**B are a perspective view and exploded view, respectively, of another embodiment of a reversible

US 11,333,836 B2

9

polarity fiber optic connector **500**. The connector **500** includes a connector housing **520**, a latch **530**, and a pull tab **540**. On the first and second exterior walls of connector housing **520** are latch couplings that include a groove **522**. A recess **521** is also provided in the housing. The latch **530** includes a protrusion **531** that is received within groove **522**. The latch further includes a projection **532** that is received in the housing between the optical ferrules. The pull tab **540** includes an opening **541** for engaging the removable latch **530**. A front protrusion **542** is configured to depress the removable latch **530** when the pull tab is pulled in a direction away from the ferrule side of the optical connector.

FIGS. **6**A-**6**D depict the process for changing the polarity of the fiber optic connector **500** from a first polarity, FIG. **6**A to a second polarity, FIG. **6**D. The pull tab **540** is disengaged from the connector housing and the removable latch **530** on the first exterior wall of the connector housing, FIG. **6**B, and the removable latch is decoupled from the latch coupling on the first exterior wall of the connector housing. Then the removable latch may be coupled with the latch coupling on the second exterior wall of the connector housing, beneath the optical ferrules in FIG. **6**C, and the pull tab **540** is engaged with the connector housing and the removable latch on the second exterior wall of the connector housing to create reverse polarity connector **500**R, FIG. **6**D.

It is of interest within the optical connectivity industry to have multiple styles of optical connectors for multiple purposes and/or multiple implementation styles. Thus, in order to more easily provide flexibility, a solution is needed that allows for on-the-fly, in-the-field, or in manufacturing modification of the connector. The below embodiment provides a universal type fiber optic connector which has a unique housing design that allows for different latches or arms to be attached.

FIG. **7**A is a perspective view of a common connector housing **720** of a reversible polarity fiber optic connector **700** with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure. As shown, the reversible polarity fiber optic connector may comprise first and second optical ferrules **710**a and **710**b and the common connector housing **720** at least partially surrounding the first and second optical ferrules.

FIGS. **7**B, **7**C and **7**D are the front view, top view and side view, respectively, of the common connector housing **720**. As shown, the common connector housing may have a first exterior wall **725**a positioned above the first and second optical ferrules and a second exterior wall **725**b positioned beneath the first and second optical ferrules. The connector housing **720** may further have a coupling surface **724** positioned on each of the first and second exterior walls and include a receiving track **726** in the coupling surface.

FIG. **8**A.**1** shows the common connector housing **720** used to create a latch-type connector **700** and FIG. **8**B.**1** shows the common connector housing **720** used to create a recess-type connector **800**. Both of connectors **700** and **800** include a removable arm **730** or **830** for engaging either of the first and second exterior wall coupling surfaces **724** on the connector housing, FIGS. **8**A.**2** and **8**B.**2** respectively. The removable arms **730** and **830** may each respectively include a projection **735** or **835** for engaging in the receiving track **726** of the coupling surface **724**, FIGS. **8**A.**2** and **8**B.**2** respectively. As with the previous embodiments, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with the opposite polarity.

10

Still referring to FIGS. **8**A.**2** and **8**B.**2** respectively the removable arms may include either a latch or a recess: removable arm **730** includes a latch **733** while removable arm **830** includes a recess **834**. Thus, a latch-type connector **700** is created through assembly of the removable latch arm to the common connector body **720** as shown in FIG. **8**A.**1** and a recess-type connector **800** is created through assembly of the removable recess arm to the common connector body **720** as shown in FIG. **8**B.**1**.

The fiber optic connector may further include a pull tab. When a removable arm with a latch **730** is positioned on the coupling surface of the common connector housing **720** to create a latch-type connector **700**, the pull tab **740** is a separate element from the removable arm, FIG. **8**A.**2**. When a removable arm includes a recess **830** is positioned on the coupling surface of the common connector housing **720** to create a recess-type connector **800**, the pull tab **840** is integrated with the removable arm, FIG. **8**B.**2**.

FIGS. **9**A-**9**D depict the process for changing the polarity of the latch-type fiber optic connector from a first polarity **700**, FIG. **9**A to a second polarity **700**R, FIG. **9**D. The sub-assembly of the removable arm **730** and the pull tab **740** may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **9**B. Then the sub-assembly of the removable arm **730** and the pull tab **740** may be coupled with the coupling surface of the second exterior wall of the connector housing, FIG. **9**C, creating the opposite polarity connector **700**R.

FIGS. **10**A-**10**C depicts the process for changing the polarity of the recess-type fiber optic connector **800** from a first polarity, FIG. **10**A to a second polarity, FIG. **10**D. The removable arm **830** with a recess and a pull tab as an integral structure may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **10**B. Then the removable arm may be coupled with the coupling surface **724** of the second exterior wall of the common connector housing **720**, FIG. **10**C to create opposite polarity optical connector **800**R, FIG. **10**D.

FIGS. **11**A and **11**B depict a further embodiment **1100** of the reversible polarity optical connectors of the present disclosure. In FIG. **11**A, a push-pull tab **1130** may interconnect with either a first exterior wall **1110** of housing **1105** or with a second exterior wall **1115** of housing **1105**. Ferrules **1120** and **1125** are at least partially surrounded by housing **1105** and may be LC connectors in an embodiment. As in previous embodiments, the push-pull tab may include a tab recess **1145**. Alternatively, push-pull tab **1130** may include a latch (not shown). Various features of the push-pull tab **1130** are provided to assist in affixing the push-pull tab to the first exterior wall **1110** or the second exterior wall **1115** of the housing **1105**. This includes push-pull tab clips **1135** that clip onto the optical connector, optionally in a boot region, and protrusion **1140** that fits within a first aperture, **1109**A, beneath the housing exterior wall **1110** or a second aperture, **1109**B, beneath housing exterior wall **1115** (to be discussed in more detail below), and projection **1131** for inserting into the housing between ferrules **1120** and **1125**. Each of these features is fully reversible such that the push-pull tab is easily removed and repositioned on the opposite exterior wall to change polarity of the connector.

As best seen in FIGS. **12**B and **12**D, push-pull tab protrusion **1140** may be inserted into first aperture **1109**A of housing **1105** through a first exterior housing aperture **1107**A. Alternatively, in the reverse-polarity configuration, the push-pull tab protrusion **1140** may be inserted into second housing aperture **1109**B through second exterior housing aperture **1107**B. When the push-pull tab **1130** is

US 11,333,836 B2

**11**

moved forward, the protrusion slides within the aperture **1109**A or **1109**B, as shown in FIG. **12**B. To maintain the push-pull tab in a forward-biased position, tab position spring **1150** is provided. During insertion or removal of the protrusion **1140**, tab position spring **1150** is compressed, depicted in FIG. **12**B. When the position spring **1150** is in its relaxed (uncompressed) position, FIGS. **12**C and **12**D, the protrusion **1140** is slid forward within the aperture **1109**A or **1109**B.

To change polarity of the optical connector **1100**, FIGS. **13**A-**13**D, the push-pull tab **1130** is removed by withdrawing the protrusion **1140** from the housing **1105** through exterior housing aperture **1107**A along with detaching clips **1135** and decoupling projection **1131**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **13**B). The push-pull tab is moved toward second exterior housing wall **1115** and the protrusion **1140** is inserted into aperture **1109**B through exterior housing aperture **1107**B in FIG. **13**C. Projection **1131** is fitted between ferrules **1120** and **1125** and clips **1135** are affixed to the connector. The resultant connector **1100**R of **13**D is of opposite polarity to the connector **1100** of FIG. **13**A.

Various alternatives to the protrusion **1140** of optical connector **1100** may be used in the optical connectors of this disclosure. For example, the protrusion may be provided by the connector housing with receiving elements provided in the push-pull tab. Variations to the shape of the projection and apertures may be made without affecting the function of the reversible-polarity connector.

Another alternative embodiment is depicted in FIGS. **14**A and **14**B in which a hook-shaped protrusion **1440** is provided for engagement within the connector housing. As in the previous embodiment, the push-pull tab **1430** includes a tab recess **1445**, connector-attachment clips **1435** and projection **1431** for positioning between ferrules **1420** and **1425**. In FIG. **14**B, the push-pull tab **1430** is positioned on first exterior housing wall **1410** and has a first polarity. In this position, the hook-shaped protrusion **1440** engages a housing projection **1460**, held in a forward-biased position by push-pull tab position spring **1465**, as seen in FIGS. **15**B and **15**D. To release the protrusion **1440**, push-pull tab position spring **1465** is compressed in FIG. **15**C such that housing projection **1460** is retracted sufficiently to allow removal of protrusion **1440** through the housing **1405**, FIG. **15**D.

To change polarity of the optical connector **1400** from the first polarity of FIG. **16**A, the push-pull tab **1430** is removed by withdrawing the protrusion **1440** from the housing **1405** through the housing along with detaching clips **1435** and decoupling projection **1431**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **16**B). The push-pull tab is moved toward second exterior housing wall **1415** and the protrusion **1440** is inserted into the housing **1405**. Projection **1431** is fitted between ferrules **1420** and **1425** and clips **1435** are affixed to the connector in FIG. **16**C. The resultant connector **1400**R of FIG. **16**D is of opposite polarity to the connector of FIG. **16**A.

Protrusions from a push-pull tab may be inserted into a housing via features other than a housing aperture. Such a connector is depicted in FIG. **17** and features a deformable housing region to allow entry of a push-pull tab protrusion during affixing of the push-pull tab to the connector housing. As seen in FIG. **17**A, the connector **1700** includes a connector housing **1705** which may optionally include a back body housing portion **1709** for connecting with a housing front portion **1707** (FIG. **17**C). The back body housing portion **1709** includes a deformable region **1780**, seen in the

**12**

partial cross-section of FIG. **17**B and the perspective view of FIG. **17**C. The push-pull tab **1730** includes a protrusion **1740** with a projection **1741** extending therefrom.

Turning to FIG. **18**, to affix the push-pull tab to the connector housing, the protrusion **1740** penetrates the deformable region **1780** (FIG. **18**B) causing the deformable region to yield and accept entry of the protrusion **1740** into the housing. As the projection **1741** enters the housing as depicted in FIG. **18**C, the deformable region **1780** returns to its original position (FIG. **18**D), securing the push-pull tab **1730** to the connector housing.

Removal of the push-pull tab **1730** is depicted in FIGS. **19**A and **19**B. A removal tool **1900**, which may be shaped similar to a small screwdriver, depresses deformable region **1780**, allowing projection **1741** to slide along an edge of the deformable region **1780**, followed by the protrusion **1740**, releasing the push-pull tab **1730**.

To change polarity of the optical connector **1700** from the first polarity of FIG. **20**A, the push-pull tab **1730** is removed in FIG. **20**B by using the removal tool technique depicted in FIGS. **19**A and **19**B. The push-pull tab is moved toward the second exterior housing wall and the protrusion **1740** is inserted into the housing **1705** through the deformable region **1780** in FIG. **20**C. The resultant connector **1700**R of FIG. **20**D is of opposite polarity to the connector of FIG. **20**A.

In another aspect of the disclosure, a retaining member may be provided in the connector housing to retain a push-pull tab. As seen in FIGS. **21**A-**21**D, a connector **2100** having a housing **2105** is provided with a housing front portion **2107** and a back portion **2109**. FIG. **21**A depicts an assembled connector **2100** with housing **2105**. FIG. **21**B depicts an exploded view of connector **2100** of FIG. **21**A. Push-pull tab **2130** has a receiving surface **2132**, which during use of connector **2100** provides a surface over which retainer **2111** can slide across during tab movement. Extending from the housing back portion is a retainer **2111** which may include a pair of retaining clips, as shown, or any other structure configured to retain the push-pull tab **2130**. FIG. **21**C depicts connector **2100** showing a section view cut given by the arrows and broken line near the proximal end of connector **2100**. Optionally, when the retainer **2111** includes clips, the clips may be hook-shaped as seen in the cross-sectional view of FIG. **21**D. As shown in FIG. **21**D, receiving surface **2132** may be a recess with a protrusion along the edge that engages the hook-shaped edge of the clips.

FIG. **22**A through FIG. **22**E depicts the operation of polarity change for connector **2100** of FIG. **21**A-FIG. **21**D. FIG. **22**A depicts connector **2100** with pull-push tab clips **2135** (opposing side not shown) engaged around connector. To operate connector **2100**, user can move push-pull tab **2130** forward or toward front of connector or backward or toward rear of connector, and as describe in FIG. **21** above tab moves along connector receiving surface **2123**. This engages or releases connector **2100** from a receptacle as is known in the art. To change the polarity of connector **2100** from the polarity depicted in FIG. **22**A to the second, opposite polarity of FIG. **22**E, the retainer **2111** is removed from receiving surface **2132**. Referring to FIG. **21**B, lifting push-pull tab **2130** in direction of up-arrow, separates retainer **2111** from receiving surface. As shown in FIG. **22**C, push-pull tab clips separate from the connector as the retainer is removed. Continuing with FIG. **22**C, push-pull tab **2130** is moved to the opposite housing exterior wall in FIG. **22**C. FIG. **22**D depicts receiving surface **2132** engages with the retainer **2111**. In FIG. **21**E the assembled connector

US 11,333,836 B2

13

2100R having the opposite polarity to the connector of FIG. 22A is depicted, fully assembled. Retainer 2111 is in contact with receiving surface 2132, and push-pull tab 2130 is secured to connector body, as shown in FIG. 22E.

FIGS. 23-28

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, for example, embodiments of multiple-fiber push-on/pull-off (MPO) connectors, such as the Senko mini MPO connector and the Senko MPO Plus connector. The connector may generally be defined by a connector housing body.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments provide single fiber and multi-fiber connectors having a remote release tab, also referred to as a pull tab or a push pull tab. Some embodiments may be configured to allow polarity changes.

The pull tab of a typical connector may interact solely with the profile of the connector latch arm to flex the latch arm downward the distance needed to allow the connector to become unlatched from within the adapter/coupler for removal. Alternatively, the pull tab of a connector may work to solely lift an adapter hook a required distance to allow the connector to become unlatched for removal.

Various embodiments of connectors disclosed herein include an outer main body with a unique un-latching system. Various embodiments described herein generally provide optical fiber connectors with remote release tabs configured to allow a user to easily remove or insert connectors into adapters or couplers, such as adapters disposed on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like.

Various embodiments of connectors disclosed herein include a remote release tab having a tip configured to interact with an inner portion of the top surface of an adapter or coupler to provide some of the downward force needed to unlatch the connector from the adapter or coupler. In some embodiments, the inner portion of the top surface of the adapter or coupler may be a fixed portion that does not move.

In some embodiments, the tip of the remote release tab may be a wedge shaped tip. The connector may have a latch arm and may be configured such that as the remote release tab is pulled back, the tip of the remote release tab slides upwards along the slope of the latch arm of the connector. At a certain distance of retraction of the remote release tab, the wedge shape comes in contact with an inner portion of the top surface of the adapter. Upon additional retraction of the remote release tab, the wedge shaped tip simultaneously begins to push down the connector latch arm while sliding along the inner portion of the top surface of the adapter. As

14

the connector latch arm is depressed to a sufficient distance, it becomes unlatched from the adapter, and any additional pulling of the remote release tab results in removing the connector from the adapter.

Some embodiments, such as embodiments having multiple ferrules and embodiments having multiple fiber ferrule connectors, are further configured to allow reversing the polarity. For example, in some embodiments, a guide of the remote release tab may be configured to rotate about 180 degrees in order to reverse polarity.

FIG. 23 shows one embodiment of an optical fiber connector assembly 3100 having a plurality of connectors 3102 and a remote release tab 3104. In this embodiment, the connector assembly 3100 has a plurality of connectors. In other embodiments, the connector assembly may have one or more connectors. Various embodiments may include connectors of different types than shown in FIG. 23. Each connector 3102 has a respective connector housing 3106 and a respective ferrule 3108.

The connector assembly 3100 further includes at least one flexible latch arm assembly 3110. The latch arm assembly 3110 includes at least one flexible latch arm 3111. The latch arm assembly 3110 is configured to couple to the connectors 3102. In other embodiments, each of the connectors 3102 may include a respective latch arm. In some embodiments, the latch arm may be formed integrally with one or more connectors in the connector assembly.

The connector assembly 3100 further includes a housing 3112 configured to receive the connectors 3102. The latch arm assembly 3110 includes a first portion 3114 configured to couple with the connectors 3102, for example by coupling to the connector housings 3106. The latch arm assembly 3110 also includes a second portion 3116 configured to be received by the housing 3112. In other embodiments, the latch arm assembly 3110 may be configured differently than shown in FIG. 23 to allow coupling to the connector assembly 3100.

The connector assembly 3100 further includes a guide 3118 configured to retain the remote release tab 3104. The guide 3118 is further configured to be rotated about 180 degrees, as shown for example by the arrow 3120, to reverse the polarity of the connector assembly 3100. In one example, the guide 3118 may be coupled to at least one polarity key, and rotation of the guide allows changing the polarity key. In another example, the polarity key may rotate with the guide. In other embodiments, the connector assembly need not be configured to reverse the polarity, and the guide may merely be configured to receive the remote release tab. The connector assembly 3100 further includes a back post 3122 and a boot 3124.

The remote release tab 3104 has a body 3126. The body 3126 may extend over the boot 3124 to facilitate remotely releasing the connector assembly from an adapter. In various embodiments, the length of the remote release tab 3104 may be selected so as to extend beyond the boot 3124 of the connector assembly 3100. For example, the length may be selected such that the handle of the remote release tab is located beyond the boot of the connector for easy access.

The body 3126 includes a coupling portion 3128 configured to couple to the connectors 3120. For example, as shown in FIG. 23, the coupling portion 3128 includes a window 3130 configured to receive at least a portion of the latch arm assembly 3110. For example, the window 3130 may be configured to receive the flexible latch arm 3111 of the connectors 3102.

The remote release tab 3104 further includes a protrusion 3132 at one end thereof. The protrusion 3132 is shaped as a

US 11,333,836 B2

15 16

wedge. In other embodiments, the protrusion **3132** may have different shapes and configurations. In various embodiments, the protrusion **3132** may be configured to slide along the latch arm **3111** of the latch arm assembly **3110** and further to interact with an adapter coupled to the connector assembly **3100**, as the remote release tab **3104** is pulled rearward, to decouple the connector assembly from the adapter, as described and illustrated further below in relation to FIGS. **27** and **28**.

In some embodiments, the remote release tab **3104** may be removable from the optical connector assembly **3100**. The remote release tab **3104** may also be re-installed by coupling to the connector assembly **3100**. For example, the guide **3118** may be configured to retain the remote release tab **3104**. The guide **3118** may further be configured to allow removing the remote release tab **3104** from the connector assembly **3100**.

In various embodiments, the remote release tab **3104** may have a single integral structure. In other embodiments, the remote release tab **3104** may comprise a plurality of pieces coupled together to form the remote release tab. For example, in some embodiments, the coupling portion **3128** and the protrusion **3132** may be formed integrally with the body **3126**. In other embodiments, the coupling portion **3128** or the protrusion **3132** may be separate pieces coupled to each other to form the remote release tab **3104**.

FIG. **24** shows a perspective view of the assembled connector assembly **3100**. As shown in FIG. **24**, the latch arm **3111** protrudes through the window **3130** of the remote release tab **3104**. The remote release tab **3104** is retained by the guide **3118** such that the protrusion **3132** is disposed at a front end of the connector assembly **3100** and may slide along the latch arm **3111** as the remote release tab **3104** is pulled rearward.

FIG. **25** shows the connector assembly **3100** coupled to an adapter **3140**. The adapter may have a plurality of channels **3142** configured to receive connectors, including for example the connector assembly **3100**. The adapter **3140** further comprises a plurality of openings **3144** configured to couple the connector assembly to the adapter. For example, the openings **3144** are configured to engage the latch arm **3111** of the connector assembly **3100** so as to retain the connector assembly **3100** within the adapter **3140**. As the remote release tab **3104** is pulled rearward, the protrusion **3132** of the remote release tab interacts with both the latch arm **3111** and the adapter **3140** to release the latch arm from an opening **3144**, thereby decoupling the connector assembly **3100** from the adapter. In one embodiment, the protrusion **3132** interacts with an inner portion of a top surface **3146** of the adapter **3140**.

FIG. **26** shows a top view of the adapter **3140** and the connector assembly **3100** of FIG. **25**. The latch arm assembly **3110** and the connectors **3102** are received through the channels **3142** of the adapter **3140**.

FIGS. **27** and **28** show a cross-sectional view of the adapter **3140** and the connector assembly **3100** of FIG. **26** along section A-A. FIG. **27** further illustrates the remote release tab **3104** in a forward position, as the connector assembly **3100** is pushed into the adapter **3140** in the direction of the arrow **3150**. As shown, the connector assembly **3100** is coupled to the adapter **3140** by the latch arm **3111** which engages the opening **3144** of the adapter **3140**. The opening **3144** is disposed in the top surface **3146** of the adapter **3140**. The protrusion **3132** of the remote release tab **3104** is disposed at a front end of the latch arm **3111**. The protrusion **3132** does not yet contact an inner portion **3152** of the top surface **3146**.

FIG. **28** further illustrates the remote release tab **3104** in a rearward position as it is being pulled in the direction of the arrow **3154** so as to pull the connector assembly **3100** out of the adapter **3140**. The protrusion **3132** of the remote release tab **3104** slides along the latch arm **3111** and contacts an inner portion **3152** of the top surface **3146** of the adapter **3140**. The protrusion **3132** continues to slide along the inner portion **3152** of the top surface **3146** as the remote release tab **3104** is pulled further. The protrusion **3132** simultaneously begins to push down the connector latch arm **3111** while sliding rearward along the inner portion **3152** of the top surface **3146** of the adapter **3140**. As the connector latch arm **3111** is depressed by the protrusion **3132**, the connector assembly **3100** becomes unlatched from the adapter **3140**, and any additional pulling of the remote release tab **3104** results in removing the connectors from the adapter.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by

US 11,333,836 B2

**17**

those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups

**18**

having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. An adapter for mating with optical fiber connectors, the adapter comprising:

an outer housing having a first end portion and a second end portion spaced apart along a longitudinal axis, the outer housing comprising a first side wall and a second side wall spaced apart along a lateral axis perpendicular to the longitudinal axis, the outer housing having a width extending along the lateral axis from the first side wall to the second side wall, the outer housing comprising an upper wall and a lower wall spaced apart along a transverse axis oriented perpendicular to the lateral axis and perpendicular to the longitudinal axis, each of the upper wall and the lower wall having an inner surface, the outer housing defining a plurality of channels spaced apart along the width, each of the channels being configured to receive an optical fiber connector, the plurality of channels including first and second channels; and

a first longitudinal rib formed on the inner surface of the upper wall at a location spaced apart along the width of the outer housing between the first side wall and the second side wall and a second rib formed on the inner surface of the lower wall at a location spaced apart along the width of the outer housing between the first side wall and the second side wall, the first and second ribs being aligned along the width of the outer housing, the first rib being spaced apart from the second rib along the transverse axis by a transverse gap,

wherein the first longitudinal rib and the second longitudinal rib are located between the first and second channels.

**2**. The adapter as set forth in claim **1**, wherein the upper wall comprises a first latch opening aligned with the first channel and a second latch opening aligned with the second channel, the first rib being spaced apart between the first latch opening and the second latch opening along the width.

**3**. The adapter as set forth in claim **2**, wherein the adapter is configured to receive a first one of the optical fiber connectors in the first channel and a second one of the optical fiber connectors in the second channel such that:

a flexible latch arm of the first optical fiber connector is latched with the first latch opening and a front section of a remote release of the first optical fiber connector is received in the first channel at a location spaced apart from the first latch opening along the longitudinal axis toward the second end portion of the outer housing; and

a flexible latch arm of the second optical fiber connector is latched with the second latch opening and a front section of a remote release of the second optical fiber connector is received in the first channel at a location spaced apart from the second latch opening along the longitudinal axis toward the second end portion of the outer housing.

**4**. The adapter as set forth claim **3**, wherein the first channel is configured to allow the front section of the remote release of the first optical fiber connector to slide along the

US 11,333,836 B2

19

flexible latch arm of the first optical fiber connector within the first channel toward the first end portion of the outer housing to depress the flexible latch arm of the first optical fiber connector and wherein the second channel is configured to allow the front section of the remote release of the second optical fiber connector to slide along the flexible latch arm of the second optical fiber connector within the second channel toward the first end portion of the outer housing to depress the flexible latch arm of the second optical fiber connector.

**5**. The adapter as set forth in claim **4**, wherein the upper wall is configured to unlatch from the flexible latch arm of the first optical fiber connector when the flexible latch arm of the first optical fiber connector is depressed and the upper wall is configured to unlatch from the flexible latch arm of the second optical fiber connector when the flexible latch arm of the second optical fiber connector is depressed.

**6**. The adapter as set forth in claim **2**, wherein the lower wall is free of latch openings.

**7**. The adapter as set forth in claim **2**, wherein the lower wall is configured to slidably engage each of the first and second optical fiber connectors without latching.

**8**. The adapter as set forth in claim **1**, wherein the first longitudinal rib has a first height along the transverse axis

20

and the second longitudinal rib has a second height along the transverse axis, the first height being greater than the second height.

**9**. The adapter as set forth in claim **1**, wherein each of the first and second channels opens through the first end portion of the outer housing.

**10**. The adapter as set forth in claim **9**, further comprising a transverse wall extending between the upper wall and the lower wall at a location longitudinally spaced apart from the first end portion of the outer housing.

**11**. The adapter as set forth in claim **10**, wherein the transverse wall includes a socket in each of the first and second channels configured to receive a ferrule of one of the optical fiber connectors.

**12**. The adapter as set forth in claim **11**, wherein the socket in each of the first and second channels comprises a pair of cylindrical sockets in each of the first and second channels, each pair of sockets configured to receive a pair of cylindrical ferrules of one of the optical fiber connectors.

**13**. The adapter as set forth in claim **1**, wherein each of the optical fiber connectors is a multi-fiber connector comprising a multi-fiber ferrule.

\* \* \* \* \*

# EXHIBIT C

US011340413B2

(12) **United States Patent**
Takano et al.

(10) Patent No.: **US 11,340,413 B2**
(45) Date of Patent: **May 24, 2022**

(54) **ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING**

(71) Applicant: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jimmy Jun-Fu Chang**, Worcester, MA (US)

(73) Assignee: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/327,197**

(22) Filed: **May 21, 2021**

(65) **Prior Publication Data**
US 2021/0311272 A1     Oct. 7, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/090,855, filed on Nov. 5, 2020, which is a continuation of application
(Continued)

(51) **Int. Cl.**
G02B 6/42         (2006.01)
G02B 6/38         (2006.01)

(52) **U.S. Cl.**
CPC ........... **G02B 6/4292** (2013.01); **G02B 6/387** (2013.01); **G02B 6/3825** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ................................... G02B 6/42; G02B 6/38
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 681,132 | A | 8/1901 | Norton |
| 3,721,945 | A | 3/1973 | Hults |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2495693 | A1 | 4/2004 |
| CA | 2495693 | A1 | 4/2004 |

(Continued)

OTHER PUBLICATIONS

PCT/US2018/062406 International Search Report dated Mar. 18, 2019.

(Continued)

*Primary Examiner* — Tina M Wong

(57)         **ABSTRACT**

An optical connector holding one or more optical ferrule assembly is provided. The optical connector includes an outer body, an inner front body accommodating the one or more optical ferrule assembly, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four optical ferrule assembly are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight optical ferrule assembly are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A receptacle can hold one or more connector inner bodies forming a single boot for all the optical fibers of the inner bodies.

**28 Claims, 65 Drawing Sheets**



## US 11,340,413 B2

Page 2

### Related U.S. Application Data

No. 16/414,546, filed on May 16, 2019, now Pat. No. 10,859,778, which is a continuation of application No. 16/388,053, filed on Apr. 18, 2019, now Pat. No. 11,169,338, which is a continuation of application No. 16/035,691, filed on Jul. 15, 2018, now Pat. No. 10,281,668.

(60) Provisional application No. 62/588,276, filed on Nov. 17, 2017, provisional application No. 62/549,655, filed on Aug. 24, 2017, provisional application No. 62/532,710, filed on Jul. 14, 2017.

(52) **U.S. Cl.**
CPC .......... *G02B 6/3893* (2013.01); *G02B 6/3873* (2013.01); *G02B 6/3878* (2013.01); *G02B 6/4228* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,150,790 | A | 4/1979 | Potter |
| 4,240,695 | A | 12/1980 | Evans |
| 4,327,964 | A | 5/1982 | Haesley et al. |
| 4,478,473 | A | 10/1984 | Frear |
| 4,762,388 | A | 8/1988 | Tanaka et al. |
| 4,764,129 | A | 8/1988 | Jones et al. |
| 4,840,451 | A | 6/1989 | Sampson et al. |
| 4,872,736 | A | 10/1989 | Myers et al. |
| 4,979,792 | A | 12/1990 | Weber |
| 5,026,138 | A | 6/1991 | Boudreau |
| 5,031,981 | A | 7/1991 | Peterson |
| 5,011,025 | A | 8/1991 | Haitmanek |
| 5,041,025 | A | 8/1991 | Haitmanek |
| 5,073,045 | A | 12/1991 | Abendschein |
| D323,143 | S | 1/1992 | Ohkura et al. |
| 5,101,463 | A | 3/1992 | Cubukciyan |
| 5,146,813 | A | 9/1992 | Stanfill, Jr. |
| 5,159,652 | A | 10/1992 | Grassin D'Alphonse |
| 5,212,752 | A | 5/1993 | Stephenson et al. |
| 5,265,181 | A | 11/1993 | Chang |
| 5,289,554 | A | 2/1994 | Cubukciyan et al. |
| 5,315,679 | A | 5/1994 | Baldwin |
| 5,317,663 | A | 5/1994 | Beard et al. |
| 5,321,784 | A | 6/1994 | Cubukciyan et al. |
| 5,335,301 | A | 8/1994 | Newman et al. |
| 5,348,487 | A | 9/1994 | Marazzi et al. |
| 5,418,875 | A | 5/1995 | Nakano |
| 5,444,806 | A | 8/1995 | de Marchi et al. |
| 5,481,634 | A | 4/1996 | Anderson et al. |
| 5,506,922 | A | 4/1996 | Grois et al. |
| 5,521,997 | A | 5/1996 | Rovenolt et al. |
| 5,570,445 | A | 10/1996 | Chou et al. |
| 5,588,079 | A | 12/1996 | Tanabe et al. |
| 5,602,951 | A | 2/1997 | Shiota |
| 5,684,903 | A | 11/1997 | Kyomasu et al. |
| 5,687,268 | A | 11/1997 | Stephenson et al. |
| 5,781,681 | A | 7/1998 | Manning |
| 5,845,036 | A | 12/1998 | De Marchi |
| 5,862,282 | A | 1/1999 | Matsuura |
| 5,915,987 | A | 6/1999 | Reed |
| 5,930,426 | A | 7/1999 | Harting |
| 5,937,130 | A | 8/1999 | Amberg et al. |
| 5,953,473 | A | 9/1999 | Shimotsu |
| 5,956,444 | A | 9/1999 | Duda et al. |
| 5,971,626 | A | 10/1999 | Knodell et al. |
| 6,041,155 | A | 3/2000 | Anderson et al. |
| 6,049,040 | A | 4/2000 | Biles et al. |
| 6,095,862 | A | 8/2000 | Doye |
| 6,134,370 | A | 10/2000 | Childers et al. |
| 6,178,283 | B1 | 1/2001 | Weigel |
| RE37,080 | E | 3/2001 | Stephenson et al. |
| 6,206,577 | B1 | 3/2001 | Hall, III et al. |
| 6,206,581 | B1 | 3/2001 | Driscoll et al. |

| | | | |
|---|---|---|---|
| 6,227,717 | B1 | 5/2001 | Ott et al. |
| 6,238,104 | B1 | 5/2001 | Yamakawa et al. |
| 6,240,228 | B1 | 5/2001 | Chen |
| 6,247,849 | B1 | 6/2001 | Liu |
| 6,250,817 | B1 | 6/2001 | Lampert |
| 6,276,840 | B1 | 8/2001 | Weiss |
| 6,318,903 | B1 | 11/2001 | Andrews |
| 6,364,537 | B1 | 4/2002 | Maynard |
| 6,379,052 | B1 | 4/2002 | de Jong |
| 6,422,759 | B1 | 7/2002 | Kevern |
| 6,450,695 | B1 | 9/2002 | Matsumoto |
| 6,461,054 | B1 | 10/2002 | Iwase |
| 6,471,412 | B1 | 10/2002 | Belenkiy et al. |
| 6,478,472 | B1 | 11/2002 | Anderson et al. |
| 6,485,194 | B1 | 11/2002 | Shirakawa |
| 6,527,450 | B1 | 3/2003 | Miyachi |
| 6,530,696 | B1 | 3/2003 | Ueda |
| 6,551,117 | B2 | 4/2003 | Poplawski et al. |
| 6,565,262 | B2 | 5/2003 | Childers |
| 6,572,276 | B1 | 6/2003 | Theis |
| 6,579,014 | B2 | 6/2003 | Melton et al. |
| 6,585,194 | B1 | 7/2003 | Brushwood |
| 6,634,796 | B2 | 10/2003 | de Jong |
| 6,634,801 | B1 | 10/2003 | Waldron et al. |
| 6,648,520 | B2 | 11/2003 | McDonald et al. |
| 6,668,113 | B2 | 12/2003 | Togami |
| 6,682,228 | B2 | 1/2004 | Ralhnam et al. |
| 6,685,362 | B2 | 2/2004 | Burkholder et al. |
| 6,695,486 | B1 | 2/2004 | Falkenberg |
| 6,811,321 | B1 | 11/2004 | Schmalzigaug et al. |
| 6,817,272 | B2 | 11/2004 | Holland |
| 6,854,894 | B1 | 2/2005 | Yunker et al. |
| 6,869,227 | B2 | 3/2005 | Del Grosso |
| 6,872,039 | B2 | 3/2005 | Baus et al. |
| 6,935,789 | B2 | 8/2005 | Gross, III et al. |
| 7,036,993 | B2 | 5/2006 | Luther |
| 7,052,186 | B2 | 5/2006 | Bates |
| 7,077,576 | B2 | 7/2006 | Luther |
| 7,090,407 | B2 | 8/2006 | Melton et al. |
| 7,091,421 | B2 | 8/2006 | Kukita et al. |
| 7,111,990 | B2 | 9/2006 | Melton et al. |
| 7,113,679 | B2 | 9/2006 | Melton et al. |
| D533,504 | S | 12/2006 | Lee |
| D534,124 | S | 12/2006 | Taguchi |
| 7,150,567 | B1 | 12/2006 | Luther et al. |
| 7,153,041 | B2 | 12/2006 | Mine et al. |
| 7,198,409 | B2 | 4/2007 | Smith et al. |
| 7,207,724 | B2 | 4/2007 | Gurreri |
| D543,146 | S | 5/2007 | Chen et al. |
| 7,258,493 | B2 | 8/2007 | Milette |
| 7,264,402 | B2 | 9/2007 | Theuerkorn |
| 7,281,859 | B2 | 10/2007 | Mudd et al. |
| D558,675 | S | 1/2008 | Chien et al. |
| 7,315,682 | B1 | 1/2008 | En Lin et al. |
| 7,325,976 | B2 | 2/2008 | Gurreri et al. |
| 7,325,980 | B2 | 2/2008 | Pepe |
| 7,329,137 | B2 | 2/2008 | Martin et al. |
| 7,354,291 | B2 | 4/2008 | Caveney et al. |
| 7,331,718 | B2 | 5/2008 | Yazaki et al. |
| 7,371,082 | B2 | 5/2008 | Zimmel et al. |
| 7,387,447 | B2 | 6/2008 | Mudd et al. |
| 7,390,203 | B2 | 6/2008 | Murano et al. |
| D572,661 | S | 7/2008 | En Lin et al. |
| 7,431,604 | B2 | 10/2008 | Waters et al. |
| 7,463,803 | B2 | 12/2008 | Cody et al. |
| 7,465,180 | B2 | 12/2008 | Kusuda et al. |
| 7,473,124 | B1 | 1/2009 | Briant |
| 7,510,335 | B1 | 3/2009 | Su et al. |
| 7,513,695 | B1 | 4/2009 | Lin et al. |
| 7,534,128 | B2 | 5/2009 | Caveney et al. |
| 7,540,666 | B2 | 6/2009 | Luther |
| 7,561,775 | B2 | 7/2009 | Lin et al. |
| 7,588,373 | B1 | 9/2009 | Sato |
| 7,591,595 | B2 | 9/2009 | Lue et al. |
| 7,594,766 | B1 | 9/2009 | Sasser et al. |
| 7,641,398 | B2 | 1/2010 | O'Riorden et al. |
| 7,695,199 | B2 | 4/2010 | Teo et al. |
| 7,699,533 | B2 | 4/2010 | Milette |
| 7,712,970 | B1 | 5/2010 | Lee |

**US 11,340,413 B2**

Page 3

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,717,625 | B2 | 5/2010 | Margolin |
| 7,824,113 | B2 | 11/2010 | Wong et al. |
| 7,837,395 | B2 | 11/2010 | Lin et al. |
| D641,708 | S | 7/2011 | Tammauchi |
| 8,083,450 | B1 | 12/2011 | Smith et al. |
| 8,152,385 | B2 | 4/2012 | de Jong |
| 8,186,890 | B2 | 5/2012 | Lu |
| 8,192,091 | B2 | 6/2012 | Hsu et al. |
| 8,202,009 | B2 | 6/2012 | Lin et al. |
| 8,221,007 | B2 | 7/2012 | Peterhans |
| 8,251,733 | B2 | 8/2012 | Wu |
| 8,267,595 | B2 | 9/2012 | Lin et al. |
| 8,270,796 | B2 | 9/2012 | Nhep |
| 8,408,815 | B2 | 4/2013 | Lin et al. |
| 8,414,196 | B2 | 4/2013 | Lu |
| 8,465,317 | B2 | 6/2013 | Gniadek et al. |
| 8,534,928 | B2 | 9/2013 | Cooke |
| 8,550,728 | B2 | 10/2013 | Takahashi |
| 8,556,645 | B2 | 10/2013 | Crain |
| 8,559,781 | B2 | 10/2013 | Childers |
| 8,622,634 | B2 | 1/2014 | Arnold |
| 8,636,424 | B2 | 1/2014 | Kuffel et al. |
| 8,651,749 | B2 | 2/2014 | Clovis et al. |
| 8,676,022 | B2 | 3/2014 | Jones |
| 8,678,670 | B2 | 3/2014 | Takahashi |
| 8,727,638 | B2 | 5/2014 | Lee |
| 8,757,894 | B2 | 6/2014 | Katoh |
| 8,764,308 | B2 | 7/2014 | Irwin |
| 8,770,863 | B2 | 7/2014 | Cooke et al. |
| 8,869,661 | B2 | 10/2014 | Opstad |
| 9,052,474 | B2 | 6/2015 | Jiang |
| 9,063,296 | B2 | 6/2015 | Dong |
| 9,250,402 | B2 | 2/2016 | Ishii et al. |
| 9,310,569 | B2 | 4/2016 | Lee |
| 9,366,829 | B2 | 6/2016 | Czosnowski |
| 9,411,110 | B2 | 8/2016 | Barnette, Jr. et al. |
| 9,448,370 | B2 | 9/2016 | Xue et al. |
| 9,465,172 | B2 | 10/2016 | Shih |
| 9,494,744 | B2 | 11/2016 | de Jong |
| 9,548,557 | B2 | 1/2017 | Liu |
| 9,551,842 | B2 | 1/2017 | Theuerkorn |
| 9,557,495 | B2 | 1/2017 | Raven |
| 9,568,686 | B2 | 2/2017 | Fewkes et al. |
| 9,581,768 | B1 | 2/2017 | Baca et al. |
| 9,599,778 | B2 | 3/2017 | Wong et al. |
| 9,658,409 | B2 | 5/2017 | Gniadek |
| 9,678,283 | B1 | 6/2017 | Chang et al. |
| 9,684,130 | B2 | 6/2017 | Veatch et al. |
| 9,684,136 | B2 | 6/2017 | Cline et al. |
| 9,684,313 | B2 | 6/2017 | Chajec |
| 9,709,753 | B1 | 8/2017 | Chang et al. |
| 9,778,425 | B2 | 10/2017 | Nguyen |
| 9,829,644 | B2 | 11/2017 | Nguyen |
| 9,829,645 | B2 | 11/2017 | Good |
| 9,829,653 | B1 | 11/2017 | Nishiguchi |
| 9,869,825 | B2 | 1/2018 | Bailey et al. |
| 9,880,361 | B2 | 1/2018 | Childers |
| 9,946,035 | B2 | 4/2018 | Gustafson |
| 9,971,103 | B2 | 5/2018 | de Jong et al. |
| 9,989,711 | B2 | 6/2018 | Ott et al. |
| 10,031,296 | B2 | 7/2018 | Good |
| 10,067,301 | B2 | 9/2018 | Murray |
| 10,107,972 | B1 | 10/2018 | Gniadek et al. |
| 10,114,180 | B2 | 10/2018 | Suzic |
| 10,146,011 | B2 | 12/2018 | Nhep |
| 10,281,668 | B2 | 5/2019 | Takano et al. |
| 10,281,669 | B2 | 5/2019 | Takano et al. |
| 2002/0168148 | A1 | 11/2002 | Gilliland |
| 2002/0172467 | A1 | 11/2002 | Anderson et al. |
| 2002/0191919 | A1 | 12/2002 | Nolan |
| 2003/0053787 | A1 | 3/2003 | Lee |
| 2003/0063862 | A1 | 4/2003 | Fillion |
| 2003/0157825 | A1 | 8/2003 | Kane |
| 2004/0052473 | A1 | 3/2004 | Seo |
| 2004/0109646 | A1 | 6/2004 | Anderson |
| 2004/0161958 | A1 | 6/2004 | Togami et al. |
| 2004/0136657 | A1 | 7/2004 | Ngo |
| 2004/0141693 | A1 | 7/2004 | Szilagyi et al. |
| 2004/0234209 | A1 | 11/2004 | Cox et al. |
| 2004/0247252 | A1 | 12/2004 | Ehrenreich |
| 2005/0036744 | A1 | 2/2005 | Caveney et al. |
| 2005/0111796 | A1 | 5/2005 | Matasek et al. |
| 2005/0141817 | A1 | 6/2005 | Yazaki et al. |
| 2005/0281509 | A1 | 12/2005 | Cox et al. |
| 2006/0013539 | A1 | 1/2006 | Thaler |
| 2006/0076061 | A1 | 4/2006 | Bush |
| 2006/0089049 | A1 | 4/2006 | Sedor |
| 2006/0127025 | A1 | 6/2006 | Haberman |
| 2006/0153503 | A1 | 7/2006 | Suzuki |
| 2006/0160429 | A1 | 7/2006 | Dawiedczyk et al. |
| 2006/0193562 | A1 | 8/2006 | Theuerkorn |
| 2006/0269194 | A1 | 11/2006 | Luther et al. |
| 2006/0274411 | A1 | 12/2006 | Yamauchi |
| 2007/0025665 | A1 | 2/2007 | Dean |
| 2007/0028409 | A1 | 2/2007 | Yamada |
| 2007/0079854 | A1 | 4/2007 | You |
| 2007/0098329 | A1 | 6/2007 | Shimoji et al. |
| 2007/0149028 | A1 | 6/2007 | Yu et al. |
| 2007/0149062 | A1 | 6/2007 | Long et al. |
| 2007/0230874 | A1 | 10/2007 | Lin |
| 2007/0232115 | A1 | 10/2007 | Burke et al. |
| 2007/0243749 | A1 | 10/2007 | Wu |
| 2008/0008430 | A1 | 1/2008 | Kewitsch |
| 2008/0044137 | A1 | 2/2008 | Luther et al. |
| 2008/0056647 | A1 | 3/2008 | Margolin et al. |
| 2008/0064334 | A1 | 3/2008 | Hamadi |
| 2008/0069501 | A1 | 3/2008 | Mudd et al. |
| 2008/0101757 | A1 | 5/2008 | Lin et al. |
| 2008/0226237 | A1 | 9/2008 | O'Rioreden et al. |
| 2008/0267566 | A1 | 10/2008 | En Lin |
| 2009/0028507 | A1 | 1/2009 | Jones et al. |
| 2009/0047818 | A1 | 2/2009 | Irwin et al. |
| 2009/0092360 | A1 | 4/2009 | Lin et al. |
| 2009/0176401 | A1 | 7/2009 | Gu |
| 2009/0196555 | A1 | 8/2009 | Lin et al. |
| 2009/0214162 | A1 | 8/2009 | O'Riorden et al. |
| 2009/0220197 | A1 | 9/2009 | Gniadek |
| 2009/0220200 | A1 | 9/2009 | Wong et al. |
| 2009/0222457 | A1 | 9/2009 | de Jong et al. |
| 2009/0290839 | A1 | 11/2009 | Lin |
| 2009/0290938 | A1 | 11/2009 | Asaoka |
| 2010/0034502 | A1 | 2/2010 | Lu et al. |
| 2010/0054668 | A1 | 3/2010 | Nelson |
| 2010/0061069 | A1 | 3/2010 | Cole |
| 2010/0092136 | A1 | 4/2010 | Nhep |
| 2010/0220961 | A1 | 9/2010 | de Jong et al. |
| 2010/0247041 | A1 | 9/2010 | Szilagyi |
| 2010/0284656 | A1 | 11/2010 | Morra |
| 2010/0322561 | A1 | 12/2010 | Lin et al. |
| 2011/0044588 | A1 | 2/2011 | Larson |
| 2011/0058773 | A1 | 3/2011 | Peterhans |
| 2011/0131801 | A1 | 6/2011 | Nelson et al. |
| 2011/0155810 | A1 | 6/2011 | Taniguichi |
| 2011/0177710 | A1 | 7/2011 | Tobey |
| 2011/0239220 | A1 | 9/2011 | Gibson |
| 2012/0099822 | A1 | 4/2012 | Kuffel et al. |
| 2012/0155810 | A1 | 6/2012 | Nakagawa |
| 2012/0189260 | A1 | 7/2012 | Kowalczyk et al. |
| 2012/0237177 | A1 | 9/2012 | Minota |
| 2012/0269485 | A1 | 10/2012 | Haley et al. |
| 2012/0301080 | A1 | 11/2012 | Gniadek |
| 2012/0308183 | A1 | 12/2012 | Irwin |
| 2012/0328248 | A1 | 12/2012 | Larson |
| 2013/0019423 | A1 | 1/2013 | Srutkowski |
| 2013/0071067 | A1 | 3/2013 | Lin |
| 2013/0089995 | A1 | 4/2013 | Gniadek et al. |
| 2013/0094816 | A1 | 4/2013 | Lin et al. |
| 2013/0101258 | A1 | 4/2013 | Hikosaka |
| 2013/0121653 | A1 | 5/2013 | Shitama et al. |
| 2013/0170797 | A1 | 7/2013 | Ott |
| 2013/0183012 | A1 | 7/2013 | Lopez et al. |
| 2013/0216185 | A1 | 8/2013 | Klavuhn |
| 2013/0259429 | A1* | 10/2013 | Czosnowski ........ G02B 6/3879 385/78 |

**US 11,340,413 B2**

Page 4

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0308915 | A1 | 11/2013 | Buff |
| 2013/0322825 | A1* | 12/2013 | Cooke .................. G02B 6/3831 |
| | | | 385/59 |
| 2014/0016901 | A1 | 1/2014 | Lamboum et al. |
| 2014/0023322 | A1 | 1/2014 | Gniadek |
| 2014/0050446 | A1 | 2/2014 | Chang |
| 2014/0056562 | A1 | 2/2014 | Limbert |
| 2014/0133808 | A1 | 5/2014 | Hill et al. |
| 2014/0153879 | A1 | 6/2014 | Isenhour et al. |
| 2014/0169727 | A1 | 6/2014 | Veatch et al. |
| 2014/0219621 | A1 | 8/2014 | Barnette, Jr. et al. |
| 2014/0226946 | A1 | 8/2014 | Cooke et al. |
| 2014/0241644 | A1 | 8/2014 | Kang |
| 2014/0241678 | A1 | 8/2014 | Bringuier et al. |
| 2014/0241688 | A1 | 8/2014 | Isenhour et al. |
| 2014/0334780 | A1 | 11/2014 | Nguyen |
| 2014/0348477 | A1 | 11/2014 | Chang |
| 2015/0003788 | A1 | 1/2015 | Chen |
| 2015/0111417 | A1 | 4/2015 | Vanderwoud |
| 2015/0177463 | A1 | 6/2015 | Lee |
| 2015/0198766 | A1 | 7/2015 | Takahashi |
| 2015/0212282 | A1 | 7/2015 | Lin |
| 2015/0241644 | A1 | 8/2015 | Lee |
| 2015/0301294 | A1 | 10/2015 | Chang |
| 2015/0331201 | A1 | 11/2015 | Takano et al. |
| 2015/0355417 | A1 | 12/2015 | Takano et al. |
| 2015/0370021 | A1 | 12/2015 | Chan |
| 2015/0378113 | A1 | 12/2015 | Good et al. |
| 2016/0131849 | A1 | 5/2016 | Takano et al. |
| 2016/0139343 | A1 | 5/2016 | Dean, Jr. et al. |
| 2016/0161681 | A1 | 6/2016 | Banal, Jr. et al. |
| 2016/0172852 | A1 | 6/2016 | Tamura |
| 2016/0178852 | A1 | 6/2016 | Takano |
| 2016/0195682 | A1 | 6/2016 | Takano |
| 2016/0291262 | A1 | 6/2016 | Chang et al. |
| 2016/0231512 | A1 | 8/2016 | Seki |
| 2016/0259135 | A1 | 9/2016 | Gniadek |
| 2016/0266326 | A1 | 9/2016 | Gniadek |
| 2016/0320572 | A1 | 11/2016 | Gniadek |
| 2016/0349458 | A1 | 12/2016 | Murray |
| 2016/0370545 | A1 | 12/2016 | Jiang |
| 2017/0003458 | A1 | 1/2017 | Gniadek |
| 2017/0023746 | A1* | 1/2017 | Good .................. G02B 6/3882 |
| 2017/0205587 | A1 | 7/2017 | Chang et al. |
| 2017/0205590 | A1 | 7/2017 | Bailey |
| 2017/0205591 | A1 | 7/2017 | Takano et al. |
| 2017/0212313 | A1 | 7/2017 | Elenabaas |
| 2017/0212316 | A1 | 7/2017 | Takano |
| 2017/0254961 | A1 | 9/2017 | Kamada et al. |
| 2017/0276275 | A1 | 9/2017 | Beemer et al. |
| 2017/0276887 | A1 | 9/2017 | Allen |
| 2017/0277059 | A1 | 9/2017 | Miura et al. |
| 2017/0343740 | A1 | 11/2017 | Nguyen |
| 2018/0128988 | A1 | 5/2018 | Chang |
| 2018/0156988 | A1 | 6/2018 | Gniadek |
| 2018/0172923 | A1 | 6/2018 | Bauco |
| 2018/0252872 | A1 | 9/2018 | Chen |
| 2018/0341069 | A1 | 11/2018 | Takano |
| 2019/0064447 | A1 | 2/2019 | Chang et al. |
| 2019/0204513 | A1 | 7/2019 | Davidson et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2836038 Y | 11/2006 |
| CN | 2836038 Y | 11/2006 |
| CN | 201383588 Y | 1/2010 |
| CN | 201383588 Y | 1/2010 |
| CN | 2026500189 U | 12/2013 |
| CN | 106997078 | 8/2017 |
| DE | 19507669 A1 | 9/1996 |
| DE | 202006011910 U1 | 3/2007 |
| DE | 102006019335 U1 | 10/2007 |
| EP | 1074868 A1 | 2/2001 |
| EP | 1074868 A1 | 7/2001 |
| EP | 1211537 A2 | 6/2002 |
| EP | 1211537 A3 | 6/2002 |
| EP | 1245980 A1 | 10/2002 |
| EP | 1566674 A2 | 8/2005 |
| GB | 2111240 A | 6/1983 |
| JP | 2000089059 A | 3/2000 |
| JP | 03752331 B2 | 3/2006 |
| JP | 2009229545 A | 10/2009 |
| JP | 2009276493 A | 11/2009 |
| JP | 04377820 B2 | 12/2009 |
| KR | 2009005382 A | 1/2009 |
| KR | 200905382 U | 6/2009 |
| KR | 1371686 B1 | 3/2014 |
| TW | 200821653 A | 5/2008 |
| WO | 200179904 A2 | 10/2001 |
| WO | WO2001079904 A2 | 10/2001 |
| WO | 2004027485 A1 | 4/2004 |
| WO | WO2006007120 A1 | 1/2006 |
| WO | 2008112986 A1 | 9/2008 |
| WO | 2009135787 A1 | 11/2009 |
| WO | 2010024851 A2 | 3/2010 |
| WO | 2012136702 A1 | 10/2012 |
| WO | 2012162385 A1 | 11/2012 |
| WO | WO2012162385 A1 | 11/2012 |
| WO | 2014028527 A1 | 2/2014 |
| WO | 2014182351 A1 | 11/2014 |
| WO | WO2015103783 A1 | 7/2015 |
| WO | 2015191024 A1 | 12/2015 |
| WO | 2016019993 A1 | 2/2016 |
| WO | 2016148741 A1 | 9/2016 |
| WO | WO2019126333 A1 | 6/2019 |

OTHER PUBLICATIONS

PCT/US2018/062406 The written Opinion dated Mar. 18, 2019.
PCT/US2018/062405 International Search Report dated Apr. 3, 2019.
PCT/US2018/062405 The written Opinion dated Apr. 3, 2019.
PCT/IB2018/056133 Written Opinion dated Jan. 3, 2019.
PCY/IB/056133 Search Report dated Jan. 3, 2019.
Final Office Action, U.S. Appl. No. 16/035,691, dated Feb. 11, 2019, pp. 8.
Non-Final Office Action, U.S. Appl. No. 16/035,695, dated Sep. 28, 2018, pp. 7.
International Search Report and Written Opinion, Application No. PCT/US2018/042202, pp. 17, dated Dec. 7, 2018.
International Search Report and Written Opinion, Application No. PCT/US19/24718, dated Jun. 26, 2019, pp. 7.
ISR for PCT/US2019/013861, Apr. 8, 2019, 3 pages.
WO for PCT/US2019/013861, Apr. 8, 2019, 11 pages.
International Search Report and Written Opinion for Application No. PCT/US2018/62406 dated Mar. 18, 2019, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/40700 dated Sep. 27, 2019, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/50895 dated Jan. 6, 2020, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/50909 dated Dec. 17, 2019, 11, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/56564 dated Jan. 14, 2020, 14, pages, United States.
International Search Report and Written Opinion, Application No. PCT/US19/46397, dated Nov. 12, 2019, pp. 6.
International Search Report; PCT/US2018/042202 filed Jul. 16, 2018; Applicant: Senko Advanced Components, Inc.
International Preliminary Report on Patentability for PCT/US2019/022940 dated Oct. 1, 2020, 11 pages.
Extended European Search Report and Written Opinion, Application No. 18832246.5, dated Mar. 15, 2021, pp. 6.
International Search Report and Written Opinion; Application No. PCT/US2018/042202, dated Dec. 7, 2018, pp. 17.

**US 11,340,413 B2**

Page 5

(56)          **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion, Application No. PCT/US2019/013861, dated Apr. 8, 2019, pp. 15.

Fiber Optic Connectors Tutorial, 2018, pp. 20.

Fiber Optic Glossary, Feb. 29, 2016, pp. 93.

"Fiber Optic Interconnect Solutions, Tactical Fiber Optical Connectors, Cables and Termini" 2006, Glenair, Inc., Glendale, California, www.mps-electronics.de, pp. 232.

"Fiber Optic Products Catalog" Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania, www.ampnetconnect.com, pp. 204.

"Fiber Optic Connectors and Assemblies Catalog" 2009, Huber & Suhner Fiver Optics, Herisau, Switzerland, www.hubersuhner.com, pp. 104.

\* cited by examiner



FIG. 1B
(Prior Art)

FIG. 1A
(Prior Art)



106

108

108

6.25mm

FIG. 1D
(Prior Art)

106

FIG. 1C
(Prior Art)



FIG. 2A
(Prior Art)

FIG. 2B
(Prior Art)



FIG. 2C
(Prior Art)

FIG. 2D
(Prior Art)



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



**FIG. 9**



FIG. 10





FIG. 12A

FIG. 12B



FIG. 13



1401

1401

FIG. 14A

FIG. 14B

FIG. 14C

1401



FIG. 15A

FIG. 15B



FIG. 16



FIG. 17



FIG. 18A

FIG. 18B

1810



FIG. 19A

FIG. 19B

FIG. 19C

FIG. 19D



FIG. 20



FIG. 21A



FIG. 21B



FIG. 22



FIG. 23A



FIG. 23B



**FIG. 24**



FIG. 25A



FIG. 25B



FIG. 26



FIG. 27B



FIG. 27A



FIG. 28B

FIG. 28A



FIG. 29B



FIG. 29A



FIG. 29C



FIG. 29D



FIG. 29E



FIG. 30



FIG. 31



FIG. 32A



FIG. 32B



FIG. 33A



FIG. 33B







FIG. 36A



FIG. 36B

2100



FIG. 37



FIG. 38



FIG. 39



FIG. 40A

FIG. 40B

FIG. 40C



**FIG. 41**



FIG. 42B

FIG. 42A



FIG. 43



FIG. 44A



FIG. 44B



FIG. 44C



FIG. 45



FIG. 46



FIG. 47



FIG. 48



FIG. 49



FIG. 50

4700



5103

FIG. 51



FIG. 52

4700

US 11,340,413 B2

**1**

## ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority as continuation of U.S. patent application Ser. No. 17/090,855 filed Nov. 5, 1920 entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS A PART OF A RECONFIGUR-ABLE OUTER HOUSING" which is a continuation of U.S. patent application Ser. No. 16/414,546 filed May 16, 2019 entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS A PART OF A RECONFIGUR-ABLE OUTER HOUSING" which is a continuation of U.S. patent application Ser. No. 16/388,053 filed Apr. 18, 2019 entitled "Ultra-Small Form Factor Optical Connectors", which is a continuation of U.S. patent application Ser. No. 16/035,691, filed Jul. 15, 2018 entitled "Ultra-Small Form Factor Optical Connectors" now U.S. Pat. No. 10,281,668 granted May 7, 2019, which claims priority to the following: U.S. Provisional Patent Application Ser. Nos. 62/532,710 filed Jul. 14, 2017, 62/549,655 filed Aug. 24, 2017, and 62/588,276 filed Nov. 17, 2017, all the disclosures of which are incorporated by reference herein.

### FIELD OF THE INVENTION

The present disclosure relates generally to ultra-small form factor optical connectors and related connections within adapters and optical transceivers.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors and adapters are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable transceiver footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) transceiver footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommo-

**2**

date eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into a dense group of connectors and activate a release mechanism, adjacent cables and connectors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the adjacent cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

### SUMMARY OF THE INVENTION

An optical connector holding two or more LC-type optical ferrules is provided. The optical connector includes an outer body, an inner front body accommodating the two or more LC-type optical ferrules, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four LC-type optical ferrules are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight LC-type optical ferrules are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A mating receptacle (transceiver or adapter) includes a receptacle hook and a housing with an opening that accommodates the receptacle hook in a flexed position as the optical connector makes connection with the mating receptacle by introducing the receptacle hook into an optical receptacle hook recess.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A is a perspective view of a prior art standard 6.25 mm pitch LC connector SFP;

FIG. **1**B is a perspective view of a prior art standard 6.25 mm pitch LC adapter;

FIG. **1**C is a top view of the prior art adapter of FIG. **1**B;

FIG. **1**D is a front view of the prior art adapter of FIG. **1**B, showing the 6.25 mm pitch;

FIG. **2**A is a perspective view of a prior art LC duplex connector;

3

FIG. **2**B is a perspective view of a prior art LC duplex connector with a remote release pull tab;

FIG. **2**C is a top view of a prior art LC connector used in the embodiments shown in FIGS. **2**A and **2**B;

FIG. **2**D is a side view of the prior art LC connector of FIG. **2**C;

FIG. **3** is an exploded view of one embodiment of a connector;

FIG. **4** is a perspective view of one embodiment of a connector;

FIG. **5** is a perspective view of one embodiment of a connector with the outer housing removed from the front body.

FIG. **6** is a perspective view of one embodiment of a duplex connector;

FIG. **7** is a perspective view of another embodiment of a duplex connector;

FIG. **8** is a perspective view of one embodiment of a quad connector;

FIG. **9** is another perspective view of one embodiment of a quad connector;

FIG. **10** shows various embodiments of adapter types;

FIG. **11**A is a side view of a connector connected to an adapter;

FIG. **11**B is a side view of a connector being removed from an adapter;

FIG. **12**A is a side view of the outer housing of a connector being removed;

FIG. **12**B is a perspective view of a transparent outer housing of a connector showing the front body;

FIG. **13** is a perspective view of one embodiment of a quad connector inserted into a corresponding adapter;

FIGS. **14**A-C are illustrative examples of cable management using various embodiments of connectors;

FIG. **15**A-B are illustrative examples of cable management using multiple fiber strands per jacket;

FIG. **16** is an illustrative example of using a cable management system using multiple fiber strands per jacket.

FIG. **17** is another illustrative example of using a cable management system using multiple fiber strands per jacket.

FIGS. **18**A-B are various views of one embodiment of a MT connector.

FIGS. **19**A-D are illustrative examples of possible alternative connector designs.

FIG. **20** shows moving two connectors from a duplex connector to two simplex connectors.

FIG. **21**A is an exploded view of a micro optical connector according to an embodiment.

FIG. **21**B is a perspective view of the assembled micro optical connector of FIG. **21**A.

FIG. **22** is a front view of the micro optical connector of FIG. **21**B showing overall connector dimensions and ferrule pitch.

FIG. **23**A is a cross-sectional view of the micro optical connector of FIG. **21**B latched into the adapter of FIG. **24**.

FIG. **23**B is a cross-sectional view of the micro optical connectors of FIG. **21**B unlatched from the adapter of FIG. **24**.

FIG. **24** is an exploded view of an adapter for the micro optical connectors of FIG. **21**B.

FIG. **25**A is a cross-sectional view of the adapter of FIG. **24**, assembled.

FIG. **25**B is a cross-sectional side view of the adapter housing of FIG. **24**.

FIG. **26** is a front view of the assembled adapter of FIG. **24**.

4

FIG. **27**A is an isometric view of the front body of the micro optical connector of FIG. **21**A.

FIG. **27**B is a right side view of the front body of FIG. **27**A.

FIG. **28**A is an isometric view of the back body of the micro optical connector of FIG. **21**A.

FIG. **28**B is a side view of the back body of FIG. **28**A.

FIG. **29**A is an isometric view of the outer housing of the micro optical connector of FIG. **21**A.

FIG. **29**B is a front view of the outer housing of FIG. **29**A.

FIG. **29**C is a cross-sectional view of the outer housing of FIG. **29**A showing the top of an orientation protrusion.

FIG. **29**D is an inner view of the outer housing of FIG. **29**A;

FIG. **29**E is an inner view of the outer housing of FIG. **29**A.

FIG. **30** is a side view of an adapter hook of the adapter of FIG. **24**.

FIG. **31** is an isometric view of the adapter of FIG. **24** assembled with the micro optical connectors of FIG. **21**B.

FIG. **32**A is cross-sectional view of a prior art connector showing a latch gap.

FIG. **32**B is a cross-sectional view of the micro optical connector of FIG. **21**B latched (left) and unlatched (right) within the adapter of FIG. **24**, assembled.

FIG. **33**A depicts the micro optical connector of FIG. **21**B in a QSFP footprint, depicting dimensions in millimeters.

FIG. **33**B depicts the micro optical connectors of FIG. **21**B in SFP footprint, depicting dimensions in millimeters.

FIG. **34**A-**34**C depicts adapter hooks interacting with the micro optical connectors of FIG. **21**B before (FIG. **34**A), during (FIG. **34**B), and after (FIG. **34**C) latching.

FIG. **35**A-FIG. **35**C depicts the micro optical connector of FIG. **21**B side flap operation before (FIG. **35**A), during (FIG. **35**B), and after (FIG. **35**C) latching.

FIG. **36**A depicts plural micro optical connectors in a transceiver.

FIG. **36**B is a front view of the transceiver of FIG. **36**A.

FIG. **37** is an exploded view of a micro optical connector according to a further embodiment.

FIG. **38** is an isometric view of a front body of the micro optical connector of FIG. **37**.

FIG. **39** is an isometric view of a back body of the micro optical connector of FIG. **37**.

FIGS. **40**A, **40**B, and **40**C depict a technique for reversing polarity of the optical connector of FIG. **37**.

FIG. **41** is an exploded view of a micro optical connector according to a further embodiment.

FIG. **42**A is an isometric view of the front body of the micro optical connector of FIG. **41**.

FIG. **42**B is a side view of the front body of FIG. **42**A.

FIG. **43** is an isometric view of the back body of the micro optical connector of FIG. **41**.

FIGS. **44**A, **44**B, and **44**C are isometric views of the outer housings that may be used with any of the micro optical connectors of FIGS. **21**A, **37**, and **41**.

FIG. **45** is an exploded view of an adapter according to a further embodiment.

FIG. **46** is a cross-section of the adapter of FIG. **45**, assembled.

FIG. **47** is an exploded view of a connector according to another embodiment.

FIG. **48** is an isometric view of the back body and the back post of the connector of FIG. **47**.

FIG. **49** is a cross-section of the back post of FIG. **47** assembled with optical fibers.

**5**

FIG. **50** is a front view of the connector of FIG. **47**.

FIG. **51** is an isometric view of the boot of the connector of FIG. **47**.

FIG. **52** is a front view of the adapter of FIG. **45**.

### DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, a CS connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors, for use, for example, with future narrow-pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors in dense arrays of narrow-pitch LC SFPs and narrow-width multi-fiber SFPs.

FIG. **1A** shows a perspective view of a prior art standard 6.25 mm pitch LC connector SFP **100**. The SFP **100** is configured to receive a duplex connector and provides two receptacles **102**, each for receiving a respective LC connector. The pitch **104** is defined as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **102**. FIG. **1B** shows a perspective view of a prior art standard 6.25 mm pitch LC adapter **106**. The adapter **106**

**6**

is also configured to receive a duplex connector, and provides two receptacles **108**, each for receiving a respective LC connector. FIG. **1C** is a top view of the adapter **106** of FIG. **1B**. The pitch of the adapter **106** is defined similarly to that of the SFP **100**, as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **108**, as illustrated in FIG. **1D**, which shows a front view of the adapter **106**.

FIG. **2A** shows a prior art LC duplex connector **200** that may be used with the conventional SFP **100** and the conventional adapter **106**. The LC duplex connector **200** includes two conventional LC connectors **202**. FIG. **2B** shows another prior art LC duplex connector **204** having a remote release pull tab **206**, and including two conventional LC connectors **208**. As shown, the remote release pull tab **206** includes two prongs **210**, each configured to couple to the extending member **212** of a respective LC connector **208**. FIGS. **2C** and **2D** show top and side views, respectively, of the conventional LC connector **208**, having a width of 5.6 mm, and further showing the extending member **212**.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, as shown in FIG. **3**, a connector **300** may comprise various components. Referring to FIG. **3**, an illustrative embodiment of a connector **300** is shown in an exploded view to display detail. In some embodiments, and as discussed further herein, a connector **300** may have an outer housing **301**, a front body **302**, one or more ferrules **303**, one or more ferrule flanges **304**, one or more springs **305**, a back body **306**, a back post **307**, a crimp ring **308**, and a boot **309**. In some embodiments, the back body **306** may comprise one or more protrusions **306.1** which may interlock with a window/cutout **302.1** in the front body **302**. This may allow for the back body **306** and the front body **302** to be securely fastened together around the ferrule(s) **303**, ferrule flange(s) **304**, and the spring(s) **305**. The elements of FIG. **3** are configured such that two optical connectors having four LC-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least two optical connectors having a total of eight LC-type optical ferrules may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

Referring now to FIG. **4**, an embodiment is shown wherein the connector **400** is assembled. In some embodiments, the assembled connector may have an outer housing **401**, a front body **402** positioned within the outer housing, one or more ferrules **403**, one or more ferrule flanges (not shown), one or more springs (not shown), a back body **406**, a back post (not shown), a crimp ring (not shown), a boot **409**, and a push-pull tab **410**. In some embodiments, the connector may have one or more latching mechanisms made up of a window **412** on the outer housing **401** near the push-pull tab **410** and a protrusion **413** on the front body. The latching mechanism made up of the window **412** and protrusion **413** securely attaches the outer housing **401** to the front body **402**. In a further embodiment, the outer housing **401** may have a recess **411** to receive a locking tab or locking mechanism from an adapter (depicted in FIG. **13**, below). The recess **411** of the outer housing **401** is used to interlock with an adapter (depicted in FIG. **13**, below) or transceiver receptacle to secure the connector into the adapter. As would be understood by one skilled in the art, the push-pull tab **410** enables removal of the connector from a receptacle without

7

requiring additional tools. Alternatively, the push-pull tab may be eliminated and the connector removed manually. In one or more further embodiments, the outer housing **401** may also have a key **414**. The key **414** may keep the connector in a given orientation when inserted into a receptacle such as an adapter or transceiver.

FIG. **5** depicts a procedure for changing the polarity of the optical connectors of the present disclosure. As shown in FIG. **5**, in some embodiments, the latching mechanism of the connector **500** may be made up of two main parts: a window (not visible) and one or more protrusions **513**. As illustrated in FIG. **5**, the outer housing **501** can slide on to or be removed from the front body **502** by disengaging the latching mechanisms formed by the protrusion **513** exiting through the window, whereby it contacts a rear wall of the window (refer to FIG. **4** for an illustrated example of the outer housing being attached to the front body via the latching mechanism). In some embodiments, the push-pull tab **510** may be permanently attached to the outer housing **501**, as shown.

The front body **502** may be removed from the outer housing **501**, rotated 180° as indicated by arrow **520**, and re-inserted into the outer housing. This allows for a change in the polarity of the front body **502**, as shown by the arrow diagram in FIG. **5**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules.

In some embodiments, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, as shown in FIG. **6**, a connector **600** may in some embodiments, utilize an outer housing **601** that is capable of holding two front bodies **602**. Various other embodiments are disclosed herein, and it should be noted that the embodiments disclosed herein are all non-limiting examples shown for explanatory purposes only.

Accordingly, although the embodiment shown in FIG. **6** utilizes a duplex outer housing **601**, additional or alternative embodiments may exist with more capacity, for example, six or eight optical connectors within a single outer housing. As shown in FIG. **6**, in some embodiments, the outer housing **601** may accept two front bodies **602**, each with two separate ferrules **603**. As shown, the front body(s) **602** may securely fasten to the outer housing **601** via the latching mechanism **612** and **613**. In additional embodiments, the push-pull tab **610** may be modified, as shown, such that a single tab can be used to free the two or more connectors from an adapter. As illustrated in FIG. **6**, the uni-body push-pull tab **610** and the outer housing **601** may have two windows **612** with which to receive multiple protrusions **613** of the front body(s) **602**. As discussed herein the recesses **611** of the outer housing **601** are used to secure the connectors to an adapter (depicted in FIG. **13** below). In one or more further embodiments, the connectors may have individual back bodies **606** and boots **609** (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. **7**, the connector **700** may have a single boot **709** and a duplex (i.e., uni-body) back body **706** instead of individual back bodies (e.g., such as shown in FIG. **6**). In some embodiments, the duplex back body **706** may have different dimensions than that of the individual back bodies of FIG. **6**, such as, for example, they may be longer to accommodate the need for routing the fiber after it exits the boot **709**. As with other embodiments discussed herein, the connector shown in FIG. **7** may also include an outer housing (e.g., duplex outer housing) **701**, one or more ferrules **703**, at least

8

one latching mechanism formed by the protrusion (not shown) exiting through one or more windows **712**, and a push-pull tab **710**.

As stated, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, similar to FIG. **6**, FIG. **8** shows a connector **800** that may, in some embodiments, utilize an outer housing **801** that is capable of holding multiple (e.g., four) front bodies **802**.

As shown in FIG. **8**, some embodiments may have an outer housing **801** able to accept up to four front bodies **802**, each with one or more ferrules **803**. As shown, each front body **802** may securely fasten to the outer housing **801** via the latching mechanism **812** and **813**. In additional embodiments, the push-pull tab **810** may be modified such that a single tab can be used to remove the up to four connectors from an adapter. As illustrated in FIG. **8**, the push-pull tab **810** may include four recesses **811**, which as discussed herein are used to secure the connector to a receptacle such as an adapter (shown in FIG. **13**, below) or the front receptacle portion of a transceiver. In one or more further embodiments, the connectors may have individual back bodies **806** and boots **809** (i.e., one back body/boot per front body) as shown.

Similar to FIG. **8**, FIG. **9** shows an embodiment where the outer housing **901** is able to accept up to four front bodies **902**, each with one or more ferrules **903**. As shown, each front body **902** may securely fasten to the outer housing **901** via the latching mechanism **912** and **913**. In additional embodiments, the push-pull tab **910** may be modified such that a single tab can be used to remove the up to four CS connectors from an adapter. As illustrated in FIG. **9**, the push-pull tab **910** may include four recesses **911**, which as discussed herein are used to secure the connector to an adapter (shown in FIG. **13**, below) or the optical receptacle portion of a transceiver. The FIG. **9** embodiment may utilize a single back body **906** and a single boot **909**. In one or more further embodiments, the connectors may have individual back bodies **906** and boots **909** (i.e., one back body/boot for all four front bodies) as shown.

In another aspect, the present disclosure provides method for reconfiguring optical cables in which the outer housings of the connectors may be removed and the remaining portion of the assembled connector is inserted into a housing having a larger or smaller capacity.

For example, the outer housings of plural two-ferrule capacity housings may be removed and the connector inner body and associated components inserted into a second outer housing that has either a four-ferrule or eight-ferrule capacity. Alternatively, an outer housing with a four-ferrule capacity may be removed and the inner bodies and associated components are inserted into two second outer housings, each of the two second housings having a two-ferrule capacity. Similarly, an outer housing with an eight-ferrule capacity may be removed and replaced by two four-ferrule capacity housing or a four-ferrule capacity and two two-ferrule capacity housings. In this manner, cables may be flexibly reconfigured to match the capacity of a mating optical-electrical component such as a transceiver. This aspect of the present disclosure is demonstrated in connection with FIG. **10**.

Referring now to FIG. **10**, various embodiments may exist such as a single housing **1001** which receives a single connector **1002**. Additional embodiments may also exist, such as a duplex housing **1003** which receives two connectors **1004** and/or a quad housing **1005** which may receive up to four connectors **1006**. It should be understood by one

US 11,340,413 B2

**9**

skilled in the art that various other embodiments may exist that are not explicitly shown. For example, a housing with the capacity for 5, 6, 7, 8, 9, 10 or more connectors may be utilized for various embodiments disclosed herein. As shown below, it is desirable to have flexible housing configurations so that connectors may be grouped and ungrouped between optical and optoelectronic components such as adapters and transceivers.

Alternatively, in some embodiments the connector may utilize one or more duplex back bodies with a single boot, similar to that shown in FIG. **7**. Thus, similar to FIG. **7**, an embodiment may allow for a further reduced footprint, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing that may accept up to four front bodies, each with one or more ferrules. In some embodiments, each front body may securely fasten to the outer housing via a latching mechanism. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to free the up to four front bodies from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the connectors to an adapter (shown in FIG. **13**) or the optical receptacle portion of a transceiver.

In further embodiments, the connector may utilize a single uni-body back body with a single boot (i.e., as shown in FIG. **9**). Thus, an embodiment may allow for a further reduced foot print, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing that may accept up to four front bodies, each with one or more ferrules. Each front body may securely fasten to the outer housing via the latching mechanism as discussed herein. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to remove up to four connectors from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the connectors to an adapter.

The optical connectors of the present disclosure are all configured to be received in a receptacle. As used herein, the term "receptacle" relates generically to a housing that receives an optical connector. A receptacle includes both optical adapters, that is, components that mate two or more optical connectors, and transceivers, which include an optical receptacle to hold connectors that are to communicate with an optoelectronic component (e.g., a component that converts optical signals to electrical signals). As shown in FIG. **11**A, in one embodiment **1100**A, the outer housing **1101** may comprise one or more recesses **1111**. As discussed and shown herein, the one or more recesses may allow for a receptacle **1114** to securely connect to the connector **1100**A. Accordingly, in some embodiments, the receptacle **1114** may have a receptacle hook **1115**, which is flexible and can secure the connector **1100**A into the receptacle via latching onto the wall of the recess **1111**, as shown. This latching takes place when the outer housing **1101** is pushed forward into the receptacle. The sloped portions of the outer housing **1101** allow the receptacle hook **1115** to slide up and over the front of the outer housing thereby securing the connector **1100**A into the receptacle.

Additionally or alternatively, in some embodiments, such as that shown in FIG. **11**B, a connector **1100**B may be removed from a receptacle **1114** by pulling the connector away from the adapter as indicated by the directional arrow. In some embodiments, the force may be applied by a user via

**10**

the push-pull tab **1110**. Alternatively, when a push-pull tab is not present, the connector may still be manually removed from a receptacle. As shown in FIG. **11**B, as the connector **1100**B is removed from the receptacle **1114**, the flexible receptacle hooks **1115** separate and slide up the slope of the end of the connector and allow for removal of the connector from the receptacle.

Referring now to FIGS. **12**A and **12**B, as discussed herein and previously shown in FIG. **5**, the front body **1202** can be removed from the outer housing **1201**. In some embodiments, a portion of the outer body **1201** can be flexibly extended away from the front body **1202** as shown by the arrows in FIG. **12**A. As discussed herein, in some embodiments, the front body **1202** may comprise a protrusion **1213** which interlocks with a window (not shown) on the outer housing **1201**. Accordingly, when force is applied to the outer housing **1201** in a manner that removes the one or more protrusions **1213** from the one or more windows (not shown, see FIG. **4**), the front body **1202** may be removed from the outer housing.

Referring now to FIG. **13**, an embodiment **1300** is shown in which the connector (not shown in its entirety) is inserted into a receptacle such as adapter **1314**. In this specific non-limiting example, the connector is similar to that shown in FIG. **8** (i.e., comprising four front bodies each with their own back body **1306** and boot **1309**). However, unlike FIG. **8**, the embodiment shown here utilizes four individual push-pull tabs **1310** instead of a duplex push-pull tab system which manipulates two latching tabs per push-pull tab to allow the connector to be removed from the adapter **1314**.

Various benefits and details have been discussed herein with regard to the connectors and their modular ability (e.g., to include multiple connectors into a single housing). In addition to the reduced footprint, structural improvements, and cost reduction, various embodiments herein may also be beneficial with regard to reducing the burden of cabling in a data center environment. Illustrative embodiments shown in FIGS. **14**A through **14**C depict cable configurations that may be used to reduce the complexity of optical cables in a compact environment. Note that any of the optical connectors described in this disclosure may be used in these embodiments, including the optical connectors of FIGS. **21**B, **37**, and **41**, to be discussed in detail below. FIG. **14**A shows two duplex cables similar to the cable shown in FIG. **6**. In some embodiments, one or more detachable clips **1401** may be attached to two or more zip cables to prevent the zip cables from detaching. This allows for two or more cables to be bundled and reduce the risk of entanglement with additional cables. FIG. **14**B is an illustrative example of how easily an embodiment can separate into two individual connectors by unbinding the cables and thus quickly and easily creating two independent fiber optic channels that can move and be connected independently. FIG. **14**C shows an embodiment in which a duplex connector like that of FIGS. **6** and **14**A is connected to two separate individual connectors. Through the variable housing configurations depicted above in FIG. **10**, the cable of FIG. **14**A can be reconfigured as the cables of either **14**B or FIG. **14**C.

In addition to binding existing fiber cables, some embodiments herein may utilize a new four fiber zip cable. Referring now to FIG. **15**A, a conventional zip cable (i.e., one with a single fiber strand **1520** per jacket **1521**) is shown in comparison with an embodiment in which two fibers **1522** per jacket **1523** are utilized. It should be understood that this is merely a non-limiting example. In some embodiments, multiple fibers may be included per jacket, such as, for

US 11,340,413 B2

11                                                    12

example, four fibers per jacket in order to utilize the single boot **909** and uni-body rear body **906** of the connector shown in FIG. **9**.

A specific example using multi-strand cables is shown in FIG. **16** for illustrative purposes only. It should be understood that numerous alternatives and modifications are possible, such as, for example, that shown in FIGS. **18**A-**18**B and FIGS. **19**A-**19**D. As shown, a switch (e.g., **100**G switch) **1630** is shown with a transceiver (e.g., **100**G transceiver) **1631**. The transceiver **1631** has a receptacle to receive duplex connectors **1632**. From each of the two duplex connectors **1632**, a four fiber cable **1633** extends to connect to various other connectors and transceivers. In some embodiments, as discussed herein, a clip (e.g., detachable clip) **1640** may connect two or more cables (e.g., **1633**) to ensure the zip cables do not come apart. As shown, one four fiber cable **1633** is split into two two-fiber cables **1634**, which are then each attached to a single simplex connector **1635** and placed into a transceiver (e.g., **25**G transceiver) **1636**. As further shown, one of the four fiber cables **1637** is connected to a single duplex connector **1638**, which is then inserted into another transceiver (e.g., **50**G transceiver) **1639**.

An additional or alternative embodiment is shown in FIG. **17**. As shown, one or more switches (e.g., **400**G switches) **1730** and **1732** are shown each with a transceiver (e.g., **400**G transceiver) **1731** and **1733**. The first transceiver **1731** has a receptacle that is receiving two simplex (single) connectors **1734** and one duplex (dual) connector **1735**. From each of the two simplex connectors **1734**, a two fiber cable **1736** extends to connect to various other connectors and transceivers. Similar to FIGS. **14** and **16**, some embodiments may have a clip (e.g., detachable clip) **1740** that may connect two or more cables (e.g., **1736**, **1738**, etc.) to ensure the zip cables do not come apart. From the duplex connector **1735** a four-fiber cable **1737** is split into two two-fiber cables **1738**, which are then each attached to a single simplex connector each and placed into a transceiver (e.g., **400**G transceiver).

Accordingly, embodiments described herein allow for improvements over the current state of the art. By way of specific example, connectors generally have three types of fixed cables. Moreover, some cables may be bifurcated. As such, the cable cannot be split once installed and the polarity of the cables cannot be changed. Alternatively, the embodiments discussed herein may allow a user to change from a four-way to a 2-Duplex to a 4-simplex connector, etc. (e.g., FIG. **20**). Moreover, as discussed herein, the individual connectors can be split into individual connectors anytime, even after deployment. Additionally, the polarity can be changed within the connectors easily in a manner that does not risk damage to the one or more ferrules and fibers, as discussed above. It should also be noted that the depicted connectors are used herein merely for illustrative purposes, and that various other connectors may be used in any embodiment (e.g., an MT connector, such as that shown in FIGS. **18**A-**18**B, and the optical connectors of FIGS. **21**, **37**, and **41**).

FIGS. **18**A-**18**B depict an optical connector including an MT ferrule **1810** in a housing that is substantially similar to the housing **301** of FIG. **3**. As with the embodiment of FIG. **3**, the various features of the connector are configured such that two optical connectors having two MT-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least four optical connectors having a total of four MT-type optical ferrules

may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

FIGS. **19**A-**19**D show alternative embodiments of the optical connectors of FIG. **3** in which the push-pull tabs are not integrated with the optical connector housing. As seen in FIGS. **19**A-**19**B, a push-pull tab **1930** is a separable element from a connector housing. The push-pull tab **1930** actuates a latch **1910** for inserting and extracting the connector from an adapter or transceiver. An alternative latching mechanism is depicted in FIGS. **19**C-**19**D. Latch **1950** includes a notch that is actuated by push-pull tab **1960**.

FIG. **20** depicts the disassembly of a four-connector housing (two duplex connectors in a single housing) into two duplex connectors. This may be performed in changing, for example, a connector as shown in FIG. **14**A to a connector as shown in FIG. **14**C. In FIG. **20**, an optical connector **2000** is depicted including a housing **2010** that houses two duplex connectors (four optical fibers). The housing **2010** is removed, leaving the two duplex connectors **2020**. Two housings **2030** are then provided and two individual duplex connectors **2040** are then created from the initial single housing connector **2000**. This reconfigurable housing simplifies cable management, for example, when optical cables are interconnected between lower-speed transceivers and higher-speed transceivers as seen in FIG. **16**.

FIG. **21**A depicts an embodiment of an optical connector **2100**, shown in exploded view while **21**B depicts the optical connector **2100** in an assembled view. Optical connector **2100** may include an outer housing **2110**, a front body **2115**, one or more ferrules **2122**, one or more ferrule flanges **2124**, one or more springs **2125**, a back body **2130**, a back post **2135**, a crimp ring **2140**, and a boot **2145**. The outer housing **2110** may include a longitudinal bore for accommodating the front body **2115** and a ferrule assembly **2120**, a connector alignment key **2105** used during interconnection, a connector flap **2103** and an optional pull tab **2107** to facilitate removal of the connector **2100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In prior art optical connectors, an inner enclosed housing was used in place of open front body **2115**. Front body **2115** includes top and bottom portions but no sidewalls, termed "open sidewalls" in this embodiment. By using front body **2115**, space occupied by the prior art inner housing sidewalls becomes available to increase the density of optical connectors within a given footprint, an advantage over prior art connectors. It was determined that the outer housing **2110**, combined with the front body **2115**, provided sufficient mechanical strength and ferrule protection, advantageously providing the space for additional optical connectors. Removal of sidewalls increases available space by 1-2 millimeters.

Note that, in this embodiment, the outer housing is configured to hold two optical ferrules **2122**. Typically, two optical ferrules may be used in a "transmit" and "receive" pairing of optical fibers, called a duplex connector. However, the outer housing may be configured to hold more or fewer optical ferrules including a single optical ferrule, multiples of single optical ferrules, or multiple pairs of optical ferrules, depending upon the application. Further, the front body **2115** may be removed from the outer housing **2110** and the front body placed in a larger outer housing with other front bodies to form a larger optical connector in a manner to be discussed in more detail below. In particular,

13

two front bodies may be used with a four-ferrule outer housing or four front bodies may be used with an eight-ferrule outer housing.

Turning to FIGS. 29A and 29B, isometric and front views of the outer housing 2110 are shown. As seen in the front view of FIG. 29B and the cross-sectional view of FIG. 29C, connector orientation protrusions 2910 are provided within the interior of the outer housing 2110. Connector protrusion 2910 is further seen in the inner view of the housing, FIG. 29E. When the front body is inserted within the longitudinal bore 2101 of outer housing 2110, the outer housing connector flap 2103 locks the outer housing 2110 to the front body 2115 in the following manner. As the front body 2115 is inserted into the outer housing 2110, the outer housing locking surface 2114, best seen in FIG. 27C, engages the connector orientation protrusion 2910, seen in an inside view of the outer housing in FIG. 29D, labelled as "Flap A", flexing the connector flap 2103 outwardly from the outer housing 2110, depicted in the inset of FIG. 29C. The flap protrusion mating location is indicated as "mating place B" in FIG. 29D. Once the locking surface 2114 passes beyond the orientation protrusion, the connector flap returns to its original position (FIG. 29A), and the protrusion 2910 engages locking surface 2114 and any withdrawal of the front body assembly from the outer housing 2110 is prevented as the proximal end face of the connector flap 2103 is stopped by protrusion 2910.

FIGS. 35A-35C depict the sequence of operations to remove an assembled front body from the outer housing in order to reverse polarity or to aggregate plural connectors in a multi-connector housing. To separate the front body from the outer housing, the connector flap 2103 is flexed outward using a finger or a tool, as depicted in FIG. 35B. Flexing the connector flap 2103 outwardly causes the protrusion 2910 to disengage from the front body's outer housing locking surface 2114, permitting the front body/ferrule assembly 2115 to be removed from the outer housing. This may be performed when it is desired to reverse the polarity of the connector (to be discussed below) or when desiring to aggregate plural connectors into a larger connector housing as discussed above. The separated components are depicted in FIG. 35C, that is, front body 2115 with the ferrule assembled therein and outer housing 2110.

In some embodiments, the back body 2130 may comprise one or more protrusions or hooks 2134, best seen in FIGS. 28A and 28B, which may interlock with a back body hook window/cutout 2119 in the front body 2115. This may allow for the back body 2130 and the front body 2115 to be securely fastened together around the ferrule(s) 2122, ferrule flange(s) 2124, and the spring(s) 2125. The back body 2130 includes a cable bore 2820, spring guides 2132, and side protrusions 2810.

During assembly, the ferrule flanges 2124 fit into ferrule flange alignment slots 2117 (see FIGS. 27A and 27B) adjacent the ferrule openings 2116 of the front body 2115, compressing the springs 2125 (preload) which are positioned along front body spring holders 2118. The ends of the springs 2125 are secured on spring guides 2132 (FIGS. 28A, 28B) of back body 2130 by spring tension. As seen in the assembled cross-sectional views of FIGS. 23A and 23B, the springs 2125 are positioned to urge the ferrules 2122 into contact with mating connectors or transceiver optics, ensuring minimum insertion loss. As further seen in FIGS. 27A and 27B, the front body includes a receptacle hook recess 2710 with a receptacle hook retainer surface 2720 the

14

receiver a receptacle hook when mating with an adapter or with a transceiver receptacle, as shown in further detail below.

Further reductions in connector size may be obtained by reducing the size of springs 2125, see FIG. 21. By using a maximum spring outer diameter of 2.5 mm, the pitch of the ferrules, that is to say, the spacing between adjacent ferrules, may be reduced to 2.6 mm when coupled with the removal of inner housing walls and walls separating adjacent ferrules. This advantage is best seen in FIG. 22 which depicts the front of connector 2100 showing overall connector dimensions and ferrule pitch. The connector size 4.2×8.96× 30.85 mm (excluding optional pull tab 2107 and connector alignment key 2105) with a ferrule pitch of 2.6 mm.

As best seen in FIG. 21B, the outer housing 2110 and the front body 2115 together provide a receptacle hook ramp 2940 (on the outer housing) used to guide a receptacle hook into a receptacle hook recess 2170 (in the front body 2115), also shown in FIGS. 27A and 27B (receptacle hook recess 2710 and receptacle hook retainer surface 2720). The receptacle hook, to be discussed in more detail below, may be from an adapter or a transceiver to secure the optical connector 2100 thereto.

The optical connectors 2100 may be used in a variety of connection environments. In some applications, the optical connectors 2100 will mate with other optical connectors. Typically, this mating will occur with a receptacle such as an adapter or optical transceiver receptacle. An exemplary adapter 2400 depicted in FIG. 24 in an exploded view and depicted in FIG. 31 having four mating pairs of optical connectors 2100 latched therein. In other applications, as when an optical signal is to be converted to an electrical signal, the micro optical connectors 2100 will mate with an optical receptacle in a transceiver 3600 as shown in FIG. 36. Typically, transceiver 3600 may be found in a data center, switching center, or any other location where optical signals are to be converted to electrical signals. Transceivers are often a part of another electrical device such as a switch or a server, as is known in the art. Although much of the connection operation of this embodiment will be described with respect to an adapter, 2400, it is understood that substantially similar mechanical retention mechanisms are positioned within the receptacle of transceiver 3600 so that any description of connector retention in adapter 2400 applies in a substantially similar way to retention of an optical connector within transceiver 3600. An example of a transceiver optical receptacle is depicted in FIG. 36B (holding optical connectors 2100); as seen in FIG. 36B, the connection environment is substantially similar to one-half of an adapter 2400.

Turning to FIG. 24, further size reductions in the overall optical assembly of connectors plus adapter or connectors plus transceiver may be obtained through various connection mechanisms to be described with respect to the adapter 2400 but also apply to optical connection features within the front end of transceiver 3600. The adapter 2400 includes an adapter housing 2402 having an adapter alignment assembly 2430 positioned therein. The adapter alignment assembly 2430 includes alignment sleeves 2410 positioned within alignment sleeve openings 2440 of alignment sleeve holders 2442. The adapter alignment assembly further includes receptacle hooks 2302 that will grip optical connectors 2100 through front body connector hook recess 2710 of FIG. 21B. As seen in FIG. 30, receptacle hooks 2302 include an inner surface 3110. The adapter housing 2402 further includes connector alignment slots 2403 that mate with connector alignment key 2105 of FIG. 21A. The connectors 2100 are

US 11,340,413 B2

15

received through connector opening **2405** of the adapter housing **2402** which also includes flex tab **2401**, cutout **2456**, mount plate **2452** and panel hook **2490**. To assemble the adapter alignment assembly **2430** in the adapter housing **2402**, adapter housing hooks **2432** are provided. Adapter housing hooks **2432** are received in housing adapter hook openings.

It should be understood that above description of connection mechanisms with respect to adapter **2400** may be applied in a substantially similar way with respect to the receptacle of transceiver **3600**. Particularly, the receptacle of transceiver **3600** may include a receptacle housing having a receptacle alignment assembly positioned therein. The receptacle alignment assembly includes alignment sleeves positioned within alignment sleeve openings of alignment sleeve holders. The receptacle alignment assembly further includes receptacle hooks that will grip optical connectors **2100** through front body connector hook recess **2710** of FIG. **21**B. As seen in FIG. **30**, receptacle hooks **2302** include an inner surface **3110**. The receptacle housing further includes connector alignment slots that mate with connector alignment key of FIG. **21**A. The connectors **2100** are received through connector opening of the receptacle housing which also includes flex tab, cutout, mount plate and panel hook. To assemble the receptacle alignment assembly in the receptacle housing, receptacle housing hooks are provided. Receptacle housing hooks are received in housing receptacle hook openings.

To further reduce the size of optical connectors and associated mating components, the adapter housing **2402** includes receptacle hook openings **2420**, seen in FIGS. **25**A and **25**B. Receptacle hook openings **2420** accommodate the clearance required by receptacle hooks **2302** when they flex upwards prior to latching with connectors **2100**. The interaction of the receptacle hooks **2302**, having slanted inner surfaces **3110**, with the receptacle hook openings **2420** is best seen in FIGS. **32**B and **34**A-C. Prior to latching (FIG. **34**A), the receptacle hook **2302** is in an unflexed condition within the receptacle (adapter or transceiver). As the connector **2100** is inserted into the adapter housing **2402** or the transceiver, the receptacle ramp **2490** pushes against the receptacle hook inner surfaces **3110**, flexing receptacle hook **2302** into the receptacle hook opening **2420**. Without providing the opening, additional clearance would need to be provided to accommodate the flexing of the receptacle hook **2302**. This additional required clearance is depicted in the prior art connector/adapter of FIG. **32**A. As seen in FIG. **32**A, a connector latch gap **3210** must be provided in the prior art to accommodate the prior art connector hooks, increasing the overall footprint of the prior art connector/ adapter assembly. By providing receptacle hook openings **2420** in the present disclosure, approximately 2.25 mm of valuable footprint real estate is obtained which may be used to increase connector density.

Another improvement in adapter size is obtained by removing prior art adapter walls between adjacent connectors. This is best seen in the front view of an assembled adapter **2400** shown in FIG. **26**. As seen, pairs of ferrule alignment sleeves **2410** are separated only by connector gap **2610** with a 4.35 mm pitch between adjacent connectors. The adapter size is 19.0×10.71×32.5 mm (excluding the adapter flange **2460**). Also seen in FIG. **26** is the connector alignment slot **2403**, alignment sleeve holder **2442**, and a front view of receptacle hooks **2302**.

FIG. **31** depicts an assembled adapter **2400** with four pairs of mating connectors **2100** latched therein. Note that in the latched position, receptacle hooks **2302** do not extend into

16

receptacle hook openings **2420**. This is further visible in the cross-sectional view of an assembled adapter **2400** of FIG. **25**A. Connector alignment keys **2105** are positioned within connector alignment slots **2403**. As seen in the cross-sectional view of FIG. **23**A, the push-pull tab **2017** may extend beyond the connector boot **2145** providing clearance to easily grip the tab and remove a connector. Also seen in FIG. **31** is adapter flex tab **2401** and panel hook **2490** for interaction with racks or other equipment.

Through the various features described above, the density of optical connectors **2100** that may be provided in the standard transceiver footprint connector spaces may be doubled. For example, in a small form factor pluggable (SFP) footprint of 14×12.25 mm, two connectors **2100** having four LC-type ferrules **2122** of 1.25 mm outer diameter may be accommodated as seen in FIG. **33**B. Similarly, in a quad small form factor pluggable (QSFP) footprint of 13.5×19 mm, four connectors **2100** having a total of eight LC-type ferrules **2122** may be accommodated as seen in FIG. **33**A. Further, by providing the connectors in transmit and receive pairs, greater flexibility in optical routing is obtained, as demonstrated by previous FIGS. **16** and **17**.

Turning to FIG. **37**, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the optical connector of FIG. **21**A et seq. In FIG. **37**, connector **3700** may include an outer housing **3710**, a front body **3715**, one or more ferrules **3722**, one or more ferrule flanges **3724**, one or more springs **3725**, a back body **3730**, a back post **3735**, a crimp ring **3740** (depicted with an optional heat shrink tube extending therefrom), and a boot **3745**. The outer housing **3710** may include a longitudinal bore **3701** for accommodating the front body **3715** and ferrules **3722**, a connector alignment key **3705** used during interconnection, a connector flap **3703** and an optional pull tab **3707** to facilitate removal of the connector **3700** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In FIG. **38** an isometric view of the front body **3715** is depicted. In this embodiment, the back body hook cutout **3819** has been moved forward, advantageously strengthening the assembled connector in side load environments. An alignment tab **3895** is provided for mating with a receiving recess on the back body. The receptacle hook recess **3910** operates in a substantially similar manner to the recess of FIG. **21**A, described above. A ferrule flange alignment slot **3817** is also provided.

In FIG. **39**, the back body **3730** is depicted, showing alignment tab recess **3997** for receiving alignment tab **3895**. The front body hook **3934**, for interconnecting in back body hook cutout **3819**, extends outwardly from the main portion of the back body through extended hook arm **3996**. Through the extended hook arm **3996** and the alignment tab **3895**, breakage during side loads is reduced as the load is redistributed more evenly across the entire connector, reducing stress on the backpost.

As seen in FIGS. **40**A-**40**C, the assembled front body **3715** may be removed from the outer housing **3710**, rotated 180° as indicated by the arrow (FIG. **40**B), and re-inserted into the outer housing (FIG. **40**C). This allows for a change in the polarity of the front body **3715**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules. As described previously with respect to FIGS. **35**A-**35**C, connector flap **3703** is flexed outward to release the front body from the outer housing.

US 11,340,413 B2

17

18

Turning to FIG. **41**, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the micro optical connectors of FIG. **21**A and FIG. **37**. In FIG. **41**, connector **4100** may include an outer housing **4110**, a front body **4115**, one or more ferrules **4122**, one or more springs **4125**, a back body **4130**, a crimp ring **4140**, and a boot **4145**. The outer housing **4110** may include a connector flap **4103** and an optional pull tab **4107** to facilitate removal of the connector **4100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

As seen in FIG. **42**A, the front body **4015** in this embodiment includes a middle wall **4260** interposed between the ferrules and springs when the front body is assembled. This middle wall reduces the possibility of the springs becoming entangled with each other, binding the connector and breaking the optical fibers. The front body **4015** also includes an alignment cut out guide **4625**, seen in the side view of FIG. **42**B. The alignment cut out guides the back body **4030** into the front body **4015** during assembly of the connector, and also further reduces the side load that leads to connector breakage or disconnection of the front body and the back body **4030**.

Back body **4030**, depicted in an enlarged view in FIG. **43**, includes an alignment guide **4377** that fits into the alignment cut out guide **4265** of FIG. **42**B. The wall structure **4378** also stops the front body to prevent over-compressing the springs and provides strength under a side load.

Various modifications to the outer housing, depicted in FIGS. **44**A-**44**C, may be used with any of the optical connectors depicted in FIGS. **21**, **37**, and **41** or earlier embodiments. In FIG. **44**A, the push-pull tab **3707** may include a release recess **4473**. Release recess **4473** permits insertion of a tool or fingernail to remove the connector from an adapter or transceiver, without disturbing adjacent connectors. Similarly, FIG. **44**B depicts a release hole **4499** in push-pull tab **3707** to permit insertion of an extraction tool to remove the connector from an adapter or transceiver. FIG. **44**C shows a modified connector flap **3703** with an increased cutout size of 1 mm to make it easier to insert a tool or a finger to flex the flap **3703** and remove the front body assembly when making a polarity change or aggregating the front body with other front bodies in a larger outer housing.

Another embodiment of an adapter/transceiver receptacle is depicted in FIG. **45**. Unlabeled elements are substantially similar to elements depicted in FIG. **24**. In this FIG., adapter housing hooks **4532** can be seen along with receptacle hooks **4502**. Turning to the cross-sectional view of the assembled adapter in FIG. **46**, the engagement of these elements may be seen.

Another embodiment of an optical connector **4700** is depicted in FIG. **47**. The optical connector of FIG. **47** includes outer housing **4710**, front body **4715**, ferrules **4722**, springs **4725**, back body **4730**, backpost **4735**, crimp ring **4740**, and boot **4745**. Here, the emphasis is on the back body, **4730**. A more detailed view of the back body **4730** is presented in FIG. **48**. In this embodiment, the backpost flange has a substantially rectangular shape in order to narrow the overall connector profile by approximately 0.5 mm. Back post overmolding **4859** accommodates the back post flange **4857** and reduces the potential for back post breakage. The back wall **4853** is extended in length to 3 mm from 1.5 mm to improve the sideload strength of the overall connector. The crimp ring positioning **4855** is inversed from earlier embodiments to improve holding of aramid fiber from an optical fiber cable, improving cable retention of the back post.

Many advantages are achieved by the backpost of FIG. **48**. In addition to increased connector strength, a longer fiber path **4901** is provided as shown in FIG. **49**. This longer fiber path, approximately 1.5 mm longer than in previous embodiments, allows for a gentler curve as the fibers are split from the fiber optic cable, improving insertion and return loss of the fibers. In FIG. **49**, the back wall **4853** can be seen as a portion of the back body **4730**.

In view of the various modifications of this embodiment, FIG. **50** depicts a connector **4700** front view showing overall reduced connector width of 3.85 mm. Such a size reduction permits **4** optical connectors (a total of 8 ferrules) to be accommodated in a transceiver or connector footprint of 16 mm (including tolerances). Thus, the connectors of the present invention may be used to connect 8 LC-ferrule-housed fibers in a QSFP footprint.

To further decrease the space required by the optical connectors, a side thickness reduction may be carried out on the boot of connector **4700**. Side thickness reduction **5103**, depicted in FIG. **51**, narrows the thickness of the boot on either side, reducing the space required by the boot to the 3.85 mm profile of connector **4700**. Thus four connectors will fit in the QSFP transceiver footprint. This footprint is shown in the adapter front view of FIG. **52**—as noted above, the front view of an adapter and that of a transceiver are substantially similar from the optical perspective. In FIG. **52**, the adapter inner wall is reduced from 17.4 mm to 16 mm. All of the modifications set forth in the FIG. **47** et seq. embodiment make it possible for the four connectors to fit in the profile of FIG. **52**.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that this disclosure is not limited to particular methods, reagents, compounds, compositions or biological systems, which can, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can

US 11,340,413 B2

**19**

translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the

**20**

art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. An optical fiber connector comprising:

a housing having a longitudinal axis and a front end portion and a rear end portion spaced apart along the longitudinal axis, the housing comprising opposite first and second end walls spaced apart along a transverse axis oriented perpendicular to the longitudinal axis, the housing comprising opposite first and second side walls spaced apart along a lateral axis oriented perpendicular to the longitudinal axis and the transverse axis;

an MT ferrule received in the housing and exposed through the front end portion of the housing for making an optical connection, the MT ferrule configured to receive plurality of fibers such that the fibers are spaced apart in a row that extends parallel to a fiber alignment axis, the MT ferrule further comprising first and second guide pin openings spaced apart along the fiber alignment axis; and

a polarity key disposed on the first end wall;

wherein each of the first and second end walls has a lateral dimension along the lateral axis and each of the first and second side walls has a transverse dimension along the transverse axis, the lateral dimension being less than the transverse dimension;

wherein the optical fiber connector is configured to latch with a mating adapter and wherein the optical fiber connector is configured to be actuated to unlatch from the mating adapter by displacing a first portion of the optical fiber connector rearward relative to a second portion of the optical fiber connector, wherein said displacing the first portion of the optical fiber connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule.

**2**. The optical fiber connector as set forth in claim **1**, wherein the optical fiber connector is free of a polarity key disposed on the second end wall.

21

**3**. The optical fiber connector as set forth in claim **1**, wherein each of the first and second side walls is substantially flat.

**4**. The optical fiber connector as set forth in claim **1**, wherein the polarity key extends from a rear end adjacent the rear end portion of the housing to a front end rearwardly spaced apart from the front end portion of the housing.

**5**. The optical fiber connector as set forth in claim **1**, further comprising a remote release.

**6**. The optical fiber connector as set forth in claim **5**, wherein the remote release includes a front longitudinal segment disposed on the first end wall of the housing.

**7**. The optical fiber connector as set forth in claim **1**, further comprising a strain relief boot extending from the rear end portion of the housing.

**8**. The optical fiber connector as set forth in claim **1**, wherein the MT ferrule is configured to receive at least eight optical fibers in a row extending parallel to the fiber alignment axis.

**9**. The optical fiber connector as set forth in claim **1**, wherein the connector is an SN type connector.

**10**. The optical fiber connector as set forth in claim **1**, wherein the connector includes an adapter latching feature along the first end wall of the housing.

**11**. The optical fiber connector as set forth in claim **1**, wherein the adapter latching feature is a latch recess configured to latch with a bendable latch hook of the mating adapter.

**12**. The optical fiber connector as set forth in claim **1**, wherein the connector includes a first latch recess along the first end wall of the housing and second latch recess along the second end wall of the housing, each of the first and second latch recesses configured to latch with a respective bendable latch hook of the mating adapter.

**13**. A connection system comprising the optical fiber connector of claim **1** and an adapter comprising a perimeter wall defining a receptacle in which to matingly receive said optical fiber connector of claim **1** and another optical fiber connector such that the first side wall of said optical fiber connector of claim **1** is in side-by-side relation with an opposing side wall of the other optical fiber connector.

**14**. The connection system of claim **13**, wherein the perimeter wall includes a plurality of longitudinal keyways, each longitudinal keyway capable of receiving the polarity key of said optical fiber connector of claim **1** therein.

**15**. The optical fiber connector as set forth in claim **1**, wherein the optical fiber connector is configured such that said optical fiber connector and another identical optical connector can fit in a small form-factor pluggable transceiver footprint.

**16**. The optical fiber connector as set forth in claim **1**, wherein the optical fiber connector is configured such that said optical fiber connector and three other identical optical connectors can fit in a quad small form-factor pluggable transceiver footprint.

**17**. An optical fiber connector comprising:

a housing;

an MT ferrule received in the housing, the MT ferrule configured to receive plurality of fibers such that the fibers are spaced apart in a row that extends parallel to a fiber alignment axis, the MT ferrule further comprising first and second guide pin openings spaced apart along the fiber alignment axis; and

a polarity key disposed on the housing such that the polarity key is configured to be spaced apart along the fiber alignment axis above the MT ferrule;

22

wherein the optical fiber connector is configured to latch with a mating adapter and wherein the optical fiber connector is configured to be actuated to unlatch from the mating adapter by displacing a first portion of the optical fiber connector rearward relative to a second portion of the optical fiber connector, wherein said displacing the first portion of the optical fiber connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule.

**18**. The optical fiber connector as set forth in claim **17**, wherein the connector includes an adapter latching feature spaced apart along the fiber alignment axis above the MT ferrule.

**19**. The optical fiber connector as set forth in claim **18**, wherein the adapter latching feature is a latch recess configured to latch with a bendable latch hook of the mating adapter.

**20**. The optical fiber connector as set forth in claim **17**, wherein the optical fiber connector is free of a polarity key spaced apart along the fiber alignment axis below the MT ferrule.

**21**. The optical fiber connector as set forth in claim **17**, wherein the housing has a generally rectangular cross-sectional shape including upper and lower walls spaced apart above and below the MT ferrule along the fiber alignment axis and first and second lateral walls spaced apart on opposite lateral sides of the MT ferrule, each of the first and second lateral walls being substantially flat.

**22**. A connection system comprising the optical fiber connector of claim **17** and an adapter comprising a perimeter wall defining a receptacle in which to matingly receive said optical fiber connector of claim **17** and another optical fiber connector such that said optical fiber connector of claim **17** and the other optical fiber connector are located side-by-side in the receptacle along a connector alignment axis perpendicular to the fiber alignment axis.

**23**. The optical fiber connector as set forth in claim **17**, wherein the optical fiber connector is configured such that said optical fiber connector and another identical optical connector can fit in a small form-factor pluggable transceiver footprint.

**24**. The optical fiber connector as set forth in claim **17**, wherein the optical fiber connector is configured such that said optical fiber connector and three other identical optical connectors can fit in a quad small form-factor pluggable transceiver footprint.

**25**. The optical fiber connector as set forth in claim **1**, further comprising a ferrule spring yieldably biasing the MT ferrule forward in the housing, the ferrule spring configured to be compressed by a force urging the MT ferrule rearward in relation to the housing, wherein said displacing the first portion of the fiber optic connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule independently of any movement of the MT ferrule in relation to the housing caused by resilient extension of the ferrule spring.

**26**. The optical fiber connector as set forth in claim **1**, further comprising a ferrule spring yieldably biasing the MT ferrule forward in the housing, the ferrule spring having a front end and a rear end, the ferrule spring configured to be compressed by a force urging the MT ferrule rearward in relation to the housing, the rear end of the ferrule spring being supported in the housing such that the rear end is stationary in the housing and the front end moves toward the rear end when the ferrule spring is compressed, wherein said displacing the first portion of the optical fiber connector

US 11,340,413 B2

**23**

rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the rear end of the ferrule spring.

**27**. The optical fiber connector as set forth in claim **17**, further comprising a ferrule spring yieldably biasing the MT ferrule forward in the housing, the ferrule spring configured to be compressed by a force urging the MT ferrule rearward in relation to the housing, wherein said displacing the first portion of the fiber optic connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule independently of any movement of the MT ferrule in relation to the housing caused by resilient extension of the ferrule spring.

**28**. The optical fiber connector as set forth in claim **17**, further comprising a ferrule spring yieldably biasing the MT ferrule forward in the housing, the ferrule spring having a front end and a rear end, the ferrule spring configured to be compressed by a force urging the MT ferrule rearward in relation to the housing, the rear end of the ferrule spring being supported in the housing such that the rear end is stationary in the housing and the front end moves toward the rear end when the ferrule spring is compressed, wherein said displacing the first portion of the optical fiber connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the rear end of the ferrule spring.

\* \* \* \* \*

**24**

# EXHIBIT D

US011415760B2

(12) **United States Patent**
Takano et al.

(10) Patent No.: **US 11,415,760 B2**
(45) Date of Patent: *Aug. 16, 2022

(54) **NARROW WIDTH ADAPTERS AND CONNECTORS WITH PULL TAB RELEASE**

(71) Applicant: **Senko Advanced Components Inc.**, Marlborough, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jeffrey Gniadek**, Oxford, ME (US)

(73) Assignee: **Senko Advanced Components, Inc.**, Hudson (MA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/494,291**

(22) Filed: **Oct. 5, 2021**

(65) **Prior Publication Data**

US 2022/0029356 A1      Jan. 27, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 16/695,901, filed on Nov. 26, 2019, now Pat. No. 11,152,748, which is a continuation of application No. 16/213,244, filed on Dec. 7, 2018, now Pat. No. 10,520,690, which is a continuation of application No. 15/044,838, filed on Feb. 16, 2016, now Pat. No. 10,158,194, which is a continuation-in-part of application No. 14/996,865, filed on Jan. 15, 2016, now Pat. No. 9,595,786.

(51) **Int. Cl.**
*G02B 6/38*      (2006.01)
*H01R 13/633*      (2006.01)

(52) **U.S. Cl.**
CPC .......... *G02B 6/3879* (2013.01); *G02B 6/3893* (2013.01); *H01R 13/6335* (2013.01)

(58) **Field of Classification Search**
CPC .. G02B 6/3825; G02B 6/3879; G02B 6/3885; G02B 6/3893; H01R 13/627; H01R 13/6271; H01R 13/6272; H01R 13/6275; H01R 13/62933
USPC ........ 385/76, 77, 88, 92; 439/133, 304, 345, 439/346, 350, 352, 353, 354, 357, 358, 439/370
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,052,186 B1 * | 5/2006 | Bates | G02B 6/3879 385/139 |
| 7,297,013 B2 * | 11/2007 | Caveney | H01R 13/6272 439/352 |
| 8,556,645 B2 * | 10/2013 | Crain | H01R 13/633 439/352 |
| 9,048,568 B2 * | 6/2015 | Chien | H01R 13/633 439/352 |
| 9,063,303 B2 * | 6/2015 | Irwin | G02B 6/3885 |

(Continued)

*Primary Examiner* — Robert Tavlykaev

(57) **ABSTRACT**

Narrow width fiber optic connectors having spring loaded remote release mechanisms to facilitate access and usage of the connectors in high density arrays. A narrow width fiber optic connector comprises a multi-fiber connector, wherein a width of said narrow width fiber optic connector is less than about 5.25 mm, a housing configured to hold the multi-fiber connector and further comprising a connector recess, and a pull tab having a ramp area configured to disengage a latch of one of an adapter and an SFP from said connector recess. The pull tab may include a spring configured to allow the latch of one of the adapter and the SFP to engage with the connector recess.

**17 Claims, 19 Drawing Sheets**



**US 11,415,760 B2**

Page 2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

2013/0022317 A1 *   1/2013   Norris .................   G02B 6/3865
                                                           385/78
2017/0351037 A1 *   12/2017   Watanabe ............   G02B 6/3885

* cited by examiner



FIG. 1A
(Prior Art)

FIG. 1B
(Prior Art)



FIG. 1C
(Prior Art)

FIG. 1D
(Prior Art)



FIG. 2A
(Prior Art)

FIG. 2B
(Prior Art)



FIG. 2C
(Prior Art)

FIG. 2D
(Prior Art)

300



FIG. 3



FIG. 4A                FIG. 4B                FIG. 4C



FIG. 5



502

502

504

4.6

503

503

FIG. 6A

FIG. 6B



FIG. 7



FIG. 8



FIG. 9
(Prior Art)

1000



FIG. 10A
(Prior Art)



FIG. 10B

(Prior Art)

FIG. 10C

(Prior Art)

1100



1102

FIG. 11



FIG. 12A



FIG. 12B                    FIG. 12C



FIG. 13A

FIG. 13B



FIG. 14



FIG. 15

US 11,415,760 B2

1

**NARROW WIDTH ADAPTERS AND CONNECTORS WITH PULL TAB RELEASE**

CROSS-REFERENCE TO RELATED-APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 16/695,901 filed Nov. 26, 2019 which is a continuation of U.S. patent application Ser. No. 16/213,244 filed Dec. 7, 2018, which is a continuation of U.S. patent application Ser. No. 15/044,838 filed Feb. 16, 2016, now U.S. Pat. No. 10,158,194 granted on Dec. 18, 2018, which is a continuation-in-part of U.S. patent application Ser. No. 14/996,865 filed on Jan. 15, 2016, now U.S. Pat. No. 9,595,786 granted on Mar. 14, 2017, and application Ser. No. 15/044,838 claim priority to International Application No. PCT/US16/13629 filed on Jan. 15, 2016 and Taiwan Patent Application No. 105101374 filed on Jan. 18, 2016, each of which are incorporated herein by reference in their entirety.

BACKGROUND

The present disclosure relates generally to connectors having remote release, and more specifically to narrow width adapters and connectors, such as narrow pitch distance LC duplex adapters and connectors with spring loaded remote release, and narrow width multi-fiber connectors.

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, the deployment of high-density interconnect panels have not been fully realized.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into the dense group of connectors and activate the release mechanism, the adjacent cables and

2

connectors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the surrounding cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

Small Form Factor Pluggable Transceivers (SFP) are used presently in telecommunication infrastructures within rack mounted copper-to-fiber media converters, and are also known as Ethernet switches and/or patching hubs. These infrastructure Ethernet and fiber optic connections are evolving daily to increase connection density due to limited space for such equipment. Although fiber optic connectors have become smaller over the years, they have not been designed to be any smaller than necessary to plug into commonly sized and readily available SFPs. However, as transceiver technologies develop, smaller SFPs will be used to create higher density switches and/or patching hub equipment. Accordingly, there is a need for fiber optic connectors that will meet the needs of future developments in smaller SFPs.

SUMMARY

Aspects of the present disclosure are directed to providing adapters and fiber optic connectors for future developments in smaller SFPs, including for example narrow pitch SFPs for LC type duplex connectors, as well as narrow width SFPs for MPO connectors. Aspects of the present disclosure also provide spring loaded remote release mechanisms to facilitate access and usage of the narrow pitch connectors in high density arrays or panels.

According to one aspect, there is provided a narrow width fiber optic connector comprising a multi-fiber connector, wherein a width of said narrow width fiber optic connector is less than about 12.4 mm, a housing configured to hold the multi-fiber connector and further comprising a connector recess, and a pull tab having a ramp area configured to disengage a latch of one of an adapter and an SFP from said connector recess. The multi-fiber connector may include a multi-fiber MT ferrule. In some embodiments, the width of said narrow width fiber optic connector may be less than or equal to about 9.6 mm. The pull tab may include a spring configured to allow the latch of one of the adapter and the SFP to engage with the connector recess.

According to another aspect, there is provided a narrow pitch fiber optic connector comprising a plurality of LC connectors arranged such that a pitch of said narrow pitch connector is less than about 5.25 mm, a housing configured to hold the plurality of LC connectors and further comprising a connector recess, and a pull tab having a ramp area configured to disengage a latch of one of an adapter and an SFP from said connector recess. In some embodiments, the pitch may be less than or equal to about 4.8 mm. The pull tab may include a spring configured to allow the latch of one of the adapter and the SFP to engage with the connector recess. In some embodiments, the pull tab may include a distal end for remotely unlatching the narrow pitch connector. The narrow pitch connector may be a duplex connector. In some embodiments, the housing may include a bottom housing and a top housing coupled to the bottom housing. The bottom housing may include a side wall configured to open. The side wall may include a raised profile at a rear end thereof.

According to another aspect, there is provided a narrow pitch fiber optic connector comprising a plurality of LC connectors arranged such that a pitch of said narrow pitch

US 11,415,760 B2

3

connector is less than about 5.25 mm, a plurality of latching arms coupled to the plurality of LC connectors, a housing configured to hold the plurality of LC connectors, and a pull tab coupled to the plurality of latching arms and configured to remotely unlatch the narrow pitch connector. In some embodiments, the pitch may be less than or equal to about 4.8 mm.

In some embodiments, the pull tab may include a spring configured to provide a force such that the latching arms return to an undisplaced position. The pull tab may include a distal end for remotely unlatching the narrow pitch connector and a proximal end configured to couple the pull tab to the plurality of latching arms. The proximal end may include a single prong configured to engage the plurality of latching arms. The proximal end may include a plurality of pins configured to slide along a semi-circular profile of the plurality of latching arms. In various embodiments, the narrow pitch connector is a duplex connector.

In various embodiments, the housing may include a bottom housing and a top housing coupled to the bottom housing. The bottom housing may include a side wall configured to open. The side wall may include a raised profile at a rear end thereof. The top housing may be configured to retain the pull tab. The pull tab may be further configured to be pushed down so as to unlatch the narrow pitch connector without resulting in any horizontal movement of the pull tab.

According to another aspect, there is disclosed a duplex fiber optic connector comprising two LC connectors arranged such that a pitch of said duplex LC connector is less than about 5.25 mm, and a pull tab coupled to said two LC connectors so as to remotely unlatch said duplex connector when pulled horizontally, wherein the pull tab is spring loaded. In one embodiment, the pitch may be less than or equal to about 4.8 mm.

In some embodiments, the pull tab may include a proximal end configured to couple to respective latching arms of the two LC connectors. The duplex fiber optic connector may further comprise a housing having side walls configured to open. The housing may further comprise a top housing configured to receive the pull tab. The pull tab may be further configured to be pushed down so as to unlatch the duplex connector without resulting in any horizontal movement of the pull tab.

According to another aspect, there is disclosed a narrow pitch adapter comprising a recess configured to receive a duplex fiber optic connector having a pitch less than about 5.25 mm. In some embodiments, the pitch may be less than or equal to about 4.8 mm.

According to another aspect, there is disclosed a narrow width fiber optic connector comprising a multi-fiber connector, wherein a width of said narrow width fiber optic connector is less than about 12.4 mm, at least one latching arm coupled to the multi-fiber connector, a housing configured to hold the multi-fiber connector, and a pull tab coupled to the at least one latching arms and configured to remotely unlatch the narrow width connector. The multi-fiber connector may include a multi-fiber MT ferrule. In some embodiments, the width may be less than or equal to about 9.6 mm. In some embodiments, the pull tab may include a spring configured to provide a force such that the at least one latching arm returns to an undisplaced position.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a perspective view of a prior art standard 6.25 mm pitch LC connector SFP;

4

FIG. 1B is a perspective view of a prior art standard 6.25 mm pitch LC adapter;

FIG. 1C is a top view of the prior art adapter of FIG. 1B;

FIG. 1D is a front view of the prior art adapter of FIG. 1B, showing the 6.25 mm pitch;

FIG. 2A is a perspective view of a prior art LC duplex connector;

FIG. 2B is a perspective view of a prior art LC duplex connector with a remote release pull tab;

FIG. 2C is a top view of a prior art LC connector used in the embodiments shown in FIGS. 2A and 2B;

FIG. 2D is a side view of the prior art LC connector of FIG. 2C;

FIG. 3 is a perspective view of a future narrow pitch LC SFP for receiving connectors disclosed herein according to aspects of the present disclosure;

FIG. 4A is a perspective view of one embodiment of a narrow pitch LC adapter according to aspects of the present disclosure;

FIG. 4B is a top view of the narrow pitch LC adapter of FIG. 4A;

FIG. 4C is a front view of the narrow pitch LC adapter of FIG. 4A, showing a 4.8 mm pitch;

FIG. 5 is a perspective view of one embodiment of a narrow pitch LC duplex connector with remote release according to aspects of the present disclosure;

FIG. 6A is a top view of an LC connector used in the embodiment of FIG. 5 according to aspects of the present disclosure;

FIG. 6B is a side view of the LC connector of FIG. 6A according to aspects of the present disclosure;

FIG. 7 is a perspective view of narrow pitch LC duplex connector of FIG. 5, with the release mechanism being removed according to aspects of the present disclosure;

FIG. 8 is a perspective disassembled view of the narrow pitch LC duplex connector of FIG. 5 according to aspects of the present disclosure;

FIG. 9 is a perspective view of a prior art standard MPO SFP;

FIG. 10A is a perspective view of a prior art standard MPO connector;

FIG. 10B is a top view of the prior art MPO connector of FIG. 10A, having a width of 12.4 mm;

FIG. 10C is a front view of the prior art MPO connector of FIG. 10A;

FIG. 11 is a perspective view of a future narrow width multi-fiber SFP for receiving connectors disclosed herein according to aspects of the present disclosure;

FIG. 12A is a perspective view of one embodiment of a narrow width multi-fiber connector with remote release according to aspects of the present disclosure;

FIG. 12B is a top view of the narrow width multi-fiber connector of FIG. 12A, having a width of 9.6 mm according to aspects of the present disclosure;

FIG. 12C is a front view of the narrow width multi-fiber connector of FIG. 12A according to aspects of the present disclosure;

FIG. 13A is a perspective view of a narrow width multi-fiber connector inserted into a narrow width SFP having an SFP latch according to aspects of the present disclosure;

FIG. 13B is a perspective view of a narrow width multi-fiber connector inserted into a narrow width adapter having an adapter latch according to aspects of the present disclosure;

US 11,415,760 B2

5

FIG. **14** is a side view of a narrow width multi-fiber connector of FIG. **13**A having a recess engaged with an SFP latch in a normal pull tab position according to aspects of the present disclosure; and

FIG. **15** is a side view of the narrow width multi-fiber connector of FIG. **13**A, being disengaged from the SFP latch by retracting the pull tab according to aspects of the present disclosure.

DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, an SC connector, an SC duplex connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors, for use, for example, with future narrow pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow pitch LC duplex connectors and narrow width multi-fiber connectors in dense arrays of narrow pitch LC SFPs and narrow width multi-fiber SFPs.

FIG. **1**A shows a perspective view of a prior art standard 6.25 mm pitch LC connector SFP **100**. The SFP **100** is configured to receive a duplex connector, and provides two receptacles **102**, each for receiving a respective LC connec-

6

tor. The pitch **104** is defined as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **102**. FIG. **1**B shows a perspective view of a prior art standard 6.25 mm pitch LC adapter **106**. The adapter **106** is also configured to receive a duplex connector, and provides two receptacles **108**, each for receiving a respective LC connector. FIG. **1**C is a top view of the adapter **106** of FIG. **1**B. The pitch **110** of the adapter **106** is defined similarly to that of the SFP **100**, as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **108**, as illustrated in FIG. **1**D, which shows a front view of the adapter **106**.

FIG. **2**A shows a prior art LC duplex connector **200** that may be used with the conventional SFP **100** and the conventional adapter **106**. The LC duplex connector **200** includes two conventional LC connectors **202**. FIG. **2**B shows another prior art LC duplex connector **204** having a remote release pull tab **206**, and including two conventional LC connectors **208**. As shown, the remote release pull tab includes two prongs **210**, each configured to couple to the extending member **212** of a respective LC connector **208**. FIGS. **2**C and **2**D show top and side views, respectively, of the conventional LC connector **208**, having a width of 5.6 mm, and further showing the extending member **212**.

Various embodiments disclosed herein are configured for use with a future SFP, such as the narrow pitch LC SFP **300** shown in FIG. **3**, having a pitch less than that of conventional 6.25 mm and 5.25 mm pitches. Various embodiments utilize LC type fiber optic connectors in duplex arrangements (having transmitting and receiving fibers) but with a connector axis-to-axis distance that is less than the conventional 6.25 mm and 5.25 mm pitches, as described further below.

According to another aspect, there is disclosed embodiments of narrow pitch duplex LC adapters. FIGS. **4**A to **4**C show one embodiment of a narrow pitch adapter **400**. The narrow pitch adapter **400** has receptacles **402** on opposite ends thereof, configured for mating two narrow pitch LC duplex connectors according to aspects disclosed herein. FIG. **4**B shows a top view of the adapter **400**. FIG. **4**C shows a front view, further illustrating that the adapter **400** has a pitch of 4.8 mm. The adapter **400** is configured to receive a duplex LC connector, with a pitch of the adapter corresponding to the axis-to-axis distance between the LC connectors of the LC duplex connector. Although the adapter **400** has a pitch of 4.8 mm, various embodiments of narrow pitch adapters disclosed herein may have a different pitch that is less than that of the pitch of conventional adapters, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

In addition to the need for narrow connectors, there is a need for remote unlatching of the narrow connectors used in dense narrow SFP arrays. This is because finger access to connectors is nearly impossible without disruption to the service of adjacent optical fibers. Although there are current designs of remotely unlatching fiber optic connectors, as shown for example in FIG. **2**B, they have proven to be difficult to function as desired when plugged into the die cast construction that is typical of all SFP's. The die cast SFP is not one that is ever free of sharp edges and internal flashing (burrs) that can interfere with the normal flexing motion of the plastic latches of the fiber optic connectors. The interference between metal edges and burrs may prevent the fiber optic connector's plastic latch from either becoming fully engaged or easily disengaged, especially with latches that

US 11,415,760 B2

7

are remotely triggered by pull tabs that project a distance behind the connector so as to keep fingers from disturbing adjacent optical fibers.

To make the latching/unlatching of the connectors from the SFP more reliable, various embodiments disclosed herein add a spring force to the remote latching component (pull tab), for example as shown and described in relation to FIGS. 5, 7, 8 and 12 below, to ensure that the connector latches are allowed to return to the undisplaced position and thereby become fully engaged inside the SFP's recess.

FIG. 5 shows one embodiment of a narrow pitch connector 500 according to aspects disclosed herein. The narrow pitch connector 500 is a duplex LC connector including two LC connectors 502. Each of the LC connectors 502 includes a respective ferrule 503 and a respective extending member or latching arm 504. The connector 500 has a pitch of 4.8 mm, defined as the axis-to-axis distance between the central axes of the LC connectors 502. In other embodiments, the connector pitch may be less than that of the pitch of conventional connectors, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

The connector 500 further includes a housing 506 having a bottom housing 508 and a top housing 510. The bottom housing 508 includes side walls 512. In various embodiments, the housing of the connector may be a switchable housing. The side walls may be configured to open so as to facilitate opening of the housing, for example to change polarity of the connector. The side walls 512 may be raised towards the rear of the connector, as shown in FIG. 5. One advantage of raising the side walls towards the rear of the connector is easier access. In other embodiments, the side walls may be raised at another location.

The connector 500 further includes a pull tab 514 having a distal end 516 and a proximal end 518. The pull tab 514 further includes a spring 520 configured to provide a force such that the connector latching arms 504 return to the undisplaced position and thereby become fully engaged inside the SFP's recess. The distal end 516 of the pull tab 514 may be pulled to remotely release the connector 500 from an SFP or adapter. The proximal end 518 of the pull tab 514 is uniquely shaped so as to engage with the unique profile of the latching arms 504 of the narrow pitch LC connector 500. The proximal end 518 engages both latching arms 504 of the duplex LC connector 500. That is, the proximal end 518 includes a single prong configured to engage the latching arms of both connectors 502. At the proximal end 518 of the pull tab 514 there are outwardly pointing pins 522 configured to rest directly above and slide along the semi-circular surface of latching arms 504 of the duplex LC connectors 502. The horizontal and rearward path direction of the pins 522 causes the semi-circular profile of the connector latching arms 504 to flex downward. Because the pins 522 are not contained inside ramped grooves of the connector latching arms 504, the pull tab 514 can also be pushed down at a location directly behind the LC connectors 502 rather than pulling the tab in a rearward motion from a remote distance behind the connectors, such as from the distal end 516. The action of pushing down the connectors' integral levers or latching arms 504 unlatches the connector 500. In some cases, the horizontal motion of the pull tab 514 may not be desirable. Thus, the connector latching arms 504 may be pushed down without resulting in a horizontal motion of the pull tab 514.

FIGS. 6A and 6B show top and side views, respectively, of the LC connector 502 of the narrow pitch connector 500.

8

FIG. 6A further shows that the LC connector 502 has a width of 4.6 mm. FIG. 6B shows the semi-circular profile of the latching arm 504.

FIG. 7 shows a partially disassembled view of the narrow pitch connector 500 of FIG. 5. The top housing 510 is separated from the bottom housing 508. The pull tab 514 is coupled to the top housing 510 and configured to slide longitudinally along the length of the connector. The top housing 510 also includes a restraint 524 configured to receive the pull tab 514.

FIG. 8 shows a further disassembled view of the narrow pitch connector 500. Specifically, the pull tab 514 is shown to be separated from the top housing 510, and the spring 520 is removed from the pull tab. The pull tab 514 includes a longitudinal recess 526 configured to receive the spring 520, and at least one restraint 528 configured to retain the spring. The top housing 510 also includes a recess 530 configured to accommodate at least a portion of the pull tab 514, such as the spring 520 and the proximal end 518. In various embodiments, the pull tab may be removably coupled to the connector via the top housing.

FIG. 9 shows a perspective view of a prior art standard MPO SFP 900. The SFP 900 is configured to receive a standard MPO connector, and provides a receptacle 902 for receiving an MPO connector having a conventional width, as shown for example in FIGS. 10A to 10C.

FIG. 10A shows a perspective view of a conventional MPO connector 1000. As shown in FIG. 10B, the conventional MPO connector 1000 has a width of 12.4 mm. FIG. 10C shows a front view of the MPO connector 1000.

FIG. 11 shows an embodiment of a future narrow width multi-fiber SFP 1100 according to aspects of the present disclosure. Various embodiments disclosed herein are configured for use with the narrow width multi-fiber SFP 1100, having a width less than that of conventional MPO connectors, that is less than about 12.4 mm. The narrow width multi-fiber SFP has a receptacle 1102 configured to receive a narrow width multi-fiber connector, such as a narrow width connector having an MT ferrule.

FIG. 12A shows one embodiment of a narrow width connector 1200 according to aspects disclosed herein. The narrow width connector 1200 is a multi-fiber connector including a multi-fiber MT/MPO ferrule 1202. The connector 1200 includes two extending members or latching arms 1204. In other embodiments, the connector may include at least one latching arm. The connector 1200 has a width of 9.6 mm, as shown in the top view of the connector 1200 in FIG. 12B. In other embodiments, the connector width may be less than that of the width of conventional multi-fiber connectors, for example less than the 12.4 mm of the conventional MPO connector shown in FOG. 10B. In some embodiments, the width may be about 9.6 mm or less.

The connector 1200 further includes a housing 1206 having a bottom housing 1208 and a top housing 1210. The bottom housing 1208 includes side walls 1212. In various embodiments, the housing of the connector may be a switchable housing. The side walls may be configured to open so as to facilitate opening of the housing, for example to change polarity of the connector. The side walls 1212 may be raised towards the rear of the connector. One advantage of raising the side walls towards the rear of the connector is easier access. The side walls may also be raised at another location.

The connector 1200 further includes a pull tab 1214 having a distal end 1216 and a proximal end 1218. The pull tab 1214 further includes a spring 1220 configured to provide a force such that the connector latching arms 1204 return to the undisplaced position and thereby become fully

engaged inside the SFP's recess. The distal end **1216** of the pull tab **1214** may be pulled to remotely release the connector **1200** from an SFP or adapter. The proximal end **1218** of the pull tab **1214** is uniquely shaped so as to engage with the unique profile of the latching arms **1204** of the narrow width multi-fiber connector **1200**. The proximal end **1218** engages both latching arms **1204** of the multi-fiber connector **1200**. That is, the proximal end **1218** includes a single prong configured to engage the latching arms **1204**. At the proximal end **1218** of the pull tab **1214** there are outwardly pointing pins **1222** configured to rest directly above and slide along the semi-circular surface of latching arms **1204**. The horizontal and rearward path direction of the pins **1222** causes the semi-circular profile of the connector latching arms **1204** to flex downward. Because the pins **1222** are not contained inside ramped grooves of the connector latching arms **1204**, the pull tab **1214** can also be pushed down at a location directly behind the latching arms **1204** rather than pulling the tab in a rearward motion from a remote distance behind the connector, such as from the distal end **1216**. The action of pushing down the connector's integral levers or latching arms **1204** unlatches the connector **1200**. In some cases, the horizontal motion of the pull tab **1214** may not be desirable. Thus, the connector latching arms **1204** may be pushed down without resulting in a horizontal motion of the pull tab **1214**.

FIGS. **12**B and **12**C show top and front views, respectively, of the narrow width multi-fiber connector **1200**. FIG. **12**B further shows that the connector **1200** has a width of 9.6 mm.

In various embodiments described above, the narrow width connectors have latching arms configured to engage with a fixed or immovable recess within a narrow width SFP or a narrow width adapter. In these embodiments, the pull tab of the connector displaces the flexible latching arm of the connector so as to disengage the latching arm from the recess of the SFP or the adapter. For example, the latching arms bend down as the pull tab is pulled back, so as to disengage the connector from the SFP or the adapter.

In other embodiments, as further described for example in relation with FIGS. **13** to **15** below, the remote latch release pull tab may be configured to couple with a latch or a hook within the adapter or the SFP. In these embodiments, the flexible latching arm of the connector is moved into the main cavity of the SFP or the adapter, and the latch of the SFP or the adapter engages a recess of the connector when the pull tab is in a normal location that is pushed forward by a spring. The pull tab may be configured to have a ramp area such that when the pull tab is pulled back, the latch of the SFP or the adapter is lifted by the retracted pull tab, thereby disengaging the latch of the SFP or the adapter from the connector.

FIG. **13**A shows a narrow pitch multi-fiber connector **1300** inserted into a narrow pitch SFP **1302** such that a recess of the connector engages an SFP latch. FIG. **13**B shows the narrow pitch connector **1300** inserted into a narrow pitch adapter **1304** such that a recess of the connector engages a latch of the adapter.

FIG. **14** shows a side view of the narrow width connector **1300** of FIG. **13**A coupled to the narrow width SFP **1302**. Details of the coupling are shown within the circle **1400**. Specifically, the SFP **1302** includes an SFP latch **1402**. The connector **1300** includes a recess **1404**. For example, the connector housing may comprise a recess **1404**. The pull tab **1406** may be spring loaded as described in relation to various embodiments. This allows the pull tab **1406** to return to a position that will allow the SFP latch **1402** to engage with the connector recess **1404**. When the pull tab **1406** is in

the normal pull tab location, that is pushed forward by a spring, as shown in FIG. **14**, the SFP latch **1402** is engaged with the connector recess **1404** as illustrated within the circle **1400**.

FIG. **15** shows a side view of the narrow width connector **1300** of FIG. **13**A as it is disengaged from the narrow width SFP **1302**. Details of the decoupling are shown within the circle **1500**. The pull tab **1406** includes a taper or a ramp area **1502**. As the pull tab **1406** is pulled back in the direction of the arrow **1504** as shown, the SFP latch **1402** is lifted by the ramp area of the retracted pull tab, thereby disengaging the SFP latch **1402** from the connector as illustrated within the circle **1500**. The same effect described herein in conjunction with FIG. **15** also occurs in other embodiments of connectors coupled to a narrow width adapter as shown for example in FIG. **13**A.

Although FIGS. **14** and **15** illustrate coupling of the connector to a narrow width SFP, in other embodiments of the connector may be coupled to a narrow width adapter having an adapter latch, similar to that of the SFP latch. Further, although the embodiments shown in FIGS. **13** to **15** include a narrow width multi-fiber connector, embodiments also work with narrow pitch LC connectors.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that this disclosure is not limited to particular methods, reagents, compounds, compositions or biological systems, which can, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as

US 11,415,760 B2

**11**

"having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et

**12**

cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1.** An optical fiber connector configured for mating with a receptacle, the optical fiber connector comprising:

an MT ferrule configured to hold a plurality of optical fibers;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing configured to hold the MT ferrule such that the MT ferrule is exposed through the front end portion for making an optical connection;

a depressible latching arm connected to the connector housing for latching with the receptacle when the optical fiber connector is mated with the receptacle to releasably retain the optical fiber connector in the receptacle; and

a remote release connected to the connector housing for movement relative to the connector housing along the longitudinal axis, the remote release being configured to be pulled rearward along the longitudinal axis to depress the depressible latching arm for releasing the optical fiber connector from the receptacle;

wherein the connector housing has a generally rectangular perimeter including opposite first and second walls and opposite third and fourth walls, the depressible latching arm being located on an exterior of the first wall;

wherein the first wall of the connector housing defines a groove, the remote release being slidably received in the groove;

wherein the remote release comprises a lower portion and a narrower portion above the lower portion, the lower portion being wider than the narrower portion; and

wherein the groove includes an inner portion and an outer portion, the inner portion being wider than the outer portion, the inner portion of the groove being configured to slidably receive the lower portion of the latch release and the outer portion of the groove being configured to slidably receive the narrower portion of the latch release such that the first wall releasably retains the latch release in the groove.

**2.** The optical fiber connector as set forth in claim **1**, wherein the depressible latching arm has a front end portion and a rear end portion spaced apart along the longitudinal axis, the depressible latching arm extending transversely outward away from the first wall as the depressible latching arm extends longitudinally from the front end portion to the rear end portion.

US 11,415,760 B2

13

**3**. The optical fiber connector as set forth in claim **2**, wherein the optical fiber connector is free of depressible latching arms on an exterior of any of the second, third, and fourth walls.

**4**. The optical fiber connector as set forth in claim **1**, wherein the optical fiber connector is configured so that upon release of the remote release after being pulled rearward along the longitudinal axis to depress the depressible latching arm, the depressible latching arm resiliently returns toward an un-depressed position.

**5**. The optical fiber connector as set forth in claim **1**, wherein the depressible latching arm is a first depressible latching arm, the optical fiber connector further comprising a second depressible latching arm spaced apart from the first depressible latching arm.

**6**. The optical fiber connector as set forth in claim **5**, wherein the remote release is further configured to depress the second depressible latching arm when the remote release is pulled rearward along the longitudinal axis.

**7**. The optical fiber connector as set forth in claim **5**, wherein the remote release comprises a first edge for engaging the first depressible latching arm and a second edge for engaging the second depressible latching arm, the first and second edges being spaced apart from one another.

**8**. The optical fiber connector as set forth in claim **7**, wherein the remote release further comprises an elongate section between the first edge and the second edge.

**9**. The optical fiber connector as set forth in claim **1**, wherein the remote release comprises a front section and wherein the optical fiber connector is configured such that the front section is yieldably biased along the longitudinal axis toward the front end portion of the connector housing.

**10**. The optical fiber connector as set forth in claim **9**, further comprising a resilient biasing member engaging the front section of the remote release to yieldably bias the remote release toward the front end portion of the connector housing.

14

**11**. The optical fiber connector as set forth in claim **10**, wherein the depressible latching arm is configured to engage the front section of the remote release at a first point of contact and the resilient biasing member is configured to engage the front section of the remote release at a second point of contact, the second point of contact being spaced apart from the first point of contact along the longitudinal axis toward the rear end portion of the connector housing.

**12**. The optical fiber connector as set forth in claim **1**, wherein the MT ferrule is configured to receive a plurality of fibers such that the fibers are spaced apart in a row that extends parallel to a fiber alignment axis, the MT ferrule comprising first and second guide pin openings spaced apart along the fiber alignment axis.

**13**. The optical fiber connector as set forth in claim **12**, wherein the optical fiber connector has an outer cross-sectional dimension along the fiber alignment axis and wherein the outer cross-sectional dimension is less than an outer cross-sectional dimension of a standard MPO connector along a fiber alignment axis of the standard MPO connector.

**14**. The optical fiber connector as set forth in claim **1**, wherein the connector housing is configured to enable a polarity of the optical fiber connector to be selectively reversed.

**15**. An optical connection system comprising the optical fiber connector as set forth in claim **1** and a receptacle for mating with the optical fiber connector.

**16**. The optical connection system as set forth in claim **15**, wherein the receptacle comprises a rectangular perimeter wall.

**17**. The optical connection system as set forth in claim **16**, wherein the receptacle includes a recess, the depressible latching arm being configured to latch with the recess when the optical fiber connector and the receptacle are mated.

\* \* \* \* \*

# EXHIBIT E

US010191230B2

(12) **United States Patent**
Wong et al.

(10) Patent No.: **US 10,191,230 B2**
(45) Date of Patent: **Jan. 29, 2019**

(54) **OPTICAL CONNECTORS WITH REVERSIBLE POLARITY**

(71) Applicant: **SENKO Advanced Components, Inc.**, Marlborough, MA (US)

(72) Inventors: **Kimman Wong**, Hong Kong (HK); **Jeffrey Gniadek**, Northbridge, MA (US); **Kazuyoshi Takano**, Southborough, MA (US); **Siu Kei Ma**, Hong Kong (HK)

(73) Assignee: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/884,327**

(22) Filed: **Jan. 30, 2018**

(65) **Prior Publication Data**

US 2018/0217340 A1     Aug. 2, 2018

**Related U.S. Application Data**

(60) Provisional application No. 62/581,961, filed on Nov. 6, 2017, provisional application No. 62/546,920, filed on Aug. 17, 2017, provisional application No. 62/485,042, filed on Apr. 13, 2017, provisional application No. 62/463,901, filed on Feb. 27, 2017, provisional application No. 62/463,898, filed on Feb. 27, 2017, provisional application No. 62/457,150, (Continued)

(51) **Int. Cl.**
**G02B 6/38**          (2006.01)

(52) **U.S. Cl.**
CPC ......... **G02B 6/3893** (2013.01); **G02B 6/3821** (2013.01)

(58) **Field of Classification Search**
CPC ....... G02B 6/38; G02B 6/3821; G02B 6/3893
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,721,945 A | 3/1973 | Hults |
| 4,327,964 A | 5/1982 | Haesly et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2495693 A1 | 4/2004 |
| CN | 2836038 Y | 11/2006 |

(Continued)

OTHER PUBLICATIONS

EP Search Report and Opinion dated Mar. 2015 EP 14187661.
(Continued)

*Primary Examiner* — Andrew Jordan

(74) *Attorney, Agent, or Firm* — Edward S. Jarmolowicz, Esq.

(57) **ABSTRACT**

Reversible polarity fiber optic connectors are provided having housings at least partially surrounding first and second optical ferrules with walls above and beneath the ferrules. Positioning removable elements such as latches, removable arms, or push-pull tabs on the first wall above the ferrules yields fiber optic connectors with a first polarity type, and positioning the removable elements on the second wall beneath the ferrules yields fiber optic connectors with a second, opposite polarity type. Various engagement mechanisms are provided on either the connector housing walls or on the removable elements, or both, to assist in affixing the removable element to the connector housing.

**25 Claims, 22 Drawing Sheets**





**US 10,191,230 B2**

Page 2

## Related U.S. Application Data

filed on Feb. 9, 2017, provisional application No. 62/452,147, filed on Jan. 30, 2017.

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,478,473 A * | 10/1984 | Frear | H01R 13/622 |
| | | | 439/312 |
| 4,762,388 A | 8/1988 | Tanaka et al. | |
| 4,764,129 A | 8/1988 | Jones et al. | |
| 4,840,451 A | 6/1989 | Sampson et al. | |
| 4,872,736 A | 10/1989 | Myers et al. | |
| 4,979,792 A | 12/1990 | Weber et al. | |
| 5,026,138 A * | 6/1991 | Boudreau | G02B 6/4202 |
| | | | 385/51 |
| 5,041,025 A | 8/1991 | Haitmanek | |
| D323,143 S | 1/1992 | Ohkura et al. | |
| 5,212,752 A | 5/1993 | Stephenson et al. | |
| 5,265,181 A | 11/1993 | Chang | |
| 5,289,554 A | 2/1994 | Cubukciyan et al. | |
| 5,317,663 A | 5/1994 | Beard et al. | |
| 5,335,301 A | 8/1994 | Newman et al. | |
| 5,348,487 A | 9/1994 | Marazzi et al. | |
| 5,444,806 A | 8/1995 | de Marchi et al. | |
| 5,481,634 A | 1/1996 | Anderson et al. | |
| 5,506,922 A | 4/1996 | Grois et al. | |
| 5,521,997 A | 5/1996 | Rovenolt et al. | |
| 5,570,445 A | 10/1996 | Chou et al. | |
| 5,588,079 A | 12/1996 | Tanabe et al. | |
| 5,684,903 A | 11/1997 | Kyomasu et al. | |
| 5,687,268 A | 11/1997 | Stephenson et al. | |
| 5,781,681 A | 7/1998 | Manning | |
| 5,937,130 A | 8/1999 | Amberg et al. | |
| 5,956,444 A | 9/1999 | Ouda et al. | |
| 5,971,626 A | 10/1999 | Knodell et al. | |
| 6,041,155 A | 3/2000 | Anderson et al. | |
| 6,049,040 A | 4/2000 | Biles et al. | |
| 6,134,370 A | 10/2000 | Childers et al. | |
| 6,178,283 B1 | 1/2001 | Weigel | |
| RE37,080 E | 3/2001 | Stephenson et al. | |
| 6,206,577 B1 | 3/2001 | Hall | |
| 6,206,581 B1 | 3/2001 | Driscoll et al. | |
| 6,227,717 B1 | 5/2001 | Ott et al. | |
| 6,238,104 B1 | 5/2001 | Yamakawa et al. | |
| 6,247,849 B1 | 6/2001 | Liu | |
| 6,364,537 B1 * | 4/2002 | Maynard | G02B 6/3831 |
| | | | 385/55 |
| 6,379,052 B1 * | 4/2002 | de Jong | G02B 6/3806 |
| | | | 385/59 |
| 6,461,054 B1 | 10/2002 | Iwase | |
| 6,471,412 B1 | 10/2002 | Belenkiy et al. | |
| 6,478,472 B1 | 11/2002 | Anderson et al. | |
| 6,485,194 B1 * | 11/2002 | Shirakawa | G02B 6/381 |
| | | | 385/78 |
| 6,530,696 B1 | 3/2003 | Ueda | |
| 6,551,117 B2 | 4/2003 | Poplawski et al. | |
| 6,579,014 B2 | 6/2003 | Metlon et al. | |
| 6,623,172 B1 * | 9/2003 | de Jong | G02B 6/3806 |
| | | | 385/59 |
| 6,634,796 B2 * | 10/2003 | de Jong | G02B 6/3831 |
| | | | 385/139 |
| 6,634,801 B1 | 10/2003 | Waldron | |
| 6,648,520 B2 | 11/2003 | McDonald et al. | |
| 6,682,228 B2 | 1/2004 | Rathnam et al. | |
| 6,695,486 B1 | 2/2004 | Falkenberg et al. | |
| 6,854,894 B1 | 2/2005 | Yunker et al. | |
| 6,865,362 B2 | 3/2005 | Otsuka et al. | |
| 6,869,227 B2 * | 3/2005 | Del Grosso | G02B 6/4471 |
| | | | 385/71 |
| 6,872,039 B2 | 3/2005 | Baus et al. | |
| 6,935,789 B2 | 8/2005 | Gross, III et al. | |
| 7,036,993 B2 | 5/2006 | Luther | |
| 7,077,576 B2 | 7/2006 | Luther | |
| 7,090,406 B2 | 8/2006 | Melton et al. | |
| 7,090,407 B2 | 8/2006 | Melton et al. | |

| | | | |
|---|---|---|---|
| 7,091,421 B2 | 8/2006 | Kukita et al. | |
| 7,111,990 B2 | 9/2006 | Melton et al. | |
| 7,113,679 B2 | 9/2006 | Melton et al. | |
| D533,504 S | 12/2006 | Lee | |
| D534,124 S | 12/2006 | Taguchi | |
| 7,150,587 B2 | 12/2006 | Luther et al. | |
| 7,153,041 B2 | 12/2006 | Mine et al. | |
| 7,198,409 B2 | 4/2007 | Smith et al. | |
| 7,207,724 B2 | 4/2007 | Gurreri | |
| D543,146 S | 5/2007 | Chen et al. | |
| 7,258,493 B2 | 8/2007 | Milette | |
| 7,264,402 B2 | 9/2007 | Theuerkorn | |
| 7,281,859 B2 | 10/2007 | Mudd | |
| D558,675 S | 1/2008 | Chein et al. | |
| 7,315,682 B1 | 1/2008 | En Lin et al. | |
| 7,325,976 B2 | 2/2008 | Gurreri et al. | |
| 7,325,980 B2 | 2/2008 | Pepe | |
| 7,329,137 B2 | 2/2008 | Martin et al. | |
| 7,331,718 B2 | 2/2008 | Yazaki et al. | |
| 7,354,291 B2 | 4/2008 | Caveney et al. | |
| 7,371,082 B2 | 5/2008 | Zimmel et al. | |
| 7,387,447 B2 | 6/2008 | Mudd | |
| 7,390,203 B2 | 6/2008 | Murano | |
| D572,661 S | 7/2008 | En Lin et al. | |
| 7,431,604 B2 | 10/2008 | Waters et al. | |
| 7,463,903 B2 | 12/2008 | Cody | |
| 7,465,180 B2 | 12/2008 | Kusuda et al. | |
| 7,510,335 B1 | 3/2009 | Su et al. | |
| 7,513,695 B1 | 4/2009 | Lin et al. | |
| 7,540,666 B2 | 6/2009 | Luther | |
| 7,581,775 B2 | 7/2009 | Lin et al. | |
| 7,591,595 B2 | 9/2009 | Lu et al. | |
| 7,594,766 B1 | 9/2009 | Sasser | |
| 7,641,398 B2 | 1/2010 | O'Riorden et al. | |
| 7,695,199 B2 | 4/2010 | Teo et al. | |
| 7,699,533 B2 | 4/2010 | Milette | |
| 7,785,019 B2 | 8/2010 | Lewallen | |
| 7,824,113 B2 | 11/2010 | Wong et al. | |
| 7,867,395 B2 | 1/2011 | Ekholm et al. | |
| D641,709 S | 7/2011 | Yamauchi | |
| 8,152,385 B2 * | 4/2012 | de Jong | G02B 6/3879 |
| | | | 385/53 |
| 8,186,890 B2 | 5/2012 | Lu | |
| 8,192,091 B2 | 6/2012 | Hsu et al. | |
| 8,202,009 B2 | 6/2012 | Lin et al. | |
| 8,251,733 B2 | 8/2012 | Wu | |
| 8,267,595 B2 | 9/2012 | Lin et al. | |
| 8,270,796 B2 | 9/2012 | Nhep | |
| 8,408,815 B2 | 4/2013 | Lin et al. | |
| 8,465,317 B2 | 6/2013 | Gniadek et al. | |
| 8,534,928 B2 | 9/2013 | Cooke | |
| 8,622,634 B2 | 1/2014 | Arnold | |
| 8,636,424 B2 | 1/2014 | Kuffel et al. | |
| 8,651,749 B2 | 2/2014 | Dainese Junior et al. | |
| 8,676,022 B2 * | 3/2014 | Jones | G02B 6/3849 |
| | | | 385/139 |
| 8,678,670 B2 | 3/2014 | takahashi | |
| 8,727,638 B2 | 5/2014 | Lee | |
| 8,770,863 B2 | 7/2014 | Cooke et al. | |
| 9,310,569 B2 * | 4/2016 | Lee | G02B 6/3825 |
| 9,366,829 B2 | 6/2016 | Czosnowski | |
| 9,465,172 B2 * | 10/2016 | Shih | G02B 6/3879 |
| 9,557,495 B2 * | 1/2017 | Raven | G02B 6/3879 |
| 9,658,409 B2 | 5/2017 | Gniadek | |
| 9,709,753 B1 | 7/2017 | Chang | |
| 9,778,425 B2 | 10/2017 | Nguyen | |
| 9,798,084 B2 | 10/2017 | Kuffel | |
| 9,829,645 B2 * | 11/2017 | Good | G02B 6/3883 |
| 9,880,361 B2 * | 1/2018 | Childers | G02B 6/3831 |
| 9,946,035 B2 * | 4/2018 | Gustafson | G02B 6/3831 |
| 10,031,296 B2 * | 7/2018 | Good | G02B 6/3831 |
| 2001/0026661 A1 * | 10/2001 | de Jong | G02B 6/3879 |
| | | | 385/56 |
| 2002/0191919 A1 | 12/2002 | Nolan | |
| 2003/0053787 A1 | 3/2003 | Lee | |
| 2004/0052473 A1 | 3/2004 | Seo et al. | |
| 2004/0136657 A1 | 7/2004 | Ngo | |
| 2004/0141693 A1 | 7/2004 | Szilagyi et al. | |
| 2004/0161958 A1 | 8/2004 | Togami et al. | |

## US 10,191,230 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0184741 A1* | 9/2004 | Del Grosso | G02B 6/3851 385/71 |
| 2004/0234209 A1 | 11/2004 | Cox et al. | |
| 2005/0111796 A1 | 5/2005 | Matasek et al. | |
| 2005/0141817 A1 | 6/2005 | Yazaki et al. | |
| 2005/0207709 A1* | 9/2005 | Del Grosso | G02B 6/4472 385/71 |
| 2006/0089049 A1 | 4/2006 | Sedor | |
| 2006/0127025 A1 | 6/2006 | Haberman | |
| 2006/0269194 A1 | 11/2006 | Luther et al. | |
| 2006/0274411 A1 | 12/2006 | Yamauchi | |
| 2007/0025665 A1 | 2/2007 | Dean | |
| 2007/0079854 A1 | 4/2007 | You | |
| 2007/0098329 A1 | 5/2007 | Shimoji et al. | |
| 2007/0149062 A1 | 6/2007 | Long | |
| 2007/0028409 A1 | 8/2007 | Yamada | |
| 2007/0230874 A1 | 10/2007 | Lin | |
| 2007/0232115 A1 | 10/2007 | Burke et al. | |
| 2007/0243749 A1 | 10/2007 | Wu | |
| 2008/0008430 A1 | 1/2008 | Kewitsch | |
| 2008/0044137 A1 | 2/2008 | Luther et al. | |
| 2008/0069501 A1 | 3/2008 | Mudd et al. | |
| 2008/0101757 A1 | 5/2008 | Lin et al. | |
| 2008/0226237 A1 | 9/2008 | O'Riorden et al. | |
| 2008/0267566 A1 | 10/2008 | Lin et al. | |
| 2009/0022457 A1 | 1/2009 | De Jong et al. | |
| 2009/0028507 A1 | 1/2009 | Jones et al. | |
| 2009/0196555 A1 | 8/2009 | Lin et al. | |
| 2009/0214162 A1 | 8/2009 | O'Riorden et al. | |
| 2009/0220197 A1 | 9/2009 | Gniadek | |
| 2010/0034502 A1 | 2/2010 | Lu et al. | |
| 2010/0092136 A1 | 4/2010 | Nhep | |
| 2010/0220961 A1* | 9/2010 | de Jong | G02B 6/3879 385/77 |
| 2010/0247041 A1 | 9/2010 | Szilagyi | |
| 2010/0322561 A1 | 12/2010 | Lin et al. | |
| 2011/0044588 A1 | 2/2011 | Larson et al. | |
| 2011/0131801 A1 | 6/2011 | Nelson et al. | |
| 2011/0177710 A1 | 7/2011 | Tobey | |
| 2012/0099822 A1 | 4/2012 | Kuffel et al. | |
| 2012/0189260 A1 | 7/2012 | Kowalczyk et al. | |
| 2012/0269485 A1 | 10/2012 | Haley et al. | |
| 2012/0301080 A1 | 11/2012 | Gniadek | |
| 2013/0071067 A1 | 3/2013 | Lin | |
| 2013/0089995 A1 | 4/2013 | Gniadek et al. | |
| 2013/0094816 A1 | 4/2013 | Lin et al. | |
| 2013/0121653 A1 | 5/2013 | Shitama et al. | |
| 2013/0170797 A1 | 7/2013 | Ott | |
| 2013/0183012 A1 | 7/2013 | Cabanne Lopez et al. | |
| 2013/0216185 A1 | 8/2013 | Klavuhn et al. | |
| 2013/0259429 A1 | 10/2013 | Czosnowski et al. | |
| 2013/0272671 A1* | 10/2013 | Jones | G02B 6/3831 385/139 |
| 2013/0308915 A1* | 11/2013 | Buff | G02B 6/4452 385/135 |
| 2013/0308916 A1* | 11/2013 | Buff | G02B 6/4452 385/135 |
| 2013/0322825 A1 | 12/2013 | Cooke et al. | |
| 2014/0016901 A1 | 1/2014 | Lambourn et al. | |
| 2014/0050446 A1 | 2/2014 | Chang | |
| 2014/0133808 A1 | 5/2014 | Hill et al. | |
| 2014/0334780 A1 | 11/2014 | Nguyen et al. | |
| 2014/0348477 A1 | 11/2014 | Chang | |
| 2015/0212282 A1* | 7/2015 | Lin | G02B 6/3893 385/76 |
| 2015/0241644 A1* | 8/2015 | Lee | G02B 6/3825 385/76 |
| 2015/0277059 A1* | 10/2015 | Raven | G02B 6/3879 385/78 |

| | | | |
|---|---|---|---|
| 2013/0378113 | 12/2015 | Good et al. | |
| 2015/0378113 A1 | 12/2015 | Good et al. | |
| 2016/0116685 A1* | 4/2016 | Wong | G02B 6/3825 385/56 |
| 2016/0216458 A1* | 7/2016 | Shih | G02B 6/3871 |
| 2016/0259135 A1 | 9/2016 | Gniadek | |
| 2017/0023746 A1* | 1/2017 | Good | G02B 6/3831 |
| 2017/0176691 A1* | 6/2017 | Childers | G02B 6/3831 |
| 2017/0254966 A1 | 9/2017 | Gniadek | |
| 2017/0293088 A1* | 10/2017 | Manes | G02B 6/3825 |
| 2017/0293089 A1* | 10/2017 | Gustafson | G02B 6/3825 |
| 2017/0293090 A1* | 10/2017 | Hopper | G02B 6/3821 |
| 2018/0128987 A1* | 5/2018 | Good | G02B 6/3883 |
| 2018/0156988 A1* | 6/2018 | Gniadek | G02B 6/387 |
| 2018/0156999 A1* | 6/2018 | Buff | G02B 6/4452 |
| 2018/0164511 A1* | 6/2018 | Childers | G02B 6/3831 |
| 2018/0172923 A1* | 6/2018 | Bauco | G02B 6/3873 |
| 2018/0172924 A1* | 6/2018 | Bauco | G02B 6/3873 |
| 2018/0172942 A1* | 6/2018 | Bauco | G02B 6/3873 |
| 2018/0217339 A1* | 8/2018 | Ma | G02B 6/3893 |
| 2018/0217340 A1* | 8/2018 | Wong | G02B 6/3893 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201383588 Y | 1/2010 |
| CN | 2026500189 U | 12/2013 |
| DE | 202006011910 U1 | 3/2007 |
| DE | 102006019335 A1 | 10/2007 |
| EP | 1211537 A2 | 6/2002 |
| EP | 1245980 A2 | 10/2002 |
| EP | 1566674 A1 | 8/2005 |
| GB | 2111240 A | 6/1983 |
| JP | 2008229545 A | 10/2009 |
| JP | 2009276493 A | 11/2009 |
| TW | 200821653 A | 5/2008 |
| WO | 2001/79904 A2 | 10/2001 |
| WO | 2004/027485 A1 | 4/2004 |
| WO | 2008/112986 A1 | 9/2008 |
| WO | 2009/135787 A1 | 11/2009 |
| WO | 2010-024851 A2 | 3/2010 |
| WO | 2012/136702 A1 | 10/2012 |
| WO | 2012/162385 A1 | 11/2012 |
| WO | 2013/052070 A1 | 4/2013 |
| WO | 2014/028527 A2 | 2/2014 |
| WO | 2014/182351 A2 | 11/2014 |

OTHER PUBLICATIONS

EP Search Report and Opinion dated Feb. 2015 EP 14168005.
Fiber Optic Connectors and Assemblies Catalog 2009 Huber &Suhner.
Fiber Optic Interconnect Solutions Tactical Fiber Optic Connectors, Cables and Termini Glenair, 2006.
Fiber Optic Products Catalog Nov. 2007 Tyco Electronics.
ISR and Opinion dated Apr. 2012, PCT/US2012/058799.
ISR and Opinion dated Aug. 2012, PCT/US2012/039126.
ISR and Opinion dated Jan. 2016, PCT/US2013/54784.
ISR and Opinion dated Aug. 2014, PCT/US2014/041500.
ISR and Opinion dated May 2014, PCT/US2014/012137.
ISR and Opinion dated Aug. 2008, PCT/US2008/057023.
International Preliminary Report on Patentability dated Sep. 2017 from US2015/059458, dated Nov. 6, 2015.
ISR and Opinion dated Apr. 13, 2018 PCT/US2018/016049.
ISR and Opinion dated Feb. 2017, PCT/US2017/13286.
ISR and Opinion dated Aug. 2017, PCT/US2017/40178.
AFOP to introduce LC Slimpac(TM) Uniboot Connectors as high density connector solutions Aug. 26, 2014.

* cited by examiner



FIG. 1B



FIG. 1A























FIG. 11A

FIG. 11B







FIG. 14A

FIG. 14B



















US 10,191,230 B2

**1**

# OPTICAL CONNECTORS WITH REVERSIBLE POLARITY

## CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

The present application claims priorities to U.S. Provisional Patent Applications No. 62/452,147 filed Jan. 30, 2017, No. 62/457,150 filed Feb. 9, 2017, No. 62/463,898 filed Feb. 27, 2017, No. 62/463,901 filed Feb. 27, 2017, No. 62/485,042 filed Apr. 13, 2017, No. 62/546,920, filed Aug. 17, 2017, and No. 62/581,961 filed Nov. 6, 2017; the disclosures of which are incorporated herein by reference in their entireties.

## FIELD OF THE INVENTION

The present disclosure relates generally optical connectors with reversible polarity.

## BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may

**2**

impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Overstressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

Accordingly, there is a need for smaller fiber optic connectors that will meet the needs of future developments in smaller SFPs and are reconfigurable for flexible deployment.

## SUMMARY OF THE INVENTION

In a first aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A latch coupling is positioned on each of the first and second exterior walls of the housing. A removable latch may engage either the first or second exterior wall latch coupling on the connector housing. Positioning the removable latch on the first exterior wall yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with exchangeable arms for changing connector type. Thus, a common connector body may be formed into different connector types. The connector includes at least first and second optical ferrules and a common connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A coupling surface is positioned on each of the first and second exterior walls of the common connector housing. To create a connector, a removable arm engages either the first or second exterior wall coupling surface; the removable arm includes either a latch or a latch recess depending upon the type of optical connector to be formed. Further, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with a push-pull tab. The connector includes at least first and second optical ferrules and has a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A first aperture is in the first exterior wall of the housing and a second aperture is in the second exterior wall of the housing. A removable push-pull tab includes a protrusion for positioning within either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing. Positioning the removable push-pull tab with its protrusion within the first aperture yields a fiber optic connector with a first polarity

US 10,191,230 B2

3

and positioning the removable push-pull tab with its protrusion within the second aperture yields a fiber optic connector with a second, opposite polarity.

In yet another aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A removable push-pull tab is provided. A first push-pull tab retainer is positioned on the first exterior wall and a second push-pull tab retainer is positioned on the second exterior wall. Positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the housing yields a fiber optic connector with a second, opposite polarity.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a perspective view of one embodiment of a reversible polarity fiber optic connector according to some aspects of the present disclosure;

FIG. 1B is a side view of the reversible polarity fiber optic connector of FIG. 3A with the removable latch being removed from the connector housing;

FIG. 2A is a perspective view of the reversible polarity fiber optic connector of FIG. 1A;

FIG. 2B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 2A;

FIG. 2C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 2A;

FIG. 2D is a perspective view of the fiber optic connector of FIG. 1A with its polarity reversed;

FIG. 3A is a perspective view of an embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. 3B is an exploded view of the reversible polarity fiber optic connector of FIG. 3A;

FIG. 4A is a perspective view of the polarity of the reversible polarity fiber optic connector of FIG. 3A;

FIG. 4B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 4A;

FIG. 4C.1 is an exploded view of positioning the latch in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 4A;

FIG. 4C.2 is an exploded view of attaching the removed components of FIG. 4B in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 4A;

FIG. 4D is a perspective view of the reversible polarity fiber optic connector of FIG. 4A with its polarity reversed;

FIG. 5A is a perspective view of another embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. 5B is an exploded view of the reversible polarity fiber optic connector of FIG. 5A;

FIG. 6A is a perspective view of the polarity of the fiber optic connector of FIG. 5A;

FIG. 6B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 5A;

4

FIG. 6C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 6A;

FIG. 6D is a perspective view of the reversible polarity fiber optic connector of FIG. 6A with its polarity reversed;

FIG. 7A is a perspective view of a common connector housing of a reversible polarity fiber optic connector with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure;

FIG. 7B is the front view of the common connector housing of FIG. 7A;

FIG. 7C is the top view of the common connector housing of FIG. 7A;

FIG. 7D is the side view of the common connector housing of FIG. 7A;

FIG. 8A.1 shows how the common connector housing of FIG. 7A is used to create a latch-type connector;

FIG. 8A.2 is an exploded view of FIG. 8A.1;

FIG. 8B.1 shows how the common connector housing of FIG. 7A is used to create a recess-type connector;

FIG. 8B.2 is an exploded view of FIG. 8B.1;

FIG. 9A is a perspective view of the polarity of the latch-type fiber optic connector of FIG. 8A.1;

FIG. 9B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 8A.1;

FIG. 9C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 8A.1;

FIG. 9D is a perspective view of the reversible polarity fiber optic connector of FIG. 8A.1 with its polarity reversed;

FIG. 10A is a perspective view of FIG. 8B.1 of the polarity of the recess-type fiber optic connector of FIG. 8B.1;

FIG. 10B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 8B.1;

FIG. 10C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 8B.1;

FIG. 10D is a perspective view of the reversible polarity fiber optic connector of FIG. 8B.1 with its polarity reversed;

FIGS. 11A and 11B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. 12A-12D depict the operation of the reversible polarity optical connector of FIGS. 11A and 11B;

FIGS. 13A-13D depict the process for changing the polarity of the optical connector of FIGS. 11A and 11B;

FIGS. 14A and 14B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. 15-15D depict the operation of the reversible polarity optical connector of FIGS. 14A and 14B;

FIGS. 16A-16D depict the process for changing the polarity of the optical connector of FIGS. 14A and 14B;

FIGS. 17A-17C respectively depict perspective, partial cross-section, and exploded views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. 18A-18D depict the assembly of the push-pull tab to the connector body of the connector of FIGS. 17A-17C;

FIGS. 19A-19B depict the removal of the push-pull tab from the connector body using a tool;

5

FIGS. **20**A-**20**D depict the process for changing the polarity of the optical connector of FIGS. **17**A-**17**C.

## DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

The connectors of the present disclosure may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, an SC duplex connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing. In some embodiments, the housing may incorporate any or all of the components described herein.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow pitch multi-fiber connectors.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, the fiber optic connector may be a narrow pitch duplex LC connector including two LC connectors. In some embodiments, such as that shown, the two LC connectors may comprise a single combined unit. In alternative embodiments, the LC connectors may be separate members, wherein an air gap exists between the two members, or wherein the two separate members are located adjacent and flush to each other (i.e., no air gap exists). In some embodiments, each of the LC connectors includes a respective ferrule and a respective extending member or modular arm. The connector may have a pitch of 4.8 mm, defined as the axis-to-axis distance between the central axes of the LC connectors. In other embodiments, the connector pitch may be less than that of the pitch of conventional connectors, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

In current designs, if a fiber optic connector, particularly a duplex connector, needs to have the ferrules rotated or swapped, for example, for exchanging transmit and receive

6

optical fibers, it can be a time consuming and difficult process. Generally, if a duplex connector needs to be rotated, current systems require twisting the individual LC connector tips 180 degrees. However, this process also twists the fibers that enter the connector tip. Twisting the fiber at any stage of the connection can cause wear and/or damage to the delicate fibers. Thus, most systems involve an alternative solution, wherein the duplex connector is partially or completely disassembled in order to access the ferrules or fibers and manually relocate them within the duplex connector. However, swapping ferrules side to side is a delicate operation. In order to prevent damage to the internal fibers, great care must be taken. Thus, this operation usually requires specialized tools and preparation time to perform safely and accurately.

Therefore, embodiments as described herein, allow for easy, quick, and safe swapping of the left and right side ferrules in a connector. Thus, embodiments discussed herein allow for a change in polarity of the duplex connector without twisting the fibers or performing any complex disassembly of the duplex connector.

FIGS. **1**A and **1**B depict a fiber optic connector with reversible polarity according to one aspect of the present disclosure. As shown in FIG. **1**A, a reversible polarity fiber optic connector may include first and second optical ferrules **110**a and **110**b and a connector housing **120** at least partially surrounding the first and second optical ferrules. A removable latch **130** is depicted in FIG. **1**A in its assembled state and in FIG. **1**B removed from the connector housing **120**.

FIG. **1**B is a side view of the reversible polarity fiber optic connector of FIG. **1**A with the removable latch **130** being separated from the connector housing. As shown, the connector housing **120** may have a first exterior wall **121**a positioned above the first and second optical ferrules and a second exterior wall **121**b positioned beneath the first and second optical ferrules. A latch coupling **122** is positioned on each of the first and second exterior walls of the housing. The removable latch **130** may include a protrusion **131** for engaging the housing latch coupling **122**. In particular, the latch coupling **122** may include angled walls that interact with slanted edges of the protrusion **131** to prevent accidental disassembly of the latch **130**. Although the latch coupling **122** is depicted as a recess on the housing accommodating a latch protrusion, these elements may be reversed with the latch including a recess and the housing including a protrusion. Other mechanical coupling mechanisms may be used to interconnect the housing and the removable latch. For example, an embodiment may involve a coupling system wherein the removable latch is inserted into a recess in the connector housing and twisted (e.g., 90°, 180°, etc.) to secure the latch to the recess. Alternative coupling may use a more complex shape. For example, a u-shaped recess in the connector housing may engage a cooperatively-shaped projection in the latch that is inserted and fed through the u-shape until secure. It should thus be understood, that any system or method of coupling may be used to attach the removable latch to the connector housing, including various locations (e.g., sliding from the front, sides, back, bottom, top, etc.).

FIGS. **2**A-**2**D depict the process for changing the polarity of the fiber optic connector of FIG. **1**A from a first polarity, FIG. **2**A to a second, opposite polarity, FIG. **2**D. The removable latch **130** may be removed from the latch coupling on the first exterior wall of the connector housing, FIG. **2**B, positioned adjacent the second exterior wall on beneath the ferrules, FIG. **2**C, and then coupled with the latch coupling on the second exterior wall of the connector

US 10,191,230 B2

7

housing to yield a connector **100**R, FIG. **2**D, having the opposite polarity of connector **100**. In this manner, transmit and receive optical fibers may be reversed without necessitating any fiber twist or complex repositioning of the optical ferrules.

In typical embodiments, the latch of the connector housing is required to be flexible. Thus, when a latch and a connector housing (e.g., duplex connector) are built as one unified member (as is currently done), the fiber optic connector is built of a similar flexible or less rigid material. Building the connector housing out of a plastic or polymeric material, limits the amount of rigidity that it can have. Thus, as fiber optic connectors continue to reduce in size, the strength of the housing has been reduced. Therefore, it would be advantageous to build the connector housing out of a more robust material while still allowing the latch to remain flexible. In order to accomplish this, in some embodiments according to aspects of the present disclosure, the connector housing may be manufactured out of a very rigid or strong material (e.g., steel, graphene, carbon, metal alloys, or any material of suitable properties). Because the connector housing and the removable latch need only interlock with each other, the removable latch may still be made out of a more flexible material. Thus, the removable nature of the latch disclosed herein allow for a more robust and secure overall design when dealing with the shrinking footprint of fiber optic connectors.

FIG. **3**A is a perspective view of another embodiment of a reversible polarity fiber optic connector **300**. As shown, the reversible polarity fiber optic connector may further comprise a pull tab **340** for engaging a removable latch **330**. The pull tab **340** depresses the latch **330** as the tab is pulled in a direction away from the fiber optic ferrules.

FIG. **3**B is an exploded view of the reversible polarity fiber optic connector of FIG. **3**A. As shown, the pull tab **340** may comprise a first opening **341** and a second opening **344**. The first opening **341** is configured to allow the connector housing and the removable latch to pass through while the second opening is configured to accommodate the tip of the latch. The pull tab may further comprise a first deformable portion **342** and a second deformable portion **344**. In operation, the first deformable portion **342** cooperates with the second deformable portion **344** to depress the removable latch when the pull tab is pulled in a direction away from the ferrules.

FIGS. **4**A–**4**D depict the process for changing the polarity of the fiber optic connector **300** from a first polarity, FIG. **4**A to a second polarity **300**R, FIG. **4**D. The pull tab **340** may be disengaged from the connector housing **320** and the removable latch **330** on the first exterior wall of the connector housing, FIG. **2**B. The removable latch is then detached from the latch coupling on the first exterior wall of the connector housing, FIG. **4**C.**1**. Next, the removable latch is engaged with the latch coupling on the second exterior wall of the connector housing, beneath the ferrules, FIG. **4**C.**2**. Finally, the pull tab **340** is positioned surrounding the connector housing and engaging the removable latch tip, resulting in the assembled optical connector **300**R having polarity opposite to that of connector **300**, FIG. **4**D.

FIGS. **5**A and **5**B are a perspective view and exploded view, respectively, of another embodiment of a reversible polarity fiber optic connector **500**. The connector **500** includes a connector housing **520**, a latch **530**, and a pull tab **540**. On the first and second exterior walls of connector housing **520** are latch couplings that include a groove **522**. A recess **521** is also provided in the housing. The latch **530** includes a protrusion **531** that is received within groove **522**.

8

The latch further includes a projection **532** that is received in the housing between the optical ferrules. The pull tab **540** includes an opening **541** for engaging the removable latch **530**. A front protrusion **542** is configured to depress the removable latch **530** when the pull tab is pulled in a direction away from the ferrule side of the optical connector.

FIGS. **6**A–**6**D depict the process for changing the polarity of the fiber optic connector **500** from a first polarity, FIG. **6**A to a second polarity, FIG. **6**D. The pull tab **540** is disengaged from the connector housing and the removable latch **530** on the first exterior wall of the connector housing, FIG. **6**B, and the removable latch is decoupled from the latch coupling on the first exterior wall of the connector housing. Then the removable latch may be coupled with the latch coupling on the second exterior wall of the connector housing, beneath the optical ferrules in FIG. **6**C, and the pull tab **540** is engaged with the connector housing and the removable latch on the second exterior wall of the connector housing to create reverse polarity connector **500**R, FIG. **6**D.

It is of interest within the optical connectivity industry to have multiple styles of optical connectors for multiple purposes and/or multiple implementation styles. Thus, in order to more easily provide flexibility, a solution is needed that allows for on-the-fly, in-the-field, or in manufacturing modification of the connector. The below embodiment provides a universal type fiber optic connector which has a unique housing design that allows for different latches or arms to be attached.

FIG. **7**A is a perspective view of a common connector housing **720** of a reversible polarity fiber optic connector **700** with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure. As shown, the reversible polarity fiber optic connector may comprise first and second optical ferrules **710**a and **710**b and the common connector housing **720** at least partially surrounding the first and second optical ferrules.

FIGS. **7**B, **7**C and **7**D are the front view, top view and side view, respectively, of the common connector housing **720**. As shown, the common connector housing may have a first exterior wall **725**a positioned above the first and second optical ferrules and a second exterior wall **725**b positioned beneath the first and second optical ferrules. The connector housing **720** may further have a coupling surface **724** positioned on each of the first and second exterior walls and include a receiving track **726** in the coupling surface.

FIG. **8**A.**1** shows the common connector housing **720** used to create a latch-type connector **700** and FIG. **8**B.**1** shows the common connector housing **720** used to create a recess-type connector **800**. Both of connectors **700** and **800** include a removable arm **730** or **830** for engaging either of the first and second exterior wall coupling surfaces **724** on the connector housing, FIGS. **8**A.**2** and **8**B.**2** respectively. The removable arms **730** and **830** may each respectively include a projection **735** or **835** for engaging in the receiving track **726** of the coupling surface **724**, FIGS. **8**A.**2** and **8**B.**2** respectively. As with the previous embodiments, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with the opposite polarity.

Still referring to FIGS. **8**A.**2** and **8**B.**2** respectively the removable arms may include either a latch or a recess: removable arm **730** includes a latch **733** while removable arm **830** includes a recess **834**. Thus, a latch-type connector **700** is created through assembly of the removable latch arm to the common connector body **720** as shown in FIG. **8**A.**1**

US 10,191,230 B2

9

and a recess-type connector **800** is created through assembly of the removable recess arm to the common connector body **720** as shown in FIG. **8**B.**1**.

The fiber optic connector may further include a pull tab. When a removable arm with a latch **730** is positioned on the coupling surface of the common connector housing **720** to create a latch-type connector **700**, the pull tab **740** is a separate element from the removable arm, FIG. **8**A.**2**. When a removable arm includes a recess **830** is positioned on the coupling surface of the common connector housing **720** to create a recess-type connector **800**, the pull tab **840** is integrated with the removable arm, FIG. **8**B.**2**.

FIGS. **9**A-**9**D depict the process for changing the polarity of the latch-type fiber optic connector from a first polarity **700**, FIG. **9**A to a second polarity **700**R, FIG. **9**D. The sub-assembly of the removable arm **730** and the pull tab **740** may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **9**B. Then the sub-assembly of the removable arm **730** and the pull tab **740** may be coupled with the coupling surface of the second exterior wall of the connector housing, FIG. **9**C, creating the opposite polarity connector **700**R.

FIGS. **10**A-**10**C depicts the process for changing the polarity of the recess-type fiber optic connector **800** from a first polarity, FIG. **10**A to a second polarity, FIG. **10**D. The removable arm **830** with a recess and a pull tab as an integral structure may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **10**B. Then the removable arm may be coupled with the coupling surface **724** of the second exterior wall of the common connector housing **720**, FIG. **10**C to create opposite polarity optical connector **800**R, FIG. **10**D.

FIGS. **11**A and **11**B depict a further embodiment **1100** of the reversible polarity optical connectors of the present disclosure. In FIG. **11**A, a push-pull tab **1130** may interconnect with either a first exterior wall **1110** of housing **1105** or with a second exterior wall **1115** of housing **1105**. Ferrules **1120** and **1125** are at least partially surrounded by housing **1105** and may be LC connectors in an embodiment. As in previous embodiments, the push-pull tab may include a tab recess **1145**. Alternatively, the push-pull tab **1130** may include a latch (not shown). Various features of the push-pull tab **1130** are provided to assist in affixing the push-pull tab to the first exterior wall **1110** or the second exterior wall **1115** of the housing **1105**. This includes push-pull tab clips **1135** that clip onto the optical connector, optionally in a boot region, and protrusion **1140** that fits within a first aperture, **1109**A, beneath the housing exterior wall **1110** or a second aperture, **1109**B, beneath housing exterior wall **1115** (to be discussed in more detail below), and projection **1131** for inserting into the housing between ferrules **1120** and **1125**. Each of these features is fully reversible such that the push-pull tab is easily removed and repositioned on the opposite exterior wall to change polarity of the connector.

As best seen in FIGS. **12**B and **12**D, push-pull tab **1130** protrusion **1140** may be inserted into first aperture **1109**A of housing **1105** through a first exterior housing aperture **1107**A. Alternatively, in the reverse-polarity configuration, the push-pull tab protrusion **1140** may be inserted into second housing aperture **1109**B through second exterior housing aperture **1107**B. When the push-pull tab **1130** is moved forward, the protrusion slides within the aperture **1109**A or **1109**B, as shown in FIG. **12**B. To maintain the push-pull tab in a forward-biased position, tab position spring **1150** is provided. During insertion or removal of the protrusion **1140**, tab position spring **1150** is compressed, depicted in FIG. **12**B. When the position spring **1150** is in its

10

relaxed (uncompressed) position, FIGS. **12**C and **12**D, the protrusion **1140** is slid forward within the aperture **1109**A or **1109**B.

To change polarity of the optical connector **1100**, FIGS. **13**A-13D, the push-pull tab **1130** is removed by withdrawing the protrusion **1140** from the housing **1105** through exterior housing aperture **1107**A along with detaching clips **1135** and decoupling projection **1131**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **138**). The push-pull tab is moved toward second exterior housing wall **1115** and the protrusion **1140** is inserted into aperture **1109**B through exterior housing aperture **1107**B in FIG. **13**C. Projection **1131** is fitted between ferrules **1120** and **1125** and clips **1135** are affixed to the connector. The resultant connector **1100**R of 13D is of opposite polarity to the connector **1100** of FIG. **13**A.

Various alternatives to the protrusion **1140** of optical connector **1100** may be used in the optical connectors of this disclosure. For example, the protrusion may be provided by the connector housing with receiving elements provided in the push-pull tab. Variations to the shape of the projection and apertures may be made without affecting the function of the reversible-polarity connector.

Another alternative embodiment is depicted in FIGS. **14**A and **14**B in which a hook-shaped protrusion **1440** is provided for engagement within the connector housing. As in the previous embodiment, the push-pull tab **1430** includes a tab recess **1445**, connector-attachment clips **1435** and projection **1431** for positioning between ferrules **1420** and **1425**. In FIG. **14**B, the push-pull tab **1430** is positioned on first exterior housing wall **1410** and has a first polarity. In this position, the hook-shaped protrusion **1440** engages a housing projection **1460**, held in a forward-biased position by push-pull tab position spring **1465**, as seen in FIGS. **15**B and **15**D. To release the protrusion **1440**, push-pull tab position spring **1465** is compressed in FIG. **15**C such that housing projection **1460** is retracted sufficiently to allow removal of protrusion **1440** through the housing **1405**, FIG. **15**D.

To change polarity of the optical connector **1400** from the first polarity of FIG. **16**A, the push-pull tab **1430** is removed by withdrawing the protrusion **1440** from the housing **1405** through the housing along with detaching clips **1435** and decoupling projection **1431**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **16**B). The push-pull tab is moved toward second exterior housing wall **1415** and the protrusion **1440** is inserted into the housing **1405**. Projection **1431** is fitted between ferrules **1420** and **1425** and clips **1435** are affixed to the connector in FIG. **16**C. The resultant connector **1400**R of FIG. **16**D is of opposite polarity to the connector of FIG. **16**A.

Protrusions from a push-pull tab may be inserted into a housing via features other than a housing aperture. Such a connector is depicted in FIG. **17** and features a deformable housing region to allow entry of a push-pull tab protrusion during affixing of the push-pull tab to the connector housing. As seen in FIG. **17**A, the connector **1700** includes a connector housing **1705** which may optionally include a back body housing portion **1709** for connecting with a housing front portion **1707** (FIG. **17**C). The back body housing portion **1709** includes a deformable region **1780**, seen in the partial cross-section of FIG. **17**B and the perspective view of FIG. **17**C. The push-pull tab **1730** includes a protrusion **1740** with a projection **1741** extending therefrom.

Turning to FIG. **18**, to affix the push-pull tab to the connector housing, the protrusion **1740** penetrates the deformable region **1780** (FIG. **18**B) causing the deformable

US 10,191,230 B2

**11**

region to yield and accept entry of the protrusion **1740** into the housing. As the projection **1741** enters the housing as depicted in FIG. **18**C, the deformable region **1780** returns to its original position (FIG. **18**D), securing the push-pull tab **1730** to the connector housing.

Removal of the push-pull tab **1730** is depicted in FIGS. **19**A and **19**B. A removal tool **1900**, which may be shaped similar to a small screwdriver, depresses deformable region **1780**, allowing projection **1741** to slide along an edge of the deformable region **1780**, followed by the protrusion **1740**, releasing the push-pull tab **1730**.

To change polarity of the optical connector **1700** from the first polarity of FIG. **20**A, the push-pull tab **1730** is removed in FIG. **20**B by using the removal tool technique depicted in FIGS. **19**A and **19**B. The push-pull tab is moved toward the second exterior housing wall and the protrusion **1740** is inserted into the housing **1705** through the deformable region **1780** in FIG. **20**C. The resultant connector **1700**R of FIG. **20**D is of opposite polarity to the connector of FIG. **20**A.

In another aspect of the disclosure, a retaining member may be provided in the connector housing to retain a push-pull tab. As seen in FIGS. **21**A-**21**D, a connector **2100** having a housing **2105** is provided with a housing front portion **2107** and a back portion **2109**. FIG. **21**A depicts an assembled connector **2100** with housing **2105**. FIG. **21**B depicts an exploded view of connector **2100** of FIG. **21**A. Push-pull tab **2130** has a receiving surface **2132**, which during use of connector **2100** provides a surface over which retainer **2111** can slide across during tab movement. Extending from the housing back portion is a retainer **2111** which may include a pair of retaining clips, as shown, or any other structure configured to retain the push-pull tab **2130**. FIG. **21**C depicts connector **2100** showing a section view cut given by the arrows and broken line near the proximal end of connector **2100**. Optionally, when the retainer **2111** includes clips, the clips may be hook-shaped as seen in the cross-sectional view of FIG. **21**D. As shown in FIG. **21**D, receiving surface **2132** may be a recess with a protrusion along the edge that engages the hook-shaped edge of the clips.

FIG. **22**A through FIG. **22**E depicts the operation of polarity change for connector **2100** of FIG. **21**A-FIG. **21**D. FIG. **22**A depicts connector **2100** with pull-push tab clips **2135** (opposing side not shown) engaged around connector. To operate connector **2100**, user can move push-pull tab **2130** forward or toward front of connector or backward or toward rear of connector, and as describe in FIG. **21** above tab moves along connector receiving surface **2123**. This engages or releases connector **2100** from a receptacle as is known in the art. To change the polarity of connector **2100** from the polarity depicted in FIG. **22**A to the second, opposite polarity of FIG. **22**E, the retainer **2111** is removed from receiving surface **2132**. Referring to FIG. **21**B, lifting push-pull tab **2130** in direction of up-arrow, separates retainer **2111** from receiving surface. As shown in FIG. **22**C, push-pull tab clips separate from the connector as the retainer is removed. Continuing with FIG. **22**C, push-pull tab **2130** is moved to the opposite housing exterior wall in FIG. **22**C. FIG. **22**D depicts receiving surface **2132** engages with the retainer **2111**. In FIG. **21**E the assembled connector **2100**R having the opposite polarity to the connector of FIG. **22**A is depicted, fully assembled. Retainer **2111** is in contact with receiving surface **2132**, and push-pull tab **2130** is secured to connector body, as show in FIG. **22**E.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the

**12**

drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explic-

US 10,191,230 B2

13
14

itly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a latch coupling positioned on each of the first and second exterior walls of the housing;
a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing;
wherein positioning the removable latch on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**2**. The reversible polarity fiber optic connector of claim **1**, wherein
each of the latch couplings on the first and second exterior walls of the connector housing includes at least a recess with angled walls; and
the latch includes at least a protrusion with slanted edges for coupling with the angled walls of the recess on the first exterior wall when the fiber optic connector is configured in the first polarity or the angled walls of the recess on the second exterior wall when the fiber optic connector is configured in the second polarity.

**3**. The reversible polarity fiber optic connector of claim **1**, further comprising a pull tab for engaging the removable latch; wherein pulling the pull tab in a direction away from the first and second ferrules causes the removable latch to be depressed.

**4**. The reversible polarity fiber optic connector of claim **3**, wherein the pull tab comprises at least a first opening and a seconding opening for engaging the removable latch;
wherein the first opening is configured to allow the connector housing and the removable latch to pass through; and
the second opening is configured to allow the removable latch to partially pass through.

**5**. The reversible polarity fiber optic connector of claim **3**, wherein the pull tab further comprises a first deformable portion and a second deformable portion;
wherein the first deformable portion is configured to cooperate with the second deformable portion to depress the removable latch when the pull tab is pulled in a direction away from the first and second ferrules.

**6**. The reversible polarity fiber optic connector of claim **1**, wherein
each of the latch couplings on the first and second exterior walls of the connector housing includes a groove; and
at least a projection for coupling with the groove on the first exterior wall when the fiber optic connector is configured in the first polarity or the groove on the second exterior wall when the fiber optic connector is configured in the second polarity.

**7**. The reversible polarity fiber optic connector of claim **6**, further comprising a pull tab for engaging the removable latch; wherein pulling the pull tab in a direction away from the reversible polarity fiber optic connector depresses the removable latch.

**8**. The reversible polarity fiber optic connector of claim **7**, wherein the pull tab comprises:
an opening for engaging the removable latch; and
a front protrusion configured to depress the removable latch when the pull tab is pulled in a direction away from the first and second ferrules.

**9**. A reversible polarity fiber optic connector with exchangeable arms for changing connector type comprising:
at least first and second optical ferrules;

US 10,191,230 B2

15

a common connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a coupling surface positioned on each of the first and second exterior walls of the common connector housing;

a removable arm for engaging either of the first and second exterior wall coupling surfaces on the common connector housing, the removable arm including either a latch or a latch recess;

wherein positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**10**. The reversible polarity fiber optic connector of claim **9** wherein positioning a removable arm with a latch on the coupling surface creates a latch-type connector and positioning a removable arm with a recess creates a recess-type connector.

**11**. The reversible polarity fiber optic connector of claim **9** wherein the housing includes a receiving track in the coupling surface and the removable arm includes a projection for engaging in the receiving track in the coupling surface.

**12**. The reversible polarity fiber optic connector of claim **9** further comprising a pull tab.

**13**. The reversible polarity fiber optic connector of claim **12** wherein the removable arm includes a latch and the pull tab is a separate element from the removable arm.

**14**. The reversible fiber optic connector of claim **12** wherein removable arm includes a recess and the pull tab is integrated with the removable arm.

**15**. A reversible polarity fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a first aperture in the first exterior wall of the housing and a second aperture in the second exterior wall of the housing;

a removable push-pull tab including a protrusion for positioning through either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing;

wherein positioning the removable push-pull tab with its protrusion in the first aperture of the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion in the second aperture of the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**16**. The reversible polarity fiber optic connector of claim **15** further comprising first and second apertures respectively beneath the first and second exterior walls of the housing for receiving the protrusion.

16

**17**. The reversible polarity fiber optic connector of claim **15**, further comprising a spring to urge the push-pull tab forward.

**18**. The reversible polarity fiber optic connector of claim **15**, wherein the push-pull tab protrusion is retained by a housing latch, the housing latch being urged forward by a spring.

**19**. A reversible polarity fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a first deformable region in the first exterior wall of the housing and a second deformable region in the second exterior wall of the housing;

a removable push-pull tab including a protrusion for positioning within though either of the first or second deformable regions in the first and second exterior walls, respectively, of the connector housing;

wherein positioning the removable push-pull tab with its protrusion through the first deformable region of the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion through the second deformable region of the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**20**. The combination of the reversible polarity fiber optic connector of claim **19** and a tool for deforming the deformable region of either the first exterior wall of the housing or the second exterior wall of the housing.

**21**. The reversible polarity fiber optic connector of claim **19**, further comprising a spring to urge the push-pull tab forward.

**22**. The reversible polarity fiber optic connector of claim **19** further comprising first and second apertures respectively beneath the first and second exterior walls of the housing for receiving the protrusion from the deformable region.

**23**. A reversible polarity fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a removable push-pull tab;

a first push-pull tab retainer positioned on the first exterior wall and a second push-pull tab retainer positioned on the second exterior wall;

wherein positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**24**. The reversible polarity fiber optic connector of claim **23** wherein the first and second push-pull tab retainers each include a projection.

**25**. The reversible polarity fiber optic connector of claim **23** wherein each projection is a clip for receiving a portion of the push-pull tab.

* * * * *

# EXHIBIT F

## (12) EX PARTE REEXAMINATION CERTIFICATE (11755th)

# United States Patent
Wong et al.

(10) **Number:** US 10,191,230 C1

(45) **Certificate Issued:** Nov. 16, 2020

(54) **OPTICAL CONNECTORS WITH REVERSIBLE POLARITY**

(71) Applicant: **SENKO Advanced Components, Inc.,** Marlborough, MA (US)

(72) Inventors: **Kimman Wong**, Hong Kong (HK); **Jeffrey Gniadek**, Northbridge, MA (US); **Kazuyoshi Takano**, Southborough, MA (US); **Siu Kei Ma**, Hong Kong (HK)

(73) Assignee: **SENKO ADVANCED COMPONENTS, INC**, Marlborough, MA (US)

**Reexamination Request:**
No. 90/014,456, Feb. 19, 2020

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **10,191,230** |
| Issued: | **Jan. 29, 2019** |
| Appl. No.: | **15/884,327** |
| Filed: | **Jan. 30, 2018** |

**Related U.S. Application Data**

(60) Provisional application No. 62/581,961, filed on Nov. 6, 2017, provisional application No. 62/546,920, filed on Aug. 17, 2017, provisional application No. 62/485,042, filed on Apr. 13, 2017, provisional application No. 62/463,901, filed on Feb. 27, 2017, provisional application No. 62/463,898, filed on Feb. 27, 2017, provisional application No. 62/457,150, filed on Feb. 9, 2017, provisional application No. 62/452,147, filed on Jan. 30, 2017.

(51) **Int. Cl.**
*G02B 6/38* (2006.01)
*G02B 6/40* (2006.01)

(52) **U.S. Cl.**
CPC ......... *G02B 6/3893* (2013.01); *G02B 6/3821* (2013.01); *G02B 6/3879* (2013.01); *G02B 6/406* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/014,456, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — William C Doerrler

(57) **ABSTRACT**

Reversible polarity fiber optic connectors are provided having housings at least partially surrounding first and second optical ferrules with walls above and beneath the ferrules. Positioning removable elements such as latches, removable arms, or push-pull tabs on the first wall above the ferrules yields fiber optic connectors with a first polarity type, and positioning the removable elements on the second wall beneath the ferrules yields fiber optic connectors with a second, opposite polarity type. Various engagement mechanisms are provided on either the connector housing walls or on the removable elements, or both, to assist in affixing the removable element to the connector housing.



US 10,191,230 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims **1**, **9**, **15**, **19** and **23** are determined to be patentable as amended.

Claims **2-8**, **10-14**, **16-18**, **20-22**, **24** and **25**, dependent on an amended claim, are determined to be patentable.

New claims **26-34** are added and determined to be patentable.

**1**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing *having a longitudinal axis and comprising an exterior portion* at least partially surrounding the first and second optical ferrules [and having] *such that the exterior portion extends 360° circumferentially with respect to the longitudinal axis about a space in which each of the first and second optical ferrules are received, the exterior portion comprising* a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;
a latch coupling positioned on each of the first and second exterior walls of the connector housing;
a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing;
wherein positioning the removable latch on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall of the connector housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**9**. A reversible polarity fiber optic connector with exchangeable arms for changing connector type comprising:
at least first and second optical ferrules;
a common connector housing *having a longitudinal axis and comprising an exterior portion* at least partially surrounding the first and second optical ferrules [and having] *such that the exterior portion extends 360° circumferentially with respect to the longitudinal axis about a space in which each of the first and second optical ferrules are received, the exterior portion comprising* a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;
a coupling surface positioned on each of the first and second exterior walls of the common connector housing;
a removable arm for engaging either of the first and second exterior wall coupling surfaces on the common connector housing, the removable arm including either a latch or a latch recess;
wherein positioning the removable arm on the first exterior wall of the *common* connector housing yields a

**2**

fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the *common connector* housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**15**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing *having a longitudinal axis and comprising an exterior portion* at least partially surrounding the first and second optical ferrules [and having] *such that the exterior portion extends 360° circumferentially with respect to the longitudinal axis about a space in which each of the first and second optical ferrules are received, the exterior portion comprising* a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;
a first aperture in the first exterior wall of the connector housing and a second aperture in the second exterior wall of the connector housing;
a removable push-pull tab including a protrusion for positioning through either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing;
wherein positioning the removable push-pull tab with its protrusion in the first aperture of the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion in the second aperture of the second exterior wall of the connector housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**19**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing *having a longitudinal axis and comprising an exterior portion* at least partially surrounding the first and second optical ferrules [and having] *such that the exterior portion extends 360° circumferentially with respect to the longitudinal axis about a space in which each of the first and second optical ferrules are received, the exterior portion comprising* a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;
a first deformable region in the first exterior wall of the connector housing and a second deformable region in the second exterior wall of the connector housing;
a removable push-pull tab including a protrusion for positioning within though either of the first or second deformable regions in the first and second exterior walls, respectively, of the connector housing;
wherein positioning the removable push-pull tab with its protrusion through the first deformable region of the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion through the second deformable region of the second exterior wall of the *connector* housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**23**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing *having a longitudinal axis and comprising an exterior portion* at least partially surrounding the first and second optical ferrules [and having] *such that the exterior portion extends 360° circumferentially with respect to the longitudinal axis about a*

US 10,191,230 C1

3

space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a removable push-pull tab;

a first push-pull tab retainer positioned on the first exterior wall and a second push-pull tab retainer positioned on the second exterior wall;

wherein positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the connector housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

26. The reversible polarity fiber optic connector of claim 1, wherein latch coupling includes a receiving track, wherein the removable latch comprises a projection for engaging each receiving track, and wherein the projection has a dovetail shape.

27. The reversible polarity fiber optic connector of claim 1, wherein the removable latch comprises a base portion and a depressible latch having a front end portion connected to the base portion, a free rear end portion spaced apart from the front end portion along the axis and being raised relative to the front end portion, and an outward facing longitudinal surface extending along the axis from the front end portion to the free rear end portion, the removable latch being bendable such that the free rear end portion can be depressed toward the base portion.

28. The reversible polarity fiber optic connector of claim 27, further comprising a remote release including an elongate front section configured to extend longitudinally along the connector housing and engage the depressible latch arm and an elongate rear section extending rearward from the

4

elongate front section, the elongate front section of the remote release being slidably connected to the removable latch such that the elongate front section can move rearward relative to removable latch.

29. The reversible polarity fiber optic connector of claim 28, wherein the elongate front section comprises an opening configured to receive the depressible latch arm and a front end portion defining a front end of the opening, the front end portion of the front elongate section being configured to slide rearward along the outward facing surface of the depressible latch arm when the elongate front section moves rearward to depress the depressible latch arm.

30. The reversible polarity fiber optic connector of claim 27, wherein each latch coupling includes a groove having an open axial end and the removable latch comprises a protrusion on the base portion configured to be inserted into the groove through the open axial end.

31. The reversible polarity fiber optic connector as set forth in claim 1, further comprising first and second ferrule springs received on the first and second ferrules, respectively, wherein the connector housing comprises a single front body and a single back body configured to attach to the single front body such that the first and second ferrule springs are compressed simultaneously between the single back body and the single front body.

32. The reversible polarity fiber optic connector as set forth in claim 1, wherein the first and second optical ferrules have a pitch of about 4.8 mm or less.

33. The reversible polarity fiber optic connector as set forth in claim 1, wherein the connector housing is a single combined housing for each of the first and second optical ferrules.

34. The reversible polarity fiber optic connector as set forth in claim 1, wherein the exterior portion of the housing radially overlaps a longitudinal segment of each of the first and second optical ferrules with respect to the axis.

*   *   *   *   *

# EXHIBIT G

US011181701B2

(12) **United States Patent**
Wong et al.

(10) Patent No.: **US 11,181,701 B2**
(45) **Date of Patent:** **Nov. 23, 2021**

(54) **OPTICAL CONNECTORS WITH REVERSIBLE POLARITY AND METHOD OF USE**

(71) Applicant: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

(72) Inventors: **Kim Man Wong**, Kowloon (HK); **Jeffrey Gniadek**, Oxford, ME (US); **Kazuyoshi Takano**, Tokyo (JP); **Siu Kei Ma**, Kowloon (HK)

(73) Assignee: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/200,134**

(22) Filed: **Mar. 12, 2021**

(65) **Prior Publication Data**
US 2021/0199901 A1 Jul. 1, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/297,607, filed on Mar. 9, 2019, now Pat. No. 10,976,505, which is a continuation of application No. PCT/US2018/016049, filed on Jan. 30, 2018.

(60) Provisional application No. 62/581,961, filed on Nov. 6, 2017, provisional application No. 62/546,920, filed on Aug. 17, 2017, provisional application No. 62/485,042, filed on Apr. 13, 2017, provisional application No. 62/463,901, filed on Feb. 27, 2017, provisional application No. 62/463,898, filed on Feb. 27, 2017, provisional application No. 62/457,150,

filed on Feb. 9, 2017, provisional application No. 62/452,147, filed on Jan. 30, 2017.

(51) **Int. Cl.**
*G02B 6/38* (2006.01)

(52) **U.S. Cl.**
CPC ......... *G02B 6/3893* (2013.01); *G02B 6/3821* (2013.01); *G02B 6/3879* (2013.01)

(58) **Field of Classification Search**
CPC ... G02B 6/3893; G02B 6/3821; G02B 6/3879
USPC ........................................................ 385/78
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2004/0062487 A1 4/2004 Mickievicz
2013/0322825 A1* 12/2013 Cooke .................. G02B 6/3831
385/59

* cited by examiner

*Primary Examiner* — Jerry M Blevins

(57) **ABSTRACT**

Reversible polarity fiber optic connectors are provided having housings at least partially surrounding first and second optical ferrules with walls above and beneath the ferrules. Positioning removable elements such as latches, removable arms, or push-pull tabs on the first wall above the ferrules yields fiber optic connectors with a first polarity type, and positioning the removable elements on the second wall beneath the ferrules yields fiber optic connectors with a second, opposite polarity type. Various engagement mechanisms are provided on either the connector housing walls or on the removable elements, or both, to assist in affixing the removable element to the connector housing.

**53 Claims, 22 Drawing Sheets**



100

130

110a

120

110b



FIG. 1B



FIG. 1A







FIG. 4B

FIG. 4C.1

FIG. 4C.2

FIG. 4A

FIG. 4D



FIG. 5A

FIG. 5B

FIG. 6A

FIG. 6B

FIG. 6C

FIG. 6D

500

500R

520

530

540











FIG. 11A

FIG. 11B





FIG. 13B

FIG. 13C



FIG. 13A

FIG. 13D



FIG. 14A

FIG. 14B





FIG. 16B

FIG. 16C

FIG. 16A

FIG. 16D













FIG. 22A

FIG. 22B

FIG. 22C

FIG. 22D

FIG. 22E

US 11,181,701 B2

**1**

## OPTICAL CONNECTORS WITH REVERSIBLE POLARITY AND METHOD OF USE

### CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

The present application is a continuation of the U.S. application Ser. No. 16/297,607 filed on Mar. 9, 2019, titled "OPTICAL CONNECTORS WITH REVERSIBLE POLARITY AND METHOD OF USE", which is a Continuation of PCT/US18/16049 filed on Jan. 30, 2018, titled "Optical Connectors with Reversible Polarity", which claims priorities to U.S. Provisional Patent Applications No. 62/452,147 filed Jan. 30, 2017, No. 62/457,150 filed Feb. 9, 2017, No. 62/463,898 filed Feb. 27, 2017, No. 62/463,901 filed Feb. 27, 2017, No. 62/485,042 filed Apr. 13, 2017, No. 62/546,920, filed Aug. 17, 2017, and No. 62/581,961 filed Nov. 6, 2017; the disclosures of which are incorporated herein by reference in their entireties.

### FIELD OF THE INVENTION

The present disclosure relates generally optical connectors with reversible polarity.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel

**2**

connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Overstressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

Accordingly, there is a need for smaller fiber optic connectors that will meet the needs of future developments in smaller SFPs and are reconfigurable for flexible deployment.

### SUMMARY OF THE INVENTION

In a first aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A latch coupling is positioned on each of the first and second exterior walls of the housing. A removable latch may engage either the first or second exterior wall latch coupling on the connector housing. Positioning the removable latch on the first exterior wall yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with exchangeable arms for changing connector type. Thus, a common connector body may be formed into different connector types. The connector includes at least first and second optical ferrules and a common connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A coupling surface is positioned on each of the first and second exterior walls of the common connector housing. To create a connector, a removable arm engages either the first or second exterior wall coupling surface; the removable arm includes either a latch or a latch recess depending upon the type of optical connector to be formed. Further, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with a push-pull tab. The connector includes at least first and second optical ferrules and has a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A first aperture is in the first exterior wall of the housing and a second aperture is in the second

US 11,181,701 B2

3

exterior wall of the housing. A removable push-pull tab includes a protrusion for positioning within either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing. Positioning the removable push-pull tab with its protrusion within the first aperture yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion within the second aperture yields a fiber optic connector with a second, opposite polarity.

In yet another aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A removable push-pull tab is provided. A first push-pull tab retainer is positioned on the first exterior wall and a second push-pull tab retainer is positioned on the second exterior wall. Positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the housing yields a fiber optic connector with a second, opposite polarity.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a perspective view of one embodiment of a reversible polarity fiber optic connector according to some aspects of the present disclosure;

FIG. 1B is a side view of the reversible polarity fiber optic connector of FIG. 3A with the removable latch being removed from the connector housing;

FIG. 2A is a perspective view of the reversible polarity fiber optic connector of FIG. 1A;

FIG. 2B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 2A;

FIG. 2C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 2A;

FIG. 2D is a perspective view of the fiber optic connector of FIG. 1A with its polarity reversed;

FIG. 3A is a perspective view of an embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. 3B is an exploded view of the reversible polarity fiber optic connector of FIG. 3A;

FIG. 4A is a perspective view of the polarity of the reversible polarity fiber optic connector of FIG. 3A;

FIG. 4B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 4A;

FIG. 4C.1 is an exploded view of positioning the latch in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 4A;

FIG. 4C.2 is an exploded view of attaching the removed components of FIG. 4B in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 4A;

FIG. 4D is a perspective view of the reversible polarity fiber optic connector of FIG. 4A with its polarity reversed;

FIG. 5A is a perspective view of another embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

4

FIG. 5B is an exploded view of the reversible polarity fiber optic connector of FIG. 5A;

FIG. 6A is a perspective view of the polarity of the fiber optic connector of FIG. 5A;

FIG. 6B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 5A;

FIG. 6C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 6A;

FIG. 6D is a perspective view of the reversible polarity fiber optic connector of FIG. 6A with its polarity reversed;

FIG. 7A is a perspective view of a common connector housing of a reversible polarity fiber optic connector with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure;

FIG. 7B is the front view of the common connector housing of FIG. 7A;

FIG. 7C is the top view of the common connector housing of FIG. 7A;

FIG. 7D is the side view of the common connector housing of FIG. 7A;

FIG. 8A.1 shows how the common connector housing of FIG. 7A is used to create a latch-type connector;

FIG. 8A.2 is an exploded view of FIG. 8A.1;

FIG. 8B.1 shows how the common connector housing of FIG. 7A is used to create a recess-type connector;

FIG. 8B.2 is an exploded view of FIG. 8B.1;

FIG. 9A is a perspective view of the polarity of the latch-type fiber optic connector of FIG. 8A.1;

FIG. 9B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 8A.1;

FIG. 9C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 8A.1;

FIG. 9D is a perspective view of the reversible polarity fiber optic connector of FIG. 8A.1 with its polarity reversed;

FIG. 10A is a perspective view of FIG. 8B.1 of the polarity of the recess-type fiber optic connector of FIG. 8B.1;

FIG. 10B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 8B.1;

FIG. 10C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 8B.1;

FIG. 10D is a perspective view of the reversible polarity fiber optic connector of FIG. 8B.1 with its polarity reversed;

FIGS. 11A and 11B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. 12A-12D depict the operation of the reversible polarity optical connector of FIGS. 11A and 11B;

FIGS. 13A-13D depict the process for changing the polarity of the optical connector of FIGS. 11A and 11B;

FIGS. 14A and 14B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. 15A-15D depict the operation of the reversible polarity optical connector of FIGS. 14A and 14B;

FIGS. 16A-16D depict the process for changing the polarity of the optical connector of FIGS. 14A and 14B;

FIGS. 17A-17C respectively depict perspective, partial cross-section, and exploded views of a reversible polarity optical connector according to a further embodiment of the disclosure;

US 11,181,701 B2

5

FIGS. **18**A-**18**D depict the assembly of the push-pull tab to the connector body of the connector of FIGS. **17**A-**17**C;

FIGS. **19**A-**19**B depict the removal of the push-pull tab from the connector body using a tool;

FIGS. **20**A-**20**D depict the process for changing the polarity of the optical connector of FIGS. **17**A-**17**C.

FIGS. **21**A-**21**D depict the process of changing polarity of an optical connector according to an embodiment of the invention.

FIGS. **22**A-**22**E depict the process for changing the polarity of an optical connector according to an embodiment of the invention.

DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

The connectors of the present disclosure may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC), an SC duplex connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing. In some embodiments, the housing may incorporate any or all of the components described herein.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove a cable assembly connectors that are closely spaced together without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, the fiber optic connector may be a narrow pitch duplex LC connector including two LC connectors. In some embodiments, such as that shown, the two LC connectors may comprise a single combined unit. In alternative embodiments, the LC connectors may be separate members, wherein an air gap exists between the two members, or wherein the two separate members are located adjacent and flush to each other (i.e., no air gap exists). In some embodiments, each of the LC connectors includes a respective ferrule and a respective extending member or

6

modular arm. The connector may have a pitch of 4.8 mm, defined as the axis-to-axis distance between the central axes of the LC connectors. In other embodiments, the connector pitch may be less than that of the pitch of conventional connectors, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

In current designs, if a fiber optic connector, particularly a duplex connector, needs to have the ferrules rotated or swapped, for example, for exchanging transmit and receive optical fibers, it can be a time consuming and difficult process. Generally, if a duplex connector needs to be rotated, current systems require twisting the individual LC connector tips 180 degrees. However, this process also twists the fibers that enter the connector tip. Twisting the fiber at any stage of the connection can cause wear and/or damage to the delicate fibers. Thus, most systems involve an alternative solution, wherein the duplex connector is partially or completely disassembled in order to access the ferrules or fibers and manually relocate them within the duplex connector. However, swapping ferrules side to side is a delicate operation. In order to prevent damage to the internal fibers, great care must be taken. Thus, this operation usually requires specialized tools and preparation time to perform safely and accurately.

Therefore, embodiments as described herein, allow for easy, quick, and safe swapping of the left and right side ferrules in a connector. Thus, embodiments discussed herein allow for a change in polarity of the duplex connector without twisting the fibers or performing any complex disassembly of the duplex connector.

FIGS. **1**A and **1**B depict a fiber optic connector with reversible polarity according to one aspect of the present disclosure. As shown in FIG. **1**A, a reversible polarity fiber optic connector may include first and second optical ferrules **110***a* and **110***b* and a connector housing **120** at least partially surrounding the first and second optical ferrules. A removable latch **130** is depicted in FIG. **1**A in its assembled state and in FIG. **1**B removed from the connector housing **120**.

FIG. **1**B is a side view of the reversible polarity fiber optic connector of FIG. **1**A with the removable latch **130** being separated from the connector housing. As shown, the connector housing **120** may have a first exterior wall **121***a* positioned above the first and second optical ferrules and a second exterior wall **121***b* positioned beneath the first and second optical ferrules. A latch coupling **122** is positioned on each of the first and second exterior walls of the housing. The removable latch **130** may include a protrusion **131** for engaging the housing latch coupling **122**. In particular, the latch coupling **122** may include angled walls that interact with slanted edges of the protrusion **131** to prevent accidental disassembly of the latch **130**. Although the latch coupling **122** is depicted as a recess on the housing accommodating a latch protrusion, these elements may be reversed with the latch including a recess and the housing including a protrusion. Other mechanical coupling mechanisms may be used to interconnect the housing and the removable latch. For example, an embodiment may involve a coupling system wherein the removable latch is inserted into a recess in the connector housing and twisted (e.g., 90°, 180°, etc.) to secure the latch to the recess. Alternative coupling may use a more complex shape. For example, a u-shaped recess in the connector housing may engage a cooperatively-shaped projection in the latch that is inserted and fed through the u-shape until secure. It should thus be understood, that any system or method of coupling may be used to attach the

US 11,181,701 B2

7

removable latch to the connector housing, including various locations (e.g., sliding from the front, sides, back, bottom, top, etc.).

FIGS. 2A-2D depict the process for changing the polarity of the fiber optic connector of FIG. 1A from a first polarity, FIG. 2A to a second, opposite polarity, FIG. 2D. The removable latch 130 may be removed from the latch coupling on the first exterior wall of the connector housing, FIG. 2B, positioned adjacent the second exterior wall on beneath the ferrules, FIG. 2C, and then coupled with the latch coupling on the second exterior wall of the connector housing to yield a connector 100R, FIG. 2D, having the opposite polarity of connector 100. In this manner, transmit and receive optical fibers may be reversed without necessitating any fiber twist or complex repositioning of the optical ferrules.

In typical embodiments, the latch of the connector housing is required to be flexible. Thus, when a latch and a connector housing (e.g., duplex connector) are built as one unified member (as is currently done), the fiber optic connector is built of a similar flexible or less rigid material. Building the connector housing out of a plastic or polymeric material, limits the amount of rigidity that it can have. Thus, as fiber optic connectors continue to reduce in size, the strength of the housing has been reduced. Therefore, it would be advantageous to build the connector housing out of a more robust material while still allowing the latch to remain flexible. In order to accomplish this, in some embodiments according to aspects of the present disclosure, the connector housing may be manufactured out of a very rigid or strong material (e.g., steel, graphene, carbon, metal alloys, or any material of suitable properties). Because the connector housing and the removable latch need only interlock with each other, the removable latch may still be made out of a more flexible material. Thus, the removable nature of the latch disclosed herein allow for a more robust and secure overall design when dealing with the shrinking footprint of fiber optic connectors.

FIG. 3A is a perspective view of another embodiment of a reversible polarity fiber optic connector 300. As shown, the reversible polarity fiber optic connector may further comprise a pull tab 340 for engaging a removable latch 330. The pull tab 340 depresses the latch 330 as the tab is pulled in a direction away from the fiber optic ferrules.

FIG. 3B is an exploded view of the reversible polarity fiber optic connector of FIG. 3A. As shown, the pull tab 340 may comprise a first opening 341 and a second opening 344. The first opening 341 is configured to allow the connector housing and the removable latch to pass through while the second opening is configured to accommodate the tip of the latch. The pull tab may further comprise a first deformable portion 342 and a second deformable portion 344. In operation, the first deformable portion 342 cooperates with the second deformable portion 344 to depress the removable latch when the pull tab is pulled in a direction away from the ferrules.

FIGS. 4A-4D depict the process for changing the polarity of the fiber optic connector 300 from a first polarity, FIG. 4A to a second polarity 300R, FIG. 4D. The pull tab 340 may be disengaged from the connector housing 320 and the removable latch 330 on the first exterior wall of the connector housing, FIG. 2B. The removable latch is then detached from the latch coupling on the first exterior wall of the connector housing, FIG. 4C.1. Next, the removable latch is engaged with the latch coupling on the second exterior wall of the connector housing, beneath the ferrules, FIG. 4C.2. Finally, the pull tab 340 is positioned surrounding the

8

connector housing and engaging the removable latch tip, resulting in the assembled optical connector 300R having polarity opposite to that of connector 300, FIG. 4D.

FIGS. 5A and 5B are a perspective view and exploded view, respectively, of another embodiment of a reversible polarity fiber optic connector 500. The connector 500 includes a connector housing 520, a latch 530, and a pull tab 540. On the first and second exterior walls of connector housing 520 are latch couplings that include a groove 522. A recess 521 is also provided in the housing. The latch 530 includes a protrusion 531 that is received within groove 522. The latch further includes a projection 532 that is received in the housing between the optical ferrules. The pull tab 540 includes an opening 541 for engaging the removable latch 530. A front protrusion 542 is configured to depress the removable latch 530 when the pull tab is pulled in a direction away from the ferrule side of the optical connector.

FIGS. 6A-6D depict the process for changing the polarity of the fiber optic connector 500 from a first polarity, FIG. 6A to a second polarity, FIG. 6D. The pull tab 540 is disengaged from the connector housing and the removable latch 530 on the first exterior wall of the connector housing, FIG. 6B, and the removable latch is decoupled from the latch coupling on the first exterior wall of the connector housing. Then the removable latch may be coupled with the latch coupling on the second exterior wall of the connector housing, beneath the optical ferrules in FIG. 6C, and the pull tab 540 is engaged with the connector housing and the removable latch on the second exterior wall of the connector housing to create reverse polarity connector 500R, FIG. 6D.

It is of interest within the optical connectivity industry to have multiple styles of optical connectors for multiple purposes and/or multiple implementation styles. Thus, in order to more easily provide flexibility, a solution is needed that allows for on-the-fly, in-the-field, or in manufacturing modification of the connector. The below embodiment provides a universal type fiber optic connector which has a unique housing design that allows for different latches or arms to be attached.

FIG. 7A is a perspective view of a common connector housing 720 of a reversible polarity fiber optic connector 700 with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure. As shown, the reversible polarity fiber optic connector may comprise first and second optical ferrules 710a and 710b and the common connector housing 720 at least partially surrounding the first and second optical ferrules.

FIGS. 7B, 7C and 7D are the front view, top view and side view, respectively, of the common connector housing 720. As shown, the common connector housing may have a first exterior wall 725a positioned above the first and second optical ferrules and a second exterior wall 725b positioned beneath the first and second optical ferrules. The connector housing 720 may further have a coupling surface 724 positioned on each of the first and second exterior walls and include a receiving track 726 in the coupling surface.

FIG. 8A.1 shows the common connector housing 720 used to create a latch-type connector 700 and FIG. 8B.1 shows the common connector housing 720 used to create a recess-type connector 800. Both of connectors 700 and 800 include a removable arm 730 or 830 for engaging either of the first and second exterior wall coupling surfaces 724 on the connector housing, FIGS. 8A.2 and 8B.2 respectively. The removable arms 730 and 830 may each respectively include a projection 735 or 835 for engaging in the receiving track 726 of the coupling surface 724, FIGS. 8A.2 and 8B.2 respectively. As with the previous embodiments, positioning

US 11,181,701 B2

9 10

the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with the opposite polarity.

Still referring to FIGS. **8A.2** and **8B.2** respectively the removable arms may include either a latch or a recess: removable arm **730** includes a latch **733** while removable arm **830** includes a recess **834**. Thus, a latch-type connector **700** is created through assembly of the removable latch arm to the common connector body **720** as shown in FIG. **8A.1** and a recess-type connector **800** is created through assembly of the removable recess arm to the common connector body **720** as shown in FIG. **8B.1**.

The fiber optic connector may further include a pull tab. When a removable arm with a latch **730** is positioned on the coupling surface of the common connector housing **720** to create a latch-type connector **700**, the pull tab **740** is a separate element from the removable arm, FIG. **8A.2**. When a removable arm includes a recess **830** is positioned on the coupling surface of the common connector housing **720** to create a recess-type connector **800**, the pull tab **840** is integrated with the removable arm, FIG. **8B.2**.

FIGS. **9A-9D** depict the process for changing the polarity of the latch-type fiber optic connector from a first polarity **700**, FIG. **9A** to a second polarity **700R**, FIG. **9D**. The sub-assembly of the removable arm **730** and the pull tab **740** may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **9B**. Then the sub-assembly of the removable arm **730** and the pull tab **740** may be coupled with the coupling surface of the second exterior wall of the connector housing, FIG. **9C**, creating the opposite polarity connector **700R**.

FIGS. **10A-10C** depicts the process for changing the polarity of the recess-type fiber optic connector **800** from a first polarity, FIG. **10A** to a second polarity, FIG. **10D**. The removable arm **830** with a recess and a pull tab as an integral structure may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **10B**. Then the removable arm may be coupled with the coupling surface **724** of the second exterior wall of the common connector housing **720**, FIG. **10C** to create opposite polarity optical connector **800R**, FIG. **10D**.

FIGS. **11A** and **11B** depict a further embodiment **1100** of the reversible polarity optical connectors of the present disclosure. As shown in FIG. **11A** or FIG. **12A**, a push-pull tab **1130** may interconnect with either a first exterior wall **1110** of housing **1105** or with a second exterior wall **1115** of housing **1105**. Ferrules **1120** and **1125** are at least partially surrounded by housing **1105** and may be LC connectors in an embodiment. As in previous embodiments, the push-pull tab may include a tab recess **1145**, as shown in FIG. **12A** or FIG. **11A**. Alternatively, push-pull tab **1130** may include a latch (not shown). Various features of the push-pull tab **1130** are provided to assist in affixing the push-pull tab to the first exterior wall **1110** or the second exterior wall **1115** of the housing **1105**. This includes push-pull tab clips **1135** that clip onto the optical connector, optionally in a boot region, and protrusion **1140** that fits within a first aperture, **1109A**, beneath the housing exterior wall **1110** or a second aperture, **1109B**, beneath housing exterior wall **1115** (to be discussed in more detail below), and projection **1131** for inserting into the housing between ferrules **1120** and **1125**. Each of these features is fully reversible such that the push-pull tab is easily removed and repositioned on the opposite exterior wall to change polarity of the connector.

As best seen in FIGS. **12**B and **12**D, push-pull tab protrusion **1140** may be inserted into first aperture **1109**A of housing **1105** through a first exterior housing aperture **1107**A. Alternatively, in the reverse-polarity configuration, the push-pull tab protrusion **1140** may be inserted into second housing aperture **1109**B through second exterior housing aperture **1107**B. When the push-pull tab **1130** is moved forward, the protrusion slides within the aperture **1109**A or **1109**B, as shown in FIG. **12**B. To maintain the push-pull tab in a forward-biased position, tab position spring **1150** is provided. During insertion or removal of the protrusion **1140**, tab position spring **1150** is compressed, depicted in FIG. **12**B. When the position spring **1150** is in its relaxed (uncompressed) position, FIGS. **12**C and **12**D, the protrusion **1140** is slid forward within the aperture **1109**A or **1109**B.

To change polarity of the optical connector **1100**, FIGS. **13**A-**13**D, the push-pull tab **1130** is removed by withdrawing the protrusion **1140** from the housing **1105** through exterior housing aperture **1107**A along with detaching clips **1135** and decoupling projection **1131**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **13**B). The push-pull tab is moved toward second exterior housing wall **1115** and the protrusion **1140** is inserted into aperture **1109**B through exterior housing aperture **1107**B in FIG. **13**C. Projection **1131** is fitted between ferrules **1120** and **1125** and clips **1135** are affixed to the connector. The resultant connector **1100**R of **13**D is of opposite polarity to the connector **1100** of FIG. **13**A.

Various alternatives to the protrusion **1140** of optical connector **1100** may be used in the optical connectors of this disclosure. For example, the protrusion may be provided by the connector housing with receiving elements provided in the push-pull tab. Variations to the shape of the projection and apertures may be made without affecting the function of the reversible-polarity connector.

Another alternative embodiment is depicted in FIGS. **14**A and **14**B in which a hook-shaped protrusion **1440** is provided for engagement within the connector housing. As in the previous embodiment, the push-pull tab **1430** includes a tab recess **1445**, connector-attachment clips **1435** and projection **1431** for positioning between ferrules **1420** and **1425**. In FIG. **14**B, the push-pull tab **1430** is positioned on first exterior housing wall **1410** and has a first polarity. In this position, the hook-shaped protrusion **1440** engages a housing projection **1460**, held in a forward-biased position by push-pull tab position spring **1465**, as seen in FIGS. **15**B and **15**D. To release the protrusion **1440**, push-pull tab position spring **1465** is compressed in FIG. **15**C such that housing projection **1460** is retracted sufficiently to allow removal of protrusion **1440** through the housing **1405**, FIG. **15**D. FIG. **15**A depicts connector with pull tab **1430** fully assembled.

To change polarity of the optical connector **1400** from the first polarity of FIG. **16**A, the push-pull tab **1430** is removed by withdrawing the protrusion **1440** from the housing **1405** through the housing along with detaching clips **1435** and decoupling projection **1431**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **16**B). The push-pull tab is moved toward second exterior housing wall **1415** and the protrusion **1440** is inserted into the housing **1405**. Projection **1431** is fitted between ferrules **1420** and **1425** and clips **1435** are affixed to the connector in FIG. **16**C. The resultant connector **1400**R of FIG. **16**D is of opposite polarity to the connector of FIG. **16**A.

Protrusions from a push-pull tab may be inserted into a housing via features other than a housing aperture. Such a

US 11,181,701 B2

11

connector is depicted in FIG. **17** and features a deformable housing region to allow entry of a push-pull tab protrusion during affixing of the push-pull tab to the connector housing. As seen in FIG. **17**A, the connector **1700** includes a connector housing **1705** which may optionally include a back body housing portion **1709** for connecting with a housing front portion **1707** (FIG. **17**C). The back body housing portion **1709** includes a deformable region **1780**, seen in the partial cross-section of FIG. **17**B and the perspective view of FIG. **17**C. The push-pull tab **1730** includes a protrusion **1740** with a projection **1741** extending therefrom.

Turning to FIG. **18**A, to affix the push-pull tab to the connector housing, the protrusion **1740** penetrates the deformable region **1780** (FIG. **18**B) causing the deformable region to yield and accept entry of the protrusion **1740** into the housing. As the projection **1741** enters the housing as depicted in FIG. **18**C, the deformable region **1780** returns to its original position (FIG. **18**D), securing the push-pull tab **1730** to the connector housing.

Removal of the push-pull tab **1730** is depicted in FIGS. **19**A and **19**B. A removal tool **1900**, which may be shaped similar to a small screwdriver, depresses deformable region **1780**, allowing projection **1741** to slide along an edge of the deformable region **1780**, followed by the protrusion **1740**, releasing the push-pull tab **1730**.

To change polarity of the optical connector **1700** from the first polarity of FIG. **20**A, the push-pull tab **1730** is removed in FIG. **20**B by using the removal tool technique depicted in FIGS. **19**A and **19**B. The push-pull tab is moved toward the second exterior housing wall and the protrusion **1740** is inserted into the housing **1705** through the deformable region **1780** in FIG. **20**C. The resultant connector **1700**R of FIG. **20**D is of opposite polarity to the connector of FIG. **20**A.

In another aspect of the disclosure, a retaining member may be provided in the connector housing to retain a push-pull tab. As seen in FIGS. **21**A-**21**D, a connector **2100** having a housing **2105** is provided with a housing front portion **2107** and a back portion **2109**. FIG. **21**A depicts an assembled connector **2100** with housing **2105**. FIG. **21**B depicts an exploded view of connector **2100** of FIG. **21**A. Push-pull tab **2130** has a receiving surface **2132**, which during use of connector **2100** provides a surface over which retainer **2111** can slide across during tab movement. Extending from the housing back portion is a retainer **2111** which may include a pair of retaining clips, as shown, or any other structure configured to retain the push-pull tab **2130**, as shown in FIG. **21**B. FIG. **21**C depicts connector **2100** showing a section view cut given by the arrows and broken line near the proximal end of connector **2100**. Optionally, when the retainer **2111** includes clips, the clips may be hook-shaped as seen in the cross-sectional view of FIG. **21**D. As shown in FIG. **21**D, receiving surface **2132** may be a recess with a protrusion along the edge that engages the hook-shaped edge of the clips.

FIG. **22**A through FIG. **22**E depicts the operation of polarity change for connector **2100** of FIG. **21**A-FIG. **21**D. FIG. **22**A depicts connector **2100** with pull-push tab clips **2135** (opposing side not shown) engaged around connector. To operate connector **2100**, user can move push-pull tab **2130** forward or toward front of connector or backward or toward rear of connector, and as describe in FIG. **21**B above tab moves along connector receiving surface **2123**. This engages or releases connector **2100** from a receptacle as is known in the art. To change the polarity of connector **2100** from the polarity depicted in FIG. **22**A to the second, opposite polarity of FIG. **22**E, the retainer **2111** is removed

12

from receiving surface **2132**. Referring to FIG. **22**B, lifting push-pull tab **2130** in direction of up-arrow, separates retainer **2111** from receiving surface. As shown in FIG. **22**C, push-pull tab clips separate from the connector as the retainer is removed. Continuing with FIG. **22**C, push-pull tab **2130** is moved to the opposite housing exterior wall in FIG. **22**C. FIG. **22**D depicts receiving surface **2132** engages with the retainer **2111**. In FIG. **21**E the assembled connector **2100**R having the opposite polarity to the connector of FIG. **22**A is depicted, fully assembled. Retainer **2111** is in contact with receiving surface **2132**, and push-pull tab **2130** is secured to connector body, as shown in FIG. **22**E.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understand-

13

14

ing, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into

many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. A fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing having a longitudinal axis and comprising an exterior portion at least partially surrounding the first and second optical ferrules such that the exterior portion circumscribes a space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall and a second exterior wall on an opposite side of the space from the first exterior wall;

a latch coupling positioned on each of the first and second exterior walls of the connector housing;

a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing, whereby the removable latch couples to the respective latch coupling;

wherein each latch coupling comprises a groove extending along the axis and having an open axial end; and

wherein the removable latch comprises a protrusion for being inserted into the open axial end of the groove by movement relative to the housing along the axis.

**2**. The fiber optic connector of claim **1**, wherein the protrusion is movable along the longitudinal axis in each groove with respect to the connector housing.

**3**. The fiber optic connector of claim **1**, wherein the removable latch comprises a base portion and a depressible latch arm connected to the base portion.

**4**. The fiber optic connector of claim **3**, wherein the depressible latch arm has a front end portion connected to the base portion, a free rear end portion spaced apart from the front end portion along the axis, and an outward facing longitudinal surface extending along the axis from the front end portion to the free rear end portion.

**5**. The fiber optic connector of claim **4**, wherein the free end portion of the depressible latch arm is configured to be received in an opening of a receptacle and comprises a rearward facing surface that is configured to engage the receptacle when received in the opening to inhibit removal of the fiber optic connector from the receptacle.

**6**. The fiber optic connector of claim **5**, wherein the free rear end portion of the depressible latch arm is raised relative to the front end portion and wherein the removable latch is bendable such that the free rear end portion can be depressed toward the base portion to remove the free rear end portion from the opening and unlatch the fiber optic connector from the receptacle.

**7**. The fiber optic connector of claim **6**, further comprising a remote release including an elongate front section configured to extend longitudinally along the connector housing and engage the depressible latch arm and an elongate rear section extending rearward from the elongate front section, the elongate front section of the remote release being slidably connected to the removable latch and the connector housing such that the elongate front section can move rearward relative to removable latch and the connector housing.

**8**. The fiber optic connector of claim **7**, wherein the elongate front section comprises an opening configured to receive the depressible latch arm.

US 11,181,701 B2

15

**9**. The fiber optic connector of claim **8**, wherein the elongate front section comprises a front end portion having a rearward facing surface defining a front end of the opening, the rearward facing surface being configured to oppose the outward facing surface of the depressible latch arm when the depressible latch arm is received in the opening.

**10**. The fiber optic connector of claim **9**, wherein the free rear end portion of the depressible latch arm is configured to be raised in relation to the front end portion of the elongate front section when the depressible latch arm is received in the opening.

**11**. The fiber optic connector of claim **10**, wherein the front end portion of the elongate front section is configured to slide rearward along the outward facing surface of the depressible latch arm when the elongate front section moves rearward to depress the depressible latch arm.

**12**. The fiber optic connector as set forth in claim **1**, wherein the connector housing comprises a single front body and a single back body.

**13**. The fiber optic connector as set forth in claim **12**, further comprising first and second ferrule springs received on the first and second optical ferrules, respectively.

**14**. The fiber optic connector as set forth in claim **13**, wherein each of the first and second optical ferrules comprises a ferrule flange having a forward facing surface and the single front body comprises a transverse wall configured to simultaneously engage the forward facing surfaces of the first and second optical ferrule flanges.

**15**. The fiber optic connector as set forth in claim **14**, wherein the single back body is configured to attach to the single front body such that the back body simultaneously compresses each of the first and second ferrule springs between the back body and the first and second ferrule flanges engaged with the transverse wall.

**16**. The fiber optic connector as set forth in claim **1**, wherein the first and second optical ferrules have a pitch less than 6.25 mm.

**17**. The fiber optic connector as set forth in claim **1**, wherein the first and second optical ferrules have a pitch less than 5.25 mm.

**18**. The fiber optic connector as set forth in claim **1**, wherein the first and second optical ferrules have a pitch of about 4.8 mm or less.

**19**. The fiber optic connector as set forth in claim **1**, wherein the first and second optical ferrules are configured to receive first and second optical fibers, wherein the fiber optic connector further comprises a single cable boot through which the first and second optical fibers are passable to the first and second optical ferrules.

**20**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules, each of the first and second ferrules comprising a ferrule flange;
first and second ferrule springs received on the first and second optical ferrules, respectively;
a connector housing comprising an exterior portion at least partially surrounding the first and second optical ferrules such that the exterior portion circumscribes a space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall and a second exterior wall on an opposite side of the space from the first exterior wall, the connector housing comprising a single front body and a single back body, the single front body comprising a transverse wall configured to simultaneously engage the ferrule flanges of the first and second optical ferrules, the single back body being configured to attach to the single front body such that the back body

16

simultaneously compresses each of the first and second ferrule springs between the back body and the first and second ferrule flanges engageable with the transverse wall;
a latch coupling positioned on each of the first and second exterior walls of the housing;
a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing;
wherein positioning the removable latch on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**21**. The reversible polarity fiber optic connector as set forth in claim **20**, wherein each latch coupling comprises a groove extending along the axis and having an open axial end.

**22**. The reversible polarity fiber optic connector as set forth in claim **21**, wherein the removable latch is configured for being inserted into the open axial end of each groove by movement relative to the housing along the axis.

**23**. The reversible polarity fiber optic connector of claim **20**, wherein the removable latch comprises a base portion and a depressible latch arm connected to the base portion.

**24**. The reversible polarity fiber optic connector of claim **23**, wherein the depressible latch arm has a front end portion connected to the base portion, a free rear end portion spaced apart from the front end portion along the axis, and an outward facing longitudinal surface extending along the axis from the front end portion to the free rear end portion.

**25**. The reversible polarity fiber optic connector of claim **24**, wherein the free end portion of the latch arm is configured to be received in an opening of a receptacle and comprises a rearward facing surface that is configured to engage the receptacle when received in the opening to inhibit removal of the reversible polarity fiber optic connector from the receptacle.

**26**. The reversible polarity fiber optic connector of claim **25**, wherein the free rear end portion of the depressible latch arm is raised relative to the front end portion and wherein the removable latch is bendable such that the free rear end portion can be depressed toward the base portion to remove the free rear end portion from the opening and unlatch the reversible polarity fiber optic connector from the receptacle.

**27**. The reversible polarity fiber optic connector of claim **26**, further comprising a remote release including an elongate front section configured to extend longitudinally along the connector housing and engage the depressible latch arm and an elongate rear section extending rearward from the elongate front section, the elongate front section of the remote release being slidably connected to the removable latch and the connector housing such that the elongate front section can move rearward relative to removable latch and the connector housing.

**28**. The reversible polarity fiber optic connector of claim **27**, wherein the elongate front section comprises an opening configured to receive the depressible latch arm.

**29**. The reversible polarity fiber optic connector of claim **28**, wherein the elongate front section comprises a front end portion having a rearward facing surface defining a front end of the opening, the rearward facing surface being configured to oppose the outward facing surface of the depressible latch arm when the depressible latch arm is received in the opening.

17

**30**. The reversible polarity fiber optic connector of claim **29**, wherein the free rear end portion of the depressible latch arm is configured to be raised in relation to the front end portion of the elongate front section when the depressible latch arm is received in the opening.

**31**. The reversible polarity fiber optic connector of claim **30**, wherein the front end portion of the elongate front section is configured to slide rearward along the outward facing surface when the elongate front section moves rearward to depress the depressible latch arm.

**32**. The reversible polarity fiber optic connector as set forth in claim **20**, wherein the first and second optical ferrules have a pitch less than 6.25 mm.

**33**. The reversible polarity fiber optic connector as set forth in claim **20**, wherein the first and second optical ferrules have a pitch less than 5.25 mm.

**34**. The fiber optic connector as set forth in claim **20**, wherein the first and second optical ferrules have a pitch of about 4.8 mm or less.

**35**. The fiber optic connector as set forth in claim **20**, wherein the first and second optical ferrules are configured to receive first and second optical fibers, wherein the fiber optic connector further comprises a single cable boot through which the first and second optical fibers are passable to the first and second optical ferrules.

**36**. A fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing comprising an exterior portion at least partially surrounding the first and second optical ferrules such that the exterior portion circumscribes a space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall and a second exterior wall on an opposite side of the space from the first exterior wall;

a removable latch configured to selectively and releasably couple to each of the first and second exterior walls of the housing, the removable latch comprising a base portion and a depressible latch arm connected to the base portion, the depressible latch arm having a font end portion connected to the base portion, a free rear end portion spaced apart from the front end portion along the axis, and an outward facing longitudinal surface extending along the axis from the front end portion to the free rear end portion, the free rear end portion of the latch arm being configured to be received in an opening of a receptacle and comprising a rearward facing surface that is configured to engage the receptacle when received in the opening to inhibit removal of the fiber optic connector from the receptacle, the free rear end portion of the depressible latch arm being raised relative to the front end portion, the removable latch being bendable such that the free rear end portion can be depressed toward the base portion to remove the free rear end portion from the opening and unlatch the fiber optic connector from the receptacle; and

a remote release including an elongate front section configured to extend longitudinally along the connector housing and engage the depressible latch arm and an elongate rear section extending rearward from the elongate front section, the elongate front section of the remote release being slidably connected to the removable latch and the connector housing such that the elongate front section can move rearward relative to removable latch and the connector housing, the elongate front section comprising an opening configured to receive the depressible latch arm, the elongate front

18

section comprising a front end portion having a rearward facing surface defining a front end of the opening, the rearward facing surface being configured to oppose the outward facing surface of the depressible latch arm when the depressible latch arm is received in the opening;

wherein the free rear end portion of the depressible latch arm is configured to be raised in relation to the front end portion of the elongate front section when the depressible latch arm is received in the opening,

wherein the front end portion of the elongate front section is configured to slide rearward along the outward facing surface when the elongate front section moves rearward to depress the depressible latch arm.

**37**. The fiber optic connector as set forth in claim **36**, wherein the first and second optical ferrules have a pitch less than 6.25 mm.

**38**. The fiber optic connector as set forth in claim **37**, wherein the connector housing comprises a single front body and a single back body.

**39**. The fiber optic connector as set forth in claim **38**, further comprising first and second ferrule springs received on the first and second ferrules, respectively.

**40**. The fiber optic connector as set forth in claim **39**, wherein each of the first and second ferrules comprises a ferrule flange having a forward facing surface and the single front body comprises a transverse wall configured to simultaneously engage the forward facing surfaces of the first and second optical ferrule flanges.

**41**. The fiber optic connector as set forth in claim **40**, wherein the single back body is configured to attach to the single front body such that the back body simultaneously compresses each of the first and second ferrule springs between the back body and the first and second ferrule flanges engaged with the transverse wall.

**42**. The fiber optic connector as set forth in claim **41**, wherein each of the first and second exterior walls of the connector housing includes a groove extending along the axis and having an open axial end.

**43**. The fiber optic connector as set forth in claim **42**, wherein the removable latch is configured for being inserted into the open axial end of each groove by movement relative to the housing along the axis.

**44**. The fiber optic connector as set forth in claim **43**, wherein the pitch is less than 5.25 mm.

**45**. The fiber optic connector as set forth in claim **44**, wherein the pitch is 4.8 mm or less.

**46**. The fiber optic connector as set forth in claim **36**, wherein each of the first and second exterior walls of the connector housing includes a groove extending along the axis and having an open axial end.

**47**. The reversible polarity fiber optic connector as set forth in claim **46**, wherein the removable latch is configured for being inserted into the open axial end of each groove by movement relative to the housing along the axis.

**48**. The fiber optic connector as set forth in claim **47**, wherein the first and second optical ferrules have a pitch less than 6.25 mm.

**49**. The fiber optic connector as set forth in claim **48**, wherein the pitch is less than 5.25 mm.

**50**. The fiber optic connector as set forth in claim **49**, wherein the pitch is 4.8 mm or less.

**51**. The fiber optic connector as set forth in claim **36**, wherein the first and second optical ferrules have a pitch less than 5.25 mm.

US 11,181,701 B2

**19**

**20**

**52**. The fiber optic connector as set forth in claim **51**, wherein the first and second optical ferrules have a pitch of 4.8 mm or less.

**53**. The fiber optic connector as set forth in claim **36**, wherein the first and second optical ferrules are configured to receive first and second optical fibers, wherein the fiber optic connector further comprises a single cable boot through which the first and second optical fibers are passable to the first and second optical ferrules.

\*   \*   \*   \*   \*

# EXHIBIT H

US011061190B2

(12) **United States Patent**

Takano et al.

(10) Patent No.: **US 11,061,190 B2**

(45) Date of Patent: **\*Jul. 13, 2021**

(54) **SMALL FORM FACTOR FIBER OPTIC CONNECTOR WITH MULTI-PURPOSE BOOT ASSEMBLY**

(71) Applicant: **Senko Advanced Components Inc**, Marlborough, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jimmy Jun-Fu Chang**, Worcester, MA (US)

(73) Assignee: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/782,196**

(22) Filed: **Feb. 5, 2020**

(65) **Prior Publication Data**

US 2020/0209487 A1     Jul. 2, 2020

**Related U.S. Application Data**

(60) Division of application No. 16/368,828, filed on Mar. 28, 2019, now Pat. No. 10,705,300, and a (Continued)

(51) **Int. Cl.**
**G02B 6/38**      (2006.01)
**G02B 6/42**      (2006.01)
**G02B 6/40**      (2006.01)

(52) **U.S. Cl.**
CPC ........... **G02B 6/387** (2013.01); **G02B 6/3825** (2013.01); **G02B 6/3879** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .................................................... G02B 6/378
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 585,194 | A | 6/1897 | Favor |
| 678,283 | A | 7/1901 | Schaefer |
| | | (Continued) | |

FOREIGN PATENT DOCUMENTS

| CA | 2495693 | 4/2004 |
| CN | 2836038 Y | 11/2006 |
| | (Continued) | |

OTHER PUBLICATIONS

PCT/US2018/062406 International Search Report dated Mar. 18, 2019.

(Continued)

*Primary Examiner* — Eric Wong

(57)     **ABSTRACT**

An optical connector holding two or more LC-type optical ferrules is provided. The optical connector includes an outer body, an inner front body accommodating the two or more LC-type optical ferrules, ferrule springs for urging the optical ferrules towards a mating connection, and a back body for supporting the ferrule springs. A removable inner front body for polarity change is disclosed. A multi-purpose rotatable boot assembly for polarity change is disclosed. The multi-purpose boot assembly can be pushed and pulled to insert and remove the micro connector from an adapter receptacle.

**20 Claims, 32 Drawing Sheets**



9100

9409.2b

9405.1

9401

## US 11,061,190 B2

Page 2

### Related U.S. Application Data

continuation of application No. 16/103,555, filed on Aug. 14, 2018, now Pat. No. 10,718,911, which is a continuation-in-part of application No. 16/035,691, filed on Jul. 15, 2018, now Pat. No. 10,281,668.

(60) Provisional application No. 62/649,539, filed on Mar. 28, 2018, provisional application No. 62/588,276, filed on Nov. 17, 2017, provisional application No. 62/549,655, filed on Aug. 24, 2017, provisional application No. 62/532,710, filed on Jul. 14, 2017.

(52) **U.S. Cl.**
CPC ......... *G02B 6/3887* (2013.01); *G02B 6/3893* (2013.01); *G02B 6/403* (2013.01); *G02B 6/406* (2013.01); *G02B 6/4292* (2013.01); *G02B 6/3821* (2013.01)

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 681,132 | A | 8/1901 | Norton |
| 3,721,945 | A | 3/1973 | Hults |
| 4,150,790 | A | 4/1979 | Potter |
| 4,240,695 | A | 12/1980 | Evans |
| 4,327,964 | A | 5/1982 | Haesly et al. |
| 4,478,473 | A | 10/1984 | Frear |
| 4,762,388 | A | 8/1988 | Tanaka |
| 4,764,129 | A | 8/1988 | Jones |
| 4,840,451 | A | 6/1989 | Sampson |
| 4,872,736 | A | 10/1989 | Myers |
| 4,979,792 | A | 12/1990 | Weber |
| 5,026,138 | A | 6/1991 | Boudreau |
| 5,031,981 | A | 7/1991 | Peterson |
| 5,041,025 | A | 8/1991 | Haitmanek |
| 5,073,045 | A | 12/1991 | Abendschein |
| D323,143 | S | 1/1992 | Ohkura et al. |
| 5,101,463 | A | 3/1992 | Cubukciyan |
| 5,146,813 | A | 9/1992 | Stanfill, Jr. |
| 5,159,652 | A | 10/1992 | Grassin D'Alphonse |
| 5,212,752 | A | 5/1993 | Stephenson et al. |
| 5,265,181 | A | 11/1993 | Chang |
| 5,289,554 | A | 2/1994 | Cubukciyan |
| 5,315,679 | A | 5/1994 | Baldwin |
| 5,317,663 | A | 5/1994 | Beard |
| 5,321,784 | A | 6/1994 | Cubukciyan |
| 5,335,301 | A | 8/1994 | Newman |
| 5,348,487 | A | 9/1994 | Marazzi |
| 5,418,875 | A | 5/1995 | Nakano |
| 5,444,806 | A | 8/1995 | de Marchi |
| 5,481,634 | A | 1/1996 | Anderson |
| 5,506,922 | A | 4/1996 | Grois |
| 5,521,997 | A | 5/1996 | Rovenolt |
| 5,570,445 | A | 10/1996 | Chou |
| 5,588,079 | A | 12/1996 | Tanabe |
| 5,602,951 | A | 2/1997 | Shiota |
| 5,684,903 | A | 11/1997 | Kyomasu |
| 5,687,268 | A | 11/1997 | Stephenson |
| 5,781,681 | A | 7/1998 | Manning |
| 5,845,036 | A | 12/1998 | De Marchi |
| 5,862,282 | A | 1/1999 | Matsuura |
| 5,915,987 | A | 6/1999 | Reed |
| 5,930,426 | A | 7/1999 | Harting |
| 5,937,130 | A | 8/1999 | Amberg |
| 5,953,473 | A | 9/1999 | Shimotsu et al. |
| 5,956,444 | A | 9/1999 | Duda et al. |
| 5,971,626 | A | 10/1999 | Knodell |
| 6,041,155 | A | 3/2000 | Anderson |
| 6,049,040 | A | 4/2000 | Biles |
| 6,095,862 | A | 8/2000 | Doye |
| 6,134,370 | A | 10/2000 | Childers |
| 6,178,283 | B1 | 1/2001 | Weigel |
| RE37,080 | E | 3/2001 | Stephenson |
| 6,206,577 | B1 | 3/2001 | Hall, III |
| 6,206,581 | B1 | 3/2001 | Driscoll |
| 6,227,717 | B1 | 5/2001 | Ott |
| 6,238,104 | B1 | 5/2001 | Yamakawa |
| 6,240,228 | B1 | 5/2001 | Chen |
| 6,247,849 | B1 | 6/2001 | Liu |
| 6,250,817 | B1 | 6/2001 | Lampert |
| 6,276,840 | B1 | 8/2001 | Weiss |
| 6,318,903 | B1 | 11/2001 | Andrews |
| 6,364,537 | B1 | 4/2002 | Maynard |
| 6,379,052 | B1 | 4/2002 | de Jong |
| 6,422,759 | B1 | 7/2002 | Kevern |
| 6,447,170 | B1 | 9/2002 | Takahashi et al. |
| 6,450,695 | B1 | 9/2002 | Matsumoto |
| 6,461,054 | B1 | 10/2002 | Iwase |
| 6,471,412 | B1 | 10/2002 | Belenkiy |
| 6,478,472 | B1 | 11/2002 | Anderson |
| 6,485,194 | B1 | 11/2002 | Shirakawa |
| 6,527,450 | B1 | 3/2003 | Miyachi |
| 6,530,696 | B1 | 3/2003 | Ueda |
| 6,551,117 | B2 | 4/2003 | Poplawski |
| 6,565,262 | B2 | 5/2003 | Childers |
| 6,572,276 | B1 | 6/2003 | Theis |
| 6,579,014 | B2 | 6/2003 | Melton |
| 6,585,194 | B1 | 7/2003 | Brushwood |
| 6,623,172 | B1 | 9/2003 | de Jong et al. |
| 6,634,796 | B2 | 10/2003 | de Jong |
| 6,634,801 | B1 | 10/2003 | Waldron |
| 6,648,520 | B2 | 11/2003 | McDonald |
| 6,668,113 | B2 | 12/2003 | Togami |
| 6,682,228 | B2 | 1/2004 | Rathnam |
| 6,685,362 | B2 | 2/2004 | Burkholder |
| 6,695,486 | B1 | 2/2004 | Falkenberg |
| 6,817,272 | B2 | 11/2004 | Holland |
| 6,854,894 | B1 | 2/2005 | Yunker |
| 6,869,227 | B2 | 3/2005 | Del Grosso |
| 6,872,039 | B2 | 3/2005 | Baus |
| 6,935,789 | B2 | 8/2005 | Gross, III |
| 7,036,993 | B2 | 5/2006 | Luther et al. |
| 7,052,186 | B1 | 5/2006 | Bates |
| 7,077,576 | B2 | 7/2006 | Luther |
| 7,090,406 | B2 | 8/2006 | Melton et al. |
| 7,090,407 | B2 | 8/2006 | Melton et al. |
| 7,091,421 | B2 | 8/2006 | Kukita |
| 7,111,990 | B2 | 9/2006 | Melton et al. |
| 7,113,679 | B2 | 9/2006 | Melton et al. |
| D533,504 | S | 12/2006 | Lee |
| D534,124 | S | 12/2006 | Taguchi |
| 7,150,567 | B1 | 12/2006 | Luther |
| 7,153,041 | B2 | 12/2006 | Mine |
| 7,198,409 | B2 | 4/2007 | Smith |
| 7,207,724 | B2 | 4/2007 | Gurreri |
| D543,124 | S | 5/2007 | Raatikainen |
| D543,146 | S | 5/2007 | Chen et al. |
| 7,258,493 | B2 | 8/2007 | Milette |
| 7,264,402 | B2 | 9/2007 | Theuerkorn |
| 7,281,859 | B2 | 10/2007 | Mudd |
| 7,297,013 | B2 | 11/2007 | Caveney et al. |
| D558,675 | S | 1/2008 | Chien et al. |
| 7,315,682 | B1 | 1/2008 | En Lin |
| 7,325,976 | B2 | 2/2008 | Gurreri |
| 7,325,980 | B2 | 2/2008 | Pepe |
| 7,329,137 | B2 | 2/2008 | Martin |
| 7,331,718 | B2 | 2/2008 | Yazaki |
| 7,354,291 | B2 | 4/2008 | Caveney |
| 7,371,082 | B2 | 5/2008 | Zimmel |
| 7,387,447 | B2 | 6/2008 | Mudd |
| 7,390,203 | B2 | 6/2008 | Murano |
| D572,661 | S | 7/2008 | En Lin et al. |
| 7,431,604 | B2 | 10/2008 | Waters |
| 7,463,803 | B2 | 12/2008 | Cody |
| 7,465,180 | B2 | 12/2008 | Kusuda |
| 7,473,124 | B1 | 1/2009 | Briant |
| 7,504,666 | B2 | 3/2009 | Vittu |
| 7,507,103 | B2 | 3/2009 | Phillips et al. |
| 7,510,335 | B1 | 3/2009 | Su |
| 7,513,695 | B1 | 4/2009 | Lin |
| 7,534,128 | B2 | 5/2009 | Caveney |
| 7,540,666 | B2 | 6/2009 | Luther |
| 7,561,775 | B2 | 7/2009 | Lin et al. |

**US 11,061,190 B2**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,588,373 | B1 | 9/2009 | Sato |
| 7,591,595 | B2 | 9/2009 | Lu |
| 7,594,766 | B1 | 9/2009 | Sasser |
| 7,641,398 | B2 | 1/2010 | O'Riorden |
| 7,651,361 | B2 | 1/2010 | Henry |
| 7,695,199 | B2 | 4/2010 | Teo |
| 7,699,533 | B2 | 4/2010 | Milette |
| 7,712,970 | B1 | 5/2010 | Lee |
| 7,717,625 | B2 | 5/2010 | Margolin |
| 7,785,019 | B2 | 8/2010 | Lewallen et al. |
| 7,824,113 | B2 | 11/2010 | Wong |
| 7,837,395 | B2 | 11/2010 | Lin |
| D641,708 | S | 7/2011 | Yamauchi |
| 8,083,450 | B1 | 12/2011 | Smith |
| 8,152,385 | B2 | 4/2012 | de Jong |
| 8,186,890 | B2 | 5/2012 | Lu |
| 8,192,091 | B2 | 6/2012 | Hsu |
| 8,202,009 | B2 | 6/2012 | Lin |
| 8,221,007 | B2 | 7/2012 | Peterhans |
| 8,251,733 | B2 | 8/2012 | Wu |
| 8,267,595 | B2 | 9/2012 | Lin |
| 8,270,796 | B2 | 9/2012 | Nhep |
| 8,408,815 | B2 | 4/2013 | Lin |
| 8,414,196 | B2 | 4/2013 | Lu |
| 8,465,317 | B2 | 6/2013 | Gniadek |
| 8,534,928 | B2 | 9/2013 | Cooke |
| 8,550,728 | B2 | 10/2013 | Takahashi |
| 8,556,645 | B2 | 10/2013 | Crain |
| 8,559,781 | B2 | 10/2013 | Childers |
| 8,622,634 | B2 | 1/2014 | Arnold |
| 8,636,424 | B2 | 1/2014 | Kuffel |
| 8,641,293 | B2 | 2/2014 | Lin et al. |
| 8,651,749 | B2 | 2/2014 | Dainese Júnior |
| 8,676,022 | B2 | 3/2014 | Jones |
| 8,678,670 | B2 | 3/2014 | Takahashi |
| 8,727,638 | B2 | 5/2014 | Lee |
| 8,757,894 | B2 | 6/2014 | Katoh |
| 8,764,308 | B2 | 7/2014 | Irwin |
| 8,770,863 | B2 | 7/2014 | Cooke |
| 8,869,661 | B2 | 10/2014 | Opstad |
| 8,998,305 | B2 | 4/2015 | Obata et al. |
| 9,028,270 | B1 | 5/2015 | Vanderwoud |
| 9,052,474 | B2 | 6/2015 | Jiang |
| 9,063,296 | B2 | 6/2015 | Dong |
| 9,250,402 | B2 | 2/2016 | Ishii |
| 9,310,569 | B2 | 4/2016 | Lee |
| 9,366,829 | B2 | 6/2016 | Czosnowski |
| 9,411,110 | B2 | 8/2016 | Barnette, Jr. |
| 9,448,370 | B2 | 9/2016 | Xue |
| 9,465,172 | B2 | 10/2016 | Shih |
| 9,485,194 | B2 | 11/2016 | Singla et al. |
| 9,486,136 | B2 | 11/2016 | Bone |
| 9,494,744 | B2 | 11/2016 | de Jong |
| 9,548,557 | B2 | 1/2017 | Liu |
| 9,551,842 | B2 | 1/2017 | Theuerkorn |
| 9,557,495 | B2 | 1/2017 | Raven |
| 9,568,686 | B2 | 2/2017 | Fewkes |
| 9,581,768 | B1 | 2/2017 | Baca |
| 9,599,778 | B2 | 3/2017 | Wong et al. |
| 9,658,409 | B2 | 5/2017 | Gniadek |
| 9,678,283 | B1 | 6/2017 | Chang |
| 9,684,130 | B2 * | 6/2017 | Veach ................ G02B 6/3831 |
| 9,684,313 | B2 | 6/2017 | Chajec |
| 9,709,753 | B1 | 7/2017 | Chang |
| 9,778,425 | B2 | 10/2017 | Nguyen |
| 9,798,084 | B2 | 10/2017 | Verslegers et al. |
| 9,829,644 | B2 | 11/2017 | Nguyen et al. |
| 9,829,645 | B2 | 11/2017 | Good |
| 9,829,653 | B1 | 11/2017 | Nishiguchi |
| 9,869,825 | B2 | 1/2018 | Bailey |
| 9,880,361 | B2 | 1/2018 | Childers |
| 9,946,035 | B2 | 4/2018 | Gustafson |
| 9,971,103 | B2 | 5/2018 | De Jong et al. |
| 9,989,711 | B2 | 6/2018 | Ott |
| 10,031,296 | B2 | 7/2018 | Good |
| 10,067,301 | B2 | 9/2018 | Murray |
| 10,107,972 | B1 | 10/2018 | Gniadek |
| 10,114,180 | B2 | 10/2018 | Suzic |
| 10,146,011 | B2 | 12/2018 | Nhep |
| 10,185,099 | B2 | 1/2019 | Chang et al. |
| 10,444,444 | B2 | 10/2019 | Ma et al. |
| 2002/0168148 | A1 | 11/2002 | Gilliland |
| 2002/0172467 | A1 | 11/2002 | Anderson et al. |
| 2002/0191919 | A1 | 12/2002 | Nolan |
| 2003/0053787 | A1 | 3/2003 | Lee |
| 2003/0063862 | A1 | 4/2003 | Fillion |
| 2003/0157825 | A1 | 8/2003 | Kane |
| 2004/0052473 | A1 | 3/2004 | Seo |
| 2004/0109646 | A1 | 6/2004 | Anderson |
| 2004/0136657 | A1 | 7/2004 | Ngo |
| 2004/0141693 | A1 | 7/2004 | Szilagyi |
| 2004/0161958 | A1 | 8/2004 | Togami |
| 2004/0234209 | A1 | 11/2004 | Cox |
| 2004/0247252 | A1 | 12/2004 | Ehrenreich |
| 2005/0036744 | A1 | 2/2005 | Caveney |
| 2005/0111796 | A1 | 5/2005 | Matasek |
| 2005/0141817 | A1 | 6/2005 | Yazaki et al. |
| 2005/0207709 | A1 | 9/2005 | Del Grosso et al. |
| 2006/0013539 | A1 | 1/2006 | Thaler |
| 2006/0076061 | A1 | 4/2006 | Bush |
| 2006/0089049 | A1 | 4/2006 | Sedor |
| 2006/0127025 | A1 | 6/2006 | Haberman |
| 2006/0140453 | A1 | 6/2006 | Geng |
| 2006/0153503 | A1 | 7/2006 | Suzuki |
| 2006/0160429 | A1 | 7/2006 | Dawiedczyk |
| 2006/0193562 | A1 | 8/2006 | Theuerkorn |
| 2006/0269194 | A1 | 11/2006 | Luther et al. |
| 2006/0274411 | A1 | 12/2006 | Yamauchi |
| 2007/0025665 | A1 | 2/2007 | Dean |
| 2007/0028409 | A1 | 2/2007 | Yamada |
| 2007/0079854 | A1 | 4/2007 | You |
| 2007/0098329 | A1 | 5/2007 | Shimoji |
| 2007/0149028 | A1 | 6/2007 | Yu |
| 2007/0149062 | A1 | 6/2007 | Long |
| 2007/0230874 | A1 | 10/2007 | Lin |
| 2007/0232115 | A1 | 10/2007 | Burke |
| 2007/0243749 | A1 | 10/2007 | Wu |
| 2008/0008430 | A1 | 1/2008 | Kewitsch |
| 2008/0012986 | A1 | 1/2008 | Tai |
| 2008/0044137 | A1 | 2/2008 | Luther |
| 2008/0056647 | A1 | 3/2008 | Margolin |
| 2008/0064334 | A1 | 3/2008 | Hamadi |
| 2008/0069501 | A1 | 3/2008 | Mudd et al. |
| 2008/0101757 | A1 | 5/2008 | Lin et al. |
| 2008/0226237 | A1 | 9/2008 | O'Riorden |
| 2008/0267566 | A1 | 10/2008 | En Lin |
| 2009/0022457 | A1 | 1/2009 | de Jong |
| 2009/0028507 | A1 | 1/2009 | Jones |
| 2009/0047818 | A1 | 2/2009 | Irwin |
| 2009/0092360 | A1 | 4/2009 | Lin et al. |
| 2009/0135787 | A1 | 5/2009 | Uemura et al. |
| 2009/0176401 | A1 | 7/2009 | Gu |
| 2009/0196555 | A1 | 8/2009 | Lin |
| 2009/0214162 | A1 | 8/2009 | O'Riorden |
| 2009/0290938 | A1 | 11/2009 | Asaoka |
| 2010/0034502 | A1 | 2/2010 | Lu et al. |
| 2010/0054668 | A1 | 3/2010 | Nelson |
| 2010/0061069 | A1 | 3/2010 | Cole |
| 2010/0092136 | A1 | 4/2010 | Nhep |
| 2010/0220961 | A1 | 9/2010 | de Jong |
| 2010/0239220 | A1 | 9/2010 | Lin et al. |
| 2010/0247041 | A1 | 9/2010 | Szilagyi |
| 2010/0267742 | A1 | 10/2010 | Plate |
| 2010/0284656 | A1 | 11/2010 | Morra |
| 2010/0322561 | A1 | 12/2010 | Lin et al. |
| 2011/0044588 | A1 | 2/2011 | Larson |
| 2011/0045683 | A1 | 2/2011 | Foung |
| 2011/0058773 | A1 | 3/2011 | Peterhans |
| 2011/0131801 | A1 | 6/2011 | Nelson |
| 2011/0155810 | A1 | 6/2011 | Taniguchi |
| 2011/0177710 | A1 | 7/2011 | Tobey |
| 2011/0239220 | A1 | 9/2011 | Gibson |
| 2011/0299814 | A1 * | 12/2011 | Nakagawa .......... G02B 6/3879 385/78 |

# US 11,061,190 B2
Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2012/0099822 A1 | 4/2012 | Kuffel et al. |
| 2012/0155810 A1 | 6/2012 | Nakagawa |
| 2012/0162385 A1 | 6/2012 | Park et al. |
| 2012/0189260 A1 | 7/2012 | Kowalczyk |
| 2012/0237177 A1 | 9/2012 | Minota |
| 2012/0259429 A1 | 10/2012 | Han et al. |
| 2012/0269485 A1 | 10/2012 | Haley |
| 2012/0301080 A1 | 11/2012 | Gniadek |
| 2012/0308183 A1 | 12/2012 | Irwin |
| 2012/0328248 A1 | 12/2012 | Larson |
| 2013/0019423 A1 | 1/2013 | Srutkowski |
| 2013/0071067 A1 | 3/2013 | Lin |
| 2013/0089995 A1 | 4/2013 | Gniadek et al. |
| 2013/0094816 A1 | 4/2013 | Lin |
| 2013/0101258 A1 | 4/2013 | Hikosaka |
| 2013/0121653 A1 | 5/2013 | Shitama |
| 2013/0170797 A1 | 7/2013 | Ott |
| 2013/0183012 A1 | 7/2013 | Cabanne Lopez |
| 2013/0216185 A1 | 8/2013 | Klavuhn |
| 2013/0308915 A1 | 11/2013 | Buff |
| 2013/0322825 A1 | 12/2013 | Cooke et al. |
| 2014/0016901 A1 | 1/2014 | Lambourn |
| 2014/0023322 A1 | 1/2014 | Gniadek |
| 2014/0028527 A1 | 1/2014 | Becker et al. |
| 2014/0050446 A1 | 2/2014 | Chang |
| 2014/0056562 A1 | 2/2014 | Limbert |
| 2014/0133808 A1 | 5/2014 | Hill |
| 2014/0169727 A1 | 6/2014 | Veatch |
| 2014/0182351 A1 | 7/2014 | Miller et al. |
| 2014/0219621 A1 | 8/2014 | Barnette, Jr. |
| 2014/0226946 A1 | 8/2014 | Cooke |
| 2014/0241644 A1 | 8/2014 | Kang |
| 2014/0241678 A1 | 8/2014 | Bringuier |
| 2014/0241688 A1 | 8/2014 | Isenhour |
| 2014/0334780 A1 | 11/2014 | Nguyen |
| 2014/0348477 A1 | 11/2014 | Chang |
| 2015/0003788 A1 | 1/2015 | Chen |
| 2015/0111417 A1 | 4/2015 | Vanderwoud |
| 2015/0191024 A1 | 4/2015 | Tu et al. |
| 2015/0177463 A1 | 6/2015 | Lee |
| 2015/0198766 A1 | 7/2015 | Takahashi |
| 2015/0212282 A1 | 7/2015 | Lin |
| 2015/0220917 A1 | 8/2015 | Algreatly |
| 2015/0241644 A1 | 8/2015 | Lee |
| 2015/0301294 A1 | 10/2015 | Chang |
| 2015/0331201 A1 | 11/2015 | Takano |
| 2015/0355417 A1 | 12/2015 | Takano |
| 2015/0370021 A1 | 12/2015 | Chan |
| 2015/0378113 A1 | 12/2015 | Good et al. |
| 2016/0116685 A1 | 4/2016 | Wong et al. |
| 2016/0131849 A1 | 5/2016 | Takano |
| 2016/0139343 A1 | 5/2016 | Dean, Jr. |
| 2016/0148741 A1 | 5/2016 | Krtamura |
| 2016/0161681 A1 | 6/2016 | Banal, Jr. |
| 2016/0172852 A1 | 6/2016 | Tamura |
| 2016/0178852 A1 | 6/2016 | Takano et al. |
| 2016/0195682 A1 | 7/2016 | Takano et al. |
| 2016/0231512 A1 | 8/2016 | Seki |
| 2016/0259135 A1 | 9/2016 | Gniadek |
| 2016/0266326 A1 | 9/2016 | Gniadek |
| 2016/0291262 A1 | 10/2016 | Chang et al. |
| 2016/0320572 A1 | 11/2016 | Gniadek |
| 2016/0349458 A1 | 12/2016 | Murray |
| 2016/0370545 A1 | 12/2016 | Jiang |
| 2017/0003458 A1 | 1/2017 | Gniadek |
| 2017/0023746 A1 | 1/2017 | Good |
| 2017/0176691 A1 | 6/2017 | Childers et al. |
| 2017/0205587 A1 | 7/2017 | Chang |
| 2017/0205590 A1 | 7/2017 | Bailey |
| 2017/0205591 A1 | 7/2017 | Takano |
| 2017/0212313 A1 | 7/2017 | Elenabaas |
| 2017/0212316 A1 | 7/2017 | Takano |
| 2017/0254961 A1 | 9/2017 | Kamada |
| 2017/0276275 A1 | 9/2017 | Beemer |
| 2017/0276887 A1 | 9/2017 | Allen |

| | | | |
|---|---|---|---|
| 2017/0293088 A1 | 10/2017 | Manes et al. |
| 2017/0293089 A1 | 10/2017 | Gustafson et al. |
| 2017/0343740 A1 | 11/2017 | Nguyen |
| 2018/0128988 A1 | 5/2018 | Chang |
| 2018/0156988 A1 | 6/2018 | Gniadek |
| 2018/0172923 A1 | 6/2018 | Bauco |
| 2018/0217339 A1 | 8/2018 | Ma et al. |
| 2018/0217340 A1 | 8/2018 | Livong et al. |
| 2018/0252872 A1 | 9/2018 | Chen |
| 2018/0341069 A1 | 11/2018 | Takano |
| 2019/0204513 A1 | 7/2019 | Davidson |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201383588 Y | 1/2010 |
| CN | 202600189 U | 12/2012 |
| DE | 19507669 A1 | 9/1996 |
| DE | 19507669 C2 | 10/1998 |
| DE | 202006011910 U1 | 4/2007 |
| DE | 102006019335 A1 | 10/2007 |
| EP | 1211537 A2 | 6/2002 |
| EP | 1211537 A3 | 6/2002 |
| EP | 1245980 A2 | 10/2002 |
| EP | 1245980 A3 | 4/2004 |
| EP | 1566674 A1 | 8/2005 |
| EP | 1245980 B1 | 6/2006 |
| EP | 1074868 B1 | 9/2007 |
| EP | 1566674 B1 | 5/2009 |
| GB | 2111240 A | 6/1983 |
| GB | 2111240 B | 9/1985 |
| JP | 2000089009 A | 3/2000 |
| JP | 03752331 B2 | 3/2006 |
| JP | 2009229545 A | 10/2009 |
| JP | 2009276493 A | 11/2009 |
| JP | 04377820 B2 | 12/2009 |
| KR | 2009005382 A | 1/2009 |
| KR | 200905382 U | 6/2009 |
| KR | 1371686 B1 | 3/2014 |
| TW | 200821653 A | 5/2008 |
| WO | WO2001019904 A1 | 3/2001 |
| WO | WO2001079904 A2 | 10/2001 |
| WO | WO2001079904 A1 | 3/2002 |
| WO | WO2004027485 A1 | 4/2004 |
| WO | WO2006007120 A1 | 1/2006 |
| WO | 2008/11986 A1 | 9/2008 |
| WO | 2009/135787 A1 | 11/2009 |
| WO | WO2010024851 A2 | 3/2010 |
| WO | WO2010024851 A3 | 6/2010 |
| WO | WO2012136702 A1 | 10/2012 |
| WO | 2012/162385 A1 | 11/2012 |
| WO | 2014/182531 A1 | 11/2014 |
| WO | WO2015103783 A1 | 7/2015 |
| WO | 2015/191024 A1 | 12/2015 |
| WO | WO2016019993 A1 | 2/2016 |
| WO | 2016/148741 A1 | 9/2016 |
| WO | WO2019126333 A1 | 6/2019 |

OTHER PUBLICATIONS

PCT/US2018/062406 The written Opinion dated Mar. 18, 2019.
PCT/US2018/062405 International Search Report dated Apr. 3, 2019.
PCT/US2018/062405 The written Opinion dated Apr. 3, 2019.
International Search Report and Written Opinion, Application No. PCT/IB2018/056133, dated Jan. 1, 2019, pp. 7.
Non-Final Office Action, U.S. Appl. No. 16/035,695, dated Sep. 28, 2018, pp. 7.
ISR for PCT/US2019/013861, dated Apr. 8, 2019, 3 pages.
WO for PCT/US2019/013861, dated Apr. 8, 2019, 11 pages.
Fiber Optic Connectors and Assemblies Catalog, 2009, Huber & Suhner Fiber Optics, Herisau, Switzerland.
Final Office Action, U.S. Appl. No. 16/035,691 dated Feb. 11, 2019, pp. 8.
International Search Report and Written Opinion for Application No. PCT/US2018/62406 dated Mar. 18, 2019, 12 pages.
International Search Report and Written Opinion for Application No. PCT/US2019/40700 dated Sep. 27, 2019, 12 pages.

US 11,061,190 B2

Page 5

(56) **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion for Application No. PCT/US2019/50895 dated Jan. 6, 2020, 12, pages.

International Search Report and Written Opinion for Application No. PCT/US2019/50909 dated Dec. 17, 2019, 11, pages.

International Search Report and Written Opinion for Application No. PCT/US2019/56564 dated Jan. 14, 2020, 14, pages.

International Search Report and Written Opinion, Application No. PCT/US2018/042202, pp. 17, dated Dec. 7, 2018.

International Search Report and Written Opinion, Application No. PCT/US19/24718, dated Jun. 26, 2019, pp. 7.

International Search Report and Written Opinion, Application No. PCT/US19/46397, dated Nov. 12, 2019, pp. 6.

International Search Report and Written Opinion for PCT Application No. PCT/IB2018/056133, Jan. 3, 2019, 7 pages.

PCY/IB/056133 Search Report dated Jan. 3, 2019.

Fiber Optic Interconnect Solutions, Tactical Fiber Optic Connector Cables and Termini, 2006, Glenair, Inc., Glendale, California.

Fiber Optic Products Catalog, Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania.

International Search Report and Written Opinion dated Apr. 27, 2012 for PCT/US2011/058799.

International Search Report and Written Opinion dated Aug. 27, 2012 for PCT/US2012/039126.

International Search Report and Written Opinion dated Jan. 16, 2014 for PCT/US2013/54784.

International Search Report and Written Opinion dated Oct. 9, 2014 for PCT/US2014/041500.

International Search Report and Written Opinion dated May 14, 2014 for PCT/US2014/012137.

International Search Report and Written Opinion dated Aug. 21, 2008 for PCT/US2008/057023.

International Search Report dated May 19, 2019 for PCT/US2016/028266.

ISR WO2014028527ISR dated Feb. 20, 2014.

ISR WO2015US57610ISR dated Jan. 21, 2016.

International Preliminary Report on Patentability, Application No. PCT/US2018/015733, dated Aug. 8, 2019, pp. 9.

Non-Final Office Action, U.S. Appl. No. 15/882,343, dated Nov. 19, 2018, pp. 12.

European Search Report and Written Opinion dated Mar. 3, 2015 for EP 14187661.

European Search Report and Written Opinion dated Feb. 19, 2015 for EP 14168005.

International Preliminary Report on Patentability dated Aug. 22, 2016 from related International Application No. PCT/US2015/059458, International Filing Date Nov. 6, 2015.

* cited by examiner

FIG. 1.

FIG. 2

FIG. 3

FIG. 4

Rotate Inside assembly 180°

3700

3701

3702

3701

3703

3700







FIG. 12



6227

6242

6246

6226

FIG. 13



FIG. 14

FIG. 15



FIG. 16



**FIG. 17**

FIG. 18

FIG. 19





9100

9405.1

FIG. 24



FIG. 25

FIG. 26

FIG. 27



FIG. 28



FIG. 29



9409.1

9409.2b

9401

9405.1

9100

FIG. 30



**FIG. 31**



FIG. 32



FIG. 33



FIG. 34



FIG. 35



**FIG. 36**



**FIG. 37**



FIG. 38



**FIG. 39**



FIG. 40



FIG. 41



FIG. 42



FIG. 43



FIG. 44

FIG. 45

US 11,061,190 B2

**1**

## SMALL FORM FACTOR FIBER OPTIC CONNECTOR WITH MULTI-PURPOSE BOOT ASSEMBLY

### RELATED APPLICATIONS

This application is a divisional under 35 USC 121 that claims priority to U.S. patent application Ser. No. 16/368, 828, titled "Small Factor Fiber Optic Connector with Multi-Purpose Boot", filed on Mar. 28, 2018, which claims priority to U.S. Patent Application 62/649,539 titled "Micro Connector with Multi-Purpose Boot", filed on Mar. 28, 2018; and further claims priority to U.S. patent with Ser. No. 16/103,555 filed on Aug. 14, 2018 entitled "Ultra-Small Form Factor Optical Connectors Using A Push-Pull Boot Receptacle Release", which is a continuation in-part of U.S. patent application Ser. No. 16/035,691 filed Jul. 15, 2018, entitled "Ultra-Small Factor Optical Connectors", which claims priority from U.S. Provisional Application Ser. No. 62/588,276 filed Nov. 17, 2017; U.S. Provisional Application Ser. No. 62/549,655 filed Aug. 24, 2017; and U.S. Provisional Application Ser. No. 62/532,710 filed Jul. 14, 2017 all of the above applications are incorporated by reference in this non-provisional patent application.

### FIELD OF THE INVENTION

The present disclosure relates generally to ultra-small form factor optical connectors, termed "micro optical connectors," and related connections within adapters and optical transceivers.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connects, still exists. For example, manufacturers of connectors and adapters are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable transceiver footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) transceiver footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

**2**

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into a dense group of connectors and activate a release mechanism, adjacent cables and connectors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the adjacent cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded view of a micro optical connector improved according to disclosed embodiments of push/pull and polarity change in present invention.

FIGS. **2-4** depict a technique polarity changing of the micro connector of FIG. **1**

FIGS. **5-8** depict polarity changing according to an another embodiment of the present invention of a micro-connector.

FIG. **9-11** depict inserting the micro-connector of FIG. **1** into an adapter.

FIG. **12** is a perspective view of a front body according to an embodiment of the present invention.

FIG. **13** is a perspective view of another embodiment of an adapter hook and alignment assembly.

FIG. **14** is a perspective view of micro connectors of FIG. **1** inserted into an adapter.

FIG. **15** is a perspective rear view of a group of micro connectors of FIG. **14**.

FIG. **16** is a perspective view of a micro connector with multi-purpose push/pull-rotatable boot (FIG. **17**) for insert/removal of connector from adapter and for polarity change.

FIG. **17** is a perspective view of multi-purpose rotatable boot assembly with an alignment and offset key releasable attached to the boot assembly.

FIG. **18** is a perspective view of an outer housing of the micro connector of FIG. **16**.

FIG. **19** is a perspective view of front body and boot removed from FIG. **18** outer housing.

FIG. **20** is a perspective view of the micro connector in a first polarity position.

3

FIG. **21** is a perspective view of the connector of FIG. **20** being rotated in direction "R" to a second polarity.

FIG. **22** depicts micro connector of FIG. **20** being rotated further to the second polarity.

FIG. **23** depicts micro connector of FIG. **20** in the second polarity.

FIG. **24** is side view of micro connector of FIG. **16** with a cross section cut "A-A".

FIG. **25** is a view along cross section cut "A-A" of the micro connector of FIG. **16** in a first polarity position.

FIG. **26** is an end view of the boot assembly illustrating an opening for fiber optic cabling.

FIG. **27** is a perspective view of end of a back body, with fiber optic cabling.

FIG. **28** is perspective view along cross section "A-A" at a start of boot rotation to change a micro connector from a first polarity to a second polarity.

FIG. **29** is perspective view along cross section "A-A" in furtherance of boot rotation to change the micro connector from a first polarity to a second polarity.

FIG. **30** is a perspective view of the micro connector in furtherance of boot rotation.

FIG. **31** is a perspective view along cross section "A-A" just prior to completion to a second polarity of the micro connector.

FIG. **32** is a perspective view of the micro connector just prior to completion to a second polarity.

FIG. **33** is a perspective view along cross section "A-A" of micro connector FIG. **16** in a second polarity position.

FIG. **34** is a perspective view along a longitudinal cross section of a micro connector of FIG. **16**, latched into an adapter receptacle with multi-purpose rotatable boot assembly biased forward or pushed in.

FIG. **35** is a perspective view of FIG. **34** as multi-purpose rotatable boot assembly is partially pulled in direction "P".

FIG. **36** is a perspective view of FIG. **34** as multi-purpose rotatable boot assembly (FIG. **17**) is release from adapter hook but still under influence of pulling force "P".

FIG. **37** is perspective view of a micro connector with another push/pull release embodiment incorporated therein.

FIG. **38** is an exploded view of FIG. **37** connector.

FIG. **39** is a side perspective inner view of a micro connector of FIG. **37** without an outer housing.

FIG. **40** is a cross-section view of connector of FIG. **37** latched into a receptacle.

FIG. **41** is a cross-section view of connector of FIG. **37** partial removed using push/pull release according to the present invention.

FIG. **42** is a cross-section view of connector of FIG. **37** released from an adapter receptacle.

FIG. **43** is an exploded view of another embodiment of a micro connector with a releasably attached clip defining a first and a second polarity.

FIG. **44** is an assembly view of the micro connector of FIG. **43** in a first polarity.

FIG. **45** is an assembled view of the micro connector of FIG. **43** in a second polarity.

DETAILED DESCRIPTION

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector maybe configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later

4

developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, an SC duplex connector, or a straight tip (ST) connector. The connector maybe generally defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suikeyle transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors, for use, for example, with future narrow pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow pitch LC duplex connectors and narrow width multi-fiber connectors in dense arrays of narrow pitch LC SFPs and narrow width multi-fiber SFPs.

FIG. **1** depicts an embodiment of micro optical connector **2100**, shown in exploded view. Micro optical connector **2100** may include outer housing **2101**, front body **2102**, one or more ferrules **2103**, one or more ferrule flanges **2104**, one or more springs **2133**, back body **2106**, the latter has a wing **2106.1** on the top and bottom of the body, the wing **2106.1** is secured within an opening **2119** at a distal end of front body **2102**, back post **2107**, crimp ring **2108**, and boot **2109**. Front body **2102** side walls are open not closed, a channel **2194** for aligning ferrule flanges **2104**, and an alignment sleeve opening **2113** to accept ferrule **2103**. Outer housing **2101** may include a longitudinal bore for accommodating front body **2102** and ferrule **2103**, springs **2133** and back body **2106**, connector alignment key **2105** used during interconnection, connector flap **2101.1** and an optional pull key **2110** to facilitate removal of connector **2100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm. Connector flap **2101.1** secures front body **2102** within outer housing **2101**. Alignment key **2105** is also used as blocking structure to indicated connector polarity orientation as disclosed herein. Polarity is determined by the ferrules **9203** (Refer to FIG. **19**), where a first ferrule is for Tx or transmit and a second ferrule is for Rx or receive. As known in the art, a mismatch of ferrules **9203** with opposing ferrules secured in an opposing adapter port, the signal would be lost. Alignment key performs a dual function, when the boot assembly is rotated, the alignment key is repositioned, so upon insertion into an adapter, the connector can be blocked by the key. This in effect disallows the user to insert the connector within the adapter receptacle, thus, preventing a mismatch of signal between opposing connectors across an adapter interface. As disclosed below, starting at FIG. **18** an additional aid may be markings located on the connector housing, indicating "A" or "B" polarity of the connector ferrules after rotating the boot.

US 11,061,190 B2

5

As depicted FIGS. **2-4**, FIG. **2** micro connector **3700** includes an assembled front body **3702** that may be removed from outer housing **3701**, rotated 180° as indicated by the arrow (FIG. **3**), and re-inserted into the outer housing (FIG. **4**). This allows for a change in the polarity of the connector by removing and rotating front body **3702**, and therefore the ferrules can be switched quickly and easily without unnecessarily risking the delicate fiber cables and ferrules. Referring to FIG. **2**, micro connector **3700** is fully assembled. To remove front body **3702** to change connector polarity, as shown in FIG. **3**, one or more flex key **3703** are lifted outward to release front body **3702** for removal in rearward in the direction of the arrow "<". Referring to FIG. **4**, to complete the polarity change, after rotating front body **3702** by 180 degrees as shown in FIG. **3**, front body **3702** is inserted into the outer housing in the direction of arrow "F".

FIG. **5** depicts the operation of the polarity change mechanism using outer housing **5301** (refer to FIG. **6**), where pull key **5310** is integrated with the outer housing. In FIG. **5**, micro connector **5300** is fully assembled. The user inserts a tool in access slot **5329** and lifts off outer housing **5301**, instead of flexible keys **3703** (refer to FIG. **3**). Front body **5302** is removed with the boot and cable attached as shown in FIG. **6**. Turning to FIG. **7**, the outer housing **5301** is rotated 180 degrees, as shown by the arrow "R", and placed back over front body **5302** in the direction of the second arrow as shown. The reversed polarity micro connector **5300** is shown fully assembled in FIG. **8**.

Referring to FIG. **9**, micro connector **5300** is shown just prior to insertion into adapter **5600**. Connector **5300** is partially inserted in FIG. **10**, wherein connector hook (or adapter hook) **5525** has not yet been seated in the connector recess **5511**, and FIG. **11** depicts hook **5525** seated in recess **5511**, in direction of arrow "A".

Referring to FIG. **12**, front body **6102** has two cutouts **6119** and **6121** and an extended middle wall **6110**. Cutout **6121** engages the outer housing hooks (not shown) that replaces flex **3703** to secure the outer housing to the front body. Cutout **6121** secures the polarity change key **5310**. Cutout **6119** secures back post **2106** to front body **6102** via back post front body hook **2106.1** (refer to FIG. **2**). The material is saved at back post **2106** overmolding, by not using the flex key, and this saved material to reinforce the middle wall to better help support the ferrule springs from bending and thus help prevent distorting the ferrules. This reduced material also allowed a reduction in the connector size contribution to a 3.1 mm ferrule to ferrule pitch as shown in FIG. **12**. This distortion can increase insertion loss. Connector recess **6111** is located at the proximal end of front body **6102**, and the recess engages and locks with connector hook **5525**. Referring to FIG. **13**, adapter hook **6246** added chamfers (**6242**, **6226**) to adapter (connector) hook surfaces to improve installation of the connector into the adapter when connector ramps **5512** engage adapter (connector hook) **5525** Refer to FIG. **5**. Adapter hook assembly has an alignment sleeve holder **6227** that accepts one or more ferrules from the micro connector, and aligns the ferrules **9203** with opposing ferrules of a second micro connector (not shown).

FIG. **14** illustrates a group of micro connectors **7500A** inserted into an adapter **5700**. Adapter **5700** has plural of slots **5700a** configured to accept an alignment key **7500A.1** proximal on the alignment and offset key (**7500A**, **9105.1**)

Alignment key, and alignment and offset key is defined as a protrusion adjacent to a side of the connector housing.

FIG. **15** depicts alignment and offset key **7500B** with the group of micro connectors **7500A** of FIG. **14**. Alignment/

6

offset key **7500**B adds stability and reduces misalignment during insertion when key **7500**B acts as a support between connectors as shown. Key **75008** also helps determine polarity of the micro connector, as described herein.

Referring to FIGS. **16-17**, FIG. **16** depicts micro connector **9100** with an alignment and offset key **9105.1** having an offset portion **9123**. Offset portion **9123** engages a top surface of a side bar ledge **9124** for aligning connector **9100** into a multi-receptacle adapter next to another micro connector. Side bar ledge **9124** is located further back or nearer a distal end of a connector (e.g. closer to the cable) where side bar ledge **9124** is part of a multi-purpose rotatable boot **9109.1**. Micro connector **9100** outer housing **9101** is secured to boot **9100.1** via boot hooks **9109.5** (FIG. **17**) that engages second slot **9201.4a** and **9201.4b** in connector housing **9201** (as shown in FIG. **18**), when in polarity status "B" or status "A", as depicted on outside of micro connector housing. Multi-purpose boot is rotatable in the direction of arrow "R".

Referring to FIG. **17**, multi-purpose rotatable boot **9109.1** comprises releasably attached alignment and offset key **9105.1**, releasable at release point **9109.6**, also refer to FIG. **43**. Alignment and offset key **2105** may be fixed on connector outer housing, as shown in FIG. **1** or at alignment key **5305** disclosed in FIG. **37**. The alignment key may have not offset portion as disclosed in FIG. **1** and FIG. **37**, without departing from the scope of the invention, that the boot assembly is rotatable as disclosed in FIGS. **26-27** and FIGS. **25-33** and FIGS. **43-45**. It is the key protruding from the connector housing that is determines polarity upon rotation of the boot assembly as disclosed herein. Alignment key (**2105**, **9405.1**, **5305**, **9600**) or similar structure protruding from the outer connector housing repositioned by the rotating boot assembly and the key interaction with adapter structure that determines polarity as described herein. Referring to FIG. **17**, key **9105.1** has a securing protrusion **9105.2** at a proximal end that engages first slot **9201.3b** in connector housing **9201** (refer to FIG. **18**) to further secure multi-purpose rotatable boot assembly **9109.1** to front body **9202** or outer housing **9201**. Multi-purpose rotatable boot assembly **9109.1** comprises a body **9109.1a** with a passageway along line P-P for passing a fiber optic cable (refer to FIG. **26** and FIG. **27**) to the ferrules to complete the signal path.

Referring to FIG. **18**, outer housing **9201** is shown in a Second Polarity orientation "B" comprising corresponding first slot **9201.3b** and second slot **9201.4b**. Multi-purpose rotatable boot assembly **9209.1** (FIG. **19**) is inserted at a distal end of connector housing **9201** shown in the direction of arrow "I". Second slot **9201.4a** corresponds to polarity position "A".

Referring to FIG. **19**, multi-purpose rotatable boot assembly **9209.1** comprises alignment and offset key **9205.1**, as described herein boot hook **9209.5**, side bar ledge **9024** that is configured (as described herein) to engage back body **9206**, front body **9202** and plural of ferrules **9203**. Side bar ledge **9024** accepts offset key **9023** of a second connector when two connectors are inserted into an adapter. This allows connectors to be inserted side by side into an adapter more easily, without jamming. The proximal end (or ferrules **9203** end) of assembly **9209.1** is inserted into a distal end of the outer housing **9201** (FIG. **18**) in the direction of arrow "1". Upon insertion, the outer housing **9201** engages with multi-purpose rotatable boot assembly **9209.1** as shown by the dotted lines between first slot **9201.3b** and second slot **9201.4b**, engaging securing protrusion **9205.2** on alignment and offset key **9205.1** and boot wing **9209.5**. The wing and securing protrusion are received second slot and first slot described in FIG. **18** outer housing.

US 11,061,190 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

Referring to FIG. **20**, front body **9302** and boot assembly **9309.1** are assembled in micro connector housing **9301** with alignment and offset key **9305.1** in a first polarity position.

Referring to FIG. **21**, multi-purpose rotatable boot assembly **9309.1** is rotated in direction "R" to convert from a first polarity "A" (refer to FIG. **20**) to Second Polarity "B" (refer to FIG. **23**), with alignment and offset key **9305.1** 180 degrees or opposite the first polarity position as depicted in FIG. **20**, to Second Polarity position "B". Boot rotation key **9305.1** may be sized as disclosed in FIG. **1**. Boot hook **9209.5** further comprises chamfer **9309.2**. Chamfer **9309.2** engages wall **9301.5** of connector outer housing and chamfer **9309.2** lifts boot hook **9209.5** out of a distal end of connector housing **9301** and is freed from second slot **9201.4***b*, and securing protrusion **9105.2** (refer to FIG. **17** and shown in FIG. **20**) lifts out of first slot **9201.3***b* thereby allowing the boot assembly to rotate as shown in the direction "R", FIG. **21**. Chamfer **9309.2** may engage wall **9301.5** using an angle or chamfer cut opposite current chamfer **9309.2** to allow for rotation in the opposite direction of FIG. **21**. Rotation of boot assembly **9309.1** changes connector **9100** from a first polarity "A", as depicted in FIG. **20**, to Second Polarity "B", as depicted in FIG. **19** (without connector housing) and FIG. **32**. Boot assembly may be rotated in a clockwise direction, without departing from the scope of the invention.

Referring to FIG. **22**, further rotation of boot assembly **9309.1** results in a change to a second polarity as shown in FIG. **23**, with alignment and offset key secured within polarity "B" first slot **9201.3***b*.

Referring to FIG. **23**, side bar ledge **9023** (as well as alignment key **9305.1**) is in Second Polarity position or "B" polarity, and when the micro connector is inserted into an adapter (not shown), the micro connector is oriented with key **9305.1** in an opposite position to FIG. **20**, so key may be blocked by corresponding adapter structure (not shown). If micro connector **9100** is blocked by adapter structure this means the micro connector is not in the correct polarity orientation to make a fiber to fiber connection via an adapter to an opposing fiber optic connector or transceiver as is known in the art. After rotation, the ferrules are reversed the top ferrule is now the bottom ferrule, and this results in a second polarity configuration. The second polarity being different from the first polarity, that is, Rx receive signal is now Tx transmit signal path and vice versa. Alignment and offset key **9405.1** has been switch from a First Polarity "A" to Second Polarity "B".

FIG. **24** is the micro connector **9100** with a cross section along "A-A" line as shown in FIGS. **25** through **33** further illustrating polarity change using multi-purpose rotatable boot assembly **9209.1**. Longitudinal cross section is provided along line "B-B" in various drawings of this application. "L-L" is the longitudinal axis of the connectors in the present invention.

Referring to FIG. **25**, a front view of the cross-section cut "A-A" of the micro connector of FIG. **24** (also FIG. **18**) further comprises an opening through which fiber cabling (not shown) travels, and crimp ring surface **9407.1** that is further surrounded by inner round **9409.4**. Referring to FIG. **26**, inner round **9409.4** engages a back post surface **9406.7** formed as an outer round shown at FIG. **27**, as the assembly **9209.1** is rotated. Inner round and outer round form mating surfaces that can freely rotate thereby allowing multi-purpose boot assembly to be rotated about fiber optic connector housing. Referring back to FIG. **25**, boot hook **9109.5** further comprises first chamfer **9409.2***a* and first stopping wall **9409.3***a*, and second chamfer **9409.2***b* and second

stopping wall **9409.3***b*, in a first polarity position. Boot hooks **9109.5** rotate between second slot **9201.4***a* and second slot **9201.4***b* during polarity change. Second slot **9201.4***a* corresponds to the connector being in a "A" polarity position. Likewise, second slot **9201.4***b* corresponds to the connector being in "B" polarity configuration. Securing protrusion **9405.1** resides in first slot **9201.3***a* for "A" polarity, and then resides in first slot **920***i*.**3***b* for "B" polarity after boot release **9309.1** rotation.

Referring to FIG. **28**, rotating of the boot assembly is started and chamfer **9409.2***a* engages connector housing wall **9301.5** and begins to lift first boot wing **9109.5***a* out of second slot **9201.4***a*. Likewise, a second boot wing **9109.5***b* is rotating out of second slot **9201.4***b*.

Referring to FIG. **29** upon further rotation in direction "R", securing protrusion **9105.2** (refer to FIG. **20**) on alignment and offset key **9405.1** is lifted out of first slot **9201.3***a* (refer to FIG. **20** and FIG. **21**), and boot wing **9109.5***a* is lifted out of second slot **9201.4***a* at a top surface and upon 180 degree rotation, securing protrusion **9105.2** (refer to FIG. **20**) is accepted into first slot **9201.4***b* at a bottom surface of the outer housing **9401**. Boot wing **9109.5***b* moves out of second slot **9201.4***b*.

Referring to FIG. **30**, the rotation of boot assembly **9409.1** is shown as it exits the outer housing **9401** of connector **9100**. Chamfer **9409.2***b* exits first from this view. Alignment and offset key **9405.1** is moving around the outer housing body in a counter-clockwise direction, in this view to a Second Polarity position "B".

Referring to FIG. **31**, alignment and offset key **9405.1** is almost in a second polarity position as shown, with chamfer **9409.2***b* in an opposite orientation to itself in FIG. **25**. Referring to FIG. **32**, connector **9100** shows chamfer **9409.2***b* in the opposite position to that of FIG. **30**, indicating the connector is close to its second polarity configuration with alignment and offset key **9405.1** at bottom surface of outer housing **9401**. FIG. **33** depicts connector **9100** along cross section "A-A" in its second polarity position, with chamfer **9409.2***b* in second slot **9401.4***a* at the top surface of outer housing **9401**. Polarity key **9405.1** is at the bottom surface of outer housing **9401** indicating the connector is in a second polarity configuration.

Referring to FIG. **34** a micro connector **9100** is shown along cross section "B-B" (refer to FIG. **24**) in a latched position within a receptacle of adapter **2400**. During rotation of the multi-purpose rotatable boot assembly **9209.1**, boot wing **9209.5** operates as described above in FIGS. **25-33**. This is accomplished by gap **9209.6** between boot assembly **9209.1** that allows "free-wheeling" about crimp ring **9207** as inner round **9409.4** engages back post face surface **9406.7** as described in FIGS. **26-27**. Rotating boot assembly while connector is in a latched position within adapter, boot assembly wing **9209.5** facing surface is in contact with facing surface **9206.2** of back post **2106**, as shown at interface **9100.8**. Still referring to FIG. **34**, boot wing **9209.5** face engages and releaseably locks with corresponding surface **9301.4***a* of second slot **9201.4** of outer housing **9201**, FIG. **18** and FIG. **21**. Micro connector **9100** is latched and unlatched in an adapter **2400** receptacle using push/pull boot assembly or push/pull key as described in FIGS. **9-11**, or FIGS. **34-36**, or FIGS. **37-42**. Adapter hook **2425** is seated in connector recess **9211** located in front body **9202**. In this position, boot assembly **9209.1** is up against back body **2106** as shown at interface **9100.8**, as shown by direction of arrow "Pushed In".

Referring to FIG. **35**, boot assembly **9209.1** is being pulled rearward in the direction of "P". Boot assembly

9

9209.1 is pulled a release distance "d" to interface 9100.8, 9100.9 to unlatch connector from adapter interface. At the same time, adapter hook 2425 is being lifted out connector recess 9211 as micro connector 9100 is removed from adapter 2400 receptacle. Boot assembly 9209.1 moves a distance "d" because boot wing 9209.5 engages outer housing face 9301.4a, and pulls outer housing 9201 rearward. Outer housing 9201 is pulled rearward connector 9100 is released from this the amount of separation between the distal end of the back body and proximal end of boot assembly 9209.1. This distance matches channel distance, FIG. 36, 9100.9a, 9100.8a in which boot hooks slide upon pulling connector from adapter using rotatable boot assembly. Hooks 2425 lift out of recess 9211 located at a proximal end of front body 2102, when boot assembly 9209.1 is pulled rearward at least this distance.

Referring to FIG. 36, once boot assembly 9209.1 is fully pulled in direction of "P", connector 9100 is released from within adapter 2400. Adapter hook 2425 is completely out of connector recess 9211, and maximum pulling distance. Once the pull force, "P", is release from boot 9209.1, interface distance 9100.8 returns to that of FIG. 34, upon release of pull force "P", on boot assembly 9209.1.

FIG. 37 depicts connector 5300 with push/pull boot assembly 5345a at its distal end receiving a fiber cable with a plural of fiber strands therein, and a proximal end configured to connect and secure to back body assembly 5330a secured with outer housing 5301. Outer housing 5301 has alignment key 5305, further has opening 5301a with stop face 5301b that boot wings (5445b, 5445c) (refer to FIG. 38) engage when boot assembly 5345a is pulled in a distal direction fully to release connector 5300 from a receptacle as shown in FIG. 41, when hook 5425 is removed from recess 5711. Ferrules 5303 provide the Tx, Rx information light signals.

FIG. 38 depicts an exploded view of connector 5300 of FIG. 37. Boot assembly 5445a accepts crimp ring assembly 5440a having protective tube 5440c covering fiber strands and crimp ring 5440b secured to back post 5430c of back body assembly 5430a including back body 5430b. A pair of springs 5425 are placed over a corresponding ferrule assembly 5420 comprising a ferrule and ferrule flange. The ferrule assembly and springs are held within front body 5402 by back body assembly 5430a, as described for connector 2100. Front body 5402 is inserted into distal opening 5401.1 of outer housing 5401 with boot assembly wing 5430a secured within a distal opening 5415b of front body and wing is secured through opening 5401.4 of outer housing securing outer housing, front body and back body together when assembled with push/pull boot, as depicted in FIG. 37.

FIG. 39 depicts connector of FIG. 37 without its outer housing 5301, in an assembled configuration. Boot assembly 5445a is secured on back post 5430c of back body 5430a via crimp ring 5440a, as described in FIG. 38. Wings (5445b, 5445c) secure FIG. 39 assembly within outer housing 5301, and during release of connector 5300 from a receptacle, wings (5445b, 5445c) pull back outer housing a specific distance "d", which releases adapter/receptacle hook or latch 5625 that is seated in recess 5611 (refer to FIG. 40), while connector 5300 is secured within receptacle 2400. Front body 5402 is secured to connector housing 5401 with back body 5430a secured to a distal end of front body 5402, as described in FIG. 1 and elsewhere in this disclosure.

FIG. 40 depicts connector 5300 secured within receptacle 2400 of FIG. 24. Receptacle hook or latch 5625 rests in connector recess 561.1 formed within front body 5601, at its proximal end. A gap of distance "d" 5629 limits travel of

10

front body 5601 as boot release wing 5645b engages stop face 5301b of outer housing 5601. This "d" travel removes hook 5625 from connector recess 5611 thereby unlatching or releasing connector from adapter 2400. Crimp ring 5440b is shown secured to back post 5630c. Back body 5630a is secured within front body 5402 at distal openings 5401b (FIG. 38).

FIG. 41 depicts connector 5300 being removed or pulled out of receptacle 2400 in direction "P". Hook or latch 2425 within receptacle housing lifts out of recess 5711 along front body ramp 5401d (FIG. 38), as boot assembly 5745a is being pulled rearward or in a distal direction. Gap 5529 is closed as shown in FIG. 41. Inner face of connector housing 5715c is flush with front face of front body 5701e, which stops travel of boot assembly and is configured to ensure adapter latch or hook 2425 is displaced from recess 5711 to release connector from receptacle, as shown in FIG. 42. Boot wing 5745c is secured at a distal end within second slot or opening 5401.4 within connector housing 5401.

FIG. 42 depicts connector 5300 removed from receptacle 2400 using boot assembly 5845a. In this embodiment, wings (5845b, 5845c) are flush with outer housing wall 5801b. Wings (5845b, 5845c) move within gap or opening 5801c within connector housing outer wall, as boot 5845a is pulled rearward to release connector from adapter 2400 as shown. Spring 5825 biases forward front body face 5815c to be flush with front body face 5801e, when pull force is released from boot assembly. Hook or latch 2425 is displaced from recess 5811, and hook resides in adapter housing gap 2400a within outer housing of receptacle 2400. This reduces the overall dimensions of the adapter to accept more connectors.

Referring to FIG. 43, another embodiment of a polarity change is disclosed using alignment and offset key 9600. Alignment and offset key 9600 is releasebly attached to boot clip surface 9975 as shown by the dotted line. Attaching key 9600 to a first side of the boot 9209.1, connector 9100 is in first polarity configuration, and attaching key 9600 to a second side, connector 9100 is in second polarity configuration. Referring to FIG. 44, a first polarity configuration is assembled key 9600 is attached to boot 9209.1 of connector 9100. Referring to FIG. 45, a second polarity configuration is assembled with key 9600 is attached to the opposite side of boot 9209.1.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and

US 11,061,190 B2

**11**

indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more").

The invention claimed is:

**1**. An optical fiber connector comprising:

a front body configured to hold first and second ferrules;

a back body having a proximal end portion and a distal end portion spaced apart along a longitudinal axis, the proximal end portion of the back body configured to couple to the front body, the distal end portion of the back body comprising a cylindrical back post having an outer round surface extending along the longitudinal axis, the back body defining a back body passageway extending from the distal end portion through the proximal end portion; and

a rotatable boot assembly having a proximal end portion and a distal end portion spaced apart along the longitudinal axis, the rotatable boot assembly comprising a main body and a strain relief sleeve extending longitudinally from the main body to the distal end portion of the rotatable boot assembly, the rotatable boot assembly comprising a boot passageway extending from the distal end portion through the main body, the main body comprising an inner round surface extending along the longitudinal axis, the inner round surface defining a proximal end portion of the boot passageway, the rotatable boot assembly configured to be disposed on the back body such that (i) the outer round surface of the back post is matingly received in the inner round surface of the main body and (ii) the cable boot member is slidable along the longitudinal axis relative to the back body for releasing the optical fiber connector from an adapter, the optical fiber connector being configured to terminate a fiber optic cable such that a jacket of the cable is received in the strain relief sleeve in the boot passageway, the boot passageway and the back body passageway configured to align for passing first and second fibers from the fiber optic cable to the front body to complete a signal path to the first and second ferrules within the front body; the main body further comprising at least one boot hook configured for releasably securing the multi-purpose rotatable boot assembly against rotation relative to the back body, and the rotatable boot assembly further comprising an elongate arm extending longitudinally from the main body in a proximal direction along the longitudinal axis, the elongate arm being configured for selectively setting the optical fiber connector to each of a first polarity and a second polarity.

**2**. The optical fiber connector according to claim **1**, wherein the elongate arm is an alignment key.

**3**. The optical fiber connector according to claim **2**, wherein the alignment key aligns the proximal end of the optical fiber connector into the adapter.

**4**. The optical fiber connector according to claim **2**, wherein the alignment key further comprises an offset key, the offset key stabilizes the distal ends of the fiber optic connector and the second fiber optic connector.

**5**. An alignment and offset key comprising:

a main body with a proximal end closer to a ferrule within fiber optic connectors,

and a distal end closer to an incoming fiber optic cable;

the proximal end further comprises a protrusion, the protrusion is configured to be accepted into a slot made in an adapter housing for aligning the fiber optic connector upon inserting the fiber optic connector into the adapter;

**12**

the distal end further comprising an offset key, the offset key has protrusion on one side and forms a gap on the opposing side, and wherein the offset key attached to a fiber optic connector, the protrusion mates with a gap formed by a second offset key attached to a second fiber optic connector, whereby the mating stabilizes the distal end of the fiber optic connector with the second fiber optic when the connectors are secured within the adapter.

**6**. The optical fiber connector according to claim **1**, wherein the at least one boot hook comprises first and second boot hooks.

**7**. The optical fiber connector according to claim **6**, wherein the first and second boot hooks are spaced apart on diametrically opposite sides of the longitudinal axis.

**8**. The optical fiber connector according to claim **6**, wherein when the rotatable boot assembly is disposed on the back body, the first and second boot hooks are spaced apart on diametrically opposite sides of the back body passageway and radially overlap the back body passageway relative to the longitudinal axis.

**9**. The optical fiber connector according to claim **6**, wherein the first and second boot hooks are releasable to allow the rotatable boot assembly to rotate on the fiber optic cable 180° about the longitudinal axis from a first polarity position in which the elongate arm sets the optical fiber connector to the first polarity to a second polarity position in which the elongate arm sets the optical fiber connector to the second polarity.

**10**. The optical fiber connector according to claim **9**, wherein when the rotatable boot assembly is in the first polarity position, the first boot hook is on a first side of the back post and the second boot hook is on a second side of the back post; and wherein when the boot assembly is in the second polarity position, the first boot hook is on the second side of the back post and the second boot hook is on the first side of the back post.

**11**. The optical fiber connector according to claim **9**, wherein the elongate arm is connected to the main body to rotate with the main body as the rotatable boot assembly rotates between the first polarity position and the second polarity position.

**12**. The optical fiber connector according to claim **6**, wherein the first boot hook and the elongate arm are radially spaced apart from the longitudinal axis in a first direction and the second boot hook is radially spaced apart from the longitudinal axis in a second direction opposite the first direction.

**13**. The optical fiber connector according to claim **1**, wherein the boot hook is releasable to allow the rotatable boot assembly to rotate on the fiber optic cable 180° about the longitudinal axis from a first polarity position in which the elongate arm sets the optical fiber connector to the first polarity to a second polarity position in which the elongate arm sets the optical fiber connector to the second polarity.

**14**. The optical fiber connector according to claim **13**, wherein the elongate arm is connected to the main body to rotate with the main body as the rotatable boot assembly rotates between the first polarity position and the second polarity position.

**15**. The optical fiber connector according to claim **14**, wherein the front body holds the first and second ferrules such that the first ferrule is radially spaced apart from the longitudinal axis in a first direction and the second ferrule is radially spaced apart from the longitudinal axis in a second direction opposite the first direction.

US 11,061,190 B2

13

**16**. The optical fiber connector according to claim **15**, wherein when the rotatable boot assembly is in the first polarity position, the elongate arm is radially spaced apart from the longitudinal axis in the first direction; and wherein when the boot assembly is in the second polarity position, the elongate arm is radially spaced apart from the longitudinal axis in the second direction.

**17**. The optical fiber connector according to claim **15**, wherein the front body comprises a contiguous ferrule support wall extending transverse to the longitudinal axis and having a first end portion radially spaced apart from the longitudinal axis in the first direction and a second end portion radially spaced apart from the longitudinal axis in the second direction, the ferrule support wall defining a first ferrule opening radially spaced between the first end portion and the longitudinal axis and a second ferrule opening radially spaced between the longitudinal axis and the second end portion, the front body configured to receive the first ferrule in the first opening and the second ferrule in the second opening, the front body further comprising a first elongate portion extending longitudinally from the first end portion of the ferrule support wall and a second elongate portion extending longitudinally from the second end portion of the ferrule support wall, the first and second elongate portions having distal end segments that define an undivided space between them that opens longitudinally through a distal end of the front body.

**18**. The optical fiber connector according to claim **17**, wherein the proximal end portion of the back body is

14

configured to be received in the undivided space between the distal end segments of the first and second elongate portions.

**19**. The optical fiber connector according to claim **1**, wherein the back body passageway and the boot passageway form a single, undivided longitudinal passage through which the first and second fibers are passable from the cable to the first and second ferrules.

**20**. The optical fiber connector according to claim **1**, wherein the back body passageway comprises a distal segment along the back post, a proximal segment along the proximal end portion of the back body, and a transition segment between the distal segment and the proximal segment,

wherein the back body passageway has a first inner dimension along a first radial axis and a second inner dimension along a second radial axis perpendicular to the first radial axis,

wherein along the distal segment, the back body passageway is substantially circular such that the first inner dimension is about the same as the second inner dimension;

wherein along the proximal segment, the back body has a cross-sectional shape that is elongate along the first radial axis such that the first inner dimension is greater than the second inner dimension; and

wherein along the transition segment, as the back body passageway extends in the proximal direction along the longitudinal axis, the first inner dimension increases by a greater amount than the second inner dimension.

*   *   *   *   *

# EXHIBIT I

| U.S. Patent No. 11,307,369 | MMC |
|---|---|
| 23. An optical fiber connector comprising: | |
| multi-fiber ferrule configured to terminate a plurality of optical fibers; |  |
| a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing being configured to hold the multi-fiber ferrule such that the multi-fiber ferrule is exposed through the front end portion for making an optical connection and the plurality of optical fibers are spaced apart from one another in a row extending parallel to the transverse axis, |  |

| U.S. Patent No. 11,307,369 | MMC |
|---|---|
| a depressible latch above the top portion of the connector housing; and |  |
| an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch; |  |

2

| U.S. Patent No. 11,307,369 | MMC |
|---|---|
| wherein the connector housing comprises a guide connecting the elongate arm to the optical fiber connector. | 

**Connector housing**

**Guide of connector housing connected to arm** |

# EXHIBIT J

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| 1. An adapter for mating with optical fiber connectors, the adapter comprising: |  |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| an outer housing having a first end portion and a second end portion spaced apart along a longitudinal axis, the outer housing comprising a first side wall and a second side wall spaced apart along a lateral axis perpendicular to the longitudinal axis, the outer housing having a width extending along the lateral axis from the first side wall to the second side wall, the outer housing comprising a upper wall and a lower wall spaced apart along a transverse axis oriented perpendicular to the lateral axis and perpendicular to the longitudinal axis, each of the upper wall and the lower wall having an inner surface, the outer housing defining a plurality of channels spaced apart along the width, each of the channels being configured to receive an optical fiber connector, the plurality of channels including first and second channels; and |  |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| a first longitudinal rib formed on the inner surface of the upper wall at a location spaced apart along the width of the outer housing between the first side wall and the second side wall and a second rib formed on the inner surface of the lower wall at a location spaced apart along the width of the outer housing between the first side wall and the second side wall, the first and second ribs being aligned along the width of the outer housing, the first rib being spaced apart from the second rib along the transverse axis by a transverse gap, |  |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| wherein the first longitudinal rib and the second longitudinal rib are located between the first and second channels. |  |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| 2. The adapter as set forth in claim 1, wherein the upper wall comprises a first latch opening aligned with the first channel and a second latch opening aligned with the second channel, the first rib being spaced apart between the first latch opening and the second latch opening along the width. |  |
| 3. The adapter as set forth in claim 2, wherein the adapter is configured to receive a first one of the optical fiber connectors in the first channel and a second one of the optical fiber connectors in the second channel such that: | |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| a flexible latch arm of the first optical fiber connector is latched with the first latch opening and a front section of a remote release of the first optical fiber connector is received in the first channel at a location spaced apart from the first latch opening along the longitudinal axis toward the second end portion of the outer housing; and |  |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| |  |
| a flexible latch arm of the second optical fiber connector is latched with the second latch opening and a front section of a remote release of the second optical fiber connector is received in the first channel at a location spaced apart from the second latch opening along the longitudinal axis toward the second end portion of the outer housing. | |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| |  |

# EXHIBIT K

| U.S. Patent No. 11,340,413 | MMC Connector |
|---|---|
| 1. An optical fiber connector comprising: | |
| a housing having a longitudinal axis and a front end portion and a rear end portion spaced apart along the longitudinal axis, the housing comprising opposite first and second end walls spaced apart along a transverse axis oriented perpendicular to the longitudinal axis, the housing comprising opposite first and second side walls spaced apart along a lateral axis oriented perpendicular to the longitudinal axis and the transverse axis; |  |

1

| U.S. Patent No. 11,340,413 | MMC Connector |
|---|---|
| an MT ferrule received in the housing and exposed through the front end portion of the housing for making an optical connection, the MT ferrule configured to receive plurality of fibers such that the fibers are spaced apart in a row that extends parallel to a fiber alignment axis, the MT ferrule further comprising first and second guide pin openings spaced apart along the fiber alignment axis; and | |
| a polarity key disposed on the first end wall; | |



| U.S. Patent No. 11,340,413 | MMC Connector |
|---|---|
| wherein each of the first and second end walls has a lateral dimension along the lateral axis and each of the first and second side walls has a transverse dimension along the transverse axis, the lateral dimension being less than the transverse dimension; |  |

| U.S. Patent No. 11,340,413 | MMC Connector |
|---|---|
| wherein the optical fiber connector is configured to latch with a mating adapter and wherein the optical fiber connector is configured to be actuated to unlatch from the mating adapter by displacing a first portion of the optical fiber connector rearward relative to a second portion of the optical fiber connector, wherein said displacing the first portion of the optical fiber connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule. |  |

# EXHIBIT L

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| 1. An optical fiber connector configured for mating with a receptacle, the optical fiber connector comprising: | |
| an MT ferrule configured to hold a plurality of optical fibers; |  |

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing configured to hold the MT ferrule such that the MT ferrule is exposed through the front end portion for making an optical connection; |  |
| a depressible latching arm connected to the connector housing for latching with the receptacle when the optical fiber connector is mated with the receptacle to releasably retain the optical fiber connector in the receptacle; and | |

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| a remote release connected to the connector housing for movement relative to the connector housing along the longitudinal axis, the remote release being configured to be pulled rearward along the longitudinal axis to depress the depressible latching arm for releasing the optical fiber connector from the receptacle; |  |

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| wherein the connector housing has a generally rectangular perimeter including opposite first and second walls and opposite third and fourth walls, the depressible latching arm being located on an exterior of the first wall; |  |

4

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| wherein the first wall of the connector housing defines a groove, the remote release being slidably received in the groove; |  |
| wherein the remote release comprises a lower portion and a narrower portion above the lower portion, the lower portion being wider than the narrower portion; | |

[1] Senko refers to black and white line drawings taken from US Conec's own WO 2021/217054 patent application, which drawings are an appropriate proxy for showing how US Conec's MMC product reads on relevant features of the claim.

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| wherein the groove includes an inner portion and an outer portion, the inner portion being wider than the outer portion, the inner portion of the groove being configured to slidably receive the lower portion of the latch release and the outer portion of the groove being configured to slidably receive the narrower portion of the latch release such that the first wall releasably retains the latch release in the groove. |  |

# EXHIBIT M

| U.S. Pat. No. 10,191,230 C1 | MDC |
|---|---|
| 1. A reversible polarity fiber optic connector comprising: |  |
| at least first and second optical ferrules; | |

1

| U.S. Pat. No. 10,191,230 C1 | MDC |
|---|---|
| a connector housing having a longitudinal axis and comprising an exterior portion at least partially surrounding the first and second optical ferrules such that the exterior portion extends 360° circumferentially with respect to the longitudinal axis about a space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules; |  |

| U.S. Pat. No. 10,191,230 C1 | MDC |
|---|---|
| a latch coupling positioned on each of the first and second exterior walls of the connector housing; |  |

| U.S. Pat. No. 10,191,230 C1 | MDC |
| --- | --- |
| a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing; |  |

| U.S. Pat. No. 10,191,230 C1 | MDC |
|---|---|
| wherein positioning the removable latch on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall of the connector housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity. |  |

# EXHIBIT N

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| 1.   A   fiber   optic   connector comprising: | |
| at least first and second optical ferrules; |  |
| a   connector   housing   having   a longitudinal axis and comprising an exterior   portion   at   least   partially surrounding   the   first   and   second optical ferrules such that the exterior portion   circumscribes   a   space   in which   each   of   the   first   and   second optical   ferrules   are   received,   the exterior portion comprising a first exterior wall and a second exterior wall on an opposite side of the space from the first exterior wall; |  |

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| a latch coupling positioned on each of the first and second exterior walls of the connector housing; |  |

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing, whereby the removable latch couples to the respective latch coupling; |  |

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| wherein each latch coupling comprises a groove extending along the axis and having an open axial end; and |  |

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| wherein the removable latch comprises a protrusion for being inserted into the open axial end of the groove by movement relative to the housing along the axis. |  |

# EXHIBIT O

| U.S. Pat. No. 11,061,190 | MDC Connector |
|---|---|
| 1.  An  optical  fiber  connector comprising: | |
| a front body configured to hold first and second ferrules; |  |
| a back body having a proximal end portion  and  a  distal  end  portion spaced apart along a longitudinal axis, the proximal end portion of the back body configured to couple to the  front  body,  the  distal  end portion  of  the  back  body comprising a cylindrical back post having  an  outer  round  surface extending  along  the  longitudinal axis, the back body defining a back body  passageway  extending  from the  distal  end  portion  through  the proximal end portion; and |  |

1

| **U.S. Pat. No. 11,061,190** | **MDC Connector** |
|---|---|
| a rotatable boot assembly having a proximal end portion and a distal end portion spaced apart along the longitudinal axis, the rotatable boot assembly comprising a main body and a strain relief sleeve extending longitudinally from the main body to the distal end portion of the rotatable boot assembly, the rotatable boot assembly comprising a boot passageway extending from the distal end portion through the main body, the main body comprising an inner round surface extending along the longitudinal axis, the inner round surface defining a proximal end portion of the boot passageway, the rotatable boot assembly configured to be disposed on the back body such that (i) the outer round surface of the back post is matingly received in the inner round surface of the main body and |  |

| U.S. Pat. No. 11,061,190 | MDC Connector |
|---|---|
| (ii) the cable boot member is slidable along the longitudinal axis relative to the back body for releasing the optical fiber connector from an adapter, |  |
| the optical fiber connector being configured to terminate a fiber optic cable such that a jacket of the cable is received in the strain relief sleeve in the boot passageway, the boot passageway and the back body passageway configured to align for passing first and second fibers from the fiber optic cable to the front body to complete a signal path to the first and second ferrules within the front body; | |

| U.S. Pat. No. 11,061,190 | MDC Connector |
|---|---|
| the main body further comprising at least one boot hook configured for releasably securing the multi-purpose rotatable boot assembly against rotation relative to the back body, |  |
| and the rotatable boot assembly further comprising an elongate arm extending longitudinally from the main body in a proximal direction along the longitudinal axis, | |

| U.S. Pat. No. 11,061,190 | MDC Connector |
|---|---|
| the elongate arm being configured for selectively setting the optical fiber connector to each of a first polarity and a second polarity. | Boot assembly is rotatable so that arm attaches to either top or bottom of housing, whereby elongate arm selectively configures connector for either first or second polarity  |