**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **SENKO ADVANCED COMPONENTS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No. 23-83-JPM |
| | ) | |
| **US CONEC, LTD.,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## AMENDED AND SUPPLEMENTAL COMPLAINT

Plaintiff Senko Advanced Components, Inc. ("Senko" or "Plaintiff") makes this Amended and Supplemental Complaint, including a demand for a jury trial, against Defendant US Conec, Ltd. ("US Conec" or "Defendant") and alleges as follows:

## NATURE OF THE ACTION

1.     This action seeks past and ongoing money damages and permanent injunctive relief for the Defendant's acts of making, using, selling, offering for sale, and/or importing its accused MDC and MMC fiber optic connector and adapter products that infringe Senko's rights in twelve issued U.S. patents.

## THE PARTIES

2.     Plaintiff Senko is incorporated under the laws of the State of Massachusetts, and its principal place of business is located at 2 Cabot Road, Suite 103, Hudson, Massachusetts 01749.

3.     Upon information and belief, Defendant US Conec, Ltd. is a corporation organized and existing under the laws of the State of Delaware, and its principal place of business is located at 1138 25th St SE, Hickory, North Carolina 28602.

## JURISDICTION AND VENUE

4.     This action arises under the United States patent laws, 35 U.S.C. § 101, *et seq.*, including 35 U.S.C. § 271, *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and § 1338(a).

5.     This Court has personal jurisdiction over US Conec because, upon information and belief, US Conec is incorporated under the laws of the State of Delaware and therefore resides in Delaware. On information and belief, Defendant also regularly conducts business in this judicial district related to the products at issue in this action. On information and belief, Defendant uses, offers for sale and/or sells its products at issue in this action within this District or otherwise places such products within the stream of commerce with the expectation that they would be used in this District.

6.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) because US Conec is, upon information and belief, incorporated under the laws of the State of Delaware and is legally deemed to reside in Delaware.

## INTRODUCTION

7.     The parties are competitors in the markets for various types of passive fiber optic connection components.  Traditional customers for the parties' competing products are vendors who provide fiber optic equipment and solutions to data centers, communication network providers, and other owners of fiber optic networks.  Fiber optic communications require a high degree of accuracy at each connection point for robust, consistent, and high-speed transmission of data.

8.     As demand for bandwidth has increased, networks increasingly use fiber optic systems instead of traditional copper-electrical systems because of fiber's capacity for higher speed and reduced maintenance. For example, networks rely on fiber optic components to connect the switches and servers that underlie high-speed computer and communication systems. In some fiber optic facilities, for example data centers, millions of connection components of the type sold by the parties are used to connect the optical fibers.

9.     Fiber optic cables hold one or more fibers that run between two points in a data center or communication network. It is challenging to directly connect (*e.g.*, fuse) one optical fiber to another, so cables are terminated with standard connectors that are configured to plug into corresponding adapters to make optical connections.

10.     Most optical connectors in use today retain the ends of fibers in high-precision ferrules. The ferrules, in turn, are mounted in a housing or plug frame that attaches to the cable. Optical connector housings include precise alignment and retention features that correspond to complementary features of the adapter. Since optical fibers are often less than the diameter of a human hair, these alignment and retention features have very strict tolerances to ensure the fibers line up in the adapter. For ease of use, fiber optic connectors can be equipped with extraction mechanisms that enable them to be disconnected from the adapter after initial mating.

11.     Two types of ferrules are common: cylindrical single-fiber ferrules and rectangular multi-fiber ferrules. The industry frequently calls multi-fiber ferrules "MT" ferrules. Various fiber optic connectors have been developed around both types of ferrules.

12.     For many years, fiber optic networks have employed "small form factor" ("SFF") single-fiber ferrule connectors and adapters. In the United States, the most common type of SFF single-fiber ferrule connector is an LC Connector, which comprises a 1.25 mm-diameter ferrule

3

in a square connector housing with an integrated upper latch hook for securing the connector to a mating adapter. Two individual LC connectors are frequently assembled together in a side-by-side configuration to make an LC duplex connector.

13.     The most common multi-fiber ferrule connector in the United States is called an MPO connector. In an MPO connector, there is a single MT ferrule that carries a plurality of optical fibers. This MPO connector has a rectangular housing and a spring-loaded sleeve and latching mechanism.

14.     Conventional LC and MPO connector and adapter components have met the industry's needs for many years. But within a fiber optic network installment, space can be at a premium. Optoelectronic transceivers have also advanced, creating a need for smaller fiber optic connection components that can accommodate more fiber connections in the same transceiver footprint.

15.     To meet the industry's desire for density, Senko has spent years developing a new generation of connectors and adapters with smaller footprints than the conventional components described above.  These efforts have yielded three all-new connection systems, which the industry now calls "VSFF," *i.e.*, very small form factor.  Senko offers two "duplex" VSFF connector platforms that utilize two 1.25-mm single-fiber ferrules in each plug and one "multi-fiber" VSFF connector platform that utilizes an MT ferrule in a plug.

16.     Senko's first VSFF product was a duplex connector platform called "CS". The CS platform includes duplex connectors and corresponding adapters. The CS connector has a 40% smaller size than the conventional duplex LC connector.

17.     After the CS connector, Senko released another VSFF duplex connector platform, called "SN". The SN connectors and adapters allow for even greater density than CS. Compared

4

with conventional LC components, the SN components allow for about three-times the fiber connection density.

18.     Most recently, Senko has begun marketing its SN-MT platform, which includes a connector and corresponding adapters. The SN-MT connector has a similar mating interface to the SN connector but uses a multi-fiber ferrule instead of two single-fiber ferrules. The SN-MT connector allows for about 2.7-times as many multi-fiber ferrules to be connected in a given footprint than the conventional MPO connector.

19.     Shown below is a chart with representative samples of Senko's CS, SN, and SN-MT connectors and their corresponding adapters:

| Product platform | Connector | Adapter |
|:---:|:---:|:---:|
| CS |  |  |
| SN |  |  |
| SN-MT |  |  |

20.     To achieve these improvements in fiber optic connection density while still meeting industry expectations for accuracy, robustness, and ease of use, Senko made significant research and development investments. Its research and development led to important innovations that underlie Senko's three VSFF product platforms. For example, Senko developed new low-profile push-pull latch interfaces that enable simple, accessible insertion and extraction of a VSFF connector within a small footprint. Senko also developed new ways to integrate the high-precision alignment features of connectors and adapters to save space. Additionally, Senko innovated new ways of enabling connector polarity reversal within the limited size available for VSFF connectors. Recognizing the importance of these innovations to the next generation of fiber optic network equipment, Senko consistently sought patent protection for its VSFF inventions. Seven of the resulting patents are the subject of this lawsuit.

21.     In addition to the VSFF products described above, Senko has numerous other products that relate to different fiber optic connectivity solutions.  Senko understands and values intellectual property rights that are intended to protect its products and innovation.  Senko has over 200 U.S. patents that cover various features and improvements in the field of fiber optic connectivity. Over 70 of Senko's patents pertain to VSFF interconnect systems.

22.     US Conec is also marketing two VSFF product lines in direct competition with Senko's patented VSFF products and in violation of the asserted patents.  US Conec's products in these two product lines are referred to herein as the "Infringing Products."[1]

---

[1] A list of specific "Infringing Products" currently known to Senko is provided below.  *See infra* ¶ 69.  Senko reserves the right to revise, amend, or supplement the list of Infringing Products as the case progresses.

23. The first US Conec VSFF product line is called MDC, which, upon information and belief, includes a VSFF duplex connector and various mating adapters. The MDC connector marketed by US Conec has a similar size to Senko's SN connector.

24. The second US Conec VSFF product line is called MMC, which upon information and belief, includes a multi-fiber connector and various mating adapters. The MMC connector marketed by US Conec has a similar size to Senko's SN-MT connector.

25. Below is a chart depicting representative Infringing Products that, based on information and belief, US Conec is selling or offering for sale, in direct competition with Senko's patented VSFF products:

| Product Platform | Connector | Adapter |
|---|---|---|
| MDC |  |  |
| MMC |  |  |

26. None of US Conec's VSFF products is cross-compatible with any of Senko's VSFF products. For example, it is not possible to make a direct optical connection between an SN connector and an MDC connector or an SN-MT connector and an MMC connector.

Likewise, it is not possible to properly mate an SN connector to an MDC adapter, or vice versa, or to properly mate an SN-MT connector to an MMC adapter, or vice versa.

27.     The above-described Senko and US Conec fiber optic connectivity products are generally not sold at retail to consumers. They are instead sold most often in bulk quantities to suppliers that specify these components in bids to supply equipment to a fiber optic network installation. Together with a lack of cross-compatibility between the parties' respective connector and adapters, this often leads to the "single-winner" bidding aspect of the competition for sales between companies such as Senko and US Conec.

28.     These market factors generally mean that for every bid in which a given network installation chooses to buy US Conec's infringing connectors and adapters, Senko is shut out completely from making that sale–and often future sales–to that end customer and its vendors.

29.     On information and belief, US Conec has successfully offered its Infringing Products in direct competition with Senko as part of bidding on at least two recent large-scale fiber optic network projects. When US Conec's Infringing Products are chosen for such installations over Senko's patented products, Senko is effectively shut out from being a supplier.

30.     If US Conec is allowed to continue marketing and promoting its infringing MDC and MMC connector and adapter products, then Senko will continue to suffer irreparable harm, including loss of sales, market share, profit, and goodwill. This impacts both Senko's sale of the CS, SN, and SN-MT product platforms and also its potential participation in more lucrative sales of entire data center installations and communication networks.  In short, Senko's VSFF innovation, its current market success, and its accompanying patent rights are deeply threatened by US Conec's infringement.

31.     To eliminate further infringement and to recover appropriate legal and equitable remedies for past and ongoing infringement, Senko brings this action for patent infringement.

### THE SENKO ASSERTED PATENTS

32.     Senko has over 200 issued U.S. patents and is actively seeking additional protection for its innovative products and product features relating to fiber optic connectivity solutions. While Senko put US Conec on notice of infringement of several additional patents and claims before bringing this suit, the claims in this Complaint are for infringement of U.S. Patent Nos. 11,307,369; 11,333,836; 11,340,413; 11,415,760; 10,191,230; 11,181,701; 11,061,190; 11,391,895; 11,435,535; 11,585,989; 11,774,685; and 11,809,006 (collectively, the "Asserted Patents"). Senko does not waive, and expressly reserves, all rights and claims for relief against US Conec and others with regard to its patent rights beyond those set forth in this Amended and Supplemental Complaint.

### THE '369 PATENT

33.     U.S. Patent No. 11,307,369 (the "'369 Patent") is entitled "ULTRA - SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING." The '369 Patent was duly and legally issued on April 19, 2022, by the United States Patent and Trademark Office. A copy of the '369 Patent is attached to this Amended and Supplemental Complaint as **Exhibit A** and incorporated herein by reference.

34.     Senko is the owner and assignee of the '369 Patent and possesses all rights of recovery under the '369 Patent.

35.     The '369 Patent has not expired and is in full force and effect.

36.     The '369 Patent claims are valid and enforceable.

37.     The '369 Patent relates generally to certain claimed latching and unlatching features in a very small form fiber optic connector.

## THE '836 PATENT

38.     U.S. Patent No. 11,333,836 (the "'836 Patent") is entitled "ADAPTER FOR OPTICAL CONNECTORS." The '836 Patent was duly and legally issued on May 17, 2022, by the United States Patent and Trademark Office. A copy of the '836 Patent is attached to this Amended and Supplemental Complaint as **Exhibit B** and incorporated herein by reference.

39.     Senko is the owner and assignee of the '836 Patent and possesses all rights of recovery under the '836 Patent.

40.     The '836 Patent has not expired and is in full force and effect.

41.     The '836 Patent claims are valid and enforceable.

42.     The '836 Patent relates generally to a partition-free adapter for aligning and latching with multiple VSFF connectors.

## THE '413 PATENT

43.     U.S. Patent No. 11,340,413 (the "'413 Patent") is entitled "ULTRA - SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING." The '413 Patent was duly and legally issued on May 24, 2022, by the United States Patent and Trademark Office. A copy of the '413 Patent is attached to this Amended and Supplemental Complaint as **Exhibit C** and incorporated herein by reference.

44.     Senko is the owner and assignee of the '413 Patent and possesses all rights of recovery under the '413 Patent.

45.     The '413 Patent has not expired and is in full force and effect.

46.     The '413 Patent claims are valid and enforceable.

47.     The '413 Patent relates to a multi-fiber VSFF optical connector with a polarity key that is integrated with a pullback extraction mechanism.

**THE '760 PATENT**

48.     U.S. Patent No. 11,415,760 (the "'760 Patent") is entitled "NARROW WIDTH ADAPTERS AND CONNECTORS WITH PULL TAB RELEASE." The '760 Patent was duly and legally issued on August 16, 2022, by the United States Patent and Trademark Office. A copy of the '760 Patent is attached to this Amended and Supplemental Complaint as **Exhibit D** **and incorporated herein by reference**.

49.     Senko is the owner and assignee of the '760 Patent and possesses all rights of recovery under the '760 Patent.

50.     The '760 Patent has not expired and is in full force and effect.

51.     The '760 Patent claims are valid and enforceable.

52.     The '760 Patent relates generally to a multi-fiber VSFF connector with a low-profile sliding interface between the connector housing and pullback remote release mechanism.

**THE '230 PATENT**

53.     U.S. Patent No. 10,191,230 (the "'230 Patent") is entitled "OPTICAL CONNECTORS WITH REVERSIBLE POLARITY." The '230 Patent was duly and legally issued on January 29, 2019, by the United States Patent and Trademark Office. A copy of the '230 Patent is attached to this Amended and Supplemental Complaint as **Exhibit E** **and incorporated herein by reference**.

54.     The '230 Patent was the subject of *Ex Parte* Reexamination Request No. 90/014,456, filed on February 19, 2020 ("2020 *Ex Parte* Reexamination").

55.     The *Ex Parte* Reexamination resulted in issuance of *Ex Parte* Reexamination Certificate No. 10,191,230 C1 (the "'230 Reexamination Certificate") on November 16, 2020. The '230 Reexamination Certificate is attached to this Complaint as <u>Exhibit F</u>.

56.     The '230 Reexamination Certificate amends claims 1, 9, 15, 19, and 23 of the '230 Patent and adds new claims 26-34.

57.     Senko is the owner and assignee of the '230 Patent and '230 Reexamination Certificate and possesses all rights of recovery under the '230 Patent and '230 Reexamination Certificate.

58.     The '230 Patent, as amended by the '230 Reexamination Certificate, has not expired and is in full force and effect.

59.     The '230 Patent claims, as amended by the '230 Reexamination Certificate, are valid and enforceable.

60.     The '230 Patent and the '230 Reexamination Certificate generally relate to duplex VSFF connectors with upper and lower couplings that facilitate polarity reversal.

**THE '701 PATENT**

61.     U.S. Patent No. 11,181,701 (the "'701 Patent") is entitled "OPTICAL CONNECTORS WITH REVERSIBLE POLARITY AND METHOD OF USE." The '701 Patent was duly and legally issued on November 23, 2021, by the United States Patent and Trademark Office. A copy of the '701 Patent is attached to this Amended and Supplemental Complaint as **<u>Exhibit G</u>** <u>and incorporated herein by reference</u>.

62.     Senko is the owner and assignee of the '701 Patent and possesses all rights of recovery under the '701 Patent.

63.     The '701 Patent has not expired and is in full force and effect.

64.     The '701 Patent claims are valid and enforceable.

65.     The '701 Patent generally relates to duplex VSFF connectors with removable latch elements that facilitate polarity reversal.

## THE '190 PATENT

66.     U.S. Patent No. 11,061,190 (the "'190 Patent") is entitled "SMALL FORM FACTOR FIBER OPTIC CONNECTOR WITH MULTI – PURPOSE BOOT ASSEMBLY." The '190 Patent was duly and legally issued on July 13, 2021, by the United States Patent and Trademark Office. A copy of the '190 Patent is attached to this Amended and Supplemental Complaint as **Exhibit H** and incorporated herein by reference.

67.     Senko is the owner and assignee of the '190 Patent and possesses all rights of recovery under the '190 Patent.

68.     The '190 Patent has not expired and is in full force and effect.

69.     The '190 Patent claims are valid and enforceable.

70.     The '190 Patent generally relates to a duplex VSFF connector with a rotatable boot that can both (i) rotate to reverse the polarity of the connector and (ii) be pulled back to release the connector from an adapter.

## THE '895 PATENT

71.     U.S. Patent No. 11,391,895 (the "'895 Patent") is entitled "OPTICAL FIBER CONNECTOR WITH CHANGEABLE POLARITY."  The '895 Patent was duly and legally issued on July 19, 2022, by the United States Patent and Trademark Office.  A copy of the '895 Patent is attached to this Amended and Supplemental Complaint as **Exhibit I** and incorporated herein by reference.

72.     Senko is the owner and assignee of the '895 Patent and possesses all rights of recovery under the '895 Patent.

73.     The '895 Patent has not expired and is in full force and effect.

74.     The '895 Patent claims are valid and enforceable.

75.     The '895 Patent generally relates to a fiber optic connector with top and bottom grooves that can selectively accept the tongue of a polarity change element in order to locate a key portion of the polarity change element on a connector housing for changing polarity.

**THE '535 PATENT**

76.     U.S. Patent No. 11,435,535 (the "'535 Patent") is entitled "BEHIND THE WALL OPTICAL CONNECTOR WITH REDUCED COMPONENTS."  The '535 Patent was duly and legally issued on September 6, 2022, by the United States Patent and Trademark Office.  A copy of the '535 Patent is attached to this Amended and Supplemental Complaint as **Exhibit J** and incorporated herein by reference.

77.     Senko is the owner and assignee of the '535 Patent and possesses all rights of recovery under the '535 Patent.

78.     The '535 Patent has not expired and is in full force and effect.

79.     The '535 Patent claims are valid and enforceable.

80.     The '535 Patent generally relates to a VSFF duplex adapter with behind-the-wall ports and non-behind-the-wall ports.

**THE '989 PATENT**

81.     U.S. Patent No. 11,585,989 (the "'989 Patent") is entitled "SMALL FORM FACTOR FIBER OPTIC CONNECTOR WITH MULTI-PURPOSE BOOT."  The '989 Patent was duly and legally issued on February 21, 2023, by the United States Patent and Trademark

Office.  A copy of the '989 Patent is attached to this Amended and Supplemental Complaint as **Exhibit K** and incorporated herein by reference.

82.     Senko is the owner and assignee of the '989 Patent and possesses all rights of recovery under the '989 Patent.

83.     The '989 Patent has not expired and is in full force and effect.

84.     The '989 Patent claims are valid and enforceable.

85.     The '989 Patent generally relates to a duplex VSFF connector with a rotatable boot that can both (i) rotate to reverse the polarity of the connector and (ii) be pulled back to release the connector from an adapter.

## THE '685 PATENT

86.     U.S. Patent No. 11,774,685 (the "'685 Patent") is entitled "ADAPTER FOR OPTICAL CONNECTORS."  The '685 Patent was duly and legally issued on October 3, 2023, by the United States Patent and Trademark Office.  A copy of the '685 Patent is attached to this Amended and Supplemental Complaint as **Exhibit L** and incorporated herein by reference.

87.     Senko is the owner and assignee of the '685 Patent and possesses all rights of recovery under the '685 Patent.

88.     The '685 Patent has not expired and is in full force and effect.

89.     The '685 Patent claims are valid and enforceable.

90.     The '685 Patent generally relates to a partition-free adapter for aligning and latching with multiple VSFF connectors.

## THE '006 PATENT

91.     U.S. Patent No. 11,809,006 (the "'006 Patent") is entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE

OUTER HOUSING."  The '006 Patent was duly and legally issued on November 7, 2023, by the United States Patent and Trademark Office.  A copy of the '006 Patent is attached to this Amended and Supplemental Complaint as **Exhibit M** and incorporated herein by reference.

92.     Senko is the owner and assignee of the '006 Patent and possesses all rights of recovery under the '006 Patent.

93.     The '006 Patent has not expired and is in full force and effect.

94.     The '006 Patent claims are valid and enforceable.

95.     The '006 Patent generally relates to VSFF connectors with top-mounted push-pull latch release mechanisms.

## DEFENDANT'S ACCUSED PRODUCTS

96.     US Conec's infringement of Senko's patent rights by making, using, offering for sale, selling and/or importing connector and adapter products in both the MDC and MMC platforms has been and is continuous and ongoing.  The currently known US Conec connector and adapter Infringing Products include:

- MDC UPC Connector

- MDC APC Connector

- MMC Connector

- MMC Adapter

- MDC 2-Port Adapter Aligned Key MDC/MDC

- MDC 3-Port Adapter MDC/MDC Jr.

- MDC 4-Port Adapter MDC/MDC Jr.

- MDC 4-Port Adapter Aligned Key MDC/MDC

- MDC 4-Port Adapter Opposed Key – MDC/MDC

## DEFENDANT'S KNOWLEDGE OF SENKO'S PATENT RIGHTS

97.    Senko complies with the marking requirements of 35 U.S.C. § 287 at least through the websites and other materials related to its products under the Asserted Patents. Senko's marking includes a virtual patent marking page, located at https://www.senko.com/corporate/#patents, which associates its CS and SN product platforms with some of the Asserted Patents, among others.

98.    At least as of January 26, 2022, US Conec has known that Senko is a competing manufacturer of fiber optic connectors and adapters, and at least as of that same date US Conec has known about Senko's products and its corresponding patents as well.

99.    On information and belief, US Conec directed the attorneys who filed the 2020 *Ex Parte* Reexamination.

100.    On information and belief, US Conec paid at least part of the fees of the attorneys who filed the 2020 *Ex Parte* Reexamination.

101.    On information and belief, the same attorneys that filed the 2020 *Ex Parte* Reexamination are also counsel of record for US Conec in the prosecution of its own patent applications currently pending before the USPTO.

102.    On information and belief, US Conec had knowledge of the '230 Patent at least as early as February 19, 2020.

103.    Beginning in early 2022, Senko sent multiple letters to US Conec to provide notice of Senko's Asserted Patents, among several other Senko patents. Senko sent the first notice letter on January 26, 2022, which notified US Conec of the '230 Patent, the '836 Patent (which at the time was an allowed patent application), and the '369 Patent (which at the time was an allowed patent application), among others. The January 26, 2022 correspondence included

17

claim charts providing examples that explained how Defendant's products infringed, including how Defendant's MDC and the MMC connectors infringed the '369 Patent; how Defendant's MDC connectors infringed the '230 Patent; and how Defendant's MDC adapter and MMC adapter infringed the '836 Patent.  On information and belief, a reasonable investigation of Senko's notice of infringement would have also made Defendant aware of other Asserted Patents around this time after receiving the January 26, 2022 correspondence that were related to the Asserted Patents or were also owned by Senko. On information and belief, US Conec subsequently became aware of other Asserted Patents on their issue date.  Defendant thus had knowledge of certain of the Asserted Patents at least as of January 26, 2022, the date of Senko's first notice letter.  On information and belief, after receiving such notice, Defendant continued to make, use, offer for sale, and/or sell infringing products and/or continued to import into the United States its infringing products.  *See, e.g.*, https://www.usconec.com/featured-products/mdc-connectors; https://www.usconec.com/featured-products/mmc-connector.

104.    Throughout 2022, Senko gave further actual pre-suit notice of its claims of infringement to US Conec on other Asserted Patents as well.  As another example, at least as early as October 5, 2022, Senko sent claim charts to Defendant providing examples that explain how its products infringe the following patents: the '190 Patent, the '701 Patent, the '413 Patent, and the '760 Patent[2].  On information and belief, after receiving such notice, Defendant continued to make, use, offer for sale, and/or sell infringing products and/or continued to import into the United States its infringing products.

---

[2] The correspondence and claim charts were sent to US Conec on June 2, 2022.  At one point in time, US Conec disputed that it received the package on June 2, 2022, but US Conec has not disputed that it received the package on October 5, 2022, when Senko resent it.  Discovery in this matter should clarify this timing issue.

105.    On January 24, 2023, Senko filed a Complaint for Patent Infringement, alleging that US Conec infringes the following Senko patents: the '369 Patent, the '836 Patent, the '413 Patent, the '760 Patent, the '230 Patent, the '701 Patent, and the '190 Patent.  On information and belief, despite receiving such notice, Defendant continued to make, use, offer for sale, and/or sell infringing products and/or continued to import into the United States its infringing products.

106.    On December 28, 2023, Senko sent correspondence to Defendant notifying it that Senko planned to amend and supplement its Complaint to add infringement counts for the following patents: the '006 Patent, the '685 Patent, the '895 Patent, the '989 Patent, and the '535 Patent.  On January 10, 2024, Senko sent correspondence to Defendant that included a draft Amended and Supplemental Complaint and claim charts providing examples that explained how Defendant's products infringed each of these patents – as well as U.S. Patent No. 11,806,831.[3]

107.    Despite having been made aware of its infringement of some Asserted Patents before this action was commenced (and having been made aware of its infringement of Senko's later-issued Asserted Patents before the filing of this Amended and Supplemental Complaint), US Conec continues its infringement through its sales and marketing of MDC and MMC connectors and adapters, unabated.  On information and belief, US Conec's alleged infringement of the Asserted Patents, with prior knowledge of Senko's claims, is willful.

---

[3] On January 15, 2024, US Conec responded to Senko's January 10, 2024 correspondence and stated the following: "As for Senko's proposed infringement claim for U.S. Patent No. 11,806,831, we do not believe Senko has adequate basis for the claim and, if that claim is pressed, US Conec reserves its right to seek dismissal."  Senko has not included the '831 Patent, which claims a method of manufacture, in this Amended and Supplemental Complaint (although it was included in the draft provided to US Conec), believes that US Conec infringes the '831 Patent as set forth in the January 10, 2024 claim chart, believes that further discovery will confirm this, and Senko reserves the right to seek to add the '831 Patent to this lawsuit at an appropriate time prior to trial in accordance with the pretrial schedule adopted by the Court.

108.     On information and belief, US Conec has not made any attempt to redesign, modify, or withdraw any of its Infringing Products in response to Senko's infringement notices and demands.

109.     Defendant knows and at all relevant times has known of its infringement of the Asserted Patents, or at the very least has been willfully blind to its infringement of the Asserted Patents.

110.     Upon information and belief, such infringement has been, and will continue to be, willful, and upon further belief, Defendant lacks any reasonable invalidity or non-infringement defense making this case exceptional and entitling Senko to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

## CLAIMS FOR RELIEF

111.     Senko's averments of infringement against US Conec that follow in Counts One – Twelve and as further illustrated in the corresponding infringement charts are exemplary of, and without prejudice to Senko's ultimate infringement contentions.  The Claim Charts attached and incorporated by reference in this Amended and Supplemental Complaint as **Exhibits N--Y** have individual claim elements of a representative claim mapped to an Accused Product and shall be considered a separate averment within the meaning of the Federal Rules of Civil Procedure, for which an element-by-element response is expected in conformity with Rule 8(b) of the Federal Rules of Civil Procedure. In providing these averments, Senko does not convey or imply any particular claim constructions or purport to describe the precise scope of the claims.  Senko's claim constructions, as necessary, regarding any particularized meaning of the claim terms for the Asserted Patents' claims will be provided in accordance with the Court's scheduling order and any applicable local rules or standards.

**COUNT ONE**
**(INFRINGEMENT OF U.S. PATENT NO. 11,307,369)**

112.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-111 of this Amended and Supplemental Complaint as though fully set forth herein.

113.    Defendant US Conec, without license or authorization to do so, has directly infringed one or more claims of the '369 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '369 Patent by making, using, offering for sale and/or selling its MDC and MMC fiber optic connectivity products within this District and elsewhere in the United States, and/or importing into the United States its MDC and MMC fiber optic connectivity products, in violation of 35 U.S.C. § 271(a).

114.    Defendant's accused fiber optic connectivity products directly infringe the '369 Patent.  For example, US Conec's Accused Products infringe at least claims 1-20 and 22-39 of the '369 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 23 of the '369 patent. *See* **Exhibit N** (claim chart), attached and incorporated by reference.

115.    Defendant's past and continuing infringement of the '369 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

116.    Defendant's infringement of Senko's rights in the 369 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

21

## COUNT TWO
### (INFRINGEMENT OF U.S. PATENT NO. 11,333,836)

117.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-116 of this Amended and Supplemental Complaint as though fully set forth herein.

118.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '836 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '836 Patent by making, using, offering for sale and/or selling its fiber optic adapter products within this District and elsewhere in the United States and/or importing into the United States its fiber optic adapter products, in violation of 35 U.S.C. § 271(a).

119.    Defendant's accused fiber optic adapter products directly infringe the '836 Patent. For example, US Conec's Accused Products infringe at least claims 3-5 of the '836 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 3 of the '836 patent. *See* **Exhibit O** (claim chart), attached and incorporated by reference.

120.    Defendant's past and continuing infringement of the '836 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

121.    Defendant's infringement of Senko's rights in the '836 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## COUNT THREE
### (INFRINGEMENT OF U.S. PATENT NO. 11,340,413)

122.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-121 of this Amended and Supplemental Complaint as though fully set forth herein.

123.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '413 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '413 Patent by making, using, offering for sale and/or selling its fiber optic adapter and connector products within this District and elsewhere in the United States and/or importing into the United States its fiber optic adapter and connector products, in violation of 35 U.S.C. § 271(a).

124.    Defendant's accused fiber optic connectivity products, both adapters and connectors, directly and indirectly infringe the '413 Patent. For example, US Conec's Accused Products infringe at least claims 1-8, 10, 13-18, and 20-28 of the '413 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '413 patent. *See* **Exhibit P** (claim chart), attached and incorporated herein by reference.

125.    Defendant's past and continuing infringement of the '413 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

126.    Defendant's infringement of Senko's rights in the '413 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## COUNT FOUR
## (INFRINGEMENT OF U.S. PATENT NO. 11,415,760)

127.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-126 of this Amended and Supplemental Complaint as though fully set forth herein.

128.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '760 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '760 Patent by making, using, offering for sale and/or selling  its fiber optic adapter and connector products within this District and elsewhere in the United States and/or importing into the United States its fiber optic adapter and connector products, in violation of 35 U.S.C. § 271(a).

129.    Defendant's accused fiber optic connectivity products directly infringe the '760 Patent.  For example, US Conec's Accused Products infringe at least claims 1-4, 9-12, 13, and 15-17 of the '760 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '760 patent.  *See* **Exhibit Q** (claim chart), attached and incorporated herein by reference.

130.    Defendant's past and continuing infringement of the '760 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

131.    Defendant's infringement of Senko's rights in the '760 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## COUNT FIVE
## (INFRINGEMENT OF U.S. PATENT NO. 10,191,230)

132.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-131 of this Amended and Supplemental Complaint as though fully set forth herein.

133.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '230 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '230 Patent by making, using, offering for sale and/or selling its fiber optic connectivity products with polarity change features within this District and elsewhere in the United States and/or importing into the United States its fiber optic connectivity products with polarity change features, in violation of 35 U.S.C. § 271(a).

134.    Defendant's accused fiber optic connectivity products with polarity change features directly infringe the '230 Patent.  For example, US Conec's Accused Products infringe at least claims 1, 6, 9, 11, and 26-34 of the '230 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '230 patent, as amended by the '230 Reexamination Certificate. *See* **Exhibit R** (claim chart), attached and incorporated herein by reference.

135.    Defendant's past and continuing infringement of the '230 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

136.    Defendant's infringement of Senko's rights in the '230 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

**COUNT SIX**
**(INFRINGEMENT OF U.S. PATENT NO. 11,181,701)**

137.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-136 of this Amended and Supplemental Complaint as though fully set forth here.

138.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '701 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '701 Patent by making, using, offering for sale and/or selling its fiber optic connectivity products with polarity change features within this District and elsewhere in the United States and/or importing into the United States its fiber optic connectivity products with polarity change features, in violation of 35 U.S.C. § 271(a).

139.    Defendant's accused fiber optic connectivity products with polarity change features directly infringe the '701 Patent.  For example, US Conec's Accused Products infringe at least claims 1-53 of the '701 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '701 patent. *See* **Exhibit S** (claim chart), attached and incorporated by reference.

140.    Defendant's past and continuing infringement of the '701 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

141.    Defendant's infringement of Senko's rights in the '701 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## COUNT SEVEN
### (INFRINGEMENT OF U.S. PATENT NO. 11,061,190)

142.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-141 of this Amended and Supplemental Complaint as though fully set forth herein.

143.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '190 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '190 Patent by making, using, offering for sale and/or selling its fiber optic connectivity products with polarity change features within this District and elsewhere in the United States and/or importing into the United States its fiber optic connectivity products with polarity change features, in violation of 35 U.S.C. § 271(a).

144.    Defendant's accused fiber optic connectivity products with polarity change features directly infringe the '190 Patent.  For example, US Conec's Accused Products infringe at least claims 1-3 and 6-20 of the '190 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '190 patent.  *See* **Exhibit T** (claim chart), attached and incorporated by reference.

145.    Defendant's past and continuing infringement of the '190 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

146.    Defendant's infringement of Senko's rights in the '190 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## COUNT EIGHT
### (INFRINGEMENT OF U.S. PATENT NO. 11,391,895)

147.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-146 of this Amended and Supplemental Complaint as though fully set forth herein.

148.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '895 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '895 Patent by making, using, offering for sale and/or selling its MDC connectors with polarity change features within this District and elsewhere in the United States and/or importing into the United States its MDC connectors with polarity change features , in violation of 35 U.S.C. § 271(a).

149.    Defendant's accused MDC connectors with polarity change features directly infringe the '895 Patent.  For example, US Conec's Accused Products infringe at least claims 1-25 of the '895 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '895 patent.  *See* **Exhibit U** (claim chart), attached and incorporated by reference.

150.    Defendant's past and continuing infringement of the '895 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

151.    Defendant's infringement of Senko's rights in the '895 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## COUNT NINE
### (INFRINGEMENT OF U.S. PATENT NO. 11,435,535)

152.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-151 of this Amended and Supplemental Complaint as though fully set forth herein.

153.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '535 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '535 Patent by making, using, offering for sale and/or selling its MDC/MDC Jr. Adapters within this District and elsewhere in the United States and/or importing into the United States its MDC/MDC Jr. Adapters, in violation of 35 U.S.C. § 271(a).

154.    Defendant's accused MDC/MDC Jr. Adapters directly infringe the '535 Patent. For example, US Conec's Accused Products infringe at least claims 1-19 of the '535 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '535 patent.  *See* **Exhibit V** (claim chart), attached and incorporated by reference.

155.    Defendant's past and continuing infringement of the '535 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

156.    Defendant's infringement of Senko's rights in the '535 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## COUNT TEN
### (INFRINGEMENT OF U.S. PATENT NO. 11,585,989)

157.   Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-156 of this Amended and Supplemental Complaint as though fully set forth herein.

158.   Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '989 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '989 Patent by making, using, offering for sale and/or selling its MDC connector products with polarity change features within this District and elsewhere in the United States and/or importing into the United States its MDC connector products with polarity change features , in violation of 35 U.S.C. § 271(a).

159.   Defendant's accused MDC connector products with polarity change features directly infringe the '989 Patent.  For example, US Conec's Accused Products infringe at least claims 1-3 and 5-20 of the '989 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '989 patent.  *See* **Exhibit W** (claim chart), attached and incorporated by reference.

160.   Defendant's past and continuing infringement of the '989 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

161.   Defendant's infringement of Senko's rights in the '989 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## COUNT ELEVEN
### (INFRINGEMENT OF U.S. PATENT NO. 11,774,685)

162.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-161 of this Amended and Supplemental Complaint as though fully set forth herein.

163.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '685 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '685 Patent by making, using, offering for sale and/or selling its MDC and MMC adapter products within this District and elsewhere in the United States and/or importing into the United States its MDC and MMC adapter products, in violation of 35 U.S.C. § 271(a).

164.    Defendant's accused MDC and MMC adapter products directly infringe the '685 Patent.  For example, US Conec's Accused Products infringe at least claims 1-18 of the '685 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '685 patent.  *See* **Exhibit X** (claim chart), attached and incorporated by reference.

165.    Defendant's past and continuing infringement of the '685 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

166.    Defendant's infringement of Senko's rights in the '685 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## COUNT TWELVE
### (INFRINGEMENT OF U.S. PATENT NO. 11,809,006)

167.    Senko repeats, re-alleges, and incorporates by reference the averments of paragraphs 1-166 of this Amended and Supplemental Complaint as though fully set forth herein.

168.    Defendant US Conec, without license or authorization to do so, has infringed one or more claims of the '006 Patent, currently infringes, and will continue to infringe, literally or under the doctrine of equivalents, one or more claims the '006 Patent by making, using, offering for sale and/or selling its MDC and MMC fiber optic connectivity products within this District and elsewhere in the United States and/or importing into the United States its MDC and MMC fiber optic connectivity products , in violation of 35 U.S.C. § 271(a).

169.    Defendant's accused MDC and MMC fiber optic connectivity products directly infringe the '006 Patent.  For example, US Conec's Accused Products infringe at least claims 1-31 of the '006 Patent. By way of further illustrative infringement, Senko provides an exemplary claim chart for claim 1 of the '006 patent.  *See* **Exhibit Y** (claim chart), attached and incorporated by reference.

170.    Defendant's past and continuing infringement of the '006 Patent by its sales and offers for sale of the Accused Products are causing economic harm to Senko, for which Senko is entitled to damages for past infringement up to and including the date of judgment in an amount to be determined by the Court but in no event less than a reasonable royalty.

171.    Defendant's infringement of Senko's rights in the '006 Patent has caused, is causing, and will continue to cause irreparable harm to Senko for which there is no adequate remedy at law, and such irreparable harm will continue unless US Conec is enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Senko respectfully requests that the Court find in its favor and against the Defendant US Conec, and that the Court grant Senko the following relief:

a. A judgment in favor of Senko that US Conec has infringed one or more claims of the following Asserted Patents of Senko: U.S. Patent Nos. 11,307,369; 11,333,836; 11,340,413; 11,415,760; 10,191,230; 11,181,701; 11,061,190; 11,391,895; 11,435,535; 11,585,989; 11,774,685; and 11,809,006;

b. A permanent injunction pursuant to 35 U.S.C. § 283, enjoining US Conec and each of its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from continued acts of infringement, including, but not limited to, directly infringing or inducing the infringement of, or contributing to the infringement of the Asserted Patents, or such other equitable relief the Court determines is warranted;

c. An accounting of and an award to Senko of damages adequate to compensate Senko for US Conec's acts of infringement, including lost profits and/or a reasonable royalty, and also including supplemental damages for any post-verdict infringement up until entry of final judgment with an accounting as needed, together with pre-judgment and post-judgment interest pursuant to 35 U.S.C. § 284;

d. Finding US Conec's infringement to be willful and an award to Senko of enhanced damages in an amount up to treble the amount of compensatory damages as justified under 35 U.S.C. § 284 for US Conec's willful infringement;

e. A declaration that this is an exceptional case, including, an award to Senko of its costs, expenses, and reasonable attorneys' fees under 35 U.S.C. § 285 and all other applicable statutes and rules in common law as may apply;

f. An award to Senko of its costs pursuant to 35 U.S.C. § 284 and/or Fed. R. Civ. P. 54(d); and

g. An award of any such further relief that the Court deems just and proper.


Dated: February 1, 2024

OF COUNSEL:

Kevin Conneely
STINSON LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 335-1829
kevin.conneely@stinson.com

Timothy D. Krieger
STINSON LLP
7700 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105
(314) 345.7056
Timothy.krieger@stinson.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


 */s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff*
*Senko Advanced Components, Inc.*

## Index of Exhibits to Complaint

| EXHIBIT NO. | DESCRIPTION |
|:---:|:---|
| A | US PATENT NO. 11,307,369 |
| B | US PATENT NO. 11,333,836 |
| C | US PATENT NO. 11,340,413 |
| D | US PATENT NO. 11,415,760 |
| E | US PATENT NO. 10,191,230 |
| F | US PATENT EX PARTE REEXAMINATION CERTIFICATE NO. 10,191,230 C1 |
| G | US PATENT NO. 11,181,701 |
| H | US PATENT NO. 11,061,190 |
| I | US PATENT NO. 11,391,895 |
| J | US PATENT NO. 11,435,535 |
| K | US PATENT NO. 11,585,989 |
| L | US PATENT NO. 11,774,685 |
| M | US PATENT NO. 11,809,006 |
| N | CLAIM CHART FOR 369 PATENT |
| O | CLAIM CHART FOR 836 PATENT |
| P | CLAIM CHART FOR 413 PATENT |
| Q | CLAIM CHART FOR 760 PATENT |
| R | CLAIM CHART FOR 230 PATENT |
| S | CLAIM CHART FOR 701 PATENT |
| T | CLAIM CHART FOR 190 PATENT |
| U | CLAIM CHART FOR 895 PATENT |
| V | CLAIM CHART FOR 535 PATENT |
| W | CLAIM CHART FOR 989 PATENT |
| X | CLAIM CHART FOR 685 PATENT |
| Y | CLAIM CHART FOR 006 PATENT |

# EXHIBIT A



US011307369B2

(12) **United States Patent**
Takano et al.

(10) Patent No.: **US 11,307,369 B2**
(45) Date of Patent: **Apr. 19, 2022**

(54) **ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING**

(71) Applicant: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jimmy Jun-Fu Chang**, Worcester, MA (US)

(73) Assignee: **Senko Advanced Components, Inc.,** Marlborough (MA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/370,057**

(22) Filed: **Jul. 8, 2021**

(65) **Prior Publication Data**

US 2021/0373262 A1    Dec. 2, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/327,197, filed on May 21, 2021, which is a continuation of application
(Continued)

(51) **Int. Cl.**
*G02B 6/42* (2006.01)
*G02B 6/38* (2006.01)

(52) **U.S. Cl.**
CPC ........... *G02B 6/4292* (2013.01); *G02B 6/387* (2013.01); *G02B 6/3825* (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 681,132 | A | 8/1901 | Norton |
| 3,721,945 | A | 3/1973 | Hults |
(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2495693 | A1 | 4/2004 |
| CA | 2495693 | A1 | 4/2004 |
(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion; Application No. PCT/US2018/042202, dated Dec. 7, 2018, pp. 17.
(Continued)

*Primary Examiner* — Tina M Wong

(57) **ABSTRACT**

An optical connector holding one or more optical ferrule assembly is provided. The optical connector includes an outer body, an inner front body accommodating the one or more optical ferrule assembly, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four optical ferrule assembly are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight optical ferrule assembly are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A receptacle can hold one or more connector inner bodies forming a single boot for all the optical fibers of the inner bodies.

**40 Claims, 82 Drawing Sheets**



# US 11,307,369 B2

Page 2

## Related U.S. Application Data

No. 17/090,855, filed on Nov. 5, 2020, which is a continuation of application No. 16/414,546, filed on May 16, 2019, now Pat. No. 10,859,778, which is a continuation of application No. 16/388,053, filed on Apr. 18, 2019, now Pat. No. 11,169,338, which is a continuation of application No. 16/035,691, filed on Jul. 15, 2018, now Pat. No. 10,281,668.

(60) Provisional application No. 62/588,276, filed on Nov. 17, 2017, provisional application No. 62/549,655, filed on Aug. 24, 2017, provisional application No. 62/532,710, filed on Jul. 14, 2017.

(52) **U.S. Cl.**
CPC .......... *G02B 6/3893* (2013.01); *G02B 6/3873* (2013.01); *G02B 6/3878* (2013.01); *G02B 6/4228* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,150,790 | A | 4/1979 | Potter |
| 4,240,695 | A | 12/1980 | Evans |
| 4,327,964 | A | 5/1982 | Haesley et al. |
| 4,478,473 | A | 10/1984 | Frear |
| 4,762,388 | A | 8/1988 | Tanaka et al. |
| 4,764,129 | A | 8/1988 | Jones et al. |
| 4,840,451 | A | 6/1989 | Sampson et al. |
| 4,872,736 | A | 10/1989 | Myers et al. |
| 4,979,792 | A | 12/1990 | Weber |
| 5,026,138 | A | 6/1991 | Boudreau |
| 5,031,981 | A | 7/1991 | Peterson |
| 5,011,025 | A | 8/1991 | Haitmanek |
| 5,041,025 | A | 8/1991 | Haitmanek |
| 5,073,045 | A | 12/1991 | Abendschein |
| D323,143 | S | 1/1992 | Ohkura et al. |
| 5,101,463 | A | 3/1992 | Cubukciyan |
| 5,146,813 | A | 9/1992 | Stanfill, Jr. |
| 5,159,652 | A | 10/1992 | Grassin D'Alphonse |
| 5,212,752 | A | 5/1993 | Stephenson et al. |
| 5,265,181 | A | 11/1993 | Chang |
| 5,289,554 | A | 2/1994 | Cubukciyan et al. |
| 5,315,679 | A | 5/1994 | Baldwin |
| 5,317,663 | A | 5/1994 | Beard et al. |
| 5,321,784 | A | 6/1994 | Cubukciyan et al. |
| 5,335,301 | A | 8/1994 | Newman et al. |
| 5,348,487 | A | 9/1994 | Marazzi et al. |
| 5,418,875 | A | 5/1995 | Nakano |
| 5,444,806 | A | 8/1995 | de Marchi et al. |
| 5,481,634 | A | 1/1996 | Anderson et al. |
| 5,506,922 | A | 4/1996 | Grois et al. |
| 5,521,997 | A | 5/1996 | Rovenolt et al. |
| 5,570,445 | A | 10/1996 | Chou et al. |
| 5,588,079 | A | 12/1996 | Tanabe et al. |
| 5,602,951 | A | 2/1997 | Shiota |
| 5,684,903 | A | 11/1997 | Kyomasu et al. |
| 5,687,268 | A | 11/1997 | Stephenson et al. |
| 5,781,681 | A | 7/1998 | Manning |
| 5,845,036 | A | 12/1998 | De Marchi |
| 5,862,282 | A | 1/1999 | Matsuura |
| 5,915,987 | A | 6/1999 | Reed |
| 5,930,426 | A | 7/1999 | Harting |
| 5,937,130 | A | 8/1999 | Amberg et al. |
| 5,953,473 | A | 9/1999 | Shimotsu |
| 5,956,444 | A | 9/1999 | Duda et al. |
| 5,971,626 | A | 10/1999 | Knodell et al. |
| 6,041,155 | A | 3/2000 | Anderson et al. |
| 6,049,040 | A | 4/2000 | Biles et al. |
| 6,095,862 | A | 8/2000 | Doye |
| 6,134,370 | A | 10/2000 | Childers et al. |
| 6,178,283 | B1 | 1/2001 | Weigel |
| RE37,080 | E | 3/2001 | Stephenson et al. |
| 6,206,577 | B1 | 3/2001 | Hall, III et al. |
| 6,206,581 | B1 | 3/2001 | Driscoll et al. |
| 6,227,717 | B1 | 5/2001 | Ott et al. |
| 6,238,104 | B1 | 5/2001 | Yamakawa et al. |
| 6,240,228 | B1 | 5/2001 | Chen |
| 6,247,849 | B1 | 6/2001 | Liu |
| 6,250,817 | B1 | 6/2001 | Lampert et al. |
| 6,276,840 | B1 | 8/2001 | Weiss |
| 6,318,903 | B1 | 11/2001 | Andrews |
| 6,364,537 | B1 | 4/2002 | Maynard |
| 6,379,052 | B1 | 4/2002 | de Jong |
| 6,422,759 | B1 | 7/2002 | Kevern |
| 6,450,695 | B1 | 9/2002 | Matsumoto |
| 6,461,054 | B1 | 10/2002 | Iwase |
| 6,471,412 | B1 | 10/2002 | Belenkiy et al. |
| 6,478,472 | B1 | 11/2002 | Anderson et al. |
| 6,485,194 | B1 | 11/2002 | Shirakawa |
| 6,527,450 | B1 | 3/2003 | Miyachi |
| 6,530,696 | B1 | 3/2003 | Ueda |
| 6,551,117 | B2 | 4/2003 | Poplawski et al. |
| 6,565,262 | B2 | 5/2003 | Childers |
| 6,572,276 | B1 | 6/2003 | Theis |
| 6,579,014 | B2 | 6/2003 | Melton et al. |
| 6,585,194 | B1 | 7/2003 | Brushwood |
| 6,634,796 | B2 | 10/2003 | de Jong |
| 6,634,801 | B1 | 10/2003 | Waldron et al. |
| 6,648,520 | B2 | 11/2003 | McDonald et al. |
| 6,668,113 | B2 | 12/2003 | Togami |
| 6,682,228 | B2 | 1/2004 | Ralhnam et al. |
| 6,685,362 | B2 | 2/2004 | Burkholder et al. |
| 6,695,486 | B1 | 2/2004 | Falkenberg |
| 6,811,321 | B1 | 11/2004 | Schmalzigaug et al. |
| 6,817,272 | B2 | 11/2004 | Holland |
| 6,854,894 | B1 | 2/2005 | Yunker et al. |
| 6,869,227 | B2 | 3/2005 | Del Grosso |
| 6,872,039 | B2 | 3/2005 | Baus et al. |
| 6,935,789 | B2 | 8/2005 | Gross, III et al. |
| 7,036,993 | B2 | 5/2006 | Luther |
| 7,052,186 | B1 | 5/2006 | Bates |
| 7,077,576 | B2 | 7/2006 | Luther |
| 7,090,407 | B2 | 8/2006 | Melton et al. |
| 7,091,421 | B2 | 8/2006 | Kukita et al. |
| 7,111,990 | B2 | 9/2006 | Melton et al. |
| 7,113,679 | B2 | 9/2006 | Melton et al. |
| D533,504 | S | 12/2006 | Lee |
| D534,124 | S | 12/2006 | Taguchi |
| 7,150,567 | B1 | 12/2006 | Luther et al. |
| 7,153,041 | B2 | 12/2006 | Mine et al. |
| 7,198,409 | B2 | 4/2007 | Smith et al. |
| 7,207,724 | B2 | 4/2007 | Gurreri |
| D543,146 | S | 5/2007 | Chen et al. |
| 7,258,493 | B2 | 8/2007 | Milette |
| 7,261,472 | B2 | 8/2007 | Suzuki et al. |
| 7,264,402 | B2 | 9/2007 | Theuerkorn |
| 7,281,859 | B2 | 10/2007 | Mudd et al. |
| 7,284,912 | B2 | 10/2007 | Suzuki et al. |
| D558,675 | S | 1/2008 | Chien et al. |
| 7,315,682 | B1 | 1/2008 | En Lin et al. |
| 7,325,976 | B2 | 2/2008 | Gurreri et al. |
| 7,325,980 | B2 | 2/2008 | Pepe |
| 7,329,137 | B2 | 2/2008 | Martin et al. |
| 7,347,634 | B2 | 3/2008 | Gunther et al. |
| 7,354,291 | B2 | 4/2008 | Caveney et al. |
| 7,331,718 | B2 | 5/2008 | Yazaki et al. |
| 7,371,082 | B2 | 5/2008 | Zimmel et al. |
| 7,387,447 | B2 | 6/2008 | Mudd et al. |
| 7,390,203 | B2 | 6/2008 | Murano et al. |
| D572,661 | S | 7/2008 | En Lin et al. |
| 7,431,604 | B2 | 10/2008 | Waters et al. |
| 7,463,803 | B2 | 12/2008 | Cody et al. |
| 7,465,180 | B2 | 12/2008 | Kusuda et al. |
| 7,473,124 | B1 | 1/2009 | Briant |
| 7,510,335 | B1 | 3/2009 | Su et al. |
| 7,513,695 | B1 | 4/2009 | Lin et al. |
| 7,534,128 | B2 | 5/2009 | Caveney et al. |
| 7,540,666 | B2 | 6/2009 | Luther |
| 7,561,775 | B2 | 7/2009 | Lin et al. |
| 7,588,373 | B1 | 9/2009 | Sato |
| 7,591,595 | B2 | 9/2009 | Lue et al. |
| 7,594,766 | B1 | 9/2009 | Sasser et al. |

**US 11,307,369 B2**

Page 3

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,641,398 | B2 | 1/2010 | O'Riorden et al. |
| 7,695,199 | B2 | 4/2010 | Teo et al. |
| 7,699,533 | B2 | 4/2010 | Milette |
| 7,712,970 | B1 | 5/2010 | Lee |
| 7,717,625 | B2 | 5/2010 | Margolin |
| 7,824,113 | B2 | 11/2010 | Wong et al. |
| 7,837,395 | B2 | 11/2010 | Lin et al. |
| D641,708 | S | 7/2011 | Tammauchi |
| 8,083,450 | B1 | 12/2011 | Smith et al. |
| 8,152,385 | B2 | 4/2012 | de Jong |
| 8,186,890 | B2 | 5/2012 | Lu |
| 8,192,091 | B2 | 6/2012 | Hsu et al. |
| 8,202,009 | B2 | 6/2012 | Lin et al. |
| 8,221,007 | B2 | 7/2012 | Peterhans |
| 8,251,733 | B2 | 8/2012 | Wu |
| 8,267,595 | B2 | 9/2012 | Lin et al. |
| 8,270,796 | B2 | 9/2012 | Nhep |
| 8,408,815 | B2 | 4/2013 | Lin et al. |
| 8,414,196 | B2 | 4/2013 | Lu |
| 8,465,317 | B2 | 6/2013 | Gniadek et al. |
| 8,534,928 | B2 | 9/2013 | Cooke |
| 8,550,728 | B2 | 10/2013 | Takahashi |
| 8,556,645 | B2 | 10/2013 | Crain |
| 8,559,781 | B2 | 10/2013 | Childers |
| 8,622,634 | B2 | 1/2014 | Arnold |
| 8,636,424 | B2 | 1/2014 | Kuffel et al. |
| 8,651,749 | B2 | 2/2014 | Clovis et al. |
| 8,676,022 | B2 | 3/2014 | Jones |
| 8,678,670 | B2 | 3/2014 | Takahashi |
| 8,727,638 | B2 | 5/2014 | Lee |
| 8,757,894 | B2 | 6/2014 | Katoh |
| 8,764,308 | B2 | 7/2014 | Irwin |
| 8,770,863 | B2 | 7/2014 | Cooke et al. |
| 8,869,661 | B2 | 10/2014 | Opstad |
| 9,052,474 | B2 | 6/2015 | Jiang |
| 9,063,296 | B2 | 6/2015 | Dong |
| 9,250,399 | B2 | 2/2016 | Margolin et al. |
| 9,250,402 | B2 | 2/2016 | Ishii et al. |
| 9,310,569 | B2 | 4/2016 | Lee |
| 9,366,829 | B2 | 6/2016 | Czosnowski |
| 9,411,110 | B2 | 8/2016 | Barnette, Jr. et al. |
| 9,448,370 | B2 | 9/2016 | Xue et al. |
| 9,465,172 | B2 | 10/2016 | Shih |
| 9,494,744 | B2 | 11/2016 | de Jong |
| 9,548,557 | B2 | 1/2017 | Liu |
| 9,551,842 | B2 | 1/2017 | Theuerkorn |
| 9,557,495 | B2 | 1/2017 | Raven et al. |
| 9,568,686 | B2 | 2/2017 | Fewkes et al. |
| 9,581,768 | B1 | 2/2017 | Baca et al. |
| 9,599,778 | B2 | 3/2017 | Wong et al. |
| 9,658,409 | B2 | 5/2017 | Gniadek |
| 9,678,283 | B1 | 6/2017 | Chang et al. |
| 9,684,130 | B2 | 6/2017 | Veatch et al. |
| 9,684,136 | B2 | 6/2017 | Cline et al. |
| 9,684,313 | B2 | 6/2017 | Chajec |
| 9,709,753 | B1 | 8/2017 | Chang et al. |
| 9,778,425 | B2 | 10/2017 | Nguyen |
| 9,829,644 | B2 | 11/2017 | Nguyen |
| 9,829,645 | B2 | 11/2017 | Good |
| 9,829,653 | B1 | 11/2017 | Nishiguchi |
| 9,869,825 | B2 | 1/2018 | Bailey et al. |
| 9,880,361 | B2 | 1/2018 | Childers |
| 9,946,035 | B2 | 4/2018 | Gustafson |
| 9,971,103 | B2 | 5/2018 | de Jong et al. |
| 9,989,711 | B2 | 6/2018 | Ott et al. |
| 10,031,296 | B2 | 7/2018 | Good |
| 10,067,301 | B2 | 9/2018 | Murray |
| 10,107,972 | B1 | 10/2018 | Gniadek et al. |
| 10,114,180 | B2 | 10/2018 | Suzic |
| 10,146,011 | B2 | 12/2018 | Nhep |
| 10,281,668 | B2 | 5/2019 | Takano et al. |
| 10,281,669 | B2 | 5/2019 | Takano et al. |
| 10,859,778 | B2 * | 12/2020 | Takano ................ G02B 6/4292 |
| 11,181,701 | B2 * | 11/2021 | Wong .................... G02B 6/3821 |
| 2002/0168148 | A1 | 11/2002 | Gilliland |

| | | | |
|---|---|---|---|
| 2002/0172467 | A1 | 11/2002 | Anderson et al. |
| 2002/0191919 | A1 | 12/2002 | Nolan |
| 2003/0053787 | A1 | 3/2003 | Lee |
| 2003/0063862 | A1 | 4/2003 | Fillion |
| 2003/0157825 | A1 | 8/2003 | Kane |
| 2004/0052473 | A1 | 3/2004 | Seo |
| 2004/0109646 | A1 | 6/2004 | Anderson |
| 2004/0161958 | A1 | 6/2004 | Togami et al. |
| 2004/0136657 | A1 | 7/2004 | Ngo |
| 2004/0141693 | A1 | 7/2004 | Szilagvi et al. |
| 2004/0234209 | A1 | 11/2004 | Cox et al. |
| 2004/0247252 | A1 | 12/2004 | Ehrenreich |
| 2005/0036744 | A1 | 2/2005 | Caveney et al. |
| 2005/0111796 | A1 | 5/2005 | Matasek et al. |
| 2005/0135755 | A1 | 6/2005 | Kiani et al. |
| 2005/0141817 | A1 | 6/2005 | Yazaki et al. |
| 2006/0013539 | A1 | 1/2006 | Thaler |
| 2006/0076061 | A1 | 4/2006 | Bush |
| 2006/0089049 | A1 | 4/2006 | Sedor |
| 2006/0127025 | A1 | 6/2006 | Haberman |
| 2006/0153503 | A1 | 7/2006 | Suzuki |
| 2006/0160429 | A1 | 7/2006 | Dawiedczyk et al. |
| 2006/0193562 | A1 | 8/2006 | Theuerkorn |
| 2006/0269194 | A1 | 11/2006 | Luther et al. |
| 2006/0274411 | A1 | 12/2006 | Yamauchi |
| 2007/0025665 | A1 | 2/2007 | Dean |
| 2007/0028409 | A1 | 2/2007 | Yamada |
| 2007/0079854 | A1 | 4/2007 | You |
| 2007/0098329 | A1 | 6/2007 | Shimoji et al. |
| 2007/0149028 | A1 | 6/2007 | Yu et al. |
| 2007/0149062 | A1 | 6/2007 | Long et al. |
| 2007/0230874 | A1 | 10/2007 | Lin |
| 2007/0232115 | A1 | 10/2007 | Burke et al. |
| 2007/0243749 | A1 | 10/2007 | Wu |
| 2008/0008430 | A1 | 1/2008 | Kewitsch |
| 2008/0013896 | A1 | 1/2008 | Salzberg et al. |
| 2008/0044137 | A1 | 2/2008 | Luther et al. |
| 2008/0056647 | A1 | 3/2008 | Margolin et al. |
| 2008/0064334 | A1 | 3/2008 | Hamadi |
| 2008/0069501 | A1 | 3/2008 | Mudd et al. |
| 2008/0101757 | A1 | 5/2008 | Lin et al. |
| 2008/0226237 | A1 | 9/2008 | O'Rioreden et al. |
| 2008/0267566 | A1 | 10/2008 | En Lin |
| 2009/0028507 | A1 | 1/2009 | Jones et al. |
| 2009/0047818 | A1 | 2/2009 | Irwin et al. |
| 2009/0092360 | A1 | 4/2009 | Lin et al. |
| 2009/0176401 | A1 | 7/2009 | Gu |
| 2009/0196555 | A1 | 8/2009 | Lin et al. |
| 2009/0214162 | A1 | 8/2009 | O'Riorden et al. |
| 2009/0220197 | A1 | 9/2009 | Gniadek |
| 2009/0220200 | A1 | 9/2009 | Wong et al. |
| 2009/0222457 | A1 | 9/2009 | Gallant |
| 2009/0290839 | A1 | 11/2009 | En Lin |
| 2009/0290938 | A1 | 11/2009 | Asaoka |
| 2010/0034502 | A1 | 2/2010 | Lu et al. |
| 2010/0054668 | A1 | 3/2010 | Nelson |
| 2010/0061069 | A1 | 3/2010 | Cole |
| 2010/0092136 | A1 | 4/2010 | Nhep |
| 2010/0220961 | A1 | 9/2010 | de Jong et al. |
| 2010/0247041 | A1 | 9/2010 | Szilagyi |
| 2010/0284656 | A1 | 11/2010 | Morra |
| 2010/0322561 | A1 | 12/2010 | Lin et al. |
| 2011/0044588 | A1 | 2/2011 | Larson et al. |
| 2011/0058773 | A1 | 3/2011 | Peterhans |
| 2011/0131801 | A1 | 6/2011 | Nelson et al. |
| 2011/0155810 | A1 | 6/2011 | Taniguichi |
| 2011/0177710 | A1 | 7/2011 | Tobey |
| 2011/0239220 | A1 | 9/2011 | Gibson |
| 2012/0099822 | A1 | 4/2012 | Kuffel et al. |
| 2012/0155810 | A1 | 6/2012 | Nakagawa |
| 2012/0189260 | A1 | 7/2012 | Kowalczyk et al. |
| 2012/0237177 | A1 | 9/2012 | Minota |
| 2012/0269485 | A1 | 10/2012 | Haley et al. |
| 2012/0301080 | A1 | 11/2012 | Gniadek |
| 2012/0308183 | A1 | 12/2012 | Irwin |
| 2012/0328248 | A1 | 12/2012 | Larson |
| 2013/0019423 | A1 | 1/2013 | Srutkowski |
| 2013/0071067 | A1 | 3/2013 | Lin |
| 2013/0089995 | A1 | 4/2013 | Gniadek et al. |

## US 11,307,369 B2
Page 4

(56)　　　　　　References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0094816 A1 | 4/2013 | Lin et al. | |
| 2013/0101258 A1 | 4/2013 | Hikosaka | |
| 2013/0121653 A1 | 5/2013 | Shitama et al. | |
| 2013/0170797 A1 | 7/2013 | Ott | |
| 2013/0183012 A1 | 7/2013 | Lopez et al. | |
| 2013/0216185 A1 | 8/2013 | Klavuhn | |
| 2013/0259429 A1 | 10/2013 | Czosnowski et al. | |
| 2013/0308915 A1 | 11/2013 | Buff | |
| 2013/0322825 A1* | 12/2013 | Cooke .................. | G02B 6/3831 |
| | | | 385/59 |
| 2014/0016901 A1 | 1/2014 | Lambourn et al. | |
| 2014/0023322 A1 | 1/2014 | Gniadek | |
| 2014/0050446 A1 | 2/2014 | Chang | |
| 2014/0056562 A1 | 2/2014 | Limbert | |
| 2014/0133808 A1 | 5/2014 | Hill et al. | |
| 2014/0169727 A1 | 6/2014 | Veatch et al. | |
| 2014/0219621 A1 | 8/2014 | Barnette, Jr. et al. | |
| 2014/0226946 A1 | 8/2014 | Cooke et al. | |
| 2014/0241644 A1 | 8/2014 | Kang | |
| 2014/0241678 A1 | 8/2014 | Bringuier et al. | |
| 2014/0241688 A1 | 8/2014 | Isenhour et al. | |
| 2014/0334780 A1 | 11/2014 | Nguyen et al. | |
| 2014/0348477 A1 | 11/2014 | Chang | |
| 2015/0003788 A1 | 1/2015 | Chen | |
| 2015/0111417 A1 | 4/2015 | Vanderwoud | |
| 2015/0177463 A1 | 6/2015 | Lee | |
| 2015/0198766 A1 | 7/2015 | Takahashi | |
| 2015/0212282 A1 | 7/2015 | Lin | |
| 2015/0241644 A1 | 8/2015 | Lee | |
| 2015/0301294 A1 | 10/2015 | Chang et al. | |
| 2015/0331201 A1 | 11/2015 | Takano et al. | |
| 2015/0355417 A1 | 12/2015 | Takano et al. | |
| 2015/0370021 A1 | 12/2015 | Chan | |
| 2015/0378113 A1 | 12/2015 | Good et al. | |
| 2016/0131849 A1 | 5/2016 | Takano et al. | |
| 2016/0139343 A1 | 5/2016 | Dean, Jr. et al. | |
| 2016/0161681 A1 | 6/2016 | Banal, Jr. et al. | |
| 2016/0172852 A1 | 6/2016 | Tamura | |
| 2016/0178852 A1 | 6/2016 | Takano | |
| 2016/0195682 A1 | 6/2016 | Takano | |
| 2016/0291262 A1 | 6/2016 | Chang et al. | |
| 2016/0231512 A1 | 8/2016 | Seki | |
| 2016/0259135 A1 | 9/2016 | Gniadek et al. | |
| 2016/0266326 A1 | 9/2016 | Gniadek | |
| 2016/0320572 A1 | 11/2016 | Gniadek | |
| 2016/0349458 A1 | 12/2016 | Murray | |
| 2016/0370545 A1 | 12/2016 | Jiang | |
| 2017/0003458 A1 | 1/2017 | Gniadek | |
| 2017/0205587 A1 | 7/2017 | Chang et al. | |
| 2017/0205590 A1 | 7/2017 | Bailey | |
| 2017/0205591 A1 | 7/2017 | Takano et al. | |
| 2017/0212313 A1 | 7/2017 | Elenabaas | |
| 2017/0212316 A1 | 7/2017 | Takano | |
| 2017/0254961 A1 | 9/2017 | Kamada et al. | |
| 2017/0276275 A1 | 9/2017 | Beemer et al. | |
| 2017/0276887 A1 | 9/2017 | Allen | |
| 2017/0277059 A1 | 9/2017 | Miura et al. | |
| 2017/0343740 A1* | 11/2017 | Nguyen ............... | G02B 6/4246 |
| 2018/0128988 A1 | 5/2018 | Chang | |
| 2018/0156988 A1 | 6/2018 | Gniadek | |
| 2018/0172923 A1 | 6/2018 | Bauco | |
| 2018/0252872 A1 | 9/2018 | Chen | |
| 2018/0341069 A1 | 11/2018 | Takano | |
| 2019/0064447 A1 | 2/2019 | Chang et al. | |
| 2019/0204513 A1 | 7/2019 | Davidson et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2836038 Y | 11/2006 |
| CN | 2836038 Y | 11/2006 |
| CN | 201383588 Y | 1/2010 |
| CN | 201383588 Y | 1/2010 |
| CN | 2026500189 U | 12/2013 |
| CN | 106997078 | 8/2017 |
| DE | 19507669 A1 | 9/1996 |
| DE | 202006011910 U1 | 3/2007 |
| DE | 102006019335 U1 | 10/2007 |
| EP | 1074868 A1 | 2/2001 |
| EP | 1074868 A1 | 7/2001 |
| EP | 1211537 A2 | 6/2002 |
| EP | 1211537 A3 | 6/2002 |
| EP | 1245980 A1 | 10/2002 |
| EP | 1566674 A2 | 8/2005 |
| GB | 2111240 A | 6/1983 |
| JP | 2000089059 A | 3/2000 |
| JP | 03752331 B2 | 3/2006 |
| JP | 2009229545 A | 10/2009 |
| JP | 2009276493 A | 11/2009 |
| JP | 04377820 B2 | 12/2009 |
| JP | 2011027876 A | 2/2011 |
| JP | 2012053375 A | 3/2012 |
| KR | 20040028409 A | 4/2006 |
| KR | 2009005382 A | 1/2009 |
| KR | 200905382 U | 6/2009 |
| KR | 1371686 B1 | 3/2014 |
| TW | 200821653 A | 5/2008 |
| WO | 200179904 A2 | 10/2001 |
| WO | WO2001079904 A2 | 10/2001 |
| WO | 2004027485 A1 | 4/2004 |
| WO | WO2006007120 A1 | 1/2006 |
| WO | 2008112986 A1 | 9/2008 |
| WO | 2009135787 A1 | 11/2009 |
| WO | 2010024851 A2 | 3/2010 |
| WO | 2012136702 A1 | 10/2012 |
| WO | 2012162385 A1 | 11/2012 |
| WO | WO2012162385 A1 | 11/2012 |
| WO | 2014028527 A1 | 2/2014 |
| WO | 2014182351 A1 | 11/2014 |
| WO | WO2015103783 A1 | 7/2015 |
| WO | 2015191024 A1 | 12/2015 |
| WO | 2016019993 A1 | 2/2016 |
| WO | 2016148741 A1 | 9/2016 |
| WO | WO2019126333 A1 | 6/2019 |

### OTHER PUBLICATIONS

International Search Report and Written Opinion, Application No. PCT/US2019/013861, dated Apr. 8, 2019, pp. 15.
Fiber Optic Connectors Tutorial, 2018, pp. 20.
Fiber Optic Glossary, Feb. 29, 2016, pp. 93.
"Fiber Optic Interconnect Solutions, Tactical Fiber Optical Connectors, Cables and Termini" 2006, Glenair, Inc., Glendale, California, www.mps-electronics.de, pp. 232.
"Fiber Optic Products Catalog" Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania, www.ampnetconnect.com, pp. 204.
"Fiber Optic Connectors and Assemblies Catalog" 2009, Huber & Suhner Fiver Optics, Herisau, Switzerland, www.hubersuhner.com, pp. 104.
PCT/US2018/062406 International Search Report dated Mar. 18, 2019.
PCT/US2018/062406 The written Opinion dated Mar. 18, 2019.
PCT/US2018/062405 International Search Report dated Apr. 3, 2019.
PCT/US2018/062405 The written Opinion dated Apr. 3, 2019.
PCT/IB2018/056133 Written Opinion dated Jan. 3, 2019.
PCY/IB/056133 Search Report dated Jan. 3, 2019.
Final Office Action, U.S. Appl. No. 16/035,691, dated Feb. 11, 2019, pp. 8.
Non-Final Office Action, U.S. Appl. No. 16/035,695, dated Sep. 28, 2018, pp. 7.
International Search Report and Written Opinion, Application No. PCT/US/2018/042202, pp. 17, dated Dec. 7, 2018.
International Search Report and Written Opinion, Application No. PCT/US19/24718, dated Jun. 26, 2019, pp. 7.
ISR for PCT/US2019/013861, dated Apr. 8, 2019, 3 pages.
WO for PCT/US2019/013861, dated Apr. 8, 2019, 11 pages.
International Search Report and Written Opinion for Application No. PCT/US2018/62406 dated Mar. 18, 2019, 12, pages, United States.

## US 11,307,369 B2

Page 5

(56)  **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion for Application No. PCT/US2019/40700 dated Sep. 27, 2019, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/50895 dated Jan. 6, 2020, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/50909 dated Dec. 17, 2019, 11, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/56564 dated Jan. 14, 2020, 14, pages, United States.
International Search Report and Written Opinion, Application No. PCT/US19/46397, dated Nov. 12, 2019, pp. 6.
International Search Report; PCT/US2018/042202 filed Jul. 16, 2018; Applicant: Senko Advanced Components, Inc.
International Preliminary Report on Patentability for PCT/US2019/022940 dated Oct. 1, 2020, 11 pages.
Extended European Search Report and Written Opinion, Application No. 18832246.5, dated Mar. 15, 2021, pp. 6.

* cited by examiner



FIG. 1B
(Prior Art)

FIG. 1A
(Prior Art)



FIG. 1D
(Prior Art)

FIG. 1C
(Prior Art)



FIG. 2A
(Prior Art)

FIG. 2B
(Prior Art)



FIG. 2C
(Prior Art)

FIG. 2D
(Prior Art)



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10







FIG. 13





FIG. 15A

FIG. 15B



FIG. 16



FIG. 17







FIG. 20



FIG. 21A



FIG. 21B



**FIG. 22**



FIG. 23A



FIG. 23B



FIG. 24



FIG. 25A



FIG. 25B



FIG. 26



FIG. 27B



FIG. 27A



FIG. 28B

FIG. 28A



FIG. 29B



FIG. 29A



FIG. 29C



FIG. 29D



FIG. 29E



FIG. 30



FIG. 31



FIG. 32A



FIG. 32B



FIG. 33A



FIG. 33B







FIG. 36A



FIG. 36B





FIG. 38



FIG. 39





FIG. 41



FIG. 42B

FIG. 42A



FIG. 43



FIG. 44A



FIG. 44B



FIG. 44C



FIG. 45



FIG. 46



FIG. 47



FIG. 48



FIG. 49



FIG. 50



5103

FIG. 51



FIG. 52



**FIG. 53**



**FIG. 54**



10510



10501

10502

10509

10513

10512

FIG. 55



FIG. 56



FIG. 57



**FIG. 58**



FIG. 59



FIG. 60



**FIG. 61**



FIG. 62A



FIG. 62B



FIG.62C



**FIG. 63A**



**FIG. 63B**



FIG. 64



FIG. 65



FIG. 66A



FIG. 66B



FIG. 67A



FIG. 67B



FIG. 67C



FIG. 67D



FIG. 68A



FIG. 68B



FIG. 69

US 11,307,369 B2

1

## ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority as continuation of U.S. patent application Ser. No. 17/327,197 filed on May 21, 1921 entitled "ULTRA-SMALL FORM FACTOR OPTI-CAL CONNECTORS USED AS PART OF A RECONFIG-URABLE OUTER HOUSING" which is a continuation of Ser. No. 17/090,855 filed Nov. 5, 1920 entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS A PART OF A RECONFIGURABLE OUTER HOUSING" which is a continuation of U.S. patent application Ser. No. 16/414,546 filed May 16, 2019 entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNEC-TORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING" which is a continuation of U.S. patent application Ser. No. 16/388,053 filed Apr. 18, 2019 entitled "Ultra-Small Form Factor Optical Connectors", which is a continuation of U.S. patent application Ser. No. 16/035,691, filed Jul. 15, 2018 entitled "Ultra-Small Form Factor Optical Connectors" now U.S. Pat. No. 10,281,668 granted May 7, 2019, which claims priority to the following: U.S. Provi-sional Patent Application Ser. Nos. 62/532,710 filed Jul. 14, 2017, 62/549,655 filed Aug. 24, 2017, and 62/588,276 filed Nov. 17, 2017, all the disclosures of which are incorporated by reference herein.

### FIELD OF THE INVENTION

The present disclosure relates generally to ultra-small form factor optical connectors and related connections within adapters and optical transceivers.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network pro-viders to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect pan-els may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing net-works into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors and adapters are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable trans-ceiver footprint (SFP). This footprint currently accommo-dates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) transceiver footprint. This footprint currently accommodates four LC-type ferrule opti-cal connections. However, it may be desirable to accommo-date eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spac-ing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into a dense group of connectors and activate a release mechanism, adjacent cables and connec-tors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the adjacent cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

### SUMMARY OF THE INVENTION

An optical connector holding two or more LC-type optical ferrules is provided. The optical connector includes an outer body, an inner front body accommodating the two or more LC-type optical ferrules, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four LC-type optical ferrules are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight LC-type opti-cal ferrules are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A mating receptacle (transceiver or adapter) includes a receptacle hook and a housing with an opening that accommodates the receptacle hook in a flexed position as the optical connector makes connection with the mating receptacle by introducing the receptacle hook into an optical receptacle hook recess.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A is a perspective view of a prior art standard 6.25 mm pitch LC connector SFP;

FIG. **1**B is a perspective view of a prior art standard 6.25 mm pitch LC adapter;

FIG. **1**C is a top view of the prior art adapter of FIG. **1**B;

FIG. **1**D is a front view of the prior art adapter of FIG. **1**B, showing the 6.25 mm pitch;

3

FIG. 2A is a perspective view of a prior art LC duplex connector;

FIG. 2B is a perspective view of a prior art LC duplex connector with a remote release pull tab;

FIG. 2C is a top view of a prior art LC connector used in the embodiments shown in FIGS. 2A and 2B;

FIG. 2D is a side view of the prior art LC connector of FIG. 2C;

FIG. 3 is an exploded view of one embodiment of a connector;

FIG. 4 is a perspective view of one embodiment of a connector;

FIG. 5 is a perspective view of one embodiment of a connector with the outer housing removed from the front body.

FIG. 6 is a perspective view of one embodiment of a duplex connector;

FIG. 7 is a perspective view of another embodiment of a duplex connector;

FIG. 8 is a perspective view of one embodiment of a quad connector;

FIG. 9 is another perspective view of one embodiment of a quad connector;

FIG. 10 shows various embodiments of adapter types;

FIG. 11A is a side view of a connector connected to an adapter;

FIG. 11B is a side view of a connector being removed from an adapter;

FIG. 12A is a side view of the outer housing of a connector being removed;

FIG. 12B is a perspective view of a transparent outer housing of a connector showing the front body;

FIG. 13 is a perspective view of one embodiment of a quad connector inserted into a corresponding adapter;

FIGS. 14A-C are illustrative examples of cable management using various embodiments of connectors;

FIG. 15A-B are illustrative examples of cable management using multiple fiber strands per jacket;

FIG. 16 is an illustrative example of using a cable management system using multiple fiber strands per jacket.

FIG. 17 is another illustrative example of using a cable management system using multiple fiber strands per jacket.

FIGS. 18A-B are various views of one embodiment of a MT connector.

FIGS. 19A-D are illustrative examples of possible alternative connector designs.

FIG. 20 shows moving two connectors from a duplex connector to two simplex connectors.

FIG. 21A is an exploded view of a micro optical connector according to an embodiment.

FIG. 21B is a perspective view of the assembled micro optical connector of FIG. 21A.

FIG. 22 is a front view of the micro optical connector of FIG. 21B showing overall connector dimensions and ferrule pitch.

FIG. 23A is a cross-sectional view of the micro optical connector of FIG. 21B latched into the adapter of FIG. 24.

FIG. 23B is a cross-sectional view of the micro optical connectors of FIG. 21B unlatched from the adapter of FIG. 24.

FIG. 24 is an exploded view of an adapter for the micro optical connectors of FIG. 21B.

FIG. 25A is a cross-sectional view of the adapter of FIG. 24, assembled.

FIG. 25B is a cross-sectional side view of the adapter housing of FIG. 24.

4

FIG. 26 is a front view of the assembled adapter of FIG. 24.

FIG. 27A is an isometric view of the front body of the micro optical connector of FIG. 21A.

FIG. 27B is a right side view of the front body of FIG. 27A.

FIG. 28A is an isometric view of the back body of the micro optical connector of FIG. 21A.

FIG. 28B is a side view of the back body of FIG. 28A.

FIG. 29A is an isometric view of the outer housing of the micro optical connector of FIG. 21A.

FIG. 29B is a front view of the outer housing of FIG. 29A.

FIG. 29C is a cross-sectional view of the outer housing of FIG. 29A showing the top of an orientation protrusion.

FIG. 29D is an inner view of the outer housing of FIG. 29A;

FIG. 29E is an inner view of the outer housing of FIG. 29A.

FIG. 30 is a side view of an adapter hook of the adapter of FIG. 24.

FIG. 31 is an isometric view of the adapter of FIG. 24 assembled with the micro optical connectors of FIG. 21B.

FIG. 32A is cross-sectional view of a prior art connector showing a latch gap.

FIG. 32B is a cross-sectional view of the micro optical connector of FIG. 21B latched (left) and unlatched (right) within the adapter of FIG. 24, assembled.

FIG. 33A depicts the micro optical connector of FIG. 21B in a QSFP footprint, depicting dimensions in millimeters.

FIG. 33B depicts the micro optical connectors of FIG. 21B in an SFP footprint, depicting dimensions in millimeters.

FIG. 34A-34C depicts adapter hooks interacting with the micro optical connectors of FIG. 21B before (FIG. 34A), during (FIG. 34B), and after (FIG. 34C) latching.

FIG. 35A-FIG. 35C depicts the micro optical connector of FIG. 21B side flap operation before (FIG. 35A), during (FIG. 35B), and after (FIG. 35C) latching.

FIG. 36A depicts plural micro optical connectors in a transceiver.

FIG. 36B is a front view of the transceiver of FIG. 36A.

FIG. 37 is an exploded view of a micro optical connector according to a further embodiment.

FIG. 38 is an isometric view of a front body of the micro optical connector of FIG. 37.

FIG. 39 is an isometric view of a back body of the micro optical connector of FIG. 37.

FIGS. 40A, 40B, and 40C depict a technique for reversing polarity of the optical connector of FIG. 37.

FIG. 41 is an exploded view of a micro optical connector according to a further embodiment.

FIG. 42A is an isometric view of the front body of the micro optical connector of FIG. 41.

FIG. 42B is a side view of the front body of FIG. 42A.

FIG. 43 is an isometric view of the back body of the micro optical connector of FIG. 41.

FIGS. 44A, 44B, and 44C are isometric views of the outer housings that may be used with any of the micro optical connectors of FIGS. 21A, 37, and 41.

FIG. 45 is an exploded view of an adapter according to a further embodiment.

FIG. 46 is a cross-section of the adapter of FIG. 45, assembled.

FIG. 47 is an exploded view of a connector according to another embodiment.

FIG. 48 is an isometric view of the back body and the back post of the connector of FIG. 47.

US 11,307,369 B2

FIG. **49** is a cross-section of the back post of FIG. **47** assembled with optical fibers.

FIG. **50** is a front view of the connector of FIG. **47**.

FIG. **51** is an isometric view of the boot of the connector of FIG. **47**.

FIG. **52** is a front view of the adapter of FIG. **45**.

FIG. **53** is a exploded view of one embodiment of a connector;

FIG. **54** is a perspective view of one embodiment of a connector;

FIG. **55** is a perspective view of one embodiment of a connector with the outer housing removed from the front body

FIG. **56** is a perspective view of one embodiment of a duplex connector;

FIG. **57** is a perspective view of another embodiment of a duplex connector;

FIG. **58** is a perspective of one embodiment of a quad connector;

FIG. **59** is a perspective of another embodiment of a quad connector;

FIG. **60** is a perspective of another embodiment of a quad connector;

FIG. **61** is a perspective of one embodiment of a quad connector inserted into a corresponding adapter;

FIGS. **62**A-C are illustrative examples of cable management using various embodiments of connectors;

FIG. **63**A-B are illustrative examples of cable management using multiple fiber strands per jacket;

FIG. **64** is an illustrative example of using a cable management system using multiple fiber strands per jacket.

FIG. **65** is another illustrative example of using a cable management system using multiple fiber strands per jacket;

FIG. **66**A-B are various views of one embodiment of a MT connector.

FIGS. **67** A-D are illustrative examples of possible alternative connector designs.

FIGS. **68**A-B are illustrative examples of additional possible alternative connector designs.

FIG. **69** is an illustrative example of a method of switching modes of operation of one or more connectors.

DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a

fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, a CS connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors, for use, for example, with future narrow-pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors in dense arrays of narrow-pitch LC SFPs and narrow-width multi-fiber SFPs.

FIG. **1A** shows a perspective view of a prior art standard 6.25 mm pitch LC connector SFP **100**. The SFP **100** is configured to receive a duplex connector and provides two receptacles **102**, each for receiving a respective LC connector. The pitch **104** is defined as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **102**. FIG. **1B** shows a perspective view of a prior art standard 6.25 mm pitch LC adapter **106**. The adapter **106** is also configured to receive a duplex connector, and provides two receptacles **108**, each for receiving a respective LC connector. FIG. **1C** is a top view of the adapter **106** of FIG. **1B**. The pitch of the adapter **106** is defined similarly to that of the SFP **100**, as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **108**, as illustrated in FIG. **1D**, which shows a front view of the adapter **106**.

FIG. **2A** shows a prior art LC duplex connector **200** that may be used with the conventional SFP **100** and the conventional adapter **106**. The LC duplex connector **200** includes two conventional LC connectors **202**. FIG. **2B** shows another prior art LC duplex connector **204** having a remote release pull tab **206**, and including two conventional LC connectors **208**. As shown, the remote release pull tab includes two prongs **210**, each configured to couple to the extending member **212** of a respective LC connector **208**. FIGS. **2**C and **2**D show top and side views, respectively, of the conventional LC connector **208**, having a width of 5.6 mm, and further showing the extending member **212**.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, as shown in FIG. **3**, a connector **300** may comprise various components. Referring to FIG. **3**, an illustrative embodiment of a connector **300** is shown in an exploded view to display detail. In some embodiments, and

US 11,307,369 B2

7

as discussed further herein, a connector **300** may have an outer housing **301**, a front body **302**, one or more ferrules **303**, one or more ferrule flanges **304**, one or more springs **305**, a back body **306**, a back post **307**, a crimp ring **308**, and a boot **309**. In some embodiments, the back body **306** may comprise one or more protrusions **306.1** which may interlock with a window/cutout **302.1** in the front body **302**. This may allow for the back body **306** and the front body **302** to be securely fastened together around the ferrule(s) **303**, ferrule flange(s) **304**, and the spring(s) **305**. The elements of FIG. **3** are configured such that two optical connectors having four LC-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least two optical connectors having a total of eight LC-type optical ferrules may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

Referring now to FIG. **4**, an embodiment is shown wherein the connector **400** is assembled. In some embodiments, the assembled connector may have an outer housing **401**, a front body **402** positioned within the outer housing, one or more ferrules **403**, one or more ferrule flanges (not shown), one or more springs (not shown), a back body **406**, a back post (not shown), a crimp ring (not shown), a boot **409**, and a push-pull tab **410**. In some embodiments, the connector may have one or more latching mechanisms made up of a window **412** on the outer housing **401** near the push-pull tab **410** and a protrusion **413** on the front body. The latching mechanism made up of the window **412** and protrusion **413** securely attaches the outer housing **401** to the front body **402**. In a further embodiment, the outer housing **401** may have a recess **411** to receive a locking tab or locking mechanism from an adapter (depicted in FIG. **13**, below). The recess **411** of the outer housing **401** is used to interlock with an adapter (depicted in FIG. **13**, below) or transceiver receptacle to secure the connector into the adapter. As would be understood by one skilled in the art, the push-pull tab **410** enables removal of the connector from a receptacle without requiring additional tools. Alternatively, the push-pull tab may be eliminated and the connector removed manually. In one or more further embodiments, the outer housing **401** may also have a key **414**. The key **414** may keep the connector in a given orientation when inserted into a receptacle such as an adapter or transceiver.

FIG. **5** depicts a procedure for changing the polarity of the optical connectors of the present disclosure. As shown in FIG. **5**, in some embodiments, the latching mechanism of the connector **500** may be made up of two main parts: a window (not visible) and one or more protrusions **513**. As illustrated in FIG. **5**, the outer housing **501** can slide on to or be removed from the front body **502** by disengaging the latching mechanisms formed by the protrusion **513** exiting through the window, whereby it contacts a rear wall of the window (refer to FIG. **4** for an illustrated example of the outer housing being attached to the front body via the latching mechanism). In some embodiments, the push-pull tab **510** may be permanently attached to the outer housing **501**, as shown.

The front body **502** may be removed from the outer housing **501**, rotated 180° as indicated by arrow **520**, and re-inserted into the outer housing. This allows for a change in the polarity of the front body **502**, as shown by the arrow diagram in FIG. **5**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules.

In some embodiments, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs.

8

Accordingly, as shown in FIG. **6**, a connector **600** may in some embodiments, utilize an outer housing **601** that is capable of holding two front bodies **602**. Various other embodiments are disclosed herein, and it should be noted that the embodiments disclosed herein are all non-limiting examples shown for explanatory purposes only.

Accordingly, although the embodiment shown in FIG. **6** utilizes a duplex outer housing **601**, additional or alternative embodiments may exist with more capacity, for example, six or eight optical connectors within a single outer housing. As shown in FIG. **6**, in some embodiments, the outer housing **601** may accept two front bodies **602**, each with two separate ferrules **603**. As shown, the front body(s) **602** may securely fasten to the outer housing **601** via the latching mechanism **612** and **613**. In additional embodiments, the push-pull tab **610** may be modified, as shown, such that a single tab can be used to free the two or more connectors from an adapter. As illustrated in FIG. **6**, the uni-body push-pull tab **610** and the outer housing **601** may have two windows **612** with which to receive multiple protrusions **613** of the front body(s) **602**. As discussed herein the recesses **611** of the outer housing **601** are used to secure the connectors to an adapter (depicted in FIG. **13** below). In one or more further embodiments, the connectors may have individual back bodies **606** and boots **609** (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. **7**, the connector **700** may have a single boot **709** and a duplex (i.e., uni-body) back body **706** instead of individual back bodies (e.g., such as shown in FIG. **6**). In some embodiments, the duplex back body **706** may have different dimensions than that of the individual back bodies of FIG. **6**, such as, for example, they may be longer to accommodate the need for routing the fiber after it exits the boot **709**. As with other embodiments discussed herein, the connector shown in FIG. **7** may also include an outer housing (e.g., duplex outer housing) **701**, one or more ferrules **703**, at least one latching mechanism formed by the protrusion (not shown) exiting through one or more windows **712**, and a push-pull tab **710**.

As stated, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, similar to FIG. **6**, FIG. **8** shows a connector **800** that may, in some embodiments, utilize an outer housing **801** that is capable of holding multiple (e.g., four) front bodies **802**.

As shown in FIG. **8**, some embodiments may have an outer housing **801** able to accept up to four front bodies **802**, each with one or more ferrules **803**. As shown, each front body **802** may securely fasten to the outer housing **801** via the latching mechanism **812** and **813**. In additional embodiments, the push-pull tab **810** may be modified such that a single tab can be used to remove the up to four connectors from an adapter. As illustrated in FIG. **8**, the push-pull tab **810** may include four recesses **811**, which as discussed herein are used to secure the connector to a receptacle such as an adapter (shown in FIG. **13**, below) or the front receptacle portion of a transceiver. In one or more further embodiments, the connectors may have individual back bodies **806** and boots **809** (i.e., one back body/boot per front body) as shown.

Similar to FIG. **8**, FIG. **9** shows an embodiment where the outer housing **901** is able to accept up to four front bodies **902**, each with one or more ferrules **903**. As shown, each front body **902** may securely fasten to the outer housing **901** via the latching mechanism **912** and **913**. In additional embodiments, the push-pull tab **910** may be modified such

US 11,307,369 B2

9 10

that a single tab can be used to remove the up to four CS connectors from an adapter. As illustrated in FIG. 9, the push-pull tab 910 may include four recesses 911, which as discussed herein are used to secure the connector to an adapter (shown in FIG. 13, below) or the optical receptacle portion of a transceiver. The FIG. 9 embodiment may utilize a single back body 906 and a single boot 909. In one or more further embodiments, the connectors may have individual back bodies 906 and boots 909 (i.e., one back body/boot for all four front bodies) as shown.

In another aspect, the present disclosure provides method for reconfiguring optical cables in which the outer housings of the connectors may be removed and the remaining portion of the assembled connector is inserted into a housing having a larger or smaller capacity.

For example, the outer housings of plural two-ferrule capacity housings may be removed and the connector inner body and associated components inserted into a second outer housing that has either a four-ferrule or eight-ferrule capacity. Alternatively, an outer housing with a four-ferrule capacity may be removed and the inner bodies and associated components are inserted into two second outer housings, each of the two second housings having a two-ferrule capacity. Similarly, an outer housing with an eight-ferrule capacity may be removed and replaced by two four-ferrule capacity housing or a four-ferrule capacity and two two-ferrule capacity housings. In this manner, cables may be flexibly reconfigured to match the capacity of a mating optical-electrical component such as a transceiver. This aspect of the present disclosure is demonstrated in connection with FIG. 10.

Referring now to FIG. 10, various embodiments may exist such as a single housing 1001 which receives a single connector 1002. Additional embodiments may also exist, such as a duplex housing 1003 which receives two connectors 1004 and/or a quad housing 1005 which may receive up to four connectors 1006. It should be understood by one skilled in the art that various other embodiments may exist that are not explicitly shown. For example, a housing with the capacity for 5, 6, 7, 8, 9, 10 or more connectors may be utilized for various embodiments disclosed herein. As shown below, it is desirable to have flexible housing configurations so that connectors may be grouped and ungrouped between optical and optoelectronic components such as adapters and transceivers.

Alternatively, in some embodiments the connector may utilize one or more duplex back bodies with a single boot, similar to that shown in FIG. 7. Thus, similar to FIG. 7, an embodiment may allow for a further reduced footprint, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing that may accept up to four front bodies, each with one or more ferrules. In some embodiments, each front body may securely fasten to the outer housing via a latching mechanism. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to free the up to four front bodies from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the connectors to an adapter (shown in FIG. 13) or the optical receptacle portion of a transceiver.

In further embodiments, the connector may utilize a single uni-body back body with a single boot (i.e., as shown in FIG. 9). Thus, an embodiment may allow for a further reduced foot print, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may

have an outer housing that may accept up to four front bodies, each with one or more ferrules. Each front body may securely fasten to the outer housing via the latching mechanism as discussed herein. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to remove up to four connectors from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the connectors to an adapter.

The optical connectors of the present disclosure are all configured to be received in a receptacle. As used herein, the term "receptacle" relates generically to a housing that receives an optical connector. A receptacle includes both optical adapters, that is, components that mate two or more optical connectors, and transceivers, which include an optical receptacle to hold connectors that are to communicate with an optoelectronic component (e.g., a component that converts optical signals to electrical signals). As shown in FIG. 11A, in one embodiment 1100A, the outer housing 1101 may comprise one or more recesses 1111. As discussed and shown herein, the one or more recesses may allow for a receptacle 1114 to securely connect to the connector 1100A. Accordingly, in some embodiments, the receptacle 1114 may have a receptacle hook 1115, which is flexible and can secure the connector 1100A into the receptacle via latching onto the wall of the recess 1111, as shown. This latching takes place when the outer housing 1101 is pushed forward into the receptacle. The sloped portions of the outer housing 1101 allow the receptacle hook 1115 to slide up and over the front of the outer housing thereby securing the connector 1100A into the receptacle.

Additionally or alternatively, in some embodiments, such as that shown in FIG. 11B, a connector 1100B may be removed from a receptacle 1114 by pulling the connector away from the adapter as indicated by the directional arrow. In some embodiments, the force may be applied by a user via the push-pull tab 1110. Alternatively, when a push-pull tab is not present, the connector may still be manually removed from a receptacle. As shown in FIG. 11B, as the connector 1100B is removed from the receptacle 1114, the flexible receptacle hooks 1115 separate and slide up the slope of the end of the connector and allow for removal of the connector from the receptacle.

Referring now to FIGS. 12A and 12B, as discussed herein and previously shown in FIG. 5, the front body 1202 can be removed from the outer housing 1201. In some embodiments, a portion of the outer body 1201 can be flexibly extended away from the front body 1202 as shown by the arrows in FIG. 12A. As discussed herein, in some embodiments, the front body 1202 may comprise a protrusion 1213 which interlocks with a window (not shown) on the outer housing 1201. Accordingly, when force is applied to the outer housing 1201 in a manner that removes the one or more protrusions 1213 from the one or more windows (not shown, see FIG. 4), the front body 1202 may be removed from the outer housing.

Referring now to FIG. 13, an embodiment 1300 is shown in which the connector (not shown in its entirety) is inserted into a receptacle such as adapter 1314. In this specific non-limiting example, the connector is similar to that shown in FIG. 8 (i.e., comprising four front bodies each with their own back body 1306 and boot 1309). However, unlike FIG. 8, the embodiment shown here utilizes four individual push-pull tabs 1310 instead of a duplex push-pull tab system which manipulates two latching tabs per push-pull tab to allow the connector to be removed from the adapter 1314.

US 11,307,369 B2

11

Various benefits and details have been discussed herein with regard to the connectors and their modular ability (e.g., to include multiple connectors into a single housing). In addition to the reduced footprint, structural improvements, and cost reduction, various embodiments herein may also be beneficial with regard to reducing the burden of cabling in a data center environment. Illustrative embodiments shown in FIGS. **14**A through **14**C depict cable configurations that may be used to reduce the complexity of optical cables in a compact environment. Note that any of the optical connectors described in this disclosure may be used in these embodiments, including the optical connectors of FIGS. **21**B, **37**, and **41**, to be discussed in detail below. FIG. **14**A shows two duplex cables similar to the cable shown in FIG. **6**. In some embodiments, one or more detachable clips **1401** may be attached to two or more zip cables to prevent the zip cables from detaching. This allows for two or more cables to be bundled and reduce the risk of entanglement with additional cables. FIG. **14**B is an illustrative example of how easily an embodiment can separate into two individual connectors by unbinding the cables and thus quickly and easily creating two independent fiber optic channels that can move and be connected independently. FIG. **14**C shows an embodiment in which a duplex connector like that of FIGS. **6** and **14**A is connected to two separate individual connectors. Through the variable housing configurations depicted above in FIG. **10**, the cable of FIG. **14**A can be reconfigured as the cables of either **14**B or FIG. **14**C.

In addition to binding existing fiber cables, some embodiments herein may utilize a new four fiber zip cable. Referring now to FIG. **15**A, a conventional zip cable (i.e., one with a single fiber strand **1520** per jacket **1521**) is shown in comparison with an embodiment in which two fibers **1522** per jacket **1523** are utilized. It should be understood that this is merely a non-limiting example. In some embodiments, multiple fibers may be included per jacket, such as, for example, four fibers per jacket in order to utilize the single boot **909** and uni-body rear body **906** of the connector shown in FIG. **9**.

A specific example using multi-strand cables is shown in FIG. **16** for illustrative purposes only. It should be understood that numerous alternatives and modifications are possible, such as, for example, that shown in FIGS. **18**A-**18**B and FIGS. **19**A-**19**D. As shown, a switch (e.g., 100G switch) **1630** is shown with a transceiver (e.g., 100G transceiver) **1631**. The transceiver **1631** has a receptacle to receive duplex connectors **1632**. From each of the two duplex connectors **1632**, a four fiber cable **1633** extends to connect to various other connectors and transceivers. In some embodiments, as discussed herein, a clip (e.g., detachable clip) **1640** may connect two or more cables (e.g., **1633**) to ensure the zip cables do not come apart. As shown, one four fiber cable **1633** is split into two two-fiber cables **1634**, which are then each attached to a single simplex connector **1635** and placed into a transceiver (e.g., 25G transceiver) **1636**. As further shown, one of the four fiber cables **1637** is connected to a single duplex connector **1638**, which is then inserted into another transceiver (e.g., 50G transceiver) **1639**.

An additional or alternative embodiment is shown in FIG. **17**. As shown, one or more switches (e.g., 400G switches) **1730** and **1732** are shown each with a transceiver (e.g., 400G transceiver) **1731** and **1733**. The first transceiver **1731** has a receptacle that is receiving two simplex (single) connectors **1734** and one duplex (dual) connector **1735**. From each of the two simplex connectors **1734**, a two fiber cable **1736** extends to connect to various other connectors and trans-

12

ceivers. Similar to FIGS. **14** and **16**, some embodiments may have a clip (e.g., detachable clip) **1740** that may connect two or more cables (e.g., **1736**, **1738**, etc.) to ensure the zip cables do not come apart. From the duplex connector **1735** a four-fiber cable **1737** is split into two two-fiber cables **1738**, which are then each attached to a single simplex connector each and placed into a transceiver (e.g., 400G transceiver).

Accordingly, embodiments described herein allow for improvements over the current state of the art. By way of specific example, connectors generally have three types of fixed cables. Moreover, some cables may be bifurcated. As such, the cable cannot be split once installed and the polarity of the cables cannot be changed. Alternatively, the embodiments discussed herein may allow a user to change from a four-way to a 2-Duplex, to a 4-simplex connector, etc. (e.g., FIG. **20**). Moreover, as discussed herein, the individual connectors can be split into individual connectors anytime, even after deployment. Additionally, the polarity can be changed within the connectors easily in a manner that does not risk damage to the one or more ferrules and fibers, as discussed above. It should also be noted that the depicted connectors are used herein merely for illustrative purposes, and that various other connectors may be used in any embodiment (e.g., an MT connector, such as that shown in FIGS. **18**A-**18**B, and the optical connectors of FIGS. **21**, **37**, and **41**).

FIGS. **18**A-**18**B depict an optical connector including an MT ferrule **1810** in a housing that is substantially similar to the housing **301** of FIG. **3**. As with the embodiment of FIG. **3**, the various features of the connector are configured such that two optical connectors having two MT-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least four optical connectors having a total of four MT-type optical ferrules may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

FIGS. **19**A-**19**D show alternative embodiments of the optical connectors of FIG. **3** in which the push-pull tabs are not integrated with the optical connector housing. As seen in FIGS. **19**A-**19**B, a push-pull tab **1930** is a separable element from a connector housing. The push-pull tab **1930** actuates a latch **1910** for inserting and extracting the connector from an adapter or transceiver. An alternative latching mechanism is depicted in FIGS. **19**C-**19**D. Latch **1950** includes a notch that is actuated by push-pull tab **1960**.

FIG. **20** depicts the disassembly of a four-connector housing (two duplex connectors in a single housing) into two duplex connectors. This may be performed in changing, for example, a connector as shown in FIG. **14**A to a connector as shown in FIG. **14**C. In FIG. **20**, an optical connector **2000** is depicted including a housing **2010** that houses two duplex connectors (four optical fibers). The housing **2010** is removed, leaving the two duplex connectors **2020**. Two housings **2030** are then provided and two individual duplex connectors **2040** are then created from the initial single housing connector **2000**. This reconfigurable housing simplifies cable management, for example, when optical cables are interconnected between lower-speed transceivers and higher-speed transceivers as seen in FIG. **16**.

FIG. **21**A depicts an embodiment of an optical connector **2100**, shown in exploded view while **21**B depicts the optical connector **2100** in an assembled view. Optical connector **2100** may include an outer housing **2110**, a front body **2115**, one or more ferrules **2122**, one or more ferrule flanges **2124**, one or more springs **2125**, a back body **2130**, a back post **2135**, a crimp ring **2140**, and a boot **2145**. The outer housing

US 11,307,369 B2

13

2110 may include a longitudinal bore for accommodating the front body 2115 and a ferrule assembly 2120, a connector alignment key 2105 used during interconnection, a connector flap 2103 and an optional pull tab 2107 to facilitate removal of the connector 2100 when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In prior art optical connectors, an inner enclosed housing was used in place of open front body 2115. Front body 2115 includes top and bottom portions but no sidewalls, termed "open sidewalls" in this embodiment. By using front body 2115, space occupied by the prior art inner housing sidewalls becomes available to increase the density of optical connectors within a given footprint, an advantage over prior art connectors. It was determined that the outer housing 2110, combined with the front body 2115, provided sufficient mechanical strength and ferrule protection, advantageously providing the space for additional optical connectors. Removal of sidewalls increases available space by 1-2 millimeters.

Note that, in this embodiment, the outer housing is configured to hold two optical ferrules 2122. Typically, two optical ferrules may be used in a "transmit" and "receive" pairing of optical fibers, called a duplex connector. However, the outer housing may be configured to hold more or fewer optical ferrules including a single optical ferrule, multiples of single optical ferrules, or multiple pairs of optical ferrules, depending upon the application. Further, the front body 2115 may be removed from the outer housing 2110 and the front body placed in a larger outer housing with other front bodies to form a larger optical connector in a manner to be discussed in more detail below. In particular, two front bodies may be used with a four-ferrule outer housing or four front bodies may be used with an eight-ferrule outer housing.

Turning to FIGS. 29A and 29B, isometric and front views of the outer housing 2110 are shown. As seen in the front view of FIG. 29B and the cross-sectional view of FIG. 29C, connector orientation protrusions 2910 are provided within the interior of the outer housing 2110. Connector protrusion 2910 is further seen in the inner view of the housing, FIG. 29E. When the front body is inserted within the longitudinal bore 2101 of outer housing 2110, the outer housing connector flap 2103 locks the outer housing 2110 to the front body 2115 in the following manner. As the front body 2115 is inserted into the outer housing 2110, the outer housing locking surface 2114, best seen in FIG. 27C, engages the connector orientation protrusion 2910, seen in an inside view of the outer housing in FIG. 29D, labelled as "Flap A", flexing the connector flap 2103 outwardly from the outer housing body 2110, depicted in the inset of FIG. 29C. The flap protrusion mating location is indicated as "mating place B" in FIG. 29D. Once the locking surface 2114 passes beyond the orientation protrusion, the connector flap returns to its original position (FIG. 29A), and the protrusion 2910 engages locking surface 2114 and any withdrawal of the front body assembly from the outer housing 2110 is prevented as the proximal end face of the connector flap 2103 is stopped by protrusion 2910.

FIGS. 35A–35C depict the sequence of operations to remove an assembled front body from the outer housing in order to reverse polarity or to aggregate plural connectors in a multi-connector housing. To separate the front body from the outer housing, the connector flap 2103 is flexed outward using a finger or a tool, as depicted in FIG. 35B. Flexing the connector flap 2103 outwardly causes the protrusion 2910 to

14

disengage from the front body's outer housing locking surface 2114, permitting the front body/ferrule assembly 2115 to be removed from the outer housing. This may be performed when it is desired to reverse the polarity of the connector (to be discussed below) or when desiring to aggregate plural connectors into a larger connector housing as discussed above. The separated components are depicted in FIG. 35C, that is, front body 2115 with the ferrule assembled therein and outer housing 2110.

In some embodiments, the back body 2130 may comprise one or more protrusions or hooks 2134, best seen in FIGS. 28A and 28B, which may interlock with a back body hook window/cutout 2119 in the front body 2115. This may allow for the back body 2130 and the front body 2115 to be securely fastened together around the ferrule(s) 2122, ferrule flange(s) 2124, and the spring(s) 2125. The back body 2130 includes a cable bore 2820, spring guides 2132, and side protrusions 2810.

During assembly, the ferrule flanges 2124 fit into ferrule flange alignment slots 2117 (see FIGS. 27A and 27B) adjacent the ferrule openings 2116 of the front body 2115, compressing the springs 2125 (preload) which are positioned along front body spring holders 2118. The ends of the springs 2125 are secured on spring guides 2132 (FIGS. 28A, 28B) of back body 2130 by spring tension. As seen in the assembled cross-sectional views of FIGS. 23A and 23B, the springs 2125 are positioned to urge the ferrules 2122 into contact with mating connectors or transceiver optics, ensuring minimum insertion loss. As further seen in FIGS. 27A and 27B, the front body includes a receptacle hook recess 2710 with a receptacle hook retainer surface 2720 the receiver a receptacle hook when mating with an adapter or with a transceiver receptacle, as shown in further detail below.

Further reductions in connector size may be obtained by reducing the size of springs 2125, see FIG. 21. By using a maximum spring outer diameter of 2.5 mm, the pitch of the ferrules, that is to say, the spacing between adjacent ferrules, may be reduced to 2.6 mm when coupled with the removal of inner housing walls and walls separating adjacent ferrules. This advantage is best seen in FIG. 22 which depicts the front of connector 2100 showing overall connector dimensions and ferrule pitch. The connector size 4.2×8.96× 30.85 mm (excluding optional pull tab 2107 and connector alignment key 2105) with a ferrule pitch of 2.6 mm.

As best seen in FIG. 21B, the outer housing 2110 and the front body 2115 together provide a receptacle hook ramp 2940 (on the outer housing) used to guide a receptacle hook into a receptacle hook recess 2170 (in the front body 2115), also shown in FIGS. 27A and 27B (receptacle hook recess 2710 and receptacle hook retainer surface 2720). The receptacle hook, to be discussed in more detail below, may be from an adapter or a transceiver to secure the optical connector 2100 thereto.

The optical connectors 2100 may be used in a variety of connection environments. In some applications, the optical connectors 2100 will mate with other optical connectors. Typically, this mating will occur with a receptacle such as an adapter or optical transceiver receptacle. An exemplary adapter 2400 depicted in FIG. 24 in an exploded view and depicted in FIG. 31 having four mating pairs of optical connectors 2100 latched therein. In other applications, as when an optical signal is to be converted to an electrical signal, the micro optical connectors 2100 will mate with an optical receptacle in a transceiver 3600 as shown in FIG. 36. Typically, transceiver 3600 may be found in a data center, switching center, or any other location where optical signals

**15**

are to be converted to electrical signals. Transceivers are often a part of another electrical device such as a switch or a server, as is known in the art. Although much of the connection operation of this embodiment will be described with respect to an adapter, **2400**, it is understood that substantially similar mechanical retention mechanisms are positioned within the receptacle of transceiver **3600** so that any description of connector retention in adapter **2400** applies in a substantially similar way to retention of an optical connector within transceiver **3600**. An example of a transceiver optical receptacle is depicted in FIG. **36**B (holding optical connectors **2100**); as seen in FIG. **36**B, the connection environment is substantially similar to one-half of an adapter **2400**.

Turning to FIG. **24**, further size reductions in the overall optical assembly of connectors plus adapter or connectors plus transceiver may be obtained through various connection mechanisms to be described with respect to the adapter **2400** but also apply to optical connection features within the front end of transceiver **3600**. The adapter **2400** includes an adapter housing **2402** having an adapter alignment assembly **2430** positioned therein. The adapter alignment assembly **2430** includes alignment sleeves **2410** positioned within alignment sleeve openings **2440** of alignment sleeve holders **2442**. The adapter alignment assembly further includes receptacle hooks **2302** that will grip optical connectors **2100** through front body connector hook recess **2710** of FIG. **21**B. As seen in FIG. **30**, receptacle hooks **2302** include an inner surface **3110**. The adapter housing **2402** further includes connector alignment slots **2403** that mate with connector alignment key **2105** of FIG. **21**A. The connectors **2100** are received through connector opening **2405** of the adapter housing **2402** which also includes flex tab **2401**, cutout **2456**, mount plate **2452** and panel hook **2490**. To assemble the adapter alignment assembly **2430** in the adapter housing **2402**, adapter housing hooks **2432** are provided. Adapter housing hooks **2432** are received in housing adapter hook openings.

It should be understood that above description of connection mechanisms with respect to adapter **2400** may be applied in a substantially similar way with respect to the receptacle of transceiver **3600**. Particularly, the receptacle of transceiver **3600** may include a receptacle housing having a receptacle alignment assembly positioned therein. The receptacle alignment assembly includes alignment sleeves positioned within alignment sleeve openings of alignment sleeve holders. The receptacle alignment assembly further includes receptacle hooks that will grip optical connectors **2100** through front body connector hook recess **2710** of FIG. **21**B. As seen in FIG. **30**, receptacle hooks **2302** include an inner surface **3110**. The receptacle housing further includes connector alignment slots that mate with connector alignment key of FIG. **21**A. The connectors **2100** are received through connector opening of the receptacle housing which also includes flex tab, cutout, mount plate and panel hook. To assemble the receptacle alignment assembly in the receptacle housing, receptacle housing hooks are provided. Receptacle housing hooks are received in housing receptacle hook openings.

To further reduce the size of optical connectors and associated mating components, the adapter housing adapter **2402** includes receptacle hook openings **2420**, seen in FIGS. **25**A and **25**B. Receptacle hook openings **2420** accommodate the clearance required by receptacle hooks **2302** when they flex upwards prior to latching with connectors **2100**. The inter-action of the receptacle hooks **2302**, having slanted inner surfaces **3110**, with the receptacle hook openings **2420** is

**16**

best seen in FIGS. **32**B and **34**A-C. Prior to latching (FIG. **34**A), the receptacle hook **2302** is in an unflexed condition within the receptacle (adapter or transceiver). As the connector **2100** is inserted into the adapter housing **2402** or the transceiver, the receptacle ramp **2490** pushes against the receptacle hook inner surfaces **3110**, flexing receptacle hook **2302** into the receptacle hook opening **2420**. Without providing the opening, additional clearance would need to be provided to accommodate the flexing of the receptacle hook **2302**. This additional required clearance is depicted in the prior art connector/adapter of FIG. **32**A. As seen in FIG. **32**A, a connector latch gap **3210** must be provided in the prior art to accommodate the prior art connector hooks, increasing the overall footprint of the prior art connector/adapter assembly. By providing receptacle hook openings **2420** in the present disclosure, approximately 2.25 mm of valuable footprint real estate is obtained which may be used to increase connector density.

Another improvement in adapter size is obtained by removing prior art adapter walls between adjacent connectors. This is best seen in the front view of an assembled adapter **2400** shown in FIG. **26**. As seen, pairs of ferrule alignment sleeves **2410** are separated only by connector gap **2610** with a 4.35 mm pitch between adjacent connectors. The adapter size is 19.0×10.71×32.5 mm (excluding the adapter flange **2460**). Also seen in FIG. **26** is the connector alignment slot **2403**, alignment sleeve holder **2442**, and a front view of receptacle hooks **2302**.

FIG. **31** depicts an assembled adapter **2400** with four pairs of mating connectors **2100** latched therein. Note that in the latched position, receptacle hooks **2302** do not extend into receptacle hook openings **2420**. This is further visible in the cross-sectional view of an assembled adapter **2400** of FIG. **25**A. Connector alignment keys **2105** are positioned within connector alignment slots **2403**. As seen in the cross-sectional view of FIG. **23**A, the push-pull tab **2017** may extend beyond the connector boot **2145** providing clearance to easily grip the tab and remove a connector. Also seen in FIG. **31** is adapter flex tab **2401** and panel hook **2490** for interaction with racks or other equipment.

Through the various features described above, the density of optical connectors **2100** that may be provided in the standard transceiver footprint connector spaces may be doubled. For example, in a small form factor pluggable (SFP) footprint of 14×12.25 mm, two connectors **2100** having four LC-type ferrules **2122** of 1.25 mm outer diameter may be accommodated as seen in FIG. **33**B. Similarly, in a quad small form factor pluggable (QSFP) footprint of 13.5×19 mm, four connectors **2100** having a total of eight LC-type ferrules **2122** may be accommodated as seen in FIG. **33**A. Further, by providing the connectors in transmit and receive pairs, greater flexibility in optical routing is obtained, as demonstrated by previous FIGS. **16** and **17**.

Turning to FIG. **37**, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the optical connector of FIG. **21**A et seq. In FIG. **37**, connector **3700** may include an outer housing **3710**, a front body **3715**, one or more ferrules **3722**, one or more ferrule flanges **3724**, one or more springs **3725**, a back body **3730**, a back post **3735**, a crimp ring **3740** (depicted with an optional heat shrink tube extending therefrom), and a boot **3745**. The outer housing **3710** may include a longitudinal bore **3701** for accommodating the front body **3715** and ferrules **3722**, a connector alignment key **3705** used during interconnection, a connector flap **3703** and an optional pull tab **3707** to facilitate removal of the connector **3700** when connected in

US 11,307,369 B2

17

18

a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In FIG. **38** an isometric view of the front body **3715** is depicted. In this embodiment, the back body hook cutout **3819** has been moved forward, advantageously strengthening the assembled connector in side load environments. An alignment tab **3895** is provided for mating with a receiving recess on the back body. The receptacle hook recess **3910** operates in a substantially similar manner to the recess of FIG. **21**A, described above. A ferrule flange alignment slot **3817** is also provided.

In FIG. **39**, the back body **3730** is depicted, showing alignment tab recess **3997** for receiving alignment tab **3895**. The front body hook **3934**, for interconnecting in back body **15** hook cutout **3819**, extends outwardly from the main portion of the back body through extended hook arm **3996**. Through the extended hook arm **3996** and the alignment tab **3895**, breakage during side loads is reduced as the load is redistributed more evenly across the entire connector, reducing **20** stress on the backpost.

As seen in FIGS. **40**A-**40**C, the assembled front body **3715** may be removed from the outer housing **3710**, rotated 180° as indicated by the arrow (FIG. **40**B), and re-inserted into the outer housing (FIG. **40**C). This allows for a change **25** in the polarity of the front body **3715**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules. As described previously with respect to FIGS. **35**A-**35**C, connector flap **3703** is flexed outward to release the front body from the **30** outer housing.

Turning to FIG. **41**, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the micro optical connectors of FIG. **21**A and FIG. **37**. In FIG. **35** **41**, connector **4100** may include an outer housing **4110**, a front body **4115**, one or more ferrules **4122**, one or more springs **4125**, a back body **4130**, a crimp ring **4140**, and a boot **4145**. The outer housing **4110** may include a connector flap **4103** and an optional pull tab **4107** to facilitate removal **40** of the connector **4100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

As seen in FIG. **42**A, the front body **4015** in this embodiment includes a middle wall **4260** interposed between the **45** ferrules and springs when the front body is assembled. This middle wall reduces the possibility of the springs becoming entangled with each other, binding the connector and breaking the optical fibers. The front body **4015** also includes an alignment cut out guide **4625**, seen in the side view of FIG. **50** **42**B. The alignment cut out guides the back body **4030** into the front body **4015** during assembly of the connecter, and also further reduces the side load that leads to connector breakage or disconnection of the front body and the back body **4030**. **55**

Back body **4030**, depicted in an enlarged view in FIG. **43**, includes an alignment guide **4377** that fits into the alignment cut out guide **4265** of FIG. **42**B. The wall structure **4378** also stops the front body to prevent over-compressing the springs and provides strength under a side load. **60**

Various modifications to the outer housing, depicted in FIGS. **44**A-**44**C, may be used with any of the optical connectors depicted in FIGS. **21**, **37**, and **41** or earlier embodiments. In FIG. **44**A, the push-pull tab **3707** may include a release recess **4473**. Release recess **4473** permits **65** insertion of a tool or fingernail to remove the connector from an adapter or transceiver, without disturbing adjacent con-

nectors. Similarly, FIG. **44**B depicts a release hole **4499** in push-pull tab **3707** to permit insertion of an extraction tool to remove the connector from an adapter or transceiver. FIG. **44**C shows a modified connector flap **3703** with an increased cutout size of 1 mm to make it easier to insert a tool or a finger to flex the flap **3703** and remove the front body assembly when making a polarity change or aggregating the front body with other front bodies in a larger outer housing.

Another embodiment of an adapter/transceiver receptacle is depicted in FIG. **45**. Unlabeled elements are substantially similar to elements depicted in FIG. **24**. In this FIG., adapter housing hooks **4532** can be seen along with receptacle hooks **4502**. Turning to the cross-sectional view of the assembled adapter in FIG. **46**, the engagement of these elements may be seen.

Another embodiment of an optical connector **4700** is depicted in FIG. **47**. The optical connector of FIG. **47** includes outer housing **4710**, front body **4715**, ferrules **4722**, springs **4725**, back body **4730**, backpost **4735**, crimp ring **4740**, and boot **4745**. Here, the emphasis is on the back body, **4730**. A more detailed view of the back body **4730** is presented in FIG. **48**. In this embodiment, the backpost flange has a substantially rectangular shape in order to narrow the overall connector profile by approximately 0.5 mm. Back post overmolding **4859** accommodates the back post flange **4857** and reduces the potential for back post breakage. The back wall **4853** is extended in length to 3 mm from 1.5 mm to improve the sideload strength of the overall connector. The crimp ring positioning **4855** is inversed from earlier embodiments to improve holding of aramid fiber from an optical fiber cable, improving cable retention of the back post.

Many advantages are achieved by the backpost of FIG. **48**. In addition to increased connector strength, a longer fiber path **4901** is provided as shown in FIG. **49**. This longer fiber path, approximately 1.5 mm longer than in previous embodiments, allows for a gentler curve as the fibers are split from the fiber optic cable, improving insertion and return loss of the fibers. In FIG. **49**, the back wall **4853** can be seen as a portion of the back body **4730**.

In view of the various modifications of this embodiment, FIG. **50** depicts a connector **4700** front view showing overall reduced connector width of 3.85 mm. Such a size reduction permits **4** optical connectors (a total of 8 ferrules) to be accommodated in a transceiver or connector footprint of 16 mm (including tolerances). Thus, the connectors of the present invention may be used to connect 8 LC-ferrule-housed fibers in a QSFP footprint.

To further decrease the space required by the optical connectors, a side thickness reduction may be carried out on the boot of connector **4700**. Side thickness reduction **5103**, depicted in FIG. **51**, narrows the thickness of the boot on either side, reducing the space required by the boot to the 3.85 mm profile of connector **4700**. Thus four connectors will fit in the QSFP transceiver footprint. This footprint is shown in the adapter front view of FIG. **52**—as noted above, the front view of an adapter and that of a transceiver are substantially similar from the optical perspective. In FIG. **52**, the adapter inner wall is reduced from 17.4 mm to 16 mm. All of the modifications set forth in the FIG. **47** et seq. embodiment make it possible for the four connectors to fit in the profile of the FIG. **52**.

In some embodiments, as shown in FIG. **53**, a connector **10300** may comprise various components. Referring to FIG. **53**, an illustrative embodiment of a connector **10300** is shown in an exploded view to display detail. In some embodiments, and as discussed further herein, a connector

US 11,307,369 B2

19

10300 may have an outer housing 10301, a front body 10302, one or more ferrules 10303, one or more ferrule flanges 10304, one or more springs 10305, a back body 10306, a back post 10307, a crimp ring 10308, a boot 10309, and a push-pull tab 10310. In some embodiments, the back body 10306 may comprise one or more protrusions 10306.1 which may interlock with a window/cutout 10302.1 in the front body 10302. This may allow for the back body 10306 and the front body 10302 to be securely fastened together around the ferrule(s) 10303, ferrule flange(s) 10304, and the spring(s) 10305.

Referring now to FIG. 54, an embodiment is shown wherein the connector 10400 is assembled. In some embodiments, the assembled connector may have an outer housing 10401, a front body (not shown, see FIGS. 53 and 55.), one or more ferrules 10403, one or more ferrule flanges (not shown), one or more springs (not shown), a back body 10406, a back post (not shown), a crimp ring (not shown), a boot 10409, a push-pull tab 10410, and one or more latching mechanisms made up of a window 10412 on the outer housing and a protrusion 10413 on the front body. The latching mechanism 10412 and 10413 securely attaches the outer housing 10401 to the front body. In a further embodiment, the push-pull tab 10410 may have an opening to receive a locking tab 10411. The locking tab 10411 of the outer housing 10401 is used to interlock with an adapter (not shown) to secure the connector into the adapter. As would be understood by one skilled in the art, the push-pull tab 10410 enables easy manipulation of the locking tab 10411 to allow for removal of the connector from the adapter without requiring additional tools.

As shown in FIG. 55, in some embodiments, the latching mechanism of the connector 10500 may be made up of two parts: a window 10512 and a protrusion 10513. As illustrated in FIG. 55, the outer housing 10501 can slide on to or be removed from the front body 10502 by disengaging the latching mechanisms formed by the protrusion 10513 exiting through the window 10512, whereby it contacts a side wall of the window (refer to FIG. 54 for an illustrated example of the outer housing being attached to the front body via the latching mechanism). In some embodiments, the push-pull tab 10510 may also be detached from the outer housing 10501, as shown.

In a further embodiment, the front body 10502 may be removed from the outer housing 10501, rotated 180°, and re-inserted into the outer housing. This allows for a change in the polarity of the front body 10502, as shown by the arrow diagram in FIG. 55, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules.

In some embodiments, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, as shown in FIG. 56, a connector 10600 may in some embodiments, utilize an outer housing 10601 that is capable of holding two front bodies (not shown). Various other embodiments are disclosed herein, and it should be noted that the embodiments disclosed herein are all non-limiting examples shown for explanatory purposes only.

Accordingly, although the embodiment shown in FIG. 56 utilizes a duplex outer housing 10601, additional or alternative embodiments may exist with more capacity. As shown in FIG. 56, in some embodiments, the outer housing 10601 may accept two front bodies (not shown), each with two separate ferrules 10603. As shown, the front body (not shown) may securely fasten to the outer housing 10601 via the latching mechanism 10612 and 10613. In additional

20

embodiments, the push-pull tab 10610 may be modified, as shown, such that a single tab can be used to free the two or more connectors from an adapter. As illustrated in FIG. 56, the push-pull tab 10610 may include two openings with which to receive multiple locking tabs 10611 of the outer housing 10601. As discussed herein the locking tabs 10611 of the outer housing 10601 are used to secure the connectors to an adapter (not shown). In one or more further embodiments, the connectors may have individual back bodies 10606 and boots 10609 (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. 57, the connector 10700 may have a single boot 10709 and a duplex (i.e., uni-body) back body 10706 instead of individual back bodies (e.g., such as shown in FIG. 56). In some embodiments, the duplex back body 10706 may have different dimensions than that of the individual back bodies of FIG. 56, such as, for example, they may be longer to accommodate the need for routing the fiber after it exits the boot 10709. As with other embodiments discussed herein, the connector shown in FIG. 57 may also include an outer housing (e.g., duplex outer housing) 10701, one or more ferrules 10703, at least one latching mechanism formed by the protrusion 10713 exiting through the window 10712, and push-pull tab 10710.

As stated, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, similarly to FIG. 56, FIG. 58 shows an connector 10800 that may, in some embodiments, utilize an outer housing 10801 that is capable of holding multiple (e.g., four) front bodies (not shown).

As shown in FIG. 58, some embodiments may have an outer housing 10801 able to accept up to four front bodies, each with one or more ferrules 10803. As shown, each front body (not shown) may securely fasten to the outer housing 10801 via the latching mechanism 10812 and 10813. In additional embodiments, the push-pull tab 10810 may be modified, as shown, such that a single tab can be used to free the up to four connectors from an adapter. As illustrated in FIG. 58, the push-pull tab 10810 may include four openings with which to receive multiple locking tabs 10811 of the outer housing 10801. As discussed herein the locking tabs 10811 of the outer housing 10801 are used to secure the connectors to an adapter (not shown). In one or more further embodiments, the connectors may have individual back bodies 10806 and boots 10809 (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. 59, the connector 10900 may utilize one or more duplex back bodies 10906 with a single boot 10909, similar to that shown in FIG. 57. Thus, similar to FIG. 57, the embodiment shown in FIG. 59 may allow for a further reduced print, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing 10901 may accept up to four front bodies, each with one or more ferrules 10903. As shown, each front body (not shown) may securely fasten to the outer housing 10901 via the latching mechanism 10912 and 10913. In additional embodiments, the push-pull tab 10910 may be modified, as shown, such that a single tab can be used to free the up to four front bodies from an adapter. As illustrated in FIG. 59, the push-pull tab 10910 may include four openings with which to receive multiple locking tabs 10911 of the outer housing 10901. As discussed herein the locking tabs 911 of the outer housing 10901 are used to secure the connectors to an adapter (not shown).

US 11,307,369 B2

21

22

In further embodiments, such as that shown in FIG. **60**, the connector **101000** may utilize a single uni-body body body **101006** with a single boot **101009**. Thus, the embodiment shown in FIG. **59** may allow for a further reduced foot print, even less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing **101001** that may accept up to four front bodies, each with one or more ferrules **101003**. As shown, each front body (not shown) may securely fasten to the outer housing **101001** via the latching mechanism **101012** and **101013**. In additional embodiments, the push-pull tab **101010** may be modified, as shown, such that a single tab can be used to free up to four connectors from an adapter. As illustrated in FIG. **60**, the push-pull tab **101010** may include four openings with which to receive multiple locking tabs **101011** of the outer housing **101001**. As discussed herein the locking tabs **101011** of the outer housing **101001** are used to secure the connectors to an adapter (not shown).

Referring now to FIG. **61**, an embodiment **101100** is shown in which the connector (not shown in its entirety) is inserted into an adapter **101114**. In this specific non-limiting example, the connector is similar to that shown in FIG. **58** (i.e., comprising four front bodies each with their own back body **101106** and boot **101109**). However, unlike FIG. **58**, the embodiment shown here utilizes four individual push-pull tabs **101110** instead of a single push-pull tab which manipulates four latching tabs to allow the connector to be removed from the adapter **101114**.

Various benefits and details have been discussed herein with regard to the connectors and their modular ability (e.g., to include multiple connectors into a single unit). In addition to the reduced footprint, structural improvements, and cost reduction, various embodiments herein may also be beneficial with regard to reducing the burden of cabling in a data center environment. Illustrative embodiments shown in FIGS. **62**A through **62**C depict cable configurations that can be used to reduce the complexity of optical cables in a compact environment. FIG. **62**A shows two duplex cables similar to the cable shown in FIG. **56**. This allows for two or more cables to be bundled and reduce the risk of entanglement with additional cables. FIG. **62**B is an illustrative example, of how easily an embodiment can separate into two individual connectors by unbinding the cables and thus quickly and easily creating two independent fiber optic channels that can move independently. FIG. **62**C shows an embodiment in which a duplex connector like that of FIGS. **56** and **62**A is connected to two separate individual connectors.

In addition to binding existing fiber cables, some embodiments herein may utilize a new four fiber zip cable. Referring now to FIG. **63**A, a conventional zip cable (i.e., one with a single fiber strand **101320** per jacket **101321**) is shown in comparison with an embodiment where two fibers **101322** per jacket **101323** may be utilized. It should be understood that this is merely a non-limiting example. In some embodiments, multiple fibers may be included per jacket, such as, for example, four fibers per jacket in order to utilize the single boot **101009** and uni-body read body **101006** of the connector shown in FIG. **60**.

A specific example using multi-strand cables is shown in FIG. **64** for illustrative purposes only. It should be understood that numerous alternatives and modifications are possible, such as, for example, that shown in FIG. **66**A-**66**B, FIGS. **67**A-**67**D, and **68**A-**68**B. As shown, a switch (e.g., 100G switch) **101430** is shown with a transceiver (e.g., 100G transceiver) **101431**. The transceiver **101431** has an adapter to receive two mini duplex connectors **101432**.

From each of the two duplex connectors **1432**, a four fiber cable **101433** extends to connect to various other connectors and transceivers. As shown, one four fiber cable **101433** is split into two two-fiber cables **101434**, which are then attached to a single simplex connector **101435** and placed into a transceiver (e.g., 25G transceiver) **101436**. As further shown, one of the four fiber cables **101437** is connected to a single mini duplex connector **101438**, which is then inserted into another transceiver (e.g., 50G transceiver) **101439**.

Accordingly, embodiments described herein allow for improvements over the current state of the art. By way of specific example, ROX connectors generally have three types of fixed cables: ROX 1, ROX 2, and ROX 4. Moreover, ROX cables are bifurcated. As such, the cable cannot be split once installed and the polarity of the cables cannot be changed. Alternatively, the embodiments discussed herein may allow a user to change from a four way to a 2-Duplex, to a 4-simplex connector, etc. (e.g., FIG. **69**). Moreover, as discussed herein, the individual connectors can be split into individual connectors anytime, even after deployment. Additionally, as discussed herein, the polarity can be changed within the connectors in an easy manner that does not risk damage to the one or more ferrules. It should also be noted, as discussed herein that connectors are used herein merely for simplicity purposes, and that various other connectors may be used in any embodiment (e.g., an MT connector, such as that shown in FIG. **66**A-**66**B).

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that this disclosure is not limited to particular methods, reagents, compounds, compositions or biological systems, which can, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

**23**

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

**24**

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. An optical fiber connector comprising:

first and second optical fiber ferrules;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing holding the first and second optical fiber ferrules such that the first and second optical fiber ferrules are exposed through the front end portion for making an optical connection and the first and second optical fiber ferrules are spaced apart from one another along the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the connector housing comprises a guide connecting the elongate arm to the optical fiber connector.

**2**. The optical fiber connector as set forth in claim **1**, wherein the guide defines a groove extending along the longitudinal axis.

**3**. The optical fiber connector as set forth in claim **2**, wherein the elongate arm is slidably received in the groove.

**4**. The optical fiber connector as set forth in claim **1**, wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis.

**5**. The optical fiber connector as set forth in claim **4**, wherein the front end portion of the elongate arm defines an opening.

**6**. The optical fiber connector as set forth in claim **5**, wherein the depressible latch is received in the opening.

**7**. The optical fiber connector as set forth in claim **6**, wherein the depressible latch has a front end portion and rear end portion spaced apart along the longitudinal axis and wherein the depressible latch extends upward along the transverse axis as the depressible latch extends along the longitudinal axis from the front end portion to the rear end portion of the depressible latch.

US 11,307,369 B2

25

**8**. The optical fiber connector as set forth in claim **7**, wherein the rear end portion of the depressible latch is spaced apart above the top portion of the connector housing along the transverse axis.

**9**. The optical fiber connector as set forth in claim **8**, wherein the front end portion of the elongate arm includes an edge defining a front end of the opening.

**10**. The optical fiber connector as set forth in claim **9**, wherein the depressible latch has an upper surface, the edge opposing the upper surface.

**11**. The optical fiber connector as set forth in claim **1**, wherein the connector housing includes a front body and a back body.

**12**. The optical fiber connector as set forth in claim **11**, further comprising a single cable boot extending rearward from the back body.

**13**. The optical fiber connector as set forth in claim **1**, further comprising a single cable boot extending rearward from the connector housing.

**14**. The optical fiber connector as set forth in claim **10**, wherein the elongate arm is configured to be pulled rearward along the longitudinal axis with respect to the connector housing whereby the edge slides longitudinally along the upper surface to depress the depressible latch.

**15**. The optical fiber connector as set forth in claim **14**, wherein the guide defines a groove extending along the longitudinal axis.

**16**. The optical fiber connector as set forth in claim **15**, wherein the elongate arm is slidably received in the groove.

**17**. The optical fiber connector as set forth in claim **15**, wherein the connector housing includes a front body and a back body.

**18**. The optical fiber connector as set forth in claim **17**, wherein the front body includes a recess and the back body includes a protrusion received in the recess to connect the back body to the front body.

**19**. The optical fiber connector as set forth in claim **18**, further comprising a single cable boot extending rearward from the connector housing.

**20**. An optical fiber connector comprising:

first and second optical fiber ferrules;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing holding the first and second optical fiber ferrules such that the first and second optical fiber ferrules are exposed through the front end portion for making an optical connection and the first and second optical fiber ferrules are spaced apart from one another along the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis;

wherein the front end portion of the elongate arm defines an opening;

wherein the depressible latch is received in the opening;

wherein the depressible latch has a front end portion and rear end portion spaced apart along the longitudinal axis and wherein the depressible latch extends upward along the transverse axis as the depressible latch

26

extends along the longitudinal axis from the front end portion to the rear end portion of the depressible latch;

wherein the rear end portion of the depressible latch is spaced apart above the top portion of the connector housing along the transverse axis;

wherein the front end portion of the elongate arm includes an edge defining a front end of the opening;

wherein the depressible latch has an upper surface, the edge opposing the upper surface;

wherein the elongate arm is configured to be pulled rearward along the longitudinal axis with respect to the connector housing whereby the edge slides longitudinally along the upper surface to depress the depressible latch.

**21**. An optical fiber connector comprising:

first and second optical fiber ferrules;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing holding the first and second optical fiber ferrules such that the first and second optical fiber ferrules are exposed through the front end portion for making an optical connection and the first and second optical fiber ferrules are spaced apart from one another along the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis;

the optical fiber connector further comprising a push/pull tab extending from the rear end portion of the elongate arm.

**22**. An optical fiber connector comprising:

first and second optical fiber ferrules;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing holding the first and second optical fiber ferrules such that the first and second optical fiber ferrules are exposed through the front end portion for making an optical connection and the first and second optical fiber ferrules are spaced apart from one another along the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the connector housing includes a front body and a back body;

wherein the front body includes a recess and the back body includes a protrusion received in the recess to connect the back body to the front body.

**23**. An optical fiber connector comprising:

a multi-fiber ferrule configured to terminate a plurality of optical fibers;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a

US 11,307,369 B2

27

bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing being configured to hold the multi-fiber ferrule such that the multi-fiber ferrule is exposed through the front end portion for making an optical connection and the plurality of optical fibers are spaced apart from one another in a row extending parallel to the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the connector housing comprises a guide connecting the elongate arm to the optical fiber connector.

**24**. The optical fiber connector as set forth in claim **23**, wherein the guide defines a groove extending along the longitudinal axis.

**25**. The optical fiber connector as set forth in claim **24**, wherein the elongate arm is slidably received in the groove.

**26**. The optical fiber connector as set forth in claim **23**, wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis.

**27**. The optical fiber connector as set forth in claim **26**, wherein the front end portion of the elongate arm defines an opening.

**28**. The optical fiber connector as set forth in claim **27**, wherein the depressible latch is received in the opening.

**29**. The optical fiber connector as set forth in claim **28**, wherein the depressible latch has a front end portion and rear end portion spaced apart along the longitudinal axis and wherein the depressible latch extends upward along the transverse axis as the depressible latch extends along the longitudinal axis from the front end portion to the rear end portion of the depressible latch.

**30**. The optical fiber connector as set forth in claim **29**, wherein the rear end portion of the depressible latch is spaced apart above the top portion of the connector housing along the transverse axis.

**31**. The optical fiber connector as set forth in claim **30**, wherein the front end portion of the elongate arm includes an edge defining a front end of the opening.

**32**. The optical fiber connector as set forth in claim **31**, wherein the depressible latch has an upper surface, the edge opposing the upper surface.

**33**. The optical fiber connector as set forth in claim **32**, wherein the elongate arm is configured to be pulled rearward along the longitudinal axis with respect to the connector housing whereby the edge slides longitudinally along the upper surface to depress the depressible latch.

**34**. The optical fiber connector as set forth in claim **33**, wherein the guide defines a groove extending along the longitudinal axis.

**35**. The optical fiber connector as set forth in claim **34**, wherein the elongate arm is slidably received in the groove.

**36**. The optical fiber connector as set forth in claim **34**, wherein the connector housing includes a front body and a back body.

**37**. The optical fiber connector as set forth in claim **36**, wherein the front body includes a recess and the back body includes a protrusion received in the recess to connect the back body to the front body.

**38**. The optical fiber connector as set forth in claim **37**, further comprising a single cable boot extending rearward from the connector housing.

28

**39**. An optical fiber connector comprising:

a multi-fiber ferrule configured to terminate a plurality of optical fibers;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing being configured to hold the multi-fiber ferrule such that the multi-fiber ferrule is exposed through the front end portion for making an optical connection and the plurality of optical fibers are spaced apart from one another in a row extending parallel to the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

wherein the elongate arm comprises a front end portion and a rear end portion spaced apart along the longitudinal axis;

wherein the front end portion of the elongate arm defines an opening;

wherein the depressible latch is received in the opening;

wherein the depressible latch has a front end portion and rear end portion spaced apart along the longitudinal axis and wherein the depressible latch extends along the transverse axis as the depressible latch extends along the longitudinal axis from the front end portion to the rear end portion of the depressible latch;

wherein the rear end portion of the depressible latch is spaced apart above the top portion of the connector housing along the transverse axis;

wherein the front end portion of the elongate arm includes an edge defining a front end of the opening;

wherein the depressible latch has an upper surface, the edge opposing the upper surface:

wherein the elongate arm is configured to be pulled rearward along the longitudinal axis with respect to the connector housing whereby the edge slides longitudinally along the upper surface to depress the depressible latch.

**40**. An optical fiber connector comprising:

a multi-fiber ferrule configured to terminate a plurality of optical fibers;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing being configured to hold the multi-fiber ferrule such that the multi-fiber ferrule is exposed through the front end portion for making an optical connection and the plurality of optical fibers are spaced apart from one another in a row extending parallel to the transverse axis,

a depressible latch above the top portion of the connector housing; and

an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch;

US 11,307,369 B2

**29**

**30**

wherein the elongate arm comprises a front end portion
and a rear end portion spaced apart along the longitu-
dinal axis;

further comprising a push/pull tab extending from the rear
end portion of the elongate arm.

\* \* \* \* \*

# EXHIBIT B



US011333836B2

(12) **United States Patent**
Wong et al.

(10) Patent No.: **US 11,333,836 B2**
(45) **Date of Patent:** **May 17, 2022**

(54) **ADAPTER FOR OPTICAL CONNECTORS**

(71) Applicant: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

(72) Inventors: **Kim Man Wong**, Kowloon (HK); **Jeffrey Gniadek**, Oxford, ME (US); **Kazuyoshi Takano**, Tokyo (JP); **Siu Kei Ma**, Kowloon (HK)

(73) Assignee: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/375,856**

(22) Filed: **Jul. 14, 2021**

(65) **Prior Publication Data**

US 2021/0382245 A1 Dec. 9, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/200,134, filed on Mar. 12, 2021, now Pat. No. 11,181,701, which is a continuation of application No. 16/297,607, filed on Mar. 9, 2019, now Pat. No. 10,976,505, which is a continuation of application No. PCT/US2018/016049, filed on Jan. 30, 2018.

(60) Provisional application No. 62/581,961, filed on Nov. 6, 2017, provisional application No. 62/546,920, filed on Aug. 17, 2017, provisional application No. 62/485,042, filed on Apr. 13, 2017, provisional

application No. 62/463,898, filed on Feb. 27, 2017, provisional application No. 62/457,150, filed on Feb. 9, 2017, provisional application No. 62/452,147, filed on Jan. 30, 2017.

(51) **Int. Cl.**
*G02B 6/38* (2006.01)

(52) **U.S. Cl.**
CPC ......... *G02B 6/3893* (2013.01); *G02B 6/3821* (2013.01); *G02B 6/3879* (2013.01)

(58) **Field of Classification Search**
CPC ... G02B 6/3893; G02B 6/3821; G02B 6/3879
USPC .......................................................... 385/78
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2005/0135752 A1* 6/2005 Kiani .................. G02B 6/3895
385/55

* cited by examiner

*Primary Examiner* — Jerry M Blevins

(57) **ABSTRACT**

An optical fiber connector assembly comprises at least one connector having a latching arm for coupling to an adapter, and a remote release tab having a protrusion configured to cooperate with the adapter to depress said latching arm when the remote release tab is pulled relative to the adapter. The optical fiber connector assembly may further be configured to allow reversing its polarity.

**13 Claims, 28 Drawing Sheets**



100

130

120

110a

110b



FIG. 1B



FIG. 1A

U.S. Patent     May 17, 2022     Sheet 2 of 28     US 11,333,836 B2



FIG. 2A

FIG. 2B

FIG. 2C

FIG. 2D



FIG. 3A

FIG. 3B





FIG. 6A
500

FIG. 6B
540
520
530

FIG. 6C

FIG. 6D
500R





FIG. 8A.2

FIG. 8A.1

FIG. 8B.2

FIG. 8B.1







FIG. 11A

FIG. 11B





FIG. 13B

FIG. 13C



FIG. 13A

FIG. 13D

















FIG. 20A

FIG. 20B

FIG. 20C

FIG. 20D



FIG. 22A

FIG. 22B

FIG. 22C

FIG. 22D

FIG. 22E



**FIG. 23**



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28

US 11,333,836 B2

1

## ADAPTER FOR OPTICAL CONNECTORS

### CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

The present application is U.S. Non-Provisional patent application Ser. No. 17/200,134, filed on Mar. 12, 2021, titled Optical Connectors with Reversible Polarity, which is a continuation of U.S. Non-Provisional patent application Ser. No. 16/297,607, filed on Mar. 9, 2019, titled Optical Connectors with Reversible Polarity and Method of Use, which claims priority to PCT Application No. PCT/US2018/016049, filed Jan. 30, 2018, which claims priority to provisional applications: 62/452,147 filed Jan. 30, 2017, No. 62/457,150 filed Feb. 9, 2017, No. 62/463,898 filed Feb. 27, 2017, No. 62/463,901 filed Feb. 27, 2017, No. 62/485,042 filed Apr. 13, 2017, No. 62/546,920, filed Aug. 17, 2017, and No. 62/581,961 filed Nov. 6, 2017; all disclosures of the above are incorporated herein by reference in their entireties.

### FIELD OF THE INVENTION

The present disclosure relates generally optical connectors with reversible polarity.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel

2

connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

Accordingly, there is a need for smaller fiber optic connectors that will meet the needs of future developments in smaller SFPs and are reconfigurable for flexible deployment.

### SUMMARY OF THE INVENTION

In a first aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A latch coupling is positioned on each of the first and second exterior walls of the housing. A removable latch may engage either the first or second exterior wall latch coupling on the connector housing. Positioning the removable latch on the first exterior wall yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with exchangeable arms for changing connector type. Thus, a common connector body may be formed into different connector types. The connector includes at least first and second optical ferrules and a common connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A coupling surface is positioned on each of the first and second exterior walls of the common connector housing. To create a connector, a removable arm engages either the first or second exterior wall coupling surface; the removable arm includes either a latch or a latch recess depending upon the type of optical connector to be formed. Further, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with a push-pull tab. The connector includes at least first and second optical ferrules and has a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A first aperture is in the first exterior wall of the housing and a second aperture is in the second

**3**

exterior wall of the housing. A removable push-pull tab includes a protrusion for positioning within either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing. Positioning the removable push-pull tab with its protrusion within the first aperture yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion within the second aperture yields a fiber optic connector with a second, opposite polarity.

In yet another aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A removable push-pull tab is provided. A first push-pull tab retainer is positioned on the first exterior wall and a second push-pull tab retainer is positioned on the second exterior wall. Positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the housing yields a fiber optic connector with a second, opposite polarity.

According to one aspect of the present disclosure, there is provided an optical fiber connector assembly comprising at least one connector, a latch arm for coupling to an adapter, and a remote release tab having a protrusion configured to cooperate with the adapter to depress said latch arm when the remote release tab is pulled relative to the adapter.

In some embodiments, the remote release tab may be coupled to the latch arm. The remote release tab may further comprise a window configured to receive the latch arm. In some embodiments, the remote release tab may be configured such that the protrusion slides along the latch arm when the remote release tab is pulled relative to the adapter. In some embodiments, the remote release tab may further be configured such that the protrusion interacts with an inner portion of the adapter to receive a downward force needed to depress said latch arm. In some embodiments, the inner portion of the adapter may be a fixed portion. In some embodiments, the protrusion may have a wedge shape. In various embodiments, the remote release tab may be configured such that the protrusion pushes down the latch arm substantially simultaneously as sliding along an inner portion of the adapter.

In some embodiments, the optical fiber connector assembly may further comprise a boot, and the remote release tab may be configured to extend over the boot.

In some embodiments, the optical fiber connector assembly may comprise a guide configured to receive the remote release tab. In various embodiments, the guide may be further configured to rotate to allow reversing a polarity of the optical fiber connector assembly.

Some embodiments of the optical fiber connector assembly may comprise a housing configured to receive the at least one connector. Some embodiments of the connector assembly may further comprise a latch arm assembly including the latch arm. The latch arm assembly may have a first portion configured to couple to the at least one connector and a second portion configured to engage the housing. In some embodiments of the connector assembly, the latch arm may be coupled to the at least one connector. In other embodiments, the at least one connector may include the latch arm as an integral structure.

**4**

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1A** is a perspective view of one embodiment of a reversible polarity fiber optic connector according to some aspects of the present disclosure;

FIG. **1B** is a side view of the reversible polarity fiber optic connector of FIG. **3A** with the removable latch being removed from the connector housing;

FIG. **2A** is a perspective view of the reversible polarity fiber optic connector of FIG. **1A**;

FIG. **2B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **2A**;

FIG. **2C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **2A**;

FIG. **2D** is a perspective view of the fiber optic connector of FIG. **1A** with its polarity reversed;

FIG. **3A** is a perspective view of an embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. **3B** is an exploded view of the reversible polarity fiber optic connector of FIG. **3A**;

FIG. **4A** is a perspective view of the polarity of the reversible polarity fiber optic connector of FIG. **3A**;

FIG. **4B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4A**;

FIG. **4C.1** is an exploded view of positioning the latch in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4A**;

FIG. **4C.2** is an exploded view of attaching the removed components of FIG. **4B** in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4A**;

FIG. **4D** is a perspective view of the reversible polarity fiber optic connector of FIG. **4A** with its polarity reversed;

FIG. **5A** is a perspective view of another embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. **5B** is an exploded view of the reversible polarity fiber optic connector of FIG. **5A**;

FIG. **6A** is a perspective view of the polarity of the fiber optic connector of FIG. **5A**;

FIG. **6B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **5A**;

FIG. **6C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **6A**;

FIG. **6D** is a perspective view of the reversible polarity fiber optic connector of FIG. **6A** with its polarity reversed;

FIG. **7A** is a perspective view of a common connector housing of a reversible polarity fiber optic connector with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure;

FIG. **7B** is the front view of the common connector housing of FIG. **7A**;

FIG. **7C** is the top view of the common connector housing of FIG. **7A**;

FIG. **7D** is the side view of the common connector housing of FIG. **7A**;

FIG. **8A.1** shows how the common connector housing of FIG. **7A** is used to create a latch-type connector;

FIG. **8A.2** is an exploded view of FIG. **8A.1**;

FIG. **8B.1** shows how the common connector housing of FIG. **7A** is used to create a recess-type connector;

5

FIG. **8**B.**2** is an exploded view of FIG. **8**B.**1**;

FIG. **9**A is a perspective view of FIG. **8**A.**1** of the polarity of the latch-type fiber optic connector of FIG. **8**A.**1**;

FIG. **9**B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**A.**1**;

FIG. **9**C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**A.**1**;

FIG. **9**D is a perspective view of the reversible polarity fiber optic connector of FIG. **8**A.**1** with its polarity reversed;

FIG. **10**A is a perspective view of FIG. **8**B.**1** of the polarity of the recess-type fiber optic connector of FIG. **8**B.**1**;

FIG. **10**B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**B.**1**;

FIG. **10**C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**B.**1**;

FIG. **10**D is a perspective view of the reversible polarity fiber optic connector of FIG. **8**B.**1** with its polarity reversed;

FIGS. **11**A and **11**B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **12**A-**12**D depict the operation of the reversible polarity optical connector of FIGS. **11**A and **11**B;

FIGS. **13**A-**13**D depict the process for changing the polarity of the optical connector of FIGS. **11**A and **11**B;

FIGS. **14**A and **14**B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **15**A-**15**D depict the operation of the reversible polarity optical connector of FIGS. **14**A and **14**B;

FIGS. **16**A-**16**D depict the process for changing the polarity of the optical connector of FIGS. **14**A and **14**B;

FIGS. **17**A-**17**C respectively depict perspective, partial cross-section, and exploded views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **18**A-**18**D depict the assembly of the push-pull tab to the connector body of the connector of FIGS. **17**A-**17**C;

FIGS. **19**A-**19**B depict the removal of the push-pull tab from the connector body using a tool;

FIGS. **20**A-**20**D depict the process for changing the polarity of the optical connector of FIGS. **17**A-**17**C;

FIGS. **21**A-**21**D depict the process of changing polarity of an optical connector according to an embodiment of the invention;

FIGS. **22**A-**22**E depict the process for changing the polarity of an optical connector according to an embodiment of the invention;

FIG. **23** is a perspective view of a partially disassembled optical fiber connector assembly having a remote release tab according to aspects of the present disclosure;

FIG. **24** is a perspective view of the optical fiber connector assembly of FIG. **23** according to aspects of the present disclosure;

FIG. **25** is a perspective view of the optical fiber connector assembly of FIG. **23** coupled to an adapter according to aspects of the present disclosure;

FIG. **26** is a top view of the optical fiber connector assembly and adapter of FIG. **25** according to aspects of the present disclosure;

FIG. **27** is a cross-sectional view of the optical fiber connector assembly and adapter of FIG. **26** along section

6

A-A, showing the remote release tab in a forward position according to aspects of the present disclosure; and

FIG. **28** is a cross-sectional view of the optical fiber connector assembly and adapter of FIG. **26** along section A-A, showing the remote release tab in a rearward position according to aspects of the present disclosure.

DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

The connectors of the present disclosure may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, an SC duplex connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing. In some embodiments, the housing may incorporate any or all of the components described herein.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, the fiber optic connector may be a narrow pitch duplex LC connector including two LC connectors. In some embodiments, such as that shown, the two LC connectors may comprise a single combined unit. In alternative embodiments, the LC connectors may be separate members, wherein an air gap exists between the two members, or wherein the two separate members are located adjacent and flush to each other (i.e., no air gap exists). In some embodiments, each of the LC connectors includes a respective ferrule and a respective extending member or modular arm. The connector may have a pitch of 4.8 mm, defined as the axis-to-axis distance between the central axes of the LC connectors. In other embodiments, the connector pitch may be less than that of the pitch of conventional

7

connectors, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

In current designs, if a fiber optic connector, particularly a duplex connector, needs to have the ferrules rotated or swapped, for example, for exchanging transmit and receive optical fibers, it can be a time consuming and difficult process. Generally, if a duplex connector needs to be rotated, current systems require twisting the individual LC connector tips 180 degrees. However, this process also twists the fibers that enter the connector tip. Twisting the fiber at any stage of the connection can cause wear and/or damage to the delicate fibers. Thus, most systems involve an alternative solution, wherein the duplex connector is partially or completely disassembled in order to access the ferrules or fibers and manually relocate them within the duplex connector. However, swapping ferrules side to side is a delicate operation. In order to prevent damage to the internal fibers, great care must be taken. Thus, this operation usually requires specialized tools and preparation time to perform safely and accurately.

Therefore, embodiments as described herein, allow for easy, quick, and safe swapping of the left and right side ferrules in a connector. Thus, embodiments discussed herein allow for a change in polarity of the duplex connector without twisting the fibers or performing any complex disassembly of the duplex connector.

FIGS. 1A and 1B depict a fiber optic connector with reversible polarity according to one aspect of the present disclosure. As shown in FIG. 1A, a reversible polarity fiber optic connector may include first and second optical ferrules 110*a* and 110*b* and a connector housing 120 at least partially surrounding the first and second optical ferrules. A removable latch 130 is depicted in FIG. 1A in its assembled state and in FIG. 1B removed from the connector housing 120.

FIG. 1B is a side view of the reversible polarity fiber optic connector of FIG. 1A with the removable latch 130 being separated from the connector housing. As shown, the connector housing 120 may have a first exterior wall 121*a* positioned above the first and second optical ferrules and a second exterior wall 121*b* positioned beneath the first and second optical ferrules. A latch coupling 122 is positioned on each of the first and second exterior walls of the housing. The removable latch 130 may include a protrusion 131 for engaging the housing latch coupling 122. In particular, the latch coupling 122 may include angled walls that interact with slanted edges of the protrusion 131 to prevent accidental disassembly of the latch 130. Although the latch coupling 122 is depicted as a recess on the housing accommodating a latch protrusion, these elements may be reversed with the latch including a recess and the housing including a protrusion. Other mechanical coupling mechanisms may be used to interconnect the housing and the removable latch. For example, an embodiment may involve a coupling system wherein the removable latch is inserted into a recess in the connector housing and twisted (e.g., 90°, 180°, etc.) to secure the latch to the recess. Alternative coupling may use a more complex shape. For example, a u-shaped recess in the connector housing may engage a cooperatively-shaped projection in the latch that is inserted and fed through the u-shape until secure. It should thus be understood, that any system or method of coupling may be used to attach the removable latch to the connector housing, including various locations (e.g., sliding from the front, sides, back, bottom, top, etc.).

FIGS. 2A-2D depict the process for changing the polarity of the fiber optic connector of FIG. 1A from a first polarity,

8

FIG. 2A to a second, opposite polarity, FIG. 2D. The removable latch 130 may be removed from the latch coupling on the first exterior wall of the connector housing, FIG. 2B, positioned adjacent the second exterior wall on beneath the ferrules, FIG. 2C, and then coupled with the latch coupling on the second exterior wall of the connector housing to yield a connector 100R, FIG. 2D, having the opposite polarity of connector 100. In this manner, transmit and receive optical fibers may be reversed without necessitating any fiber twist or complex repositioning of the optical ferrules.

In typical embodiments, the latch of the connector housing is required to be flexible. Thus, when a latch and a connector housing (e.g., duplex connector) are built as one unified member (as is currently done), the fiber optic connector is built of a similar flexible or less rigid material. Building the connector housing out of a plastic or polymeric material, limits the amount of rigidity that it can have. Thus, as fiber optic connectors continue to reduce in size, the strength of the housing has been reduced. Therefore, it would be advantageous to build the connector housing out of a more robust material while still allowing the latch to remain flexible. In order to accomplish this, in some embodiments according to aspects of the present disclosure, the connector housing may be manufactured out of a very rigid or strong material (e.g., steel, graphene, carbon, metal alloys, or any material of suitable properties). Because the connector housing and the removable latch need only interlock with each other, the removable latch may still be made out of a more flexible material. Thus, the removable nature of the latch disclosed herein allow for a more robust and secure overall design when dealing with the shrinking footprint of fiber optic connectors.

FIG. 3A is a perspective view of another embodiment of a reversible polarity fiber optic connector 300. As shown, the reversible polarity fiber optic connector may further comprise a pull tab 340 for engaging a removable latch 330. The pull tab 340 depresses the latch 330 as the tab is pulled in a direction away from the fiber optic ferrules.

FIG. 3B is an exploded view of the reversible polarity fiber optic connector of FIG. 3A. As shown, the pull tab 340 may comprise a first opening 341 and a second opening 344. The first opening 341 is configured to allow the connector housing and the removable latch to pass through while the second opening is configured to accommodate the tip of the latch. The pull tab may further comprise a first deformable portion 342 and a second deformable portion 344. In operation, the first deformable portion 342 cooperates with the second deformable portion 344 to depress the removable latch when the pull tab is pulled in a direction away from the ferrules.

FIGS. 4A-4D depict the process for changing the polarity of the fiber optic connector 300 from a first polarity, FIG. 4A to a second polarity 300R, FIG. 4D. The pull tab 340 may be disengaged from the connector housing 320 and the removable latch 330 on the first exterior wall of the connector housing, FIG. 2B. The removable latch is then detached from the latch coupling on the first exterior wall of the connector housing, FIG. 4C.1. Next, the removable latch is engaged with the latch coupling on the second exterior wall of the connector housing, beneath the ferrules, FIG. 4C.2. Finally, the pull tab 340 is positioned surrounding the connector housing and engaging the removable latch tip, resulting in the assembled optical connector 300R having polarity opposite to that of connector 300, FIG. 4D.

FIGS. 5A and 5B are a perspective view and exploded view, respectively, of another embodiment of a reversible

US 11,333,836 B2

9

polarity fiber optic connector **500**. The connector **500** includes a connector housing **520**, a latch **530**, and a pull tab **540**. On the first and second exterior walls of connector housing **520** are latch couplings that include a groove **522**. A recess **521** is also provided in the housing. The latch **530** includes a protrusion **531** that is received within groove **522**. The latch further includes a projection **532** that is received in the housing between the optical ferrules. The pull tab **540** includes an opening **541** for engaging the removable latch **530**. A front protrusion **542** is configured to depress the removable latch **530** when the pull tab is pulled in a direction away from the ferrule side of the optical connector.

FIGS. **6**A-**6**D depict the process for changing the polarity of the fiber optic connector **500** from a first polarity, FIG. **6**A to a second polarity, FIG. **6**D. The pull tab **540** is disengaged from the connector housing and the removable latch **530** on the first exterior wall of the connector housing, FIG. **6**B, and the removable latch is decoupled from the latch coupling on the first exterior wall of the connector housing. Then the removable latch may be coupled with the latch coupling on the second exterior wall of the connector housing, beneath the optical ferrules in FIG. **6**C, and the pull tab **540** is engaged with the connector housing and the removable latch on the second exterior wall of the connector housing to create reverse polarity connector **500**R, FIG. **6**D.

It is of interest within the optical connectivity industry to have multiple styles of optical connectors for multiple purposes and/or multiple implementation styles. Thus, in order to more easily provide flexibility, a solution is needed that allows for on-the-fly, in-the-field, or in manufacturing modification of the connector. The below embodiment provides a universal type fiber optic connector which has a unique housing design that allows for different latches or arms to be attached.

FIG. **7**A is a perspective view of a common connector housing **720** of a reversible polarity fiber optic connector **700** with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure. As shown, the reversible polarity fiber optic connector may comprise first and second optical ferrules **710**a and **710**b and the common connector housing **720** at least partially surrounding the first and second optical ferrules.

FIGS. **7**B, **7**C and **7**D are the front view, top view and side view, respectively, of the common connector housing **720**. As shown, the common connector housing may have a first exterior wall **725**a positioned above the first and second optical ferrules and a second exterior wall **725**b positioned beneath the first and second optical ferrules. The connector housing **720** may further have a coupling surface **724** positioned on each of the first and second exterior walls and include a receiving track **726** in the coupling surface.

FIG. **8**A.**1** shows the common connector housing **720** used to create a latch-type connector **700** and FIG. **8**B.**1** shows the common connector housing **720** used to create a recess-type connector **800**. Both of connectors **700** and **800** include a removable arm **730** or **830** for engaging either of the first and second exterior wall coupling surfaces **724** on the connector housing, FIGS. **8**A.**2** and **8**B.**2** respectively. The removable arms **730** and **830** may each respectively include a projection **735** or **835** for engaging in the receiving track **726** of the coupling surface **724**, FIGS. **8**A.**2** and **8**B.**2** respectively. As with the previous embodiments, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with the opposite polarity.

10

Still referring to FIGS. **8**A.**2** and **8**B.**2** respectively the removable arms may include either a latch or a recess: removable arm **730** includes a latch **733** while removable arm **830** includes a recess **834**. Thus, a latch-type connector **700** is created through assembly of the removable latch arm to the common connector body **720** as shown in FIG. **8**A.**1** and a recess-type connector **800** is created through assembly of the removable recess arm to the common connector body **720** as shown in FIG. **8**B.**1**.

The fiber optic connector may further include a pull tab. When a removable arm with a latch **730** is positioned on the coupling surface of the common connector housing **720** to create a latch-type connector **700**, the pull tab **740** is a separate element from the removable arm, FIG. **8**A.**2**. When a removable arm includes a recess **830** is positioned on the coupling surface of the common connector housing **720** to create a recess-type connector **800**, the pull tab **840** is integrated with the removable arm, FIG. **8**B.**2**.

FIGS. **9**A-**9**D depict the process for changing the polarity of the latch-type fiber optic connector from a first polarity **700**, FIG. **9**A to a second polarity **700**R, FIG. **9**D. The sub-assembly of the removable arm **730** and the pull tab **740** may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **9**B. Then the sub-assembly of the removable arm **730** and the pull tab **740** may be coupled with the coupling surface of the second exterior wall of the connector housing, FIG. **9**C, creating the opposite polarity connector **700**R.

FIGS. **10**A-**10**C depicts the process for changing the polarity of the recess-type fiber optic connector **800** from a first polarity, FIG. **10**A to a second polarity, FIG. **10**D. The removable arm **830** with a recess and a pull tab as an integral structure may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **10**B. Then the removable arm may be coupled with the coupling surface **724** of the second exterior wall of the common connector housing **720**, FIG. **10**C to create opposite polarity optical connector **800**R, FIG. **10**D.

FIGS. **11**A and **11**B depict a further embodiment **1100** of the reversible polarity optical connectors of the present disclosure. In FIG. **11**A, a push-pull tab **1130** may interconnect with either a first exterior wall **1110** of housing **1105** or with a second exterior wall **1115** of housing **1105**. Ferrules **1120** and **1125** are at least partially surrounded by housing **1105** and may be LC connectors in an embodiment. As in previous embodiments, the push-pull tab may include a tab recess **1145**. Alternatively, push-pull tab **1130** may include a latch (not shown). Various features of the push-pull tab **1130** are provided to assist in affixing the push-pull tab to the first exterior wall **1110** or the second exterior wall **1115** of the housing **1105**. This includes push-pull tab clips **1135** that clip onto the connector, optionally in a boot region, and protrusion **1140** that fits within a first aperture, **1109**A, beneath the housing exterior wall **1110** or a second aperture, **1109**B, beneath housing exterior wall **1115** (to be discussed in more detail below), and projection **1131** for inserting into the housing between ferrules **1120** and **1125**. Each of these features is fully reversible such that the push-pull tab is easily removed and repositioned on the opposite exterior wall to change polarity of the connector.

As best seen in FIGS. **12**B and **12**D, push-pull tab protrusion **1140** may be inserted into first aperture **1109**A of housing **1105** through a first exterior housing aperture **1107**A. Alternatively, in the reverse-polarity configuration, the push-pull tab protrusion **1140** may be inserted into second housing aperture **1109**B through second exterior housing aperture **1107**B. When the push-pull tab **1130** is

US 11,333,836 B2

**11**

moved forward, the protrusion slides within the aperture **1109**A or **1109**B, as shown in FIG. **12**B. To maintain the push-pull tab in a forward-biased position, tab position spring **1150** is provided. During insertion or removal of the protrusion **1140**, tab position spring **1150** is compressed, depicted in FIG. **12**B. When the position spring **1150** is in its relaxed (uncompressed) position, FIGS. **12**C and **12**D, the protrusion **1140** is slid forward within the aperture **1109**A or **1109**B.

To change polarity of the optical connector **1100**, FIGS. **13**A-**13**D, the push-pull tab **1130** is removed by withdrawing the protrusion **1140** from the housing **1105** through exterior housing aperture **1107**A along with detaching clips **1135** and decoupling projection **1131**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **13**B). The push-pull tab is moved toward second exterior housing wall **1115** and the protrusion **1140** is inserted into aperture **1109**B through exterior housing aperture **1107**B in FIG. **13**C. Projection **1131** is fitted between ferrules **1120** and **1125** and clips **1135** are affixed to the connector. The resultant connector **1100**R of **13**D is of opposite polarity to the connector **1100** of FIG. **13**A.

Various alternatives to the protrusion **1140** of optical connector **1100** may be used in the optical connectors of this disclosure. For example, the protrusion may be provided by the connector housing with receiving elements provided in the push-pull tab. Variations to the shape of the projection and apertures may be made without affecting the function of the reversible-polarity connector.

Another alternative embodiment is depicted in FIGS. **14**A and **14**B in which a hook-shaped protrusion **1440** is provided for engagement within the connector housing. As in the previous embodiment, the push-pull tab **1430** includes a tab recess **1445**, connector-attachment clips **1435** and projection **1431** for positioning between ferrules **1420** and **1425**. In FIG. **14**B, the push-pull tab **1430** is positioned on first exterior housing wall **1410** and has a first polarity. In this position, the hook-shaped protrusion **1440** engages a housing projection **1460**, held in a forward-biased position by push-pull tab position spring **1465**, as seen in FIGS. **15**B and **15**D. To release the protrusion **1440**, push-pull tab position spring **1465** is compressed in FIG. **15**C such that housing projection **1460** is retracted sufficiently to allow removal of protrusion **1440** through the housing **1405**, FIG. **15**D.

To change polarity of the optical connector **1400** from the first polarity of FIG. **16**A, the push-pull tab **1430** is removed by withdrawing the protrusion **1440** from the housing **1405** through the housing along with detaching clips **1435** and decoupling projection **1431**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **16**B). The push-pull tab is moved toward second exterior housing wall **1415** and the protrusion **1440** is inserted into the housing **1405**. Projection **1431** is fitted between ferrules **1420** and **1425** and clips **1435** are affixed to the connector in FIG. **16**C. The resultant connector **1400**R of FIG. **16**D is of opposite polarity to the connector of FIG. **16**A.

Protrusions from a push-pull tab may be inserted into a housing via features other than a housing aperture. Such a connector is depicted in FIG. **17** and features a deformable housing region to allow entry of a push-pull tab protrusion during affixing of the push-pull tab to the connector housing. As seen in FIG. **17**A, the connector **1700** includes a connector housing **1705** which may optionally include a back body housing portion **1709** for connecting with a housing front portion **1707** (FIG. **17**C). The back body housing portion **1709** includes a deformable region **1780**, seen in the

**12**

partial cross-section of FIG. **17**B and the perspective view of FIG. **17**C. The push-pull tab **1730** includes a protrusion **1740** with a projection **1741** extending therefrom.

Turning to FIG. **18**, to affix the push-pull tab to the connector housing, the protrusion **1740** penetrates the deformable region **1780** (FIG. **18**B) causing the deformable region to yield and accept entry of the protrusion **1740** into the housing. As the projection **1741** enters the housing as depicted in FIG. **18**C, the deformable region **1780** returns to its original position (FIG. **18**D), securing the push-pull tab **1730** to the connector housing.

Removal of the push-pull tab **1730** is depicted in FIGS. **19**A and **19**B. A removal tool **1900**, which may be shaped similar to a small screwdriver, depresses deformable region **1780**, allowing projection **1741** to slide along an edge of the deformable region **1780**, followed by the protrusion **1740**, releasing the push-pull tab **1730**.

To change polarity of the optical connector **1700** from the first polarity of FIG. **20**A, the push-pull tab **1730** is removed in FIG. **20**B by using the removal tool technique depicted in FIGS. **19**A and **19**B. The push-pull tab is moved toward the second exterior housing wall and the protrusion **1740** is inserted into the housing **1705** through the deformable region **1780** in FIG. **20**C. The resultant connector **1700**R of FIG. **20**D is of opposite polarity to the connector of FIG. **20**A.

In another aspect of the disclosure, a retaining member may be provided in the connector housing to retain a push-pull tab. As seen in FIGS. **21**A-**21**D, a connector **2100** having a housing **2105** is provided with a housing front portion **2107** and a back portion **2109**. FIG. **21**A depicts an assembled connector **2100** with housing **2105**. FIG. **21**B depicts an exploded view of connector **2100** of FIG. **21**A. Push-pull tab **2130** has a receiving surface **2132**, which during use of connector **2100** provides a surface over which retainer **2111** can slide across during tab movement. Extending from the housing back portion is a retainer **2111** which may include a pair of retaining clips, as shown, or any other structure configured to retain the push-pull tab **2130**. FIG. **21**C depicts connector **2100** showing a section view cut given by the arrows and broken line near the proximal end of connector **2100**. Optionally, when the retainer **2111** includes clips, the clips may be hook-shaped as seen in the cross-sectional view of FIG. **21**D. As shown in FIG. **21**D, receiving surface **2132** may be a recess with a protrusion along the edge that engages the hook-shaped edge of the clips.

FIG. **22**A through FIG. **22**E depicts the operation of polarity change for connector **2100** of FIG. **21**A-FIG. **21**D. FIG. **22**A depicts connector **2100** with pull-push tab clips **2135** (opposing side not shown) engaged around connector. To operate connector **2100**, user can move push-pull tab **2130** forward or toward front of connector or backward or toward rear of connector, and as describe in FIG. **21** above tab moves along connector receiving surface **2123**. This engages or releases connector **2100** from a receptacle as is known in the art. To change the polarity of connector **2100** from the polarity depicted in FIG. **22**A to the second, opposite polarity of FIG. **22**E, the retainer **2111** is removed from receiving surface **2132**. Referring to FIG. **21**B, lifting push-pull tab **2130** in direction of up-arrow, separates retainer **2111** from receiving surface. As shown in FIG. **22**C, push-pull tab clips separate from the connector as the retainer is removed. Continuing with FIG. **22**C, push-pull tab **2130** is moved to the opposite housing exterior wall in FIG. **22**C. FIG. **22**D depicts receiving surface **2132** engages with the retainer **2111**. In FIG. **21**E the assembled connector

US 11,333,836 B2

**13**

2100R having the opposite polarity to the connector of FIG. **22**A is depicted, fully assembled. Retainer **2111** is in contact with receiving surface **2132**, and push-pull tab **2130** is secured to connector body, as shown in FIG. **22**E.

FIGS. **23-28**

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, for example, embodiments of multiple-fiber push-on/pull-off (MPO) connectors, such as the Senko mini MPO connector and the Senko MPO Plus connector. The connector may generally be defined by a connector housing body.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments provide single fiber and multi-fiber connectors having a remote release tab, also referred to as a pull tab or a push pull tab. Some embodiments may be configured to allow polarity changes.

The pull tab of a typical connector may interact solely with the profile of the connector latch arm to flex the latch arm downward the distance needed to allow the connector to become unlatched from within the adapter/coupler for removal. Alternatively, the pull tab of a connector may work to solely lift an adapter hook a required distance to allow the connector to become unlatched for removal.

Various embodiments of connectors disclosed herein include an outer main body with a unique un-latching system. Various embodiments described herein generally provide optical fiber connectors with remote release tabs configured to allow a user to easily remove or insert connectors into adapters or couplers, such as adapters disposed on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like.

Various embodiments of connectors disclosed herein include a remote release tab having a tip configured to interact with an inner portion of the top surface of an adapter or coupler to provide some of the downward force needed to unlatch the connector from the adapter or coupler. In some embodiments, the inner portion of the top surface of the adapter or coupler may be a fixed portion that does not move.

In some embodiments, the tip of the remote release tab may be a wedge shaped tip. The connector may have a latch arm and may be configured such that as the remote release tab is pulled back, the tip of the remote release tab slides upwards along the slope of the latch arm of the connector. At a certain distance of retraction of the remote release tab, the wedge shape comes in contact with an inner portion of the top surface of the adapter. Upon additional retraction of the remote release tab, the wedge shaped tip simultaneously begins to push down the connector latch arm while sliding along the inner portion of the top surface of the adapter. As

**14**

the connector latch arm is depressed to a sufficient distance, it becomes unlatched from the adapter, and any additional pulling of the remote release tab results in removing the connector from the adapter.

Some embodiments, such as embodiments having multiple ferrules and embodiments having multiple fiber ferrule connectors, are further configured to allow reversing the polarity. For example, in some embodiments, a guide of the remote release tab may be configured to rotate about 180 degrees in order to reverse polarity.

FIG. **23** shows one embodiment of an optical fiber connector assembly **3100** having a plurality of connectors **3102** and a remote release tab **3104**. In this embodiment, the connector assembly **3100** has a plurality of connectors. In other embodiments, the connector assembly may have one or more connectors. Various embodiments may include connectors of different types than shown in FIG. **23**. Each connector **3102** has a respective connector housing **3106** and a respective ferrule **3108**.

The connector assembly **3100** further includes at least one flexible latch arm assembly **3110**. The latch arm assembly **3110** includes at least one flexible latch arm **3111**. The latch arm assembly **3110** is configured to couple to the connectors **3102**. In other embodiments, each of the connectors **3102** may include a respective latch arm. In some embodiments, the latch arm may be formed integrally with one or more connectors in the connector assembly.

The connector assembly **3100** further includes a housing **3112** configured to receive the connectors **3102**. The latch arm assembly **3110** includes a first portion **3114** configured to couple with the connectors **3102**, for example by coupling to the connector housings **3106**. The latch arm assembly **3110** also includes a second portion **3116** configured to be received by the housing **3112**. In other embodiments, the latch arm assembly **3110** may be configured differently than shown in FIG. **23** to allow coupling to the connector assembly **3100**.

The connector assembly **3100** further includes a guide **3118** configured to retain the remote release tab **3104**. The guide **3118** is further configured to be rotated about 180 degrees, as shown for example by the arrow **3120**, to reverse the polarity of the connector assembly **3100**. In one example, the guide **3118** may be coupled to at least one polarity key, and rotation of the guide allows changing the polarity key. In another example, the polarity key may rotate with the guide. In other embodiments, the connector assembly need not be configured to reverse the polarity, and the guide may merely be configured to receive the remote release tab. The connector assembly **3100** further includes a back post **3122** and a boot **3124**.

The remote release tab **3104** has a body **3126**. The body **3126** may extend over the boot **3124** to facilitate remotely releasing the connector assembly from an adapter. In various embodiments, the length of the remote release tab **3104** may be selected so as to extend beyond the boot **3124** of the connector assembly **3100**. For example, the length may be selected such that the handle of the remote release tab is located beyond the boot of the connector for easy access.

The body **3126** includes a coupling portion **3128** configured to couple to the connectors **3120**. For example, as shown in FIG. **23**, the coupling portion **3128** includes a window **3130** configured to receive at least a portion of the latch arm assembly **3110**. For example, the window **3130** may be configured to receive the flexible latch arm **3111** of the connectors **3102**.

The remote release tab **3104** further includes a protrusion **3132** at one end thereof. The protrusion **3132** is shaped as a

15

wedge. In other embodiments, the protrusion **3132** may have different shapes and configurations. In various embodiments, the protrusion **3132** may be configured to slide along the latch arm **3111** of the latch arm assembly **3110** and further to interact with an adapter coupled to the connector assembly **3100**, as the remote release tab **3104** is pulled rearward, to decouple the connector assembly from the adapter, as described and illustrated further below in relation to FIGS. **27** and **28**.

In some embodiments, the remote release tab **3104** may be removable from the optical connector assembly **3100**. The remote release tab **3104** may also be re-installed by coupling to the connector assembly **3100**. For example, the guide **3118** may be configured to retain the remote release tab **3104**. The guide **3118** may further be configured to allow removing the remote release tab **3104** from the connector assembly **3100**.

In various embodiments, the remote release tab **3104** may have a single integral structure. In other embodiments, the remote release tab **3104** may comprise a plurality of pieces coupled together to form the remote release tab. For example, in some embodiments, the coupling portion **3128** and the protrusion **3132** may be formed integrally with the body **3126**. In other embodiments, the coupling portion **3128** or the protrusion **3132** may be separate pieces coupled to each other to form the remote release tab **3104**.

FIG. **24** shows a perspective view of the assembled connector assembly **3100**. As shown in FIG. **24**, the latch arm **3111** protrudes through the window **3130** of the remote release tab **3104**. The remote release tab **3104** is retained by the guide **3118** such that the protrusion **3132** is disposed at a front end of the connector assembly **3100** and may slide along the latch arm **3111** as the remote release tab **3104** is pulled rearward.

FIG. **25** shows the connector assembly **3100** coupled to an adapter **3140**. The adapter may have a plurality of channels **3142** configured to receive connectors, including for example the connector assembly **3100**. The adapter **3140** further comprises a plurality of openings **3144** configured to couple the connector assembly to the adapter. For example, the openings **3144** are configured to engage the latch arm **3111** of the connector assembly **3100** so as to retain the connector assembly **3100** within the adapter **3140**. As the remote release tab **3104** is pulled rearward, the protrusion **3132** of the remote release tab interacts with both the latch arm **3111** and the adapter **3140** to release the latch arm from an opening **3144**, thereby decoupling the connector assembly **3100** from the adapter. In one embodiment, the protrusion **3132** interacts with an inner portion of a top surface **3146** of the adapter **3140**.

FIG. **26** shows a top view of the adapter **3140** and the connector assembly **3100** of FIG. **25**. The latch arm assembly **3110** and the connectors **3102** are received through the channels **3142** of the adapter **3140**.

FIGS. **27** and **28** show a cross-sectional view of the adapter **3140** and the connector assembly **3100** of FIG. **26** along section A-A. FIG. **27** further illustrates the remote release tab **3104** in a forward position, as the connector assembly **3100** is pushed into the adapter **3140** in the direction of the arrow **3150**. As shown, the connector assembly **3100** is coupled to the adapter **3140** by the latch arm **3111** which engages the opening **3144** of the adapter **3140**. The opening **3144** is disposed in the top surface **3146** of the adapter **3140**. The protrusion **3132** of the remote release tab **3104** is disposed at a front end of the latch arm **3111**. The protrusion **3132** does not yet contact an inner portion **3152** of the top surface **3146**.

16

FIG. **28** further illustrates the remote release tab **3104** in a rearward position as it is being pulled in the direction of the arrow **3154** so as to pull the connector assembly **3100** out of the adapter **3140**. The protrusion **3132** of the remote release tab **3104** slides along the latch arm **3111** and contacts an inner portion **3152** of the top surface **3146** of the adapter **3140**. The protrusion **3132** continues to slide along the inner portion **3152** of the top surface **3146** as the remote release tab **3104** is pulled further. The protrusion **3132** simultaneously begins to push down the connector latch arm **3111** while sliding rearward along the inner portion **3152** of the top surface **3146** of the adapter **3140**. As the connector latch arm **3111** is depressed by the protrusion **3132**, the connector assembly **3100** becomes unlatched from the adapter **3140**, and any additional pulling of the remote release tab **3104** results in removing the connectors from the adapter.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by

**17**

those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups

**18**

having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. An adapter for mating with optical fiber connectors, the adapter comprising:

an outer housing having a first end portion and a second end portion spaced apart along a longitudinal axis, the outer housing comprising a first side wall and a second side wall spaced apart along a lateral axis perpendicular to the longitudinal axis, the outer housing having a width extending along the lateral axis from the first side wall to the second side wall, the outer housing comprising a upper wall and a lower wall spaced apart along a transverse axis oriented perpendicular to the lateral axis and perpendicular to the longitudinal axis, each of the upper wall and the lower wall having an inner surface, the outer housing defining a plurality of channels spaced apart along the width, each of the channels being configured to receive an optical fiber connector, the plurality of channels including first and second channels; and

a first longitudinal rib formed on the inner surface of the upper wall at a location spaced apart along the width of the outer housing between the first side wall and the second side wall and a second rib formed on the inner surface of the lower wall at a location spaced apart along the width of the outer housing between the first side wall and the second side wall, the first and second ribs being aligned along the width of the outer housing, the first rib being spaced apart from the second rib along the transverse axis by a transverse gap,

wherein the first longitudinal rib and the second longitudinal rib are located between the first and second channels.

**2**. The adapter as set forth in claim **1**, wherein the upper wall comprises a first latch opening aligned with the first channel and a second latch opening aligned with the second channel, the first rib being spaced apart between the first latch opening and the second latch opening along the width.

**3**. The adapter as set forth in claim **2**, wherein the adapter is configured to receive a first one of the optical fiber connectors in the first channel and a second one of the optical fiber connectors in the second channel such that:

a flexible latch arm of the first optical fiber connector is latched with the first latch opening and a front section of a remote release of the first optical fiber connector is received in the first channel at a location spaced apart from the first latch opening along the longitudinal axis toward the second end portion of the outer housing; and

a flexible latch arm of the second optical fiber connector is latched with the second latch opening and a front section of a remote release of the second optical fiber connector is received in the first channel at a location spaced apart from the second latch opening along the longitudinal axis toward the second end portion of the outer housing.

**4**. The adapter as set forth claim **3**, wherein the first channel is configured to allow the front section of the remote release of the first optical fiber connector to slide along the

US 11,333,836 B2

**19**

flexible latch arm of the first optical fiber connector within the first channel toward the first end portion of the outer housing to depress the flexible latch arm of the first optical fiber connector and wherein the second channel is configured to allow the front section of the remote release of the second optical fiber connector to slide along the flexible latch arm of the second optical fiber connector within the second channel toward the first end portion of the outer housing to depress the flexible latch arm of the second optical fiber connector.

**5**. The adapter as set forth in claim **4**, wherein the upper wall is configured to unlatch from the flexible latch arm of the first optical fiber connector when the flexible latch arm of the first optical fiber connector is depressed and the upper wall is configured to unlatch from the flexible latch arm of the second optical fiber connector when the flexible latch arm of the second optical fiber connector is depressed.

**6**. The adapter as set forth in claim **2**, wherein the lower wall is free of latch openings.

**7**. The adapter as set forth in claim **2**, wherein the lower wall is configured to slidably engage each of the first and second optical fiber connectors without latching.

**8**. The adapter as set forth in claim **1**, wherein the first longitudinal rib has a first height along the transverse axis

**20**

and the second longitudinal rib has a second height along the transverse axis, the first height being greater than the second height.

**9**. The adapter as set forth in claim **1**, wherein each of the first and second channels opens through the first end portion of the outer housing.

**10**. The adapter as set forth in claim **9**, further comprising a transverse wall extending between the upper wall and the lower wall at a location longitudinally spaced apart from the first end portion of the outer housing.

**11**. The adapter as set forth in claim **10**, wherein the transverse wall includes a socket in each of the first and second channels configured to receive a ferrule of one of the optical fiber connectors.

**12**. The adapter as set forth in claim **11**, wherein the socket in each of the first and second channels comprises a pair of cylindrical sockets in each of the first and second channels, each pair of sockets configured to receive a pair of cylindrical ferrules of one of the optical fiber connectors.

**13**. The adapter as set forth in claim **1**, wherein each of the optical fiber connectors is a multi-fiber connector comprising a multi-fiber ferrule.

*   *   *   *   *

# EXHIBIT C

US011340413B2

(12) **United States Patent**
Takano et al.

(10) Patent No.: **US 11,340,413 B2**
(45) Date of Patent: **May 24, 2022**

(54) **ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING**

(71) Applicant: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jimmy Jun-Fu Chang**, Worcester, MA (US)

(73) Assignee: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/327,197**

(22) Filed: **May 21, 2021**

(65) **Prior Publication Data**

US 2021/0311272 A1    Oct. 7, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/090,855, filed on Nov. 5, 2020, which is a continuation of application
(Continued)

(51) **Int. Cl.**
  *G02B 6/42* (2006.01)
  *G02B 6/38* (2006.01)

(52) **U.S. Cl.**
  CPC ........... *G02B 6/4292* (2013.01); *G02B 6/387* (2013.01); *G02B 6/3825* (2013.01);
(Continued)

(58) **Field of Classification Search**
  CPC .................................... G02B 6/42; G02B 6/38
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 681,132 | A | 8/1901 | Norton |
| 3,721,945 | A | 3/1973 | Hults |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2495693 A1 | 4/2004 | |
| CA | 2495693 A1 | 4/2004 | |

(Continued)

OTHER PUBLICATIONS

PCT/US2018/062406 International Search Report dated Mar. 18, 2019.

(Continued)

*Primary Examiner* — Tina M Wong

(57) **ABSTRACT**

An optical connector holding one or more optical ferrule assembly is provided. The optical connector includes an outer body, an inner front body accommodating the one or more optical ferrule assembly, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four optical ferrule assembly are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight optical ferrule assembly are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A receptacle can hold one or more connector inner bodies forming a single boot for all the optical fibers of the inner bodies.

**28 Claims, 65 Drawing Sheets**



US 11,340,413 B2

Page 2

## Related U.S. Application Data

No. 16/414,546, filed on May 16, 2019, now Pat. No. 10,859,778, which is a continuation of application No. 16/388,053, filed on Apr. 18, 2019, now Pat. No. 11,169,338, which is a continuation of application No. 16/035,691, filed on Jul. 15, 2018, now Pat. No. 10,281,668.

(60) Provisional application No. 62/588,276, filed on Nov. 17, 2017, provisional application No. 62/549,655, filed on Aug. 24, 2017, provisional application No. 62/532,710, filed on Jul. 14, 2017.

(52) **U.S. Cl.**
CPC .......... *G02B 6/3893* (2013.01); *G02B 6/3873* (2013.01); *G02B 6/3878* (2013.01); *G02B 6/4228* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,150,790 A | 4/1979 | Potter | |
| 4,240,695 A | 12/1980 | Evans | |
| 4,327,964 A | 5/1982 | Haesley et al. | |
| 4,478,473 A | 10/1984 | Frear | |
| 4,762,388 A | 8/1988 | Tanaka et al. | |
| 4,764,129 A | 8/1988 | Jones et al. | |
| 4,840,451 A | 6/1989 | Sampson et al. | |
| 4,872,736 A | 10/1989 | Myers et al. | |
| 4,979,792 A | 12/1990 | Weber | |
| 5,026,138 A | 6/1991 | Boudreau | |
| 5,031,981 A | 7/1991 | Peterson | |
| 5,011,025 A | 8/1991 | Haitmanek | |
| 5,041,025 A | 8/1991 | Haitmanek | |
| 5,073,045 A | 12/1991 | Abendschein | |
| D323,143 S | 1/1992 | Ohkura et al. | |
| 5,101,463 A | 3/1992 | Cubukciyan | |
| 5,146,813 A | 9/1992 | Stanfill, Jr. | |
| 5,159,652 A | 10/1992 | Grassin D'Alphonse | |
| 5,212,752 A | 5/1993 | Stephenson et al. | |
| 5,265,181 A | 11/1993 | Chang | |
| 5,289,554 A | 2/1994 | Cubukciyan et al. | |
| 5,315,679 A | 5/1994 | Baldwin | |
| 5,317,663 A | 5/1994 | Beard et al. | |
| 5,321,784 A | 6/1994 | Cubukciyan et al. | |
| 5,335,301 A | 8/1994 | Newman et al. | |
| 5,348,487 A | 9/1994 | Marazzi et al. | |
| 5,418,875 A | 5/1995 | Nakano | |
| 5,444,806 A | 8/1995 | de Marchi et al. | |
| 5,481,634 A | 4/1996 | Anderson et al. | |
| 5,506,922 A | 4/1996 | Grois et al. | |
| 5,521,997 A | 5/1996 | Rovenolt et al. | |
| 5,570,445 A | 10/1996 | Chou et al. | |
| 5,588,079 A | 12/1996 | Tanabe et al. | |
| 5,602,951 A | 2/1997 | Shiota | |
| 5,684,903 A | 11/1997 | Kyomasu et al. | |
| 5,687,268 A | 11/1997 | Stephenson et al. | |
| 5,781,681 A | 7/1998 | Manning | |
| 5,845,036 A | 12/1998 | De Marchi | |
| 5,862,282 A | 1/1999 | Matsuura | |
| 5,915,987 A | 6/1999 | Reed | |
| 5,930,426 A | 7/1999 | Harting | |
| 5,937,130 A | 8/1999 | Amberg et al. | |
| 5,953,473 A | 9/1999 | Shimotsu | |
| 5,956,444 A | 9/1999 | Duda et al. | |
| 5,971,626 A | 10/1999 | Knodell et al. | |
| 6,041,155 A | 3/2000 | Anderson et al. | |
| 6,049,040 A | 4/2000 | Biles et al. | |
| 6,095,862 A | 8/2000 | Doye | |
| 6,134,370 A | 10/2000 | Childers et al. | |
| 6,178,283 B1 | 1/2001 | Weigel | |
| RE37,080 E | 3/2001 | Stephenson et al. | |
| 6,206,577 B1 | 3/2001 | Hall, III et al. | |
| 6,206,581 B1 | 3/2001 | Driscoll et al. | |
| 6,227,717 B1 | 5/2001 | Ott et al. | |
| 6,238,104 B1 | 5/2001 | Yamakawa et al. | |
| 6,240,228 B1 | 5/2001 | Chen | |
| 6,247,849 B1 | 6/2001 | Liu | |
| 6,250,817 B1 | 6/2001 | Lampert | |
| 6,276,840 B1 | 8/2001 | Weiss | |
| 6,318,903 B1 | 11/2001 | Andrews | |
| 6,364,537 B1 | 4/2002 | Maynard | |
| 6,379,052 B1 | 4/2002 | de Jong | |
| 6,422,759 B1 | 7/2002 | Kevern | |
| 6,450,695 B1 | 9/2002 | Matsumoto | |
| 6,461,054 B1 | 10/2002 | Iwase | |
| 6,471,412 B1 | 10/2002 | Belenkiy et al. | |
| 6,478,472 B1 | 11/2002 | Anderson et al. | |
| 6,485,194 B1 | 11/2002 | Shirakawa | |
| 6,527,450 B1 | 3/2003 | Miyachi | |
| 6,530,696 B1 | 3/2003 | Ueda | |
| 6,551,117 B2 | 4/2003 | Poplawski et al. | |
| 6,565,262 B2 | 5/2003 | Childers | |
| 6,572,276 B1 | 6/2003 | Theis | |
| 6,579,014 B2 | 6/2003 | Melton et al. | |
| 6,585,194 B1 | 7/2003 | Brushwood | |
| 6,634,796 B2 | 10/2003 | de Jong | |
| 6,634,801 B1 | 10/2003 | Waldron et al. | |
| 6,648,520 B2 | 11/2003 | McDonald et al. | |
| 6,668,113 B2 | 12/2003 | Togami | |
| 6,682,228 B2 | 1/2004 | Ralhnam et al. | |
| 6,685,362 B2 | 2/2004 | Burkholder et al. | |
| 6,695,486 B1 | 2/2004 | Falkenberg | |
| 6,811,321 B1 | 11/2004 | Schmalzigaug et al. | |
| 6,817,272 B2 | 11/2004 | Holland | |
| 6,854,894 B1 | 2/2005 | Yunker et al. | |
| 6,869,227 B2 | 3/2005 | Del Grosso | |
| 6,872,039 B2 | 3/2005 | Baus et al. | |
| 6,935,789 B2 | 8/2005 | Gross, III et al. | |
| 7,036,993 B2 | 5/2006 | Luther | |
| 7,052,186 B2 | 5/2006 | Bates | |
| 7,077,576 B2 | 7/2006 | Luther | |
| 7,090,407 B2 | 8/2006 | Melton et al. | |
| 7,091,421 B2 | 8/2006 | Kukita et al. | |
| 7,111,990 B2 | 9/2006 | Melton et al. | |
| 7,113,679 B2 | 9/2006 | Melton et al. | |
| D533,504 S | 12/2006 | Lee | |
| D534,124 S | 12/2006 | Taguchi | |
| 7,150,567 B1 | 12/2006 | Luther et al. | |
| 7,153,041 B2 | 12/2006 | Mine et al. | |
| 7,198,409 B2 | 4/2007 | Smith et al. | |
| 7,207,724 B2 | 4/2007 | Gurreri | |
| D543,146 S | 5/2007 | Chen et al. | |
| 7,258,493 B2 | 8/2007 | Milette | |
| 7,264,402 B2 | 9/2007 | Theuerkorn | |
| 7,281,859 B2 | 10/2007 | Mudd et al. | |
| D558,675 S | 1/2008 | Chien et al. | |
| 7,315,682 B1 | 1/2008 | En Lin et al. | |
| 7,325,976 B2 | 2/2008 | Gurreri et al. | |
| 7,325,980 B2 | 2/2008 | Pepe | |
| 7,329,137 B2 | 2/2008 | Martin et al. | |
| 7,354,291 B2 | 4/2008 | Caveney et al. | |
| 7,331,718 B2 | 5/2008 | Yazaki et al. | |
| 7,371,082 B2 | 5/2008 | Zimmel et al. | |
| 7,387,447 B2 | 6/2008 | Mudd et al. | |
| 7,390,203 B2 | 6/2008 | Murano et al. | |
| D572,661 S | 7/2008 | En Lin et al. | |
| 7,431,604 B2 | 10/2008 | Waters et al. | |
| 7,463,803 B2 | 12/2008 | Cody et al. | |
| 7,465,180 B2 | 12/2008 | Kusuda et al. | |
| 7,473,124 B1 | 1/2009 | Briant | |
| 7,510,335 B1 | 3/2009 | Su et al. | |
| 7,513,695 B1 | 4/2009 | Lin et al. | |
| 7,534,128 B2 | 5/2009 | Caveney et al. | |
| 7,540,666 B2 | 6/2009 | Luther | |
| 7,561,775 B2 | 7/2009 | Lin et al. | |
| 7,588,373 B1 | 9/2009 | Sato | |
| 7,591,595 B2 | 9/2009 | Lue et al. | |
| 7,594,766 B1 | 9/2009 | Sasser et al. | |
| 7,641,398 B2 | 1/2010 | O'Riorden et al. | |
| 7,695,199 B2 | 4/2010 | Teo et al. | |
| 7,699,533 B2 | 4/2010 | Milette | |
| 7,712,970 B1 | 5/2010 | Lee | |

## US 11,340,413 B2
Page 3

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,717,625 B2 | 5/2010 | Margolin |
| 7,824,113 B2 | 11/2010 | Wong et al. |
| 7,837,395 B2 | 11/2010 | Lin et al. |
| D641,708 S | 7/2011 | Tammauchi |
| 8,083,450 B1 | 12/2011 | Smith et al. |
| 8,152,385 B2 | 4/2012 | de Jong |
| 8,186,890 B1 | 5/2012 | Lu |
| 8,192,091 B2 | 6/2012 | Hsu et al. |
| 8,202,009 B2 | 6/2012 | Lin et al. |
| 8,221,007 B2 | 7/2012 | Peterhans |
| 8,251,733 B2 | 8/2012 | Wu |
| 8,267,595 B2 | 9/2012 | Lin et al. |
| 8,270,796 B2 | 9/2012 | Nhep |
| 8,408,815 B2 | 4/2013 | Lin et al. |
| 8,414,196 B2 | 4/2013 | Lu |
| 8,465,317 B2 | 6/2013 | Gniadek et al. |
| 8,534,928 B2 | 9/2013 | Cooke |
| 8,550,728 B2 | 10/2013 | Takahashi |
| 8,556,645 B2 | 10/2013 | Crain |
| 8,559,781 B2 | 10/2013 | Childers |
| 8,622,634 B2 | 1/2014 | Arnold |
| 8,636,424 B2 | 1/2014 | Kuffel et al. |
| 8,651,749 B2 | 2/2014 | Clovis et al. |
| 8,676,022 B2 | 3/2014 | Jones |
| 8,678,670 B2 | 3/2014 | Takahashi |
| 8,727,638 B2 | 5/2014 | Lee |
| 8,757,894 B2 | 6/2014 | Katoh |
| 8,764,308 B2 | 7/2014 | Irwin |
| 8,770,863 B2 | 7/2014 | Cooke et al. |
| 8,869,661 B2 | 10/2014 | Opstad |
| 9,052,474 B2 | 6/2015 | Jiang |
| 9,063,296 B2 | 6/2015 | Dong |
| 9,250,402 B2 | 2/2016 | Ishii et al. |
| 9,310,569 B2 | 4/2016 | Lee |
| 9,366,829 B2 | 6/2016 | Czosnowski |
| 9,411,110 B2 | 8/2016 | Barnette, Jr. et al. |
| 9,448,370 B2 | 9/2016 | Xue et al. |
| 9,465,172 B2 | 10/2016 | Shih |
| 9,494,744 B2 | 11/2016 | de Jong |
| 9,548,557 B2 | 1/2017 | Liu |
| 9,551,842 B2 | 1/2017 | Theuerkorn |
| 9,557,495 B2 | 1/2017 | Raven |
| 9,568,686 B2 | 2/2017 | Fewkes et al. |
| 9,581,768 B1 | 2/2017 | Baca et al. |
| 9,599,778 B2 | 3/2017 | Wong et al. |
| 9,658,409 B2 | 5/2017 | Gniadek |
| 9,678,283 B1 | 6/2017 | Chang et al. |
| 9,684,130 B2 | 6/2017 | Veatch et al. |
| 9,684,136 B2 | 6/2017 | Cline et al. |
| 9,684,313 B2 | 6/2017 | Chajec |
| 9,709,753 B1 | 8/2017 | Chang et al. |
| 9,778,425 B2 | 10/2017 | Nguyen |
| 9,829,644 B2 | 11/2017 | Nguyen |
| 9,829,645 B2 | 11/2017 | Good |
| 9,829,653 B1 | 11/2017 | Nishiguchi |
| 9,869,825 B2 | 1/2018 | Bailey et al. |
| 9,880,361 B2 | 1/2018 | Childers |
| 9,946,035 B2 | 4/2018 | Gustafson |
| 9,971,103 B2 | 5/2018 | de Jong et al. |
| 9,989,711 B2 | 6/2018 | Ott et al. |
| 10,031,296 B2 | 7/2018 | Good |
| 10,067,301 B2 | 9/2018 | Murray |
| 10,107,972 B1 | 10/2018 | Gniadek et al. |
| 10,114,180 B2 | 10/2018 | Suzic |
| 10,146,011 B2 | 12/2018 | Nhep |
| 10,281,668 B2 | 5/2019 | Takano et al. |
| 10,281,669 B2 | 5/2019 | Takano et al. |
| 2002/0168148 A1 | 11/2002 | Gilliland |
| 2002/0172467 A1 | 11/2002 | Anderson et al. |
| 2002/0191919 A1 | 12/2002 | Nolan |
| 2003/0053787 A1 | 3/2003 | Lee |
| 2003/0063862 A1 | 4/2003 | Fillion |
| 2003/0157825 A1 | 8/2003 | Kane |
| 2004/0052473 A1 | 3/2004 | Seo |
| 2004/0109646 A1 | 6/2004 | Anderson |

| | | | |
|---|---|---|---|
| 2004/0161958 A1 | 6/2004 | Togami et al. |
| 2004/0136657 A1 | 7/2004 | Ngo |
| 2004/0141693 A1 | 7/2004 | Szilagvi et al. |
| 2004/0234209 A1 | 11/2004 | Cox et al. |
| 2004/0247252 A1 | 12/2004 | Ehrenreich |
| 2005/0036744 A1 | 2/2005 | Caveney et al. |
| 2005/0111796 A1 | 5/2005 | Matasek et al. |
| 2005/0141817 A1 | 6/2005 | Yazaki et al. |
| 2005/0281509 A1 | 12/2005 | Cox et al. |
| 2006/0013539 A1 | 1/2006 | Thaler |
| 2006/0076061 A1 | 4/2006 | Bush |
| 2006/0089049 A1 | 4/2006 | Sedor |
| 2006/0127025 A1 | 6/2006 | Haberman |
| 2006/0153503 A1 | 7/2006 | Suzuki |
| 2006/0160429 A1 | 7/2006 | Dawiedczyk et al. |
| 2006/0193562 A1 | 8/2006 | Theuerkorn |
| 2006/0269194 A1 | 11/2006 | Luther et al. |
| 2006/0274411 A1 | 12/2006 | Yamauchi |
| 2007/0025665 A1 | 2/2007 | Dean |
| 2007/0028409 A1 | 2/2007 | Yamada |
| 2007/0079854 A1 | 4/2007 | You |
| 2007/0098329 A1 | 6/2007 | Shimoji et al. |
| 2007/0149028 A1 | 6/2007 | Yu et al. |
| 2007/0149062 A1 | 6/2007 | Long et al. |
| 2007/0230874 A1 | 10/2007 | Lin |
| 2007/0232115 A1 | 10/2007 | Burke et al. |
| 2007/0243749 A1 | 10/2007 | Wu |
| 2008/0008430 A1 | 1/2008 | Kewitsch |
| 2008/0044137 A1 | 2/2008 | Luther et al. |
| 2008/0056647 A1 | 3/2008 | Margolin et al. |
| 2008/0064334 A1 | 3/2008 | Hamadi |
| 2008/0069501 A1 | 3/2008 | Mudd et al. |
| 2008/0101757 A1 | 5/2008 | Lin et al. |
| 2008/0226237 A1 | 9/2008 | O'Rioreden et al. |
| 2008/0267566 A1 | 10/2008 | En Lin |
| 2009/0028507 A1 | 1/2009 | Jones et al. |
| 2009/0047818 A1 | 2/2009 | Irwin et al. |
| 2009/0092360 A1 | 4/2009 | Lin et al. |
| 2009/0176401 A1 | 7/2009 | Gu |
| 2009/0196555 A1 | 8/2009 | Lin et al. |
| 2009/0214162 A1 | 8/2009 | O'Riorden et al. |
| 2009/0220197 A1 | 9/2009 | Gniadek |
| 2009/0220200 A1 | 9/2009 | Wong et al. |
| 2009/0222457 A1 | 9/2009 | de Jong et al. |
| 2009/0290839 A1 | 11/2009 | Lin |
| 2009/0290938 A1 | 11/2009 | Asaoka |
| 2010/0034502 A1 | 2/2010 | Lu et al. |
| 2010/0054668 A1 | 3/2010 | Nelson |
| 2010/0061069 A1 | 3/2010 | Cole |
| 2010/0092136 A1 | 4/2010 | Nhep |
| 2010/0220961 A1 | 9/2010 | de Jong et al. |
| 2010/0247041 A1 | 9/2010 | Szilagyi |
| 2010/0284656 A1 | 11/2010 | Morra |
| 2010/0322561 A1 | 12/2010 | Lin et al. |
| 2011/0044588 A1 | 2/2011 | Larson |
| 2011/0058773 A1 | 3/2011 | Peterhans |
| 2011/0131801 A1 | 6/2011 | Nelson et al. |
| 2011/0155810 A1 | 6/2011 | Taniguichi |
| 2011/0177710 A1 | 7/2011 | Tobey |
| 2011/0239220 A1 | 9/2011 | Gibson |
| 2012/0099822 A1 | 4/2012 | Kuffel et al. |
| 2012/0155810 A1 | 6/2012 | Nakagawa |
| 2012/0189260 A1 | 7/2012 | Kowalczyk et al. |
| 2012/0237177 A1 | 9/2012 | Minota |
| 2012/0269485 A1 | 10/2012 | Haley et al. |
| 2012/0301080 A1 | 11/2012 | Gniadek |
| 2012/0308183 A1 | 12/2012 | Irwin |
| 2012/0328248 A1 | 12/2012 | Larson |
| 2013/0019423 A1 | 1/2013 | Srutkowski |
| 2013/0071067 A1 | 3/2013 | Lin |
| 2013/0089995 A1 | 4/2013 | Gniadek et al. |
| 2013/0094816 A1 | 4/2013 | Lin et al. |
| 2013/0101258 A1 | 4/2013 | Hikosaka |
| 2013/0121653 A1 | 5/2013 | Shitama et al. |
| 2013/0170797 A1 | 7/2013 | Ott |
| 2013/0183012 A1 | 7/2013 | Lopez et al. |
| 2013/0216185 A1 | 8/2013 | Klavuhn |
| 2013/0259429 A1* | 10/2013 | Czosnowski ........ G02B 6/3879 |
| | | | 385/78 |

## US 11,340,413 B2

Page 4

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0308915 | A1 | 11/2013 | Buff |
| 2013/0322825 | A1* | 12/2013 | Cooke ................ G02B 6/3831 |
| | | | 385/59 |
| 2014/0016901 | A1 | 1/2014 | Lamboum et al. |
| 2014/0023322 | A1 | 1/2014 | Gniadek |
| 2014/0050446 | A1 | 2/2014 | Chang |
| 2014/0056562 | A1 | 2/2014 | Limbert |
| 2014/0133808 | A1 | 5/2014 | Hill et al. |
| 2014/0153877 | A1 | 6/2014 | Isenhour et al. |
| 2014/0169727 | A1 | 6/2014 | Veatch et al. |
| 2014/0219621 | A1 | 8/2014 | Barnette, Jr. et al. |
| 2014/0226946 | A1 | 8/2014 | Cooke et al. |
| 2014/0241644 | A1 | 8/2014 | Kang |
| 2014/0241678 | A1 | 8/2014 | Bringuier et al. |
| 2014/0241688 | A1 | 8/2014 | Isenhour et al. |
| 2014/0334780 | A1 | 11/2014 | Nguyen |
| 2014/0348477 | A1 | 11/2014 | Chang |
| 2015/0003788 | A1 | 1/2015 | Chen |
| 2015/0111417 | A1 | 4/2015 | Vanderwoud |
| 2015/0177463 | A1 | 6/2015 | Lee |
| 2015/0198766 | A1 | 7/2015 | Takahashi |
| 2015/0212282 | A1 | 7/2015 | Lin |
| 2015/0241644 | A1 | 8/2015 | Lee |
| 2015/0301294 | A1 | 10/2015 | Chang |
| 2015/0331201 | A1 | 11/2015 | Takano et al. |
| 2015/0355417 | A1 | 12/2015 | Takano et al. |
| 2015/0370021 | A1 | 12/2015 | Chan |
| 2015/0378113 | A1 | 12/2015 | Good et al. |
| 2016/0131849 | A1 | 5/2016 | Takano et al. |
| 2016/0139343 | A1 | 5/2016 | Dean, Jr. et al. |
| 2016/0161681 | A1 | 6/2016 | Banal, Jr. et al. |
| 2016/0172852 | A1 | 6/2016 | Tamura |
| 2016/0178852 | A1 | 6/2016 | Takano |
| 2016/0195682 | A1 | 6/2016 | Takano |
| 2016/0291262 | A1 | 6/2016 | Chang et al. |
| 2016/0231512 | A1 | 8/2016 | Seki |
| 2016/0259135 | A1 | 9/2016 | Gniadek |
| 2016/0266326 | A1 | 9/2016 | Gniadek |
| 2016/0320572 | A1 | 11/2016 | Gniadek |
| 2016/0349458 | A1 | 12/2016 | Murray |
| 2016/0370545 | A1 | 12/2016 | Jiang |
| 2017/0003458 | A1 | 1/2017 | Gniadek |
| 2017/0023746 | A1* | 1/2017 | Good ................ G02B 6/3882 |
| 2017/0205587 | A1 | 7/2017 | Chang et al. |
| 2017/0205590 | A1 | 7/2017 | Bailey |
| 2017/0205591 | A1 | 7/2017 | Takano et al. |
| 2017/0212313 | A1 | 7/2017 | Elenabaas |
| 2017/0212316 | A1 | 7/2017 | Takano |
| 2017/0254961 | A1 | 9/2017 | Kamada et al. |
| 2017/0276275 | A1 | 9/2017 | Beemer et al. |
| 2017/0276887 | A1 | 9/2017 | Allen |
| 2017/0277059 | A1 | 9/2017 | Miura et al. |
| 2017/0343740 | A1 | 11/2017 | Nguyen |
| 2018/0128988 | A1 | 5/2018 | Chang |
| 2018/0156988 | A1 | 6/2018 | Gniadek |
| 2018/0172923 | A1 | 6/2018 | Bauco |
| 2018/0252872 | A1 | 9/2018 | Chen |
| 2018/0341069 | A1 | 11/2018 | Takano |
| 2019/0064447 | A1 | 2/2019 | Chang et al. |
| 2019/0204513 | A1 | 7/2019 | Davidson et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2836487 Y | 11/2006 |
| CN | 2836487 Y | 11/2006 |
| CN | 201383588 Y | 1/2010 |
| CN | 201383588 Y | 1/2010 |
| CN | 2026500189 U | 12/2013 |
| CN | 106997078 | 8/2017 |
| DE | 19507669 A1 | 9/1996 |
| DE | 202006011910 U1 | 3/2007 |
| DE | 102006019335 U1 | 10/2007 |
| EP | 1074868 A1 | 2/2001 |
| EP | 1074868 A1 | 7/2001 |
| EP | 1211537 A2 | 6/2002 |
| EP | 1211537 A3 | 6/2002 |
| EP | 1245980 A1 | 10/2002 |
| EP | 1566674 A2 | 8/2005 |
| GB | 2111240 A | 6/1983 |
| JP | 2000089059 A | 3/2000 |
| JP | 03752331 B2 | 3/2006 |
| JP | 2009229545 A | 10/2009 |
| JP | 2009276493 A | 11/2009 |
| JP | 04377820 B2 | 12/2009 |
| KR | 2009005382 A | 1/2009 |
| KR | 200905382 U | 6/2009 |
| KR | 1371686 B1 | 3/2014 |
| TW | 200821653 A | 5/2008 |
| WO | 200179904 A2 | 10/2001 |
| WO | WO2001079904 A2 | 10/2001 |
| WO | 2004027485 A1 | 4/2004 |
| WO | WO2006007120 A1 | 1/2006 |
| WO | 2008112986 A1 | 9/2008 |
| WO | 2009135787 A1 | 11/2009 |
| WO | 2010024851 A2 | 3/2010 |
| WO | 2012136702 A1 | 10/2012 |
| WO | 2012162385 A1 | 11/2012 |
| WO | WO2012162385 A1 | 11/2012 |
| WO | 2014028527 A1 | 2/2014 |
| WO | 2014182351 A1 | 11/2014 |
| WO | WO2015103783 A1 | 7/2015 |
| WO | 2015191024 A1 | 12/2015 |
| WO | 2016019993 A1 | 2/2016 |
| WO | 2016148741 A1 | 9/2016 |
| WO | WO2019126333 A1 | 6/2019 |

OTHER PUBLICATIONS

PCT/US2018/062406 The written Opinion dated Mar. 18, 2019.
PCT/US2018/062405 International Search Report dated Apr. 3, 2019.
PCT/US2018/062405 The written Opinion dated Apr. 3, 2019.
PCT/IB2018/056133 Written Opinion dated Jan. 3, 2019.
PCY/IB/056133 Search Report dated Jan. 3, 2019.
Final Office Action, U.S. Appl. No. 16/035,691, dated Feb. 11, 2019, pp. 8.
Non-Final Office Action, U.S. Appl. No. 16/035,695, dated Sep. 28, 2018, pp. 7.
International Search Report and Written Opinion, Application No. PCT/US/2018/042202, pp. 17, dated Dec. 7, 2018.
International Search Report and Written Opinion, Application No. PCT/US19/24718, dated Jun. 26, 2019, pp. 7.
ISR for PCT/US2019/013861, Apr. 8, 2019, 3 pages.
WO for PCT/US2019/013861, Apr. 8, 2019, 11 pages.
International Search Report and Written Opinion for Application No. PCT/US2018/62406 dated Mar. 18, 2019, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/40700 dated Sep. 27, 2019, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/50895 dated Jan. 6, 2020, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/50909 dated Dec. 17, 2019, 11, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/56564 dated Jan. 14, 2020, 14, pages, United States.
International Search Report and Written Opinion, Application No. PCT/US19/46397, dated Nov. 12, 2019, pp. 6.
International Search Report; PCT/US2018/042202 filed Jul. 16, 2018; Applicant: Senko Advanced Components, Inc.
International Preliminary Report on Patentability for PCT/US2019/022940 dated Oct. 1, 2020, 11 pages.
Extended European Search Report and Written Opinion, Application No. 18832246.5, dated Mar. 15, 2021, pp. 6.
International Search Report and Written Opinion; Application No. PCT/US2018/042202, dated Dec. 7, 2018, pp. 17.

**US 11,340,413 B2**

Page 5

(56)  **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion, Application No. PCT/US2019/013861, dated Apr. 8, 2019, pp. 15.

Fiber Optic Connectors Tutorial, 2018, pp. 20.

Fiber Optic Glossary, Feb. 29, 2016, pp. 93.

"Fiber Optic Interconnect Solutions, Tactical Fiber Optical Connectors, Cables and Termini" 2006, Glenair, Inc., Glendale, California, www.mps-electronics.de, pp. 232.

"Fiber Optic Products Catalog" Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania, www.ampnetconnect.com, pp. 204.

"Fiber Optic Connectors and Assemblies Catalog" 2009, Huber & Suhner Fiver Optics, Herisau, Switzerland, www.hubersuhner.com, pp. 104.

* cited by examiner



FIG. 1B
(Prior Art)

FIG. 1A
(Prior Art)



FIG. 1D
(Prior Art)

FIG. 1C
(Prior Art)



FIG. 2A
(Prior Art)

FIG. 2B
(Prior Art)



FIG. 2D
(Prior Art)

FIG. 2C
(Prior Art)



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10







FIG. 13





FIG. 15A

FIG. 15B



FIG. 16



FIG. 17



FIG. 18A

FIG. 18B

1810



FIG. 19B

FIG. 19D

FIG. 19A

FIG. 19C



FIG. 20



FIG. 21A



FIG. 21B



FIG. 22



FIG. 23A



FIG. 23B



FIG. 24



FIG. 25A



FIG. 25B



FIG. 26



FIG. 27B



FIG. 27A





FIG. 29B



FIG. 29A



FIG. 29C



FIG. 29D



FIG. 29E



FIG. 30



FIG. 31



FIG. 32A



FIG. 32B



FIG. 33A



FIG. 33B







FIG. 36A



FIG. 36B



FIG. 37



FIG. 38



FIG. 39



FIG. 40A

FIG. 40B

FIG. 40C



FIG. 41



FIG. 42B

FIG. 42A



FIG. 43



FIG. 44A



FIG. 44B



**FIG. 44C**



FIG. 45



FIG. 46



FIG. 47



FIG. 48



FIG. 49



FIG. 50

4700



FIG. 51



FIG. 52

US 11,340,413 B2

1

## ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority as continuation of U.S. patent application Ser. No. 17/090,855 filed Nov. 5, 1920 entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS A PART OF A RECONFIGUR-ABLE OUTER HOUSING" which is a continuation of U.S. patent application Ser. No. 16/414,546 filed May 16, 2019 entitled "ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS A PART OF A RECONFIGUR-ABLE OUTER HOUSING" which is a continuation of U.S. patent application Ser. No. 16/388,053 filed Apr. 18, 2019 entitled "Ultra-Small Form Factor Optical Connectors", which is a continuation of U.S. patent application Ser. No. 16/035,691, filed Jul. 15, 2018 entitled "Ultra-Small Form Factor Optical Connectors" now U.S. Pat. No. 10,281,668 granted May 7, 2019, which claims priority to the following: U.S. Provisional Patent Application Ser. Nos. 62/532,710 filed Jul. 14, 2017, 62/549,655 filed Aug. 24, 2017, and 62/588,276 filed Nov. 17, 2017, all the disclosures of which are incorporated by reference herein.

### FIELD OF THE INVENTION

The present disclosure relates generally to ultra-small form factor optical connectors and related connections within adapters and optical transceivers.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors and adapters are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable transceiver footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) transceiver footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into a dense group of connectors and activate a release mechanism, adjacent cables and connectors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the adjacent cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

### SUMMARY OF THE INVENTION

An optical connector holding two or more LC-type optical ferrules is provided. The optical connector includes an outer body, an inner front body accommodating the two or more LC-type optical ferrules, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four LC-type optical ferrules are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight LC-type optical ferrules are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A mating receptacle (transceiver or adapter) includes a receptacle hook and a housing with an opening that accommodates the receptacle hook in a flexed position as the optical connector makes connection with the mating receptacle by introducing the receptacle hook into an optical receptacle hook recess.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A is a perspective view of a prior art standard 6.25 mm pitch LC connector SFP;

FIG. **1**B is a perspective view of a prior art standard 6.25 mm pitch LC adapter;

FIG. **1**C is a top view of the prior art adapter of FIG. **1**B;

FIG. **1**D is a front view of the prior art adapter of FIG. **1**B, showing the 6.25 mm pitch;

FIG. **2**A is a perspective view of a prior art LC duplex connector;

3

FIG. 2B is a perspective view of a prior art LC duplex connector with a remote release pull tab;

FIG. 2C is a top view of a prior art LC connector used in the embodiments shown in FIGS. 2A and 2B;

FIG. 2D is a side view of the prior art LC connector of FIG. 2C;

FIG. 3 is an exploded view of one embodiment of a connector;

FIG. 4 is a perspective view of one embodiment of a connector;

FIG. 5 is a perspective view of one embodiment of a connector with the outer housing removed from the front body.

FIG. 6 is a perspective view of one embodiment of a duplex connector;

FIG. 7 is a perspective view of another embodiment of a duplex connector;

FIG. 8 is a perspective view of one embodiment of a quad connector;

FIG. 9 is another perspective view of one embodiment of a quad connector;

FIG. 10 shows various embodiments of adapter types;

FIG. 11A is a side view of a connector connected to an adapter;

FIG. 11B is a side view of a connector being removed from an adapter;

FIG. 12A is a side view of the outer housing of a connector being removed;

FIG. 12B is a perspective view of a transparent outer housing of a connector showing the front body;

FIG. 13 is a perspective view of one embodiment of a quad connector inserted into a corresponding adapter;

FIGS. 14A-C are illustrative examples of cable management using various embodiments of connectors;

FIGS. 15A-B are illustrative examples of cable management using multiple fiber strands per jacket;

FIG. 16 is an illustrative example of using a cable management system using multiple fiber strands per jacket.

FIG. 17 is another illustrative example of using a cable management system using multiple fiber strands per jacket.

FIGS. 18A-B are various views of one embodiment of a MT connector.

FIGS. 19A-D are illustrative examples of possible alternative connector designs.

FIG. 20 shows moving two connectors from a duplex connector to two simplex connectors.

FIG. 21A is an exploded view of a micro optical connector according to an embodiment.

FIG. 21B is a perspective view of the assembled micro optical connector of FIG. 21A.

FIG. 22 is a front view of the micro optical connector of FIG. 21B showing overall connector dimensions and ferrule pitch.

FIG. 23A is a cross-sectional view of the micro optical connector of FIG. 21B latched into the adapter of FIG. 24.

FIG. 23B is a cross-sectional view of the micro optical connectors of FIG. 21B unlatched from the adapter of FIG. 24.

FIG. 24 is an exploded view of an adapter for the micro optical connectors of FIG. 21B.

FIG. 25A is a cross-sectional view of the adapter of FIG. 24, assembled.

FIG. 25B is a cross-sectional side view of the adapter housing of FIG. 24.

FIG. 26 is a front view of the assembled adapter of FIG. 24.

4

FIG. 27A is an isometric view of the front body of the micro optical connector of FIG. 21A.

FIG. 27B is a right side view of the front body of FIG. 27A.

FIG. 28A is an isometric view of the back body of the micro optical connector of FIG. 21A.

FIG. 28B is a side view of the back body of FIG. 28A.

FIG. 29A is an isometric view of the outer housing of the micro optical connector of FIG. 21A.

FIG. 29B is a front view of the outer housing of FIG. 29A.

FIG. 29C is a cross-sectional view of the outer housing of FIG. 29A showing the top of an orientation protrusion.

FIG. 29D is an inner view of the outer housing of FIG. 29A;

FIG. 29E is an inner view of the outer housing of FIG. 29A.

FIG. 30 is a side view of an adapter hook of the adapter of FIG. 24.

FIG. 31 is an isometric view of the adapter of FIG. 24 assembled with the micro optical connectors of FIG. 21B.

FIG. 32A is cross-sectional view of a prior art connector showing a latch gap.

FIG. 32B is a cross-sectional view of the micro optical connector of FIG. 21B latched (left) and unlatched (right) within the adapter of FIG. 24, assembled.

FIG. 33A depicts the micro optical connector of FIG. 21B in a QSFP footprint, depicting dimensions in millimeters.

FIG. 33B depicts the micro optical connectors of FIG. 21B in SFP footprint, depicting dimensions in millimeters.

FIG. 34A-34C depicts adapter hooks interacting with the micro optical connectors of FIG. 21B before (FIG. 34A), during (FIG. 34B), and after (FIG. 34C) latching.

FIGS. 35A-FIG. 35C depicts the micro optical connector of FIG. 21B side flap operation before (FIG. 35A), during (FIG. 35B), and after (FIG. 35C) latching.

FIG. 36A depicts plural micro optical connectors in a transceiver.

FIG. 36B is a front view of the transceiver of FIG. 36A.

FIG. 37 is an exploded view of a micro optical connector according to a further embodiment.

FIG. 38 is an isometric view of a front body of the micro optical connector of FIG. 37.

FIG. 39 is an isometric view of a back body of the micro optical connector of FIG. 37.

FIGS. 40A, 40B, and 40C depict a technique for reversing polarity of the optical connector of FIG. 37.

FIG. 41 is an exploded view of a micro optical connector according to a further embodiment.

FIG. 42A is an isometric view of the front body of the micro optical connector of FIG. 41.

FIG. 42B is a side view of the front body of FIG. 42A.

FIG. 43 is an isometric view of the back body of the micro optical connector of FIG. 41.

FIGS. 44A, 44B, and 44C are isometric views of the outer housings that may be used with any of the micro optical connectors of FIGS. 21A, 37, and 41.

FIG. 45 is an exploded view of an adapter according to a further embodiment.

FIG. 46 is a cross-section of the adapter of FIG. 45, assembled.

FIG. 47 is an exploded view of a connector according to another embodiment.

FIG. 48 is an isometric view of the back body and the back post of the connector of FIG. 47.

FIG. 49 is a cross-section of the back post of FIG. 47 assembled with optical fibers.

5

FIG. **50** is a front view of the connector of FIG. **47**.

FIG. **51** is an isometric view of the boot of the connector of FIG. **47**.

FIG. **52** is a front view of the adapter of FIG. **45**.

DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, a CS connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors, for use, for example, with future narrow-pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors in dense arrays of narrow-pitch LC SFPs and narrow-width multi-fiber SFPs.

FIG. **1A** shows a perspective view of a prior art standard 6.25 mm pitch LC connector SFP **100**. The SFP **100** is configured to receive a duplex connector and provides two receptacles **102**, each for receiving a respective LC connector. The pitch **104** is defined as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **102**. FIG. **1B** shows a perspective view of a prior art standard 6.25 mm pitch LC adapter **106**. The adapter **106**

6

is also configured to receive a duplex connector, and provides two receptacles **108**, each for receiving a respective LC connector. FIG. **1C** is a top view of the adapter **106** of FIG. **1B**. The pitch of the adapter **106** is defined similarly to that of the SFP **100**, as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **108**, as illustrated in FIG. **1D**, which shows a front view of the adapter **106**.

FIG. **2A** shows a prior art LC duplex connector **200** that may be used with the conventional SFP **100** and the conventional adapter **106**. The LC duplex connector **200** includes two conventional LC connectors **202**. FIG. **2B** shows another prior art LC duplex connector **204** having a remote release pull tab **206**, and including two conventional LC connectors **208**. As shown, the remote release pull tab **206** includes two prongs **210**, each configured to couple to the extending member **212** of a respective LC connector **208**. FIGS. **2C** and **2D** show top and side views, respectively, of the conventional LC connector **208**, having a width of 5.6 mm, and further showing the extending member **212**.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, as shown in FIG. **3**, a connector **300** may comprise various components. Referring to FIG. **3**, an illustrative embodiment of a connector **300** is shown in an exploded view to display detail. In some embodiments, and as discussed further herein, a connector **300** may have an outer housing **301**, a front body **302**, one or more ferrules **303**, one or more ferrule flanges **304**, one or more springs **305**, a back body **306**, a back post **307**, a crimp ring **308**, and a boot **309**. In some embodiments, the back body **306** may comprise one or more protrusions **306.1** which may interlock with a window/cutout **302.1** in the front body **302**. This may allow for the back body **306** and the front body **302** to be securely fastened together around the ferrule(s) **303**, ferrule flange(s) **304**, and the spring(s) **305**. The elements of FIG. **3** are configured such that two optical connectors having four LC-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least two optical connectors having a total of eight LC-type optical ferrules may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

Referring now to FIG. **4**, an embodiment is shown wherein the connector **400** is assembled. In some embodiments, the assembled connector may have an outer housing **401**, a front body **402** positioned within the outer housing, one or more ferrules **403**, one or more ferrule flanges (not shown), one or more springs (not shown), a back body **406**, a back post (not shown), a crimp ring (not shown), a boot **409**, and a push-pull tab **410**. In some embodiments, the connector may have one or more latching mechanisms made up of a window **412** on the outer housing **401** near the push-pull tab **410** and a protrusion **413** on the front body. The latching mechanism made up of the window **412** and protrusion **413** securely attaches the outer housing **401** to the front body **402**. In a further embodiment, the outer housing **401** may have a recess **411** to receive a locking tab or locking mechanism from an adapter (depicted in FIG. **13**, below). The recess **411** of the outer housing **401** is used to interlock with an adapter (depicted in FIG. **13**, below) or transceiver receptacle to secure the connector into the adapter. As would be understood by one skilled in the art, the push-pull tab **410** enables removal of the connector from a receptacle without

7

requiring additional tools. Alternatively, the push-pull tab may be eliminated and the connector removed manually. In one or more further embodiments, the outer housing **401** may also have a key **414**. The key **414** may keep the connector in a given orientation when inserted into a receptacle such as an adapter or transceiver.

FIG. **5** depicts a procedure for changing the polarity of the optical connectors of the present disclosure. As shown in FIG. **5**, in some embodiments, the latching mechanism of the connector **500** may be made up of two main parts: a window (not visible) and one or more protrusions **513**. As illustrated in FIG. **5**, the outer housing **501** can slide on to or be removed from the front body **502** by disengaging the latching mechanisms formed by the protrusion **513** exiting through the window, whereby it contacts a rear wall of the window (refer to FIG. **4** for an illustrated example of the outer housing being attached to the front body via the latching mechanism). In some embodiments, the push-pull tab **510** may be permanently attached to the outer housing **501**, as shown.

The front body **502** may be removed from the outer housing **501**, rotated 180° as indicated by arrow **520**, and re-inserted into the outer housing. This allows for a change in the polarity of the front body **502**, as shown by the arrow diagram in FIG. **5**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules.

In some embodiments, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, as shown in FIG. **6**, a connector **600** may in some embodiments, utilize an outer housing **601** that is capable of holding two front bodies **602**. Various other embodiments are disclosed herein, and it should be noted that the embodiments disclosed herein are all non-limiting examples shown for explanatory purposes only.

Accordingly, although the embodiment shown in FIG. **6** utilizes a duplex outer housing **601**, additional or alternative embodiments may exist with more capacity, for example, six or eight optical connectors within a single outer housing. As shown in FIG. **6**, in some embodiments, the outer housing **601** may accept two front bodies **602**, each with two separate ferrules **603**. As shown, the front body(s) **602** may securely fasten to the outer housing **601** via the latching mechanism **612** and **613**. In additional embodiments, the push-pull tab **610** may be modified, as shown, such that a single tab can be used to free the two or more connectors from an adapter. As illustrated in FIG. **6**, the uni-body push-pull tab **610** and the outer housing **601** may have two windows **612** with which to receive multiple protrusions **613** of the front body(s) **602**. As discussed herein the recesses **611** of the outer housing **601** are used to secure the connectors to an adapter (depicted in FIG. **13** below). In one or more further embodiments, the connectors may have individual back bodies **606** and boots **609** (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. **7**, the connector **700** may have a single boot **709** and a duplex (i.e., uni-body) back body **706** instead of individual back bodies (e.g., such as shown in FIG. **6**). In some embodiments, the duplex back body **706** may have different dimensions than that of the individual back bodies of FIG. **6**, such as, for example, they may be longer to accommodate the need for routing the fiber after it exits the boot **709**. As with other embodiments discussed herein, the connector shown in FIG. **7** may also include an outer housing (e.g., duplex outer housing) **701**, one or more ferrules **703**, at least

8

one latching mechanism formed by the protrusion (not shown) exiting through one or more windows **712**, and a push-pull tab **710**.

As stated, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, similar to FIG. **6**, FIG. **8** shows a connector **800** that may, in some embodiments, utilize an outer housing **801** that is capable of holding multiple (e.g., four) front bodies **802**.

As shown in FIG. **8**, some embodiments may have an outer housing **801** able to accept up to four front bodies **802**, each with one or more ferrules **803**. As shown, each front body **802** may securely fasten to the outer housing **801** via the latching mechanism **812** and **813**. In additional embodiments, the push-pull tab **810** may be modified such that a single tab can be used to remove the up to four connectors from an adapter. As illustrated in FIG. **8**, the push-pull tab **810** may include four recesses **811**, which as discussed herein are used to secure the connector to a receptacle such as an adapter (shown in FIG. **13**, below) or the front receptacle portion of a transceiver. In one or more further embodiments, the connectors may have individual back bodies **806** and boots **809** (i.e., one back body/boot per front body) as shown.

Similar to FIG. **8**, FIG. **9** shows an embodiment where the outer housing **901** is able to accept up to four front bodies **902**, each with one or more ferrules **903**. As shown, each front body **902** may securely fasten to the outer housing **901** via the latching mechanism **912** and **913**. In additional embodiments, the push-pull tab **910** may be modified such that a single tab can be used to remove the up to four CS connectors from an adapter. As illustrated in FIG. **9**, the push-pull tab **910** may include four recesses **911**, which as discussed herein are used to secure the connector to an adapter (shown in FIG. **13**, below) or the optical receptacle portion of a transceiver. The FIG. **9** embodiment may utilize a single back body **906** and a single boot **909**. In one or more further embodiments, the connectors may have individual back bodies **906** and boots **909** (i.e., one back body/boot for all four front bodies) as shown.

In another aspect, the present disclosure provides method for reconfiguring optical cables in which the outer housings of the connectors may be removed and the remaining portion of the assembled connector is inserted into a housing having a larger or smaller capacity.

For example, the outer housings of plural two-ferrule capacity housings may be removed and the connector inner body and associated components inserted into a second outer housing that has either a four-ferrule or eight-ferrule capacity. Alternatively, an outer housing with a four-ferrule capacity may be removed and the inner bodies and associated components are inserted into two second outer housings, each of the two second housings having a two-ferrule capacity. Similarly, an outer housing with an eight-ferrule capacity may be removed and replaced by two four-ferrule capacity housing or a four-ferrule capacity and two two-ferrule capacity housings. In this manner, cables may be flexibly reconfigured to match the capacity of a mating optical-electrical component such as a transceiver. This aspect of the present disclosure is demonstrated in connection with FIG. **10**.

Referring now to FIG. **10**, various embodiments may exist such as a single housing **1001** which receives a single connector **1002**. Additional embodiments may also exist, such as a duplex housing **1003** which receives two connectors **1004** and/or a quad housing **1005** which may receive up to four connectors **1006**. It should be understood by one

US 11,340,413 B2

9

skilled in the art that various other embodiments may exist that are not explicitly shown. For example, a housing with the capacity for 5, 6, 7, 8, 9, 10 or more connectors may be utilized for various embodiments disclosed herein. As shown below, it is desirable to have flexible housing configurations so that connectors may be grouped and ungrouped between optical and optoelectronic components such as adapters and transceivers.

Alternatively, in some embodiments the connector may utilize one or more duplex back bodies with a single boot, similar to that shown in FIG. 7. Thus, similar to FIG. 7, an embodiment may allow for a further reduced footprint, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing that may accept up to four front bodies, each with one or more ferrules. In some embodiments, each front body may securely fasten to the outer housing via a latching mechanism. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to free the up to four front bodies from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the connectors to an adapter (shown in FIG. 13) or the optical receptacle portion of a transceiver.

In further embodiments, the connector may utilize a single uni-body back body with a single boot (i.e., as shown in FIG. 9). Thus, an embodiment may allow for a further reduced foot print, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing that may accept up to four front bodies, each with one or more ferrules. Each front body may securely fasten to the outer housing via the latching mechanism as discussed herein. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to remove up to four connectors from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the connectors to an adapter.

The optical connectors of the present disclosure are all configured to be received in a receptacle. As used herein, the term "receptacle" relates generically to a housing that receives an optical connector. A receptacle includes both optical adapters, that is, components that mate two or more optical connectors, and transceivers, which include an optical receptacle to hold connectors that are to communicate with an optoelectronic component (e.g., a component that converts optical signals to electrical signals). As shown in FIG. 11A, in one embodiment 1100A, the outer housing 1101 may comprise one or more recesses 1111. As discussed and shown herein, the one or more recesses may allow for a receptacle 1114 to securely connect to the connector 1100A. Accordingly, in some embodiments, the receptacle 1114 may have a receptacle hook 1115, which is flexible and can secure the connector 1100A into the receptacle via latching onto the wall of the recess 1111, as shown. This latching takes place when the outer housing 1101 is pushed forward into the receptacle. The sloped portions of the outer housing 1101 allow the receptacle hook 1115 to slide up and over the front of the outer housing thereby securing the connector 1100A into the receptacle.

Additionally or alternatively, in some embodiments, such as that shown in FIG. 11B, a connector 1100B may be removed from a receptacle 1114 by pulling the connector away from the adapter as indicated by the directional arrow. In some embodiments, the force may be applied by a user via

10

the push-pull tab 1110. Alternatively, when a push-pull tab is not present, the connector may still be manually removed from a receptacle. As shown in FIG. 11B, as the connector 1100B is removed from the receptacle 1114, the flexible receptacle hooks 1115 separate and slide up the slope of the end of the connector and allow for removal of the connector from the receptacle.

Referring now to FIGS. 12A and 12B, as discussed herein and previously shown in FIG. 5, the front body 1202 can be removed from the outer housing 1201. In some embodiments, a portion of the outer body 1201 can be flexibly extended away from the front body 1202 as shown by the arrows in FIG. 12A. As discussed herein, in some embodiments, the front body 1202 may comprise a protrusion 1213 which interlocks with a window (not shown) on the outer housing 1201. Accordingly, when force is applied to the outer housing 1201 in a manner that removes the one or more protrusions 1213 from the one or more windows (not shown, see FIG. 4), the front body 1202 may be removed from the outer housing.

Referring now to FIG. 13, an embodiment 1300 is shown in which the connector (not shown in its entirety) is inserted into a receptacle such as adapter 1314. In this specific non-limiting example, the connector is similar to that shown in FIG. 8 (i.e., comprising four front bodies each with their own back body 1306 and boot 1309). However, unlike FIG. 8, the embodiment shown here utilizes four individual push-pull tabs 1310 instead of a duplex push-pull tab system which manipulates two latching tabs per push-pull tab to allow the connector to be removed from the adapter 1314.

Various benefits and details have been discussed herein with regard to the connectors and their modular ability (e.g., to include multiple connectors into a single housing). In addition to the reduced footprint, structural improvements, and cost reduction, various embodiments herein may also be beneficial with regard to reducing the burden of cabling in a data center environment. Illustrative embodiments shown in FIGS. 14A through 14C depict cable configurations that may be used to reduce the complexity of optical cables in a compact environment. Note that any of the optical connectors described in this disclosure may be used in these embodiments, including the optical connectors of FIGS. 21B, 37, and 41, to be discussed in detail below. FIG. 14A shows two duplex cables similar to the cable shown in FIG. 6. In some embodiments, one or more detachable clips 1401 may be attached to two or more zip cables to prevent the zip cables from detaching. This allows for two or more cables to be bundled and reduce the risk of entanglement with additional cables. FIG. 14B is an illustrative example of how easily an embodiment can separate into two individual connectors by unbinding the cables and thus quickly and easily creating two independent fiber optic channels that can move and be connected independently. FIG. 14C shows an embodiment in which a duplex connector like that of FIGS. 6 and 14A is connected to two separate individual connectors. Through the variable housing configurations depicted above in FIG. 10, the cable of FIG. 14A can be reconfigured as the cables of either 14B or FIG. 14C.

In addition to binding existing fiber cables, some embodiments herein may utilize a new four fiber zip cable. Referring now to FIG. 15A, a conventional zip cable (i.e., one with a single fiber strand 1520 per jacket 1521) is shown in comparison with an embodiment in which two fibers 1522 per jacket 1523 are utilized. It should be understood that this is merely a non-limiting example. In some embodiments, multiple fibers may be included per jacket, such as, for

US 11,340,413 B2

**11**

example, four fibers per jacket in order to utilize the single boot **909** and uni-body rear body **906** of the connector shown in FIG. **9**.

A specific example using multi-strand cables is shown in FIG. **16** for illustrative purposes only. It should be understood that numerous alternatives and modifications are possible, such as, for example, that shown in FIGS. **18**A-**18**B and FIGS. **19**A-**19**D. As shown, a switch (e.g., **100**G switch) **1630** is shown with a transceiver (e.g., **100**G transceiver) **1631**. The transceiver **1631** has a receptacle to receive duplex connectors **1632**. From each of the two duplex connectors **1632**, a four fiber cable **1633** extends to connect to various other connectors and transceivers. In some embodiments, as discussed herein, a clip (e.g., detachable clip) **1640** may connect two or more cables (e.g., **1633**) to ensure the zip cables do not come apart. As shown, one four fiber cable **1633** is split into two two-fiber cables **1634**, which are then each attached to a single simplex connector **1635** and placed into a transceiver (e.g., **25**G transceiver) **1636**. As further shown, one of the four fiber cables **1637** is connected to a single duplex connector **1638**, which is then inserted into another transceiver (e.g., **50**G transceiver) **1639**.

An additional or alternative embodiment is shown in FIG. **17**. As shown, one or more switches (e.g., **400**G switches) **1730** and **1732** are shown each with a transceiver (e.g., **400**G transceiver) **1731** and **1733**. The first transceiver **1731** has a receptacle that is receiving two simplex (single) connectors **1734** and one duplex (dual) connector **1735**. From each of the two simplex connectors **1734**, a two fiber cable **1736** extends to connect to various other connectors and transceivers. Similar to FIGS. **14** and **16**, some embodiments may have a clip (e.g., detachable clip) **1740** that may connect two or more cables (e.g., **1736**, **1738**, etc.) to ensure the zip cables do not come apart. From the duplex connector **1735** a four-fiber cable **1737** is split into two two-fiber cables **1738**, which are then each attached to a single simplex connector each and placed into a transceiver (e.g., **400**G transceiver).

Accordingly, embodiments described herein allow for improvements over the current state of the art. By way of specific example, connectors generally have three types of fixed cables. Moreover, some cables may be bifurcated. As such, the cable cannot be split once installed and the polarity of the cables cannot be changed. Alternatively, the embodiments discussed herein may allow a user to change from a four-way to a 2-Duplex, to a 4-simplex connector, etc. (e.g., FIG. **20**). Moreover, as discussed herein, the individual connectors can be split into individual connectors anytime, even after deployment. Additionally, the polarity can be changed within the connectors easily in a manner that does not risk damage to the one or more ferrules and fibers, as discussed above. It should also be noted that the depicted connectors are used herein merely for illustrative purposes, and that various other connectors may be used in any embodiment (e.g., an MT connector, such as that shown in FIGS. **18**A-**18**B, and the optical connectors of FIGS. **21**, **37**, and **41**).

FIGS. **18**A-**18**B depict an optical connector including an MT ferrule **1810** in a housing that is substantially similar to the housing **301** of FIG. **3**. As with the embodiment of FIG. **3**, the various features of the connector are configured such that two optical connectors having two MT-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least four optical connectors having a total of four MT-type optical ferrules

**12**

may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

FIGS. **19**A-**19**D show alternative embodiments of the optical connectors of FIG. **3** in which the push-pull tabs are not integrated with the optical connector housing. As seen in FIGS. **19**A-**19**B, a push-pull tab **1930** is a separable element from a connector housing. The push-pull tab **1930** actuates a latch **1910** for inserting and extracting the connector from an adapter or transceiver. An alternative latching mechanism is depicted in FIGS. **19**C-**19**D. Latch **1950** includes a notch that is actuated by push-pull tab **1960**.

FIG. **20** depicts the disassembly of a four-connector housing (two duplex connectors in a single housing) into two duplex connectors. This may be performed in changing, for example, a connector as shown in FIG. **14**A to a connector as shown in FIG. **14**C. In FIG. **20**, an optical connector **2000** is depicted including a housing **2010** that houses two duplex connectors (four optical fibers). The housing **2010** is removed, leaving the two duplex connectors **2020**. Two housings **2030** are then provided and two individual duplex connectors **2040** are then created from the initial single housing connector **2000**. This reconfigurable housing simplifies cable management, for example, when optical cables are interconnected between lower-speed transceivers and higher-speed transceivers as seen in FIG. **16**.

FIG. **21**A depicts an embodiment of an optical connector **2100**, shown in exploded view while **21**B depicts the optical connector **2100** in an assembled view. Optical connector **2100** may include an outer housing **2110**, a front body **2115**, one or more ferrules **2122**, one or more ferrule flanges **2124**, one or more springs **2125**, a back body **2130**, a back post **2135**, a crimp ring **2140**, and a boot **2145**. The outer housing **2110** may include a longitudinal bore for accommodating the front body **2115** and a ferrule assembly **2120**, a connector alignment key **2105** used during interconnection, a connector flap **2103** and an optional pull tab **2107** to facilitate removal of the connector **2100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In prior art optical connectors, an inner enclosed housing was used in place of open front body **2115**. Front body **2115** includes top and bottom portions but no sidewalls, termed "open sidewalls" in this embodiment. By using front body **2115**, space occupied by the prior art inner housing sidewalls becomes available to increase the density of optical connectors within a given footprint, an advantage over prior art connectors. It was determined that the outer housing **2110**, combined with the front body **2115**, provided sufficient mechanical strength and ferrule protection, advantageously providing the space for additional optical connectors. Removal of sidewalls increases available space by 1-2 millimeters.

Note that, in this embodiment, the outer housing is configured to hold two optical ferrules **2122**. Typically, two optical ferrules may be used in a "transmit" and "receive" pairing of optical fibers, called a duplex connector. However, the outer housing may be configured to hold more or fewer optical ferrules including a single optical ferrule, multiples of single optical ferrules, or multiple pairs of optical ferrules, depending upon the application. Further, the front body **2115** may be removed from the outer housing **2110** and the front body placed in a larger outer housing with other front bodies to form a larger optical connector in a manner to be discussed in more detail below. In particular,

US 11,340,413 B2

13

two front bodies may be used with a four-ferrule outer housing or four front bodies may be used with an eight-ferrule outer housing.

Turning to FIGS. 29A and 29B, isometric and front views of the outer housing 2110 are shown. As seen in the front view of FIG. 29B and the cross-sectional view of FIG. 29C, connector orientation protrusions 2910 are provided within the interior of the outer housing 2110. Connector protrusion 2910 is further seen in the inner view of the housing, FIG. 29E. When the front body is inserted within the longitudinal bore 2101 of outer housing 2110, the outer housing connector flap 2103 locks the outer housing 2110 to the front body 2115 in the following manner. As the front body 2115 is inserted into the outer housing 2110, the outer housing locking surface 2114, best seen in FIG. 27C, engages the connector orientation protrusion 2910, seen in an inside view of the outer housing in FIG. 29D, labelled as "Flap A", flexing the connector flap 2103 outwardly from the outer housing body 2110, depicted in the inset of FIG. 29C. The flap protrusion mating location is indicated as "mating place B" in FIG. 29D. Once the locking surface 2114 passes beyond the orientation protrusion, the connector flap returns to its original position (FIG. 29A), and the protrusion 2910 engages locking surface 2114 and any withdrawal of the front body assembly from the outer housing 2110 is prevented as the proximal end face of the connector flap 2103 is stopped by protrusion 2910.

FIGS. 35A-35C depict the sequence of operations to remove an assembled front body from the outer housing in order to reverse polarity or to aggregate plural connectors in a multi-connector housing. To separate the front body from the outer housing, the connector flap 2103 is flexed outward using a finger or a tool, as depicted in FIG. 35B. Flexing the connector flap 2103 outwardly causes the protrusion 2910 to disengage from the front body's outer housing locking surface 2114, permitting the front body/ferrule assembly 2115 to be removed from the outer housing. This may be performed when it is desired to reverse the polarity of the connector (to be discussed below) or when desiring to aggregate plural connectors into a larger connector housing as discussed above. The separated components are depicted in FIG. 35C, that is, front body 2115 with the ferrule assembled therein and outer housing 2110.

In some embodiments, the back body 2130 may comprise one or more protrusions or hooks 2134, best seen in FIGS. 28A and 28B, which may interlock with a back body hook window/cutout 2119 in the front body 2115. This may allow for the back body 2130 and the front body 2115 to be securely fastened together around the ferrule(s) 2122, ferrule flange(s) 2124, and the spring(s) 2125. The back body 2130 includes a cable bore 2820, spring guides 2132, and side protrusions 2810.

During assembly, the ferrule flanges 2124 fit into ferrule flange alignment slots 2117 (see FIGS. 27A and 27B) adjacent the ferrule openings 2116 of the front body 2115, compressing the springs 2125 (preload) which are positioned along front body spring holders 2118. The ends of the springs 2125 are secured on spring guides 2132 (FIGS. 28A, 28B) of back body 2130 by spring tension. As seen in the assembled cross-sectional views of FIGS. 23A and 23B, the springs 2125 are positioned to urge the ferrules 2122 into contact with mating connectors or transceiver optics, ensuring minimum insertion loss. As further seen in FIGS. 27A and 27B, the front body includes a receptacle hook recess 2710 with a receptacle hook retainer surface 2720 the

14

receiver a receptacle hook when mating with an adapter or with a transceiver receptacle, as shown in further detail below.

Further reductions in connector size may be obtained by reducing the size of springs 2125, see FIG. 21. By using a maximum spring outer diameter of 2.5 mm, the pitch of the ferrules, that is to say, the spacing between adjacent ferrules, may be reduced to 2.6 mm when coupled with the removal of inner housing walls and walls separating adjacent ferrules. This advantage is best seen in FIG. 22 which depicts the front of connector 2100 showing overall connector dimensions and ferrule pitch. The connector size 4.2×8.96×30.85 mm (excluding optional pull tab 2107 and connector alignment key 2105) with a ferrule pitch of 2.6 mm.

As best seen in FIG. 21B, the outer housing 2110 and the front body 2115 together provide a receptacle hook ramp 2940 (on the outer housing) used to guide a receptacle hook into a receptacle hook recess 2170 (in the front body 2115), also shown in FIGS. 27A and 27B (receptacle hook recess 2710 and receptacle hook retainer surface 2720). The receptacle hook, to be discussed in more detail below, may be from an adapter or a transceiver to secure the optical connector 2100 thereto.

The optical connectors 2100 may be used in a variety of connection environments. In some applications, the optical connectors 2100 will mate with other optical connectors. Typically, this mating will occur with a receptacle such as an adapter or optical transceiver receptacle. An exemplary adapter 2400 depicted in FIG. 24 in an exploded view and depicted in FIG. 31 having four mating pairs of optical connectors 2100 latched therein. In other applications, as when an optical signal is to be converted to an electrical signal, the micro optical connectors 2100 will mate with an optical receptacle in a transceiver 3600 as shown in FIG. 36. Typically, transceiver 3600 may be found in a data center, switching center, or any other location where optical signals are to be converted to electrical signals. Transceivers are often a part of another electrical device such as a switch or a server, as is known in the art. Although much of the connection operation of this embodiment will be described with respect to an adapter, 2400, it is understood that substantially similar mechanical retention mechanisms are positioned within the receptacle of transceiver 3600 so that any description of connector retention in adapter 2400 applies in a substantially similar way to retention of an optical connector within transceiver 3600. An example of a transceiver optical receptacle is depicted in FIG. 36B (holding optical connectors 2100); as seen in FIG. 36B, the connection environment is substantially similar to one-half of an adapter 2400.

Turning to FIG. 24, further size reductions in the overall optical assembly of connectors plus adapter or connectors plus transceiver may be obtained through various connection mechanisms to be described with respect to the adapter 2400 but also apply to optical connection features within the front end of transceiver 3600. The adapter 2400 includes an adapter housing 2402 having an adapter alignment assembly 2430 positioned therein. The adapter alignment assembly 2430 includes alignment sleeves 2410 positioned within alignment sleeve openings 2440 of alignment sleeve holders 2442. The adapter alignment assembly further includes receptacle hooks 2302 that will grip optical connectors 2100 through front body connector hook recess 2710 of FIG. 21B. As seen in FIG. 30, receptacle hooks 2302 include an inner surface 3110. The adapter housing 2402 further includes connector alignment slots 2403 that mate with connector alignment key 2105 of FIG. 21A. The connectors 2100 are

15

received through connector opening **2405** of the adapter housing **2402** which also includes flex tab **2401**, cutout **2456**, mount plate **2452** and panel hook **2490**. To assemble the adapter alignment assembly **2430** in the adapter housing **2402**, adapter housing hooks **2432** are provided. Adapter housing hooks **2432** are received in housing adapter hook openings.

It should be understood that above description of connection mechanisms with respect to adapter **2400** may be applied in a substantially similar way with respect to the receptacle of transceiver **3600**. Particularly, the receptacle of transceiver **3600** may include a receptacle housing having a receptacle alignment assembly positioned therein. The receptacle alignment assembly includes alignment sleeves positioned within alignment sleeve openings of alignment sleeve holders. The receptacle alignment assembly further includes receptacle hooks that will grip optical connectors **2100** through front body connector hook recess **2710** of FIG. **21**B. As seen in FIG. **30**, receptacle hooks **2302** include an inner surface **3110**. The receptacle housing further includes connector alignment slots that mate with connector alignment key of FIG. **21**A. The connectors **2100** are received through connector opening of the receptacle housing which also includes flex tab, cutout, mount plate and panel hook. To assemble the receptacle alignment assembly in the receptacle housing, receptacle housing hooks are provided. Receptacle housing hooks are received in housing receptacle hook openings.

To further reduce the size of optical connectors and associated mating components, the adapter housing **2402** includes receptacle hook openings **2420**, seen in FIGS. **25**A and **25**B. Receptacle hook openings **2420** accommodate the clearance required by receptacle hooks **2302** when they flex upwards prior to latching with connectors **2100**. The interaction of the receptacle hooks **2302**, having slanted inner surfaces **3110**, with the receptacle hook openings **2420** is best seen in FIGS. **32**B and **34**A-C. Prior to latching (FIG. **34**A), the receptacle hook **2302** is in an unflexed condition within the receptacle (adapter or transceiver). As the connector **2100** is inserted into the adapter housing **2402** or the transceiver, the receptacle ramp **2490** pushes against the receptacle hook inner surfaces **3110**, flexing receptacle hook **2302** into the receptacle hook opening **2420**. Without providing the opening, additional clearance would need to be provided to accommodate the flexing of the receptacle hook **2302**. This additional required clearance is depicted in the prior art connector/adapter of FIG. **32**A. As seen in FIG. **32**A, a connector latch gap **3210** must be provided in the prior art to accommodate the prior art connector hooks, increasing the overall footprint of the prior art connector/ adapter assembly. By providing receptacle hook openings **2420** in the present disclosure, approximately 2.25 mm of valuable footprint real estate is obtained which may be used to increase connector density.

Another improvement in adapter size is obtained by removing prior art adapter walls between adjacent connectors. This is best seen in the front view of an assembled adapter **2400** shown in FIG. **26**. As seen, pairs of ferrule alignment sleeves **2410** are separated only by connector gap **2610** with a 4.35 mm pitch between adjacent connectors. The adapter size is 19.0×10.71×32.5 mm (excluding the adapter flange **2460**). Also seen in FIG. **26** is the connector alignment slot **2403**, alignment sleeve holder **2442**, and a front view of receptacle hooks **2302**.

FIG. **31** depicts an assembled adapter **2400** with four pairs of mating connectors **2100** latched therein. Note that in the latched position, receptacle hooks **2302** do not extend into

16

receptacle hook openings **2420**. This is further visible in the cross-sectional view of an assembled adapter **2400** of FIG. **25**A. Connector alignment keys **2105** are positioned within connector alignment slots **2403**. As seen in the cross-sectional view of FIG. **23**A, the push-pull tab **2017** may extend beyond the connector boot **2145** providing clearance to easily grip the tab and remove a connector. Also seen in FIG. **31** is adapter flex tab **2401** and panel hook **2490** for interaction with racks or other equipment.

Through the various features described above, the density of optical connectors **2100** that may be provided in the standard transceiver footprint connector spaces may be doubled. For example, in a small form factor pluggable (SFP) footprint of 14×12.25 mm, two connectors **2100** having four LC-type ferrules **2122** of 1.25 mm outer diameter may be accommodated as seen in FIG. **33**B. Similarly, in a quad small form factor pluggable (QSFP) footprint of 13.5×19 mm, four connectors **2100** having a total of eight LC-type ferrules **2122** may be accommodated as seen in FIG. **33**A. Further, by providing the connectors in transmit and receive pairs, greater flexibility in optical routing is obtained, as demonstrated by previous FIGS. **16** and **17**.

Turning to FIG. **37**, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the optical connector of FIG. **21**A et seq. In FIG. **37**, connector **3700** may include an outer housing **3710**, a front body **3715**, one or more ferrules **3722**, one or more ferrule flanges **3724**, one or more springs **3725**, a back body **3730**, a back post **3735**, a crimp ring **3740** (depicted with an optional heat shrink tube extending therefrom), and a boot **3745**. The outer housing **3710** may include a longitudinal bore **3701** for accommodating the front body **3715** and ferrules **3722**, a connector alignment key **3705** used during interconnection, a connector flap **3703** and an optional pull tab **3707** to facilitate removal of the connector **3700** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In FIG. **38** an isometric view of the front body **3715** is depicted. In this embodiment, the back body hook cutout **3819** has been moved forward, advantageously strengthening the assembled connector in side load environments. An alignment tab **3895** is provided for mating with a receiving recess on the back body. The receptacle hook recess **3910** operates in a substantially similar manner to the recess of FIG. **21**A, described above. A ferrule flange alignment slot **3817** is also provided.

In FIG. **39**, the back body **3730** is depicted, showing alignment tab recess **3997** for receiving alignment tab **3895**. The front body hook **3934**, for interconnecting in back body hook cutout **3819**, extends outwardly from the main portion of the back body through extended hook arm **3996**. Through the extended hook arm **3996** and the alignment tab **3895**, breakage during side loads is reduced as the load is redistributed more evenly across the entire connector, reducing stress on the backpost.

As seen in FIGS. **40**A-**40**C, the assembled front body **3715** may be removed from the outer housing **3710**, rotated 180° as indicated by the arrow (FIG. **40**B), and re-inserted into the outer housing (FIG. **40**C). This allows for a change in the polarity of the front body **3715**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules. As described previously with respect to FIGS. **35**A-**35**C, connector flap **3703** is flexed outward to release the front body from the outer housing.

US 11,340,413 B2

17                                                                  18

Turning to FIG. **41**, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the micro optical connectors of FIG. **21**A and FIG. **37**. In FIG. **41**, connector **4100** may include an outer housing **4110**, a front body **4115**, one or more ferrules **4122**, one or more springs **4125**, a back body **4130**, a crimp ring **4140**, and a boot **4145**. The outer housing **4110** may include a connector flap **4103** and an optional pull tab **4107** to facilitate removal of the connector **4100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

As seen in FIG. **42**A, the front body **4015** in this embodiment includes a middle wall **4260** interposed between the ferrules and springs when the front body is assembled. This middle wall reduces the possibility of the springs becoming entangled with each other, binding the connector and breaking the optical fibers. The front body **4015** also includes an alignment cut out guide **4625**, seen in the side view of FIG. **42**B. The alignment cut out guides the back body **4030** into the front body **4015** during assembly of the connecter, and also further reduces the side load that leads to connector breakage or disconnection of the front body and the back body **4030**.

Back body **4030**, depicted in an enlarged view in FIG. **43**, includes an alignment guide **4377** that fits into the alignment cut out guide **4265** of FIG. **42**B. The wall structure **4378** also stops the front body to prevent over-compressing the springs and provides strength under a side load.

Various modifications to the outer housing, depicted in FIGS. **44**A-**44**C, may be used with any of the optical connectors depicted in FIGS. **21**, **37**, and **41** or earlier embodiments. In FIG. **44**A, the push-pull tab **3707** may include a release recess **4473**. Release recess **4473** permits insertion of a tool or fingernail to remove the connector from an adapter or transceiver, without disturbing adjacent connectors. Similarly, FIG. **44**B depicts a release hole **4499** in push-pull tab **3707** to permit insertion of an extraction tool to remove the connector from an adapter or transceiver. FIG. **44**C shows a modified connector flap **3703** with an increased cutout size of 1 mm to make it easier to insert a tool or a finger to flex the flap **3703** and remove the front body assembly when making a polarity change or aggregating the front body with other front bodies in a larger outer housing.

Another embodiment of an adapter/transceiver receptacle is depicted in FIG. **45**. Unlabeled elements are substantially similar to elements depicted in FIG. **24**. In this FIG., adapter housing hooks **4532** can be seen along with receptacle hooks **4502**. Turning to the cross-sectional view of the assembled adapter in FIG. **46**, the engagement of these elements may be seen.

Another embodiment of an optical connector **4700** is depicted in FIG. **47**. The optical connector of FIG. **47** includes outer housing **4710**, front body **4715**, ferrules **4722**, springs **4725**, back body **4730**, backpost **4735**, crimp ring **4740**, and boot **4745**. Here, the emphasis is on the back body, **4730**. A more detailed view of the back body **4730** is presented in FIG. **48**. In this embodiment, the backpost flange has a substantially rectangular shape in order to narrow the overall connector profile by approximately 0.5 mm. Back post overmolding **4859** accommodates the back post flange **4857** and reduces the potential for back post breakage. The back wall **4853** is extended in length to 3 mm from 1.5 mm to improve the sideload strength of the overall connector. The crimp ring positioning **4855** is inversed from

earlier embodiments to improve holding of aramid fiber from an optical fiber cable, improving cable retention of the back post.

Many advantages are achieved by the backpost of FIG. **48**. In addition to increased connector strength, a longer fiber path **4901** is provided as shown in FIG. **49**. This longer fiber path, approximately 1.5 mm longer than in previous embodiments, allows for a gentler curve as the fibers are split from the fiber optic cable, improving insertion and return loss of the fibers. In FIG. **49**, the back wall **4853** can be seen as a portion of the back body **4730**.

In view of the various modifications of this embodiment, FIG. **50** depicts a connector **4700** front view showing overall reduced connector width of 3.85 mm. Such a size reduction permits **4** optical connectors (a total of 8 ferrules) to be accommodated in a transceiver or connector footprint of 16 mm (including tolerances). Thus, the connectors of the present invention may be used to connect 8 LC-ferrule-housed fibers in a QSFP footprint.

To further decrease the space required by the optical connectors, a side thickness reduction may be carried out on the boot of connector **4700**. Side thickness reduction **5103**, depicted in FIG. **51**, narrows the thickness of the boot on either side, reducing the space required by the boot to the 3.85 mm profile of connector **4700**. Thus four connectors will fit in the QSFP transceiver footprint. This footprint is shown in the adapter front view of FIG. **52**—as noted above, the front view of an adapter and that of a transceiver are substantially similar from the optical perspective. In FIG. **52**, the adapter inner wall is reduced from 17.4 mm to 16 mm. All of the modifications set forth in the FIG. **47** et seq. embodiment make it possible for the four connectors to fit in the profile of FIG. **52**.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that this disclosure is not limited to particular methods, reagents, compounds, compositions or biological systems, which can, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can

US 11,340,413 B2

**19**

translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the

**20**

art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. An optical fiber connector comprising:

a housing having a longitudinal axis and a front end portion and a rear end portion spaced apart along the longitudinal axis, the housing comprising opposite first and second end walls spaced apart along a transverse axis oriented perpendicular to the longitudinal axis, the housing comprising opposite first and second side walls spaced apart along a lateral axis oriented perpendicular to the longitudinal axis and the transverse axis;

an MT ferrule received in the housing and exposed through the front end portion of the housing for making an optical connection, the MT ferrule configured to receive plurality of fibers such that the fibers are spaced apart in a row that extends parallel to a fiber alignment axis, the MT ferrule further comprising first and second guide pin openings spaced apart along the fiber alignment axis; and

a polarity key disposed on the first end wall;

wherein each of the first and second end walls has a lateral dimension along the lateral axis and each of the first and second side walls has a transverse dimension along the transverse axis, the lateral dimension being less than the transverse dimension;

wherein the optical fiber connector is configured to latch with a mating adapter and wherein the optical fiber connector is configured to be actuated to unlatch from the mating adapter by displacing a first portion of the optical fiber connector rearward relative to a second portion of the optical fiber connector, wherein said displacing the first portion of the optical fiber connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule.

**2**. The optical fiber connector as set forth in claim **1**, wherein the optical fiber connector is free of a polarity key disposed on the second end wall.

US 11,340,413 B2

21

**3**. The optical fiber connector as set forth in claim **1**, wherein each of the first and second side walls is substantially flat.

**4**. The optical fiber connector as set forth in claim **1**, wherein the polarity key extends from a rear end adjacent the rear end portion of the housing to a front end rearwardly spaced apart from the front end portion of the housing.

**5**. The optical fiber connector as set forth in claim **1**, further comprising a remote release.

**6**. The optical fiber connector as set forth in claim **5**, wherein the remote release includes a front longitudinal segment disposed on the first end wall of the housing.

**7**. The optical fiber connector as set forth in claim **1**, further comprising a strain relief boot extending from the rear end portion of the housing.

**8**. The optical fiber connector as set forth in claim **1**, wherein the MT ferrule is configured to receive at least eight optical fibers in a row extending parallel to the fiber alignment axis.

**9**. The optical fiber connector as set forth in claim **1**, wherein the connector is an SN type connector.

**10**. The optical fiber connector as set forth in claim **1**, wherein the connector includes an adapter latching feature along the first end wall of the housing.

**11**. The optical fiber connector as set forth in claim **1**, wherein the adapter latching feature is a latch recess configured to latch with a bendable latch hook of the mating adapter.

**12**. The optical fiber connector as set forth in claim **1**, wherein the connector includes a first latch recess along the first end wall of the housing and second latch recess along the second end wall of the housing, each of the first and second latch recesses configured to latch with a respective bendable latch hook of the mating adapter.

**13**. A connection system comprising the optical fiber connector of claim **1** and an adapter comprising a perimeter wall defining a receptacle in which to matingly receive said optical fiber connector of claim **1** and another optical fiber connector such that the first side wall of said optical fiber connector of claim **1** is in side-by-side relation with an opposing side wall of the other optical fiber connector.

**14**. The connection system of claim **13**, wherein the perimeter wall includes a plurality of longitudinal keyways, each longitudinal keyway capable of receiving the polarity key of said optical fiber connector of claim **1** therein.

**15**. The optical fiber connector as set forth in claim **1**, wherein the optical fiber connector is configured such that said optical fiber connector and another identical optical connector can fit in a small form-factor pluggable transceiver footprint.

**16**. The optical fiber connector as set forth in claim **1**, wherein the optical fiber connector is configured such that said optical fiber connector and three other identical optical connectors can fit in a quad small form-factor pluggable transceiver footprint.

**17**. An optical fiber connector comprising:

a housing;

an MT ferrule received in the housing, the MT ferrule configured to receive plurality of fibers such that the fibers are spaced apart in a row that extends parallel to a fiber alignment axis, the MT ferrule further comprising first and second guide pin openings spaced apart along the fiber alignment axis; and

a polarity key disposed on the housing such that the polarity key is configured to be spaced apart along the fiber alignment axis above the MT ferrule;

22

wherein the optical fiber connector is configured to latch with a mating adapter and wherein the optical fiber connector is configured to be actuated to unlatch from the mating adapter by displacing a first portion of the optical fiber connector rearward relative to a second portion of the optical fiber connector, wherein said displacing the first portion of the optical fiber connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule.

**18**. The optical fiber connector as set forth in claim **17**, wherein the connector includes an adapter latching feature spaced apart along the fiber alignment axis above the MT ferrule.

**19**. The optical fiber connector as set forth in claim **18**, wherein the adapter latching feature is a latch recess configured to latch with a bendable latch hook of the mating adapter.

**20**. The optical fiber connector as set forth in claim **17**, wherein the optical fiber connector is free of a polarity key spaced apart along the fiber alignment axis below the MT ferrule.

**21**. The optical fiber connector as set forth in claim **17**, wherein the housing has a generally rectangular cross-sectional shape including upper and lower walls spaced apart above and below the MT ferrule along the fiber alignment axis and first and second lateral walls spaced apart on opposite lateral sides of the MT ferrule, each of the first and second lateral walls being substantially flat.

**22**. A connection system comprising the optical fiber connector of claim **17** and an adapter comprising a perimeter wall defining a receptacle in which to matingly receive said optical fiber connector of claim **17** and another optical fiber connector such that said optical fiber connector of claim **17** and the other optical fiber connector are located side-by-side in the receptacle along a connector alignment axis perpendicular to the fiber alignment axis.

**23**. The optical fiber connector as set forth in claim **17**, wherein the optical fiber connector is configured such that said optical fiber connector and another identical optical connector can fit in a small form-factor pluggable transceiver footprint.

**24**. The optical fiber connector as set forth in claim **17**, wherein the optical fiber connector is configured such that said optical fiber connector and three other identical optical connectors can fit in a quad small form-factor pluggable transceiver footprint.

**25**. The optical fiber connector as set forth in claim **1**, further comprising a ferrule spring yieldably biasing the MT ferrule forward in the housing, the ferrule spring configured to be compressed by a force urging the MT ferrule rearward in relation to the housing, wherein said displacing the first portion of the fiber optic connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule independently of any movement of the MT ferrule in relation to the housing caused by resilient extension of the ferrule spring.

**26**. The optical fiber connector as set forth in claim **1**, further comprising a ferrule spring yieldably biasing the MT ferrule forward in the housing, the ferrule spring having a front end and a rear end, the ferrule spring configured to be compressed by a force urging the MT ferrule rearward in relation to the housing, the rear end of the ferrule spring being supported in the housing such that the rear end is stationary in the housing and the front end moves toward the rear end when the ferrule spring is compressed, wherein said displacing the first portion of the optical fiber connector

US 11,340,413 B2

**23**

rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the rear end of the ferrule spring.

**27**. The optical fiber connector as set forth in claim **17**, further comprising a ferrule spring yieldably biasing the MT ferrule forward in the housing, the ferrule spring configured to be compressed by a force urging the MT ferrule rearward in relation to the housing, wherein said displacing the first portion of the fiber optic connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule independently of any movement of the MT ferrule in relation to the housing caused by resilient extension of the ferrule spring.

**28**. The optical fiber connector as set forth in claim **17**, further comprising a ferrule spring yieldably biasing the MT ferrule forward in the housing, the ferrule spring having a front end and a rear end, the ferrule spring configured to be compressed by a force urging the MT ferrule rearward in relation to the housing, the rear end of the ferrule spring being supported in the housing such that the rear end is stationary in the housing and the front end moves toward the rear end when the ferrule spring is compressed, wherein said displacing the first portion of the optical fiber connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the rear end of the ferrule spring.

**24**

*   *   *   *   *

# EXHIBIT D

US011415760B2

(12) **United States Patent**
Takano et al.

(10) Patent No.: **US 11,415,760 B2**
(45) Date of Patent: *Aug. 16, 2022

(54) **NARROW WIDTH ADAPTERS AND CONNECTORS WITH PULL TAB RELEASE**

(71) Applicant: **Senko Advanced Components Inc.,** Marlborough, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jeffrey Gniadek**, Oxford, ME (US)

(73) Assignee: **Senko Advanced Components, Inc.,** Hudson (MA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/494,291**

(22) Filed: **Oct. 5, 2021**

(65) **Prior Publication Data**
US 2022/0029356 A1    Jan. 27, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 16/695,901, filed on Nov. 26, 2019, now Pat. No. 11,152,748, which is a continuation of application No. 16/213,244, filed on Dec. 7, 2018, now Pat. No. 10,520,690, which is a continuation of application No. 15/044,838, filed on Feb. 16, 2016, now Pat. No. 10,158,194, which is a continuation-in-part of application No. 14/996,865, filed on Jan. 15, 2016, now Pat. No. 9,595,786.

(51) **Int. Cl.**
*G02B 6/38*        (2006.01)
*H01R 13/633*      (2006.01)

(52) **U.S. Cl.**
CPC .......... *G02B 6/3879* (2013.01); *G02B 6/3893* (2013.01); *H01R 13/6335* (2013.01)

(58) **Field of Classification Search**
CPC .. G02B 6/3825; G02B 6/3879; G02B 6/3885; G02B 6/3893; H01R 13/627; H01R 13/6271; H01R 13/6272; H01R 13/6275; H01R 13/62933
USPC ........ 385/76, 77, 88, 92; 439/133, 304, 345, 439/346, 350, 352, 353, 354, 357, 358, 439/370
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,052,186 B1 * | 5/2006 | Bates | .................... | G02B 6/3879 385/139 |
| 7,297,013 B2 * | 11/2007 | Caveney | ........... | H01R 13/6272 439/352 |
| 8,556,645 B2 * | 10/2013 | Crain | .................... | H01R 13/633 439/352 |
| 9,048,568 B2 * | 6/2015 | Chien | .................. | H01R 13/633 |
| 9,063,303 B2 * | 6/2015 | Irwin | .................... | G02B 6/3885 |

(Continued)

*Primary Examiner* — Robert Tavlykaev

(57) **ABSTRACT**

Narrow width fiber optic connectors having spring loaded remote release mechanisms to facilitate access and usage of the connectors in high density arrays. A narrow width fiber optic connector comprises a multi-fiber connector, wherein a width of said narrow width fiber optic connector is less than about 5.25 mm, a housing configured to hold the multi-fiber connector and further comprising a connector recess, and a pull tab having a ramp area configured to disengage a latch of one of an adapter and an SFP from said connector recess. The pull tab may include a spring configured to allow the latch of one of the adapter and the SFP to engage with the connector recess.

**17 Claims, 19 Drawing Sheets**



**US 11,415,760 B2**

Page 2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

2013/0022317 A1 *  1/2013  Norris ................. G02B 6/3865
                                                            385/78
2017/0351037 A1 *  12/2017  Watanabe ............ G02B 6/3885

* cited by examiner



FIG. 1A
(Prior Art)

FIG. 1B
(Prior Art)



FIG. 1C
(Prior Art)

FIG. 1D
(Prior Art)



FIG. 2A
(Prior Art)

FIG. 2B
(Prior Art)



FIG. 2C
(Prior Art)

FIG. 2D
(Prior Art)

300



FIG. 3



FIG. 4A          FIG. 4B          FIG. 4C



FIG. 5



FIG. 6A                              FIG. 6B



FIG. 7



FIG. 8



FIG. 9
(Prior Art)

1000



FIG. 10A
(Prior Art)



FIG. 10B
(Prior Art)

FIG. 10C
(Prior Art)

1100



1102

FIG. 11



FIG. 12A



FIG. 12B                    FIG. 12C

Case 1:23-cv-00083-JPM   Document 40   Filed 02/01/24   Page 281 of 759 PageID #: 1918



1302

1304

1300

1300

FIG. 13A

FIG. 13B



FIG. 14



FIG. 15

US 11,415,760 B2

1

## NARROW WIDTH ADAPTERS AND CONNECTORS WITH PULL TAB RELEASE

### CROSS-REFERENCE TO RELATED-APPLICATIONS

This application is a continuation of U.S. patent application. Ser. No. 16/695,901 filed Nov. 26, 2019 which is a continuation of U.S. patent application Ser. No. 16/213,244 filed Dec. 7, 2018, which is a continuation of U.S. patent application Ser. No. 15/044,838 filed Feb. 16, 2016, now U.S. Pat. No. 10,158,194 granted on Dec. 18, 2018, which is a continuation-in-part of U.S. patent application Ser. No. 14/996,865 filed on Jan. 15, 2016, now U.S. Pat. No. 9,595,786 granted on Mar. 14, 2017, and application Ser. No. 15/044,838 claim priority to International Application No. PCT/US16/13629 filed on Jan. 15, 2016 and Taiwan Patent Application No. 105101374 filed on Jan. 18, 2016, each of which are incorporated herein by reference in their entirety.

### BACKGROUND

The present disclosure relates generally to connectors having remote release, and more specifically to narrow width adapters and connectors, such as narrow pitch distance LC duplex adapters and connectors with spring loaded remote release, and narrow width multi-fiber connectors.

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, the deployment of high-density interconnect panels have not been fully realized.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into the dense group of connectors and activate the release mechanism, the adjacent cables and

2

connectors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the surrounding cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

Small Form Factor Pluggable Transceivers (SFP) are used presently in telecommunication infrastructures within rack mounted copper-to-fiber media converters, and are also known as Ethernet switches and/or patching hubs. These infrastructure Ethernet and fiber optic connections are evolving daily to increase connection density due to limited space for such equipment. Although fiber optic connectors have become smaller over the years, they have not been designed to be any smaller than necessary to plug into commonly sized and readily available SFPs. However, as transceiver technologies develop, smaller SFPs will be used to create higher density switches and/or patching hub equipment. Accordingly, there is a need for fiber optic connectors that will meet the needs of future developments in smaller SFPs.

### SUMMARY

Aspects of the present disclosure are directed to providing adapters and fiber optic connectors for future developments in smaller SFPs, including for example narrow pitch SFPs for LC type duplex connectors, as well as narrow width SFPs for MPO connectors. Aspects of the present disclosure also provide spring loaded remote release mechanisms to facilitate access and usage of the narrow pitch connectors in high density arrays or panels.

According to one aspect, there is provided a narrow width fiber optic connector comprising a multi-fiber connector, wherein a width of said narrow width fiber optic connector is less than about 12.4 mm, a housing configured to hold the multi-fiber connector and further comprising a connector recess, and a pull tab having a ramp area configured to disengage a latch of one of an adapter and an SFP from said connector recess. The multi-fiber connector may include a multi-fiber MT ferrule. In some embodiments, the width of said narrow width fiber optic connector may be less than or equal to about 9.6 mm. The pull tab may include a spring configured to allow the latch of one of the adapter and the SFP to engage with the connector recess.

According to another aspect, there is provided a narrow pitch fiber optic connector comprising a plurality of LC connectors arranged such that a pitch of said narrow pitch connector is less than about 5.25 mm, a housing configured to hold the plurality of LC connectors and further comprising a connector recess, and a pull tab having a ramp area configured to disengage a latch of one of an adapter and an SFP from said connector recess. In some embodiments, the pitch may be less than or equal to about 4.8 mm. The pull tab may include a spring configured to allow the latch of one of the adapter and the SFP to engage with the connector recess. In some embodiments, the pull tab may include a distal end for remotely unlatching the narrow pitch connector. The narrow pitch connector may be a duplex connector. In some embodiments, the housing may include a bottom housing and a top housing coupled to the bottom housing. The bottom housing may include a side wall configured to open. The side wall may include a raised profile at a rear end thereof.

According to another aspect, there is provided a narrow pitch fiber optic connector comprising a plurality of LC connectors arranged such that a pitch of said narrow pitch

US 11,415,760 B2

3

connector is less than about 5.25 mm, a plurality of latching arms coupled to the plurality of LC connectors, a housing configured to hold the plurality of LC connectors, and a pull tab coupled to the plurality of latching arms and configured to remotely unlatch the narrow pitch connector. In some embodiments, the pitch may be less than or equal to about 4.8 mm.

In some embodiments, the pull tab may include a spring configured to provide a force such that the latching arms return to an undisplaced position. The pull tab may include a distal end for remotely unlatching the narrow pitch connector and a proximal end configured to couple the pull tab to the plurality of latching arms. The proximal end may include a single prong configured to engage the plurality of latching arms. The proximal end may include a plurality of pins configured to slide along a semi-circular profile of the plurality of latching arms. In various embodiments, the narrow pitch connector is a duplex connector.

In various embodiments, the housing may include a bottom housing and a top housing coupled to the bottom housing. The bottom housing may include a side wall configured to open. The side wall may include a raised profile at a rear end thereof. The top housing may be configured to retain the pull tab. The pull tab may be further configured to be pushed down so as to unlatch the narrow pitch connector without resulting in any horizontal movement of the pull tab.

According to another aspect, there is disclosed a duplex fiber optic connector comprising two LC connectors arranged such that a pitch of said duplex LC connector is less than about 5.25 mm, and a pull tab coupled to said two LC connectors so as to remotely unlatch said duplex connector when pulled horizontally, wherein the pull tab is spring loaded. In one embodiment, the pitch may be less than or equal to about 4.8 mm.

In some embodiments, the pull tab may include a proximal end configured to couple to respective latching arms of the two LC connectors. The duplex fiber optic connector may further comprise a housing having side walls configured to open. The housing may further comprise a top housing configured to receive the pull tab. The pull tab may be further configured to be pushed down so as to unlatch the duplex connector without resulting in any horizontal movement of the pull tab.

According to another aspect, there is disclosed a narrow pitch adapter comprising a recess configured to receive a duplex fiber optic connector having a pitch less than about 5.25 mm. In some embodiments, the pitch may be less than or equal to about 4.8 mm.

According to another aspect, there is disclosed a narrow width fiber optic connector comprising a multi-fiber connector, wherein a width of said narrow width fiber optic connector is less than about 12.4 mm, at least one latching arm coupled to the multi-fiber connector, a housing configured to hold the multi-fiber connector, and a pull tab coupled to the at least one latching arms and configured to remotely unlatch the narrow width connector. The multi-fiber connector may include a multi-fiber MT ferrule. In some embodiments, the width may be less than or equal to about 9.6 mm. In some embodiments, the pull tab may include a spring configured to provide a force such that the at least one latching arm returns to an undisplaced position.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a perspective view of a prior art standard 6.25 mm pitch LC connector SFP;

4

FIG. 1B is a perspective view of a prior art standard 6.25 mm pitch LC adapter;

FIG. 1C is a top view of the prior art adapter of FIG. 1B;

FIG. 1D is a front view of the prior art adapter of FIG. 1B, showing the 6.25 mm pitch;

FIG. 2A is a perspective view of a prior art LC duplex connector;

FIG. 2B is a perspective view of a prior art LC duplex connector with a remote release pull tab;

FIG. 2C is a top view of a prior art LC connector used in the embodiments shown in FIGS. 2A and 2B;

FIG. 2D is a side view of the prior art LC connector of FIG. 2C;

FIG. 3 is a perspective view of a future narrow pitch LC SFP for receiving connectors disclosed herein according to aspects of the present disclosure;

FIG. 4A is a perspective view of one embodiment of a narrow pitch LC adapter according to aspects of the present disclosure;

FIG. 4B is a top view of the narrow pitch LC adapter of FIG. 4A;

FIG. 4C is a front view of the narrow pitch LC adapter of FIG. 4A, showing a 4.8 mm pitch;

FIG. 5 is a perspective view of one embodiment of a narrow pitch LC duplex connector with remote release according to aspects of the present disclosure;

FIG. 6A is a top view of an LC connector used in the embodiment of FIG. 5 according to aspects of the present disclosure;

FIG. 6B is a side view of the LC connector of FIG. 6A according to aspects of the present disclosure;

FIG. 7 is a perspective view of narrow pitch LC duplex connector of FIG. 5, with the release mechanism being removed according to aspects of the present disclosure;

FIG. 8 is a perspective disassembled view of the narrow pitch LC duplex connector of FIG. 5 according to aspects of the present disclosure;

FIG. 9 is a perspective view of a prior art standard MPO SFP;

FIG. 10A is a perspective view of a prior art standard MPO connector;

FIG. 10B is a top view of the prior art MPO connector of FIG. 10A, having a width of 12.4 mm;

FIG. 10C is a front view of the prior art MPO connector of FIG. 10A;

FIG. 11 is a perspective view of a future narrow width multi-fiber SFP for receiving connectors disclosed herein according to aspects of the present disclosure;

FIG. 12A is a perspective view of one embodiment of a narrow width multi-fiber connector with remote release according to aspects of the present disclosure;

FIG. 12B is a top view of the narrow width multi-fiber connector of FIG. 12A, having a width of 9.6 mm according to aspects of the present disclosure;

FIG. 12C is a front view of the narrow width multi-fiber connector of FIG. 12A according to aspects of the present disclosure;

FIG. 13A is a perspective view of a narrow width multi-fiber connector inserted into a narrow width SFP having an SFP latch according to aspects of the present disclosure;

FIG. 13B is a perspective view of a narrow width multi-fiber connector inserted into a narrow width adapter having an adapter latch according to aspects of the present disclosure;

FIG. **14** is a side view of a narrow width multi-fiber connector of FIG. **13**A having a recess engaged with an SFP latch in a normal pull tab position according to aspects of the present disclosure; and

FIG. **15** is a side view of the narrow width multi-fiber connector of FIG. **13**A, being disengaged from the SFP latch by retracting the pull tab according to aspects of the present disclosure.

## DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, an SC connector, an SC duplex connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors, for use, for example, with future narrow pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow pitch LC duplex connectors and narrow width multi-fiber connectors in dense arrays of narrow pitch LC SFPs and narrow width multi-fiber SFPs.

FIG. **1**A shows a perspective view of a prior art standard 6.25 mm pitch LC connector SFP **100**. The SFP **100** is configured to receive a duplex connector, and provides two receptacles **102**, each for receiving a respective LC connec-

tor. The pitch **104** is defined as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **102**. FIG. **1**B shows a perspective view of a prior art standard 6.25 mm pitch LC adapter **106**. The adapter **106** is also configured to receive a duplex connector, and provides two receptacles **108**, each for receiving a respective LC connector. FIG. **1**C is a top view of the adapter **106** of FIG. **1**B. The pitch **110** of the adapter **106** is defined similarly to that of the SFP **100**, as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **108**, as illustrated in FIG. **1**D, which shows a front view of the adapter **106**.

FIG. **2**A shows a prior art LC duplex connector **200** that may be used with the conventional SFP **100** and the conventional adapter **106**. The LC duplex connector **200** includes two conventional LC connectors **202**. FIG. **2**B shows another prior art LC duplex connector **204** having a remote release pull tab **206**, and including two conventional LC connectors **208**. As shown, the remote release pull tab includes two prongs **210**, each configured to couple to the extending member **212** of a respective LC connector **208**. FIGS. **2**C and **2**D show top and side views, respectively, of the conventional LC connector **208**, having a width of 5.6 mm, and further showing the extending member **212**.

Various embodiments disclosed herein are configured for use with a future SFP, such as the narrow pitch LC SFP **300** shown in FIG. **3**, having a pitch less than that of conventional 6.25 mm and 5.25 mm pitches. Various embodiments utilize LC type fiber optic connectors in duplex arrangements (having transmitting and receiving fibers) but with a connector axis-to-axis distance that is less than the conventional 6.25 mm and 5.25 mm pitches, as described further below.

According to another aspect, there is disclosed embodiments of narrow pitch duplex LC adapters. FIGS. **4**A to **4**C show one embodiment of a narrow pitch adapter **400**. The narrow pitch adapter **400** has receptacles **402** on opposite ends thereof, configured for mating two narrow pitch LC duplex connectors according to aspects disclosed herein. FIG. **4**B shows a top view of the adapter **400**. FIG. **4**C shows a front view, further illustrating that the adapter **400** has a pitch of 4.8 mm. The adapter **400** is configured to receive a duplex LC connector, with a pitch of the adapter corresponding to the axis-to-axis distance between the LC connectors of the LC duplex connector. Although the adapter **400** has a pitch of 4.8 mm, various embodiments of narrow pitch adapters disclosed herein may have a different pitch that is less than that of the pitch of conventional adapters, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

In addition to the need for narrow connectors, there is a need for remote unlatching of the narrow connectors used in dense narrow SFP arrays. This is because finger access to connectors is nearly impossible without disruption to the service of adjacent optical fibers. Although there are current designs of remotely unlatching fiber optic connectors, as shown for example in FIG. **2**B, they have proven to be difficult to function as desired when plugged into the die cast construction that is typical of all SFP's. The die cast SFP is not one that is ever free of sharp edges and internal flashing (burrs) that can interfere with the normal flexing motion of the plastic latches of the fiber optic connectors. The interference between metal edges and burrs may prevent the fiber optic connector's plastic latch from either becoming fully engaged or easily disengaged, especially with latches that

US 11,415,760 B2

7

are remotely triggered by pull tabs that project a distance behind the connector so as to keep fingers from disturbing adjacent optical fibers.

To make the latching/unlatching of the connectors from the SFP more reliable, various embodiments disclosed herein add a spring force to the remote latching component (pull tab), for example as shown and described in relation to FIGS. **5**, **7**, **8** and **12** below, to ensure that the connector latches are allowed to return to the undisplaced position and thereby become fully engaged inside the SFP's recess.

FIG. **5** shows one embodiment of a narrow pitch connector **500** according to aspects disclosed herein. The narrow pitch connector **500** is a duplex LC connector including two LC connectors **502**. Each of the LC connectors **502** includes a respective ferrule **503** and a respective extending member or latching arm **504**. The connector **500** has a pitch of 4.8 mm, defined as the axis-to-axis distance between the central axes of the LC connectors **502**. In other embodiments, the connector pitch may be less than that of the pitch of conventional connectors, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

The connector **500** further includes a housing **506** having a bottom housing **508** and a top housing **510**. The bottom housing **508** includes side walls **512**. In various embodiments, the housing of the connector may be a switchable housing. The side walls may be configured to open so as to facilitate opening of the housing, for example to change polarity of the connector. The side walls **512** may be raised towards the rear of the connector, as shown in FIG. **5**. One advantage of raising the side walls towards the rear of the connector is easier access. In other embodiments, the side walls may be raised at another location.

The connector **500** further includes a pull tab **514** having a distal end **516** and a proximal end **518**. The pull tab **514** further includes a spring **520** configured to provide a force such that the connector latching arms **504** return to the undisplaced position and thereby become fully engaged inside the SFP's recess. The distal end **516** of the pull tab **514** may be pulled to remotely release the connector **500** from an SFP or adapter. The proximal end **518** of the pull tab **514** is uniquely shaped so as to engage with the unique profile of the latching arms **504** of the narrow pitch LC connector **500**. The proximal end **518** engages both latching arms **504** of the duplex LC connector **500**. That is, the proximal end **518** includes a single prong configured to engage the latching arms of both connectors **502**. At the proximal end **518** of the pull tab **514** there are outwardly pointing pins **522** configured to rest directly above and slide along the semi-circular surface of latching arms **504** of the duplex LC connectors **502**. The horizontal and rearward path direction of the pins **522** causes the semi-circular profile of the connector latching arms **504** to flex downward. Because the pins **522** are not contained inside ramped grooves of the connector latching arms **504**, the pull tab **514** can also be pushed down at a location directly behind the LC connectors **502** rather than pulling the tab in a rearward motion from a remote distance behind the connectors, such as from the distal end **516**. The action of pushing down the connectors' integral levers or latching arms **504** unlatches the connector **500**. In some cases, the horizontal motion of the pull tab **514** may not be desirable. Thus, the connector latching arms **504** may be pushed down without resulting in a horizontal motion of the pull tab **514**.

FIGS. **6**A and **6**B show top and side views, respectively, of the LC connector **502** of the narrow pitch connector **500**.

8

FIG. **6**A further shows that the LC connector **502** has a width of 4.6 mm. FIG. **6**B shows the semi-circular profile of the latching arm **504**.

FIG. **7** shows a partially disassembled view of the narrow pitch connector **500** of FIG. **5**. The top housing **510** is separated from the bottom housing **508**. The pull tab **514** is coupled to the top housing **510** and configured to slide longitudinally along the length of the connector. The top housing **510** also includes a restraint **524** configured to receive the pull tab **514**.

FIG. **8** shows a further disassembled view of the narrow pitch connector **500**. Specifically, the pull tab **514** is shown to be separated from the top housing **510**, and the spring **520** is removed from the pull tab. The pull tab **514** includes a longitudinal recess **526** configured to receive the spring **520**, and at least one restraint **528** configured to retain the spring. The top housing **510** also includes a recess **530** configured to accommodate at least a portion of the pull tab **514**, such as the spring **520** and the proximal end **518**. In various embodiments, the pull tab may be removably coupled to the connector via the top housing.

FIG. **9** shows a perspective view of a prior art standard MPO SFP **900**. The SFP **900** is configured to receive a standard MPO connector, and provides a receptacle **902** for receiving an MPO connector having a conventional width, as shown for example in FIGS. **10**A to **10**C.

FIG. **10**A shows a perspective view of a conventional MPO connector **1000**. As shown in FIG. **10**B, the conventional MPO connector **1000** has a width of 12.4 mm. FIG. **10**C shows a front view of the MPO connector **1000**.

FIG. **11** shows an embodiment of a future narrow width multi-fiber SFP **1100** according to aspects of the present disclosure. Various embodiments disclosed herein are configured for use with the narrow width multi-fiber SFP **1100**, having a width less than that of conventional MPO connectors, that is less than about 12.4 mm. The narrow width multi-fiber SFP has a receptacle **1102** configured to receive a narrow width multi-fiber connector, such as a narrow width connector having an MT ferrule.

FIG. **12**A shows one embodiment of a narrow width connector **1200** according to aspects disclosed herein. The narrow width connector **1200** is a multi-fiber connector including a multi-fiber MT/MPO ferrule **1202**. The connector **1200** includes two extending members or latching arms **1204**. In other embodiments, the connector may include at least one latching arm. The connector **1200** has a width of 9.6 mm, as shown in the top view of the connector **1200** in FIG. **12**B. In other embodiments, the connector width may be less than that of the width of conventional multi-fiber connectors, for example less than the 12.4 mm of the conventional MPO connector shown in FOG. **10**B. In some embodiments, the width may be about 9.6 mm or less.

The connector **1200** further includes a housing **1206** having a bottom housing **1208** and a top housing **1210**. The bottom housing **1208** includes side walls **1212**. In various embodiments, the housing of the connector may be a switchable housing. The side walls may be configured to open so as to facilitate opening of the housing, for example to change polarity of the connector. The side walls **1212** may be raised towards the rear of the connector. One advantage of raising the side walls towards the rear of the connector is easier access. The side walls may also be raised at another location.

The connector **1200** further includes a pull tab **1214** having a distal end **1216** and a proximal end **1218**. The pull tab **1214** further includes a spring **1220** configured to provide a force such that the connector latching arms **1204** return to the undisplaced position and thereby become fully

9

engaged inside the SFP's recess. The distal end **1216** of the pull tab **1214** may be pulled to remotely release the connector **1200** from an SFP or adapter. The proximal end **1218** of the pull tab **1214** is uniquely shaped so as to engage with the unique profile of the latching arms **1204** of the narrow width multi-fiber connector **1200**. The proximal end **1218** engages both latching arms **1204** of the multi-fiber connector **1200**. That is, the proximal end **1218** includes a single prong configured to engage the latching arms **1204**. At the proximal end **1218** of the pull tab **1214** there are outwardly pointing pins **1222** configured to rest directly above and slide along the semi-circular surface of latching arms **1204**. The horizontal and rearward path direction of the pins **1222** causes the semi-circular profile of the connector latching arms **1204** to flex downward. Because the pins **1222** are not contained inside ramped grooves of the connector latching arms **1204**, the pull tab **1214** can also be pushed down at a location directly behind the latching arms **1204** rather than pulling the tab in a rearward motion from a remote distance behind the connector, such as from the distal end **1216**. The action of pushing down the connector's integral levers or latching arms **1204** unlatches the connector **1200**. In some cases, the horizontal motion of the pull tab **1214** may not be desirable. Thus, the connector latching arms **1204** may be pushed down without resulting in a horizontal motion of the pull tab **1214**.

FIGS. **12**B and **12**C show top and front views, respectively, of the narrow width multi-fiber connector **1200**. FIG. **12**B further shows that the connector **1200** has a width of 9.6 mm.

In various embodiments described above, the narrow width connectors have latching arms configured to engage with a fixed or immovable recess within a narrow width SFP or a narrow width adapter. In these embodiments, the pull tab of the connector displaces the flexible latching arm of the connector so as to disengage the latching arm from the recess of the SFP or the adapter. For example, the latching arms bend down as the pull tab is pulled back, so as to disengage the connector from the SFP or the adapter.

In other embodiments, as further described for example in relation with FIGS. **13** to **15** below, the remote latch release pull tab may be configured to couple with a latch or a hook within the adapter or the SFP. In these embodiments, the flexible latching arm of the connector is moved into the main cavity of the SFP or the adapter, and the latch of the SFP or the adapter engages a recess of the connector when the pull tab is in a normal location that is pushed forward by a spring. The pull tab may be configured to have a ramp area such that when the pull tab is pulled back, the latch of the SFP or the adapter is lifted by the retracted pull tab, thereby disengaging the latch of the SFP or the adapter from the connector.

FIG. **13**A shows a narrow pitch multi-fiber connector **1300** inserted into a narrow pitch SFP **1302** such that a recess of the connector engages an SFP latch. FIG. **13**B shows the narrow pitch connector **1300** inserted into a narrow pitch adapter **1304** such that a recess of the connector engages a latch of the adapter.

FIG. **14** shows a side view of the narrow width connector **1300** of FIG. **13**A coupled to the narrow width SFP **1302**. Details of the coupling are shown within the circle **1400**. Specifically, the SFP **1302** includes an SFP latch **1402**. The connector **1300** includes a recess **1404**. For example, the connector housing may comprise a recess **1404**. The pull tab **1406** may be spring loaded as described in relation to various embodiments. This allows the pull tab **1406** to return to a position that will allow the SFP latch **1402** to engage with the connector recess **1404**. When the pull tab **1406** is in

10

the normal pull tab location, that is pushed forward by a spring, as shown in FIG. **14**, the SFP latch **1402** is engaged with the connector recess **1404** as illustrated within the circle **1400**.

FIG. **15** shows a side view of the narrow width connector **1300** of FIG. **13**A as it is disengaged from the narrow width SFP **1302**. Details of the decoupling are shown within the circle **1500**. The pull tab **1406** includes a taper or a ramp area **1502**. As the pull tab **1406** is pulled back in the direction of the arrow **1504** as shown, the SFP latch **1402** is lifted by the ramp area of the retracted pull tab, thereby disengaging the SFP latch **1402** from the connector as illustrated within the circle **1500**. The same effect described herein in conjunction with FIG. **15** also occurs in other embodiments of connectors coupled to a narrow width adapter as shown for example in FIG. **13**A.

Although FIGS. **14** and **15** illustrate coupling of the connector to a narrow width SFP, in other embodiments of the connector may be coupled to a narrow width adapter having an adapter latch, similar to that of the SFP latch. Further, although the embodiments shown in FIGS. **13** to **15** include a narrow width multi-fiber connector, embodiments also work with narrow pitch LC connectors.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that this disclosure is not limited to particular methods, reagents, compounds, compositions or biological systems, which can, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as

US 11,415,760 B2

**11**

"having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et

**12**

cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. An optical fiber connector configured for mating with a receptacle, the optical fiber connector comprising:

an MT ferrule configured to hold a plurality of optical fibers;

a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing configured to hold the MT ferrule such that the MT ferrule is exposed through the front end portion for making an optical connection;

a depressible latching arm connected to the connector housing for latching with the receptacle when the optical fiber connector is mated with the receptacle to releasably retain the optical fiber connector in the receptacle; and

a remote release connected to the connector housing for movement relative to the connector housing along the longitudinal axis, the remote release being configured to be pulled rearward along the longitudinal axis to depress the depressible latching arm for releasing the optical fiber connector from the receptacle;

wherein the connector housing has a generally rectangular perimeter including opposite first and second walls and opposite third and fourth walls, the depressible latching arm being located on an exterior of the first wall;

wherein the first wall of the connector housing defines a groove, the remote release being slidably received in the groove;

wherein the remote release comprises a lower portion and a narrower portion above the lower portion, the lower portion being wider than the narrower portion; and

wherein the groove includes an inner portion and an outer portion, the inner portion being wider than the outer portion, the inner portion of the groove being configured to slidably receive the lower portion of the latch release and the outer portion of the groove being configured to slidably receive the narrower portion of the latch release such that the first wall releasably retains the latch release in the groove.

**2**. The optical fiber connector as set forth in claim **1**, wherein the depressible latching arm has a front end portion and a rear end portion spaced apart along the longitudinal axis, the depressible latching arm extending transversely outward away from the first wall as the depressible latching arm extends longitudinally from the front end portion to the rear end portion.

US 11,415,760 B2

13                                                          14

**3**. The optical fiber connector as set forth in claim **2**, wherein the optical fiber connector is free of depressible latching arms on an exterior of any of the second, third, and fourth walls.

**4**. The optical fiber connector as set forth in claim **1**, wherein the optical fiber connector is configured so that upon release of the remote release after being pulled rearward along the longitudinal axis to depress the depressible latching arm, the depressible latching arm resiliently returns toward an un-depressed position.

**5**. The optical fiber connector as set forth in claim **1**, wherein the depressible latching arm is a first depressible latching arm, the optical fiber connector further comprising a second depressible latching arm spaced apart from the first depressible latching arm.

**6**. The optical fiber connector as set forth in claim **5**, wherein the remote release is further configured to depress the second depressible latching arm when the remote release is pulled rearward along the longitudinal axis.

**7**. The optical fiber connector as set forth in claim **5**, wherein the remote release comprises a first edge for engaging the first depressible latching arm and a second edge for engaging the second depressible latching arm, the first and second edges being spaced apart from one another.

**8**. The optical fiber connector as set forth in claim **7**, wherein the remote release further comprises an elongate section between the first edge and the second edge.

**9**. The optical fiber connector as set forth in claim **1**, wherein the remote release comprises a front section and wherein the optical fiber connector is configured such that the front section is yieldably biased along the longitudinal axis toward the front end portion of the connector housing.

**10**. The optical fiber connector as set forth in claim **9**, further comprising a resilient biasing member engaging the front section of the remote release to yieldably bias the remote release toward the front end portion of the connector housing.

**11**. The optical fiber connector as set forth in claim **10**, wherein the depressible latching arm is configured to engage the front section of the remote release at a first point of contact and the resilient biasing member is configured to engage the front section of the remote release at a second point of contact, the second point of contact being spaced apart from the first point of contact along the longitudinal axis toward the rear end portion of the connector housing.

**12**. The optical fiber connector as set forth in claim **1**, wherein the MT ferrule is configured to receive a plurality of fibers such that the fibers are spaced apart in a row that extends parallel to a fiber alignment axis, the MT ferrule comprising first and second guide pin openings spaced apart along the fiber alignment axis.

**13**. The optical fiber connector as set forth in claim **12**, wherein the optical fiber connector has an outer cross-sectional dimension along the fiber alignment axis and wherein the outer cross-sectional dimension is less than an outer cross-sectional dimension of a standard MPO connector along a fiber alignment axis of the standard MPO connector.

**14**. The optical fiber connector as set forth in claim **1**, wherein the connector housing is configured to enable a polarity of the optical fiber connector to be selectively reversed.

**15**. An optical connection system comprising the optical fiber connector as set forth in claim **1** and a receptacle for mating with the optical fiber connector.

**16**. The optical connection system as set forth in claim **15**, wherein the receptacle comprises a rectangular perimeter wall.

**17**. The optical connection system as set forth in claim **16**, wherein the receptacle includes a recess, the depressible latching arm being configured to latch with the recess when the optical fiber connector and the receptacle are mated.

*   *   *   *   *

# EXHIBIT E

US010191230B2

(12) **United States Patent**
Wong et al.

(10) Patent No.: **US 10,191,230 B2**
(45) Date of Patent: **Jan. 29, 2019**

(54) **OPTICAL CONNECTORS WITH REVERSIBLE POLARITY**

(71) Applicant: **SENKO Advanced Components, Inc.,** Marlborough, MA (US)

(72) Inventors: **Kimman Wong**, Hong Kong (HK); **Jeffrey Gniadek**, Northbridge, MA (US); **Kazuyoshi Takano**, Southborough, MA (US); **Siu Kei Ma**, Hong Kong (HK)

(73) Assignee: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/884,327**

(22) Filed: **Jan. 30, 2018**

(65) **Prior Publication Data**

US 2018/0217340 A1     Aug. 2, 2018

**Related U.S. Application Data**

(60) Provisional application No. 62/581,961, filed on Nov. 6, 2017, provisional application No. 62/546,920, filed on Aug. 17, 2017, provisional application No. 62/485,042, filed on Apr. 13, 2017, provisional application No. 62/463,901, filed on Feb. 27, 2017, provisional application No. 62/463,898, filed on Feb. 27, 2017, provisional application No. 62/457,150, (Continued)

(51) **Int. Cl.**
**G02B 6/38**          (2006.01)

(52) **U.S. Cl.**
CPC ......... **G02B 6/3893** (2013.01); **G02B 6/3821** (2013.01)

(58) **Field of Classification Search**
CPC ....... G02B 6/38; G02B 6/3821; G02B 6/3893
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,721,945 A | 3/1973 | Hults | |
| 4,327,964 A | 5/1982 | Haesly et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2495693 A1 | 4/2004 | |
| CN | 2836038 Y | 11/2006 | |

(Continued)

OTHER PUBLICATIONS

EP Search Report and Opinion dated Mar. 2015 EP 14187661.
(Continued)

*Primary Examiner* — Andrew Jordan

(74) *Attorney, Agent, or Firm* — Edward S. Jarmolowicz, Esq.

(57) **ABSTRACT**

Reversible polarity fiber optic connectors are provided having housings at least partially surrounding first and second optical ferrules with walls above and beneath the ferrules. Positioning removable elements such as latches, removable arms, or push-pull tabs on the first wall above the ferrules yields fiber optic connectors with a first polarity type, and positioning the removable elements on the second wall beneath the ferrules yields fiber optic connectors with a second, opposite polarity type. Various engagement mechanisms are provided on either the connector housing walls or on the removable elements, or both, to assist in affixing the removable element to the connector housing.

**25 Claims, 22 Drawing Sheets**





## US 10,191,230 B2

Page 2

### Related U.S. Application Data

filed on Feb. 9, 2017, provisional application No. 62/452,147, filed on Jan. 30, 2017.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,478,473 A * | 10/1984 | Frear | H01R 13/622 |
| | | | 439/312 |
| 4,762,388 A | 8/1988 | Tanaka et al. | |
| 4,764,129 A | 8/1988 | Jones et al. | |
| 4,840,451 A | 6/1989 | Sampson et al. | |
| 4,872,736 A | 10/1989 | Myers et al. | |
| 4,979,792 A | 12/1990 | Weber et al. | |
| 5,026,138 A * | 6/1991 | Boudreau | G02B 6/4202 |
| | | | 385/51 |
| 5,041,025 A | 8/1991 | Haitmanek | |
| D323,143 S | 1/1992 | Ohkura et al. | |
| 5,212,752 A | 5/1993 | Stephenson et al. | |
| 5,265,181 A | 11/1993 | Chang | |
| 5,289,554 A | 2/1994 | Cubukciyan et al. | |
| 5,317,663 A | 5/1994 | Beard et al. | |
| 5,335,301 A | 8/1994 | Newman et al. | |
| 5,348,487 A | 9/1994 | Marazzi et al. | |
| 5,444,806 A | 8/1995 | de Marchi et al. | |
| 5,481,634 A | 1/1996 | Anderson et al. | |
| 5,506,922 A | 4/1996 | Grois et al. | |
| 5,521,997 A | 5/1996 | Rovenolt et al. | |
| 5,570,445 A | 10/1996 | Chou et al. | |
| 5,588,079 A | 12/1996 | Tanabe et al. | |
| 5,684,903 A | 11/1997 | Kyomasu et al. | |
| 5,687,268 A | 11/1997 | Stephenson et al. | |
| 5,781,681 A | 7/1998 | Manning | |
| 5,937,130 A | 8/1999 | Amberg et al. | |
| 5,956,444 A | 9/1999 | Ouda et al. | |
| 5,971,626 A | 10/1999 | Knodell et al. | |
| 6,041,155 A | 3/2000 | Anderson et al. | |
| 6,049,040 A | 4/2000 | Biles et al. | |
| 6,134,370 A | 10/2000 | Childers et al. | |
| 6,178,283 B1 | 1/2001 | Weigel | |
| RE37,080 E | 3/2001 | Stephenson et al. | |
| 6,206,577 B1 | 3/2001 | Hall | |
| 6,206,581 B1 | 3/2001 | Driscoll et al. | |
| 6,227,717 B1 | 5/2001 | Ott et al. | |
| 6,238,104 B1 | 5/2001 | Yamakawa et al. | |
| 6,247,849 B1 | 6/2001 | Liu | |
| 6,364,537 B1 * | 4/2002 | Maynard | G02B 6/3831 |
| | | | 385/55 |
| 6,379,052 B1 * | 4/2002 | de Jong | G02B 6/3806 |
| | | | 385/59 |
| 6,461,054 B1 | 10/2002 | Iwase | |
| 6,471,412 B1 | 10/2002 | Belenkiy et al. | |
| 6,478,472 B1 | 11/2002 | Anderson et al. | |
| 6,485,194 B1 * | 11/2002 | Shirakawa | G02B 6/381 |
| | | | 385/78 |
| 6,530,696 B1 | 3/2003 | Ueda | |
| 6,551,117 B2 | 4/2003 | Poplawski et al. | |
| 6,579,014 B2 | 6/2003 | Metlon et al. | |
| 6,623,172 B1 * | 9/2003 | de Jong | G02B 6/3806 |
| | | | 385/59 |
| 6,634,796 B2 * | 10/2003 | de Jong | G02B 6/3831 |
| | | | 385/139 |
| 6,634,801 B1 | 10/2003 | Waldron | |
| 6,648,520 B2 | 11/2003 | McDonald et al. | |
| 6,682,228 B2 | 1/2004 | Rathnam et al. | |
| 6,695,486 B1 | 2/2004 | Falkenberg et al. | |
| 6,854,894 B1 | 2/2005 | Yunker et al. | |
| 6,865,362 B2 | 3/2005 | Otsuka et al. | |
| 6,869,227 B2 * | 3/2005 | Del Grosso | G02B 6/4471 |
| | | | 385/71 |
| 6,872,039 B2 | 3/2005 | Baus et al. | |
| 6,935,789 B2 | 8/2005 | Gross, III et al. | |
| 7,036,993 B2 | 5/2006 | Luther | |
| 7,077,576 B2 | 7/2006 | Luther | |
| 7,090,406 B2 | 8/2006 | Melton et al. | |
| 7,090,407 B2 | 8/2006 | Melton et al. | |

| | | | |
|---|---|---|---|
| 7,091,421 B2 | 8/2006 | Kukita et al. | |
| 7,111,990 B2 | 9/2006 | Melton et al. | |
| 7,113,679 B2 | 9/2006 | Melton et al. | |
| D533,504 S | 12/2006 | Lee | |
| D534,124 S | 12/2006 | Taguchi | |
| 7,150,587 B2 | 12/2006 | Luther et al. | |
| 7,153,041 B2 | 12/2006 | Mine et al. | |
| 7,198,409 B2 | 4/2007 | Smith et al. | |
| 7,207,724 B2 | 4/2007 | Gurreri | |
| D543,146 S | 5/2007 | Chen et al. | |
| 7,258,493 B2 | 8/2007 | Milette | |
| 7,264,402 B2 | 9/2007 | Theuerkorn | |
| 7,281,859 B2 | 10/2007 | Mudd | |
| D558,675 S | 1/2008 | Chein et al. | |
| 7,315,682 B1 | 1/2008 | En Lin et al. | |
| 7,325,976 B2 | 2/2008 | Gurreri et al. | |
| 7,325,980 B2 | 2/2008 | Pepe | |
| 7,329,137 B2 | 2/2008 | Martin et al. | |
| 7,331,718 B2 | 2/2008 | Yazaki et al. | |
| 7,354,291 B2 | 4/2008 | Caveney et al. | |
| 7,371,082 B2 | 5/2008 | Zimmel et al. | |
| 7,387,447 B2 | 6/2008 | Mudd | |
| 7,390,203 B2 | 6/2008 | Murano | |
| D572,661 S | 7/2008 | En Lin et al. | |
| 7,431,604 B2 | 10/2008 | Waters et al. | |
| 7,463,903 B2 | 12/2008 | Cody | |
| 7,465,180 B2 | 12/2008 | Kusuda et al. | |
| 7,510,335 B1 | 3/2009 | Su et al. | |
| 7,513,695 B1 | 4/2009 | Lin et al. | |
| 7,540,666 B2 | 6/2009 | Luther | |
| 7,581,775 B2 | 7/2009 | Lin et al. | |
| 7,591,595 B2 | 9/2009 | Lu et al. | |
| 7,594,766 B1 | 9/2009 | Sasser | |
| 7,641,398 B2 | 1/2010 | O'Riorden et al. | |
| 7,695,199 B2 | 4/2010 | Teo et al. | |
| 7,699,533 B2 | 4/2010 | Milette | |
| 7,785,019 B2 | 8/2010 | Lewallen | |
| 7,824,113 B2 | 11/2010 | Wong et al. | |
| 7,867,395 B2 | 1/2011 | Ekholm et al. | |
| D641,709 S | 7/2011 | Yamauchi | |
| 8,152,385 B2 * | 4/2012 | de Jong | G02B 6/3879 |
| | | | 385/53 |
| 8,186,890 B2 | 5/2012 | Lu | |
| 8,192,091 B2 | 6/2012 | Hsu et al. | |
| 8,202,009 B2 | 6/2012 | Lin et al. | |
| 8,251,733 B2 | 8/2012 | Wu | |
| 8,267,595 B2 | 9/2012 | Lin et al. | |
| 8,270,796 B2 | 9/2012 | Nhep | |
| 8,408,815 B2 | 4/2013 | Lin et al. | |
| 8,465,317 B2 | 6/2013 | Gniadek et al. | |
| 8,534,928 B2 | 9/2013 | Cooke | |
| 8,622,634 B2 | 1/2014 | Arnold | |
| 8,636,424 B2 | 1/2014 | Kuffel et al. | |
| 8,651,749 B2 | 2/2014 | Dainese Junior et al. | |
| 8,676,022 B2 * | 3/2014 | Jones | G02B 6/3849 |
| | | | 385/139 |
| 8,678,670 B2 | 3/2014 | takahashi | |
| 8,727,638 B2 | 5/2014 | Lee | |
| 8,770,863 B2 | 7/2014 | Cooke et al. | |
| 9,310,569 B2 * | 4/2016 | Lee | G02B 6/3825 |
| 9,366,829 B2 | 6/2016 | Czosnowski | |
| 9,465,172 B2 * | 10/2016 | Shih | G02B 6/3879 |
| 9,557,495 B2 * | 1/2017 | Raven | G02B 6/3879 |
| 9,658,409 B2 | 5/2017 | Gniadek | |
| 9,709,753 B1 | 7/2017 | Chang | |
| 9,778,425 B2 | 10/2017 | Nguyen | |
| 9,798,084 B2 | 10/2017 | Kuffel | |
| 9,829,645 B2 * | 11/2017 | Good | G02B 6/3883 |
| 9,880,361 B2 * | 1/2018 | Childers | G02B 6/3831 |
| 9,946,035 B2 * | 4/2018 | Gustafson | G02B 6/3831 |
| 10,031,296 B2 * | 7/2018 | Good | G02B 6/3831 |
| 2001/0026661 A1 * | 10/2001 | de Jong | G02B 6/3831 |
| | | | 385/56 |
| 2002/0191919 A1 | 12/2002 | Nolan | |
| 2003/0053787 A1 | 3/2003 | Lee | |
| 2004/0052473 A1 | 3/2004 | Seo et al. | |
| 2004/0136657 A1 | 7/2004 | Ngo | |
| 2004/0141693 A1 | 7/2004 | Szilagyi et al. | |
| 2004/0161958 A1 | 8/2004 | Togami et al. | |

## US 10,191,230 B2

Page 3

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0184741 A1* | 9/2004 | Del Grosso .......... G02B 6/3851 385/71 |
| 2004/0234209 A1 | 11/2004 | Cox et al. |
| 2005/0111796 A1 | 5/2005 | Matasek et al. |
| 2005/0141817 A1 | 6/2005 | Yazaki et al. |
| 2005/0207709 A1* | 9/2005 | Del Grosso .......... G02B 6/4472 385/71 |
| 2006/0089049 A1 | 4/2006 | Sedor |
| 2006/0127025 A1 | 6/2006 | Haberman |
| 2006/0269194 A1 | 11/2006 | Luther et al. |
| 2006/0274411 A1 | 12/2006 | Yamauchi |
| 2007/0025665 A1 | 2/2007 | Dean |
| 2007/0079854 A1 | 4/2007 | You |
| 2007/0098329 A1 | 5/2007 | Shimoji et al. |
| 2007/0149062 A1 | 6/2007 | Long |
| 2007/0028409 A1 | 8/2007 | Yamada |
| 2007/0230874 A1 | 10/2007 | Lin |
| 2007/0232115 A1 | 10/2007 | Burke et al. |
| 2007/0243749 A1 | 10/2007 | Wu |
| 2008/0008430 A1 | 1/2008 | Kewitsch |
| 2008/0044137 A1 | 2/2008 | Luther et al. |
| 2008/0069501 A1 | 3/2008 | Mudd et al. |
| 2008/0101757 A1 | 5/2008 | Lin et al. |
| 2008/0226237 A1 | 9/2008 | O'Riorden et al. |
| 2008/0267566 A1 | 10/2008 | Lin et al. |
| 2009/0022457 A1 | 1/2009 | De Jong et al. |
| 2009/0028507 A1 | 1/2009 | Jones et al. |
| 2009/0196555 A1 | 8/2009 | Lin et al. |
| 2009/0214162 A1 | 8/2009 | O'Riorden et al. |
| 2009/0220197 A1 | 9/2009 | Gniadek |
| 2010/0034502 A1 | 2/2010 | Lu et al. |
| 2010/0092136 A1 | 4/2010 | Nhep |
| 2010/0220961 A1* | 9/2010 | de Jong ................ G02B 6/3879 385/77 |
| 2010/0247041 A1 | 9/2010 | Szilagyi |
| 2010/0322561 A1 | 12/2010 | Lin et al. |
| 2011/0044588 A1 | 2/2011 | Larson et al. |
| 2011/0131801 A1 | 6/2011 | Nelson et al. |
| 2011/0177710 A1 | 7/2011 | Tobey |
| 2012/0099822 A1 | 4/2012 | Kuffel et al. |
| 2012/0189260 A1 | 7/2012 | Kowalczyk et al. |
| 2012/0269485 A1 | 10/2012 | Haley et al. |
| 2012/0301080 A1 | 11/2012 | Gniadek |
| 2013/0071067 A1 | 3/2013 | Lin |
| 2013/0089995 A1 | 4/2013 | Gniadek et al. |
| 2013/0094816 A1 | 4/2013 | Lin et al. |
| 2013/0121653 A1 | 5/2013 | Shitama et al. |
| 2013/0170797 A1 | 7/2013 | Ott |
| 2013/0183012 A1 | 7/2013 | Cabanne Lopez et al. |
| 2013/0216185 A1 | 8/2013 | Klavuhn et al. |
| 2013/0259429 A1 | 10/2013 | Czosnowski et al. |
| 2013/0272671 A1* | 10/2013 | Jones .................... G02B 6/3831 385/139 |
| 2013/0308915 A1* | 11/2013 | Buff ..................... G02B 6/4452 385/135 |
| 2013/0308916 A1* | 11/2013 | Buff ..................... G02B 6/4452 385/135 |
| 2013/0322825 A1 | 12/2013 | Cooke et al. |
| 2014/0016901 A1 | 1/2014 | Lambourn et al. |
| 2014/0050446 A1 | 2/2014 | Chang |
| 2014/0133808 A1 | 5/2014 | Hill et al. |
| 2014/0334780 A1 | 11/2014 | Nguyen et al. |
| 2014/0348477 A1 | 11/2014 | Chang |
| 2015/0212282 A1* | 7/2015 | Lin ...................... G02B 6/3893 385/76 |
| 2015/0241644 A1* | 8/2015 | Lee ..................... G02B 6/3825 385/76 |
| 2015/0277059 A1* | 10/2015 | Raven .................. G02B 6/3879 385/78 |

| | | | |
|---|---|---|---|
| 2013/0378113 | 12/2015 | Good et al. |
| 2015/0378113 A1 | 12/2015 | Good et al. |
| 2016/0116685 A1* | 4/2016 | Wong ................... G02B 6/3825 385/56 |
| 2016/0216458 A1* | 7/2016 | Shih .................... G02B 6/3871 |
| 2016/0259135 A1 | 9/2016 | Gniadek |
| 2017/0023746 A1* | 1/2017 | Good ................... G02B 6/3831 |
| 2017/0176691 A1* | 6/2017 | Childers .............. G02B 6/3831 |
| 2017/0254966 A1 | 9/2017 | Gniadek |
| 2017/0293088 A1* | 10/2017 | Manes ................. G02B 6/3825 |
| 2017/0293089 A1* | 10/2017 | Gustafson ............ G02B 6/3821 |
| 2017/0293090 A1* | 10/2017 | Hopper ................ G02B 6/3821 |
| 2018/0128987 A1* | 5/2018 | Good ................... G02B 6/3883 |
| 2018/0156988 A1* | 6/2018 | Gniadek .............. G02B 6/387 |
| 2018/0156999 A1* | 6/2018 | Buff .................... G02B 6/4452 |
| 2018/0164511 A1* | 6/2018 | Childers .............. G02B 6/3831 |
| 2018/0172923 A1* | 6/2018 | Bauco ................. G02B 6/3873 |
| 2018/0172924 A1* | 6/2018 | Bauco ................. G02B 6/3873 |
| 2018/0172942 A1* | 6/2018 | Bauco ................. G02B 6/3873 |
| 2018/0217339 A1* | 8/2018 | Ma ...................... G02B 6/3893 |
| 2018/0217340 A1* | 8/2018 | Wong ................... G02B 6/3893 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201383588 Y | 1/2010 |
| CN | 2026500189 U | 12/2013 |
| DE | 202006011910 U1 | 3/2007 |
| DE | 102006019335 A1 | 10/2007 |
| EP | 1211537 A2 | 6/2002 |
| EP | 1245980 A2 | 10/2002 |
| EP | 1566674 A1 | 8/2005 |
| GB | 2111240 A | 6/1983 |
| JP | 2008229545 A | 10/2009 |
| JP | 2009276493 A | 11/2009 |
| TW | 200821653 A | 5/2008 |
| WO | 2001/79904 A2 | 10/2001 |
| WO | 2004/027485 A1 | 4/2004 |
| WO | 2008/112986 A1 | 9/2008 |
| WO | 2009/135787 A1 | 11/2009 |
| WO | 2010-024851 A2 | 3/2010 |
| WO | 2012/136702 A1 | 10/2012 |
| WO | 2012/162385 A1 | 11/2012 |
| WO | 2013/052070 A1 | 4/2013 |
| WO | 2014/028527 A2 | 2/2014 |
| WO | 2014/182351 A2 | 11/2014 |

### OTHER PUBLICATIONS

EP Search Report and Opinion dated Feb. 2015 EP 14168005.
Fiber Optic Connectors and Assemblies Catalog 2009 Huber &Suhner.
Fiber Optic Interconnect Solutions Tactical Fiber Optic Connectors, Cables and Termini Glenair, 2006.
Fiber Optic Products Catalog Nov. 2007 Tyco Electronics.
ISR and Opinion dated Apr. 2012, PCT/US2012/058799.
ISR and Opinion dated Aug. 2012, PCT/US2012/039126.
ISR and Opinion dated Jan. 2016, PCT/US2013/54784.
ISR and Opinion dated Aug. 2014, PCT/US2014/041500.
ISR and Opinion dated May 2014, PCT/US2014/012137.
ISR and Opinion dated Aug. 2008, PCT/US2008/057023.
International Preliminary Report on Patentability dated Sep. 2017 from US2015/059458, dated Nov. 6, 2015.
ISR and Opinion dated Apr. 13, 2018 PCT/US2018/016049.
ISR and Opinion dated Feb. 2017, PCT/US2017/13286.
ISR and Opinion dated Aug. 2017, PCT/US2017/40178.
AFOP to introduce LC Slimpac(TM) Uniboot Connectors as high density connector solutions Aug. 26, 2014.

* cited by examiner



FIG. 1B



FIG. 1A













FIG. 6A

FIG. 6B

FIG. 6C

FIG. 6D

500

500R

520

530

540



FIG. 7C

FIG. 7D

FIG. 7A

FIG. 7B









FIG. 11A

FIG. 11B







FIG. 14A

FIG. 14B









FIG 18B

FIG. 18C



FIG. 18A

FIG. 18D









US 10,191,230 B2

**1**

## OPTICAL CONNECTORS WITH REVERSIBLE POLARITY

### CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

The present application claims priorities to U.S. Provisional Patent Applications No. 62/452,147 filed Jan. 30, 2017, No. 62/457,150 filed Feb. 9, 2017, No. 62/463,898 filed Feb. 27, 2017, No. 62/463,901 filed Feb. 27, 2017, No. 62/485,042 filed Apr. 13, 2017, No. 62/546,920, filed Aug. 17, 2017, and No. 62/581,961 filed Nov. 6, 2017; the disclosures of which are incorporated herein by reference in their entireties.

### FIELD OF THE INVENTION

The present disclosure relates generally optical connectors with reversible polarity.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may

**2**

impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Overstressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

Accordingly, there is a need for smaller fiber optic connectors that will meet the needs of future developments in smaller SFPs and are reconfigurable for flexible deployment.

### SUMMARY OF THE INVENTION

In a first aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A latch coupling is positioned on each of the first and second exterior walls of the housing. A removable latch may engage either the first or second exterior wall latch coupling on the connector housing. Positioning the removable latch on the first exterior wall yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with exchangeable arms for changing connector type. Thus, a common connector body may be formed into different connector types. The connector includes at least first and second optical ferrules and a common connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A coupling surface is positioned on each of the first and second exterior walls of the common connector housing. To create a connector, a removable arm engages either the first or second exterior wall coupling surface; the removable arm includes either a latch or a latch recess depending upon the type of optical connector to be formed. Further, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with a push-pull tab. The connector includes at least first and second optical ferrules and has a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A first aperture is in the first exterior wall of the housing and a second aperture is in the second exterior wall of the housing. A removable push-pull tab includes a protrusion for positioning within either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing. Positioning the removable push-pull tab with its protrusion within the first aperture yields a fiber optic connector with a first polarity

US 10,191,230 B2

3

and positioning the removable push-pull tab with its protrusion within the second aperture yields a fiber optic connector with a second, opposite polarity.

In yet another aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A removable push-pull tab is provided. A first push-pull tab retainer is positioned on the first exterior wall and a second push-pull tab retainer is positioned on the second exterior wall. Positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the housing yields a fiber optic connector with a second, opposite polarity.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A is a perspective view of one embodiment of a reversible polarity fiber optic connector according to some aspects of the present disclosure;

FIG. **1**B is a side view of the reversible polarity fiber optic connector of FIG. **3**A with the removable latch being removed from the connector housing;

FIG. **2**A is a perspective view of the reversible polarity fiber optic connector of FIG. **1**A;

FIG. **2**B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **2**A;

FIG. **2**C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **2**A;

FIG. **2**D is a perspective view of the fiber optic connector of FIG. **1**A with its polarity reversed;

FIG. **3**A is a perspective view of an embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. **3**B is an exploded view of the reversible polarity fiber optic connector of FIG. **3**A;

FIG. **4**A is a perspective view of the polarity of the reversible polarity fiber optic connector of FIG. **3**A;

FIG. **4**B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4**A;

FIG. **4**C.**1** is an exploded view of positioning the latch in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4**A;

FIG. **4**C.**2** is an exploded view of attaching the removed components of FIG. **4**B in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4**A;

FIG. **4**D is a perspective view of the reversible polarity fiber optic connector of FIG. **4**A with its polarity reversed;

FIG. **5**A is a perspective view of another embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. **5**B is an exploded view of the reversible polarity fiber optic connector of FIG. **5**A;

FIG. **6**A is a perspective view of the polarity of the fiber optic connector of FIG. **5**A;

FIG. **6**B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **5**A;

4

FIG. **6**C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **6**A;

FIG. **6**D is a perspective view of the reversible polarity fiber optic connector of FIG. **6**A with its polarity reversed;

FIG. **7**A is a perspective view of a common connector housing of a reversible polarity fiber optic connector with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure;

FIG. **7**B is the front view of the common connector housing of FIG. **7**A;

FIG. **7**C is the top view of the common connector housing of FIG. **7**A;

FIG. **7**D is the side view of the common connector housing of FIG. **7**A;

FIG. **8**A.**1** shows how the common connector housing of FIG. **7**A is used to create a latch-type connector;

FIG. **8**A.**2** is an exploded view of FIG. **8**A.**1**;

FIG. **8**B.**1** shows how the common connector housing of FIG. **7**A is used to create a recess-type connector;

FIG. **8**B.**2** is an exploded view of FIG. **8**B.**1**;

FIG. **9**A is a perspective view of the polarity of the latch-type fiber optic connector of FIG. **8**A.**1**;

FIG. **9**B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**A.**1**;

FIG. **9**C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**A.**1**;

FIG. **9**D is a perspective view of the reversible polarity fiber optic connector of FIG. **8**A.**1** with its polarity reversed;

FIG. **10**A is a perspective view of FIG. **8**B.**1** of the polarity of the recess-type fiber optic connector of FIG. **8**B.**1**;

FIG. **10**B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**B.**1**;

FIG. **10**C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8**B.**1**;

FIG. **10**D is a perspective view of the reversible polarity fiber optic connector of FIG. **8**B.**1** with its polarity reversed;

FIGS. **11**A and **11**B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **12**A-**12**D depict the operation of the reversible polarity optical connector of FIGS. **11**A and **11**B;

FIGS. **13**A-**13**D depict the process for changing the polarity of the optical connector of FIGS. **11**A and **11**B;

FIGS. **14**A and **14**B respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **15**-**15**D depict the operation of the reversible polarity optical connector of FIGS. **14**A and **14**B;

FIGS. **16**A-**16**D depict the process for changing the polarity of the optical connector of FIGS. **14**A and **14**B;

FIGS. **17**A-**17**C respectively depict perspective, partial cross-section, and exploded views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **18**A-**18**D depict the assembly of the push-pull tab to the connector body of the connector of FIGS. **17**A-**17**C;

FIGS. **19**A-**19**B depict the removal of the push-pull tab from the connector body using a tool;

US 10,191,230 B2

**5**

FIGS. **20**A-**20**D depict the process for changing the polarity of the optical connector of FIGS. **17**A-**17**C.

DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

The connectors of the present disclosure may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, an SC duplex connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing. In some embodiments, the housing may incorporate any or all of the components described herein.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, the fiber optic connector may be a narrow pitch duplex LC connector including two LC connectors. In some embodiments, such as that shown, the two LC connectors may comprise a single combined unit. In alternative embodiments, the LC connectors may be separate members, wherein an air gap exists between the two members, or wherein the two separate members are located adjacent and flush to each other (i.e., no air gap exists). In some embodiments, each of the LC connectors includes a respective ferrule and a respective extending member or modular arm. The connector may have a pitch of 4.8 mm, defined as the axis-to-axis distance between the central axes of the LC connectors. In other embodiments, the connector pitch may be less than that of the pitch of conventional connectors, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

In current designs, if a fiber optic connector, particularly a duplex connector, needs to have the ferrules rotated or swapped, for example, for exchanging transmit and receive

**6**

optical fibers, it can be a time consuming and difficult process. Generally, if a duplex connector needs to be rotated, current systems require twisting the individual LC connector tips 180 degrees. However, this process also twists the fibers that enter the connector tip. Twisting the fiber at any stage of the connection can cause wear and/or damage to the delicate fibers. Thus, most systems involve an alternative solution, wherein the duplex connector is partially or completely disassembled in order to access the ferrules or fibers and manually relocate them within the duplex connector. However, swapping ferrules side to side is a delicate operation. In order to prevent damage to the internal fibers, great care must be taken. Thus, this operation usually requires specialized tools and preparation time to perform safely and accurately.

Therefore, embodiments as described herein, allow for easy, quick, and safe swapping of the left and right side ferrules in a connector. Thus, embodiments discussed herein allow for a change in polarity of the duplex connector without twisting the fibers or performing any complex disassembly of the duplex connector.

FIGS. **1**A and **1**B depict a fiber optic connector with reversible polarity according to one aspect of the present disclosure. As shown in FIG. **1**A, a reversible polarity fiber optic connector may include first and second optical ferrules **110***a* and **110***b* and a connector housing **120** at least partially surrounding the first and second optical ferrules. A removable latch **130** is depicted in FIG. **1**A in its assembled state and in FIG. **1**B removed from the connector housing **120**.

FIG. **1**B is a side view of the reversible polarity fiber optic connector of FIG. **1**A with the removable latch **130** being separated from the connector housing. As shown, the connector housing **120** may have a first exterior wall **121***a* positioned above the first and second optical ferrules and a second exterior wall **121***b* positioned beneath the first and second optical ferrules. A latch coupling **122** is positioned on each of the first and second exterior walls of the housing. The removable latch **130** may include a protrusion **131** for engaging the housing latch coupling **122**. In particular, the latch coupling **122** may include angled walls that interact with slanted edges of the protrusion **131** to prevent accidental disassembly of the latch **130**. Although the latch coupling **122** is depicted as a recess on the housing accommodating a latch protrusion, these elements may be reversed with the latch including a recess and the housing including a protrusion. Other mechanical coupling mechanisms may be used to interconnect the housing and the removable latch. For example, an embodiment may involve a coupling system wherein the removable latch is inserted into a recess in the connector housing and twisted (e.g., 90°, 180°, etc.) to secure the latch to the recess. Alternative coupling may use a more complex shape. For example, a u-shaped recess in the connector housing may engage a cooperatively-shaped projection in the latch that is inserted and fed through the u-shape until secure. It should thus be understood, that any system or method of coupling may be used to attach the removable latch to the connector housing, including various locations (e.g., sliding from the front, sides, back, bottom, top, etc.).

FIGS. **2**A-**2**D depict the process for changing the polarity of the fiber optic connector of FIG. **1**A from a first polarity, FIG. **2**A to a second, opposite polarity, FIG. **2**D. The removable latch **130** may be removed from the latch coupling on the first exterior wall of the connector housing, FIG. **2**B, positioned adjacent the second exterior wall on beneath the ferrules, FIG. **2**C, and then coupled with the latch coupling on the second exterior wall of the connector

US 10,191,230 B2

7

housing to yield a connector **100**R, FIG. **2**D, having the opposite polarity of connector **100**. In this manner, transmit and receive optical fibers may be reversed without necessitating any fiber twist or complex repositioning of the optical ferrules.

In typical embodiments, the latch of the connector housing is required to be flexible. Thus, when a latch and a connector housing (e.g., duplex connector) are built as one unified member (as is currently done), the fiber optic connector is built of a similar flexible or less rigid material. Building the connector housing out of a plastic or polymeric material, limits the amount of rigidity that it can have. Thus, as fiber optic connectors continue to reduce in size, the strength of the housing has been reduced. Therefore, it would be advantageous to build the connector housing out of a more robust material while still allowing the latch to remain flexible. In order to accomplish this, in some embodiments according to aspects of the present disclosure, the connector housing may be manufactured out of a very rigid or strong material (e.g., steel, graphene, carbon, metal alloys, or any material of suitable properties). Because the connector housing and the removable latch need only interlock with each other, the removable latch may still be made out of a more flexible material. Thus, the removable nature of the latch disclosed herein allow for a more robust and secure overall design when dealing with the shrinking footprint of fiber optic connectors.

FIG. **3**A is a perspective view of another embodiment of a reversible polarity fiber optic connector **300**. As shown, the reversible polarity fiber optic connector may further comprise a pull tab **340** for engaging a removable latch **330**. The pull tab **340** depresses the latch **330** as the tab is pulled in a direction away from the fiber optic ferrules.

FIG. **3**B is an exploded view of the reversible polarity fiber optic connector of FIG. **3**A. As shown, the pull tab **340** may comprise a first opening **341** and a second opening **344**. The first opening **341** is configured to allow the connector housing and the removable latch to pass through while the second opening is configured to accommodate the tip of the latch. The pull tab may further comprise a first deformable portion **342** and a second deformable portion **344**. In operation, the first deformable portion **342** cooperates with the second deformable portion **344** to depress the removable latch when the pull tab is pulled in a direction away from the ferrules.

FIGS. **4**A-**4**D depict the process for changing the polarity of the fiber optic connector **300** from a first polarity, FIG. **4**A to a second polarity **300**R, FIG. **4**D. The pull tab **340** may be disengaged from the connector housing **320** and the removable latch **330** on the first exterior wall of the connector housing, FIG. **2**B. The removable latch is then detached from the latch coupling on the first exterior wall of the connector housing, FIG. **4**C.**1**. Next, the removable latch is engaged with the latch coupling on the second exterior wall of the connector housing, beneath the ferrules, FIG. **4**C.**2**. Finally, the pull tab **340** is positioned surrounding the connector housing and engaging the removable latch tip, resulting in the assembled optical connector **300**R having polarity opposite to that of connector **300**, FIG. **4**D.

FIGS. **5**A and **5**B are a perspective view and exploded view, respectively, of another embodiment of a reversible polarity fiber optic connector **500**. The connector **500** includes a connector housing **520**, a latch **530**, and a pull tab **540**. On the first and second exterior walls of connector housing **520** are latch couplings that include a groove **522**. A recess **521** is also provided in the housing. The latch **530** includes a protrusion **531** that is received within groove **522**.

8

The latch further includes a projection **532** that is received in the housing between the optical ferrules. The pull tab **540** includes an opening **541** for engaging the removable latch **530**. A front protrusion **542** is configured to depress the removable latch **530** when the pull tab is pulled in a direction away from the ferrule side of the optical connector.

FIGS. **6**A-**6**D depict the process for changing the polarity of the fiber optic connector **500** from a first polarity, FIG. **6**A to a second polarity, FIG. **6**D. The pull tab **540** is disengaged from the connector housing and the removable latch **530** on the first exterior wall of the connector housing, FIG. **6**B, and the removable latch is decoupled from the latch coupling on the first exterior wall of the connector housing. Then the removable latch may be coupled with the latch coupling on the second exterior wall of the connector housing, beneath the optical ferrules in FIG. **6**C, and the pull tab **540** is engaged with the connector housing and the removable latch on the second exterior wall of the connector housing to create reverse polarity connector **500**R, FIG. **6**D.

It is of interest within the optical connectivity industry to have multiple styles of optical connectors for multiple purposes and/or multiple implementation styles. Thus, in order to more easily provide flexibility, a solution is needed that allows for on-the-fly, in-the-field, or in manufacturing modification of the connector. The below embodiment provides a universal type fiber optic connector which has a unique housing design that allows for different latches or arms to be attached.

FIG. **7**A is a perspective view of a common connector housing **720** of a reversible polarity fiber optic connector **700** with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure. As shown, the reversible polarity fiber optic connector may comprise first and second optical ferrules **710***a* and **710***b* and the common connector housing **720** at least partially surrounding the first and second optical ferrules.

FIGS. **7**B, **7**C and **7**D are the front view, top view and side view, respectively, of the common connector housing **720**. As shown, the common connector housing may have a first exterior wall **725***a* positioned above the first and second optical ferrules and a second exterior wall **725***b* positioned beneath the first and second optical ferrules. The connector housing **720** may further have a coupling surface **724** positioned on each of the first and second exterior walls and include a receiving track **726** in the coupling surface.

FIG. **8**A.**1** shows the common connector housing **720** used to create a latch-type connector **700** and FIG. **8**B.**1** shows the common connector housing **720** used to create a recess-type connector **800**. Both of connectors **700** and **800** include a removable arm **730** or **830** for engaging either of the first and second exterior wall coupling surfaces **724** on the connector housing, FIGS. **8**A.**2** and **8**B.**2** respectively. The removable arms **730** and **830** may each respectively include a projection **735** or **835** for engaging in the receiving track **726** of the coupling surface **724**, FIGS. **8**A.**2** and **8**B.**2** respectively. As with the previous embodiments, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with the opposite polarity.

Still referring to FIGS. **8**A.**2** and **8**B.**2** respectively the removable arms may include either a latch or a recess: removable arm **730** includes a latch **733** while removable arm **830** includes a recess **834**. Thus, a latch-type connector **700** is created through assembly of the removable latch arm to the common connector body **720** as shown in FIG. **8**A.**1**

US 10,191,230 B2

9

and a recess-type connector **800** is created through assembly of the removable recess arm to the common connector body **720** as shown in FIG. **8**B.**1**.

The fiber optic connector may further include a pull tab. When a removable arm with a latch **730** is positioned on the coupling surface of the common connector housing **720** to create a latch-type connector **700**, the pull tab **740** is a separate element from the removable arm, FIG. **8**A.**2**. When a removable arm includes a recess **830** is positioned on the coupling surface of the common connector housing **720** to create a recess-type connector **800**, the pull tab **840** is integrated with the removable arm, FIG. **8**B.**2**.

FIGS. **9**A-**9**D depict the process for changing the polarity of the latch-type fiber optic connector from a first polarity **700**, FIG. **9**A to a second polarity **700**R, FIG. **9**D. The sub-assembly of the removable arm **730** and the pull tab **740** may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **9**B. Then the sub-assembly of the removable arm **730** and the pull tab **740** may be coupled with the coupling surface of the second exterior wall of the connector housing, FIG. **9**C, creating the opposite polarity connector **700**R.

FIGS. **10**A-**10**C depicts the process for changing the polarity of the recess-type fiber optic connector **800** from a first polarity, FIG. **10**A to a second polarity, FIG. **10**D. The removable arm **830** with a recess and a pull tab as an integral structure may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **10**B. Then the removable arm may be coupled with the coupling surface **724** of the second exterior wall of the common connector housing **720**, FIG. **10**C to create opposite polarity optical connector **800**R, FIG. **10**D.

FIGS. **11**A and **11**B depict a further embodiment **1100** of the reversible polarity optical connectors of the present disclosure. In FIG. **11**A, a push-pull tab **1130** may interconnect with either a first exterior wall **1110** of housing **1105** or with a second exterior wall **1115** of housing **1105**. Ferrules **1120** and **1125** are at least partially surrounded by housing **1105** and may be LC connectors in an embodiment. As in previous embodiments, the push-pull tab may include a tab recess **1145**. Alternatively, the push-pull tab **1130** may include a latch (not shown). Various features of the push-pull tab **1130** are provided to assist in affixing the push-pull tab to the first exterior wall **1110** or the second exterior wall **1115** of the housing **1105**. This includes push-pull tab clips **1135** that clip onto the optical connector, optionally in a boot region, and protrusion **1140** that fits within a first aperture, **1109**A, beneath the housing exterior wall **1110** or a second aperture, **1109**B, beneath housing exterior wall **1115** (to be discussed in more detail below), and projection **1131** for inserting into the housing between ferrules **1120** and **1125**. Each of these features is fully reversible such that the push-pull tab is easily removed and repositioned on the opposite exterior wall to change polarity of the connector.

As best seen in FIGS. **12**B and **12**D, push-pull tab protrusion **1140** may be inserted into first aperture **1109**A of housing **1105** through a first exterior housing aperture **1107**A. Alternatively, in the reverse-polarity configuration, the push-pull tab protrusion **1140** may be inserted into second housing aperture **1109**B through second exterior housing aperture **1107**B. When the push-pull tab **1130** is moved forward, the protrusion slides within the aperture **1109**A or **1109**B, as shown in FIG. **12**B. To maintain the push-pull tab in a forward-biased position, tab position spring **1150** is provided. During insertion or removal of the protrusion **1140**, tab position spring **1150** is compressed, depicted in FIG. **12**B. When the position spring **1150** is in its

10

relaxed (uncompressed) position, FIGS. **12**C and **12**D, the protrusion **1140** is slid forward within the aperture **1109**A or **1109**B.

To change polarity of the optical connector **1100**, FIGS. **13**A-**13**D, the push-pull tab **1130** is removed by withdrawing the protrusion **1140** from the housing **1105** through exterior housing aperture **1107**A along with detaching clips **1135** and decoupling projection **1131**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **13**B). The push-pull tab is moved toward second exterior housing wall **1115** and the protrusion **1140** is inserted into aperture **1109**B through exterior housing aperture **1107**B in FIG. **13**C. Projection **1131** is fitted between ferrules **1120** and **1125** and clips **1135** are affixed to the connector. The resultant connector **1100**R of **13**D is of opposite polarity to the connector **1100** of FIG. **13**A.

Various alternatives to the protrusion **1140** of optical connector **1100** may be used in the optical connectors of this disclosure. For example, the protrusion may be provided by the connector housing with receiving elements provided in the push-pull tab. Variations to the shape of the projection and apertures may be made without affecting the function of the reversible-polarity connector.

Another alternative embodiment is depicted in FIGS. **14**A and **14**B in which a hook-shaped protrusion **1440** is provided for engagement within the connector housing. As in the previous embodiment, the push-pull tab **1430** includes a tab recess **1445**, connector-attachment clips **1435** and projection **1431** for positioning between ferrules **1420** and **1425**. In FIG. **14**B, the push-pull tab **1430** is positioned on first exterior housing wall **1410** and has a first polarity. In this position, the hook-shaped protrusion **1440** engages a housing projection **1460**, held in a forward-biased position by push-pull tab position spring **1465**, as seen in FIGS. **15**B and **15**D. To release the protrusion **1440**, push-pull tab position spring **1465** is compressed in FIG. **15**C such that housing projection **1460** is retracted sufficiently to allow removal of protrusion **1440** through the housing **1405**, FIG. **15**D.

To change polarity of the optical connector **1400** from the first polarity of FIG. **16**A, the push-pull tab **1430** is removed by withdrawing the protrusion **1440** from the housing **1405** through the housing along with detaching clips **1435** and decoupling projection **1431**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **16**B). The push-pull tab is moved toward second exterior housing wall **1415** and the protrusion **1440** is inserted into the housing **1405**. Projection **1431** is fitted between ferrules **1420** and **1425** and clips **1435** are affixed to the connector in FIG. **16**C. The resultant connector **1400**R of FIG. **16**D is of opposite polarity to the connector of FIG. **16**A.

Protrusions from a push-pull tab may be inserted into a housing via features other than a housing aperture. Such a connector is depicted in FIG. **17** and features a deformable housing region to allow entry of a push-pull tab protrusion during affixing of the push-pull tab to the connector housing. As seen in FIG. **17**A, the connector **1700** includes a connector housing **1705** which may optionally include a back body housing portion **1709** for connecting with a housing front portion **1707** (FIG. **17**C). The back body housing portion **1709** includes a deformable region **1780**, seen in the partial cross-section of FIG. **17**B and the perspective view of FIG. **17**C. The push-pull tab **1730** includes a protrusion **1740** with a projection **1741** extending therefrom.

Turning to FIG. **18**, to affix the push-pull tab to the connector housing, the protrusion **1740** penetrates the deformable region **1780** (FIG. **18**B) causing the deformable

**11**

region to yield and accept entry of the protrusion **1740** into the housing. As the projection **1741** enters the housing as depicted in FIG. **18**C, the deformable region **1780** returns to its original position (FIG. **18**D), securing the push-pull tab **1730** to the connector housing.

Removal of the push-pull tab **1730** is depicted in FIGS. **19**A and **19**B. A removal tool **1900**, which may be shaped similar to a small screwdriver, depresses deformable region **1780**, allowing projection **1741** to slide along an edge of the deformable region **1780**, followed by the protrusion **1740**, releasing the push-pull tab **1730**.

To change polarity of the optical connector **1700** from the first polarity of FIG. **20**A, the push-pull tab **1730** is removed in FIG. **20**B by using the removal tool technique depicted in FIGS. **19**A and **19**B. The push-pull tab is moved toward the second exterior housing wall and the protrusion **1740** is inserted into the housing **1705** through the deformable region **1780** in FIG. **20**C. The resultant connector **1700**R of FIG. **20**D is of opposite polarity to the connector of FIG. **20**A.

In another aspect of the disclosure, a retaining member may be provided in the connector housing to retain a push-pull tab. As seen in FIGS. **21**A-**21**D, a connector **2100** having a housing **2105** is provided with a housing front portion **2107** and a back portion **2109**. FIG. **21**A depicts an assembled connector **2100** with housing **2105**. FIG. **21**B depicts an exploded view of connector **2100** of FIG. **21**A. Push-pull tab **2130** has a receiving surface **2132**, which during use of connector **2100** provides a surface over which retainer **2111** can slide across during tab movement. Extending from the housing back portion is a retainer **2111** which may include a pair of retaining clips, as shown, or any other structure configured to retain the push-pull tab **2130**. FIG. **21**C depicts connector **2100** showing a section view cut given by the arrows and broken line near the proximal end of connector **2100**. Optionally, when the retainer **2111** includes clips, the clips may be hook-shaped as seen in the cross-sectional view of FIG. **21**D. As shown in FIG. **21**D, receiving surface **2132** may be a recess with a protrusion along the edge that engages the hook-shaped edge of the clips.

FIG. **22**A through FIG. **22**E depicts the operation of polarity change for connector **2100** of FIGS. **21**A-FIG. **21**D. FIG. **22**A depicts connector **2100** with pull-push tab clips **2135** (opposing side not shown) engaged around connector. To operate connector **2100**, user can move push-pull tab **2130** forward or toward front of connector or backward or toward rear of connector, and as describe in FIG. **21** above tab moves along connector receiving surface **2123**. This engages or releases connector **2100** from a receptacle as is known in the art. To change the polarity of connector **2100** from the polarity depicted in FIG. **22**A to the second, opposite polarity of FIG. **22**E, the retainer **2111** is removed from receiving surface **2132**. Referring to FIG. **21**B, lifting push-pull tab **2130** in direction of up-arrow, separates retainer **2111** from receiving surface. As shown in FIG. **22**C, push-pull tab clips separate from the connector as the retainer is removed. Continuing with FIG. **22**C, push-pull tab **2130** is moved to the opposite housing exterior wall in FIG. **22**C. FIG. **22**D depicts receiving surface **2132** engages with the retainer **2111**. In FIG. **21**E the assembled connector **2100**R having the opposite polarity to the connector of FIG. **22**A is depicted, fully assembled. Retainer **2111** is in contact with receiving surface **2132**, and push-pull tab **2130** is secured to connector body, as show in FIG. **22**E.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the

**12**

drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explic-

US 10,191,230 B2

**13**

itly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

**14**

a latch coupling positioned on each of the first and second exterior walls of the housing;
a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing;
wherein positioning the removable latch on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**2**. The reversible polarity fiber optic connector of claim **1**, wherein
each of the latch couplings on the first and second exterior walls of the connector housing includes at least a recess with angled walls; and
the latch includes at least a protrusion with slanted edges for coupling with the angled walls of the recess on the first exterior wall when the fiber optic connector is configured in the first polarity or the angled walls of the recess on the second exterior wall when the fiber optic connector is configured in the second polarity.

**3**. The reversible polarity fiber optic connector of claim **1**, further comprising a pull tab for engaging the removable latch; wherein pulling the pull tab in a direction away from the first and second ferrules causes the removable latch to be depressed.

**4**. The reversible polarity fiber optic connector of claim **3**, wherein the pull tab comprises at least a first opening and a seconding opening for engaging the removable latch;
wherein the first opening is configured to allow the connector housing and the removable latch to pass through; and
the second opening is configured to allow the removable latch to partially pass through.

**5**. The reversible polarity fiber optic connector of claim **3**, wherein the pull tab further comprises a first deformable portion and a second deformable portion;
wherein the first deformable portion is configured to cooperate with the second deformable portion to depress the removable latch when the pull tab is pulled in a direction away from the first and second ferrules.

**6**. The reversible polarity fiber optic connector of claim **1**, wherein
each of the latch couplings on the first and second exterior walls of the connector housing includes a groove; and
at least a projection for coupling with the groove on the first exterior wall when the fiber optic connector is configured in the first polarity or the groove on the second exterior wall when the fiber optic connector is configured in the second polarity.

**7**. The reversible polarity fiber optic connector of claim **6**, further comprising a pull tab for engaging the removable latch; wherein pulling the pull tab in a direction away from the reversible polarity fiber optic connector depresses the removable latch.

**8**. The reversible polarity fiber optic connector of claim **7**, wherein the pull tab comprises:
an opening for engaging the removable latch; and
a front protrusion configured to depress the removable latch when the pull tab is pulled in a direction away from the first and second ferrules.

**9**. A reversible polarity fiber optic connector with exchangeable arms for changing connector type comprising:
at least first and second optical ferrules;

US 10,191,230 B2

15

a common connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a coupling surface positioned on each of the first and second exterior walls of the common connector housing;

a removable arm for engaging either of the first and second exterior wall coupling surfaces on the common connector housing, the removable arm including either a latch or a latch recess;

wherein positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**10**. The reversible polarity fiber optic connector of claim **9** wherein positioning a removable arm with a latch on the coupling surface creates a latch-type connector and positioning a removable arm with a recess creates a recess-type connector.

**11**. The reversible polarity fiber optic connector of claim **9** wherein the housing includes a receiving track in the coupling surface and the removable arm includes a projection for engaging in the receiving track in the coupling surface.

**12**. The reversible polarity fiber optic connector of claim **9** further comprising a pull tab.

**13**. The reversible polarity fiber optic connector of claim **12** wherein the removable arm includes a latch and the pull tab is a separate element from the removable arm.

**14**. The reversible fiber optic connector of claim **12** wherein removable arm includes a recess and the pull tab is integrated with the removable arm.

**15**. A reversible polarity fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a first aperture in the first exterior wall of the housing and a second aperture in the second exterior wall of the housing;

a removable push-pull tab including a protrusion for positioning through either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing;

wherein positioning the removable push-pull tab with its protrusion in the first aperture of the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion in the second aperture of the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**16**. The reversible polarity fiber optic connector of claim **15** further comprising first and second apertures respectively beneath the first and second exterior walls of the housing for receiving the protrusion.

16

**17**. The reversible polarity fiber optic connector of claim **15**, further comprising a spring to urge the push-pull tab forward.

**18**. The reversible polarity fiber optic connector of claim **15**, wherein the push-pull tab protrusion is retained by a housing latch, the housing latch being urged forward by a spring.

**19**. A reversible polarity fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a first deformable region in the first exterior wall of the housing and a second deformable region in the second exterior wall of the housing;

a removable push-pull tab including a protrusion for positioning within though either of the first or second deformable regions in the first and second exterior walls, respectively, of the connector housing;

wherein positioning the removable push-pull tab with its protrusion through the first deformable region of the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion through the second deformable region of the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**20**. The combination of the reversible polarity fiber optic connector of claim **19** and a tool for deforming the deformable region of either the first exterior wall of the housing or the second exterior wall of the housing.

**21**. The reversible polarity fiber optic connector of claim **19**, further comprising a spring to urge the push-pull tab forward.

**22**. The reversible polarity fiber optic connector of claim **19** further comprising first and second apertures respectively beneath the first and second exterior walls of the housing for receiving the protrusion from the deformable region.

**23**. A reversible polarity fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing at least partially surrounding the first and second optical ferrules and having a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a removable push-pull tab;

a first push-pull tab retainer positioned on the first exterior wall and a second push-pull tab retainer positioned on the second exterior wall;

wherein positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**24**. The reversible polarity fiber optic connector of claim **23** wherein the first and second push-pull tab retainers each include a projection.

**25**. The reversible polarity fiber optic connector of claim **23** wherein each projection is a clip for receiving a portion of the push-pull tab.

\*   \*   \*   \*   \*

# EXHIBIT F

(12) **EX PARTE REEXAMINATION CERTIFICATE** (11755th)

# United States Patent
Wong et al.

(10) **Number:**  US 10,191,230 C1

(45) **Certificate Issued:**  Nov. 16, 2020

(54) **OPTICAL CONNECTORS WITH REVERSIBLE POLARITY**

(71) Applicant: **SENKO Advanced Components, Inc.,** Marlborough, MA (US)

(72) Inventors: **Kimman Wong**, Hong Kong (HK); **Jeffrey Gniadek**, Northbridge, MA (US); **Kazuyoshi Takano**, Southborough, MA (US); **Siu Kei Ma**, Hong Kong (HK)

(73) Assignee: **SENKO ADVANCED COMPONENTS, INC**, Marlborough, MA (US)

**Reexamination Request:**
No. 90/014,456, Feb. 19, 2020

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **10,191,230** |
| Issued: | **Jan. 29, 2019** |
| Appl. No.: | **15/884,327** |
| Filed: | **Jan. 30, 2018** |

**Related U.S. Application Data**

(60) Provisional application No. 62/581,961, filed on Nov. 6, 2017, provisional application No. 62/546,920, filed on Aug. 17, 2017, provisional application No. 62/485,042, filed on Apr. 13, 2017, provisional application No. 62/463,901, filed on Feb. 27, 2017, provisional application No. 62/463,898, filed on Feb. 27, 2017, provisional application No. 62/457,150, filed on Feb. 9, 2017, provisional application No. 62/452,147, filed on Jan. 30, 2017.

(51) **Int. Cl.**
*G02B 6/38* (2006.01)
*G02B 6/40* (2006.01)

(52) **U.S. Cl.**
CPC ......... *G02B 6/3893* (2013.01); *G02B 6/3821* (2013.01); *G02B 6/3879* (2013.01); *G02B 6/406* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/014,456, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — William C Doerrler

(57) **ABSTRACT**

Reversible polarity fiber optic connectors are provided having housings at least partially surrounding first and second optical ferrules with walls above and beneath the ferrules. Positioning removable elements such as latches, removable arms, or push-pull tabs on the first wall above the ferrules yields fiber optic connectors with a first polarity type, and positioning the removable elements on the second wall beneath the ferrules yields fiber optic connectors with a second, opposite polarity type. Various engagement mechanisms are provided on either the connector housing walls or on the removable elements, or both, to assist in affixing the removable element to the connector housing.



US 10,191,230 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims **1**, **9**, **15**, **19** and **23** are determined to be patentable
as amended.

Claims **2-8**, **10-14**, **16-18**, **20-22**, **24** and **25**, dependent on
an amended claim, are determined to be patentable.

New claims **26-34** are added and determined to be
patentable.

**1**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing *having a longitudinal axis and com-
prising an exterior portion* at least partially surround-
ing the first and second optical ferrules [and having]
*such that the exterior portion extends 360° circumfer-
entially with respect to the longitudinal axis about a
space in which each of the first and second optical
ferrules are received, the exterior portion comprising* a
first exterior wall positioned above the first and second
optical ferrules and a second exterior wall positioned
beneath the first and second optical ferrules;
a latch coupling positioned on each of the first and second
exterior walls of the connector housing;
a removable latch for engaging either of the first and
second exterior wall latch couplings on the connector
housing;
wherein positioning the removable latch on the first
exterior wall of the connector housing yields a fiber
optic connector with a first polarity and positioning the
removable latch on the second exterior wall of the
connector housing yields a fiber optic connector with a
second polarity, the second polarity being opposite to
the first polarity.

**9**. A reversible polarity fiber optic connector with
exchangeable arms for changing connector type comprising:
at least first and second optical ferrules;
a common connector housing *having a longitudinal axis
and comprising an exterior portion* at least partially
surrounding the first and second optical ferrules [and
having] *such that the exterior portion extends 360°
circumferentially with respect to the longitudinal axis
about a space in which each of the first and second
optical ferrules are received, the exterior portion com-
prising* a first exterior wall positioned above the first
and second optical ferrules and a second exterior wall
positioned beneath the first and second optical ferrules;
a coupling surface positioned on each of the first and
second exterior walls of the common connector hous-
ing;
a removable arm for engaging either of the first and
second exterior wall coupling surfaces on the common
connector housing, the removable arm including either
a latch or a latch recess;
wherein positioning the removable arm on the first exte-
rior wall of the *common* connector housing yields a

**2**

fiber optic connector with a first polarity and position-
ing the removable arm on the second exterior surface of
the *common connector* housing yields a fiber optic
connector with a second polarity, the second polarity
being opposite to the first polarity.

**15**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing *having a longitudinal axis and com-
prising an exterior portion* at least partially surround-
ing the first and second optical ferrules [and having]
*such that the exterior portion extends 360° circumfer-
entially with respect to the longitudinal axis about a
space in which each of the first and second optical
ferrules are received, the exterior portion comprising* a
first exterior wall positioned above the first and second
optical ferrules and a second exterior wall positioned
beneath the first and second optical ferrules;
a first aperture in the first exterior wall of the connector
housing and a second aperture in the second exterior
wall of the connector housing;
a removable push-pull tab including a protrusion for
positioning through either of the first or second aper-
tures in the first and second exterior walls, respectively,
of the connector housing;
wherein positioning the removable push-pull tab with its
protrusion in the first aperture of the first exterior wall
of the connector housing yields a fiber optic connector
with a first polarity and positioning the removable
push-pull tab with its protrusion in the second aperture
of the second exterior wall of the connector housing
yields a fiber optic connector with a second polarity, the
second polarity being opposite to the first polarity.

**19**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing *having a longitudinal axis and com-
prising an exterior portion* at least partially surround-
ing the first and second optical ferrules [and having]
*such that the exterior portion extends 360° circumfer-
entially with respect to the longitudinal axis about a
space in which each of the first and second optical
ferrules are received, the exterior portion comprising* a
first exterior wall positioned above the first and second
optical ferrules and a second exterior wall positioned
beneath the first and second optical ferrules;
a first deformable region in the first exterior wall of the
connector housing and a second deformable region in
the second exterior wall of the connector housing;
a removable push-pull tab including a protrusion for
positioning within though either of the first or second
deformable regions in the first and second exterior
walls, respectively, of the connector housing;
wherein positioning the removable push-pull tab with its
protrusion through the first deformable region of the
first exterior wall of the connector housing yields a
fiber optic connector with a first polarity and position-
ing the removable push-pull tab with its protrusion
through the second deformable region of the second
exterior wall of the *connector* housing yields a fiber
optic connector with a second polarity, the second
polarity being opposite to the first polarity.

**23**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules;
a connector housing *having a longitudinal axis and com-
prising an exterior portion* at least partially surround-
ing the first and second optical ferrules [and having]
*such that the exterior portion extends 360° circumfer-
entially with respect to the longitudinal axis about a*

US 10,191,230 C1

3

space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules;

a removable push-pull tab;

a first push-pull tab retainer positioned on the first exterior wall and a second push-pull tab retainer positioned on the second exterior wall;

wherein positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the connector housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

26. The reversible polarity fiber optic connector of claim 1, wherein latch coupling includes a receiving track, wherein the removable latch comprises a projection for engaging each receiving track, and wherein the projection has a dovetail shape.

27. The reversible polarity fiber optic connector of claim 1, wherein the removable latch comprises a base portion and a depressible latch having a front end portion connected to the base portion, a free rear end portion spaced apart from the front end portion along the axis and being raised relative to the front end portion, and an outward facing longitudinal surface extending along the axis from the front end portion to the free rear end portion, the removable latch being bendable such that the free rear end portion can be depressed toward the base portion.

28. The reversible polarity fiber optic connector of claim 27, further comprising a remote release including an elongate front section configured to extend longitudinally along the connector housing and engage the depressible latch arm and an elongate rear section extending rearward from the

4

elongate front section, the elongate front section of the remote release being slidably connected to the removable latch such that the elongate front section can move rearward relative to removable latch.

29. The reversible polarity fiber optic connector of claim 28, wherein the elongate front section comprises an opening configured to receive the depressible latch arm and a front end portion defining a front end of the opening, the front end portion of the front elongate section being configured to slide rearward along the outward facing surface of the depressible latch arm when the elongate front section moves rearward to depress the depressible latch arm.

30. The reversible polarity fiber optic connector of claim 27, wherein each latch coupling includes a groove having an open axial end and the removable latch comprises a protrusion on the base portion configured to be inserted into the groove through the open axial end.

31. The reversible polarity fiber optic connector as set forth in claim 1, further comprising first and second ferrule springs received on the first and second ferrules, respectively, wherein the connector housing comprises a single front body and a single back body configured to attach to the single front body such that the first and second ferrule springs are compressed simultaneously between the single back body and the single front body.

32. The reversible polarity fiber optic connector as set forth in claim 1, wherein the first and second optical ferrules have a pitch of about 4.8 mm or less.

33. The reversible polarity fiber optic connector as set forth in claim 1, wherein the connector housing is a single combined housing for each of the first and second optical ferrules.

34. The reversible polarity fiber optic connector as set forth in claim 1, wherein the exterior portion of the housing radially overlaps a longitudinal segment of each of the first and second optical ferrules with respect to the axis.

*   *   *   *   *

# EXHIBIT G

US011181701B2

(12) **United States Patent**　　　　　(10) **Patent No.:**　　**US 11,181,701 B2**
Wong et al.　　　　　　　　　　　　　(45) **Date of Patent:**　　　**Nov. 23, 2021**

(54) **OPTICAL CONNECTORS WITH REVERSIBLE POLARITY AND METHOD OF USE**

(71) Applicant: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

(72) Inventors: **Kim Man Wong**, Kowloon (HK); **Jeffrey Gniadek**, Oxford, ME (US); **Kazuyoshi Takano**, Tokyo (JP); **Siu Kei Ma**, Kowloon (HK)

(73) Assignee: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/200,134**

(22) Filed: **Mar. 12, 2021**

(65) **Prior Publication Data**

US 2021/0199901 A1　　Jul. 1, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/297,607, filed on Mar. 9, 2019, now Pat. No. 10,976,505, which is a continuation of application No. PCT/US2018/016049, filed on Jan. 30, 2018.

(60) Provisional application No. 62/581,961, filed on Nov. 6, 2017, provisional application No. 62/546,920, filed on Aug. 17, 2017, provisional application No. 62/485,042, filed on Apr. 13, 2017, provisional application No. 62/463,901, filed on Feb. 27, 2017, provisional application No. 62/463,898, filed on Feb. 27, 2017, provisional application No. 62/457,150,

filed on Feb. 9, 2017, provisional application No. 62/452,147, filed on Jan. 30, 2017.

(51) **Int. Cl.**
　　*G02B 6/38*　　　(2006.01)

(52) **U.S. Cl.**
　　CPC ......... *G02B 6/3893* (2013.01); *G02B 6/3821* (2013.01); *G02B 6/3879* (2013.01)

(58) **Field of Classification Search**
　　CPC ... G02B 6/3893; G02B 6/3821; G02B 6/3879
　　USPC .......................................................... 385/78
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0062487 A1 | 4/2004 | Mickievicz | |
| 2013/0322825 A1* | 12/2013 | Cooke | G02B 6/3831 |
| | | | 385/59 |

* cited by examiner

*Primary Examiner* — Jerry M Blevins

(57)　　　　**ABSTRACT**

Reversible polarity fiber optic connectors are provided having housings at least partially surrounding first and second optical ferrules with walls above and beneath the ferrules. Positioning removable elements such as latches, removable arms, or push-pull tabs on the first wall above the ferrules yields fiber optic connectors with a first polarity type, and positioning the removable elements on the second wall beneath the ferrules yields fiber optic connectors with a second, opposite polarity type. Various engagement mechanisms are provided on either the connector housing walls or on the removable elements, or both, to assist in affixing the removable element to the connector housing.

**53 Claims, 22 Drawing Sheets**





**FIG. 1B**



**FIG. 1A**









FIG. 6A

FIG. 6B

FIG. 6C

FIG. 6D

500

500R

520

530

540









Case 1:23-cv-00083-JPM   Document 40   Filed 02/01/24   Page 341 of 759 PageID #: 1978



FIG. 11A

FIG. 11B





FIG. 13B

FIG. 13C



FIG. 13A

FIG. 13D



FIG. 14A

FIG. 14B















FIG. 20A

FIG. 20B

FIG. 20C

FIG. 20D



FIG. 22B

FIG. 22C

FIG. 22D

FIG. 22A

FIG. 22E

US 11,181,701 B2

**1**

## OPTICAL CONNECTORS WITH REVERSIBLE POLARITY AND METHOD OF USE

### CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

The present application is a continuation of the U.S. application Ser. No. 16/297,607 filed on Mar. 9, 2019, titled "OPTICAL CONNECTORS WITH REVERSIBLE POLARITY AND METHOD OF USE", which is a Continuation of PCT/US18/16049 filed on Jan. 30, 2018, titled "Optical Connectors with Reversible Polarity", which claims priorities to U.S. Provisional Patent Applications No. 62/452,147 filed Jan. 30, 2017, No. 62/457,150 filed Feb. 9, 2017, No. 62/463,898 filed Feb. 27, 2017, No. 62/463,901 filed Feb. 27, 2017, No. 62/485,042 filed Apr. 13, 2017, No. 62/546,920, filed Aug. 17, 2017, and No. 62/581,961 filed Nov. 6, 2017; the disclosures of which are incorporated herein by reference in their entireties.

### FIELD OF THE INVENTION

The present disclosure relates generally optical connectors with reversible polarity.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel

**2**

connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Overstressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

Accordingly, there is a need for smaller fiber optic connectors that will meet the needs of future developments in smaller SFPs and are reconfigurable for flexible deployment.

### SUMMARY OF THE INVENTION

In a first aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A latch coupling is positioned on each of the first and second exterior walls of the housing. A removable latch may engage either the first or second exterior wall latch coupling on the connector housing. Positioning the removable latch on the first exterior wall yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with exchangeable arms for changing connector type. Thus, a common connector body may be formed into different connector types. The connector includes at least first and second optical ferrules and a common connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A coupling surface is positioned on each of the first and second exterior walls of the common connector housing. To create a connector, a removable arm engages either the first or second exterior wall coupling surface; the removable arm includes either a latch or a latch recess depending upon the type of optical connector to be formed. Further, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with a push-pull tab. The connector includes at least first and second optical ferrules and has a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A first aperture is in the first exterior wall of the housing and a second aperture is in the second

**3**

exterior wall of the housing. A removable push-pull tab includes a protrusion for positioning within either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing. Positioning the removable push-pull tab with its protrusion within the first aperture yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion within the second aperture yields a fiber optic connector with a second, opposite polarity.

In yet another aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A removable push-pull tab is provided. A first push-pull tab retainer is positioned on the first exterior wall and a second push-pull tab retainer is positioned on the second exterior wall. Positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the housing yields a fiber optic connector with a second, opposite polarity.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1A** is a perspective view of one embodiment of a reversible polarity fiber optic connector according to some aspects of the present disclosure;

FIG. **1B** is a side view of the reversible polarity fiber optic connector of FIG. **3A** with the removable latch being removed from the connector housing;

FIG. **2A** is a perspective view of the reversible polarity fiber optic connector of FIG. **1A**;

FIG. **2B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **2A**;

FIG. **2C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **2A**;

FIG. **2D** is a perspective view of the fiber optic connector of FIG. **1A** with its polarity reversed;

FIG. **3A** is a perspective view of an embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. **3B** is an exploded view of the reversible polarity fiber optic connector of FIG. **3A**;

FIG. **4A** is a perspective view of the polarity of the reversible polarity fiber optic connector of FIG. **3A**;

FIG. **4B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4A**;

FIG. **4C.1** is an exploded view of positioning the latch in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4A**;

FIG. **4C.2** is an exploded view of attaching the removed components of FIG. **4B** in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **4A**;

FIG. **4D** is a perspective view of the reversible polarity fiber optic connector of FIG. **4A** with its polarity reversed;

FIG. **5A** is a perspective view of another embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

**4**

FIG. **5B** is an exploded view of the reversible polarity fiber optic connector of FIG. **5A**;

FIG. **6A** is a perspective view of the polarity of the fiber optic connector of FIG. **5A**;

FIG. **6B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **5A**;

FIG. **6C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **6A**;

FIG. **6D** is a perspective view of the reversible polarity fiber optic connector of FIG. **6A** with its polarity reversed;

FIG. **7A** is a perspective view of a common connector housing of a reversible polarity fiber optic connector with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure;

FIG. **7B** is the front view of the common connector housing of FIG. **7A**;

FIG. **7C** is the top view of the common connector housing of FIG. **7A**;

FIG. **7D** is the side view of the common connector housing of FIG. **7A**;

FIG. **8A.1** shows how the common connector housing of FIG. **7A** is used to create a latch-type connector;

FIG. **8A.2** is an exploded view of FIG. **8A.1**;

FIG. **8B.1** shows how the common connector housing of FIG. **7A** is used to create a recess-type connector;

FIG. **8B.2** is an exploded view of FIG. **8B.1**;

FIG. **9A** is a perspective view of the polarity **8A.1** of the latch-type fiber optic connector of FIG. **8A.1**;

FIG. **9B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8A.1**;

FIG. **9C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8A.1**;

FIG. **9D** is a perspective view of the reversible polarity fiber optic connector of FIG. **8A.1** with its polarity reversed;

FIG. **10A** is a perspective view of FIG. **8B.1** of the polarity of the recess-type fiber optic connector of FIG. **8B.1**;

FIG. **10B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8B.1**;

FIG. **10C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8B.1**;

FIG. **10D** is a perspective view of the reversible polarity fiber optic connector of FIG. **8B.1** with its polarity reversed;

FIGS. **11A** and **11B** respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **12A-12D** depict the operation of the reversible polarity optical connector of FIGS. **11A** and **11B**;

FIGS. **13A-13D** depict the process for changing the polarity of the optical connector of FIGS. **11A** and **11B**;

FIGS. **14A** and **14B** respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **15A-15D** depict the operation of the reversible polarity optical connector of FIGS. **14A** and **14B**;

FIGS. **16A-16D** depict the process for changing the polarity of the optical connector of FIGS. **14A** and **14B**;

FIGS. **17A-17C** respectively depict perspective, partial cross-section, and exploded views of a reversible polarity optical connector according to a further embodiment of the disclosure;

US 11,181,701 B2

5

FIGS. **18**A-**18**D depict the assembly of the push-pull tab to the connector body of the connector of FIGS. **17**A-**17**C;

FIGS. **19**A-**19**B depict the removal of the push-pull tab from the connector body using a tool;

FIGS. **20**A-**20**D depict the process for changing the polarity of the optical connector of FIGS. **17**A-**17**C.

FIGS. **21**A-**21**D depict the process of changing polarity of an optical connector according to an embodiment of the invention.

FIGS. **22**A-**22**E depict the process for changing the polarity of an optical connector according to an embodiment of the invention.

DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

The connectors of the present disclosure may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC), an SC duplex connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing. In some embodiments, the housing may incorporate any or all of the components described herein.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, the fiber optic connector may be a narrow pitch duplex LC connector including two LC connectors. In some embodiments, such as that shown, the two LC connectors may comprise a single combined unit. In alternative embodiments, the LC connectors may be separate members, wherein an air gap exists between the two members, or wherein the two separate members are located adjacent and flush to each other (i.e., no air gap exists). In some embodiments, each of the LC connectors includes a respective ferrule and a respective extending member or

6

modular arm. The connector may have a pitch of 4.8 mm, defined as the axis-to-axis distance between the central axes of the LC connectors. In other embodiments, the connector pitch may be less than that of the pitch of conventional connectors, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

In current designs, if a fiber optic connector, particularly a duplex connector, needs to have the ferrules rotated or swapped, for example, for exchanging transmit and receive optical fibers, it can be a time consuming and difficult process. Generally, if a duplex connector needs to be rotated, current systems require twisting the individual LC connector tips 180 degrees. However, this process also twists the fibers that enter the connector tip. Twisting the fiber at any stage of the connection can cause wear and/or damage to the delicate fibers. Thus, most systems involve an alternative solution, wherein the duplex connector is partially or completely disassembled in order to access the ferrules or fibers and manually relocate them within the duplex connector. However, swapping ferrules side to side is a delicate operation. In order to prevent damage to the internal fibers, great care must be taken. Thus, this operation usually requires specialized tools and preparation time to perform safely and accurately.

Therefore, embodiments as described herein, allow for easy, quick, and safe swapping of the left and right side ferrules in a connector. Thus, embodiments discussed herein allow for a change in polarity of the duplex connector without twisting the fibers or performing any complex disassembly of the duplex connector.

FIGS. **1**A and **1**B depict a fiber optic connector with reversible polarity according to one aspect of the present disclosure. As shown in FIG. **1**A, a reversible polarity fiber optic connector may include first and second optical ferrules **110***a* and **110***b* and a connector housing **120** at least partially surrounding the first and second optical ferrules. A removable latch **130** is depicted in FIG. **1**A in its assembled state and in FIG. **1**B removed from the connector housing **120**.

FIG. **1**B is a side view of the reversible polarity fiber optic connector of FIG. **1**A with the removable latch **130** being separated from the connector housing. As shown, the connector housing **120** may have a first exterior wall **121***a* positioned above the first and second optical ferrules and a second exterior wall **121***b* positioned beneath the first and second optical ferrules. A latch coupling **122** is positioned on each of the first and second exterior walls of the housing. The removable latch **130** may include a protrusion **131** for engaging the housing latch coupling **122**. In particular, the latch coupling **122** may include angled walls that interact with slanted edges of the protrusion **131** to prevent accidental disassembly of the latch **130**. Although the latch coupling **122** is depicted as a recess on the housing accommodating a latch protrusion, these elements may be reversed with the latch including a recess and the housing including a protrusion. Other mechanical coupling mechanisms may be used to interconnect the housing and the removable latch. For example, an embodiment may involve a coupling system wherein the removable latch is inserted into a recess in the connector housing and twisted (e.g., 90°, 180°, etc.) to secure the latch to the recess. Alternative coupling may use a more complex shape. For example, a u-shaped recess in the connector housing may engage a cooperatively-shaped projection in the latch that is inserted and fed through the u-shape until secure. It should thus be understood, that any system or method of coupling may be used to attach the

US 11,181,701 B2

7                                                                                                                                                        8

removable latch to the connector housing, including various locations (e.g., sliding from the front, sides, back, bottom, top, etc.).

FIGS. **2**A-**2**D depict the process for changing the polarity of the fiber optic connector of FIG. **1**A from a first polarity, FIG. **2**A to a second, opposite polarity, FIG. **2**D. The removable latch **130** may be removed from the latch coupling on the first exterior wall of the connector housing, FIG. **2**B, positioned adjacent the second exterior wall on beneath the ferrules, FIG. **2**C, and then coupled with the latch coupling on the second exterior wall of the connector housing to yield a connector **100**R, FIG. **2**D, having the opposite polarity of connector **100**. In this manner, transmit and receive optical fibers may be reversed without necessitating any fiber twist or complex repositioning of the optical ferrules.

In typical embodiments, the latch of the connector housing is required to be flexible. Thus, when a latch and a connector housing (e.g., duplex connector) are built as one unified member (as is currently done), the fiber optic connector is built of a similar flexible or less rigid material. Building the connector housing out of a plastic or polymeric material, limits the amount of rigidity that it can have. Thus, as fiber optic connectors continue to reduce in size, the strength of the housing has been reduced. Therefore, it would be advantageous to build the connector housing out of a more robust material while still allowing the latch to remain flexible. In order to accomplish this, in some embodiments according to aspects of the present disclosure, the connector housing may be manufactured out of a very rigid or strong material (e.g., steel, graphene, carbon, metal alloys, or any material of suitable properties). Because the connector housing and the removable latch need only interlock with each other, the removable latch may still be made out of a more flexible material. Thus, the removable nature of the latch disclosed herein allow for a more robust and secure overall design when dealing with the shrinking footprint of fiber optic connectors.

FIG. **3**A is a perspective view of another embodiment of a reversible polarity fiber optic connector **300**. As shown, the reversible polarity fiber optic connector may further comprise a pull tab **340** for engaging a removable latch **330**. The pull tab **340** depresses the latch **330** as the tab is pulled in a direction away from the fiber optic ferrules.

FIG. **3**B is an exploded view of the reversible polarity fiber optic connector of FIG. **3**A. As shown, the pull tab **340** may comprise a first opening **341** and a second opening **344**. The first opening **341** is configured to allow the connector housing and the removable latch to pass through while the second opening is configured to accommodate the tip of the latch. The pull tab may further comprise a first deformable portion **342** and a second deformable portion **344**. In operation, the first deformable portion **342** cooperates with the second deformable portion **344** to depress the removable latch when the pull tab is pulled in a direction away from the ferrules.

FIGS. **4**A-**4**D depict the process for changing the polarity of the fiber optic connector **300** from a first polarity, FIG. **4**A to a second polarity **300**R, FIG. **4**D. The pull tab **340** may be disengaged from the connector housing **320** and the removable latch **330** on the first exterior wall of the connector housing, FIG. **2**B. The removable latch is then detached from the latch coupling on the first exterior wall of the connector housing, FIG. **4**C.**1**. Next, the removable latch is engaged with the latch coupling on the second exterior wall of the connector housing, beneath the ferrules, FIG. **4**C.**2**. Finally, the pull tab **340** is positioned surrounding the connector housing and engaging the removable latch tip, resulting in the assembled optical connector **300**R having polarity opposite to that of connector **300**, FIG. **4**D.

FIGS. **5**A and **5**B are a perspective view and exploded view, respectively, of another embodiment of a reversible polarity fiber optic connector **500**. The connector **500** includes a connector housing **520**, a latch **530**, and a pull tab **540**. On the first and second exterior walls of connector housing **520** are latch couplings that include a groove **522**. A recess **521** is also provided in the housing. The latch **530** includes a protrusion **531** that is received within groove **522**. The latch further includes a projection **532** that is received in the housing between the optical ferrules. The pull tab **540** includes an opening **541** for engaging the removable latch **530**. A front protrusion **542** is configured to depress the removable latch **530** when the pull tab is pulled in a direction away from the ferrule side of the optical connector.

FIGS. **6**A-**6**D depict the process for changing the polarity of the fiber optic connector **500** from a first polarity, FIG. **6**A to a second polarity, FIG. **6**D. The pull tab **540** is disengaged from the connector housing and the removable latch **530** on the first exterior wall of the connector housing, FIG. **6**B, and the removable latch is decoupled from the latch coupling on the first exterior wall of the connector housing. Then the removable latch may be coupled with the latch coupling on the second exterior wall of the connector housing, beneath the optical ferrules in FIG. **6**C, and the pull tab **540** is engaged with the connector housing and the removable latch on the second exterior wall of the connector housing to create reverse polarity connector **500**R, FIG. **6**D.

It is of interest within the optical connectivity industry to have multiple styles of optical connectors for multiple purposes and/or multiple implementation styles. Thus, in order to more easily provide flexibility, a solution is needed that allows for on-the-fly, in-the-field, or in manufacturing modification of the connector. The below embodiment provides a universal type fiber optic connector which has a unique housing design that allows for different latches or arms to be attached.

FIG. **7**A is a perspective view of a common connector housing **720** of a reversible polarity fiber optic connector **700** with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure. As shown, the reversible polarity fiber optic connector may comprise first and second optical ferrules **710**a and **710**b and the common connector housing **720** at least partially surrounding the first and second optical ferrules.

FIGS. **7**B, **7**C and **7**D are the front view, top view and side view, respectively, of the common connector housing **720**. As shown, the common connector housing may have a first exterior wall **725**a positioned above the first and second optical ferrules and a second exterior wall **725**b positioned beneath the first and second optical ferrules. The connector housing **720** may further have a coupling surface **724** positioned on each of the first and second exterior walls and include a receiving track **726** in the coupling surface.

FIG. **8**A.**1** shows the common connector housing **720** used to create a latch-type connector **700** and FIG. **8**B.**1** shows the common connector housing **720** used to create a recess-type connector **800**. Both of connectors **700** and **800** include a removable arm **730** or **830** for engaging either of the first and second exterior wall coupling surfaces **724** on the connector housing, FIGS. **8**A.**2** and **8**B.**2** respectively. The removable arms **730** and **830** may each respectively include a projection **735** or **835** for engaging in the receiving track **726** of the coupling surface **724**, FIGS. **8**A.**2** and **8**B.**2** respectively. As with the previous embodiments, positioning

9
10

the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with the opposite polarity.

Still referring to FIGS. **8**A.**2** and **8**B.**2** respectively the removable arms may include either a latch or a recess: removable arm **730** includes a latch **733** while removable arm **830** includes a recess **834**. Thus, a latch-type connector **700** is created through assembly of the removable latch arm to the common connector body **720** as shown in FIG. **8**A.**1** and a recess-type connector **800** is created through assembly of the removable recess arm to the common connector body **720** as shown in FIG. **8**B.**1**.

The fiber optic connector may further include a pull tab. When a removable arm with a latch **730** is positioned on the coupling surface of the common connector housing **720** to create a latch-type connector **700**, the pull tab **740** is a separate element from the removable arm, FIG. **8**A.**2**. When a removable arm includes a recess **830** is positioned on the coupling surface of the common connector housing **720** to create a recess-type connector **800**, the pull tab **840** is integrated with the removable arm, FIG. **8**B.**2**.

FIGS. **9**A-**9**D depict the process for changing the polarity of the latch-type fiber optic connector from a first polarity **700**, FIG. **9**A to a second polarity **700**R, FIG. **9**D. The sub-assembly of the removable arm **730** and the pull tab **740** may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **9**B. Then the sub-assembly of the removable arm **730** and the pull tab **740** may be coupled with the coupling surface of the second exterior wall of the connector housing, FIG. **9**C, creating the opposite polarity connector **700**R.

FIGS. **10**A-**10**C depicts the process for changing the polarity of the recess-type fiber optic connector **800** from a first polarity, FIG. **10**A to a second polarity, FIG. **10**D. The removable arm **830** with a recess and a pull tab as an integral structure may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **10**B. Then the removable arm may be coupled with the coupling surface **724** of the second exterior wall of the common connector housing **720**, FIG. **10**C to create opposite polarity optical connector **800**R, FIG. **10**D.

FIGS. **11**A and **11**B depict a further embodiment **1100** of the reversible polarity optical connectors of the present disclosure. As shown in FIG. **11**A or FIG. **12**A, a push-pull tab **1130** may interconnect with either a first exterior wall **1110** of housing **1105** or with a second exterior wall **1115** of housing **1105**. Ferrules **1120** and **1125** are at least partially surrounded by housing **1105** and may be LC connectors in an embodiment. As in previous embodiments, the push-pull tab may include a tab recess **1145**, as shown in FIG. **12**A or FIG. **11**A. Alternatively, push-pull tab **1130** may include a latch (not shown). Various features of the push-pull tab **1130** are provided to assist in affixing the push-pull tab to the first exterior wall **1110** or the second exterior wall **1115** of the housing **1105**. This includes push-pull tab clips **1135** that clip onto the optical connector, optionally in a boot region, and protrusion **1140** that fits within a first aperture, **1109**A, beneath the housing exterior wall **1110** or a second aperture, **1109**B, beneath housing exterior wall **1115** (to be discussed in more detail below), and projection **1131** for inserting into the housing between ferrules **1120** and **1125**. Each of these features is fully reversible such that the push-pull tab is easily removed and repositioned on the opposite exterior wall to change polarity of the connector.

As best seen in FIGS. **12**B and **12**D, push-pull tab protrusion **1140** may be inserted into first aperture **1109**A of housing **1105** through a first exterior housing aperture **1107**A. Alternatively, in the reverse-polarity configuration, the push-pull tab protrusion **1140** may be inserted into second housing aperture **1109**B through second exterior housing aperture **1107**B. When the push-pull tab **1130** is moved forward, the protrusion slides within the aperture **1109**A or **1109**B, as shown in FIG. **12**B. To maintain the push-pull tab in a forward-biased position, tab position spring **1150** is provided. During insertion or removal of the protrusion **1140**, tab position spring **1150** is compressed, depicted in FIG. **12**B. When the position spring **1150** is in its relaxed (uncompressed) position, FIGS. **12**C and **12**D, the protrusion **1140** is slid forward within the aperture **1109**A or **1109**B.

To change polarity of the optical connector **1100**, FIGS. **13**A-**13**D, the push-pull tab **1130** is removed by withdrawing the protrusion **1140** from the housing **1105** through exterior housing aperture **1107**A along with detaching clips **1135** and decoupling projection **1131**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **13**B). The push-pull tab is moved toward second exterior housing wall **1115** and the protrusion **1140** is inserted into aperture **1109**B through exterior housing aperture **1107**B in FIG. **13**C. Projection **1131** is fitted between ferrules **1120** and **1125** and clips **1135** are affixed to the connector. The resultant connector **1100**R of **13**D is of opposite polarity to the connector **1100** of FIG. **13**A.

Various alternatives to the protrusion **1140** of optical connector **1100** may be used in the optical connectors of this disclosure. For example, the protrusion may be provided by the connector housing with receiving elements provided in the push-pull tab. Variations to the shape of the projection and apertures may be made without affecting the function of the reversible-polarity connector.

Another alternative embodiment is depicted in FIGS. **14**A and **14**B in which a hook-shaped protrusion **1440** is provided for engagement within the connector housing. As in the previous embodiment, the push-pull tab **1430** includes a tab recess **1445**, connector-attachment clips **1435** and projection **1431** for positioning between ferrules **1420** and **1425**. In FIG. **14**B, the push-pull tab **1430** is positioned on first exterior housing wall **1410** and has a first polarity. In this position, the hook-shaped protrusion **1440** engages a housing projection **1460**, held in a forward-biased position by push-pull tab position spring **1465**, as seen in FIGS. **15**B and **15**D. To release the protrusion **1440**, push-pull tab position spring **1465** is compressed in FIG. **15**C such that housing projection **1460** is retracted sufficiently to allow removal of protrusion **1440** through the housing **1405**, FIG. **15**D. FIG. **15**A depicts connector with pull tab **1430** fully assembled.

To change polarity of the optical connector **1400** from the first polarity of FIG. **16**A, the push-pull tab **1430** is removed by withdrawing the protrusion **1440** from the housing **1405** through the housing along with detaching clips **1435** and decoupling projection **1431**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **16**B). The push-pull tab is moved toward second exterior housing wall **1415** and the protrusion **1440** is inserted into the housing **1405**. Projection **1431** is fitted between ferrules **1420** and **1425** and clips **1435** are affixed to the connector in FIG. **16**C. The resultant connector **1400**R of FIG. **16**D is of opposite polarity to the connector **1400** of FIG. **16**A.

Protrusions from a push-pull tab may be inserted into a housing via features other than a housing aperture. Such a

US 11,181,701 B2

11

connector is depicted in FIG. 17 and features a deformable housing region to allow entry of a push-pull tab protrusion during affixing of the push-pull tab to the connector housing. As seen in FIG. 17A, the connector 1700 includes a connector housing 1705 which may optionally include a back body housing portion 1709 for connecting with a housing front portion 1707 (FIG. 17C). The back body housing portion 1709 includes a deformable region 1780, seen in the partial cross-section of FIG. 17B and the perspective view of FIG. 17C. The push-pull tab 1730 includes a protrusion 1740 with a projection 1741 extending therefrom.

Turning to FIG. 18A, to affix the push-pull tab to the connector housing, the protrusion 1740 penetrates the deformable region 1780 (FIG. 18B) causing the deformable region to yield and accept entry of the protrusion 1740 into the housing. As the projection 1741 enters the housing as depicted in FIG. 18C, the deformable region 1780 returns to its original position (FIG. 18D), securing the push-pull tab 1730 to the connector housing.

Removal of the push-pull tab 1730 is depicted in FIGS. 19A and 19B. A removal tool 1900, which may be shaped similar to a small screwdriver, depresses deformable region 1780, allowing projection 1741 to slide along an edge of the deformable region 1780, followed by the protrusion 1740, releasing the push-pull tab 1730.

To change polarity of the optical connector 1700 from the first polarity of FIG. 20A, the push-pull tab 1730 is removed in FIG. 20B by using the removal tool technique depicted in FIGS. 19A and 19B. The push-pull tab is moved toward the second exterior housing wall and the protrusion 1740 is inserted into the housing 1705 through the deformable region 1780 in FIG. 20C. The resultant connector 1700R of FIG. 20D is of opposite polarity to the connector of FIG. 20A.

In another aspect of the disclosure, a retaining member may be provided in the connector housing to retain a push-pull tab. As seen in FIGS. 21A-21D, a connector 2100 having a housing 2105 is provided with a housing front portion 2107 and a back portion 2109. FIG. 21A depicts an assembled connector 2100 with housing 2105. FIG. 21B depicts an exploded view of connector 2100 of FIG. 21A. Push-pull tab 2130 has a receiving surface 2132, which during use of connector 2100 provides a surface over which retainer 2111 can slide across during tab movement. Extending from the housing back portion is a retainer 2111 which may include a pair of retaining clips, as shown, or any other structure configured to retain the push-pull tab 2130, as shown in FIG. 21B. FIG. 21C depicts connector 2100 showing a section view cut given by the arrows and broken line near the proximal end of connector 2100. Optionally, when the retainer 2111 includes clips, the clips may be hook-shaped as seen in the cross-sectional view of FIG. 21D. As shown in FIG. 21D, receiving surface 2132 may be a recess with a protrusion along the edge that engages the hook-shaped edge of the clips.

FIG. 22A through FIG. 22E depicts the operation of polarity change for connector 2100 of FIG. 21A-FIG. 21D. FIG. 22A depicts connector 2100 with pull-push tab clips 2135 (opposing side not shown) engaged around connector. To operate connector 2100, user can move push-pull tab 2130 forward or toward front of connector or backward or toward rear of connector, and as describe in FIG. 21B above tab moves along connector receiving surface 2123. This engages or releases connector 2100 from a receptacle as is known in the art. To change the polarity of connector 2100 from the polarity depicted in FIG. 22A to the second, opposite polarity of FIG. 22E, the retainer 2111 is removed

12

from receiving surface 2132. Referring to FIG. 22B, lifting push-pull tab 2130 in direction of up-arrow, separates retainer 2111 from receiving surface. As shown in FIG. 22C, push-pull tab clips separate from the connector as the retainer is removed. Continuing with FIG. 22C, push-pull tab 2130 is moved to the opposite housing exterior wall in FIG. 22C. FIG. 22D depicts receiving surface 2132 engages with the retainer 2111. In FIG. 21E the assembled connector 2100R having the opposite polarity to the connector of FIG. 22A is depicted, fully assembled. Retainer 2111 is in contact with receiving surface 2132, and push-pull tab 2130 is secured to connector body, as shown in FIG. 22E.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understand-

ing, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into

many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. A fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing having a longitudinal axis and comprising an exterior portion at least partially surrounding the first and second optical ferrules such that the exterior portion circumscribes a space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall and a second exterior wall on an opposite side of the space from the first exterior wall;

a latch coupling positioned on each of the first and second exterior walls of the connector housing;

a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing, whereby the removable latch couples to the respective latch coupling;

wherein each latch coupling comprises a groove extending along the axis and having an open axial end; and

wherein the removable latch comprises a protrusion for being inserted into the open axial end of the groove by movement relative to the housing along the axis.

**2**. The fiber optic connector of claim **1**, wherein the protrusion is movable along the longitudinal axis in each groove with respect to the connector housing.

**3**. The fiber optic connector of claim **1**, wherein the removable latch comprises a base portion and a depressible latch arm connected to the base portion.

**4**. The fiber optic connector of claim **3**, wherein the depressible latch arm has a front end portion connected to the base portion, a free rear end portion spaced apart from the front end portion along the axis, and an outward facing longitudinal surface extending along the axis from the front end portion to the free rear end portion.

**5**. The fiber optic connector of claim **4**, wherein the free end portion of the depressible latch arm is configured to be received in an opening of a receptacle and comprises a rearward facing surface that is configured to engage the receptacle when received in the opening to inhibit removal of the fiber optic connector from the receptacle.

**6**. The fiber optic connector of claim **5**, wherein the free rear end portion of the depressible latch arm is raised relative to the front end portion and wherein the removable latch is bendable such that the free rear end portion can be depressed toward the base portion to remove the free rear end portion from the opening and unlatch the fiber optic connector from the receptacle.

**7**. The fiber optic connector of claim **6**, further comprising a remote release including an elongate front section configured to extend longitudinally along the connector housing and engage the depressible latch arm and an elongate rear section extending rearward from the elongate front section, the elongate front section of the remote release being slidably connected to the removable latch and the connector housing such that the elongate front section can move rearward relative to removable latch and the connector housing.

**8**. The fiber optic connector of claim **7**, wherein the elongate front section comprises an opening configured to receive the depressible latch arm.

US 11,181,701 B2

15

**9**. The fiber optic connector of claim **8**, wherein the elongate front section comprises a front end portion having a rearward facing surface defining a front end of the opening, the rearward facing surface being configured to oppose the outward facing surface of the depressible latch arm when the depressible latch arm is received in the opening.

**10**. The fiber optic connector of claim **9**, wherein the free rear end portion of the depressible latch arm is configured to be raised in relation to the front end portion of the elongate front section when the depressible latch arm is received in the opening.

**11**. The fiber optic connector of claim **10**, wherein the front end portion of the elongate front section is configured to slide rearward along the outward facing surface of the depressible latch arm when the elongate front section moves rearward to depress the depressible latch arm.

**12**. The fiber optic connector as set forth in claim **1**, wherein the connector housing comprises a single front body and a single back body.

**13**. The fiber optic connector as set forth in claim **12**, further comprising first and second ferrule springs received on the first and second optical ferrules, respectively.

**14**. The fiber optic connector as set forth in claim **13**, wherein each of the first and second optical ferrules comprises a ferrule flange having a forward facing surface and the single front body comprises a transverse wall configured to simultaneously engage the forward facing surfaces of the first and second optical ferrule flanges.

**15**. The fiber optic connector as set forth in claim **14**, wherein the single back body is configured to attach to the single front body such that the back body simultaneously compresses each of the first and second ferrule springs between the back body and the first and second ferrule flanges engaged with the transverse wall.

**16**. The fiber optic connector as set forth in claim **1**, wherein the first and second optical ferrules have a pitch less than 6.25 mm.

**17**. The fiber optic connector as set forth in claim **1**, wherein the first and second optical ferrules have a pitch less than 5.25 mm.

**18**. The fiber optic connector as set forth in claim **1**, wherein the first and second optical ferrules have a pitch of about 4.8 mm or less.

**19**. The fiber optic connector as set forth in claim **1**, wherein the first and second optical ferrules are configured to receive first and second optical fibers, wherein the fiber optic connector further comprises a single cable boot through which the first and second optical fibers are passable to the first and second optical ferrules.

**20**. A reversible polarity fiber optic connector comprising:
at least first and second optical ferrules, each of the first and second ferrules comprising a ferrule flange;
first and second ferrule springs received on the first and second optical ferrules, respectively;
a connector housing comprising an exterior portion at least partially surrounding the first and second optical ferrules such that the exterior portion circumscribes a space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall and a second exterior wall on an opposite side of the space from the first exterior wall, the connector housing comprising a single front body and a single back body, the single front body comprising a transverse wall configured to simultaneously engage the ferrule flanges of the first and second optical ferrules, the single back body being configured to attach to the single front body such that the back body

16

simultaneously compresses each of the first and second ferrule springs between the back body and the first and second ferrule flanges engageable with the transverse wall;
a latch coupling positioned on each of the first and second exterior walls of the housing;
a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing;
wherein positioning the removable latch on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall of the housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity.

**21**. The reversible polarity fiber optic connector as set forth in claim **20**, wherein each latch coupling comprises a groove extending along the axis and having an open axial end.

**22**. The reversible polarity fiber optic connector as set forth in claim **21**, wherein the removable latch is configured for being inserted into the open axial end of each groove by movement relative to the housing along the axis.

**23**. The reversible polarity fiber optic connector of claim **20**, wherein the removable latch comprises a base portion and a depressible latch arm connected to the base portion.

**24**. The reversible polarity fiber optic connector of claim **23**, wherein the depressible latch arm has a front end portion connected to the base portion, a free rear end portion spaced apart from the front end portion along the axis, and an outward facing longitudinal surface extending along the axis from the front end portion to the free rear end portion.

**25**. The reversible polarity fiber optic connector of claim **24**, wherein the free end portion of the latch arm is configured to be received in an opening of a receptacle and comprises a rearward facing surface that is configured to engage the receptacle when received in the opening to inhibit removal of the reversible polarity fiber optic connector from the receptacle.

**26**. The reversible polarity fiber optic connector of claim **25**, wherein the free rear end portion of the depressible latch arm is raised relative to the front end portion and wherein the removable latch is bendable such that the free rear end portion can be depressed toward the base portion to remove the free rear end portion from the opening and unlatch the reversible polarity fiber optic connector from the receptacle.

**27**. The reversible polarity fiber optic connector of claim **26**, further comprising a remote release including an elongate front section configured to extend longitudinally along the connector housing and engage the depressible latch arm and an elongate rear section extending rearward from the elongate front section, the elongate front section of the remote release being slidably connected to the removable latch and the connector housing such that the elongate front section can move rearward relative to removable latch and the connector housing.

**28**. The reversible polarity fiber optic connector of claim **27**, wherein the elongate front section comprises an opening configured to receive the depressible latch arm.

**29**. The reversible polarity fiber optic connector of claim **28**, wherein the elongate front section comprises a front end portion having a rearward facing surface defining a front end of the opening, the rearward facing surface being configured to oppose the outward facing surface of the depressible latch arm when the depressible latch arm is received in the opening.

17

**30**. The reversible polarity fiber optic connector of claim **29**, wherein the free rear end portion of the depressible latch arm is configured to be raised in relation to the front end portion of the elongate front section when the depressible latch arm is received in the opening.

**31**. The reversible polarity fiber optic connector of claim **30**, wherein the front end portion of the elongate front section is configured to slide rearward along the outward facing surface when the elongate front section moves rearward to depress the depressible latch arm.

**32**. The reversible polarity fiber optic connector as set forth in claim **20**, wherein the first and second optical ferrules have a pitch less than 6.25 mm.

**33**. The reversible polarity fiber optic connector as set forth in claim **20**, wherein the first and second optical ferrules have a pitch less than 5.25 mm.

**34**. The fiber optic connector as set forth in claim **20**, wherein the first and second optical ferrules have a pitch of about 4.8 mm or less.

**35**. The fiber optic connector as set forth in claim **20**, wherein the first and second optical ferrules are configured to receive first and second optical fibers, wherein the fiber optic connector further comprises a single cable boot through which the first and second optical fibers are passable to the first and second optical ferrules.

**36**. A fiber optic connector comprising:

at least first and second optical ferrules;

a connector housing comprising an exterior portion at least partially surrounding the first and second optical ferrules such that the exterior portion circumscribes a space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall and a second exterior wall on an opposite side of the space from the first exterior wall;

a removable latch configured to selectively and releasably couple to each of the first and second exterior walls of the housing, the removable latch comprising a base portion and a depressible latch arm connected to the base portion, the depressible latch arm having a font end portion connected to the base portion, a free rear end portion spaced apart from the front end portion along the axis, and an outward facing longitudinal surface extending along the axis from the front end portion to the free rear end portion, the free rear end portion of the latch arm being configured to be received in an opening of a receptacle and comprising a rearward facing surface that is configured to engage the receptacle when received in the opening to inhibit removal of the fiber optic connector from the receptacle, the free rear end portion of the depressible latch arm being raised relative to the front end portion, the removable latch being bendable such that the free rear end portion can be depressed toward the base portion to remove the free rear end portion from the opening and unlatch the fiber optic connector from the receptacle; and

a remote release including an elongate front section configured to extend longitudinally along the connector housing and engage the depressible latch arm and an elongate rear section extending rearward from the elongate front section, the elongate front section of the remote release being slidably connected to the removable latch and the connector housing such that the elongate front section can move rearward relative to removable latch and the connector housing, the elongate front section comprising an opening configured to receive the depressible latch arm, the elongate front

18

section comprising a front end portion having a rearward facing surface defining a front end of the opening, the rearward facing surface being configured to oppose the outward facing surface of the depressible latch arm when the depressible latch arm is received in the opening;

wherein the free rear end portion of the depressible latch arm is configured to be raised in relation to the front end portion of the elongate front section when the depressible latch arm is received in the opening,

wherein the front end portion of the elongate front section is configured to slide rearward along the outward facing surface when the elongate front section moves rearward to depress the depressible latch arm.

**37**. The fiber optic connector as set forth in claim **36**, wherein the first and second optical ferrules have a pitch less than 6.25 mm.

**38**. The fiber optic connector as set forth in claim **37**, wherein the connector housing comprises a single front body and a single back body.

**39**. The fiber optic connector as set forth in claim **38**, further comprising first and second ferrule springs received on the first and second ferrules, respectively.

**40**. The fiber optic connector as set forth in claim **39**, wherein each of the first and second ferrules comprises a ferrule flange having a forward facing surface and the single front body comprises a transverse wall configured to simultaneously engage the forward facing surfaces of the first and second optical ferrule flanges.

**41**. The fiber optic connector as set forth in claim **40**, wherein the single back body is configured to attach to the single front body such that the back body simultaneously compresses each of the first and second ferrule springs between the back body and the first and second ferrule flanges engaged with the transverse wall.

**42**. The fiber optic connector as set forth in claim **41**, wherein each of the first and second exterior walls of the connector housing includes a groove extending along the axis and having an open axial end.

**43**. The fiber optic connector as set forth in claim **42**, wherein the removable latch is configured for being inserted into the open axial end of each groove by movement relative to the housing along the axis.

**44**. The fiber optic connector as set forth in claim **43**, wherein the pitch is less than 5.25 mm.

**45**. The fiber optic connector as set forth in claim **44**, wherein the pitch is 4.8 mm or less.

**46**. The fiber optic connector as set forth in claim **36**, wherein each of the first and second exterior walls of the connector housing includes a groove extending along the axis and having an open axial end.

**47**. The reversible polarity fiber optic connector as set forth in claim **46**, wherein the removable latch is configured for being inserted into the open axial end of each groove by movement relative to the housing along the axis.

**48**. The fiber optic connector as set forth in claim **47**, wherein the first and second optical ferrules have a pitch less than 6.25 mm.

**49**. The fiber optic connector as set forth in claim **48**, wherein the pitch is less than 5.25 mm.

**50**. The fiber optic connector as set forth in claim **49**, wherein the pitch is 4.8 mm or less.

**51**. The fiber optic connector as set forth in claim **36**, wherein the first and second optical ferrules have a pitch less than 5.25 mm.

US 11,181,701 B2

**19**

**20**

**52**. The fiber optic connector as set forth in claim **51**, wherein the first and second optical ferrules have a pitch of 4.8 mm or less.

**53**. The fiber optic connector as set forth in claim **36**, wherein the first and second optical ferrules are configured to receive first and second optical fibers, wherein the fiber optic connector further comprises a single cable boot through which the first and second optical fibers are passable to the first and second optical ferrules.

\*   \*   \*   \*   \*

# EXHIBIT H



US011061190B2

(12) **United States Patent**
Takano et al.

(10) **Patent No.:**     **US 11,061,190 B2**
(45) **Date of Patent:**     *Jul. 13, 2021**

(54) **SMALL FORM FACTOR FIBER OPTIC CONNECTOR WITH MULTI-PURPOSE BOOT ASSEMBLY**

(71) Applicant: **Senko Advanced Components Inc**, Marlborough, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jimmy Jun-Fu Chang**, Worcester, MA (US)

(73) Assignee: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/782,196**

(22) Filed: **Feb. 5, 2020**

(65) **Prior Publication Data**

US 2020/0209487 A1     Jul. 2, 2020

**Related U.S. Application Data**

(60) Division of application No. 16/368,828, filed on Mar. 28, 2019, now Pat. No. 10,705,300, and a (Continued)

(51) **Int. Cl.**
*G02B 6/38*     (2006.01)
*G02B 6/42*     (2006.01)
*G02B 6/40*     (2006.01)

(52) **U.S. Cl.**
CPC ........... *G02B 6/387* (2013.01); *G02B 6/3825* (2013.01); *G02B 6/3879* (2013.01); (Continued)

(58) **Field of Classification Search**
CPC .................................................... G02B 6/378
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 585,194 | A | 6/1897 | Favor |
| 678,283 | A | 7/1901 | Schaefer |
| | | (Continued) | |

FOREIGN PATENT DOCUMENTS

| CA | 2495693 | 4/2004 |
| CN | 2836038 Y | 11/2006 |
| | (Continued) | |

OTHER PUBLICATIONS

PCT/US2018/062406 International Search Report dated Mar. 18, 2019.

(Continued)

*Primary Examiner* — Eric Wong

(57)     **ABSTRACT**

An optical connector holding two or more LC-type optical ferrules is provided. The optical connector includes an outer body, an inner front body accommodating the two or more LC-type optical ferrules, ferrule springs for urging the optical ferrules towards a mating connection, and a back body for supporting the ferrule springs. A removable inner front body for polarity change is disclosed. A multi-purpose rotatable boot assembly for polarity change is disclosed. The multi-purpose boot assembly can be pushed and pulled to insert and remove the micro connector from an adapter receptacle.

**20 Claims, 32 Drawing Sheets**



9100

9409.2b

9405.1

9401

# US 11,061,190 B2

Page 2

## Related U.S. Application Data

continuation of application No. 16/103,555, filed on Aug. 14, 2018, now Pat. No. 10,718,911, which is a continuation-in-part of application No. 16/035,691, filed on Jul. 15, 2018, now Pat. No. 10,281,668.

(60) Provisional application No. 62/649,539, filed on Mar. 28, 2018, provisional application No. 62/588,276, filed on Nov. 17, 2017, provisional application No. 62/549,655, filed on Aug. 24, 2017, provisional application No. 62/532,710, filed on Jul. 14, 2017.

(52) **U.S. Cl.**
CPC ......... *G02B 6/3887* (2013.01); *G02B 6/3893* (2013.01); *G02B 6/403* (2013.01); *G02B 6/406* (2013.01); *G02B 6/4292* (2013.01); *G02B 6/3821* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 681,132 | A | 8/1901 | Norton |
| 3,721,945 | A | 3/1973 | Hults |
| 4,150,790 | A | 4/1979 | Potter |
| 4,240,695 | A | 12/1980 | Evans |
| 4,327,964 | A | 5/1982 | Haesly et al. |
| 4,478,473 | A | 10/1984 | Frear |
| 4,762,388 | A | 8/1988 | Tanaka |
| 4,764,129 | A | 8/1988 | Jones |
| 4,840,451 | A | 6/1989 | Sampson |
| 4,872,736 | A | 10/1989 | Myers |
| 4,979,792 | A | 12/1990 | Weber |
| 5,026,138 | A | 6/1991 | Boudreau |
| 5,031,981 | A | 7/1991 | Peterson |
| 5,041,025 | A | 8/1991 | Haitmanek |
| 5,073,045 | A | 12/1991 | Abendschein |
| D323,143 | S | 1/1992 | Ohkura et al. |
| 5,101,463 | A | 3/1992 | Cubukciyan |
| 5,146,813 | A | 9/1992 | Stanfill, Jr. |
| 5,159,652 | A | 10/1992 | Grassin D'Alphonse |
| 5,212,752 | A | 5/1993 | Stephenson et al. |
| 5,265,181 | A | 11/1993 | Chang |
| 5,289,554 | A | 2/1994 | Cubukciyan |
| 5,315,679 | A | 5/1994 | Baldwin |
| 5,317,663 | A | 5/1994 | Beard |
| 5,321,784 | A | 6/1994 | Cubukciyan |
| 5,335,301 | A | 8/1994 | Newman |
| 5,348,487 | A | 9/1994 | Marazzi |
| 5,418,875 | A | 5/1995 | Nakano |
| 5,444,806 | A | 8/1995 | de Marchi |
| 5,481,634 | A | 1/1996 | Anderson |
| 5,506,922 | A | 4/1996 | Grois |
| 5,521,997 | A | 5/1996 | Rovenolt |
| 5,570,445 | A | 10/1996 | Chou |
| 5,588,079 | A | 12/1996 | Tanabe |
| 5,602,951 | A | 2/1997 | Shiota |
| 5,684,903 | A | 11/1997 | Kyomasu |
| 5,687,268 | A | 11/1997 | Stephenson |
| 5,781,681 | A | 7/1998 | Manning |
| 5,845,036 | A | 12/1998 | De Marchi |
| 5,862,282 | A | 1/1999 | Matsuura |
| 5,915,987 | A | 6/1999 | Reed |
| 5,930,426 | A | 7/1999 | Harting |
| 5,937,130 | A | 8/1999 | Amberg |
| 5,953,473 | A | 9/1999 | Shimotsu et al. |
| 5,956,444 | A | 9/1999 | Duda et al. |
| 5,971,626 | A | 10/1999 | Knodell |
| 6,041,155 | A | 3/2000 | Anderson |
| 6,049,040 | A | 4/2000 | Biles |
| 6,095,862 | A | 8/2000 | Doye |
| 6,134,370 | A | 10/2000 | Childers |
| 6,178,283 | B1 | 1/2001 | Weigel |
| RE37,080 | E | 3/2001 | Stephenson |
| 6,206,577 | B1 | 3/2001 | Hall, III |
| 6,206,581 | B1 | 3/2001 | Driscoll |
| 6,227,717 | B1 | 5/2001 | Ott |
| 6,238,104 | B1 | 5/2001 | Yamakawa |
| 6,240,228 | B1 | 5/2001 | Chen |
| 6,247,849 | B1 | 6/2001 | Liu |
| 6,250,817 | B1 | 6/2001 | Lampert |
| 6,276,840 | B1 | 8/2001 | Weiss |
| 6,318,903 | B1 | 11/2001 | Andrews |
| 6,364,537 | B1 | 4/2002 | Maynard |
| 6,379,052 | B1 | 4/2002 | de Jong |
| 6,422,759 | B1 | 7/2002 | Kevern |
| 6,447,170 | B1 | 9/2002 | Takahashi et al. |
| 6,450,695 | B1 | 9/2002 | Matsumoto |
| 6,461,054 | B1 | 10/2002 | Iwase |
| 6,471,412 | B1 | 10/2002 | Belenkiy |
| 6,478,472 | B1 | 11/2002 | Anderson |
| 6,485,194 | B1 | 11/2002 | Shirakawa |
| 6,527,450 | B1 | 3/2003 | Miyachi |
| 6,530,696 | B1 | 3/2003 | Ueda |
| 6,551,117 | B2 | 4/2003 | Poplawski |
| 6,565,262 | B2 | 5/2003 | Childers |
| 6,572,276 | B1 | 6/2003 | Theis |
| 6,579,014 | B2 | 6/2003 | Melton |
| 6,585,194 | B1 | 7/2003 | Brushwood |
| 6,623,172 | B1 | 9/2003 | de Jong et al. |
| 6,634,796 | B2 | 10/2003 | de Jong |
| 6,634,801 | B1 | 10/2003 | Waldron |
| 6,648,520 | B2 | 11/2003 | McDonald |
| 6,668,113 | B2 | 12/2003 | Togami |
| 6,682,228 | B2 | 1/2004 | Rathnam |
| 6,685,362 | B2 | 2/2004 | Burkholder |
| 6,695,486 | B1 | 2/2004 | Falkenberg |
| 6,817,272 | B2 | 11/2004 | Holland |
| 6,854,894 | B1 | 2/2005 | Yunker |
| 6,869,227 | B2 | 3/2005 | Del Grosso |
| 6,872,039 | B2 | 3/2005 | Baus |
| 6,935,789 | B2 | 8/2005 | Gross, III |
| 7,036,993 | B2 | 5/2006 | Luther et al. |
| 7,052,186 | B1 | 5/2006 | Bates |
| 7,077,576 | B2 | 7/2006 | Luther |
| 7,090,406 | B2 | 8/2006 | Melton et al. |
| 7,090,407 | B2 | 8/2006 | Melton et al. |
| 7,091,421 | B2 | 8/2006 | Kukita |
| 7,111,990 | B2 | 9/2006 | Melton et al. |
| 7,113,679 | B2 | 9/2006 | Melton et al. |
| D533,504 | S | 12/2006 | Lee |
| D534,124 | S | 12/2006 | Taguchi |
| 7,150,567 | B1 | 12/2006 | Luther |
| 7,153,041 | B2 | 12/2006 | Mine |
| 7,198,409 | B2 | 4/2007 | Smith |
| 7,207,724 | B2 | 4/2007 | Gurreri |
| D543,124 | S | 5/2007 | Raatikainen |
| D543,146 | S | 5/2007 | Chen et al. |
| 7,258,493 | B2 | 8/2007 | Milette |
| 7,264,402 | B2 | 9/2007 | Theuerkorn |
| 7,281,859 | B2 | 10/2007 | Mudd |
| 7,297,013 | B2 | 11/2007 | Caveney et al. |
| D558,675 | S | 1/2008 | Chien et al. |
| 7,315,682 | B1 | 1/2008 | En Lin |
| 7,325,976 | B2 | 2/2008 | Gurreri |
| 7,325,980 | B2 | 2/2008 | Pepe |
| 7,329,137 | B2 | 2/2008 | Martin |
| 7,331,718 | B2 | 2/2008 | Yazaki |
| 7,354,291 | B2 | 4/2008 | Caveney |
| 7,371,082 | B2 | 5/2008 | Zimmel |
| 7,387,447 | B2 | 6/2008 | Mudd |
| 7,390,203 | B2 | 6/2008 | Murano |
| D572,661 | S | 7/2008 | En Lin et al. |
| 7,431,604 | B2 | 10/2008 | Waters |
| 7,463,803 | B2 | 12/2008 | Cody |
| 7,465,180 | B2 | 12/2008 | Kusuda |
| 7,473,124 | B1 | 1/2009 | Briant |
| 7,504,666 | B2 | 3/2009 | Vittu |
| 7,507,103 | B1 | 3/2009 | Phillips et al. |
| 7,510,335 | B1 | 3/2009 | Su |
| 7,513,695 | B1 | 4/2009 | Lin |
| 7,534,128 | B2 | 5/2009 | Caveney |
| 7,540,666 | B2 | 6/2009 | Luther |
| 7,561,775 | B2 | 7/2009 | Lin et al. |

**US 11,061,190 B2**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 7,588,373 B1 | 9/2009 | Sato |
| 7,591,595 B2 | 9/2009 | Lu |
| 7,594,766 B1 | 9/2009 | Sasser |
| 7,641,398 B2 | 1/2010 | O'Riorden |
| 7,651,361 B2 | 1/2010 | Henry |
| 7,695,199 B2 | 4/2010 | Teo |
| 7,699,533 B2 | 4/2010 | Milette |
| 7,712,970 B1 | 5/2010 | Lee |
| 7,717,625 B2 | 5/2010 | Margolin |
| 7,785,019 B2 | 8/2010 | Lewallen et al. |
| 7,824,113 B2 | 11/2010 | Wong |
| 7,837,395 B2 | 11/2010 | Lin |
| D641,708 S | 7/2011 | Yamauchi |
| 8,083,450 B1 | 12/2011 | Smith |
| 8,152,385 B2 | 4/2012 | de Jong |
| 8,186,890 B2 | 5/2012 | Lu |
| 8,192,091 B2 | 6/2012 | Hsu |
| 8,202,009 B2 | 6/2012 | Lin |
| 8,221,007 B2 | 7/2012 | Peterhans |
| 8,251,733 B2 | 8/2012 | Wu |
| 8,267,595 B2 | 9/2012 | Lin |
| 8,270,796 B2 | 9/2012 | Nhep |
| 8,408,815 B2 | 4/2013 | Lin |
| 8,414,196 B2 | 4/2013 | Lu |
| 8,465,317 B2 | 6/2013 | Gniadek |
| 8,534,928 B2 | 9/2013 | Cooke |
| 8,550,728 B2 | 10/2013 | Takahashi |
| 8,556,645 B2 | 10/2013 | Crain |
| 8,559,781 B2 | 10/2013 | Childers |
| 8,622,634 B2 | 1/2014 | Arnold |
| 8,636,424 B2 | 1/2014 | Kuffel |
| 8,641,293 B2 | 2/2014 | Lin et al. |
| 8,651,749 B2 | 2/2014 | Dainese Júnior |
| 8,676,022 B2 | 3/2014 | Jones |
| 8,678,670 B2 | 3/2014 | Takahashi |
| 8,727,638 B2 | 5/2014 | Lee |
| 8,757,894 B2 | 6/2014 | Katoh |
| 8,764,308 B2 | 7/2014 | Irwin |
| 8,770,863 B2 | 7/2014 | Cooke |
| 8,869,661 B2 | 10/2014 | Opstad |
| 8,998,305 B2 | 4/2015 | Obata et al. |
| 9,028,270 B1 | 5/2015 | Vanderwoud |
| 9,052,474 B2 | 6/2015 | Jiang |
| 9,063,296 B2 | 6/2015 | Dong |
| 9,250,402 B2 | 2/2016 | Ishii |
| 9,310,569 B2 | 4/2016 | Lee |
| 9,366,829 B2 | 6/2016 | Czosnowski |
| 9,411,110 B2 | 8/2016 | Barnette, Jr. |
| 9,448,370 B2 | 9/2016 | Xue |
| 9,465,172 B2 | 10/2016 | Shih |
| 9,485,194 B2 | 11/2016 | Singla et al. |
| 9,486,136 B2 | 11/2016 | Bone |
| 9,494,744 B2 | 11/2016 | de Jong |
| 9,548,557 B2 | 1/2017 | Liu |
| 9,551,842 B2 | 1/2017 | Theuerkorn |
| 9,557,495 B2 | 1/2017 | Raven |
| 9,568,686 B2 | 2/2017 | Fewkes |
| 9,581,768 B1 | 2/2017 | Baca |
| 9,599,778 B2 | 3/2017 | Wong et al. |
| 9,658,409 B2 | 5/2017 | Gniadek |
| 9,678,283 B1 | 6/2017 | Chang |
| 9,684,130 B2 * | 6/2017 | Veatch ................ G02B 6/3831 |
| 9,684,313 B2 | 6/2017 | Chajec |
| 9,709,753 B1 | 7/2017 | Chang |
| 9,778,425 B2 | 10/2017 | Nguyen |
| 9,798,084 B2 | 10/2017 | Verslegers et al. |
| 9,829,644 B2 | 11/2017 | Nguyen et al. |
| 9,829,645 B2 | 11/2017 | Good |
| 9,829,653 B1 | 11/2017 | Nishiguchi |
| 9,869,825 B2 | 1/2018 | Bailey |
| 9,880,361 B2 | 1/2018 | Childers |
| 9,946,035 B2 | 4/2018 | Gustafson |
| 9,971,103 B2 | 5/2018 | De Jong et al. |
| 9,989,711 B2 | 6/2018 | Ott |
| 10,031,296 B2 | 7/2018 | Good |

| | | |
|---|---|---|
| 10,067,301 B2 | 9/2018 | Murray |
| 10,107,972 B1 | 10/2018 | Gniadek |
| 10,114,180 B2 | 10/2018 | Suzic |
| 10,146,011 B2 | 12/2018 | Nhep |
| 10,185,099 B2 | 1/2019 | Chang et al. |
| 10,444,444 B2 | 10/2019 | Ma et al. |
| 2002/0168148 A1 | 11/2002 | Gilliland |
| 2002/0172467 A1 | 11/2002 | Anderson et al. |
| 2002/0191919 A1 | 12/2002 | Nolan |
| 2003/0053787 A1 | 3/2003 | Lee |
| 2003/0063862 A1 | 4/2003 | Fillion |
| 2003/0157825 A1 | 8/2003 | Kane |
| 2004/0052473 A1 | 3/2004 | Seo |
| 2004/0109646 A1 | 6/2004 | Anderson |
| 2004/0136657 A1 | 7/2004 | Ngo |
| 2004/0141693 A1 | 7/2004 | Szilagyi |
| 2004/0161958 A1 | 8/2004 | Togami |
| 2004/0234209 A1 | 11/2004 | Cox |
| 2004/0247252 A1 | 12/2004 | Ehrenreich |
| 2005/0036744 A1 | 2/2005 | Caveney |
| 2005/0111796 A1 | 5/2005 | Matasek |
| 2005/0141817 A1 | 6/2005 | Yazaki et al. |
| 2005/0207709 A1 | 9/2005 | Del Grosso et al. |
| 2006/0013539 A1 | 1/2006 | Thaler |
| 2006/0076061 A1 | 4/2006 | Bush |
| 2006/0089049 A1 | 4/2006 | Sedor |
| 2006/0127025 A1 | 6/2006 | Haberman |
| 2006/0140453 A1 | 6/2006 | Geng |
| 2006/0153503 A1 | 7/2006 | Suzuki |
| 2006/0160429 A1 | 7/2006 | Dawiedczyk |
| 2006/0193562 A1 | 8/2006 | Theuerkorn |
| 2006/0269194 A1 | 11/2006 | Luther et al. |
| 2006/0274411 A1 | 12/2006 | Yamauchi |
| 2007/0025665 A1 | 2/2007 | Dean |
| 2007/0028409 A1 | 2/2007 | Yamada |
| 2007/0079854 A1 | 4/2007 | You |
| 2007/0098329 A1 | 5/2007 | Shimoji |
| 2007/0149028 A1 | 6/2007 | Yu |
| 2007/0149062 A1 | 6/2007 | Long |
| 2007/0230874 A1 | 10/2007 | Lin |
| 2007/0232115 A1 | 10/2007 | Burke |
| 2007/0243749 A1 | 10/2007 | Wu |
| 2008/0008430 A1 | 1/2008 | Kewitsch |
| 2008/0012986 A1 | 1/2008 | Tai |
| 2008/0044137 A1 | 2/2008 | Luther |
| 2008/0056647 A1 | 3/2008 | Margolin |
| 2008/0064334 A1 | 3/2008 | Hamadi |
| 2008/0069501 A1 | 3/2008 | Mudd et al. |
| 2008/0101757 A1 | 5/2008 | Lin et al. |
| 2008/0226237 A1 | 9/2008 | O'Riorden |
| 2008/0267566 A1 | 10/2008 | En Lin |
| 2009/0022457 A1 | 1/2009 | de Jong |
| 2009/0028507 A1 | 1/2009 | Jones |
| 2009/0047818 A1 | 2/2009 | Irwin |
| 2009/0092360 A1 | 4/2009 | Lin et al. |
| 2009/0135787 A1 | 5/2009 | Uemura et al. |
| 2009/0176401 A1 | 7/2009 | Gu |
| 2009/0196555 A1 | 8/2009 | Lin |
| 2009/0214162 A1 | 8/2009 | O'Riorden |
| 2009/0290938 A1 | 11/2009 | Asaoka |
| 2010/0034502 A1 | 2/2010 | Lu et al. |
| 2010/0054668 A1 | 3/2010 | Nelson |
| 2010/0061069 A1 | 3/2010 | Cole |
| 2010/0092136 A1 | 4/2010 | Nhep |
| 2010/0220961 A1 | 9/2010 | de Jong |
| 2010/0239220 A1 | 9/2010 | Lin et al. |
| 2010/0247041 A1 | 9/2010 | Szilagyi |
| 2010/0267742 A1 | 10/2010 | Plate |
| 2010/0284656 A1 | 11/2010 | Morra |
| 2010/0322561 A1 | 12/2010 | Lin et al. |
| 2011/0044588 A1 | 2/2011 | Larson |
| 2011/0045683 A1 | 2/2011 | Foung |
| 2011/0058773 A1 | 3/2011 | Peterhans |
| 2011/0131801 A1 | 6/2011 | Nelson |
| 2011/0155810 A1 | 6/2011 | Taniguchi |
| 2011/0177710 A1 | 7/2011 | Tobey |
| 2011/0239220 A1 | 9/2011 | Gibson |
| 2011/0299814 A1 * | 12/2011 | Nakagawa .......... G02B 6/3879 |
| | | 385/78 |

**US 11,061,190 B2**

Page 4

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2012/0099822 | A1 | 4/2012 | Kuffel et al. |
| 2012/0155810 | A1 | 6/2012 | Nakagawa |
| 2012/0162385 | A1 | 6/2012 | Park et al. |
| 2012/0189260 | A1 | 7/2012 | Kowalczyk |
| 2012/0237177 | A1 | 9/2012 | Minota |
| 2012/0259429 | A1 | 10/2012 | Han et al. |
| 2012/0269485 | A1 | 10/2012 | Haley |
| 2012/0301080 | A1 | 11/2012 | Gniadek |
| 2012/0308183 | A1 | 12/2012 | Irwin |
| 2012/0328248 | A1 | 12/2012 | Larson |
| 2013/0019423 | A1 | 1/2013 | Srutkowski |
| 2013/0071067 | A1 | 3/2013 | Lin |
| 2013/0089995 | A1 | 4/2013 | Gniadek et al. |
| 2013/0094816 | A1 | 4/2013 | Lin |
| 2013/0101258 | A1 | 4/2013 | Hikosaka |
| 2013/0121653 | A1 | 5/2013 | Shitama |
| 2013/0170797 | A1 | 7/2013 | Ott |
| 2013/0183012 | A1 | 7/2013 | Cabanne Lopez |
| 2013/0216185 | A1 | 8/2013 | Klavuhn |
| 2013/0308915 | A1 | 11/2013 | Buff |
| 2013/0322825 | A1 | 12/2013 | Cooke et al. |
| 2014/0016901 | A1 | 1/2014 | Lambourn |
| 2014/0023322 | A1 | 1/2014 | Gniadek |
| 2014/0028527 | A1 | 1/2014 | Becker et al. |
| 2014/0050446 | A1 | 2/2014 | Chang |
| 2014/0056562 | A1 | 2/2014 | Limbert |
| 2014/0133808 | A1 | 5/2014 | Hill |
| 2014/0169727 | A1 | 6/2014 | Veatch |
| 2014/0182351 | A1 | 7/2014 | Miller et al. |
| 2014/0219621 | A1 | 8/2014 | Barnette, Jr. |
| 2014/0226946 | A1 | 8/2014 | Cooke |
| 2014/0241644 | A1 | 8/2014 | Kang |
| 2014/0241678 | A1 | 8/2014 | Bringuier |
| 2014/0241688 | A1 | 8/2014 | Isenhour |
| 2014/0334780 | A1 | 11/2014 | Nguyen |
| 2014/0348477 | A1 | 11/2014 | Chang |
| 2015/0003788 | A1 | 1/2015 | Chen |
| 2015/0111417 | A1 | 4/2015 | Vanderwoud |
| 2015/0191024 | A1 | 4/2015 | Tu et al. |
| 2015/0177463 | A1 | 6/2015 | Lee |
| 2015/0198766 | A1 | 7/2015 | Takahashi |
| 2015/0212282 | A1 | 7/2015 | Lin |
| 2015/0220917 | A1 | 8/2015 | Algreatly |
| 2015/0241644 | A1 | 8/2015 | Lee |
| 2015/0301294 | A1 | 10/2015 | Chang |
| 2015/0331201 | A1 | 11/2015 | Takano |
| 2015/0355417 | A1 | 12/2015 | Takano |
| 2015/0370021 | A1 | 12/2015 | Chan |
| 2015/0378113 | A1 | 12/2015 | Good et al. |
| 2016/0116685 | A1 | 4/2016 | Wong et al. |
| 2016/0131849 | A1 | 5/2016 | Takano |
| 2016/0139343 | A1 | 5/2016 | Dean, Jr. |
| 2016/0148741 | A1 | 5/2016 | Krtamura |
| 2016/0161681 | A1 | 6/2016 | Banal, Jr. |
| 2016/0172852 | A1 | 6/2016 | Tamura |
| 2016/0178852 | A1 | 6/2016 | Takano et al. |
| 2016/0195682 | A1 | 7/2016 | Takano et al. |
| 2016/0231512 | A1 | 8/2016 | Seki |
| 2016/0259135 | A1 | 9/2016 | Gniadek |
| 2016/0266326 | A1 | 9/2016 | Gniadek |
| 2016/0291262 | A1 | 10/2016 | Chang et al. |
| 2016/0320572 | A1 | 11/2016 | Gniadek |
| 2016/0349458 | A1 | 12/2016 | Murray |
| 2016/0370545 | A1 | 12/2016 | Jiang |
| 2017/0003458 | A1 | 1/2017 | Gniadek |
| 2017/0023746 | A1 | 1/2017 | Good |
| 2017/0176691 | A1 | 6/2017 | Childers et al. |
| 2017/0205587 | A1 | 7/2017 | Chang |
| 2017/0205590 | A1 | 7/2017 | Bailey |
| 2017/0205591 | A1 | 7/2017 | Takano |
| 2017/0212313 | A1 | 7/2017 | Elenabaas |
| 2017/0212316 | A1 | 7/2017 | Takano |
| 2017/0254961 | A1 | 9/2017 | Kamada |
| 2017/0276275 | A1 | 9/2017 | Beemer |
| 2017/0276887 | A1 | 9/2017 | Allen |

| | | | |
|---|---|---|---|
| 2017/0293088 | A1 | 10/2017 | Manes et al. |
| 2017/0293089 | A1 | 10/2017 | Gustafson et al. |
| 2017/0343740 | A1 | 11/2017 | Nguyen |
| 2018/0128988 | A1 | 5/2018 | Chang |
| 2018/0156988 | A1 | 6/2018 | Gniadek |
| 2018/0172923 | A1 | 6/2018 | Bauco |
| 2018/0217339 | A1 | 8/2018 | Ma et al. |
| 2018/0217340 | A1 | 8/2018 | Livong et al. |
| 2018/0252872 | A1 | 9/2018 | Chen |
| 2018/0341069 | A1 | 11/2018 | Takano |
| 2019/0204513 | A1 | 7/2019 | Davidson |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201383588 Y | 1/2010 |
| CN | 202600189 U | 12/2012 |
| DE | 19507669 A1 | 9/1996 |
| DE | 19507669 C2 | 10/1998 |
| DE | 202006011910 U1 | 4/2007 |
| DE | 102006019335 A1 | 10/2007 |
| EP | 1211537 A2 | 6/2002 |
| EP | 1211537 A3 | 6/2002 |
| EP | 1245980 A2 | 10/2002 |
| EP | 1245980 A3 | 4/2004 |
| EP | 1566674 A1 | 8/2005 |
| EP | 1245980 B1 | 6/2006 |
| EP | 1074868 B1 | 9/2007 |
| EP | 1566674 B1 | 5/2009 |
| GB | 2111240 A | 6/1983 |
| GB | 2111240 B | 9/1985 |
| JP | 2000089059 A | 3/2000 |
| JP | 03752331 B2 | 3/2006 |
| JP | 2009229545 A | 10/2009 |
| JP | 2009276493 A | 11/2009 |
| JP | 04377820 B2 | 12/2009 |
| KR | 2009005382 A | 1/2009 |
| KR | 200905382 U | 6/2009 |
| KR | 1371686 B1 | 3/2014 |
| TW | 200821653 A | 5/2008 |
| WO | WO2001019904 A1 | 3/2001 |
| WO | WO2001079904 A2 | 10/2001 |
| WO | WO2001079904 A1 | 3/2002 |
| WO | WO2004027485 A1 | 4/2004 |
| WO | WO2006007120 A1 | 1/2006 |
| WO | 2008/11986 A1 | 9/2008 |
| WO | 2009/135787 A1 | 11/2009 |
| WO | WO2010024851 A2 | 3/2010 |
| WO | WO2010024851 A3 | 6/2010 |
| WO | WO2012136702 A1 | 10/2012 |
| WO | 2012/162385 A1 | 11/2012 |
| WO | 2014/182531 A1 | 11/2014 |
| WO | WO2015103783 A1 | 7/2015 |
| WO | 2015/191024 A1 | 12/2015 |
| WO | WO2016019993 A1 | 2/2016 |
| WO | 2016/148741 A1 | 9/2016 |
| WO | WO2019126333 A1 | 6/2019 |

OTHER PUBLICATIONS

PCT/US2018/062406 The written Opinion dated Mar. 18, 2019.
PCT/US2018/062405 International Search Report dated Apr. 3, 2019.
PCT/US2018/062405 The written Opinion dated Apr. 3, 2019.
International Search Report and Written Opinion, Application No. PCT/IB2018/056133, dated Jan. 1, 2019, pp. 7.
Non-Final Office Action, U.S. Appl. No. 16/035,695, dated Sep. 28, 2018, pp. 7.
ISR for PCT/US2019/013861, dated Apr. 8, 2019, 3 pages.
WO for PCT/US2019/013861, dated Apr. 8, 2019, 11 pages.
Fiber Optic Connectors and Assemblies Catalog, 2009, Huber & Suhner Fiber Optics, Herisau, Switzerland.
Final Office Action, U.S. Appl. No. 16/035,691, dated Feb. 11, 2019, pp. 8.
International Search Report and Written Opinion for Application No. PCT/US2018/62406 dated Mar. 18, 2019, 12 pages.
International Search Report and Written Opinion for Application No. PCT/US2019/40700 dated Sep. 27, 2019, 12, pages.

# US 11,061,190 B2

Page 5

(56)        **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion for Application No. PCT/US2019/50895 dated Jan. 6, 2020, 12, pages.
International Search Report and Written Opinion for Application No. PCT/US2019/50909 dated Dec. 17, 2019, 11, pages.
International Search Report and Written Opinion for Application No. PCT/US2019/56564 dated Jan. 14, 2020, 14, pages.
International Search Report and Written Opinion, Application No. PCT/US2018/042202, pp. 17, dated Dec. 7, 2018.
International Search Report and Written Opinion, Application No. PCT/US19/24718, dated Jun. 26, 2019, pp. 7.
International Search Report and Written Opinion, Application No. PCT/US19/46397, dated Nov. 12, 2019, pp. 6.
International Search Report and Written Opinion for PCT Application No. PCT/IB2018/056133, Jan. 3, 2019, 7 pages.
PCY/IB/056133 Search Report dated Jan. 3, 2019.
Fiber Optic Interconnect Solutions, Tactical Fiber Optic Connector Cables and Termini, 2006, Glenair, Inc., Glendale, California.
Fiber Optic Products Catalog, Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania.
International Search Report and Written Opinion dated Apr. 27, 2012 for PCT/US2011/058799.
International Search Report and Written Opinion dated Aug. 27, 2012 for PCT/US2012/039126.

International Search Report and Written Opinion dated Jan. 16, 2014 for PCT/US2013/54784.
International Search Report and Written Opinion dated Oct. 9, 2014 for PCT/US2014/041500.
International Search Report and Written Opinion dated May 14, 2014 for PCT/US2014/012137.
International Search Report and Written Opinion dated Aug. 21, 2008 for PCT/US2008/057023.
International Search Report dated May 19, 2019 for PCT/US2016/028266.
ISR WO2014028527ISR dated Feb. 20, 2014.
ISR WO2015US57610ISR dated Jan. 21, 2016.
International Preliminary Report on Patentability, Application No. PCT/US2018/015733, dated Aug. 8, 2019, pp. 9.
Non-Final Office Action, U.S. Appl. No. 15/882,343, dated Nov. 19, 2018, pp. 12.
European Search Report and Written Opinion dated Mar. 3, 2015 for EP 14187661.
European Search Report and Written Opinion dated Feb. 19, 2015 for EP 14168005.
International Preliminary Report on Patentability dated Aug. 22, 2016 from related International Application No. PCT/US2015/059458, International Filing Date Nov. 6, 2015.

* cited by examiner

FIG. 1.

FIG. 2

FIG. 3

FIG. 4







FIG. 12



FIG. 13





FIG. 16



FIG. 17

FIG. 18

FIG. 19





FIG. 22

FIG. 23

9100

9405.1

FIG. 24



FIG. 25

FIG. 26

FIG. 27

U.S. Patent    Jul. 13, 2021    Sheet 16 of 32    US 11,061,190 B2



FIG. 28



FIG. 29



**FIG. 30**



**FIG. 31**

Case 1:23-cv-00083-JPM   Document 40   Filed 02/01/24   Page 388 of 759 PageID #: 2025



FIG. 32



FIG. 33



FIG. 34



FIG. 35



**FIG. 36**



FIG. 37



**FIG. 38**



FIG. 39



**FIG. 40**



FIG. 41

Case 1:23-cv-00083-JPM Document 40 Filed 02/01/24 Page 398 of 759 PageID #: 2035



FIG. 42



FIG. 43



US 11,061,190 B2

**1**

## SMALL FORM FACTOR FIBER OPTIC CONNECTOR WITH MULTI-PURPOSE BOOT ASSEMBLY

### RELATED APPLICATIONS

This application is a divisional under 35 USC 121 that claims priority to U.S. patent application Ser. No. 16/368, 828, titled "Small Factor Fiber Optic Connector with Multi-Purpose Boot", filed on Mar. 28, 2018, which claims priority to U.S. Patent Application 62/649,539 titled "Micro Connector with Multi-Purpose Boot", filed on Mar. 28, 2018; and further claims priority to U.S. patent with Ser. No. 16/103,555 filed on Aug. 14, 2018 entitled "Ultra-Small Form Factor Optical Connectors Using A Push-Pull Boot Receptacle Release", which is a continuation in-part of U.S. patent application Ser. No. 16/035,691 filed Jul. 15, 2018, entitled "Ultra-Small Factor Optical Connectors", which claims priority from U.S. Provisional Application Ser. No. 62/588,276 filed Nov. 17, 2017; U.S. Provisional Application Ser. No. 62/549,655 filed Aug. 24, 2017; and U.S. Provisional Application Ser. No. 62/532,710 filed Jul. 14, 2017 all of the above applications are incorporated by reference in this non-provisional patent application.

### FIELD OF THE INVENTION

The present disclosure relates generally to ultra-small form factor optical connectors, termed "micro optical connectors," and related connections within adapters and optical transceivers.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connects, still exists. For example, manufacturers of connectors and adapters are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable transceiver footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) transceiver footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

**2**

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into a dense group of connectors and activate a release mechanism, adjacent cables and connectors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the adjacent cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded view of a micro optical connector improved according to disclosed embodiments of push/pull and polarity change in present invention.

FIGS. **2-4** depict a technique polarity changing of the micro connector of FIG. **1**

FIGS. **5-8** depict polarity changing according to an another embodiment of the present invention of a micro-connector.

FIG. **9-11** depict inserting the micro-connector of FIG. **1** into an adapter.

FIG. **12** is a perspective view of a front body according to an embodiment of the present invention.

FIG. **13** is a perspective view of another embodiment of an adapter hook and alignment assembly.

FIG. **14** is a perspective view of micro connectors of FIG. **1** inserted into an adapter.

FIG. **15** is a perspective rear view of a group of micro connectors of FIG. **14**.

FIG. **16** is a perspective view of a micro connector with multi-purpose push/pull-rotatable boot (FIG. **17**) for insert/removal of connector from adapter and for polarity change.

FIG. **17** is a perspective view of multi-purpose rotatable boot assembly with an alignment and offset key releasable attached to the boot assembly.

FIG. **18** is a perspective view of an outer housing of the micro connector of FIG. **16**.

FIG. **19** is a perspective view of front body and boot removed from FIG. **18** outer housing.

FIG. **20** is a perspective view of the micro connector in a first polarity position.

3

FIG. **21** is a perspective view of the connector of FIG. **20** being rotated in direction "R" to a second polarity.

FIG. **22** depicts micro connector of FIG. **20** being rotated further to the second polarity.

FIG. **23** depicts micro connector of FIG. **20** in the second polarity.

FIG. **24** is side view of micro connector of FIG. **16** with a cross section cut "A-A".

FIG. **25** is a view along cross section cut "A-A" of the micro connector of FIG. **16** in a first polarity position.

FIG. **26** is an end view of the boot assembly illustrating an opening for fiber optic cabling.

FIG. **27** is a perspective view of end of a back body, with fiber optic cabling.

FIG. **28** is perspective view along cross section "A-A" at a start of boot rotation to change a micro connector from a first polarity to a second polarity.

FIG. **29** is perspective view along cross section "A-A" in furtherance of boot rotation to change the micro connector from a first polarity to a second polarity.

FIG. **30** is a perspective view of the micro connector in furtherance of boot rotation.

FIG. **31** is a perspective view along cross section "A-A" just prior to completion to a second polarity of the micro connector.

FIG. **32** is a perspective view of the micro connector just prior to completion to a second polarity.

FIG. **33** is a perspective view along cross section "A-A" of micro connector FIG. **16** in a second polarity position.

FIG. **34** is a perspective view along a longitudinal cross section of a micro connector of FIG. **16**, latched into an adapter receptacle with multi-purpose rotatable boot assembly biased forward or pushed in.

FIG. **35** is a perspective view of FIG. **34** as multi-purpose rotatable boot assembly is partially pulled in direction "P".

FIG. **36** is a perspective view of FIG. **34** as multi-purpose rotatable boot assembly (FIG. **17**) is release from adapter hook but still under influence of pulling force "P".

FIG. **37** is perspective view of a micro connector with another push/pull release embodiment incorporated therein.

FIG. **38** is an exploded view of FIG. **37** connector.

FIG. **39** is a side perspective inner view of a micro connector of FIG. **37** without an outer housing.

FIG. **40** is a cross-section view of connector of FIG. **37** latched into a receptacle.

FIG. **41** is a cross-section view of connector of FIG. **37** partial removed using push/pull release according to the present invention.

FIG. **42** is a cross-section view of connector of FIG. **37** released from an adapter receptacle.

FIG. **43** is an exploded view of another embodiment of a micro connector with a releasably attached clip defining a first and a second polarity.

FIG. **44** is an assembly view of the micro connector of FIG. **43** in a first polarity.

FIG. **45** is an assembled view of the micro connector of FIG. **43** in a second polarity.

DETAILED DESCRIPTION

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector maybe configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later

4

developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, an SC duplex connector, or a straight tip (ST) connector. The connector maybe generally defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suikeyle transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors, for use, for example, with future narrow pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow pitch LC duplex connectors and narrow width multi-fiber connectors in dense arrays of narrow pitch LC SFPs and narrow width multi-fiber SFPs.

FIG. **1** depicts an embodiment of micro optical connector **2100**, shown in exploded view. Micro optical connector **2100** may include outer housing **2101**, front body **2102**, one or more ferrules **2103**, one or more ferrule flanges **2104**, one or more springs **2133**, back body **2106**, the latter has a wing **2106.1** on the top and bottom of the body, the wing **2106.1** is secured within an opening **2119** at a distal end of front body **2102**, back post **2107**, crimp ring **2108**, and boot **2109**. Front body **2102** side walls are open not closed, a channel **2194** for aligning ferrule flanges **2104**, and an alignment sleeve opening **2113** to accept ferrule **2103**. Outer housing **2101** may include a longitudinal bore for accommodating front body **2102** and ferrule **2103**, springs **2133** and back body **2106**, connector alignment key **2105** used during interconnection, connector flap **2101.1** and an optional pull key **2110** to facilitate removal of connector **2100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm. Connector flap **2101.1** secures front body **2102** within outer housing **2101**. Alignment key **2105** is also used as blocking structure to indicated connector polarity orientation as disclosed herein. Polarity is determined by the ferrules **9203** (Refer to FIG. **19**), where a first ferrule is for Tx or transmit and a second ferrule is for Rx or receive. As known in the art, a mismatch of ferrules **9203** with opposing ferrules secured in an opposing adapter port, the signal would be lost. Alignment key performs a dual function, when the boot assembly is rotated, the alignment key is repositioned, so upon insertion into an adapter, the connector can be blocked by the key. This in effect disallows the user to insert the connector within the adapter receptacle, thus, preventing a mismatch of signal between opposing connectors across an adapter interface. As disclosed below, starting at FIG. **18** an additional aid may be markings located on the connector housing, indicating "A" or "B" polarity of the connector ferrules after rotating the boot.

US 11,061,190 B2

5

As depicted FIGS. **2-4**, FIG. **2** micro connector **3700** includes an assembled front body **3702** that may be removed from outer housing **3701**, rotated 180° as indicated by the arrow (FIG. **3**), and re-inserted into the outer housing (FIG. **4**). This allows for a change in the polarity of the connector by removing and rotating front body **3702**, and therefore the ferrules can be switched quickly and easily without unnecessarily risking the delicate fiber cables and ferrules. Referring to FIG. **2**, micro connector **3700** is fully assembled. To remove front body **3702** to change connector polarity, as shown in FIG. **3**, one or more flex key **3703** are lifted outward to release front body **3702** for removal in rearward in the direction of the arrow "<". Referring to FIG. **4**, to complete the polarity change, after rotating front body **3702** by 180 degrees as shown in FIG. **3**, front body **3702** is inserted into the outer housing in the direction of arrow "F".

FIG. **5** depicts the operation of the polarity change mechanism using outer housing **5301** (refer to FIG. **6**), where pull key **5310** is integrated with the outer housing. In FIG. **5**, micro connector **5300** is fully assembled. The user inserts a tool in access slot **5329** and lifts off outer housing **5301**, instead of flexible keys **3703** (refer to FIG. **3**). Front body **5302** is removed with the boot and cable attached as shown in FIG. **6**. Turning to FIG. **7**, the outer housing **5301** is rotated 180 degrees, by the arrow "R", and placed back over front body **5302** in the direction of the second arrow as shown. The reversed polarity micro connector **5300** is shown fully assembled in FIG. **8**.

Referring to FIG. **9**, micro connector **5300** is shown just prior to insertion into adapter **5600**. Connector **5300** is partially inserted in FIG. **10**, wherein connector hook (or adapter hook) **5525** has not yet been seated in the connector recess **5511**, and FIG. **11** depicts hook **5525** seated in recess **5511**, in direction of arrow "A".

Referring to FIG. **12**, front body **6102** has two cutouts **6119** and **6121** and an extended middle wall **6110**. Cutout **6121** engages the outer housing hooks (not shown) that replaces flex **3703** to secure the outer housing to the front body. Cutout **6121** secures the polarity change key **5310**. Cutout **6119** secures back post **2106** to front body **6102** via back post front body hook **2106.1** (refer to FIG. **2**). The material is saved at back post **2106** overmolding, by not using the flex key, and this saved material to reinforce the middle wall to better help support the ferrule springs from bending and thus help prevent distorting the ferrules. This reduced material also allowed a reduction in the connector size contribution to a 3.1 mm ferrule to ferrule pitch as shown in FIG. **12**. This distortion can increase insertion loss. Connector recess **6111** is located at the proximal end of front body **6102**, and the recess engages and locks with connector hook **5525**. Referring to FIG. **13**, adapter hook **6246** added chamfers (**6242**, **6226**) to adapter (connector) hook surfaces to improve installation of the connector into the adapter when connector ramps **5512** engage adapter (connector hook) **5525** Refer to FIG. **5**). Adapter hook assembly has an alignment sleeve holder **6227** that accepts one or more ferrules from the micro connector, and aligns the ferrules **9203** with opposing ferrules of a second micro connector (not shown).

FIG. **14** illustrates a group of micro connectors **7500A** inserted into an adapter **5700**. Adapter **5700** has plural of slots **5700a** configured to accept an alignment key **7500A.1** proximal on the alignment and offset key (**7500A**, **9105.1**)

Alignment key, and alignment and offset key is defined as a protrusion adjacent to a side of the connector housing.

FIG. **15** depicts alignment and offset key **7500B** with the group of micro connectors **7500A** of FIG. **14**. Alignment/

6

offset key **7500**B adds stability and reduces misalignment during insertion when key **7500**B acts as a support between connectors as shown. Key **75008** also helps determine polarity of the micro connector, as described herein.

Referring to FIGS. **16-17**, FIG. **16** depicts micro connector **9100** with an alignment and offset key **9105.1** having an offset portion **9123**. Offset portion **9123** engages a top surface of a side bar ledge **9124** for aligning connector **9100** into a multi-receptacle adapter next to another micro connector. Side bar ledge **9124** is located further back or nearer a distal end of a connector (e.g. closer to the cable) where side bar ledge **9124** is part of a multi-purpose rotatable boot **9109.1**. Micro connector **9100** outer housing **9101** is secured to boot **9100.1** via boot hooks **9109.5** (FIG. **17**) that engages second slot **9201.4a** and **9201.4b** in connector housing **9201** (as shown in FIG. **18**), when in polarity status "B" or status "A", as depicted on outside of micro connector housing. Multi-purpose boot is rotatable in the direction of arrow "R".

Referring to FIG. **17**, multi-purpose rotatable boot **9109.1** comprises releasably attached alignment and offset key **9105.1**, releasable at release point **9109.6**, also refer to FIG. **43**. Alignment and offset key **2105** may be fixed on connector outer housing, as shown in FIG. **1** or at alignment key **5305** disclosed in FIG. **37**. The alignment key may have not offset portion as disclosed in FIG. **1** and FIG. **37**, without departing from the scope of the invention, that the boot assembly is rotatable as disclosed in FIGS. **26-27** and FIGS. **25-33** and FIGS. **43-45**. It is the key protruding from the connector housing that is determines polarity upon rotation of the boot assembly as disclosed herein. Alignment key (**2105**, **9405.1**, **5305**, **9600**) or similar structure protruding from the outer connector housing repositioned by the rotating boot assembly and the key interaction with adapter structure that determines polarity as described herein. Referring to FIG. **17**, key **9105.1** has a securing protrusion **9105.2** at a proximal end that engages first slot **9201.3b** in connector housing **9201** (refer to FIG. **18**) to further secure multipurpose rotatable boot assembly **9109.1** to front body **9202** or outer housing **9201**. Multi-purpose rotatable boot assembly **9109.1** comprises a body **9109.1a** with a passageway along line P-P for passing a fiber optic cable (refer to FIG. **26** and FIG. **27**) to the ferrules to complete the signal path.

Referring to FIG. **18**, outer housing **9201** is shown in a Second Polarity orientation "B" comprising corresponding first slot **9201.3b** and second slot **9201.4b**. Multi-purpose rotatable boot assembly **9209.1** (FIG. **19**) is inserted at a distal end of connector housing **9201** shown in the direction of arrow "I". Second slot **9201.4a** corresponds to polarity position "A".

Referring to FIG. **19**, multi-purpose rotatable boot assembly **9209.1** comprises alignment and offset key **9205.1**, as described herein boot hook **9209.5**, side bar ledge **9024** that is configured (as described herein) to engage back body **9206**, front body **9202** and plural of ferrules **9203**. Side bar ledge **9024** accepts offset key **9023** of a second connector when two connectors are inserted into an adapter. This allows connectors to be inserted side by side into an adapter more easily, without jamming. The proximal end (or ferrules **9203** end) of assembly **9209.1** is inserted into a distal end of the outer housing **9201** (FIG. **18**) in the direction of arrow "I". Upon insertion, the outer housing **9201** engages with multi-purpose rotatable boot assembly **9209.1** as shown by the dotted lines between first slot **9201.3b** and second slot **9201.4b**, engaging securing protrusion **9205.2** on alignment and offset key **9205.1** and boot wing **9209.5**. The wing and securing protrusion are received second slot and first slot described in FIG. **18** outer housing.

US 11,061,190 B2

7

Referring to FIG. **20**, front body **9302** and boot assembly **9309**.**1** are assembled in micro connector housing **9301** with alignment and offset key **9305**.**1** in a first polarity position.

Referring to FIG. **21**, multi-purpose rotatable boot assembly **9309**.**1** is rotated in direction "R" to convert from a first polarity "A" (refer to FIG. **20**) to Second Polarity "B" (refer to FIG. **23**), with alignment and offset key **9305**.**1** 180 degrees or opposite the first polarity position as depicted in FIG. **20**, to Second Polarity position "B". Boot rotation key **9305**.**1** may be sized as disclosed in FIG. **1**. Boot hook **9209**.**5** further comprises chamfer **9309**.**2**. Chamfer **9309**.**2** engages wall **9301**.**5** of connector outer housing and chamfer **9309**.**2** lifts boot hook **9209**.**5** out of a distal end of connector housing **9301** and is freed from second slot **9201**.**4**b, and securing protrusion **9105**.**2** (refer to FIG. **17** and shown in FIG. **20**) lifts out of first slot **9201**.**3**b thereby allowing the boot assembly to rotate as shown in the direction "R", FIG. **21**. Chamfer **9309**.**2** may engage wall **9301**.**5** using an angle or chamfer cut opposite current chamfer **9309**.**2** to allow for rotation in the opposite direction of FIG. **21**. Rotation of boot assembly **9309**.**1** changes connector **9100** from a first polarity "A", as depicted in FIG. **20**, to Second Polarity "B", as depicted in FIG. **19** (without connector housing) and FIG. **32**. Boot assembly may be rotated in a clockwise direction, without departing from the scope of the invention.

Referring to FIG. **22**, further rotation of boot assembly **9309**.**1** results in a change to a second polarity as shown in FIG. **23**, with alignment and offset key secured within polarity "B" first slot **9201**.**3**b.

Referring to FIG. **23**, side bar ledge **9023** (as well as alignment key **9305**.**1**) is in Second Polarity position or "B" polarity, and when the micro connector is inserted into an adapter (not shown), the micro connector is oriented with key **9305**.**1** in an opposite position to FIG. **20**, so key may be blocked by corresponding adapter structure (not shown). If micro connector **9100** is blocked by adapter structure this means the micro connector is not in the correct polarity orientation to make a fiber to fiber connection via an adapter to an opposing fiber optic connector or transceiver as is known in the art. After rotation, the ferrules are reversed the top ferrule is now the bottom ferrule, and this results in a second polarity configuration. The second polarity being different from the first polarity, that is, Rx receive signal is now Tx transmit signal path and vice versa. Alignment and offset key **9405**.**1** has been switch from a First Polarity "A" to Second Polarity "B".

FIG. **24** is the micro connector **9100** with a cross section along "A-A" line as shown in FIGS. **25** through **33** further illustrating polarity change using multi-purpose rotatable boot assembly **9209**.**1**. Longitudinal cross section is provided along line "B-B" in various drawings of this application. "L-L" is the longitudinal axis of the connectors in the present invention.

Referring to FIG. **25**, a front view of the cross-section cut "A-A" of the micro connector of FIG. **24** (also FIG. **16**) further comprises an opening through which fiber cabling (not shown) travels, and crimp ring surface **9407**.**1** that is further surrounded by inner round **9409**.**4**. Referring to FIG. **26**, inner round **9409**.**4** engages a back post surface **9406**.**7** formed as an outer round shown at FIG. **27**, as the assembly **9209**.**1** is rotated. Inner round and outer round form mating surfaces that can freely rotate thereby allowing multi-purpose boot assembly to be rotated about fiber optic connector housing. Referring back to FIG. **25**, boot hook **9109**.**5** further comprises first chamfer **9409**.**2**a and first stopping wall **9409**.**3**a, and second chamfer **9409**.**2**b and second

8

stopping wall **9409**.**3**b, in a first polarity position. Boot hooks **9109**.**5** rotate between second slot **9201**.**4**a and second slot **9201**.**4**b during polarity change. Second slot **9201**.**4**a corresponds to the connector being in a "A" polarity position. Likewise, second slot **9201**.**4**b corresponds to the connector being in "B" polarity configuration. Securing protrusion **9405**.**1** resides in first slot **9201**.**3**a for "A" polarity, and then resides in first slot **920**i.**3**b for "B" polarity after boot release **9309**.**1** rotation.

Referring to FIG. **28**, rotating of the boot assembly is started and chamfer **9409**.**2**a engages connector housing wall **9301**.**5** and begins to lift first boot wing **9109**.**5**a out of second slot **9201**.**4**a. Likewise, a second boot wing **9109**.**5**b is rotating out of second slot **9201**.**4**b.

Referring to FIG. **29** upon further rotation in direction "R", securing protrusion **9105**.**2** (refer to FIG. **20**) on alignment and offset key **9405**.**1** is lifted out of first slot **9201**.**3**a (refer to FIG. **20** and FIG. **21**), and boot wing **9109**.**5**a is lifted out of second slot **9201**.**4**a at a top surface and upon 180 degree rotation, securing protrusion **9105**.**2** (refer to FIG. **20**) is accepted into first slot **9201**.**4**b at a bottom surface of the outer housing **9401**. Boot wing **9109**.**5**b moves out of second slot **9201**.**4**b.

Referring to FIG. **30**, the rotation of boot assembly **9409**.**1** is shown as it exits the outer housing **9401** of connector **9100**. Chamfer **9409**.**2**b exits first from this view. Alignment and offset key **9405**.**1** is moving around the outer housing body in a counter-clockwise direction, in this view to a Second Polarity position "B".

Referring to FIG. **31**, alignment and offset key **9405**.**1** is almost in a second polarity position as shown, with chamfer **9409**.**2**b in an opposite orientation to itself in FIG. **25**. Referring to FIG. **32**, connector **9100** shows chamfer **9409**.**2**b in the opposite position to that of FIG. **30**, indicating the connector is close to its second polarity configuration with alignment and offset key **9405**.**1** at bottom surface of outer housing **9401**. FIG. **33** depicts connector **9100** along cross section "A-A" in its second polarity position, with chamfer **9409**.**2**b in second slot **9401**.**4**a at the top surface of outer housing **9401**. Polarity key **9405**.**1** is at the bottom surface of outer housing **9401** indicating the connector is in a second polarity configuration.

Referring to FIG. **34** a micro connector **9100** is shown along cross section "B-B" (refer to FIG. **24**) in a latched position within a receptacle of adapter **2400**. During rotation of the multi-purpose rotatable boot assembly **9209**.**1**, boot wing **9209**.**5** operates as described above in FIGS. **25-33**. This is accomplished by gap **9209**.**6** between boot assembly **9209**.**1** that allows "free-wheeling" about crimp ring **9207** as inner round **9409**.**4** engages back post face surface **9406**.**7** as described in FIGS. **26-27**. Rotating boot assembly while connector is in a latched position within adapter, boot assembly wing **9209**.**5** facing surface is in contact with facing surface **9206**.**2** of back post **2106**, as shown at interface **9100**.**8**. Still referring to FIG. **34**, boot wing **9209**.**5** face engages and releaseably locks with corresponding surface **9301**.**4**a of second slot **9201**.**4** of outer housing **9201**, FIG. **18** and FIG. **21**. Micro connector **9100** is latched and unlatched in an adapter **2400** receptacle using push/pull boot assembly or push/pull key as described in FIGS. **9-11**, or FIGS. **34-36**, or FIGS. **37-42**. Adapter hook **2425** is seated in connector recess **9211** located in front body **9202**. In this position, boot assembly **9209**.**1** is up against back body **2106** as shown at interface **9100**.**8**, as shown by direction of arrow "Pushed In".

Referring to FIG. **35**, boot assembly **9209**.**1** is being pulled rearward in the direction of "P". Boot assembly

US 11,061,190 B2

9

**9209.1** is pulled a release distance "d" to interface **9100.8**, **9100.9** to unlatch connector from adapter interface. At the same time, adapter hook **2425** is being lifted out connector recess **9211** as micro connector **9100** is removed from adapter **2400** receptacle. Boot assembly **9209.1** moves a distance "d" because boot wing **9209.5** engages outer housing face **9301.4***a*, and pulls outer housing **9201** rearward. Outer housing **9201** is pulled rearward connector **9100** is released from this the amount of separation between the distal end of the back body and proximal end of boot assembly **9209.1**. This distance matches channel distance, FIG. **36**, **9100.9***a*, **9100.8***a* in which boot hooks slide upon pulling connector from adapter using rotatable boot assembly. Hooks **2425** lift out of recess **9211** located at a proximal end of front body **2102**, when boot assembly **9209.1** is pulled rearward at least this distance.

Referring to FIG. **36**, once boot assembly **9209.1** is fully pulled in direction of "P", connector **9100** is released from within adapter **2400**. Adapter hook **2425** is completely out of connector recess **9211**, and maximum pulling distance. Once the pull force, "P", is release from boot **9209.1**, interface distance **9100.8** returns to that of FIG. **34**, upon release of pull force "P", on boot assembly **9209.1**.

FIG. **37** depicts connector **5300** with push/pull boot assembly **5345***a* at its distal end receiving a fiber cable with a plural of fiber strands therein, and a proximal end configured to connect and secure to back body assembly **5330***a* secured with outer housing **5301**. Outer housing **5301** has alignment key **5305**, further has opening **5301***a* with stop face **5301***b* that boot wings (**5445***b*, **5445***c*) (refer to FIG. **38**) engage when boot assembly **5345***a* is pulled in a distal direction fully to release connector **5300** from a receptacle as shown in FIG. **41**, when hook **5425** is removed from recess **5711**. Ferrules **5303** provide the Tx, Rx information light signals.

FIG. **38** depicts an exploded view of connector **5300** of FIG. **37**. Boot assembly **5445***a* accepts crimp ring assembly **5440***a* having protective tube **5440***c* covering fiber strands and crimp ring **5440***b* secured to back post **5430***c* of back body assembly **5430***a* including back body **5430***b*. A pair of springs **5425** are placed over a corresponding ferrule assembly **5420** comprising a ferrule and ferrule flange. The ferrule assembly and springs are held within front body **5402** by back body assembly **5430***a*, as described for connector **2100**. Front body **5402** is inserted into distal opening **5401.1** of outer housing **5401** with boot assembly wing **5430***a* secured within a distal opening **5415***b* of front body and wing is secured through opening **5401.4** of outer housing securing outer housing, front body and back body together when assembled with push/pull boot, as depicted in FIG. **37**.

FIG. **39** depicts connector of FIG. **37** without its outer housing **5301**, in an assembled configuration. Boot assembly **5445***a* is secured on back post **5430***c* of back body **5430***a* via crimp ring **5440***a*, as described in FIG. **38**. Wings (**5445***b*, **5445***c*) secure FIG. **39** assembly within outer housing **5301**, and during release of connector **5300** from a receptacle, wings (**5445***b*, **5445***c*) pull back outer housing a specific distance "d", which releases adapter/receptacle hook or latch **5625** that is seated in recess **5611** (refer to FIG. **40**), while connector **5300** is secured within receptacle **2400**. Front body **5402** is secured to connector housing **5401** with back body **5430***a* secured to a distal end of front body **5402**, as described in FIG. **1** and elsewhere in this disclosure.

FIG. **40** depicts connector **5300** secured within receptacle **2400** of FIG. **24**. Receptacle hook or latch **5625** rests in connector recess **561.1** formed within front body **5601**, at its proximal end. A gap of distance "d" **5629** limits travel of

10

front body **5601** as boot release wing **5645***b* engages stop face **5301***b* of outer housing **5601**. This "d" travel removes hook **5625** from connector recess **5611** thereby unlatching or releasing connector from adapter **2400**. Crimp ring **5440***b* is shown secured to back post **5630***c*. Back body **5630***a* is secured within front body **5402** at distal openings **5401***b* (FIG. **38**).

FIG. **41** depicts connector **5300** being removed or pulled out of receptacle **2400** in direction "P". Hook or latch **2425** within receptacle housing lifts out of recess **5711** along front body ramp **5401***d* (FIG. **38**), as boot assembly **5745***a* is being pulled rearward or in a distal direction. Gap **5529** is closed as shown in FIG. **41**. Inner face of connector housing **5715***c* is flush with front face of front body **5701***e*, which stops travel of boot assembly and is configured to ensure adapter latch or hook **2425** is displaced from recess **5711** to release connector from receptacle, as shown in FIG. **42**. Boot wing **5745***c* is secured at a distal end within second slot or opening **5401.4** within connector housing **5401**.

FIG. **42** depicts connector **5300** removed from receptacle **2400** using boot assembly **5845***a*. In this embodiment, wings (**5845***b*, **5845***c*) are flush with outer housing wall **5801***b*. Wings (**5845***b*, **5845***c*) move within gap or opening **5801***c* within connector housing outer wall, as boot **5845***a* is pulled rearward to release connector from adapter **2400** as shown. Spring **5825** biases forward front body face **5815***c* to be flush with front body face **5801***e*, when pull force is released from boot assembly. Hook or latch **2425** is displaced from recess **5811**, and hook resides in adapter housing gap **2400***a* within outer housing of receptacle **2400**. This reduces the overall dimensions of the adapter to accept more connectors.

Referring to FIG. **43**, another embodiment of a polarity change is disclosed using alignment and offset key **9600**. Alignment and offset key **9600** is releasebly attached to boot clip surface **9975** as shown by the dotted line. Attaching key **9600** to a first side of the boot **9209.1**, connector **9100** is in first polarity configuration, and attaching key **9600** to a second side, connector **9100** is in a second polarity configuration. Referring to FIG. **44**, a first polarity configuration is assembled key **9600** is attached to boot **9209.1** of connector **9100**. Referring to FIG. **45**, a second polarity configuration is assembled with key **9600** is attached to the opposite side of boot **9209.1**.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and

**11**

indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more").

The invention claimed is:

**1**. An optical fiber connector comprising:

a front body configured to hold first and second ferrules;

a back body having a proximal end portion and a distal end portion spaced apart along a longitudinal axis, the proximal end portion of the back body configured to couple to the front body, the distal end portion of the back body comprising a cylindrical back post having an outer round surface extending along the longitudinal axis, the back body defining a back body passageway extending from the distal end portion through the proximal end portion; and

a rotatable boot assembly having a proximal end portion and a distal end portion spaced apart along the longitudinal axis, the rotatable boot assembly comprising a main body and a strain relief sleeve extending longitudinally from the main body to the distal end portion of the rotatable boot assembly, the rotatable boot assembly comprising a boot passageway extending from the distal end portion through the main body, the main body comprising an inner round surface extending along the longitudinal axis, the inner round surface defining a proximal end portion of the boot passageway, the rotatable boot assembly configured to be disposed on the back body such that (i) the outer round surface of the back post is matingly received in the inner round surface of the main body and (ii) the cable boot member is slidable along the longitudinal axis relative to the back body for releasing the optical fiber connector from an adapter, the optical fiber connector being configured to terminate a fiber optic cable such that a jacket of the cable is received in the strain relief sleeve in the boot passageway, the boot passageway and the back body passageway configured to align for passing first and second fibers from the fiber optic cable to the front body to complete a signal path to the first and second ferrules within the front body; the main body further comprising at least one boot hook configured for releasably securing the multi-purpose rotatable boot assembly against rotation relative to the back body, and the rotatable boot assembly further comprising an elongate arm extending longitudinally from the main body in a proximal direction along the longitudinal axis, the elongate arm being configured for selectively setting the optical fiber connector to each of a first polarity and a second polarity.

**2**. The optical fiber connector according to claim **1**, wherein the elongate arm is an alignment key.

**3**. The optical fiber connector according to claim **2**, wherein the alignment key aligns the proximal end of the optical fiber connector into the adapter.

**4**. The optical fiber connector according to claim **2**, wherein the alignment key further comprises an offset key, the offset key stabilizes the distal ends of the fiber optic connector and the second fiber optic connector.

**5**. An alignment and offset key comprising:

a main body with a proximal end closer to a ferrule within fiber optic connectors,

and a distal end closer to an incoming fiber optic cable;

the proximal end further comprises a protrusion, the protrusion is configured to be accepted into a slot made in an adapter housing for aligning the fiber optic connector upon inserting the fiber optic connector into the adapter;

**12**

the distal end further comprising an offset key, the offset key has protrusion on one side and forms a gap on the opposing side, and wherein the offset key attached to a fiber optic connector, the protrusion mates with a gap formed by a second offset key attached to a second fiber optic connector, whereby the mating stabilizes the distal end of the fiber optic connector with the second fiber optic when the connectors are secured within the adapter.

**6**. The optical fiber connector according to claim **1**, wherein the at least one boot hook comprises first and second boot hooks.

**7**. The optical fiber connector according to claim **6**, wherein the first and second boot hooks are spaced apart on diametrically opposite sides of the longitudinal axis.

**8**. The optical fiber connector according to claim **6**, wherein when the rotatable boot assembly is disposed on the back body, the first and second boot hooks are spaced apart on diametrically opposite sides of the back body passageway and radially overlap the back body passageway relative to the longitudinal axis.

**9**. The optical fiber connector according to claim **6**, wherein the first and second boot hooks are releasable to allow the rotatable boot assembly to rotate on the fiber optic cable 180° about the longitudinal axis from a first polarity position in which the elongate arm sets the optical fiber connector to the first polarity to a second polarity position in which the elongate arm sets the optical fiber connector to the second polarity.

**10**. The optical fiber connector according to claim **9**, wherein when the rotatable boot assembly is in the first polarity position, the first boot hook is on a first side of the back post and the second boot hook is on a second side of the back post; and wherein when the boot assembly is in the second polarity position, the first boot hook is on the second side of the back post and the second boot hook is on the first side of the back post.

**11**. The optical fiber connector according to claim **9**, wherein the elongate arm is connected to the main body to rotate with the main body as the rotatable boot assembly rotates between the first polarity position and the second polarity position.

**12**. The optical fiber connector according to claim **6**, wherein the first boot hook and the elongate arm are radially spaced apart from the longitudinal axis in a first direction and the second boot hook is radially spaced apart from the longitudinal axis in a second direction opposite the first direction.

**13**. The optical fiber connector according to claim **1**, wherein the boot hook is releasable to allow the rotatable boot assembly to rotate on the fiber optic cable 180° about the longitudinal axis from a first polarity position in which the elongate arm sets the optical fiber connector to the first polarity to a second polarity position in which the elongate arm sets the optical fiber connector to the second polarity.

**14**. The optical fiber connector according to claim **13**, wherein the elongate arm is connected to the main body to rotate with the main body as the rotatable boot assembly rotates between the first polarity position and the second polarity position.

**15**. The optical fiber connector according to claim **14**, wherein the front body holds the first and second ferrules such that the first ferrule is radially spaced apart from the longitudinal axis in a first direction and the second ferrule is radially spaced apart from the longitudinal axis in a second direction opposite the first direction.

US 11,061,190 B2

13

14

**16**. The optical fiber connector according to claim **15**, wherein when the rotatable boot assembly is in the first polarity position, the elongate arm is radially spaced apart from the longitudinal axis in the first direction; and wherein when the boot assembly is in the second polarity position, the elongate arm is radially spaced apart from the longitudinal axis in the second direction.

**17**. The optical fiber connector according to claim **15**, wherein the front body comprises a contiguous ferrule support wall extending transverse to the longitudinal axis and having a first end portion radially spaced apart from the longitudinal axis in the first direction and a second end portion radially spaced apart from the longitudinal axis in the second direction, the ferrule support wall defining a first ferrule opening radially spaced between the first end portion and the longitudinal axis and a second ferrule opening radially spaced between the longitudinal axis and the second end portion, the front body configured to receive the first ferrule in the first opening and the second ferrule in the second opening, the front body further comprising a first elongate portion extending longitudinally from the first portion of the ferrule support wall and a second elongate portion extending longitudinally from the second end portion of the ferrule support wall, the first and second elongate portions having distal end segments that define an undivided space between them that opens longitudinally through a distal end of the front body.

**18**. The optical fiber connector according to claim **17**, wherein the proximal end portion of the back body is configured to be received in the undivided space between the distal end segments of the first and second elongate portions.

**19**. The optical fiber connector according to claim **1**, wherein the back body passageway and the boot passageway form a single, undivided longitudinal passage through which the first and second fibers are passable from the cable to the first and second ferrules.

**20**. The optical fiber connector according to claim **1**, wherein the back body passageway comprises a distal segment along the back post, a proximal segment along the proximal end portion of the back body, and a transition segment between the distal segment and the proximal segment,

  wherein the back body passageway has a first inner dimension along a first radial axis and a second inner dimension along a second radial axis perpendicular to the first radial axis,

  wherein along the distal segment, the back body passageway is substantially circular such that the first inner dimension is about the same as the second inner dimension;

  wherein along the proximal segment, the back body has a cross-sectional shape that is elongate along the first radial axis such that the first inner dimension is greater than the second inner dimension; and

  wherein along the transition segment, as the back body passageway extends in the proximal direction along the longitudinal axis, the first inner dimension increases by a greater amount than the second inner dimension.

\*    \*    \*    \*    \*

# EXHIBIT I



US011391895B2

(12) **United States Patent**
Gniadek et al.

(10) Patent No.: **US 11,391,895 B2**
(45) Date of Patent: **Jul. 19, 2022**

(54) **OPTICAL FIBER CONNECTOR WITH CHANGEABLE POLARITY**

(71) Applicant: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

(72) Inventors: **Jeffrey Gniadek**, Oxford, ME (US); **Kim Man Wong**, Kowloon (HK); **Yim Wong**, Kowloon (HK); **Jimmy Chang**, Worcester, MA (US)

(73) Assignee: **Senko Advanced Components, Inc.**, Hudson, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/366,489**

(22) Filed: **Jul. 2, 2021**

(65) **Prior Publication Data**

US 2021/0405303 A1    Dec. 30, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/161,556, filed on Jan. 28, 2021, which is a continuation of application No. 16/707,532, filed on Dec. 9, 2019, now Pat. No. 11,079,557, which is a continuation of application No. 15/601,308, filed on May 22, 2017, now Pat. No. 10,539,750, which is a continuation of application
(Continued)

(51) **Int. Cl.**
*G02B 6/38*        (2006.01)

(52) **U.S. Cl.**
CPC ......... *G02B 6/3895* (2013.01); *G02B 6/3831* (2013.01); *G02B 6/3885* (2013.01); *G02B 6/3825* (2013.01); *G02B 6/3893* (2013.01)

(58) **Field of Classification Search**
CPC .. G02B 6/3895; G02B 6/3831; G02B 6/3885; G02B 6/3825; G02B 6/3893
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,150,790 A | 4/1979 | Potter | |
| 4,327,964 A | 5/1982 | Haesly et al. | |
| 4,478,473 A | 10/1984 | Frear | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2495693 C | 1/2013 |
| CN | 2836038 Y | 11/2006 |

(Continued)

OTHER PUBLICATIONS

"Fiber Optic Interconnect Solutions, Tactical Fiber Optic Connectors, Cables and Termini" 2006, Glenair, Inc., Glendale, California, wvvw.mps-electronics.de/fileadmin/files/MPS-E/Produkte/Katalog/Glenair/KatalogGlenair-LWL1110.pdf.

(Continued)

*Primary Examiner* — John Bedtelyon

(57) **ABSTRACT**

A multi-fiber, fiber optic connector may include a reversible keying arrangement for determining the orientation for plugging the connector into an adapter to thereby allow for a change in polarity of the connection to be made on site. The connector housing may be configured to engage with a removable key that may be engaged with the housing in at least two different locations to provide the plug-in orientation, or the housing may have slidably displaceable keys movable between multiple positions on the housing.

**26 Claims, 17 Drawing Sheets**



## US 11,391,895 B2
Page 2

### Related U.S. Application Data

No. 14/637,314, filed on Mar. 3, 2015, now Pat. No. 9,658,409.

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,762,388 | A | 8/1988 | Tanaka et al. |
| 4,764,129 | A | 8/1988 | Jones et al. |
| 4,840,451 | A | 6/1989 | Sampson et al. |
| 4,872,736 | A | 10/1989 | Myers et al. |
| 4,979,792 | A | 12/1990 | Weber et al. |
| 5,041,025 | A | 8/1991 | Haitmanek |
| D323,143 | S | 1/1992 | Ohkura et al. |
| 5,212,752 | A | 5/1993 | Stephenson et al. |
| 5,265,181 | A | 11/1993 | Chang |
| 5,289,554 | A | 2/1994 | Cubukciyan et al. |
| 5,317,663 | A | 5/1994 | Beard et al. |
| 5,335,301 | A | 8/1994 | Newman et al. |
| 5,348,487 | A | 9/1994 | Marazzi et al. |
| 5,444,806 | A | 8/1995 | De Marchi et al. |
| 5,481,634 | A | 1/1996 | Anderson et al. |
| 5,506,922 | A | 4/1996 | Grois et al. |
| 5,521,997 | A | 5/1996 | Rovenolt et al. |
| 5,570,445 | A | 10/1996 | Chou et al. |
| 5,588,079 | A | 12/1996 | Tanabe et al. |
| 5,684,903 | A | 11/1997 | Kyomasu et al. |
| 5,687,268 | A | 11/1997 | Stephenson et al. |
| 5,781,681 | A | 7/1998 | Manning |
| 5,937,130 | A | 8/1999 | Amberg et al. |
| 5,956,444 | A | 9/1999 | Duda et al. |
| 5,971,626 | A | 10/1999 | Knodell et al. |
| 6,041,155 | A | 3/2000 | Anderson et al. |
| 6,049,040 | A | 4/2000 | Biles et al. |
| 6,134,370 | A | 10/2000 | Childers et al. |
| 6,178,283 | B1 | 1/2001 | Weigel |
| RE37,080 | E | 3/2001 | Stephenson et al. |
| 6,206,577 | B1 | 3/2001 | Hall et al. |
| 6,206,581 | B1 | 3/2001 | Driscoll et al. |
| 6,227,717 | B1 | 5/2001 | Ott et al. |
| 6,238,104 | B1 | 5/2001 | Yamakawa et al. |
| 6,247,849 | B1 | 6/2001 | Liu |
| 6,461,054 | B1 | 10/2002 | Iwase |
| 6,471,412 | B1 | 10/2002 | Belenkiy et al. |
| 6,478,472 | B1 | 11/2002 | Anderson et al. |
| 6,551,117 | B2 | 4/2003 | Poplawski et al. |
| 6,579,014 | B2 | 6/2003 | Melton et al. |
| 6,634,801 | B1 | 10/2003 | Waldron et al. |
| 6,648,520 | B2 | 11/2003 | Mcdonald et al. |
| 6,682,228 | B2 | 1/2004 | Rathnam et al. |
| 6,685,362 | B2 | 2/2004 | Burkholder et al. |
| 6,695,486 | B1 | 2/2004 | Falkenberg |
| 6,854,894 | B1 | 2/2005 | Yunker et al. |
| 6,872,039 | B2 | 3/2005 | Baus et al. |
| 6,935,789 | B2 | 8/2005 | Gross, III et al. |
| 7,090,406 | B2 | 8/2006 | Melton et al. |
| 7,090,407 | B2 | 8/2006 | Melton et al. |
| 7,091,421 | B2 | 8/2006 | Kukita et al. |
| 7,111,990 | B2 | 9/2006 | Melton et al. |
| 7,113,679 | B2 | 9/2006 | Melton et al. |
| D533,504 | S | 12/2006 | Lee |
| D534,124 | S | 12/2006 | Taguchi |
| 7,150,567 | B1 | 12/2006 | Luther et al. |
| 7,153,041 | B2 | 12/2006 | Mine et al. |
| 7,198,409 | B2 | 4/2007 | Smith et al. |
| 7,207,724 | B2 | 4/2007 | Gurreri |
| D543,146 | S | 5/2007 | Chen et al. |
| 7,258,493 | B2 | 8/2007 | Milette |
| 7,281,859 | B2 | 10/2007 | Mudd et al. |
| D558,675 | S | 1/2008 | Chien et al. |
| 7,315,682 | B1 | 1/2008 | En Lin et al. |
| 7,325,976 | B2 | 2/2008 | Gurreri et al. |
| 7,325,980 | B2 | 2/2008 | Pepe |
| 7,329,137 | B2 | 2/2008 | Martin et al. |
| 7,331,718 | B2 | 2/2008 | Yazaki et al. |
| 7,354,291 | B2 | 4/2008 | Caveney et al. |
| 7,371,082 | B2 | 5/2008 | Zimmel et al. |
| 7,387,447 | B2 | 6/2008 | Mudd et al. |
| 7,390,203 | B2 | 6/2008 | Murano et al. |
| D572,661 | S | 7/2008 | En Lin et al. |
| 7,431,604 | B2 | 10/2008 | Waters et al. |
| 7,463,803 | B2 | 12/2008 | Cody et al. |
| 7,465,180 | B2 | 12/2008 | Kusuda et al. |
| 7,510,335 | B1 | 3/2009 | Su et al. |
| 7,513,695 | B1 | 4/2009 | Lin et al. |
| 7,561,775 | B2 | 7/2009 | Lin et al. |
| 7,591,595 | B2 | 9/2009 | Lu et al. |
| 7,594,766 | B1 | 9/2009 | Sasser et al. |
| 7,641,398 | B2 | 1/2010 | O'Riorden et al. |
| 7,695,199 | B2 | 4/2010 | Teo et al. |
| 7,699,533 | B2 | 4/2010 | Milette |
| 7,824,113 | B2 | 11/2010 | Wong et al. |
| 7,837,395 | B2 | 11/2010 | Lin et al. |
| D641,708 | S | 7/2011 | Yamauchi |
| 8,186,890 | B2 | 5/2012 | Lu |
| 8,192,091 | B2 | 6/2012 | Hsu et al. |
| 8,202,009 | B2 | 6/2012 | Lin et al. |
| 8,251,733 | B2 | 8/2012 | Wu |
| 8,267,595 | B2 | 9/2012 | Lin et al. |
| 8,270,796 | B2 | 9/2012 | Nhep |
| 8,408,815 | B2 | 4/2013 | Lin et al. |
| 8,465,317 | B2 | 6/2013 | Gniadek et al. |
| 8,636,424 | B2 | 1/2014 | Kuffel et al. |
| 8,651,749 | B2 | 2/2014 | Jnior et al. |
| 8,770,863 | B2 | 7/2014 | Cooke et al. |
| 9,829,645 | B2 | 11/2017 | Good et al. |
| 2003/0053787 | A1 | 3/2003 | Lee |
| 2004/0052473 | A1 | 3/2004 | Seo et al. |
| 2004/0136657 | A1 | 7/2004 | Ngo |
| 2004/0141693 | A1 | 7/2004 | Szilagyi et al. |
| 2004/0161958 | A1 | 8/2004 | Togami et al. |
| 2004/0234209 | A1 | 11/2004 | Cox et al. |
| 2005/0111796 | A1 | 5/2005 | Matasek et al. |
| 2005/0141817 | A1 | 6/2005 | Yazaki et al. |
| 2006/0089049 | A1 | 4/2006 | Sedor |
| 2006/0127025 | A1 | 6/2006 | Haberman |
| 2006/0269194 | A1 | 11/2006 | Luther et al. |
| 2006/0274411 | A1 | 12/2006 | Yamauchi |
| 2007/0028409 | A1 | 2/2007 | Yamada |
| 2007/0079854 | A1 | 4/2007 | You |
| 2007/0098329 | A1 | 5/2007 | Shimoji et al. |
| 2007/0149062 | A1 | 6/2007 | Long |
| 2007/0230874 | A1 | 10/2007 | Lin |
| 2007/0232115 | A1 | 10/2007 | Burke et al. |
| 2007/0243749 | A1 | 10/2007 | Wu |
| 2008/0008430 | A1 | 1/2008 | Kewitsch |
| 2008/0044137 | A1 | 2/2008 | Luther et al. |
| 2008/0069501 | A1 | 3/2008 | Mudd et al. |
| 2008/0101757 | A1 | 5/2008 | Lin et al. |
| 2008/0226237 | A1 | 9/2008 | O'Riorden et al. |
| 2008/0267566 | A1 | 10/2008 | En Lin |
| 2009/0022457 | A1 | 1/2009 | De Jong et al. |
| 2009/0028507 | A1 | 1/2009 | Jones et al. |
| 2009/0196555 | A1 | 8/2009 | Lin et al. |
| 2009/0214162 | A1 | 8/2009 | O'Riorden et al. |
| 2009/0220197 | A1 | 9/2009 | Gniadek et al. |
| 2010/0034502 | A1 | 2/2010 | Lu et al. |
| 2010/0092136 | A1 | 4/2010 | Nhep |
| 2010/0247041 | A1 | 9/2010 | Szilagyi |
| 2010/0322561 | A1 | 12/2010 | Lin et al. |
| 2011/0044588 | A1 | 2/2011 | Larson et al. |
| 2011/0131801 | A1 | 6/2011 | Nelson et al. |
| 2011/0177710 | A1 | 7/2011 | Tobey |
| 2012/0099822 | A1* | 4/2012 | Kuffel .................... G02B 6/383 |
| | | | 385/78 |
| 2012/0189260 | A1 | 7/2012 | Kowalczyk et al. |
| 2012/0269485 | A1 | 10/2012 | Haley et al. |
| 2012/0301080 | A1 | 11/2012 | Gniadek |
| 2013/0071067 | A1 | 3/2013 | Lin |
| 2013/0089995 | A1 | 4/2013 | Gniadek et al. |
| 2013/0094816 | A1 | 4/2013 | Lin et al. |
| 2013/0121653 | A1 | 5/2013 | Shitama et al. |
| 2013/0183012 | A1 | 7/2013 | Cabanne Lopez et al. |
| 2013/0322825 | A1 | 12/2013 | Cooke et al. |
| 2014/0016901 | A1 | 1/2014 | Lambourn et al. |
| 2014/0023322 | A1 | 1/2014 | Gniadek |

**US 11,391,895 B2**

Page 3

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| 2014/0050446 | A1 | 2/2014 | Chang |
| 2014/0133808 | A1 | 5/2014 | Hill et al. |
| 2014/0334780 | A1 | 11/2014 | Nguyen et al. |
| 2014/0348477 | A1 | 11/2014 | Chang |
| 2015/0003785 | A1 | 1/2015 | Raven et al. |
| 2015/0378113 | A1 | 12/2015 | Good et al. |

FOREIGN PATENT DOCUMENTS

| CN | 201383588 | Y | 1/2010 |
| CN | 202600189 | U | 12/2012 |
| DE | 202006011910 | U1 | 4/2007 |
| DE | 102006019335 | A1 | 10/2007 |
| EP | 1074868 | A1 | 2/2001 |
| EP | 1211537 | A2 | 6/2002 |
| EP | 1245980 | A2 | 10/2002 |
| EP | 1566674 | A1 | 8/2005 |
| GB | 2111240 | A | 6/1983 |
| JP | 2009229545 | A | 10/2009 |
| JP | 2009276493 | A | 11/2009 |
| TW | 200821653 | A | 5/2008 |
| WO | 2001079904 | | 10/2001 |
| WO | 2004027485 | A1 | 4/2004 |
| WO | 2008112986 | A1 | 9/2008 |
| WO | 2009135787 | A1 | 11/2009 |
| WO | 2010024851 | A2 | 3/2010 |
| WO | 2012136702 | A1 | 10/2012 |
| WO | 2012162385 | A1 | 11/2012 |
| WO | 2013052070 | A1 | 4/2013 |
| WO | 2014028527 | A2 | 2/2014 |
| WO | 2014182351 | A1 | 11/2014 |

OTHER PUBLICATIONS

"Fiber Optic Products Catalog" Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania, www.ampnetconnect.com/documents/Fiber/020Optice/020Catalog/0201107.pd f.

International Search Report and Written Opinion dated Aug. 21, 2008 for PCT/US2008/057023.

International Search Report and Written Opinion dated Apr. 27, 2012 for PCT/US2011/058799.

International Search Report and Written Opinion dated Aug. 27, 2012 for PCT/US2012/039126.

International Search Report and Written Opinion dated Aug. 29, 2014 for PCT/US2014/041500.

International Search Report and Written Opinion dated Jan. 16, 2014 for PCT/US2013/54784.

International Search Report and Written Opinion dated May 14, 2014 for PCT/US2014/012137.

International Search Report and Written Opinion dated Aug. 22, 2016 from corresponding International Application go. PCT/US15/59458, International Filing Date Nov. 6, 2015.

Extended European Search Report in related Application No. 15884159.3 dated Sep. 3, 2018, 8 pages.

Office Action issued for Taiwanese Patent Application No. 104140112 dated Oct. 8, 2019, 11 pages.

International Preliminary Report on Patentability dated Sep. 14, 2017 from related International Application No. 3CT/US2015/059458, International Filing Date Nov. 6, 2015.

Fiberoptic Connectors and Assemblies Catalog 2009, Huber & Suhner Fiber Optics, Herisau, Switzerland, www.ioogle.co.in/url?sa=t&source=web&cd=63&ved=OCCMQ9ACODw&url=http%3A%2P/02Fwww.hubersuhner.com%2Fwrite rtn binary_pdr/o3Fbinaryid%3D8DBC7DE2EB72D315%26binarytype%3D484 DKA363AEB7E&ei=ZvcvTujWH4ntrAfH-dXZCg&usg=AFQJCNE1MdC-4avewRJU6IDVc WYbrOQQ.

European Search Report and Written Opinion dated Feb. 19, 2015 for EP 14168005.

European Search Report and Written Opinion dated Mar. 3, 2015 for EP 14187661.

* cited by examiner

FIG. 1



FIG. 2A



FIG. 2B



**FIG. 3A**



**FIG. 3B**



**FIG. 4**



**FIG. 5A**

**FIG. 5B**

**FIG. 5C**



**FIG. 5D**

FIG. 6A          FIG. 6B



FIG. 6E



Detail E

FIG. 6C          FIG. 6D



Section C-C          Section D-D









FIG. 12A

FIG. 12B



FIG. 13A

FIG. 13B

FIG. 13C

Section B-B

Detail C

FIG. 14A



510
526
528
530a   526b   526a

FIG. 14B



510
526
528
532b   526b   530a
526a



FIG. 15A

526a   532a   526
530a
529
526b

530a
526a   529   552
FIG. 15B   532a   533a





**FIG. 18A**          **FIG. 18B**



**FIG. 18C**          **FIG. 18D**





FIG. 20B

FIG. 20A



FIG. 20C





FIG. 21A

630

650

FIG. 21B

652

FIG. 21C

654   652



FIG. 22

632

626

**FIG. 23A**



**FIG. 23B**



**FIG. 23C**



**FIG. 24**



**FIG. 25**



**FIG. 26A**

**FIG. 26C**

**FIG. 26D**

**FIG. 26B**



FIG. 27

830

852



FIG. 28B

FIG. 28A

852b

852a

852b

852a

850

850

FIG. 28C

850

852a

852b



FIG. 29

826a
or
826b

830

FIG. 30A



FIG. 30B



US 11,391,895 B2

| 1 | 2 |

**OPTICAL FIBER CONNECTOR WITH
CHANGEABLE POLARITY**

CROSS REFERENCE TO RELATED
APPLICATIONS

This application is a continuation of U.S. patent application. Ser. No. 16/707,532 filed on Dec. 9, 2019 which is a continuation of U.S. patent application Ser. No. 15/601,308 filed on May 22, 2017, now U.S. Pat. No. 10,539,750 issued Jan. 21, 2020, which is a continuation of U.S. patent application Ser. No. 14/637,314, filed Mar. 3, 2015, now U.S. Pat. No. 9,658,409 issued on May 23, 2017, and all the contents of the above patent applications are incorporated by reference in their entirety as if fully set forth herein. The title of the patents above is "Optical Fiber With Changeable Polarity".

BACKGROUND

Demand for bandwidth by enterprises and individual consumers continues to experience exponential growth. To meet this demand efficiently and economically, data centers have to achieve ultra-high density cabling with low loss budgets. Fiber optics have become the standard cabling medium used by data centers to meet the growing needs for data volume and transmission speeds.

Individual optical fibers are extremely small. For example, even with protective coatings, optical fibers may be only about 250 microns in diameter (only about 4 times the diameter of a human hair). As such, hundreds of fibers can be installed in cables that will take up relatively little space. For connections between cables, however, the fibers are terminated with connectors. Multiple fibers may be arranged within a single connector. For example, multi-fiber connectors such as those using multi-fiber push-on/pull-off (MPO) technology may contain and connect 12 or 24 fibers. Connectors, such as MPO type connectors, generally include a housing portion that contains a ferrule that terminates the ends of the fibers. Ferrules are generally used to retain the ends of the optical fibers for connecting the optical fibers. One type of optical ferrule that may be used with MPO connectors is an MT (Mechanically Transferable) ferrule.

Typically, MPO connectors are joined together to connect the optical transmission path of one fiber optic cable to another fiber optic cable or device, and the connection may be made by inserting the MPO connectors in an MPO adapter. An adapter generally includes a housing, or portion of a housing, having at least one port which is configured to receive and hold a connector to facilitate the optical connection of the connector ferrule with the ferrule of another connector or other device. Adapters may be used to facilitate connections contained within a chassis. The term "chassis" as used herein broadly refers to a containment structure for housing electrical components or switching components.

As a result of the use of pre-terminated fiber assemblies, the issue of maintaining polarity in parallel fiber-optic links is becoming increasingly important. Described simply, polarity maintains proper continuity between transmitters and receivers. In order to make sure that connectors are mated correctly with an adapter, the connector and adapter typically include fixed keying features that permit the connector to be mated with the adapter in generally only one mating configuration. While this has the advantage of preventing a connection that has the wrong polarity, it also can make it difficult to change the polarity of the connection on site.

Therefore, there remains a need for multi-fiber, fiber optic connectors that have the flexibility of easily changing the polarity of the connector on site.

SUMMARY

So that the polarity of a multi-fiber, fiber optic connector may be changed, a housing of the connector may be configured to include a removable key that may be positioned at alternate locations on the housing. To change the polarity, the key may be moved from one location to another.

A multi-fiber fiber optic connector includes a ferrule having a plurality of optical fibers supported therein, and a housing disposed around at least a portion of the ferrule. The housing has a first end for being inserted into a fiber optic adapter, a second end disposed opposite the first end, and at least a first wall portion extending from the first end towards the second end and a second wall portion opposite the first wall portion and extending from the first end towards the second end, wherein each of the first wall portion and the second wall portion have an internal surface disposed towards the ferrule and an external surface disposed outwardly away from the ferrule. The housing defines a longitudinal axis in a direction from the first end to the second end, a transverse axis orthogonal to the longitudinal axis, and a vertical centerline through the first and second portions. The connector also includes a key configured to be removably attached to either the first wall portion to define a first keyed configuration for insertion of the first end into the adapter in only a first orientation to define a first polarity with respect to the adapter, or the second wall portion to define a second keyed configuration for insertion of the first end into the adapter in only a second orientation to define a second polarity with respect to the adapter, wherein the second polarity is opposite to the first polarity. The key includes a first end configured for engaging with the housing adjacent the first housing end to prevent movement of the first key end with respect to the housing in at least a direction laterally away from the housing when removably attached to either the first wall portion or the second wall portion, and a second end disposed longitudinally away from the first end and configured for being removably attached to the housing at a second location of the housing spaced longitudinally from the first end of the housing towards the second end of the housing to prevent movement of the key with respect to the housing in at least a longitudinal direction along the housing when removably attached to either the first wall portion or the second wall portion.

In an embodiment, a housing for a fiber optic connector includes a first end for being inserted into a fiber optic adapter, and a second end disposed opposite the first end, and the housing defines a longitudinal direction from the first end to the second end, and a transverse direction orthogonal to the longitudinal direction. The housing also includes at least a first wall portion extending from the first end towards the second end and a second wall portion opposite the first wall portion and extending from the first end towards the second end, wherein each of the first wall portion and the second wall portion have an external surface disposed outwardly away from the ferrule. The housing also includes a key configured to be removably attached to either the first wall portion to define a first keyed configuration for insertion of the first end into the adapter in only a first orientation to define a first configuration with respect to the adapter, or the second wall portion to define a second keyed configuration for insertion of the first end into the adapter in only a second orientation to define a second configuration

US 11,391,895 B2

3

with respect to the adapter. The key includes one of a snap-in fastener and a twist lock fastener configured for engaging with either the first wall portion or the second wall portion, and each of the first wall portion and the second wall portion comprises an opening configured for receiving the snap-in fastener or the twist in fastener to releasably retain the key with either the first wall portion or the second wall portion.

In an embodiment, a method is provided for switching the polarity configuration between a multi-fiber fiber optic connector and a corresponding adapter configured for receiving the connector. The connector has a connector housing comprising a first end for being inserted into the adapter, a second end disposed opposite the first end, and at least first and second movably displaceable keys displaceable along the housing between a first position adjacent the first end and a second position disposed towards the second end. One of the first and second keys may be in its first position and the other of the first and second keys may be in its second position to provide a first polarity for the fiber optic connector. The method includes slidingly displacing the first key from its corresponding first or second position to the other of the first and second positions, and slidingly displacing the second key from its corresponding first or second position to the other of the first and second positions, to provide a second opposite polarity for the fiber optic connector.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 depicts perspective views of an MPO connector and adapter according to an embodiment.

FIGS. 2A and 2B depict mating/polarity configurations of MPO connectors according to an embodiment.

FIGS. 3A and 3B are representative top and bottom perspective views of a fiber optic connector housing with a detachable key for changing the polarity of the connector according to an embodiment.

FIG. 4 is a perspective view of a partially disassembled fiber optic connector housing according to the embodiment of FIGS. 3A and 3B.

FIGS. 5A-5D are bottom, top, end and side views of a key according to the embodiment of FIGS. 3A and 3B.

FIGS. 6A-6E are face, side, cross-sectional and detail views of the fiber optic connector housing according to the embodiment of FIGS. 3A and 3B.

FIG. 7 is a perspective view of an alternative key according to an embodiment.

FIG. 8 shows the key of FIG. 7 positioned on a connector housing according to an embodiment.

FIGS. 9A-9C are face, cross-sectional and detailed views of a connector of the embodiment of FIG. 8.

FIGS. 10A and 10B are different perspective views of an alternative key according to embodiment.

FIGS. 11A-11C are various views of a connector with the key of FIGS. 10A and 10B according to an embodiment.

FIGS. 12A and 12B are different perspective views of an alternative key according to an embodiment.

FIGS. 13A-13C are various views of a connector with the key of FIGS. 12A and 12B according to an embodiment.

FIGS. 14A and 14B are perspective views of a connector with movable keys according to an embodiment.

FIGS. 15A and 15B are views of components of the connector of FIGS. 14A, 14B with the outer housing removed according to an embodiment.

FIGS. 16A-16C show top, side and cross-sectional views of the connector or FIG. 14A, 14B according to an embodiment.

4

FIGS. 17A-17E are various views of the moveable key of FIGS. 14A, 14B according to an embodiment.

FIGS. 18A-18D show views of the inner and outer housing components of the connector of FIGS. 14A, 14B according to an embodiment.

FIGS. 19A-19E show sequential views (top and cross-sectional) of the process of switching the polarity of the connector of FIGS. 14A, 14B according to an embodiment.

FIGS. 20A-20C show side and detailed views of the connector of FIGS. 14A, 14B according to an embodiment.

FIGS. 21A-21C are views of an alternative movable key according to an embodiment.

FIG. 22 provides a top view of an inner housing for the key of FIGS. 21A-21C according to an embodiment.

FIGS. 23A-23C show cross-sectional views of a connector assembly with the keys of FIGS. 21A-21C according to an embodiment.

FIG. 24 is a perspective view of a connector having a 'snap-in' key according to an embodiment.

FIG. 25 is top view of the inner housing of the connector of FIG. 24 according to an embodiment.

FIGS. 26A-26D show bottom, side, end and detailed views of a snap-in key according to an embodiment.

FIG. 27 is a perspective view of an 'twist-lock' insertable key according to an embodiment.

FIGS. 28A-28C are bottom, end and side views of the key of FIG. 27 according to an embodiment.

FIG. 29 is a top view of the inner housing of a connector for the key of FIG. 27 according to an embodiment.

FIGS. 30A and 30B show representative views of an internal side of a housing wall for engaging with the key of FIG. 27 according to an embodiment.

DETAILED DESCRIPTION

As used herein, the term "optical fiber" is intended to apply to all types of single mode and multi-mode light waveguides, including one or more bare optical fibers, coated optical fibers, loose-tube optical fibers, tight-buffered optical fibers, ribbonized optical fibers, bend performance optical fibers, bend insensitive optical fibers, nanostructured optical fibers or any other expedient for transmitting light signals. A multi-fiber optic cable includes a plurality of the optical fibers. Such cables have a variety of names depending on their particular usage, and may be considered as "trunk cables" or "trunks" when connected to fiber optic modules used to form connections to jumper cables using a select polarity.

For connection of cables together or with other fiber optic devices, the terminal ends of a cable may include a connector. A connector may include a housing structure configured to interact with and connect with an adapter. An adapter, in a simple form, may include two aligned ports for aligning fiber optic connectors therein to align and connect optical fibers end-to-end. As described herein, the connectors and adapters may be considered multi-fiber connectors and multi-fiber adapters.

While the following description is directed towards MPO adapters and MPO connectors with MT optical ferrules, the embodiments described may be applicable to other adapters, connectors and ferrule types as well. An embodiment of an MPO connector 10 and adapter 12 are generally represented in FIG. 1. A first end of the connector 10 may include a ferrule 14 that may be a multi-fiber ferrule as shown. In addition, the connector 10 may have attached thereto, a fiber optic cable 15a and cable boot 15b (shown only schematically) that may extend from a second end of the connector.

US 11,391,895 B2

5

An adapter 12 may include a first end 16 having a first plug-in port 18 for receiving the ferrule end of an optical fiber connector 10 therein, and may include a second end 16 having an additional plug-in port 22 (not visible) for receiving an additional MPO optical fiber connector, or other type of fiber optic device therein.

For retention of an MPO connector 10 within each of the ports 18, 22 the ports may be provided internally with a connector clip that may be formed by the two resilient tabs 24a, 24b configured to be displaceable outwardly for insertion and removal of a connector 10 into or out of the ports 18, 22, and return to essentially their original position to engage and retain a connector in the ports. Adapters 12 may be configured to be mounted on a chassis panel, and may include mounting flanges 26a, 26b to mount the adapter via screws, for example.

A connector 10 may include an inner housing 26 that may surround the ferrule 14. In the embodiment depicted, ferrule 14 is of the female type—a pairing connector may have a male-type ferrule with two guide pins that fit into the receiving holes of the female ferrule. A connector 10 may also include an outer housing member 28 that may be slidably disposed about the inner housing 26 adjacent the second end of the connector 10. To provide for a predetermined alignment of the fiber optic cables within the adapter 12, the inner housing may include an alignment key 30 that is configured to fit within keying slot 32 of the adapter. For example, in the embodiment depicted, one of the connector 10 or adapter 12 will need to be rotated about its axis 180° to align the key 30 with the slot 32. Inner housing 26 may slide into port 18 until tabs 24a, 24b engage into slots 34a, 34b of the inner housing. The outer housing 28 may be moved towards the second end to allow the tabs 24a, 24b to engage into slots 34a, 34b, and to retain the tabs in the slots, the outer housing may be slid back towards the first end and over the tabs. The outer housing 28 may be biased towards the first end via springs (shown for example in FIG. 6D) or alternative types of biasing devices.

FIGS. 2A and 2B represent the two different modes of connection alignment to provide for the two different modes of polarity. FIG. 2A may be indicated as representing what may be termed a 'normal' polarity wherein fiber No. 1 of the connector 10a may mate with fiber No. 1 of connector 10b, and similarly, fiber No. 12 of the connector 10a may mate with fiber No. 12 of the connector 10b. For this type of alignment, the key 30 may be disposed adjacent side A of the ferrule, and the adapter may be keyed accordingly, with the slots 32 (FIG. 1) in correspondingly opposed surfaces within the adapter 12. To reverse the polarity of the connection between connectors 10a, 10b, as shown in FIG. 2B, the key position of the key 30 of connector 10b would need to be changed to the opposite surface for reversed alignment in an adapter 12, fiber No. 1 of the connector 10a may mate with fiber No. 12 of connector 10b, and similarly, fiber No. 12 of the connector 10a may mate with fiber No. 1 of the connector 10b. Alternatively, the key 30 of the connector 10b could be changed, or in a further embodiment, a different type of adapter may be used, wherein the slots 32 may be aligned on the same internal surface within the adapter 12.

Since an adapter 12 may already be permanently mounted on a surface, and may have a cable plugged into a back side thereof, an embodiment wherein the location of key 30 may be changed would provide for a quick, onsite polarity change. An embodiment of a connector 110 having a detachable key 130 is represented in FIG. 3. For clarity, the ferrule and any cable and cabling components are omitted. The connector may include an inner housing 126 and an outer

6

housing 128. The inner housing may have a top side wall 126a and a bottom side wall 126b that may be disposed opposite one another, or rotationally, 180° from one another about a central longitudinal axis 140. The designation top and bottom are used for reference only as per the orientation shown, and could alternatively be interchanged. In an embodiment, each of the side walls 126a and 126b may be similar, or essentially the same, and each side wall may include a corresponding slot 132a and 132b that is configured for receiving the key 130. At least a portion of the key 130 may be configured to be removably insertable into either of the slots 132a and 132b. The key 130 may be configured in conjunction with the walls 126a and 126b to be removably attached with either the top wall 126a or the bottom wall 126b. In an embodiment, when key 130 is disposed with the top wall 126a, the connector 110 may be configured to define a first keyed configuration for insertion of the first end of the connector into an adapter in only a first orientation to define a first polarity with respect to the adapter. Alternatively, when key 130 is disposed with the bottom wall 126b, the connector 110 may be configured to define a second keyed configuration for insertion of the first end into the adapter in only a second orientation to define a second polarity with respect to the adapter. As discussed previously, the second polarity may be considered to be opposite to the first polarity.

FIG. 4 shows a partially disassembled view of the connector 110 of FIGS. 3A and 3B. In an embodiment, as shown in greater detail in FIGS. 5A-5D, the key 130 may include a body portion 150 that may include a slot or hole 151 at a first end of the key, and a guide rail 152 at a second end of the key. The guide rail 152 may be configured to fit within either of the slots 132a, 132b to guide longitudinal movement of the key 130 into a slot, and also prevent side-to-side (lateral) movement of the key once inserted in the slot. The guide rail 152 and slots 132a, 132b may also be configured with respect to one another to prevent the key from moving out of the slot in a direction transverse to the longitudinal axis. In an embodiment, the width of the slots 132a, 132b may widen in a direction from the external surfaces of the housing to the internal surface. The guide rail 152 may be correspondingly configured, as shown in FIG. 5C to have a narrower width adjacent the body 150 and widen in a direction extending away from the base. With such a configuration the key 130 may essentially be prevented from being lifted upwardly away from the housing 126 once inserted in a slot 132a or 132b, while also being prevented from moving laterally on the housing.

To engage the key 130 longitudinally with respect to the housing 126, the housing may include a projection 160 over which the key body 150 may be inserted to engage the projection within the hole 151. The projection 160 may be tapered outwardly away from the housing in at least the insertion direction to facilitate movement of the key body 150 up and over the projection. To facilitate removal of a key 130, once engaged with the projection 160, the key body may include at least one gripping ridge 154, or alternatively a plurality of ridges (as shown) disposed along the body 150. The ridges may be configured to be engaged, for example with a fingernail, to pull the key from the housing 126.

Additional details of the connector housing 110 may be seen in the views represented by FIGS. 6A-6F. FIGS. 6A and 6B show representative face and side views of the connector 110 with the key 130 installed. FIG. 6C is a cross-sectional view along line C-C in FIG. 6A, and FIG. 6D is a cross-sectional view along line D-D in FIG. 6B. As mentioned previously with regard to FIG. 1, the outer housing 128 may

US 11,391,895 B2

7

be slidably disposed about the inner housing **126** and a spring **170** may be provided to bias the outer housing forwardly, or towards the first, or insertion end of the inner housing as represented in FIG. **6**D. Tabs **129**, as shown in detail in FIG. **6**E, may be configured to limit forward movement of the outer housing **128** along the inner housing **126**.

The outer housing **128** may be moved rearwardly on the inner housing by a distance d1. Movement of the outer housing over the distance d1 provides access to the slots **134** for engagement into the slots of adaptor tabs (such as tabs **24**a, **24**b in FIG. **1**) for engagement of the connector **110** within an adapter. Similarly, the outer housing **128** may be displaced by the distance d1 to release the adapter tabs for removal of the connector **110** from the adapter. FIG. **6**E shows a detailed view of the interconnection between the key body **150** and hole **151** with the projection **160** of the inner housing **126**. As shown in FIG. **6**E, the second end of the body **150** may fit between the inner housing **126** and outer housing **128**. As such, in an embodiment, the outer housing **128** may be displaced by the distance d1 to provide clearance for the key to be inserted onto the inner housing **126**. When the outer housing **128** is biased forwardly as shown, the key body **150** may be prevented from being released from the projection **160**. To remove the key **130**, the outer housing **128** may be slid rearwardly by the distance d1 to provide clearance for lifting of the key body **150** outwardly away from around the projection **160** as shown in FIG. **6**F.

An alternative embodiment of a removable key **230** is depicted in FIG. **7**. In the embodiment of FIG. **7**, the guide rail **252** may essentially be similar to the guide rail **152** as discussed above. Alternatively, the guide rail **152** may have an alternative configuration. The gripping surface may include at least one groove **254** that may function in essentially the same manner as the ridges **154** as discussed above, that is, to provide a surface that may be readily engaged to slide the key **230** from the inner housing **226**. In an embodiment, the key **230** may have a solid key body **250** at the first end **231**, or alternatively, as shown, may include an elongated slot **251** that may provide various functions as set forth further herebelow.

In an embodiment as represented in FIGS. **7** and **8**, the configuration for releasably retaining the key **230** with the inner housing **226** may include lateral tabs **256**a, **256**b at the first, or insertion end **231** of the key body **250**. The lateral tabs **256**a, **256**b may be configured to define corresponding lateral recesses **258**a, **258**b. The top or bottom surface **226**, in addition to having slots for receiving the guide rail **252** (not shown, but essentially similar to slots **132**a, **132**b in FIG. **4**), may include projections **272**a, **272**b configured to straddle the key body **250** wherein the width between the projections may be substantially the same as the width of the key body between the lateral recesses **258**a, **258**b.

The key **230** may be engaged with the inner housing **226** by insertion of the first key end **231** between the projections **272**a, **272**b. By including a slot **251** between the lateral tabs **256**a, **256**b at the first end **231**, the tabs may more easily be deflected inwardly to allow for the tabs to pass between the projections **272**a, **272**b. Alternatively, if a slot **251** is not included, some polymeric materials of which the key may be constructed, may be resilient sufficiently to allow for inward compression of the tabs **256**a, **256**b to permit the tabs to move past the projections **272**a, **272**b. Once past the projections **272**a, **272**b, the tabs **256**a, **256**b may again push

8

outwardly and retain the key **230** in engagement with the inner housing **226**, at least in the longitudinal direction of insertion of the key.

The thickness of the body **250** at the first end **231** may essentially be the same as the space defined between the inner housing **226** and an outer housing **228** (FIGS. **9**A-**9**C) so that the key **230** cannot be lifted away from the inner housing when the outer housing is in place, ensuring that removal of the key **230** must be done by longitudinal displacement of the key from between the projections **272**a, **272**b.

FIGS. **9**A-**9**C show an alternative embodiment of an outer housing **228**. In conjunction with the key **230** having a slot **251**, the inside of the outer housing may include a guide **275** that is configured to fit within the elongated slot for movement within the slot upon movement of the outer housing longitudinally along the inner housing **226**. In an embodiment, the guide **275** could also provide an additional stop for hindering longitudinal withdrawal of the key **230** from between the inner housing **226** and outer housing **228**. When the outer housing **228** is in its forward biased position as shown, the thickness of the key body **250** may be essentially the same as the distance between the inner and outer housings. As such, upon an initial movement of the key **230** in a longitudinally downward in the figure, the slot **251** would move along the guide **275** until the inner surface **231**a of the first end **231** would contact the guide, thereby hindering further outward movement of the key.

So that the first end **231** of the key **230** may pass into the space between the inner housing **226** and outer housing **228**, the inner housing may include a recess **276** that has a depth into the housing that is sufficient to permit the first end to pass between the guide **275** and the inner housing. In an embodiment as represented in FIGS. **9**B and **9**C, the deepest part of the recess **276** may be located at a position along the inner housing **226** that corresponds to a location at which the guide **275** might be located upon displacement of the outer housing **228** towards the back end of the inner housing. As such, when the outer housing **228** is biased forward into its normal use position, the key **230** will not pass between the guide **275** and the inner body **226**. The key **230** may only pass when the outer housing **228** is first displaced towards the back end of the inner housing **226**.

In the various embodiments disclosed herein, the keys and housing components, may be formed of rigid polymers or metals, for example. In general, any type of substantially rigid material may be used. The material should have a rigidity sufficient to retain the necessary engagement between the key and the housing so that the key remains in place except when a force is applied to remove the key.

Another embodiment of a key **330** is shown in FIGS. **10**A and **101**B. The key **330** may, for example, be a formed metal band or rigid polymer. The key **330** may include a longitudinal body **350** having a first end **350**a and a second end **350**b. A connector **310** in conjunction with a key **330** is represented in FIGS. **11**A-**11**C. At the front end **327**, each of the sidewalls **326**a and **326**b may include a recess or notch **280** that is configured to receive the second end of the key **330** therein. The second end **350**b may be hooked, or U-shaped to provide a bent flange **352** configured to fit around the front end **327** of the inner housing **326**. Such a configuration of a hook and notch may prevent lateral movement of the key **330** on the sidewalls **326**a and **326**b, and may prevent movement transversely away from the housing, or a lifting off from the housing via the second end.

The first end **350**a of the key **330** may include a tab **353** that extends substantially orthogonally from the body **350**.

US 11,391,895 B2

9 10

As represented in FIGS. 11B and 11C, the inner housing may have a recess, slot or hole 382 configured for receiving the tab 353 therein. Once tab 353 is engaged within the slot 382, longitudinal movement of the key 330 may be inhibited. As shown in FIG. 11A, outer housing 328 may prevent the first end 350a of the key 330 from being lifted away from the inner housing 326, so that when the outer housing is biased into its forward position, the key 330 is essentially locked in place on the housing.

Outer housing 328 may be displaced rearwardly for installation and removal of the key 330. For installation, the outer housing 328 may be displaced rearwardly against the bias of springs (not shown, but discussed previously). The flange 352 may be aligned with the notch 380 and the key may be slid longitudinally into place with the flange in the notch to align the tab 353 with the slot 382. Tab 353 may be pushed into the slot 382 and the outer housing 328 may be released to move forwardly to cover the first end 350a of the key 330 and hold the key in place. This procedure may be reversed for removal of the key 330. Outer housing 328 may be displaced rearwardly, tab 353 may be lifted out of the slot 382, and the key may be slid longitudinally off of the inner housing 326.

In an alternative embodiment, as represented in FIGS. 12A, 12B and 13A-13C, a key 430 may be configured to releasably connect with the outer housing 428. The key 430 may include a longitudinal body portion 450 and a guide rail 452 on the second end 450b. The guide rail 452 may be configured to engage in a slot 432a, 432b of the inner housing 426 in a manner as described earlier with regard to FIGS. 6A-6E. In an embodiment, instead of a hole at the insertion end, the body 450 may include a projection 455 that extends away from the body. To engage with the projection 455, as shown in detail in FIG. 13C, the outer housing 428 may include a receptacle 490 into which the projection may extend when the outer housing is in place around the inner housing 426.

Similar to earlier embodiments, the second end 450b of the key 430 may be retained in the slots 432a, 432b in the lateral and transverse directions by the configuration of the guide rail 452. The second end 450b may essentially be movable in only the longitudinal direction upon insertion or removal of the key 430. When inserted, the first end 450a of the key 430 may be held in place from lateral movement by a pair of projections 492 extending from the inner housing and defining a space therebetween that is essentially the same as the width of the body portion 450. The outer housing 428 may include depressible tabs 488 that, when pressed down, press downwardly on the first end 450a to release the projection 455 from engagement in the receptacle 490.

In an alternative embodiment, as shown in FIGS. 14A, 14B, 15A, 15B, 16A, 16B and 16C, instead of a single key that may be alternatively placed in conjunction with each face of the top or bottom sidewalls of the connector, a connector 510 may be configured so that each sidewall 526a, 526b includes a corresponding displaceable key 530a, 530b. Similar to previous embodiments, the connector 510 may include an inner housing 526 with a longitudinally displaceable outer housing 528 disposed about the inner housing. Each sidewall 526a, 526b may include a longitudinal slot 532a, 532b that extends forwardly from the rear end of the inner housing 526, and as discussed further below, the keys are movably disposable along the lengths of the slots. Depending on the desired polarity, one of the keys 530a or 530b may be positioned forwardly in the slots 532a, 532b, while the other is positioned out of the way, or hidden under

the outer housing. In an embodiment, the width of the slots 532a, 532b may widen in a direction from the external surfaces of the housing to the internal surface.

As shown in FIGS. 17A-17E, each key 530 may include a key body 550 and a projecting guide rail 552, similar to the key 130 as previously discussed with reference to FIGS. 5A-5D. Projecting rails 552 may have a narrower width adjacent the body 550 and either widen in a direction extending away from the body, or have a base portion disposed away from the body that has a width greater than the width adjacent the body. Slots 532a, 532b may include an enlarged entry port 533a, 533b that has a width sufficient to allow for passage of the guide rail 552 therethrough. FIG. 16B shows the key 530a disposed over the slot 532a with the guide rail 552 over the entry port 533a, and the key 530b disposed within the slot 532b. Once inserted through the entry ports, the keys 530a, 530b may be displaceable longitudinally along the slots 532a, 532b, and once moved forwardly from the entry ports may not be lifted out of the slots in a direction transverse to the longitudinal direction of the slots due to the configuration of the guide rail with the greater width disposed away from the body.

FIGS. 18A-18D depict the inner housing 526 and outer housing 528. In an embodiment, the inner housing 526 may include stops 529 configured to limit the forward movement of the outer housing 528 under bias of the springs 570. The outer housing may have a front end 528a for being disposed towards the front end of the inner housing 526 when disposed on the inner housing, and a rear end 528b disposed opposite the front end. The outer housing 528 may include internal stops 561, that may be disposed adjacent the rear end 528b, and configured for engaging with the stops 529 of the inner housing 526. A forward facing surface of the stops 529 may be sloped angularly upwards towards the rear of the inner housing so that the outer housing can be forced over the stops when the outer housing is slid onto the inner housing from the front end of the inner housing.

FIGS. 19A-19E represent the operation of the displaceable keys 530a, 530b in relation to the displaceable outer housing 528 and inner housing 526. FIG. 19A represents a connector configured with a first polarity with key 530a in a forward 'active' position and key 530b in a hidden 'inactive' position. To change the polarity, the outer housing 528 may be displaced rearwardly on the inner housing 526 as shown in FIG. 19B. After displacing the outer housing 528, key 530 will be partially exposed. Key 530a may be slid rearwardly out of its 'active' position into its 'inactive' position and, as shown in FIG. 19C, both keys may be in their 'inactive' position. Key 530b may be slid forwardly out of its 'inactive' hidden position into its 'active' position as shown in FIG. 19D, and the outer housing 528 may be released to return to its forward position as represented in FIG. 19E.

While the above-described sequence represents one mode of switching the polarities, the sequence of movements may be altered. For example, key 530b may be moved forwardly prior to moving key 530a rearwardly. To hold the keys 530a, 530b in the forward, or rearward, position, the outer housing and/or keys may include a stop/retention configuration. In an embodiment as represented in FIGS. 20A-20C, (see also FIG. 18A) the exterior surfaces of walls 526a, 526b may include a ridge 563a positioned corresponding to the forward position of a key, and a ridge 563b positioned corresponding to a rearward position of a key. The keys 530a, 530b, as represented in FIGS. 17A-17E may include a corresponding slot 565 (FIGS. 17B, 17C, 17E) for engaging with either of the ridges 563a or 563b depending on the

US 11,391,895 B2

11

location of the key. Each key 530a, 530b may therefore be moveable longitudinally over the ridges and when the slots engage with a ridge, the frictional engagement between the keys and the housing will increase and a person working with the connector will be able to feel when engagement occurs. Once engaged, an additional amount of force would then be needed to move the keys from their engaged positions. Alternative configurations of engagement features may also be provided. As an example, as previously discussed with reference to FIGS. 7 and 8, lateral projections and recesses, similar to projections 256a and recesses 258a may be provided on the sides of a key 530a, 530b and the housing surface could include a projection such as projections 272a, so that a similar engagement as previously described may be provided for positioning of the keys on the inner housing. Alternatively, the features could be reversed wherein the housing may include slots and the keys may include corresponding ridges.

In a variation of the displaceable key, a key 630 could be configured as depicted in FIG. 21. In an embodiment, the key 630 may have a longer body 650 so that more than half of the length of the body, for example about ⅗ to about ⅔ of the key body, will be covered by the outer housing 628, as depicted in FIG. 23A, when the outer housing is in its rest, or forward position. With this type of configuration, the guide rail 652 may be configured as a 'fin-like' projection extending from the body 650. As depicted in FIG. 22, a longitudinal slot 632 on the inner housing 626 may be configured for receipt of the rail 652 therein. Similar to the previously described embodiments, each of the top and bottom surfaces of the inner housing 626 may essentially be identical.

Since at least, for example, about ⅗ of the length of the key 630 may be disposed between the inner housing and the outer housing, the outer housing will essentially prevent lateral movement of the key away from the inner housing 626 when the outer housing is in its forward position as represented, for example by key 630a in FIG. 23A in its forward, or 'active' position. In this position of the outer housing 628, the key 630b will essentially be hidden in its rearward, or 'inactive' position. The guide rail 652 may therefore not require any widening at its end away from the body as was previously described for guide rail 552.

As in previous embodiments, the outer housing 628 may be displaceable rearwardly to a position as represented in FIG. 23B. In this embodiment, for example, only ⅓ to ⅖ of the 'active' key may then be covered by the outer housing. In this position of the outer housing 628 the 'inactive' key 630b may be exposed for engaging the key to pull the key forward, if desired. The 'active' key 630a may by pushed rearwardly into its 'inactive' position, and by changing the position of both keys, the polarity of the connector may be changed. Alternatively, as represented in FIG. 23C, when the outer housing 628 is in its rearward position, the keys 630a and/or 630b may be removed from the connector or inserted into position on the connector, as a flexibility of the material of the key may provide sufficient clearance for the fin 652 to be lifted out of its corresponding slot 632, so that a key may be pulled form or inserted into the connector.

In a further embodiment, as represented in FIGS. 24-26C, a connector 710 may include a snap-in key 730. Each of top or bottom walls 726a or 726b of the inner housing 726 may essentially be identical and include a slot 732 for receiving a snap-in projection of the key 730. The key 730 may include a key body portion 750 and a projecting engagement member 752 that is configured to fit into the slot 732 and retain the key 730 in engagement with the inner body 726.

12

The engagement member 752 may be configured as a 'snap-in' type connector, wherein the engagement member may compress to fit through the slot 732 and then expand to retain member within the slot. In general, any type of 'snap-in' configuration may be usable.

In an embodiment as shown, the engagement member 752 may include first and second leg portions 747a and 747b separated by a slot that allows for the leg portions to be resiliently displaced towards one another for passage into and through the slot 732. Once through the slot 732 the leg portions 747a, 747b may return to their natural position. One or both of the leg portions 747a, 747b may include a catch 749 that projects outwardly from the leg portions to give the engagement member a width which is greater than a width of the slot 732. As represented in FIG. 26D, with an inner housing wall depicted in outline, when the leg portions 747a, 747b pass through the slot 732 in the inner housing wall and return to their normal positions, the catches can engage the inside surface of the housing wall to thereby provide a retention force against removing the key 730 from the inner housing 726.

The key body 750 may include recessed notches 745 along the longitudinal sides thereof to facilitate removal of the key 730 from the slot 732. The notches 745 may be configured to provide space for insertion of a tool, such as a small screwdriver, or even a fingernail, under the body 750 to apply a lifting force and pry the key 730 upwardly away from the inner housing 726. To prevent rotation of a key 730 on the inner housing 726, the engagement member 752 and slot 732 may have a length dimension (in a longitudinal direction of the key, or housing) that is at least twice as long as a width dimension transverse to the length dimension.

As an alternative to the 'snap-in' configuration, as represented in FIGS. 27 and 28A-28C, a key 830 may be configured with a twist-lock connector 852. The key 830 may include a connector 852 that extends away from the bottom surface of a body portion 850 of the key. The connector 852 may include a shaft portion 852a that extends from the body portion 850 and an arm portion 852b that extends away from the shaft portion. In an embodiment, the arm portion 852b may extend from the shaft portion 852a to only one side of the shaft as shown. Alternatively, the arm portion 852b and shaft portion 852a may be configured with a "T" configuration and the arm portion may extend bilaterally away from the shaft portion in opposite directions (not shown). The top and bottom walls 826a and 826b may include a corresponding passage 831 having a size and shape configured for passage of the arm portion 826b therethrough. The shaft portion 852a may have length extending from the body portion 850 so that the length may be substantially the same as the thickness of a wall portion of the top and bottom walls 826a and 826b at least in the vicinity of the passage 831. The arm portion 852b, may thereby engage with an inner surface of the top or bottom walls 826a and 826b after being inserted through the passage 831 and then rotated about the shaft 852a as represented in FIG. 29.

As shown in FIG. 29, the key 830 may be attached to either of the top or bottom walls 826a and 826b by aligning the key as represented by the dashed key outline (longitudinal axis of the key transverse to the longitudinal axis of the connector), inserting the arm portion 826b through the opening 831 and rotating the key by about 90° to the 'locked-in' key position as represented by the solid key outline (longitudinal axis of the key aligned with the longitudinal axis of the connector). Once rotated, the arm portion 826b as indicated by the dotted outline will no longer

US 11,391,895 B2

13

be aligned with the passage **831** and will be engaged with an interior surface of the top or bottom surfaces **826**a and **826**b to thereby prevent a lifting or removal of the key **830** away from the top or bottom walls.

To change the polarity of the connector, the key **830** may be rotated back to its transverse position (dashed line), lifted from the top or bottom walls **826**a, **826**b, and reinstalled on the opposite surface. To limit rotational movement of the key **830**, the interior side of the walls may include a stop member **833**, shown in FIG. 30A, which, upon rotation of the key about 90°, is engaged by the arm portion **826**b to block further rotation. The stop member may be provided by a thickening of the wall, a projection from the wall, or alternatively, the arm may rotate within a depression **859** extending into the wall from the interior towards the exterior, and which depression may have the shape of a quarter, or half of a circle, so that the sides of the depression may provide rotational stops.

In addition to, or as an alternative to the stop **833**, in a manner similar to the embodiments of FIGS. **18**A and **20**A, a ridge **863** may be provided on the exterior surface of the top and bottom walls **826**a and **826**b, and the bottom surface of the key body **850** may include a corresponding slot **855** for engaging with the ridge upon rotation of the key **830** into its locked-in position. The ridge/slot configuration may also be configured to provide resistance to minimize inadvertent rotation of a key on the surfaces once a key is 'lock-in'. If a stop **833** is not provided, the ridge/slot configuration would also provide a user a noticeable engagement to indicate a proper alignment of the key on the housing.

In an alternative embodiment (not shown) the shaft **852**a may be threaded with at least one circumferential thread and the opening **831** may include a matching thread and rotation of the shaft within the opening may thread the key into and out of the wall in a manner as would be represented by a nut and bolt engagement.

Various parts, components or configurations described with respect to any one embodiment above may also be adapted to any others of the embodiments provided.

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations

14

are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that this disclosure is not limited to particular methods, reagents, compounds, compositions or biological systems, which can, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (e.g., bodies of the appended claims) are generally intended as "open" terms (e.g., the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," etc.). It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (e.g., "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (e.g., the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, etc." is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (e.g., "a system having at least one of A, B, and

15

C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, etc.). In those instances where a convention analogous to "at least one of A, B, or C, etc." is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (e.g., "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, etc.). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, etc. As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, etc. As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

What is claimed is:

1. A fiber optic connector comprising:
a connector housing having a longitudinal axis and comprising an exterior portion extending circumferentially about a space with respect to the longitudinal axis, the exterior portion including first and second exterior walls on opposite sides of the longitudinal axis, the connector housing being configured to receive a plurality of optical fibers in the space between the first and second exterior walls, the first exterior wall comprising a first elongate groove along the longitudinal axis and the second exterior wall comprising a second elongate groove along the longitudinal axis; and
a polarity change element comprising a key portion and a tongue, the tongue being configured to be slidably received in a selected one of each of the first elongate groove and the second elongate groove to selectively and releasably position the polarity change element on

16

a corresponding one of the first exterior wall and the second exterior wall such that the key portion is externally positioned on the respective one of the first exterior wall and the second exterior wall,

wherein positioning the polarity change element on the first exterior wall such that the key portion is externally positioned on the first exterior wall configures the fiber optic connector in a first polarity configuration and positioning the polarity change element on the second exterior wall such that the key portion is externally positioned on the second exterior wall configures the fiber optic connector in a second polarity configuration; and

wherein the fiber optic connector is configured to be plugged into a mating receptacle with the connector housing in a first rotational orientation about the longitudinal axis when the fiber optic connector is in the first polarity configuration and the fiber optic connector is configured to be plugged into the mating receptacle with the connector housing in a second rotational orientation about the longitudinal axis when the fiber optic connector is in the second polarity configuration, the second rotational orientation being offset from the first rotational orientation about the axis by 180°;

wherein the polarity change element comprises opposing lateral tabs defining a first width and the connector housing includes a first pair of projections adjacent the first elongate groove and a second pair of projections adjacent the second elongate groove, the first pair of projections separated by a first opening having a second width and the second pair of projections separated by a second opening having the second width, the first width being greater than the second width;

wherein the fiber optic connector is configured so that:
as the tongue is slidably received in the first elongate groove to position the polarity change element on the first exterior wall to configure the fiber optic connector is in the first polarity configuration, the opposing lateral tabs pass through the first opening in a first longitudinal direction, and
when the fiber optic connector is in the first polarity configuration, the opposing lateral tabs are configured to engage the first pair of projections when the polarity change element is urged in a second longitudinal direction opposite the first longitudinal direction in relation to the connector housing to resist withdrawal of the tongue from the first elongate groove, whereby the opposing lateral tabs and the second pair of projections releasably retain the polarity change element on the first exterior wall; and

wherein the fiber optic connector is further configured so that:
as the tongue is slidably received in the second elongate groove to position the polarity change element on the second exterior wall to configure the fiber optic connector is in second first polarity configuration, the opposing lateral tabs pass through the second opening in the first longitudinal direction, and
when the fiber optic connector is in the second polarity configuration, the opposing lateral tabs are configured to engage the second pair of projections when the polarity change element is urged in the second longitudinal direction in relation to the connector housing to resist withdrawal of the tongue from the first elongate groove, whereby the opposing lateral

17

tabs and the second pair of projections releasably retain the polarity change element on the second exterior wall.

**2**. The fiber optic connector as set forth in claim **1**, wherein each of the first elongate groove and the second elongate groove has an open axial end.

**3**. The fiber optic connector as set forth in claim **2**, wherein the tongue is configured to be received in each of the first elongate groove and the second elongate groove by insertion along the longitudinal axis into the respective open axial end.

**4**. The fiber optic connector as set forth in claim **3**, wherein the connector housing comprises a housing front end portion configured to be plugged into the receptacle and a housing rear end portion spaced apart from the housing front end portion along the longitudinal axis in a rear direction, wherein the polarity change element has an element front end portion and an element rear end portion spaced apart from the element front end portion in the rear direction.

**5**. The fiber optic connector as set forth in claim **4**, wherein the element front end portion defines at least a portion of the key.

**6**. The fiber optic connector as set forth in claim **1**, wherein the opposing lateral tabs are spaced apart from at least a portion of the tongue in the rear direction.

**7**. The fiber optic connector as set forth in claim **1**, wherein the connector housing comprises a housing front end portion configured to be plugged into the receptacle and a housing rear end portion spaced apart from the housing front end portion along the longitudinal axis in a rear direction, wherein the polarity change element has an element front end portion and an element rear end portion spaced apart from the element front end portion in the rear direction.

**8**. The fiber optic connector as set forth in claim **7**, wherein the element front end portion defines at least a portion of the key.

**9**. A fiber optic connector comprising:

a connector housing having a longitudinal axis and comprising an exterior portion extending circumferentially about a space with respect to the longitudinal axis, the exterior portion including first and second exterior walls on opposite sides of the longitudinal axis, the connector housing being configured to receive a plurality of optical fibers in the space between the first and second exterior walls, the first exterior wall comprising a first elongate groove along the longitudinal axis and the second exterior wall comprising a second elongate groove along the longitudinal axis; and

a polarity change element comprising a key portion and a tongue, the tongue being configured to be slidably received in a selected one of each of the first elongate groove and the second elongate groove to selectively and releasably position the polarity change element on a corresponding one of the first exterior wall and the second exterior wall such that the key portion is externally positioned on the respective one of the first exterior wall and the second exterior wall,

wherein positioning the polarity change element on the first exterior wall such that the key portion is externally positioned on the first exterior wall configures the fiber optic connector in a first polarity configuration and positioning the polarity change element on the second exterior wall such that the key portion is externally

18

positioned on the second exterior wall configures the fiber optic connector in a second polarity configuration; and

wherein the fiber optic connector is configured to be plugged into a mating receptacle with the connector housing in a first rotational orientation about the longitudinal axis when the fiber optic connector is in the first polarity configuration and the fiber optic connector is configured to be plugged into the mating receptacle with the connector housing in a second rotational orientation about the longitudinal axis when the fiber optic connector is in the second polarity configuration, the second rotational orientation being offset from the first rotational orientation about the axis by 180°;

wherein when the fiber optic connector is in the first polarity configuration, the tongue is received in the first elongate groove and the second elongate groove is open; and

wherein when the fiber optic connector is in the second polarity the tongue is received in the second elongate groove and the first elongate groove is open.

**10**. The fiber optic connector as set forth in claim **9**, wherein each of the first elongate groove and the second elongate groove has an open axial end.

**11**. The fiber optic connector as set forth in claim **10**, wherein the tongue is configured to be received in each of the first elongate groove and the second elongate groove by insertion along the longitudinal axis into the respective open axial end.

**12**. The fiber optic connector as set forth in claim **11**, wherein the connector housing comprises a housing front end portion configured to be plugged into the receptacle and a housing rear end portion spaced apart from the housing front end portion along the longitudinal axis in a rear direction, wherein the polarity change element has an element front end portion and an element rear end portion spaced apart from the element front end portion in the rear direction.

**13**. The fiber optic connector as set forth in claim **12**, wherein the element front end portion defines at least a portion of the key.

**14**. The fiber optic connector as set forth in claim **13**, wherein the polarity change element comprises a retainer configured to engage the connector housing to releasably retain the polarity change element on each of the first exterior wall and the second exterior wall, the retainer being spaced apart from the element front end portion in the rear direction.

**15**. The fiber optic connector as set forth in claim **14**, wherein the connector housing comprises a protrusion on each of the first exterior wall and the second exterior wall, the retainer being configured to engage the protrusion on each of the first exterior wall and the second exterior wall.

**16**. The fiber optic connector as set forth in claim **14**, wherein the retainer is spaced apart from at least a portion of the tongue in the rear direction.

**17**. The fiber optic connector as set forth in claim **12**, wherein the polarity change element comprises a retainer configured to engage the connector housing to releasably retain the polarity change element on each of the first exterior wall and the second exterior wall, the retainer being spaced apart from the element front end portion in the rear direction.

**18**. The fiber optic connector as set forth in claim **17**, wherein the retainer is spaced apart from at least a portion of the tongue in the rear direction.

US 11,391,895 B2

19

**19**. The fiber optic connector as set forth in claim **9**, wherein the connector housing comprises a housing front end portion configured to be plugged into the receptacle and a housing rear end portion spaced apart from the housing front end portion along the longitudinal axis in a rear direction, wherein the polarity change element has an element front end portion and an element rear end portion spaced apart from the element front end portion in the rear direction.

**20**. The fiber optic connector as set forth in claim **19**, wherein the element front end portion defines at least a portion of the key.

**21**. The fiber optic connector as set forth in claim **19**, wherein the polarity change element comprises a retainer configured to engage the connector housing to releasably retain the polarity change element on each of the first exterior wall and the second exterior wall, the retainer being spaced apart from the element front end portion in the rear direction.

**22**. The fiber optic connector as set forth in claim **21**, wherein the connector housing comprises a protrusion on each of the first exterior wall and the second exterior wall, the retainer being configured to engage the protrusion on each of the first exterior wall and the second exterior wall.

**23**. The fiber optic connector as set forth in claim **21**, wherein the retainer is spaced apart from at least a portion of the tongue in the rear direction.

**24**. The fiber optic connector as set forth in claim **21**, wherein the polarity change element consists of a single piece of material which forms the key portion, the tongue, and the retainer.

**25**. The fiber optic connector as set forth in claim **9**, wherein the polarity change element comprises opposing lateral tabs defining a first width and the connector housing includes a first pair of projections adjacent the first elongate groove and a second pair of projections adjacent the second elongate groove, the first pair of projections separated by a first opening having a second width and the second pair of

20

projections separated by a second opening having the second width, the first width being greater than the second width.

**26**. The fiber optic connector as set forth claim **25**, wherein the fiber optic connector is configured so that:

as the tongue is slidably received in the first elongate groove to position the polarity change element on the first exterior wall to configure the fiber optic connector is in the first polarity configuration, the opposing lateral tabs pass through the first opening in a first longitudinal direction, and

when the fiber optic connector is in the first polarity configuration, the opposing lateral tabs are configured to engage the first pair of projections when the polarity change element is urged in a second longitudinal direction opposite the first longitudinal direction in relation to the connector housing to resist withdrawal of the tongue from the first elongate groove, whereby the opposing lateral tabs and the second pair of projections releasably retain the polarity change element on the first exterior wall; and

wherein the fiber optic connector is further configured so that:

as the tongue is slidably received in the second elongate groove to position the polarity change element on the second exterior wall to configure the fiber optic connector is in second first polarity configuration, the opposing lateral tabs pass through the second opening in the first longitudinal direction, and

when the fiber optic connector is in the second polarity configuration, the opposing lateral tabs are configured to engage the second pair of projections when the polarity change element is urged in the second longitudinal direction in relation to the connector housing to resist withdrawal of the tongue from the first elongate groove, whereby the opposing lateral tabs and the second pair of projections releasably retain the polarity change element on the second exterior wall.

*   *   *   *   *

# EXHIBIT J



US011435535B2

(12) **United States Patent**　　　(10) **Patent No.:**　　**US 11,435,535 B2**
　　　Chang et al.　　　　　　　　　　　(45) **Date of Patent:**　　　**Sep. 6, 2022**

(54) **BEHIND THE WALL OPTICAL CONNECTOR WITH REDUCED COMPONENTS**

(71) Applicant: **Senko Advanced Components, Inc.**, Marlborough, MA (US)

(72) Inventors: **Jimmy Jun-Fu Chang**, Worcester, MA (US); **Kazuyoshi Takano**, Tokyo (JP)

(73) Assignee: **Senko Advanced Components, Inc.**, Hudson, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/464,117**

(22) Filed: **Sep. 1, 2021**

(65) **Prior Publication Data**

US 2021/0396491 A1　　Dec. 23, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/221,561, filed on Apr. 2, 2021, which is a continuation of application No. 16/448,030, filed on Jun. 21, 2019, now Pat. No. 10,989,884, which is a continuation of application No. 15/926,263, filed on Mar. 20, 2018, now Pat. No. 10,359,583, which is a continuation of application No. 15/847,875, filed on Dec. 19, 2017, now Pat. No. 10,209,461.

(60) Provisional application No. 62/482,790, filed on Apr. 7, 2017.

(51) **Int. Cl.**
　　*G02B 6/38*　　　　(2006.01)
(52) **U.S. Cl.**
　　CPC ......... *G02B 6/3898* (2013.01); *G02B 6/3825* (2013.01); *G02B 6/3874* (2013.01); *G02B 6/3887* (2013.01)

(58) **Field of Classification Search**
　　None
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,312,564 A | 1/1982 | Cefarelli et al. | |
| 4,327,964 A | 5/1982 | Haesly et al. | |
| 4,478,473 A | 10/1984 | Frear | |
| 4,762,388 A | 8/1988 | Tanaka et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2495693 A1 | 4/2004 | |
| CN | 2836038 Y | 11/2006 | |

(Continued)

OTHER PUBLICATIONS

"Fiber Optic Products Catalog" Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania, www.ampnetconnect.com.

(Continued)

*Primary Examiner* — Omar R Rojas

(57)　　　　**ABSTRACT**

A behind-the-wall optical connector an outer housing configured to be inserted into an adapter with a corresponding inner surface, a ferrule included in an annular collar to mate with a corresponding projection at an adapter opening, and a latch attached to one side of housing configured to lock the connecter into an adapter opening. The latch is further configured with a locking channel and guide to accept a pull tab with a catch at one end, the pull tab releases the connector from the adapter opening when the tab is pulled rearward or away from the adapter.

**19 Claims, 35 Drawing Sheets**



# US 11,435,535 B2

Page 2

---

(56)  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,764,129 A | 8/1988 | Jones et al. | |
| 4,840,451 A | 6/1989 | Sampson et al. | |
| 4,872,736 A | 10/1989 | Myers et al. | |
| 4,979,792 A | 12/1990 | Weber et al. | |
| 5,041,025 A | 8/1991 | Haitmanek | |
| D323,143 S | 1/1992 | Ohkura et al. | |
| 5,212,752 A | 5/1993 | Stephenson et al. | |
| 5,265,181 A | 11/1993 | Chang | |
| 5,289,554 A | 2/1994 | Cubukciyan et al. | |
| 5,317,663 A | 5/1994 | Beard et al. | |
| 5,335,301 A | 8/1994 | Newman et al. | |
| 5,348,487 A | 9/1994 | Marazzi et al. | |
| 5,414,790 A | 5/1995 | Lee et al. | |
| 5,444,806 A | 8/1995 | De Marchi et al. | |
| 5,481,634 A | 1/1996 | Anderson et al. | |
| 5,506,922 A | 4/1996 | Grois et al. | |
| 5,521,997 A | 5/1996 | Rovenolt et al. | |
| 5,570,445 A | 10/1996 | Chou et al. | |
| 5,588,079 A | 12/1996 | Tanabe et al. | |
| 5,684,903 A | 11/1997 | Kyomasu et al. | |
| 5,687,268 A | 11/1997 | Stephenson et al. | |
| 5,719,977 A * | 2/1998 | Lampert ............... | G02B 6/3831 |
| | | | 385/60 |
| 5,781,681 A | 7/1998 | Manning | |
| 5,937,130 A | 8/1999 | Amberg et al. | |
| 5,956,444 A | 9/1999 | Duda et al. | |
| 5,971,626 A | 10/1999 | Knodell et al. | |
| 6,041,155 A | 3/2000 | Anderson et al. | |
| 6,049,040 A | 4/2000 | Biles et al. | |
| 6,134,370 A | 10/2000 | Childers et al. | |
| 6,178,283 B1 | 1/2001 | Weigel | |
| RE37,080 E | 3/2001 | Stephenson et al. | |
| 6,206,577 B1 | 3/2001 | Hall et al. | |
| 6,206,581 B1 | 3/2001 | Driscoll et al. | |
| 6,227,717 B1 | 5/2001 | Ott et al. | |
| 6,238,104 B1 | 5/2001 | Yamakawa et al. | |
| 6,247,849 B1 | 6/2001 | Liu | |
| 6,371,657 B1 | 4/2002 | Chen et al. | |
| 6,454,463 B1 | 9/2002 | Halbach et al. | |
| 6,461,054 B1 | 10/2002 | Iwase | |
| 6,471,412 B1 | 10/2002 | Belenkiy et al. | |
| 6,478,472 B1 | 11/2002 | Anderson et al. | |
| 6,551,117 B2 | 4/2003 | Poplawski et al. | |
| 6,579,014 B2 | 6/2003 | Melton et al. | |
| 6,634,801 B1 | 10/2003 | Waldron et al. | |
| 6,648,520 B2 | 11/2003 | Mcdonald et al. | |
| 6,682,228 B2 | 1/2004 | Rathnam et al. | |
| 6,685,362 B2 | 2/2004 | Burkholder et al. | |
| 6,695,486 B1 | 2/2004 | Falkenberg | |
| 6,705,765 B2 | 3/2004 | Lampert et al. | |
| 6,854,894 B1 | 2/2005 | Yunker et al. | |
| 6,872,039 B2 | 3/2005 | Baus et al. | |
| 6,935,789 B2 | 8/2005 | Gross, III et al. | |
| 7,090,406 B2 | 8/2006 | Melton et al. | |
| 7,090,407 B2 | 8/2006 | Melton et al. | |
| 7,091,421 B2 | 8/2006 | Kukita et al. | |
| 7,111,990 B2 | 9/2006 | Melton et al. | |
| 7,113,679 B2 | 9/2006 | Melton et al. | |
| D533,504 S | 12/2006 | Lee | |
| D534,124 S | 12/2006 | Taguchi | |
| 7,150,567 B1 | 12/2006 | Luther et al. | |
| 7,153,041 B2 | 12/2006 | Mine et al. | |
| 7,198,409 B2 | 4/2007 | Smith et al. | |
| 7,207,724 B2 | 4/2007 | Gurreri | |
| D543,146 S | 5/2007 | Chen et al. | |
| 7,258,493 B2 | 8/2007 | Milette | |
| 7,281,859 B2 | 10/2007 | Mudd et al. | |
| D558,675 S | 1/2008 | Chien et al. | |
| 7,315,682 B1 | 1/2008 | En Lin et al. | |
| 7,325,976 B2 | 2/2008 | Gurreri et al. | |
| 7,325,980 B2 | 2/2008 | Pepe | |
| 7,329,137 B2 | 2/2008 | Martin et al. | |
| 7,331,718 B2 | 2/2008 | Yazaki et al. | |
| 7,354,291 B2 | 4/2008 | Caveney et al. | |
| 7,371,082 B2 | 5/2008 | Zimmel et al. | |
| 7,387,447 B2 | 6/2008 | Mudd et al. | |
| 7,390,203 B2 | 6/2008 | Murano et al. | |
| D572,661 S | 7/2008 | En Lin et al. | |
| 7,431,604 B2 | 10/2008 | Waters et al. | |
| 7,463,803 B2 | 12/2008 | Cody et al. | |
| 7,465,180 B2 | 12/2008 | Kusuda et al. | |
| 7,510,335 B1 | 3/2009 | Su et al. | |
| 7,513,695 B1 | 4/2009 | Lin et al. | |
| 7,561,775 B2 | 7/2009 | Lin et al. | |
| 7,591,595 B2 | 9/2009 | Lu et al. | |
| 7,594,766 B1 | 9/2009 | Sasser et al. | |
| 7,641,398 B2 | 1/2010 | O'Riorden et al. | |
| 7,695,199 B2 | 4/2010 | Teo et al. | |
| 7,699,533 B2 | 4/2010 | Milette | |
| 7,824,113 B2 | 11/2010 | Wong et al. | |
| 7,837,395 B2 | 11/2010 | Lin et al. | |
| 7,903,922 B2 | 3/2011 | Momotsu et al. | |
| D641,708 S | 7/2011 | Yamauchi | |
| 8,186,890 B2 | 5/2012 | Lu | |
| 8,192,091 B2 | 6/2012 | Hsu et al. | |
| 8,202,009 B2 | 6/2012 | Lin et al. | |
| 8,251,733 B2 | 8/2012 | Wu | |
| 8,267,595 B2 | 9/2012 | Lin et al. | |
| 8,270,796 B2 | 9/2012 | Nhep | |
| 8,317,408 B2 * | 11/2012 | Nakagawa .......... | G02B 6/3877 |
| | | | 385/78 |
| 8,408,815 B2 | 4/2013 | Lin et al. | |
| 8,465,317 B2 | 6/2013 | Gniadek et al. | |
| 8,636,424 B2 | 1/2014 | Kuffel et al. | |
| 8,651,749 B2 | 2/2014 | Dainese Jnior et al. | |
| 8,770,863 B2 | 7/2014 | Cooke et al. | |
| 9,188,747 B2 | 11/2015 | Gniadek | |
| 9,411,110 B2 | 8/2016 | Barnette, Jr. et al. | |
| 9,494,744 B2 | 11/2016 | De Jong | |
| 9,548,557 B2 | 1/2017 | Liu | |
| 9,551,842 B2 | 1/2017 | Theuerkorn | |
| 9,568,686 B2 | 2/2017 | Fewkes et al. | |
| 9,581,768 B1 | 2/2017 | Baca et al. | |
| 9,684,313 B2 | 6/2017 | Chajec | |
| 9,726,830 B1 | 8/2017 | Gniadek | |
| 10,401,574 B2 * | 9/2019 | Gurreri ............... | G02B 6/3893 |
| 2003/0053787 A1 | 3/2003 | Lee | |
| 2003/0095754 A1 | 5/2003 | Matsumoto et al. | |
| 2004/0052473 A1 | 3/2004 | Seo et al. | |
| 2004/0136657 A1 | 7/2004 | Ngo | |
| 2004/0141693 A1 | 7/2004 | Szilagyi et al. | |
| 2004/0161958 A1 | 8/2004 | Togami et al. | |
| 2004/0165832 A1 | 8/2004 | Bates, III et al. | |
| 2004/0234209 A1 | 11/2004 | Cox et al. | |
| 2005/0111796 A1 | 5/2005 | Matasek et al. | |
| 2005/0141817 A1 | 6/2005 | Yazaki et al. | |
| 2006/0089049 A1 | 4/2006 | Sedor | |
| 2006/0127025 A1 | 6/2006 | Haberman | |
| 2006/0269194 A1 | 11/2006 | Luther et al. | |
| 2006/0274411 A1 | 12/2006 | Yamauchi | |
| 2007/0028409 A1 | 2/2007 | Yamada | |
| 2007/0079854 A1 | 4/2007 | You | |
| 2007/0098329 A1 | 5/2007 | Shimoji et al. | |
| 2007/0149062 A1 | 6/2007 | Long et al. | |
| 2007/0230874 A1 | 10/2007 | Lin | |
| 2007/0232115 A1 | 10/2007 | Burke et al. | |
| 2007/0243749 A1 | 10/2007 | Wu | |
| 2008/0008430 A1 | 1/2008 | Kewitsch | |
| 2008/0044137 A1 | 2/2008 | Luther et al. | |
| 2008/0069501 A1 | 3/2008 | Mudd et al. | |
| 2008/0101757 A1 | 5/2008 | Lin et al. | |
| 2008/0226237 A1 | 9/2008 | O'Riorden et al. | |
| 2008/0267566 A1 | 10/2008 | En Lin | |
| 2009/0022457 A1 | 1/2009 | De Jong et al. | |
| 2009/0028507 A1 | 1/2009 | Jones et al. | |
| 2009/0092360 A1 | 4/2009 | Lin et al. | |
| 2009/0188106 A1 | 7/2009 | Wang et al. | |
| 2009/0196555 A1 | 8/2009 | Lin et al. | |
| 2009/0214162 A1 | 8/2009 | O'Riorden et al. | |
| 2009/0220197 A1 | 9/2009 | Gniadek et al. | |
| 2009/0290938 A1 | 11/2009 | Asaoka et al. | |
| 2010/0034502 A1 | 2/2010 | Lu et al. | |
| 2010/0247041 A1 | 9/2010 | Szilagyi | |
| 2010/0322561 A1 | 12/2010 | Lin et al. | |

**US 11,435,535 B2**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2011/0044588 | A1 | 2/2011 | Larson et al. |
| 2011/0131801 | A1 | 6/2011 | Nelson et al. |
| 2011/0177710 | A1 | 7/2011 | Tobey |
| 2012/0099822 | A1 | 4/2012 | Kuffel et al. |
| 2012/0189260 | A1 | 7/2012 | Kowalczyk et al. |
| 2012/0269485 | A1 | 10/2012 | Haley et al. |
| 2012/0301080 | A1 | 11/2012 | Gniadek |
| 2013/0071067 | A1 | 3/2013 | Lin |
| 2013/0089995 | A1 | 4/2013 | Gniadek et al. |
| 2013/0094816 | A1 | 4/2013 | Lin et al. |
| 2013/0121653 | A1 | 5/2013 | Shitama et al. |
| 2013/0183012 | A1 | 7/2013 | Cabanne Lopez et al. |
| 2013/0259429 | A1 | 10/2013 | Czosnowski et al. |
| 2013/0322825 | A1 | 12/2013 | Cooke et al. |
| 2014/0016901 | A1 | 1/2014 | Lambourn et al. |
| 2014/0023322 | A1 | 1/2014 | Gniadek |
| 2014/0050446 | A1 | 2/2014 | Chang |
| 2014/0133808 | A1 | 5/2014 | Hill et al. |
| 2014/0219621 | A1 | 8/2014 | Barnette, Jr. et al. |
| 2014/0226946 | A1 | 8/2014 | Cooke et al. |
| 2014/0241678 | A1 | 8/2014 | Bringuier et al. |
| 2014/0241688 | A1 | 8/2014 | Isenhour et al. |
| 2014/0334780 | A1 | 11/2014 | Nguyen et al. |
| 2014/0348477 | A1 | 11/2014 | Chang |
| 2015/0301294 | A1 | 10/2015 | Chang et al. |
| 2015/0331201 | A1 | 11/2015 | Takano et al. |
| 2015/0355417 | A1 | 12/2015 | Takano et al. |
| 2015/0378113 | A1 | 12/2015 | Good et al. |
| 2016/0116685 | A1 | 4/2016 | Wong et al. |
| 2016/0131849 | A1 | 5/2016 | Takano et al. |
| 2016/0172852 | A1 | 6/2016 | Tamura et al. |
| 2016/0195682 | A1 | 7/2016 | Takano et al. |
| 2016/0266326 | A1 | 9/2016 | Gniadek |
| 2016/0291262 | A1 | 10/2016 | Chang et al. |
| 2016/0320572 | A1 | 11/2016 | Gniadek |
| 2016/0322750 | A1 | 11/2016 | Plamondon et al. |
| 2017/0003458 | A1 | 1/2017 | Gniadek |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101091131 | A | 12/2007 |
| CN | 201383588 | Y | 1/2010 |
| CN | 102016669 | A | 4/2011 |
| CN | 202600189 | U | 12/2012 |
| DE | 202006011910 | U1 | 4/2007 |
| DE | 102006019335 | A1 | 10/2007 |
| EP | 1074868 | A1 | 2/2001 |
| EP | 1211537 | A2 | 6/2002 |
| EP | 1245980 | A2 | 10/2002 |
| EP | 1566674 | A1 | 8/2005 |
| GB | 2111240 | A | 6/1983 |
| JP | 2009229545 | A | 10/2009 |
| JP | 2009276493 | A | 11/2009 |

| | | | |
|---|---|---|---|
| TW | 200821653 | A | 5/2008 |
| WO | 2001/79904 | A2 | 10/2001 |
| WO | 2004027485 | A1 | 4/2004 |
| WO | 2008112986 | A1 | 9/2008 |
| WO | 2009135787 | A1 | 11/2009 |
| WO | 2010024851 | A2 | 3/2010 |
| WO | 2012136702 | A1 | 10/2012 |
| WO | 2012162385 | A1 | 11/2012 |
| WO | 2014182351 | A1 | 11/2014 |
| WO | 2015191024 | A1 | 12/2015 |
| WO | 2016148741 | A1 | 9/2016 |

OTHER PUBLICATIONS

International Search Report and Written Opinion dated Apr. 27, 2012 for PCT/US2011/058799.
International Preliminary Report on Patentability dated Aug. 22, 2016 from related International Application No. PCT/US2015/059458, International Filing Date Nov. 6, 2015.
Non-Final Office Action, U.S. Appl. No. 15/882,343, dated Nov. 19, 2018, pp. 12.
"Fiber Optic Connectors and Assemblies Catalog" 2009, Huber & Suhner Fiver Optics, Herisau, Switzerland, www.hubersuhner.com.
International Search Report and Written Opinion dated Jan. 16, 2014 for PCT/US2013/54784.
"Fiber Optic Interconnect Solutions, Tactical Fiber Optical Connectors, Cables and Termini" 2006, Glenair, Inc., Glendale, California, www.mps-electronics.de.
International Search Report (ISR) WO2008112986 dated Sep. 15, 2009.
International Search Report and Written Opinion dated Aug. 27, 2012 for PCT/US2012/039126.
Chinese Examiner's Report for Application No. 201810180319.5 dated Dec. 30, 2020, 8 pages, China (Summary translation attached).
International Search Report and Written Opinion dated May 14, 2014 for PCT/US2014/012137.
International Search Report and Written Opinion dated Oct. 9, 2014 for PCT/US2014/041500.
International Search Report and Written Opinion dated Aug. 21, 2008 for PCT/US2008/057023.
European Search Report and Written Opinion dated Mar. 3, 2015 for EP 14187661.
European Search Report and Written Opinion dated Feb. 19, 2015 for EP 14168005.
ISR WO2014028527ISR dated Feb. 20, 2014.
ISR WO2015US57610ISR dated Jan. 21, 2016.
Non-Final Office Action, U.S. Appl. No. 15/979,596, dated Dec. 11, 2018, pp. 10.
Non-Final Office Action, U.S. Appl. No. 15/926,263, dated Oct. 4, 2018, pp. 34.
Non-Final Office Action, U.S. Appl. No. 15/847,875, dated Jun. 1, 2018, pp. 9.

* cited by examiner



FIG. 1

Prior Art



FIG. 2

Prior Art



**FIG. 3**



**FIG. 4**



**FIG. 5**



FIG. 6



**FIG. 7**



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11A**



FIG. 11B



**FIG. 11C**



1201

1202

1204

1203

**FIG. 12A**



1204          1220

1203

**FIG. 12B**



**FIG. 12C**



**FIG. 12D**



**FIG. 13A**

1310



**FIG. 13B**



1301.1

1310

1330

1320

**FIG. 13C**



FIG. 14





FIG. 16A

FIG. 16B



FIG. 17A

FIG. 17B



FIG. 18B

FIG. 18A



FIG. 19A

FIG. 19B

FIG. 19C



FIG. 19D



FIG. 20A



FIG. 20B



**FIG. 21**



FIG. 22



FIG. 23A



FIG. 23B



FIG. 24



FIG. 25A



**FIG. 25B**



FIG. 26

US 11,435,535 B2

1

# BEHIND THE WALL OPTICAL CONNECTOR WITH REDUCED COMPONENTS

## RELATED APPLICATIONS

This application is a continuation of U.S. Ser. No. 17/221,561 filed on Apr. 2, 2021 titled "BEHIND THE WALL OPTICAL CONNECTOR WITH REDUCED COMPONENTS," which is a continuation of U.S. Ser. No. 16/448,030 filed on Jun. 21, 2019, titled "BEHIND THE WALL OPTICAL CONNECTOR WITH REDUCED COMPONENTS", which is a continuation of U.S. Ser. No. 15/926,263 filed on Mar. 20, 2018, titled "BEHIND THE WALL OPTICAL CONNECTOR WITH REDUCED COMPONENTS", which is a continuation in part of U.S. Ser. No. 15/847,875 filed on Dec. 19, 2017, titled "BEHIND THE WALL OPTICAL CONNECTOR WITH REDUCED COMPONENTS", claiming priority under 35 U.S.C. sec. 119(e) to U.S. Ser. No. 62/482,790 filed on Apr. 7, 2017 titled "BEHIND THE WALL OPTICAL CONNECTOR WITH REDUCED COMPONENTS", all of which are hereby incorporated by reference in their entirety.

## BACKGROUND

The present disclosure field of invention relates generally to fiber optic connectors having a release. More specifically, the present disclosure relates to narrow width adapters and connectors, such as narrow pitch distance Lucent Connector (LC) duplex adapters and narrow width multi-fiber connectors.

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost. Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, the deployment of high-density interconnect panels is still advancing.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. Thus, generally, more connectors are used in a high density array. As the numbers of connectors in a switching network increases, the associated cost of creating the switching network similarly increases. Generally, the construction of connectors includes the use of various components. The manufacturing process used to make these connectors and the components used to build them can greatly affect their cost per unit.

With high density switching networks and large data centers using thousands of these connectors, the cost per unit can have an extreme impact on the overall cost of designing and implementing a data center. Thus, if a new lower cost connector (e.g., a lower cost behind-the-wall (BTW) connector) could be developed, it could have a profound effect on the cost of building out a data center.

## SUMMARY OF INVENTION

The present invention is directed to low-profile, reduced sized connector used in fiber optic networks. The connector

2

is inserted into an adapter or transceiver receptacle to mate with an opposing fiber optic connector of the same type, or different configuration or electronics that convert the light signal over the fiber optic into an electrical signal, or vice versa.

The behind-the-wall connector has an outer housing shaped to be received in an adapter opening similarly configured to help align the connector before the connector is secured in the adapter. The connector has a release or latch with a recess that secures the connector in the adapter via an opening in the adapter housing. The connector release is integrated at one end of the connector housing, and extends beyond a second end. The second end of the release latches into the adapter opening.

In another embodiment, the release accepts a pull tab that removes the connector from the adapter housing. The pull tab snaps onto the release and is aligned with the release through a guide on the release that allows the pull tab to slidably move rearward to release the connector from the adapter.

In another embodiment a removal tool can be used to release the connector from the adapter housing. The removal tool is inserted onto the release via a protrusion that is placed through an opening in the release. The tool has an alignment tab that engages a corresponding channel on the release to guide the protrusion into the opening and help ensure the tool does not get jammed into the adapter port. The protrusion has a stop that engages a surface within the opening of the release.

In another embodiment, the adapter has a shroud at a first end that receives the second end of the BTW connector, the shroud inner surface is configured to engage an outer surface of the connector, and ferrule alignment sleeves are configured to engage corresponding ferrule opening with a ferrule therein, to connect the BTW connector with an opposing connector in the adapter.

Additional features and advantages of the invention will be set forth in the detailed description below, and in part apparent to those skilled in the art of the invention. It is understood that foregoing summary, drawings and detailed description are intended to provide a framework or overview for understanding the scope of the invention claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a typical behind-the-wall connector.

FIG. 2 is an exploded perspective view of a typical behind-the-wall connector.

FIG. 3 is a perspective view of an embodiment of a redesigned behind-the-wall connector including a tension spring.

FIG. 4 is an exploded perspective view of an embodiment of a redesigned behind-the-wall connector including a tension spring.

FIG. 5 is a perspective view of an embodiment of a redesigned behind-the-wall connector without a tension spring.

FIG. 6 is an exploded perspective view of an embodiment of a redesigned behind-the-wall connector without a tension spring.

FIG. 7 is a detailed cross-sectional view of an embodiment of a redesigned behind-the wall connector without a tension spring.

FIG. 8 is a zoomed-in detailed cross-sectional view of an embodiment of a redesigned behind-the wall connector without a tension spring.

US 11,435,535 B2

3

FIG. **9** is a perspective view of another embodiment of a redesigned behind-the-wall connector without a tension spring.

FIG. **10** is an illustrative embodiment of a connector within an adapter housing.

FIGS. **11**A and **11**B are illustrative embodiments of connectors within junior and senior sides of an adapter housing, respectively; FIG. **11**C is a cross-sectional view of a connector within an adapter housing.

FIGS. **12**A, **12**B, **12**C, and **12**D show embodiments of a connector with an optional boot according to a further embodiment.

FIGS. **13**A and **13**C depict an optical connector with a connector insertion tool; FIG. **13**B depicts a cross-section of the insertion tool.

FIG. **14** is an exploded view of a connector according to an embodiment of the invention.

FIG. **15**A is a perspective view of an adapter and an assembled connector of FIG. **14** just prior to insertion into an adapter.

FIG. **15**B is a cross-section view of an adapter with the connector of FIG. **14** inserted and latched in an adapter.

FIG. **16**A is an exploded view of the adapter in FIG. **15**A with a plural of hooks prior to insertion into an adapter.

FIG. **16**B is a perspective view of a connector according to an embodiment of the present invention prior to insertion into the adapter of FIG. **16**A with a plural of hooks inserted into an adapter.

FIG. **17**A is an exploded view of a connector according to an embodiment of the present invention.

FIG. **17**B is a view of the assembled connector of FIG. **17**A.

FIG. **18**A is a perspective view of the connector of FIG. **17**B inserted into a simplex adapter at a first end, according to the adapter of FIG. **15**A and the connector of FIG. **17**B inserted into the adapter at a second end.

FIG. **18**B is a perspective view of the adapter of FIG. **15**A, the adapter is configured as a duplex port adapter with a pair of connectors of FIG. **17**B or FIG. **16**B inserted into a first end of the adapter and a pair of connectors of FIG. **14** assembled and inserted into a second end of the adapter.

FIG. **19**A is a perspective view of a behind-the-wall connector.

FIG. **19**B is a perspective view of a pull tab connector.

FIG. **19**C is a perspective view of a bend latch connector.

FIG. **19**D is a perspective view of a behind-the-wall connector at a proximal end.

FIG. **20**A is a perspective view of a removal tool.

FIG. **20**B is a perspective view of the behind-the-wall connector.

FIG. **21** is a perspective view from the bottom of the removal tool of FIG. **20**A attached to the behind-the-wall connector of FIG. **20**B.

FIG. **22** is a transparent view of the connector assembly of FIG. **21** inserted into the adapter of FIG. **16**A on a first side, with a hook inserted therein on the opposing side of the behind-the-wall connector on a second side.

FIG. **23**A is a perspective view of the behind-the-wall connector of FIG. **20**B latched into an adapter.

FIG. **23**B is a perspective view of connector and adapter assembly of FIG. **23**A with the removal tool of FIG. **20**A attached to the behind-the-wall connector as shown by arrow "I".

FIG. **24** is a perspective view of the behind-the-wall connector prior to insertion into an adapter.

4

FIG. **25**A is a perspective view of the adapter of FIG. **24** with a ferrule flange and ferrule flange with a spring inserted on the flange.

FIG. **25**B is a perspective view of the connector and adapter system of FIG. **24** where the connector is inserted into the adapter.

FIG. **26** is a perspective view of a behind-the-wall connector with a pull tab attached to a connector latch for removal of the connector from an adapter.

DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A "connector," as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, an SC duplex connector, a straight tip (ST) connector, or a behind-the-wall (BTW) connector. The connector may generally be defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Behind the wall connectors are important in today's crowded data centers. This connector is considered a small form factor or small footprint connector, that is, the overall length is reduced, compare, for example, FIG. **1** with FIGS. **3** and **5**. The size decrease is from the ferrule or distal end to the end of the boot or proximal end of the connector. In this invention, behind-the-wall literally means the connector is placed behind a wall or panel, and the panels are stored in the rack that extend from the floor to the ceiling, and the racks of panels, each containing numerous adapters, are positioned near another rack with little or no distance between the racks. As such, the removal of connector structure is needed to allow the racks to be placed very close together, without degrading the reliability of the connector. In this invention the extender cap **204** is removed along with other components.

US 11,435,535 B2

5

In an embodiment of the present invention, the spring was removed, and instead of replacing with a back post (not shown), a resilient latch (**308**, **408**, **508**, **608**, **115**) was designed. In another embodiment the spring (**307**, **407**) is retained. The spring allows the ferrule flange to move more easily in response to stresses placed on the connector.

Other prior art connectors that remove the spring insert the ferrule from the front or distal end of the connector with an end cap or cover placed over the plug housing to hold the ferrule flange in place. The present invention inserts the ferrule flange and ferrule from the boot side or proximal end of the connector. This improves connector quality and operation because the pull force or the force one can exert on the connector when removing from the adapter is increased, and this reduces breakage when employing the resilient latch.

Various embodiments described herein generally provide a cost-reducing design for a fiber optic connector. In some embodiments, such as those discussed herein, various components of typically known connectors may be removed (e.g., an extender cap, a spring, a boot, etc.). Various embodiments may comprise different structure types for the connector, for example, some might be flexible, and others might be more rigid. Detailed examples of these connector types are shown in the figures, and discussed further herein.

FIG. **1** shows a perspective view of a standard behind-the-wall (BTW) connector **100**. Generally, and as shown, a BTW connector may comprise a plug frame **101**, a ferrule-flange **102**, an extender cap **104**, and a boot **105**. As shown in FIG. **2**, a BTW connector is comprised of various parts which are held together via mechanical interlock and/or spring tension. For example, as shown, a typical BTW connector may have a plug frame **201**. The plug frame **201** comprises the majority of the external area of the connector. The plug frame **201** has an opening at both ends to allow for the insertion of additional components. One such component is the ferrule-flange **202**, which is usually also accompanied by a flange tube **203**. The ferrule-flange **202** is generally designed with an extended collar **206**, which is designed to restrict the ferrule-flanges movement through the plug frame **201**. Stated differently, the extended collar **206** keeps the ferrule **202** from falling completely through the plug frame **201** and out the front opening.

The BTW connector may also comprise a spring **203**, which generally goes around at least a portion of the flange tube and/or the ferrule-flange **202** when combined. The spring **203** applies a tension to the ferrule-flange **202** to prevent it from protruding out of the plug frame **201** in order to maintain a good connection. However, the spring **203** may also provide some cushion so as to not break the ferrule **202** if improperly aligned. The spring **203** is then capped using an extender cap **204**. The extender cap **204** has a fastening mechanism **220**, which is designed to interlock with a cutout **221** in the plug frame **201**. Finally, a boot **205** is placed over the extender cap **204**.

Thus, a large number of components are required to build a typical BTW connector. Removing some of these components or replacing them with similar but less complex analogues can reduce the cost of a connector. Accordingly, some embodiments may, as shown in FIG. **3** remove various components. FIG. **3** shows a BTW connector **300**, which comprises a plug frame **301**, a ferrule flange **302**, a flange tube **303**, and a spring **307**. In some embodiments, and as shown in FIG. **3**, the plug frame **301** may comprise a latching member **308**. The latching member **308** may be flexibly rigid such that it can be moved via a tool or human pressure, but is rigid enough to hold the ferrule flange **302**

6

in place in conjunction with the spring **307**. Additionally or alternatively, some embodiments may consist essentially of a plug frame **301**, a ferrule flange **302**, a flange tube **303**, a spring **307**, and a latching member **308**.

Specifically, in some embodiments, the latching member **308** may have a hook or protrusion (not shown) which may hook or latch onto one or more portions of the spring **307**. Thus, as shown, the latching member **308** can hold the spring **307** in a fixed position, allowing the spring to exert horizontal pressure or tension onto the ferrule **302** ensuring proper placement of the ferrule.

FIG. **4** shows an exploded view of an embodiment comprising a plug frame **401**, a ferrule flange **402**, a flange tube **403**, a spring, **407**, and a latching member **408**. Thus, some embodiments (e.g., the embodiments shown in FIGS. **3** and **4**) may remove various components (e.g., the extender cap and boot) from the design. Removing these parts, reducing the cost of the connector, while also maintaining proper functionality is advantageous in almost any data center setting.

Referring now to FIG. **5**, an example embodiment is shown having fewer components for connector design **500**. As shown, the illustrative embodiment merely includes a plug frame **501** and a ferrule-flange **502**. This embodiment is achievable as a result of the configuration of the latching member **508**, and its relative position on the plug frame **501**. Accordingly, some embodiments may consist essentially of a plug frame **501** and a ferrule flange **502**.

FIG. **6** shows an exploded view of the connector design. As is clear from FIGS. **5** and **6**, not only have the extender cap and boot been removed, but the spring and flange tube have been removed as well. This arrangement results from the latching member **608** of the plug frame **601** being designed in a manner to take advantage of the standard shape of the ferrule-flange **602**. The exact interaction may be better understood with reference to FIG. **7**.

As shown in FIG. **7**, the ferrule-flange **702** is inside the plug frame **701**. In some embodiments, the plug frame **701** may comprise one or more front stops **709**. These front stops **709** prevent the ferrule-flange **702** from falling out the front opening of the plug frame **701**. In addition, and as shown, the latching member **708** is closed around the extended collar **706** of the ferrule-flange **702**. This interlocking system prevents the ferrule-flange from falling or being pushed (e.g., when making a connection) out of the back of the plug frame **701**. As discussed herein, the latching member(s) **708** are flexible or elastic in nature, and thus can be moved using a tool, or a user. By moving the latching member **708** away from the side of the ferrule-flange **702** (e.g., applying outward pressure on the latching member to disengage it from the ferrule), the ferrule-flange may be removed via the rear opening of the plug frame **701**.

FIG. **8** illustrates a zoomed-in and more detailed view of an embodiment of a BTW connector **800** similar to that of FIG. **7**. As shown, the ferrule-flange **802** is within the plug frame **801**, and held in place primarily by opposing forces placed upon the extended collar **806** of the ferrule. These opposing forces are applied via the front stop **809** acting upon the front of the extended collar **806** and the latching member **808** acting upon the back of the extended collar.

Referring to FIG. **9**, an alternative embodiment of a connector system **900** is shown. As shown in FIG. **9**, the plug frame **901** is larger and more robust than some other connectors discussed and illustrated herein. However, the ferrule-flange **902** is still held in place via means similar to those discussed in FIGS. **3-8**. In this non-limiting example, the plug frame **901** comprises a latching member **908** which

US 11,435,535 B2

7

may interact with various connector components. For example, the latching member 908 may, as discussed herein, latch onto a portion of a spring thus imparting some lateral force upon the ferrule-flange 902. In addition or alternatively, the latching member 908 may latch or interact with the extended collar (not pictured) to apply a force to keep the ferrule-flange 902 within the plug frame 901. Some embodiments may consist essentially of a plug frame 901, a ferrule flange 902, and a latching member 908. In addition or alternatively, some embodiments may consist essentially of a plug frame 901 and a ferrule flange 902, a flange tube (not shown), a spring 907 (not shown), and a latching member 908.

Referring now to FIG. 10, in some embodiments, the plug frame 1001 may be placed in an adaptor 1010. In some embodiments, in which the plug frame 1001 is within the adapter 1010, the latching member (not pictured) may not be pushed out because the walls of the adapter prevent it. Such embodiments impart additional strength to the connector specifically the plug frame 1001.

Referring now to FIGS. 11A-C, additional views of an optical connector 1101 inserted into an adapter 1102 are depicted. In FIG. 11A, the connector 1101 is positioned in the junior side of the adapter 1102. In FIG. 11B, the connector 1101 is positioned in the senior side of the adapter 1102. Both connectors have a ferrule 1152 that upon insertion into either adapter side, engages an opening 1158 of a resilient member 1156 (FIG. 11C). The resilient member 1156 is configured to expand and secure the ferrule 1152, while aligning the ferrule 1152.

FIG. 11C shows a typical resilient member 1156, which, in an embodiment, may be fabricated from zirconia or a high strength polymer. The resilient member 1156 has a length, inner diameter and outer diameter. When the connector 1101 is inserted into the adapter 1102, the leading tip of the ferrule 1152 enters the resilient member 1156 opening 1158, and the ferrule 1152 outer diameter being larger than the ferrule 1152 inner diameter, the ferrule 1152 expands the resilient member 1156 circumferentially. The engagement of the distal end of the annular collar 1150 is stopped at an outer surface 1162 of the resilient member 1156. This helps ensure the annular collar 1150 is seated correctly, so when the resilient latch 1140 returns to its original or relaxed, unflexed position, the latch 1140 is seated just in front of the proximal side of the annular collar 1150, and secures the ferrule flange (402, 602) from being dislodged if unintentionally hit.

The expansion of the resilient member 1156 material depends on the modulus of the resilient member 1156 material and a width of an optional cut (shown by the pair of solid lines 1159) that runs lengthwise along the resilient member 1156, in FIG. 11C.

In the cross-sectional view of FIG. 11C, it can clearly be seen that plug latch 1140 is positioned adjacent the exterior wall of the plug frame of connector 1101 (also shown at 608). As such, the plug latch 1140 is constrained by adapter 1102 from flexing outward and releasing the annular ferrule collar 1150. Thus, when the connector is inserted in the adapter, the constraint of the adapter prevents movement of the ferrule 1152 within the plug frame. This constraint further secures the ferrule 1152 within the resilient member 1156.

A central bore 1154 receives the annular collar 1150. The central bore 1154 is also shown in FIG. 11A, where the inner dimensions of the bore 1154 match the outer dimensions of the extended collar 206 or annular ferrule collar 1150. The annular ferrule collar 1150 is generally round or annular and can contain surface features to aid in placement in the plug

8

frame. The ferrule collar 206 is shown in FIG. 2 with a hexagonal outer dimensional appearance. Other outer surface features may be used without departing from the scope of the invention. A typical purpose of these features is to aid in connector assembly.

Depending upon the application environment of the optical connectors of the various embodiments, that is, both embodiments with a spring and embodiments without a spring, it may be desirable to affix a boot to the optical connector to protect optical fibers positioned therein. This may be a consideration when forces that may be applied to the optical fibers could damage or break the fibers so that the extra protection that a boot provides may be desirable. As seen in FIGS. 12A-12D, an optional boot 1203 may be affixed to the optical connector 1201. As with previous embodiments, the optical connector 1201 includes a ferrule 1202. To affix the boot to the connector, apertures 1204 are provided. As best seen in FIG. 12B, engagement projections 1220 provided at the distal end of the boot 1203 are inserted into connector apertures 1204 to retain the boot in a position extending from the proximal end of the connector plug frame. In both the side view of FIG. 12C and the adapter/connector assembly view of 12D, apertures 1204 with engagement projections 1220 are clearly depicted.

To facilitate assembly of the ferrule within the plug frame, an insertion tool 1310 is provided as seen in the several views of FIGS. 13A-13C. In FIG. 13A, the handle 1320 of insertion tool 1310 is visible as the tool is inserted within optical connector 1301. To accommodate optical fiber, insertion tool 1310 features a generally C-shaped cross-section as seen in FIG. 13B, with various cross-sectional shapes along its length to receive the ferrule and the ferrule collar. As seen in FIG. 13C, the distal end portion 1330 of the insertion tool 1310 features a reduced cross-section so that the tool may be inserted into the bore of connector 1301 to position the ferrule therein.

Referring to FIG. 14, an exploded view of a connector according to the present invention shows a dust cap 1480 may be inserted into a front body 1401 at the proximal end, in the direction of the arrow "A". The dust cap prevents debris from contacting a ferrule that may interfere with a fiber optic signal. The front body 1401 further comprises a latch 1401.1. The latch engages an inside surface of adapter 2340, as shown in FIG. 15B, to secure the connector 1400 in the adapter. The connector further comprises a pair a ferrules 1402, ferrule flanges 1406, ferrule spring 1403 and back-body 1404 with a boot 1405 covering the ferrules and back body attaching to the front body 1401 to form the connector 1400. The connector 1400 is sometimes called a bend-latch connector wherein the latch 1401.1 bends down when inserted into an adapter. Once inserted, the latch snaps into the adapter housing opening as shown and described in FIG. 15B.

Referring to FIG. 15A, the connector 1400 with an alternative latch 1401.1 is shown prior to insertion into an adapter 2340. Referring to FIG. 15B, the connector 1400 is inserted into the adapter. A latch surface 1401.2 engages an adapter surface 2340.1 that secures the connector 1400 in the adapter 2340.

Referring to FIG. 16A, the adapter 2340 may accept a hook engagement device 1680. Referring to FIG. 16A, a hook surface 1680.1 locks into a widthwise groove 1693 on a front body 1701 of the connector 1600 as shown in FIG. 16B, which secures the connector 1600 into the adapter. The connector 1600 is sometimes called a pull tab connector as shown by a pull tab 1791 (refer to FIG. 17A) interacting with

US 11,435,535 B2

9

groove **1693** to unlock the connector (**1600**, **1700**) from the hook surface **1680.1** located within the adapter **2340**.

Referring to FIG. **17**A, an exploded view of a pull tab connector **1700**A further comprises a ferrule assembly **1702** called a multi-port optical ferrule or MPO ferrule. The connector **1700**A further comprises a widthwise groove **1793**, a front body **1701** that comprises the groove at a top surface, the ferrule assembly **1702**, a back-body **1704**, and boot **1705** is used to cover and secure the aforementioned components to the front body **1701**. This connector **1700**A further comprises a pull tab **1791** that comprises a ramp area **1792**. The ramp area unlocks the connector from the hook surface **1680.1** when the pull tab **1791** is pulled rearward away from the adapter. Referring to FIG. **17**B, the connector **1700**A is assembled **1700**B illustrating the widthwise groove **1793** and pull tab **1791**.

Referring to FIG. **18**A, a connector **1700**B and a connector **1400** are inserted into a simplex adapter **1800**A at opposing ends. The connector **1700**B, as described above engages and secures to a hook **1680** inserted into the adapter **2340**. Referring to FIG. **18**B, a pair of connectors **1700**B and connectors **1400** are inserted into a duplex adapter **1800**B at opposing ends. These connectors extend beyond the adapter because of the additional structure such as boot **1405** and pull tab **1791**. A connector **1700**B may be swapped with connector **1400** on the opposing side without departing from the scope of the present invention. The present invention behind-the-wall connector is substantially shorter than the connectors **1700**B or **1600** or **1400** as shown in FIGS. **19**A-**19**C.

Referring to FIG. **19**A, another embodiment of the behind-the-wall connector (**100**, **300**) is shown. Connector **1900** does not include a boot assembly (**105**, **205**). Connector **1900** comprises a latch **1901.1** that extends a predetermined distance "L" beyond the connector housing to ensure the connector **1900** mates within an adapter (not shown), while minimizing overall connector length exposed outside of adapter (not shown), as shown in FIG. **19**A as compared with FIGS. **19**B and **19**C. Like connector **900** of FIG. **9**, the boot assembly is excluded in the behind-the-wall connector **1900**. Comparing connector **1700**B as shown in FIG. **18**B, the connector **1900** is substantially shorter in length and more compact, even as compared with connector **1400** as shown in FIG. **19**C. Referring to FIG. **19**D, connector **1900** further comprises a housing **1900.1** with a mating surface **1901.5** configured to mate with an inner surface **2474.1** of a shroud **2474** (refer to FIG. **24**). The connector **1900** comprises a latch **1910.1** attached to one side of the housing **1901.1**. The latch further comprises a widthwise locking groove **1901.4** that accepts a catch **2601.1** of a pull tab **2600** (refer to FIG. **26**), a guide **1908.8** to slidably hold the pull tab in place, and guide recess **1909.9** accept a portion of the depressed latch structure during pull tab release of the connector from adapter. The locking groove **1901.4** is sized to snap in the catch upon depressing the catch into the groove, and removing the catch from the groove by prying the catch out of the groove. The latch **1901.1** further comprises a chamfer or inclined surface **1901.10** that engages a corresponding adapter surface upon insertion of connector into adapter (not shown). The surface **1901.10** pushes the latch downward upon contact with corresponding adapter structure for an essentially resistant free insertion.

Referring to FIG. **20**A, removal tool **2000** is configured to engage the connector **1900** via a protrusion **2090** configured to be inserted an opening **1902** (refer to FIG. **20**B). Pulling tool **2000** rearward in a direction "R" (FIG. **21**), depresses latch **1901.1** (refer to FIG. **20**B), which releases connector

10

**1900** from adapter **2340** as shown in FIG. **23**A. Referring to FIG. **20**A, removal tool **2000** and its protrusion **2090** further comprise a cutout **2909**$a$ and a stop surface **2090**$b$. The cutout **2090**$a$ engages a latch inner surface **1901.6** (refer to FIG. **24**), and pulling on the tool **2000** in a direction "A" of the arrow (refer to FIG. **23**B) will release the connector **1900** from the adapter **2340**. The stop surface adds strength to the removal tool when it engages the latch inner surface and the tool is pulled to release the connector **1900**.

Referring to FIG. **20**B, the connector **1900** comprises an opening **1902** configured to receive the protrusion **2090**, a channel **1901.3** configured to receive an alignment tab **2090**$c$ that helps ensure the tool **2000** does not get stuck in the adapter, and protrusion **2090** is configured to be received in opening **1902**. Referring to FIG. **21**, the protrusion **2090** is shown inserted into opening **1902** of the connector **1900**. Referring to FIG. **20**A, a projection **2090**$d$ runs lengthwise along underside or attachment side to a connector of the removal tool. The projection is on both inner sides and projects inward. This allows projection **2090**$d$ to engage a side face **1901.7** of the latch **1901**. The width of the projection opening defines a distance "d" between the projections **2090**$d$ (refer to FIG. **21**) and "d" is sized to engage a top surface of the latch **1901.1**. Projection **2090**$b$ captures the latch side face **1901.7** to secure tool **2000** and help prevent it from sliding widthwise across the latch and getting jammed in the adapter. This is also shown in FIG. **22** at **2280**. Returning to FIG. **21**, the tool **2000** is secured to latch **1901.1** by side projections **2090**$d$ and protrusion **2090** that extends through latch opening **1902**.

Referring to FIG. **22**, adapter **2340** comprises a connector **1900** inserted and latched into a first port, and an opposing adapter port or opening comprises connector **1900** with removal tool **2000** attached thereto. The projections **2090**$d$ are shown in the call out **2280** as further securing and stabilizing the tool **2000** to latch **1901.1**. The alignment tab **2090**$c$ is shown engaged in the channel **1901.3** to help ensure tool **2000** does not become jammed in the adapter. If the tool becomes jammed, the connector would be likely destroyed or damaged along with the adapter itself, upon dislodging the jammed tool. The opposing side of the adapter **2340** shows a hook **1680** in an adapter port. The hook **1680** can accept connector **1700**B and mate the fiber optic pathways contained in the ferrules of the connectors **1700**B and **1900** to form a signal path. Without departing from the scope of the invention, the hook **1680** can be removed and a connector **1400** can be secured and latched into the adapter port in place of connector **1700**B, and form the same signal path with the connector **1900**.

Referring to FIG. **23**A, connector **1900** is shown in a first port of a duplex adapter **2340**, with a hook **1680** in an opposing port to the connector **1900**. The adapter port with a hook can accept a connector **1700**B, and a connector **1400** can be inserted in an adjacent port that does not contain a hook **1680**. The adapter comprises an opening **2340.2** further comprising an adapter latching surface **2340.1** that engages a corresponding latch face **1901.2** (refer to FIG. **20**B) thereby securing connector **1900** into the adapter **2340**. Referring to FIG. **23**A, removal tool **2000** is not inserted onto connector **1900**. Referring to FIG. **23**B, the connector **1900** with a removal tool **2000** is inserted in a first port of duplex adapter. The adapter is also shown in FIG. **24**. Pulling on the tool **2000** in a direction "A" of the arrow would remove the connector **1900** from the adapter. Pulling on tool **2000** in direction "A" imparts a downward force "F" on latch **1901.1** separating latch face **1901.2** from within adapter opening **2340.2**.

US 11,435,535 B2

11

Referring to FIG. **24**, an embodiment of an adapter comprises an outer shroud **2474**, a ferrule flange alignment sleeve **2472**, and a latch opening **2476**. The shroud **2474** further comprises an inner surface **2474.1**, a plural of walls **2474.2** and a channel **2474.5** configured to accept an outer housing of the connector **1900** and its mating surface **1901.5**. These features help ensure connector **1900** when inserted into an adapter port, in the direction of arrow "I", the connector **1900** is aligned so latch **1901.1** will secure into adapter opening **2340.2** (FIG. **23A**) and a latch face **1901.2** will engage and lock with a corresponding adapter latching surface **2340.1**.

Referring to FIG. **25A**, the adapter of FIG. **24** further comprises a ferrule flange **2506** inserted into the ferrule flange alignment sleeve holder **2472**, and further comprises a spring **2503** over ferrule flange (**1906**, **2504**) and alignment sleeve **1906.1**. The connector outer housing is not shown. FIG. **25A** shows that the adapter **2340** has a height H1 at the first end of the adapter and a height H2 at the second end of the adapter, and the height H1 at the first end is less than the height H2 at the second end. Referring to FIG. **25B**, the connector **1900** is fully inserted and latched into adapter **2340** where the outer surface of the connector **1900** housing engages with the inner surface **2474.1** of the shroud **2474**. FIG. **16A** shows that the adapter **2340** includes upper and lower longitudinal ribs **2347** between the non-behind-the-wall ports.

Referring to FIG. **26**, a pull tab **2600** is configured to attach to latch **1901.1** of connector **1900**. A proximal end of the pull tab **2600** further comprises a catch **2601.1** that engages a groove **2601.7** running widthwise on the latch top surface. As the pull tab **2600** is moved in a direction of arrow "A1", the catch forces the latch down in the direction of arrow "A2", and this releases the connector **1900** from the adapter **2340**.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that this disclosure is not limited to particular methods, reagents, compounds, compositions or biological systems, which can, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various

12

compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In an instance where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera. As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle

US 11,435,535 B2

13

third and upper third, et cetera. As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into sub-ranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1**. An adapter for optical connectors, the adapter comprising:

an adapter housing having a first end portion and an opposite second end portion spaced apart along a longitudinal axis, the adapter housing defining a plurality of behind-the-wall ports and a plurality of non-behind-the-wall ports aligned with corresponding behind-the-wall ports, each behind-the-wall port opening through the first end portion of the adapter housing and each non-behind-the-wall port opening through the opposite second end portion of the adapter housing; and

a plurality of ferrule alignment sleeves between each behind-the-wall port and the corresponding non-behind-the-wall port;

wherein the adapter housing is configured to receive a behind-the-wall optical connector in each behind-the-wall port and a non-behind-the-wall connector in each non-behind-the-wall port, each behind-the-wall connector and each non-behind-the-wall connector comprising a plurality of optical fiber ferrules, the plurality of ferrule alignment sleeves between each behind-the-wall port and the corresponding non-behind-the-wall port configured to receive the plurality of optical ferrules of the behind-the-wall optical connector received in the behind-the-wall port and the plurality of optical ferrules of the non-behind-the-wall connector in received in the non-behind-the-wall port;

wherein the adapter is configured to retain the behind-the-wall connector in the behind-the-wall port and the non-behind-the-wall connector in the non-behind-the-wall port such that an optical connection is made between the plurality of ferrules of the behind-the-wall connector and the plurality of ferrules of the non-behind-the-wall connector in the adapter housing;

wherein the adapter housing has an upper wall portion and an opposite lower wall portion, the upper wall portion defining a latch recess for each behind-the-wall port configured to latch with a depressible latch arm on a connector housing of the behind-the-wall connector received in the behind-the-wall port to retain the behind-the-wall connector in the behind-the-wall port.

**2**. The adapter as set forth in claim **1**, wherein the adapter is configured to retain the behind-the-wall connector in each behind-the-wall port and the non-behind-the-wall connector in each non-behind-the-wall port such that the plurality of optical fiber ferrules of the behind-the-wall connector engage the plurality of optical fiber ferrules of the non-behind-the-wall connector at an optical reference plane.

14

**3**. The adapter as set forth in claim **2**, wherein the optical reference plane is spaced apart from opposite second end portion of the adapter housing along the longitudinal axis by a greater distance than the optical reference plane is spaced apart from the first end portion along the longitudinal axis.

**4**. The adapter as set forth in claim **2**, wherein the adapter is configured to retain the behind-the-wall connector in each behind-the-wall port and the non-behind-the-wall connector in each non-behind-the-wall port such that a longitudinal distance from the optical reference plane to a distal end of the behind-the-wall connector is greater than a longitudinal distance from the optical reference plane to a distal end of the non-behind-the-wall connector.

**5**. The adapter as set forth in claim **1**, wherein each non-behind-the-wall port is configured to receive a portion of an elongate release of the non-behind-the-wall connector when the non-behind-the-wall connector is retained in the non-behind-the-wall port.

**6**. The adapter as set forth in claim **5**, wherein the adapter housing is configured such that the elongate release is slidable in the non-behind-the-wall port to unlatch the non-behind-the-wall connector from the adapter.

**7**. The adapter as set forth in claim **1**, wherein the adapter housing has a height extending from the lower wall portion to the upper wall portion.

**8**. The adapter as set forth in claim **7**, wherein the height of the adapter housing is less at the first end portion than at the second end portion.

**9**. The adapter as set forth in claim **7**, wherein the adapter housing has a width and the plurality of behind-the-wall ports and the plurality of non-behind-the-wall ports are spaced apart along the width.

**10**. The adapter as set forth in claim **9**, wherein the upper wall portion comprises an upper longitudinal rib adjacent the second end portion, the upper longitudinal rib projecting inwardly along the height toward the lower wall portion, wherein the lower wall portion comprises a lower longitudinal rib adjacent the second end portion, the lower longitudinal rib projecting inwardly along the height toward the upper wall portion.

**11**. The adapter as set forth in claim **10**, wherein the upper longitudinal rib and the lower longitudinal rib are located between two of the plurality of non-behind-the-wall ports along the width.

**12**. The adapter as set forth in claim **11**, wherein the upper longitudinal rib and the lower longitudinal rib are separated by a heightwise gap.

**13**. The adapter as set forth in claim **12**, wherein the upper longitudinal rib has a height and the lower longitudinal rib has a height less than the height of the upper longitudinal rib.

**14**. The adapter as set forth in claim **9**, wherein the plurality of ferrule alignment sleeves comprises a pair of ferrule alignment sleeves between each of the plurality of behind-the-wall ports and a corresponding non-behind-the-wall port.

**15**. A connection system comprising the adapter as set forth in claim **1** and a behind-the-wall connector.

**16**. The connection system as set forth in claim **15**, wherein the behind-the-wall connector comprises: first and second optical fiber ferrules; a duplex connector housing having a longitudinal axis and comprising an exterior portion at least partially surrounding the first and second optical fiber ferrules such that the exterior portion extends 360° about a space in which each of the first and second optical fiber ferrules are received; and a depressible latch arm disposed on the duplex connector housing.

US 11,435,535 B2

15                                                16

**17**. The connection system as set forth in claim **16**, further comprising a non-behind-the-wall connector.

**18**. The connection system as set forth in claim **17**, wherein the non-behind-the-wall connector comprises: first and second optical fiber ferrules; a duplex connector housing having a longitudinal axis and comprising an exterior portion at least partially surrounding the first and second optical fiber ferrules such that the exterior portion extends 360° about a space in which each of the first and second optical fiber ferrules are received; and an elongate release slidable along the longitudinal axis to unlatch the non-behind-the-wall connector from the non-behind-the-wall port of the adapter.

**19**. The connection system as set forth in claim **17**, wherein the behind-the-wall connector has a length and the non-behind-the-wall connector has a length greater than the length of the behind-the-wall connector.

* * * * *

# EXHIBIT K

US011585989B2

## (12) United States Patent
Takano et al.

(10) Patent No.: **US 11,585,989 B2**

(45) Date of Patent: **\*Feb. 21, 2023**

(54) **SMALL FORM FACTOR FIBER OPTIC CONNECTOR WITH MULTI-PURPOSE BOOT**

(71) Applicant: **Senko Advanced Components Inc.,** Marlborough, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jimmy Jun-Fu Chang**, Worcester, MA (US)

(73) Assignee: **Senko Advanced Components, Inc.,** Hudson, MA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/342,988**

(22) Filed: **Jun. 9, 2021**

(65) **Prior Publication Data**

US 2021/0294045 A1     Sep. 23, 2021

**Related U.S. Application Data**

(60) Continuation of application No. 16/782,196, filed on Feb. 5, 2020, now Pat. No. 11,061,190, which is a (Continued)

(51) **Int. Cl.**
**G02B 6/38** (2006.01)
**G02B 6/40** (2006.01)
**G02B 6/42** (2006.01)

(52) **U.S. Cl.**
CPC ......... **G02B 6/38875** (2021.05); **G02B 6/387** (2013.01); **G02B 6/3825** (2013.01); (Continued)

(58) **Field of Classification Search**
CPC .... G02B 6/387; G02B 6/3821; G02B 6/3825; G02B 6/3831
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 681,132 | A | 8/1901 | Norton |
| 3,721,945 | A | 3/1973 | Hults |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2495693 A1 | 4/2004 |
| CA | 2495693 A1 | 4/2004 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion; Application No. PCT/US2018/042202, dated Dec. 7, 2018, pp. 17.

(Continued)

*Primary Examiner* — Eric Wong

(57) **ABSTRACT**

An optical connector holding two or more LC-type optical ferrules is provided. The optical connector includes an outer body, an inner front body accommodating the two or more LC-type optical ferrules, ferrule springs for urging the optical ferrules towards a mating connection, and a back body for supporting the ferrule springs. A removable inner front body for polarity change is disclosed. A multi-purpose rotatable boot assembly for polarity change is disclosed. The multi-purpose boot assembly can be pushed and pulled to insert and remove the micro connector from an adapter receptacle.

**20 Claims, 32 Drawing Sheets**



**US 11,585,989 B2**

Page 2

### Related U.S. Application Data

division of application No. 16/368,828, filed on Mar. 28, 2019, now Pat. No. 10,705,300, and a continuation of application No. 16/103,555, filed on Aug. 14, 2018, now Pat. No. 10,718,911, which is a continuation-in-part of application No. 16/035,691, filed on Jul. 15, 2018, now Pat. No. 10,281,668.

(60) Provisional application No. 62/649,539, filed on Mar. 28, 2018, provisional application No. 62/588,276, filed on Nov. 17, 2017, provisional application No. 62/549,655, filed on Aug. 24, 2017, provisional application No. 62/532,710, filed on Jul. 14, 2017.

(52) **U.S. Cl.**
CPC ......... *G02B 6/3879* (2013.01); *G02B 6/3887* (2013.01); *G02B 6/3893* (2013.01); *G02B 6/403* (2013.01); *G02B 6/406* (2013.01); *G02B 6/4292* (2013.01); *G02B 6/3821* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,150,790 A | 4/1979 | Potter |
| 4,240,695 A | 12/1980 | Evans |
| 4,327,964 A | 5/1982 | Haesley et al. |
| 4,478,473 A | 10/1984 | Frear |
| 4,762,388 A | 8/1988 | Tanaka et al. |
| 4,764,129 A | 8/1988 | Jones et al. |
| 4,840,451 A | 6/1989 | Sampson et al. |
| 4,872,736 A | 10/1989 | Myers et al. |
| 4,979,792 A | 12/1990 | Weber |
| 5,026,138 A | 6/1991 | Boudreau |
| 5,031,981 A | 7/1991 | Peterson |
| 5,011,025 A | 8/1991 | Haitmanek |
| 5,041,025 A | 8/1991 | Haitmanek |
| 5,073,045 A | 12/1991 | Abendschein |
| D323,143 S | 1/1992 | Ohkura et al. |
| 5,101,463 A | 3/1992 | Cubukciyan |
| 5,146,813 A | 9/1992 | Stanfill, Jr. |
| 5,159,652 A | 10/1992 | Grassin D'Alphonse |
| 5,212,752 A | 5/1993 | Stephenson et al. |
| 5,265,181 A | 11/1993 | Chang |
| 5,289,554 A | 2/1994 | Cubukciyan et al. |
| 5,315,679 A | 5/1994 | Baldwin |
| 5,317,663 A | 5/1994 | Beard et al. |
| 5,321,784 A | 6/1994 | Cubukciyan et al. |
| 5,335,301 A | 8/1994 | Newman et al. |
| 5,348,487 A | 9/1994 | Marazzi et al. |
| 5,418,875 A | 5/1995 | Nakano |
| 5,444,806 A | 8/1995 | de Marchi et al. |
| 5,481,634 A | 1/1996 | Anderson et al. |
| 5,506,922 A | 4/1996 | Grois et al. |
| 5,521,997 A | 5/1996 | Rovenolt et al. |
| 5,570,445 A | 10/1996 | Chou et al. |
| 5,588,079 A | 12/1996 | Tanabe et al. |
| 5,602,951 A | 2/1997 | Shiota |
| 5,684,903 A | 11/1997 | Kyomasu et al. |
| 5,687,268 A | 11/1997 | Stephenson et al. |
| 5,781,681 A | 7/1998 | Manning |
| 5,845,036 A | 12/1998 | De Marchi |
| 5,862,282 A | 1/1999 | Matsuura |
| 5,915,987 A | 6/1999 | Reed |
| 5,930,426 A | 7/1999 | Harting |
| 5,937,130 A | 8/1999 | Amberg et al. |
| 5,953,473 A | 9/1999 | Shimotsu |
| 5,956,444 A | 9/1999 | Duda et al. |
| 5,971,626 A | 10/1999 | Knodell et al. |
| 6,041,155 A | 3/2000 | Anderson et al. |
| 6,049,040 A | 4/2000 | Biles et al. |
| 6,095,862 A | 8/2000 | Doye |
| 6,134,370 A | 10/2000 | Childers et al. |

| | | | |
|---|---|---|---|
| 6,178,283 B1 | 1/2001 | Weigel |
| RE37,080 E | 3/2001 | Stephenson et al. |
| 6,206,577 B1 | 3/2001 | Hall, III et al. |
| 6,206,581 B1 | 3/2001 | Driscoll et al. |
| 6,227,717 B1 | 5/2001 | Ott et al. |
| 6,238,104 B1 | 5/2001 | Yamakawa et al. |
| 6,240,228 B1 | 5/2001 | Chen |
| 6,247,849 B1 | 6/2001 | Liu |
| 6,250,817 B1 | 6/2001 | Lampert et al. |
| 6,276,840 B1 | 8/2001 | Weiss |
| 6,318,903 B1 | 11/2001 | Andrews |
| 6,364,537 B1 | 4/2002 | Maynard |
| 6,379,052 B1 | 4/2002 | de Jong |
| 6,422,759 B1 | 7/2002 | Kevern |
| 6,450,695 B1 | 9/2002 | Matsumoto |
| 6,461,054 B1 | 10/2002 | Iwase |
| 6,471,412 B1 | 10/2002 | Belenkiy et al. |
| 6,478,472 B1 | 11/2002 | Anderson et al. |
| 6,485,194 B1 | 11/2002 | Shirakawa |
| 6,527,450 B1 | 3/2003 | Miyachi |
| 6,530,696 B1 | 3/2003 | Ueda |
| 6,551,117 B2 | 4/2003 | Poplawski et al. |
| 6,565,262 B2 | 5/2003 | Childers |
| 6,572,276 B1 | 6/2003 | Theis |
| 6,579,014 B2 | 6/2003 | Melton et al. |
| 6,585,194 B1 | 7/2003 | Brushwood |
| 6,634,796 B2 | 10/2003 | de Jong |
| 6,634,801 B1 | 10/2003 | Waldron et al. |
| 6,648,520 B2 | 11/2003 | McDonald et al. |
| 6,668,113 B2 | 12/2003 | Togami |
| 6,682,228 B2 | 1/2004 | Ralhnam et al. |
| 6,685,362 B2 | 2/2004 | Burkholder et al. |
| 6,695,486 B1 | 2/2004 | Falkenberg |
| 6,811,321 B1 | 11/2004 | Schmalzigaug et al. |
| 6,817,272 B2 | 11/2004 | Holland |
| 6,854,894 B1 | 2/2005 | Yunker et al. |
| 6,869,227 B2 | 3/2005 | Del Grosso |
| 6,872,039 B2 | 3/2005 | Baus et al. |
| 6,935,789 B2 | 8/2005 | Gross, III et al. |
| 7,036,993 B2 | 5/2006 | Luther |
| 7,052,186 B1 | 5/2006 | Bates |
| 7,077,576 B2 | 7/2006 | Luther |
| 7,090,407 B2 | 8/2006 | Melton et al. |
| 7,091,421 B2 | 8/2006 | Kukita et al. |
| 7,111,990 B2 | 9/2006 | Melton et al. |
| 7,113,679 B2 | 9/2006 | Melton et al. |
| D533,504 S | 12/2006 | Lee |
| D534,124 S | 12/2006 | Taguchi |
| 7,150,567 B1 | 12/2006 | Luther et al. |
| 7,153,041 B2 | 12/2006 | Mine et al. |
| 7,198,409 B2 | 4/2007 | Smith et al. |
| 7,207,724 B2 | 4/2007 | Gurreri |
| D543,146 S | 5/2007 | Chen et al. |
| 7,258,493 B2 | 8/2007 | Milette |
| 7,261,472 B2 | 8/2007 | Suzuki et al. |
| 7,264,402 B2 | 9/2007 | Theuerkorn |
| 7,281,859 B2 | 10/2007 | Mudd et al. |
| 7,284,912 B2 | 10/2007 | Suzuki et al. |
| D558,675 S | 1/2008 | Chien et al. |
| 7,315,682 B1 | 1/2008 | En Lin et al. |
| 7,325,976 B2 | 2/2008 | Gurreri et al. |
| 7,325,980 B2 | 2/2008 | Pepe |
| 7,329,137 B2 | 2/2008 | Martin et al. |
| 7,347,634 B2 | 3/2008 | Gunther et al. |
| 7,354,291 B2 | 4/2008 | Caveney et al. |
| 7,331,718 B2 | 5/2008 | Yazaki et al. |
| 7,371,082 B2 | 5/2008 | Zimmell et al. |
| 7,387,447 B2 | 6/2008 | Mudd et al. |
| 7,390,203 B2 | 6/2008 | Murano et al. |
| D572,661 S | 7/2008 | En Lin et al. |
| 7,431,604 B2 | 10/2008 | Waters et al. |
| 7,463,803 B2 | 12/2008 | Cody et al. |
| 7,465,180 B2 | 12/2008 | Kusuda et al. |
| 7,473,124 B1 | 1/2009 | Briant |
| 7,510,335 B1 | 3/2009 | Su et al. |
| 7,513,695 B1 | 4/2009 | Lin et al. |
| 7,534,128 B2 | 5/2009 | Caveney et al. |
| 7,540,666 B2 | 6/2009 | Luther |
| 7,561,775 B2 | 7/2009 | Lin et al. |

# US 11,585,989 B2

Page 3

(56)                  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,588,373 | B1 | 9/2009 | Sato |
| 7,591,595 | B2 | 9/2009 | Lue et al. |
| 7,594,766 | B1 | 9/2009 | Sasser et al. |
| 7,641,398 | B2 | 1/2010 | O'Riorden et al. |
| 7,695,199 | B2 | 4/2010 | Teo et al. |
| 7,699,533 | B2 | 4/2010 | Milette |
| 7,712,970 | B1 | 5/2010 | Lee |
| 7,717,625 | B2 | 5/2010 | Margolin et al. |
| 7,824,113 | B2 | 11/2010 | Wong et al. |
| 7,837,395 | B2 | 11/2010 | Lin et al. |
| D641,708 | S | 7/2011 | Tammauchi |
| 8,083,450 | B1 | 12/2011 | Smith et al. |
| 8,152,385 | B2 | 4/2012 | de Jong |
| 8,186,890 | B2 | 5/2012 | Lu |
| 8,192,091 | B2 | 6/2012 | Hsu et al. |
| 8,202,009 | B2 | 6/2012 | Lin et al. |
| 8,221,007 | B2 | 7/2012 | Peterhans |
| 8,251,733 | B2 | 8/2012 | Wu |
| 8,267,595 | B2 | 9/2012 | Lin et al. |
| 8,270,796 | B2 | 9/2012 | Nhep |
| 8,408,815 | B2 | 4/2013 | Lin et al. |
| 8,414,196 | B2 | 4/2013 | Lu |
| 8,465,317 | B2 | 6/2013 | Gniadek et al. |
| 8,534,928 | B2 | 9/2013 | Cooke |
| 8,550,728 | B2 | 10/2013 | Takahashi |
| 8,556,645 | B2 | 10/2013 | Crain |
| 8,559,781 | B2 | 10/2013 | Childers |
| 8,622,634 | B2 | 1/2014 | Arnold |
| 8,636,424 | B2 | 1/2014 | Kuffel et al. |
| 8,651,749 | B2 | 2/2014 | Clovis et al. |
| 8,676,022 | B2 | 3/2014 | Jones |
| 8,678,670 | B2 | 3/2014 | Takahashi |
| 8,727,638 | B2 | 5/2014 | Lee |
| 8,757,894 | B2 | 6/2014 | Katoh |
| 8,764,308 | B2 | 7/2014 | Irwin |
| 8,770,863 | B2 | 7/2014 | Cooke et al. |
| 8,869,661 | B2 | 10/2014 | Opstad |
| 9,052,474 | B2 | 6/2015 | Jiang |
| 9,063,296 | B2 | 6/2015 | Dong |
| 9,250,399 | B2 | 2/2016 | Margolin et al. |
| 9,250,402 | B2 | 2/2016 | Ishii et al. |
| 9,310,569 | B2 | 4/2016 | Lee |
| 9,366,829 | B2 | 6/2016 | Czosnowski |
| 9,411,110 | B2 | 8/2016 | Barnette, Jr. et al. |
| 9,448,370 | B2 | 9/2016 | Xue et al. |
| 9,465,172 | B2 | 10/2016 | Shih |
| 9,494,744 | B2 | 11/2016 | de Jong |
| 9,548,557 | B2 | 1/2017 | Liu |
| 9,551,842 | B2 | 1/2017 | Theuerkorn |
| 9,557,495 | B2 | 1/2017 | Raven et al. |
| 9,568,686 | B2 | 2/2017 | Fewkes et al. |
| 9,581,768 | B1 | 2/2017 | Baca et al. |
| 9,599,778 | B2 | 3/2017 | Wong et al. |
| 9,658,409 | B2 | 5/2017 | Gniadek |
| 9,678,283 | B1 | 6/2017 | Chang et al. |
| 9,684,130 | B2 | 6/2017 | Veatch et al. |
| 9,684,136 | B2 | 6/2017 | Cline et al. |
| 9,684,313 | B2 | 6/2017 | Chajec |
| 9,709,753 | B1 | 8/2017 | Chang et al. |
| 9,778,425 | B2 | 10/2017 | Nguyen |
| 9,829,644 | B2 | 11/2017 | Nguyen |
| 9,829,645 | B1 | 11/2017 | Good |
| 9,829,653 | B1 | 11/2017 | Nishiguchi |
| 9,869,825 | B2 | 1/2018 | Bailey et al. |
| 9,880,361 | B2 | 1/2018 | Childers |
| 9,946,035 | B2 | 4/2018 | Gustafson |
| 9,971,103 | B2 | 5/2018 | de Jong et al. |
| 9,989,711 | B2 | 6/2018 | Ott et al. |
| 10,031,296 | B2 | 7/2018 | Good |
| 10,067,301 | B2 | 9/2018 | Murray |
| 10,107,972 | B1 | 10/2018 | Gniadek et al. |
| 10,114,180 | B2 | 10/2018 | Suzic |
| 10,146,011 | B2 | 12/2018 | Nhep |
| 10,281,668 | B2 | 5/2019 | Takano et al. |
| 10,281,669 | B2 | 5/2019 | Takano et al. |

| | | | |
|---|---|---|---|
| 2002/0168148 | A1 | 11/2002 | Gilliland |
| 2002/0172467 | A1 | 11/2002 | Anderson et al. |
| 2002/0191919 | A1 | 12/2002 | Nolan |
| 2003/0053787 | A1 | 3/2003 | Lee |
| 2003/0063862 | A1 | 4/2003 | Fillion |
| 2003/0157825 | A1 | 8/2003 | Kane |
| 2004/0052473 | A1 | 3/2004 | Seo |
| 2004/0109646 | A1 | 6/2004 | Anderson |
| 2004/0161958 | A1 | 6/2004 | Togami et al. |
| 2004/0136657 | A1 | 7/2004 | Ngo |
| 2004/0141693 | A1 | 7/2004 | Szilagyi et al. |
| 2004/0234209 | A1 | 11/2004 | Cox et al. |
| 2004/0247252 | A1 | 12/2004 | Ehrenreich |
| 2005/0036744 | A1 | 2/2005 | Caveney et al. |
| 2005/0111796 | A1 | 5/2005 | Matasek et al. |
| 2005/0135755 | A1 | 6/2005 | Kiani et al. |
| 2005/0141817 | A1 | 6/2005 | Yazaki et al. |
| 2006/0013539 | A1 | 1/2006 | Thaler |
| 2006/0076061 | A1 | 4/2006 | Bush |
| 2006/0089049 | A1 | 4/2006 | Sedor |
| 2006/0127025 | A1 | 6/2006 | Haberman |
| 2006/0153503 | A1 | 7/2006 | Suzuki |
| 2006/0160429 | A1 | 7/2006 | Dawiedczyk et al. |
| 2006/0193562 | A1 | 8/2006 | Theuerkorn |
| 2006/0269194 | A1 | 11/2006 | Luther et al. |
| 2006/0274411 | A1 | 12/2006 | Yamauchi |
| 2007/0025665 | A1 | 2/2007 | Dean |
| 2007/0028409 | A1 | 2/2007 | Yamada |
| 2007/0079854 | A1 | 4/2007 | You |
| 2007/0098329 | A1 | 6/2007 | Shimoji et al. |
| 2007/0149028 | A1 | 6/2007 | Yu et al. |
| 2007/0149062 | A1 | 6/2007 | Long et al. |
| 2007/0230874 | A1 | 10/2007 | Lin |
| 2007/0232115 | A1 | 10/2007 | Burke et al. |
| 2007/0243749 | A1 | 10/2007 | Wu |
| 2008/0008430 | A1 | 1/2008 | Kewitsch |
| 2008/0013896 | A1 | 1/2008 | Salzberg et al. |
| 2008/0044137 | A1 | 2/2008 | Luther et al. |
| 2008/0056647 | A1 | 3/2008 | Margolin et al. |
| 2008/0064334 | A1 | 3/2008 | Hamadi |
| 2008/0069501 | A1 | 3/2008 | Mudd et al. |
| 2008/0101757 | A1 | 5/2008 | Lin et al. |
| 2008/0226237 | A1 | 9/2008 | O'Rioreden et al. |
| 2008/0267566 | A1 | 10/2008 | En Lin |
| 2009/0028507 | A1 | 1/2009 | Jones et al. |
| 2009/0047818 | A1 | 2/2009 | Irwin et al. |
| 2009/0092360 | A1 | 4/2009 | Lin et al. |
| 2009/0176401 | A1 | 7/2009 | Gu |
| 2009/0196555 | A1 | 8/2009 | Lin et al. |
| 2009/0214162 | A1 | 8/2009 | O'Riorden et al. |
| 2009/0220197 | A1 | 9/2009 | Gniadek |
| 2009/0220200 | A1 | 9/2009 | Wong et al. |
| 2009/0222457 | A1 | 9/2009 | Gallant |
| 2009/0290839 | A1 | 11/2009 | En Lin |
| 2009/0290938 | A1 | 11/2009 | Asaoka |
| 2010/0034502 | A1 | 2/2010 | Lu et al. |
| 2010/0054668 | A1 | 3/2010 | Nelson |
| 2010/0061069 | A1 | 3/2010 | Cole |
| 2010/0092136 | A1 | 4/2010 | Nhep |
| 2010/0220961 | A1 | 9/2010 | de Jong et al. |
| 2010/0247041 | A1 | 9/2010 | Szilagyi |
| 2010/0284656 | A1 | 11/2010 | Morra |
| 2010/0322561 | A1 | 12/2010 | Lin et al. |
| 2011/0044588 | A1 | 2/2011 | Larson et al. |
| 2011/0058773 | A1 | 3/2011 | Peterhans |
| 2011/0131801 | A1 | 6/2011 | Nelson et al. |
| 2011/0155810 | A1 | 6/2011 | Taniguichi |
| 2011/0177710 | A1 | 7/2011 | Tobey |
| 2011/0239220 | A1 | 9/2011 | Gibson |
| 2012/0099822 | A1 | 4/2012 | Kuffel et al. |
| 2012/0155810 | A1 | 6/2012 | Nakagawa |
| 2012/0189260 | A1 | 7/2012 | Kowalczyk et al. |
| 2012/0237177 | A1 | 9/2012 | Minota |
| 2012/0269485 | A1 | 10/2012 | Haley et al. |
| 2012/0301080 | A1 | 11/2012 | Gniadek |
| 2012/0308184 | A1 | 12/2012 | Irwin |
| 2012/0328248 | A1 | 12/2012 | Larson |
| 2013/0019423 | A1 | 1/2013 | Srutkowski |
| 2013/0071067 | A1 | 3/2013 | Lin |

## US 11,585,989 B2

Page 4

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0089995 | A1 | 4/2013 | Gniadek et al. |
| 2013/0094816 | A1 | 4/2013 | Lin et al. |
| 2013/0101258 | A1 | 4/2013 | Hikosaka |
| 2013/0121653 | A1 | 5/2013 | Shitama et al. |
| 2013/0170797 | A1 | 7/2013 | Ott |
| 2013/0183012 | A1 | 7/2013 | Lopez et al. |
| 2013/0216185 | A1 | 8/2013 | Klavuhn |
| 2013/0259429 | A1 | 10/2013 | Czosnowski et al. |
| 2013/0308915 | A1 | 11/2013 | Buff |
| 2013/0322825 | A1 | 12/2013 | Cooke et al. |
| 2014/0016901 | A1 | 1/2014 | Lamboum et al. |
| 2014/0023322 | A1 | 1/2014 | Gniadek |
| 2014/0050446 | A1 | 2/2014 | Chang |
| 2014/0056562 | A1 | 2/2014 | Limbert |
| 2014/0133808 | A1 | 5/2014 | Hill et al. |
| 2014/0169727 | A1 | 6/2014 | Veatch et al. |
| 2014/0219621 | A1 | 8/2014 | Barnette, Jr. et al. |
| 2014/0226946 | A1 | 8/2014 | Cooke et al. |
| 2014/0241644 | A1 | 8/2014 | Kang |
| 2014/0241678 | A1 | 8/2014 | Bringuier et al. |
| 2014/0241688 | A1 | 8/2014 | Isenhour et al. |
| 2014/0334780 | A1 | 11/2014 | Nguyen et al. |
| 2014/0348477 | A1 | 11/2014 | Chang |
| 2015/0003788 | A1 | 1/2015 | Chen |
| 2015/0378841 | A1 | 1/2015 | Chen |
| 2015/0111417 | A1 | 4/2015 | Vanderwoud |
| 2015/0177463 | A1 | 6/2015 | Lee |
| 2015/0198766 | A1 | 7/2015 | Takahashi |
| 2015/0212282 | A1 | 7/2015 | Lin |
| 2015/0241644 | A1 | 8/2015 | Lee |
| 2015/0301294 | A1 | 10/2015 | Chang et al. |
| 2015/0331201 | A1 | 11/2015 | Takano et al. |
| 2015/0355417 | A1 | 12/2015 | Takano et al. |
| 2015/0370021 | A1 | 12/2015 | Chan |
| 2015/0378113 | A1 | 12/2015 | Good et al. |
| 2016/0131849 | A1 | 5/2016 | Takano et al. |
| 2016/0139343 | A1 | 5/2016 | Dean, Jr. et al. |
| 2016/0161681 | A1 | 6/2016 | Banal, Jr. et al. |
| 2016/0172852 | A1 | 6/2016 | Tamura |
| 2016/0178852 | A1 | 6/2016 | Takano |
| 2016/0195682 | A1 | 6/2016 | Takano |
| 2016/0291262 | A1 | 6/2016 | Chang et al. |
| 2016/0231512 | A1 | 8/2016 | Seki |
| 2016/0259135 | A1 | 9/2016 | Gniadek et al. |
| 2016/0266326 | A1 | 9/2016 | Gniadek |
| 2016/0320572 | A1 | 11/2016 | Gniadek |
| 2016/0349458 | A1 | 12/2016 | Murray |
| 2016/0370545 | A1 | 12/2016 | Jiang |
| 2017/0003458 | A1 | 1/2017 | Gniadek |
| 2017/0205587 | A1 | 7/2017 | Chang et al. |
| 2017/0205590 | A1 | 7/2017 | Bailey |
| 2017/0205591 | A1 | 7/2017 | Takano et al. |
| 2017/0212313 | A1 | 7/2017 | Elenabaas |
| 2017/0212316 | A1 | 7/2017 | Takano |
| 2017/0254961 | A1 | 9/2017 | Kamada et al. |
| 2017/0276275 | A1 | 9/2017 | Beemer et al. |
| 2017/0276887 | A1 | 9/2017 | Allen |
| 2017/0277059 | A1 | 9/2017 | Miura et al. |
| 2017/0343740 | A1 | 11/2017 | Nguyen |
| 2018/0128988 | A1 | 5/2018 | Chang |
| 2018/0156982 | A1* | 6/2018 | Lu ...................... G02B 6/3885 |
| 2018/0156988 | A1 | 6/2018 | Gniadek |
| 2018/0172923 | A1 | 6/2018 | Bauco |
| 2018/0252872 | A1 | 9/2018 | Chen |
| 2018/0341069 | A1 | 11/2018 | Takano |
| 2019/0064447 | A1 | 2/2019 | Chang et al. |
| 2019/0204513 | A1 | 7/2019 | Davidson et al. |
| 2021/0263238 | A1* | 8/2021 | Tseng ................. G02B 6/3869 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 2836038 | Y | 11/2006 |
| CN | 2836038 | Y | 11/2006 |
| CN | 201383588 | Y | 1/2010 |
| CN | 201383588 | Y | 1/2010 |
| CN | 2026500189 | U | 12/2013 |
| CN | 106997078 | | 8/2017 |
| DE | 19507669 | A1 | 9/1996 |
| DE | 202006011910 | U1 | 3/2007 |
| DE | 102006019335 | U1 | 10/2007 |
| EP | 1074868 | A1 | 2/2001 |
| EP | 1074868 | A1 | 7/2001 |
| EP | 1211537 | A2 | 6/2002 |
| EP | 1211537 | A3 | 6/2002 |
| EP | 1245980 | A1 | 10/2002 |
| EP | 1566674 | A2 | 8/2005 |
| GB | 2111240 | A | 6/1983 |
| JP | 2000089059 | A | 3/2000 |
| JP | 03752331 | B2 | 3/2006 |
| JP | 2009229545 | A | 10/2009 |
| JP | 2009276493 | A | 11/2009 |
| JP | 04377820 | B2 | 12/2009 |
| JP | 2011027876 | A | 2/2011 |
| JP | 2012053375 | A | 3/2012 |
| KR | 20040028409 | A | 4/2006 |
| KR | 2009005382 | A | 1/2009 |
| KR | 200905382 | U | 6/2009 |
| KR | 1371686 | B1 | 3/2014 |
| TW | 200821653 | A | 5/2008 |
| WO | 200179904 | A2 | 10/2001 |
| WO | WO2001079904 | A2 | 10/2001 |
| WO | 2004027485 | A1 | 4/2004 |
| WO | WO2006007120 | A1 | 1/2006 |
| WO | 2008112986 | A1 | 9/2008 |
| WO | 2009135787 | A1 | 11/2009 |
| WO | 2010024851 | A2 | 3/2010 |
| WO | 2012136702 | A1 | 10/2012 |
| WO | 2012162385 | A1 | 11/2012 |
| WO | WO2012162385 | A1 | 11/2012 |
| WO | 2014028527 | A1 | 2/2014 |
| WO | 2014182351 | A1 | 11/2014 |
| WO | WO2015103783 | A1 | 7/2015 |
| WO | 2015191024 | A1 | 12/2015 |
| WO | 2016019993 | A1 | 2/2016 |
| WO | 2016148741 | A1 | 9/2016 |
| WO | WO2019126333 | A1 | 6/2019 |

OTHER PUBLICATIONS

International Search Report and Written Opinion, Application No. PCT/US2019/013861, dated Apr. 8, 2019, pp. 15.
Fiber Optic Connectors Tutorial, 2018, pp. 20.
Fiber Optic Glossary, Feb. 29, 2016, pp. 93.
"Fiber Optic Interconnect Solutions, Tactical Fiber Optical Connectors, Cables and Termini" 2006, Glenair, Inc., Glendale, California, www.mps-electronics.de, pp. 232.
"Fiber Optic Products Catalog" Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania, www.ampnetconnect.com, pp. 204.
"Fiber Optic Connectors and Assemblies Catalog" 2009, Huber & Suhner Fiver Optics, Herisau, Switzerland, www.hubersuhner.com, pp. 104.
PCT/US2018/062406 International Search Report dated Mar. 18, 2019.
PCT/US2018/062406 The written Opinion dated Mar. 18, 2019.
PCT/US2018/062405 International Search Report dated Apr. 3, 2019.
PCT/US2018/062405 The written Opinion dated Apr. 3, 2019.
PCT/IB2018/056133 Written Opinion dated Jan. 3, 2019.
PCY/IB/056133 Search Report dated Jan. 3, 2019.
Final Office Action, U.S. Appl. No. 16/035,691, dated Feb. 11, 2019, pp. 8.
Non-Final Office Action, U.S. Appl. No. 16/035,695, dated Sep. 28, 2018, pp. 7.
International Search Report and Written Opinion, Application No. PCT/US2018/042202, pp. 17, dated Dec. 7, 2018.
International Search Report and Written Opinion, Application No. PCT/US19/24718, dated Jun. 26, 2019, pp. 7.
ISR for PCT/US2019/013861, Apr. 8, 2019, 3 pages.
WO for PCT/US2019/013861, Apr. 8, 2019, 11 pages.

**US 11,585,989 B2**

Page 5

(56)          **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion for Application No. PCT/US2018/62406 dated Mar. 18, 2019, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/40700 dated Sep. 27, 2019, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/50895 dated Jan. 6, 2020, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/50909 dated Dec. 17, 2019, 11, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/56564 dated Jan. 14, 2020, 14, pages, United States.
International Search Report and Written Opinion, Application No. PCT/US19/46397, dated Nov. 12, 2019, pp. 6.
International Search Report; PCT/US2018/042202 filed Jul. 16, 2018; Applicant: Senko Advanced Components, Inc.
International Preliminary Report on Patentability for PCT/US2019/022940 dated Oct. 1, 2020, 11 pages.
Extended European Search Report and Written Opinion, Application No. 18832246.5, dated Mar. 15, 2021, pp. 6.

* cited by examiner

FIG. 1.

Rotate Inside assembly 180°

R

F

3702

FIG. 3

3701

FIG. 2

FIG. 4

3700

3701

3700

3703







FIG. 12



FIG. 13



FIG. 14

FIG. 15



FIG. 16



FIG. 17

FIG. 18

FIG. 19







FIG. 24



**FIG. 25**

FIG. 26

FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34



**FIG. 35**



**FIG. 36**



FIG. 37



FIG. 38



FIG. 39



FIG. 40



FIG. 41



FIG. 42



FIG. 43



FIG. 44

FIG. 45

US 11,585,989 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# SMALL FORM FACTOR FIBER OPTIC CONNECTOR WITH MULTI-PURPOSE BOOT

## RELATED APPLICATIONS

This application is a divisional under 35 USC 121 that claims priority to U.S. patent application Ser. No. 16/782, 196, titled "Small Form Factor Fiber Optic Connector with Multi-Purpose Boot Assembly", filed on Feb. 5, 2020, which claims priority to U.S. application Ser. No. 16/368,828, titled "Small Factor Fiber Optic Connector with Multi-Purpose Boot", filed on Mar. 28, 2018, which claims priority to U.S. Patent Application 62/649,539 titled "Micro Connector with Multi-Purpose Boot", filed on Mar. 28, 2018; and further claims priority to U.S. Patent with Ser. No. 16/103,555 filed on Aug. 14, 2018 entitled "Ultra-Small Form Factor Optical Connectors Using A Push-Pull Boot Receptacle Release", which is a continuation in-part of U.S. patent application Ser. No. 16/035,691 filed Jul. 15, 2018, entitled "Ultra-Small Factor Optical Connectors", which claims priority from U.S. Provisional Application Ser. No. 62/588,276 filed Nov. 17, 2017; U.S. Provisional Application Ser. No. 62/549,655 filed Aug. 24, 2017; and U.S. Provisional Application Ser. No. 62/532,710 filed Jul. 14, 2017 all of the above applications are incorporated by reference in this non-provisional patent application.

## FIELD OF THE INVENTION

The present disclosure relates generally to ultra-small form factor optical connectors, termed "micro optical connectors," and related connections within adapters and optical transceivers.

## BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connects, still exists. For example, manufacturers of connectors and adapters are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, these optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable transceiver footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) transceiver footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Overstressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into a dense group of connectors and activate a release mechanism, adjacent cables and connectors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the adjacent cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an exploded view of a micro optical connector improved according to disclosed embodiments of push/pull and polarity change in present invention.

FIGS. 2-4 depict a technique polarity changing of the micro connector of FIG. 1

FIGS. 5-8 depict polarity changing according to an another embodiment of the present invention of a micro-connector.

FIG. 9-11 depict inserting the micro-connector of FIG. 1 into an adapter.

FIG. 12 is a perspective view of a front body according to an embodiment of the present invention.

FIG. 13 is a perspective view of another embodiment of an adapter hook and alignment assembly.

FIG. 14 is a perspective view of micro connectors of FIG. 1 inserted into an adapter.

FIG. 15 is a perspective rear view of a group of micro connectors of FIG. 14.

FIG. 16 is a perspective view of a micro connector with multi-purpose push/pull—rotatable boot (FIG. 17) for insert/removal of connector from adapter and for polarity change.

FIG. 17 is a perspective view of multi-purpose rotatable boot assembly with an alignment and offset key releasable attached to the boot assembly.

FIG. 18 is a perspective view of an outer housing of the micro connector of FIG. 16.

FIG. 19 is a perspective view of front body and boot removed from FIG. 18 outer housing.

US 11,585,989 B2

**3**

FIG. **20** is a perspective view of the micro connector in a first polarity position.

FIG. **21** is a perspective view of the connector of FIG. **20** being rotated in direction "R" to a second polarity.

FIG. **22** depicts micro connector of FIG. **20** being rotated further to the second polarity.

FIG. **23** depicts micro connector of FIG. **20** in the second polarity.

FIG. **24** is side view of micro connector of FIG. **16** with a cross section cut "A-A".

FIG. **25** is a view along cross section cut "A-A" of the micro connector of FIG. **16** in a first polarity position.

FIG. **26** is an end view of the boot assembly illustrating an opening for fiber optic cabling.

FIG. **27** is a perspective view of end of a back body, with fiber optic cabling.

FIG. **28** is perspective view along cross section "A-A" at a start of boot rotation to change a micro connector from a first polarity to a second polarity.

FIG. **29** is perspective view along cross section "A-A" in furtherance of boot rotation to change the micro connector from a first polarity to a second polarity.

FIG. **30** is a perspective view of the micro connector in furtherance of boot rotation.

FIG. **31** is a perspective view along cross section "A-A" just prior to completion to a second polarity of the micro connector.

FIG. **32** is a perspective view of the micro connector just prior to completion to a second polarity.

FIG. **33** is a perspective view along cross section "A-A" of micro connector FIG. **16** in a second polarity position.

FIG. **34** is a perspective view along a longitudinal cross section of a micro connector of FIG. **16**, latched into an adapter receptacle with multi-purpose rotatable boot assembly biased forward or pushed in.

FIG. **35** is a perspective view of FIG. **34** as multi-purpose rotatable boot assembly is partially pulled in direction "P".

FIG. **36** is a perspective view of FIG. **34** as multi-purpose rotatable boot assembly (FIG. **17**) is release from adapter hook but still under influence of pulling force "P".

FIG. **37** is perspective view of a micro connector with another push/pull release embodiment incorporated therein.

FIG. **38** is an exploded view of FIG. **37** connector.

FIG. **39** is a side perspective inner view of a micro connector of FIG. **37** without an outer housing.

FIG. **40** is a cross-section view of connector of FIG. **37** latched into a receptacle.

FIG. **41** is a cross-section view of connector of FIG. **37** partial removed using push/pull release boot according to the present invention.

FIG. **42** is a cross-section view of connector of FIG. **37** released from an adapter receptacle.

FIG. **43** is an exploded view of another embodiment of a micro connector with a releasably attached clip defining a first and a second polarity.

FIG. **44** is an assembly view of the micro connector of FIG. **43** in a first polarity.

FIG. **45** is an assembled view of the micro connector of FIG. **43** in a second polarity.

DETAILED DESCRIPTION

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector maybe configured

**4**

for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, an SC duplex connector, or a straight tip (ST) connector. The connector maybe generally defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suikeyle transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors, for use, for example, with future narrow pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow pitch LC duplex connectors and narrow width multi-fiber connectors in dense arrays of narrow pitch LC SFPs and narrow width multi-fiber SFPs.

FIG. **1** depicts an embodiment of micro optical connector **2100**, shown in exploded view. Micro optical connector **2100** may include outer housing **2101**, front body **2102**, one or more ferrules **2103**, one or more ferrule flanges **2104**, one or more springs **2133**, back body **2106**, the latter has a wing **2106.1** on the top and bottom of the body, the wing **2106.1** is secured within an opening **2119** at a distal end of front body **2102**, back post **2107**, crimp ring **2108**, and boot **2109**. Front body **2102** side walls are open not closed, a channel **2194** for aligning ferrule flanges **2104**, and an alignment sleeve opening **2113** to accept ferrule **2103**. Outer housing **2101** may include a longitudinal bore for accommodating front body **2102** and ferrule **2103**, springs **2133** and back body **2106**, connector alignment key **2105** used during interconnection, connector flap **2101.1** and an optional pull key **2110** to facilitate removal of connector **2100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm. Connector flap **2101.1** secures front body **2102** within outer housing **2101**. Alignment key **2105** is also used as blocking structure to indicated connector polarity orientation as disclosed herein. Polarity is determined by the ferrules **9203** (Refer to FIG. **19**), where a first ferrule is for Tx or transmit and a second ferrule is for Rx or receive. As known in the art, a mismatch of ferrules **9203** with opposing ferrules secured in an opposing adapter port, the signal would be lost. Alignment key performs a dual function, when the boot assembly is rotated, the alignment key is repositioned, so upon insertion into an adapter, the connector can be blocked by the key. This in effect disallows the user to insert the connector within the adapter receptacle, thus, preventing a mismatch of signal between opposing connectors across an adapter interface. As disclosed below, starting at FIG. **18** an additional aid may be markings located on the

US 11,585,989 B2

5

connector housing, indicating "A" or "B" polarity of the connector ferrules after rotating the boot.

As depicted FIGS. 2-4, FIG. 2 micro connector 3700 includes an assembled front body 3702 that may be removed from outer housing 3701, rotated 180° as indicated by the arrow (FIG. 3), and re-inserted into the outer housing (FIG. 4). This allows for a change in the polarity of the connector by removing and rotating front body 3702, and therefore the ferrules can be switched quickly and easily without unnecessarily risking the delicate fiber cables and ferrules. Referring to FIG. 2, micro connector 3700 is fully assembled. To remove front body 3702 to change connector polarity, as shown in FIG. 3, one or more flex key 3703 are lifted outward to release front body 3702 for removal in rearward in the direction of the arrow "R". Referring to FIG. 4, to complete the polarity change, after rotating front body 3702 by 180 degrees as shown in FIG. 3, front body 3702 is inserted into the outer housing in the direction of arrow "F".

FIG. 5 depicts the operation of the polarity change mechanism using outer housing 5301 (refer to FIG. 6), where pull key 5310 is integrated with the outer housing. In FIG. 5, micro connector 5300 is fully assembled. The user inserts a tool in access slot 5329 and lifts off outer housing 5301, instead of flexible keys 3703 (refer to FIG. 3). Front body 5302 is removed with the boot and cable attached as shown in FIG. 6. Turning to FIG. 7, the outer housing 5301 is rotated 180 degrees, as shown by the arrow "R", and placed back over front body 5302 in the direction of the second arrow as shown. The reversed polarity micro connector 5300 is shown fully assembled in FIG. 8.

Referring to FIG. 9, micro connector 5300 is shown just prior to insertion into adapter 5600. Connector 5300 is partially inserted in FIG. 10, wherein connector hook (or adapter hook) 5525 has not yet been seated in the connector recess 5511, and FIG. 11 depicts hook 5525 seated in recess 5511, in direction of arrow "A".

Referring to FIG. 12, front body 6102 has two cutouts 6119 and 6121 and an extended middle wall 6110. Cutout 6121 engages the outer housing hooks (not shown) that replaces flex key 3703 to secure the outer housing to the front body. Cutout 6121 secures the polarity change key 5310. Cutout 6119 secures back post 2106 to front body 6102 via back post front body hook 2106.1 (refer to FIG. 2). The material is saved at back post 2106 overmolding, by not using the flex key, and this saved material to reinforce the middle wall to better help support the ferrule springs from bending and thus help prevent distorting the ferrules. This reduced material also allowed a reduction in the connector size contribution to a 3.1 mm ferrule to ferrule pitch as shown in FIG. 12. This distortion can increase insertion loss. Connector recess 6111 is located at the proximal end of front body 6102, and the recess engages and locks with connector hook 5525. Referring to FIG. 13, adapter hook 6246 added chamfers (6242, 6226) to adapter (connector) hook surfaces to improve installation of the connector into the adapter when connector ramps 5512 engage adapter (connector hook) 5525 Refer to FIG. 5). Adapter hook assembly has an alignment sleeve holder 6227 that accepts one or more ferrules from the micro connector, and aligns the ferrules 9203 with opposing ferrules of a second micro connector 9203 (not shown).

FIG. 14 illustrates a group of micro connectors 7500A inserted into an adapter 5700. Adapter 5700 has plural of slots 5700a configured to accept an alignment key 7500A.1 proximal on the alignment and offset key (7500A, 9105.1)

Alignment key, and alignment and offset key is defined as a protrusion adjacent to a side of the connector housing.

6

FIG. 15 depicts alignment and offset key 7500B with the group of micro connectors 7500A of FIG. 14. Alignment/offset key 7500B adds stability and reduces misalignment during insertion when key 7500B acts as a support between connectors as shown. Key 7500B also helps determine polarity of the micro connector, as described herein.

Referring to FIGS. 16-17, FIG. 16 depicts micro connector 9100 with an alignment and offset key 9105.1 having an offset portion 9123. Offset portion 9123 engages a top surface of a side bar ledge 9124 for aligning connector 9100 into a multi-receptacle adapter next to another micro connector. Side bar ledge 9124 is located further back or nearer a distal end of a connector (e.g. closer to the cable) where side bar ledge 9124 is part of a multi-purpose rotatable boot 9109.1. Micro connector 9100 outer housing 9101 is secured to boot 9100.1 via boot hooks 9109.5 (FIG. 17) that engages second slot 9201.4a and 9201.4b in connector housing 9201 (as shown in FIG. 18), when in polarity status "B" or status "A", as depicted on outside of micro connector housing. Multi-purpose boot is rotatable in the direction of arrow "R".

Referring to FIG. 17, multi-purpose rotatable boot 9109.1 comprises releasably attached alignment and offset key 9105.1, releasable at release point 9109.6, also refer to FIG. 43. Alignment and offset key 2105 may be fixed on connector outer housing, as shown in FIG. 1 or at alignment key 5305 disclosed in FIG. 37. The alignment key may have not offset portion as disclosed in FIG. 1 and FIG. 37, without departing from the scope of the invention, that the boot assembly is rotatable as disclosed in FIGS. 26-27 and FIGS. 25-33 and FIGS. 43-45. It is the key protruding from the connector housing that is determines polarity upon rotation of the boot assembly as disclosed herein. Alignment key (2105, 9405.1, 5305, 9600) or similar structure protruding from the outer connector housing repositioned by the rotating boot assembly and the key interaction with adapter structure that determines polarity as described herein. Referring to FIG. 17, key 9105.1 has a securing protrusion 9105.2 at a proximal end that engages first slot 9201.3b in connector housing 9201 (refer to FIG. 18) to further secure multi-purpose rotatable boot assembly 9109.1 to front body 9202 or outer housing 9201. Multi-purpose rotatable boot assembly 9109.1 comprises a body 9109.1a with a passageway along line P-P for passing a fiber optic cable (refer to FIG. 26 and FIG. 27) to the ferrules to complete the signal path.

Referring to FIG. 18, outer housing 9201 is shown in a Second Polarity orientation "B" comprising corresponding first slot 9201.3b and second slot 9201.4b. Multi-purpose rotatable boot assembly 9209.1 (FIG. 19) is inserted at a distal end of connector housing 9201 shown in the direction of arrow "I". Second slot 9201.4a corresponds to polarity position "A".

Referring to FIG. 19, multi-purpose rotatable boot assembly 9209.1 comprises alignment and offset key 9205.1, as described herein boot hook 9209.5, side bar ledge 9024 that is configured (as described herein) to engage back body 9206, front body 9202 and plural of ferrules 9203. Side bar ledge 9024 accepts offset key 9023 of a second connector when two connectors are inserted into an adapter. This allows connectors to be inserted side by side into an adapter more easily, without jamming. The proximal end (or ferrules 9203 end) of assembly 9209.1 is inserted into a distal end of the outer housing 9201 (FIG. 18) in the direction of arrow "I". Upon insertion, the outer housing 9201 engages with multi-purpose rotatable boot assembly 9209.1 as shown by the dotted lines between first slot 9201.3b and second slot 9201.4b, engaging securing protrusion 9205.2 on alignment and offset key 9205.1 and boot wing 9209.5. The wing and

US 11,585,989 B2

7

securing protrusion are received second slot and first slot described in FIG. **18** outer housing.

Referring to FIG. **20**, front body **9302** and boot assembly **9309.1** are assembled in micro connector housing **9301** with alignment and offset key **9305.1** in a first polarity position.

Referring to FIG. **21**, multi-purpose rotatable boot assembly **9309.1** is rotated in direction "R" to convert from a first polarity "A" (refer to FIG. **20**) to Second Polarity "B" (refer to FIG. **23**), with alignment and offset key **9305.1** 180 degrees or opposite the first polarity position as depicted in FIG. **20**, to Second Polarity position "B". Boot assembly **9305.1** may be sized as disclosed in FIG. **1**. Boot hook **9209.5** further comprises chamfer **9309.2**. Chamfer **9309.2** engages wall **9301.5** of connector outer housing and chamfer **9309.2** lifts boot hook **9209.5** out of a distal end of 15 connector housing **9301** and is freed from second slot **9201.4**b, and securing protrusion **9105.2** (refer to FIG. **17** and shown in FIG. **20**) lifts out of first slot **9201.3**b thereby allowing the boot assembly to rotate as shown in the direction "R", FIG. **21**. Chamfer **9309.2** may engage wall 20 **9301.5** using an angle or chamfer cut opposite current chamfer **9309.2** to allow for rotation in the opposite direction of FIG. **21**. Rotation of boot assembly **9309.1** changes connector **9100** from a first polarity "A", as depicted in FIG. **20**, to Second Polarity "B", as depicted in FIG. **19** (without 25 connector housing) and FIG. **32**. Boot assembly may be rotated in a clockwise direction, without departing from the scope of the invention.

Referring to FIG. **22**, further rotation of boot assembly **9309.1** results in a change to a second polarity as shown in 30 FIG. **23**, with alignment and offset key secured within polarity "B" first slot **9201.3**b.

Referring to FIG. **23**, side bar ledge **9023** (as well as alignment key **9305.1**) is in Second Polarity position or "B" polarity, and when the micro connector is inserted into an 35 adapter (not shown), the micro connector is oriented with key **9305.1** in an opposite position to FIG. **20**, so key may be blocked by corresponding adapter structure (not shown). If micro connector **9100** is blocked by adapter structure this means the micro connector is not in the correct polarity 40 orientation to make a fiber to fiber connection via an adapter to an opposing fiber optic connector or transceiver as is known in the art. After rotation, the ferrules are reversed the top ferrule is now the bottom ferrule, and this results in a second polarity configuration. The second polarity being 45 different from the first polarity, that is, Rx receive signal is now Tx transmit signal path and vice versa. Alignment and offset key **9405.1** has been switch from a First Polarity "A" to Second Polarity "B".

FIG. **24** is the micro connector **9100** with a cross section 50 along "A-A" line as shown in FIGS. **25** through **33** further illustrating polarity change using multi-purpose rotatable boot assembly **9209.1**. Longitudinal cross section is provided along line "B-B" in various drawings of this application. "L-L" is the longitudinal axis of the connectors in the 55 present invention.

Referring to FIG. **25**, a front view of the cross-section cut "A-A" of the micro connector of FIG. **24** (also FIG. **16**) further comprises an opening through which fiber cabling (not shown) travels, and crimp ring surface **9407.1** that is 60 further surrounded by inner round **9409.4**. Referring to FIG. **26**, inner round **9409.4** engages a back post surface **9406.7** formed as an outer round shown at FIG. **27**, as the assembly **9209.1** is rotated. Inner round and outer round form mating surfaces that can freely rotate thereby allowing multi-pur-65 pose boot assembly to be rotated about fiber optic connector housing. Referring back to FIG. **25**, boot hook **9109.5**

8

further comprises first chamfer **9409.2**a and first stopping wall **9409.3**a, and second chamfer **9409.2**b and second stopping wall **9409.3**b, in a first polarity position. Boot hooks **9109.5** rotate between second slot **9201.4**a and second slot **9201.4**b during polarity change. Second slot **9201.4**a corresponds to the connector being in a "A" polarity position. Likewise, second slot **9201.4**b corresponds to the connector being in "B" polarity configuration. Securing protrusion **9405.1** resides in first slot **9201.3**a for "A" polarity, and then resides in first slot **9201.3**b for "B" polarity after boot release **9309.1** rotation.

Referring to FIG. **28**, rotating of the boot assembly is started and chamfer **9409.2**a engages connector housing wall **9301.5** and begins to lift first boot wing **9109.5**a out of second slot **9201.4**a. Likewise, a second boot wing **9109.5**b is rotating out of second slot **9201.4**b.

Referring to FIG. **29** upon further rotation in direction "R", securing protrusion **9105.2** (refer to FIG. **20**) on alignment and offset key **9405.1** is lifted out of first slot **9201.3**a (refer to FIG. **20** and FIG. **21**), and boot wing **9109.5**a is lifted out of second slot **9201.4**a at a top surface and upon 180 degree rotation, securing protrusion **9105.2** (refer to FIG. **20**) is accepted into first slot **9201.4**b at a bottom surface of the outer housing **9401**. Boot wing **9109.5**b moves out of second slot **9201.4**b.

Referring to FIG. **30**, the rotation of boot assembly **9409.1** is shown as it exits the outer housing **9401** of connector **9100**. Chamfer **9409.2**b exits first from this view. Alignment and offset key **9405.1** is moving around the outer housing body in a counter-clockwise direction, in this view to a Second Polarity position "B".

Referring to FIG. **31**, alignment and offset key **9405.1** is almost in a second polarity position as shown, with chamfer **9409.2**b in an opposite orientation to itself in FIG. **25**. Referring to FIG. **32**, connector **9100** shows chamfer **9409.2**b in the opposite position to that of FIG. **30**, indicating the connector is close to its second polarity configuration with alignment and offset key **9405.1** at bottom surface of outer housing **9401**. FIG. **33** depicts connector **9100** along cross section "A-A" in its second polarity position, with chamfer **9409.2**b in second slot **9401.4**a at the top surface of outer housing **9401**. Polarity key **9405.1** is at the bottom surface of outer housing **9401** indicating the connector is in a second polarity configuration.

Referring to FIG. **34** a micro connector **9100** is shown along cross section "B-B" (refer to FIG. **24**) in a latched position within a receptacle of adapter **2400**. During rotation of the multi-purpose rotatable boot assembly **9209.1**, boot wing **9209.5** operates as described above in FIGS. **25-33**. This is accomplished by gap **9209.6** between boot assembly **9209.1** that allows "free-wheeling" about crimp ring **9207** as inner round **9409.4** engages back post face surface **9406.7** as described in FIGS. **26-27**. Rotating boot assembly while connector is in a latched position within adapter, boot assembly wing **9209.5** facing surface is in contact with facing surface **9206.2** of back post **2106**, as shown at interface **9100.8**. Still referring to FIG. **34**, boot wing **9209.5** face engages and releaseably locks with corresponding surface **9301.4**a of second slot **9201.4** of outer housing **9201**, FIG. **18** and FIG. **21**. Micro connector **9100** is latched and unlatched in an adapter **2400** receptacle using push/pull boot assembly or push/pull key as described in FIGS. **9-11**, or FIGS. **34-36**, or FIGS. **37-42**. Adapter hook **2425** is seated in connector recess **9211** located in front body **9202**. In this position, boot assembly **9209.1** is up against back body **2106** as shown at interface **9100.8**, as shown by direction of arrow "Pushed In".

9
10

Referring to FIG. **35**, boot assembly **9209.1** is being pulled rearward in the direction of "P". Boot assembly **9209.1** is pulled a release distance "d" to interface **9100.8**, **9100.9** to unlatch connector from adapter interface. At the same time, adapter hook **2425** is being lifted out connector recess **9211** as micro connector **9100** is removed from adapter **2400** receptacle. Boot assembly **9209.1** moves a distance "d" because boot wing **9209.5** engages outer housing face **9301.4***a*, and pulls outer housing **9201** rearward. Outer housing **9201** is pulled rearward connector **9100** is released from this the amount of separation between the distal end of the back body and proximal end of boot assembly **9209.1**. This distance matches channel distance, FIG. **36**, **9100.9***a*, **9100.8***a* in which boot hooks slide upon pulling connector from adapter using rotatable boot assembly. Hooks **2425** lift out of recess **9211** located at a proximal end of front body **2102**, when boot assembly **9209.1** is pulled rearward at least this distance.

Referring to FIG. **36**, once boot assembly **9209.1** is fully pulled in direction of "P", connector **9100** is released from within adapter **2400**. Adapter hook **2425** is completely out of connector recess **9211**, and maximum pulling distance. Once the pull force, "P", is release from boot **9209.1**, interface distance **9100.8** returns to that of FIG. **34**, upon release of pull force "P", on boot assembly **9209.1**.

FIG. **37** depicts connector **5300** with push/pull boot assembly **5345***a* at its distal end receiving a fiber cable with a plural of fiber strands therein, and a proximal end configured to connect and secure to back body assembly **5330***a* secured with outer housing **5301**. Outer housing **5301** has alignment key **5305**, further has opening **5301***a* with stop face **5301***b* that boot wings (**5445***b*, **5445***c*) (refer to FIG. **38**) engage when boot assembly **5345***a* is pulled in a distal direction fully to release connector **5300** from a receptacle as shown in FIG. **41**, when hook **5425** is removed from recess **5711**. Ferrules **5303** provide the Tx, Rx information light signals.

FIG. **38** depicts an exploded view of connector **5300** of FIG. **37**. Boot assembly **5445***a* accepts crimp ring assembly **5440***a* having protective tube **5440***c* covering fiber strands and crimp ring **5440***b* secured to back post **5430***c* of back body assembly **5430***a* including back body **5430***b*. A pair of springs **5425** are placed over a corresponding ferrule assembly **5420** comprising a ferrule and ferrule flange. The ferrule assembly and springs are held within front body **5402** by way of back body assembly **5430***a*, as described for connector **2100**. Front body **5402** is inserted into distal opening **5401.1** of outer housing **5401** with boot assembly wing **5430***a* secured within a distal opening **5415***b* of front body and wing is secured through opening **5401.4** of outer housing securing outer housing, front body and back body together when assembled with push/pull boot, as depicted in FIG. **37**.

FIG. **39** depicts connector of FIG. **37** without its outer housing **5301**, in an assembled configuration. Boot assembly **5445***a* is secured on back post **5430***c* of back body **5430***a* via crimp ring **5440***a*, as described in FIG. **38**. Wings (**5445***b*, **5445***c*) secure FIG. **39** assembly within outer housing **5301**, and during release of connector **5300** from a receptacle, wings (**5445***b*, **5445***c*) pull back outer housing a specific distance "d", which releases adapter/receptacle hook or latch **5625** that is seated in recess **5611** (refer to FIG. **40**), while connector **5300** is secured within receptacle **2400**. Front body **5402** is secured to connector housing **5401** with back body **5430***a* secured to a distal end of front body **5402**, as described in FIG. **1** and elsewhere in this disclosure.

FIG. **40** depicts connector **5300** secured within receptacle **2400** of FIG. **24**. Receptacle hook or latch **5625** rests in connector recess **5611** formed within front body **5601**, at its proximal end. A gap of distance "d" **5629** limits travel of front body **5601** as boot release wing **5645***b* engages stop face **5301***b* of outer housing **5601**. This "d" travel removes hook **5625** from connector recess **5611** thereby unlatching or releasing connector from adapter **2400**. Crimp ring **5440***b* is shown secured to back post **5630***c*. Back body **5630***a* is secured within front body **5402** at distal openings **5401***b* (FIG. **38**).

FIG. **41** depicts connector **5300** being removed or pulled out of receptacle **2400** in direction "P". Hook or latch **2425** within receptacle housing lifts out of recess **5711** along front body ramp **5401***d* (FIG. **38**), as boot assembly **5745***a* is being pulled rearward or in a distal direction. Gap **5829** is closed as shown in FIG. **41**. Inner face of connector housing **5715***c* is flush with proximal face of front body **5701***e*, which stops travel of boot assembly and is configured to ensure adapter latch or hook **2425** is displaced from recess **5711** to release connector from receptacle, as shown in FIG. **42**. Boot wing **5745***c* is secured at a distal end within second slot or opening **5401.4** within connector housing **5401**.

FIG. **42** depicts connector **5300** removed from receptacle **2400** using boot assembly **5845***a*. In this embodiment, wings (**5845***b*, **5845***c*) are flush with outer housing wall **5801***b*. Wings (**5845***b*, **5845***c*) move within gap or opening **5801***c* within connector housing outer wall, as boot **5845***a* is pulled rearward to release connector from adapter **2400** as shown. Spring **5825** biases forward front body face **5815***c* to be flush with front body face **5801***e*, when pull force is released from boot assembly. Hook or latch **2425** is displaced from recess **5811**, and hook resides in adapter housing gap **2400***a* within outer housing of receptacle **2400**. This reduces the overall dimensions of the adapter to accept more connectors.

Referring to FIG. **43**, another embodiment of a polarity change is disclosed using alignment and offset key **9600**. Alignment and offset key **9600** is releasably attached to boot clip surface **9975** as shown by the dotted line. Attaching key **9600** to a first side of the boot **9209.1**, connector **9100** is in first polarity configuration, and attaching key **9600** to a second side, connector **9100** is in a second polarity configuration. Referring to FIG. **44**, a first polarity configuration is assembled key **9600** is attached to boot **9209.1** of connector **9100**. Referring to FIG. **45**, a second polarity configuration is assembled with key **9600** is attached to the opposite side of boot **9209.1**.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing

US 11,585,989 B2

11

only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more").

The invention claimed is:

**1**. An optical fiber connector comprising:

a front body configured to hold first and second ferrules;

a back body having a proximal end portion and a distal end portion spaced apart along a longitudinal axis, the proximal end portion of the back body configured to couple to the front body, the back body defining a back body passageway extending from the distal end portion through the proximal end portion; and

a rotatable boot assembly having a proximal end portion and a distal end portion spaced apart along the longitudinal axis, the rotatable boot assembly comprising a main body and a strain relief sleeve extending longitudinally from the main body to the distal end portion of the rotatable boot assembly, the rotatable boot assembly comprising a boot passageway extending from the distal end portion through the main body, the rotatable boot assembly configured to be disposed on the back body such that the cable boot member is slidable along the longitudinal axis relative to the back body for releasing the optical fiber connector from an adapter, the optical fiber connector being configured to terminate a fiber optic cable such that a jacket of the cable is received in the strain relief sleeve in the boot passageway, the boot passageway and the back body passageway configured to align for passing first and second fibers from the fiber optic cable to the front body to complete a signal path to the first and second ferrules within the front body; the main body being configured to releasably secure the multi-purpose rotatable boot assembly against rotation relative to the back body, and the rotatable boot assembly further comprising an elongate arm extending longitudinally from the main body in a proximal direction along the longitudinal axis, the elongate arm being configured for selectively setting the optical fiber connector to each of a first polarity and a second polarity.

**2**. The optical fiber connector according to claim **1**, wherein the elongate arm is an alignment key.

**3**. The optical fiber connector according to claim **2**, wherein the alignment key aligns the proximal end of the optical fiber connector into the adapter.

**4**. The optical fiber connector according to claim **2**, wherein the alignment key further comprises an offset key, the offset key stabilizes the distal ends of the fiber optic connector and the second fiber optic connector.

**5**. The optical fiber connector according to claim **1**, wherein the main body further comprises first and second boot hooks configured to releasably couple the multi-purpose rotatable boot assembly to the back body.

**6**. The optical fiber connector according to claim **5**, wherein the first and second boot hooks are spaced apart on diametrically opposite sides of the longitudinal axis.

**7**. The optical fiber connector according to claim **5**, wherein when the rotatable boot assembly is disposed on the back body, the first and second boot hooks are spaced apart on diametrically opposite sides of the back body passageway and radially overlap the back body passageway relative to the longitudinal axis.

**8**. The optical fiber connector according to claim **5**, wherein the first and second boot hooks are releasable to allow the rotatable boot assembly to rotate on the fiber optic

12

cable 180° about the longitudinal axis from a first polarity position in which the elongate arm sets the optical fiber connector to the first polarity to a second polarity position in which the elongate arm sets the optical fiber connector to a second polarity.

**9**. The optical fiber connector according to claim **8**, wherein when the rotatable boot assembly is in the first polarity position, the first boot hook is on a first side of the back post and the second boot hook is on a second side of the back post; and wherein when the boot assembly is in the second polarity position, the first boot hook is on the second side of the back post and the second boot hook is on the first side of the back post.

**10**. The optical fiber connector according to claim **8**, wherein the elongate arm is connected to the main body to rotate with the main body as the rotatable boot assembly rotates between the first polarity position and the second polarity position.

**11**. The optical fiber connector according to claim **5**, wherein the first boot hook and the elongate arm are radially spaced apart from the longitudinal axis in a first direction and the second boot hook is radially spaced apart from the longitudinal axis in a second direction opposite the first direction.

**12**. The optical fiber connector according to claim **1**, wherein the rotatable boot assembly is configured to rotate on the fiber optic cable 180° about the longitudinal axis from a first polarity position in which the elongate arm sets the optical fiber connector to the first polarity to a second polarity position in which the elongate arm sets the optical fiber connector to the second polarity.

**13**. The optical fiber connector according to claim **12**, wherein the elongate arm is connected to the main body to rotate with the main body as the rotatable boot assembly rotates between the first polarity position and the second polarity position.

**14**. The optical fiber connector according to claim **13**, wherein the front body holds the first and second ferrules such that the first ferrule is radially spaced apart from the longitudinal axis in a first direction and the second ferrule is radially spaced apart from the longitudinal axis in a second direction opposite the first direction.

**15**. The optical fiber connector according to claim **14**, wherein when the rotatable boot assembly is in the first polarity position, the elongate arm is radially spaced apart from the longitudinal axis in the first direction; and wherein when the rotatable boot assembly is in the second polarity position, the elongate arm is radially spaced apart from the longitudinal axis in the second direction.

**16**. The optical fiber connector according to claim **14**, wherein the front body comprises a contiguous ferrule support wall extending transverse to the longitudinal axis and having a first end portion radially spaced apart from the longitudinal axis in the first direction and a second end portion radially spaced apart from the longitudinal axis in the second direction, the ferrule support wall defining a first ferrule opening radially spaced between the first end portion and the longitudinal axis and a second ferrule opening radially spaced between the longitudinal axis and the second end portion, the front body configured to receive the first ferrule in the first opening and the second ferrule in the second opening.

**17**. The optical fiber connector of claim **16**, wherein the front body further comprises a first elongate portion extending longitudinally from the first end portion of the ferrule support wall and a second elongate portion extending longitudinally from the second end portion of the ferrule

US 11,585,989 B2

13

support wall, the first and second elongate portions having distal end segments that define an undivided space between them that opens longitudinally through a distal end of the front body.

**18**. The optical fiber connector according to claim **17**, wherein the proximal end portion of the back body is configured to be received in the undivided space between the distal end segments of the first and second elongate portions.

**19**. The optical fiber connector according to claim **1**, wherein the back body passageway and the boot passageway form a single, undivided longitudinal passage through which the first and second fibers are passable from the cable to the first and second ferrules.

**20**. The optical fiber connector according to claim **1**, wherein the back body passageway comprises a distal segment along the back post, a proximal segment along the proximal end portion of the back body, and a transition segment between the distal segment and the proximal segment,

14

wherein the back body passageway has a first inner dimension along a first radial axis and a second inner dimension along a second radial axis perpendicular to the first radial axis,

wherein along the distal segment, the back body passageway is substantially circular such that the first inner dimension is about the same as the second inner dimension;

wherein along the proximal segment, the back body has a cross-sectional shape that is elongate along the first radial axis such that the first inner dimension is greater than the second inner dimension; and

wherein along the transition segment, as the back body passageway extends in the proximal direction along the longitudinal axis, the first inner dimension increases by a greater amount than the second inner dimension.

\* \* \* \* \*

# EXHIBIT L



US011774685B2

(12) **United States Patent**
Wong et al.

(10) **Patent No.:** **US 11,774,685 B2**
(45) **Date of Patent:** **Oct. 3, 2023**

(54) **ADAPTER FOR OPTICAL CONNECTORS**

(71) Applicant: **Senko Advanced Components, Inc.,** Marlborough, MA (US)

(72) Inventors: **Kim Man Wong**, Kowloon (HK); **Jeffrey Gniadek**, Oxford, ME (US); **Kazuyoshi Takano**, Tokyo (JP); **Siu Kei Ma**, Kowloon (HK)

(73) Assignee: **Senko Advanced Components, Inc**, Hudson, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/733,865**

(22) Filed: **Apr. 29, 2022**

(65) **Prior Publication Data**

US 2022/0252797 A1 Aug. 11, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 17/375,856, filed on Jul. 14, 2021, now Pat. No. 11,333,836, which is a continuation of application No. 17/200,134, filed on Mar. 12, 2021, now Pat. No. 11,181,701, which is a continuation of application No. 16/297,607, filed on Mar. 9, 2019, now Pat. No. 10,976,505, which is a continuation of application No. PCT/US2018/016049, filed on Jan. 30, 2018.

(60) Provisional application No. 62/581,961, filed on Nov. 6, 2017, provisional application No. 62/546,920, filed on Aug. 17, 2017, provisional application No. 62/485,042, filed on Apr. 13, 2017, provisional application No. 62/463,898, filed on Feb. 27, 2017, provisional application No. 62/457,150, filed on Feb. 9, 2017, provisional application No. 62/452,147, filed on Jan. 30, 2017.

(51) **Int. Cl.**
*G02B 6/38* (2006.01)

(52) **U.S. Cl.**
CPC ......... *G02B 6/3893* (2013.01); *G02B 6/3821* (2013.01); *G02B 6/3879* (2013.01)

(58) **Field of Classification Search**
CPC ... G02B 6/3893; G02B 6/3821; G02B 6/3879
USPC ........................................ 385/78
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,150,790 A    4/1979  Potter
4,327,964 A    8/1982  Haesley et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CA        2495693 A1    4/2004
CN        2836038 Y    11/2006
(Continued)

OTHER PUBLICATIONS

European Search Report and Written Opinion, dated Mar. 3, 2015 for EP 14187661.
(Continued)

*Primary Examiner* — Jerry M Blevins

(57) **ABSTRACT**

An optical fiber connector assembly comprises at least one connector having a latching arm for coupling to an adapter, and a remote release tab having a protrusion configured to cooperate with the adapter to depress said latching arm when the remote release tab is pulled relative to the adapter. The optical fiber connector assembly may further be configured to allow reversing its polarity.

**18 Claims, 28 Drawing Sheets**



**US 11,774,685 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,478,473 | A | 10/1984 | Frear |
| 4,762,388 | A | 8/1988 | Tanaka et al. |
| 4,764,129 | A | 8/1988 | Jones et al. |
| 4,840,451 | A | 6/1989 | Sampson et al. |
| 4,872,736 | A | 10/1989 | Myers et al. |
| 4,979,792 | A | 12/1990 | Weber et al. |
| 5,041,025 | A | 8/1991 | Haitmanek |
| D323,143 | S | 1/1992 | Ohkura et al. |
| 5,212,752 | A | 5/1993 | Stephenson et al. |
| 5,265,181 | A | 11/1993 | Chang |
| 5,289,554 | A | 2/1994 | Cubukciyan et al. |
| 5,317,663 | A | 5/1994 | Beard et al. |
| 5,335,301 | A | 5/1994 | Newman et al. |
| 5,348,487 | A | 9/1994 | Marazzi et al. |
| 5,444,806 | A | 8/1995 | deMarchi et al. |
| 5,481,634 | A | 1/1996 | Anderson et al. |
| 5,506,922 | A | 4/1996 | Grois et al. |
| 5,521,997 | A | 5/1996 | Rovenolt et al. |
| 5,570,445 | A | 10/1996 | Chou et al. |
| 5,588,079 | A | 12/1996 | Tanabe et al. |
| 5,684,903 | A | 11/1997 | Kyomasu et al. |
| 5,687,268 | A | 11/1997 | Stephenson et al. |
| 5,781,681 | A | 7/1998 | Manning |
| 5,845,036 | A | 12/1998 | De Marchi |
| 5,937,130 | A | 8/1999 | Amberg et al. |
| 5,956,444 | A | 9/1999 | Duda et al. |
| 5,971,626 | A | 10/1999 | Knodell et al. |
| 6,041,155 | A | 3/2000 | Anderson et al. |
| 6,049,040 | A | 4/2000 | Biles et al. |
| 6,134,370 | A | 10/2000 | Childers et al. |
| 6,178,283 | B1 | 1/2001 | Weigel |
| RE37,080 | E | 3/2001 | Stephenson et al. |
| 6,206,577 | B1 | 3/2001 | Hall, III et al. |
| 6,206,581 | B1 | 3/2001 | Driscoll et al. |
| 6,227,717 | B1 | 5/2001 | Ott et al. |
| 6,238,104 | B1 | 5/2001 | Yamakawa et al. |
| 6,247,849 | B1 | 6/2001 | Liu |
| 6,276,840 | B1 | 8/2001 | Weiss et al. |
| 6,364,537 | B1 | 4/2002 | Maynard |
| 6,371,657 | B1 | 4/2002 | Chen et al. |
| 6,386,768 | B1 | 5/2002 | Yoon et al. |
| 6,447,170 | B1 | 9/2002 | Takahashi et al. |
| 6,461,054 | B1 | 10/2002 | Iwase |
| 6,471,412 | B1 | 10/2002 | Belenkiy et al. |
| 6,478,472 | B1 | 11/2002 | Anderson et al. |
| 6,551,117 | B2 | 4/2003 | Poplawski et al. |
| 6,579,014 | B2 | 6/2003 | Melton et al. |
| 6,634,801 | B2 | 10/2003 | Waldron et al. |
| 6,648,520 | B2 | 11/2003 | McDonald et al. |
| 6,668,113 | B2 | 12/2003 | Togami et al. |
| 6,682,228 | B2 | 1/2004 | Rathnam et al. |
| 6,685,362 | B2 | 2/2004 | Burkholder et al. |
| 6,695,486 | B1 | 2/2004 | Falkenberg |
| 6,854,894 | B1 | 2/2005 | Yunker et al. |
| 6,872,039 | B2 | 3/2005 | Baus et al. |
| 6,935,789 | B2 | 8/2005 | Gross, III et al. |
| 7,052,186 | B1 | 5/2006 | Bates |
| 7,091,421 | B2 | 5/2006 | Kukita et al. |
| 7,090,406 | B2 | 8/2006 | Melton et al. |
| 7,090,407 | B2 | 8/2006 | Melton et al. |
| 7,111,990 | B2 | 9/2006 | Melton et al. |
| 7,113,679 | B2 | 9/2006 | Melton et al. |
| D533,504 | S | 12/2006 | Lee |
| D534,124 | S | 12/2006 | Taguchi |
| 7,150,567 | B1 | 12/2006 | Luther et al. |
| 7,153,041 | B2 | 12/2006 | Mine et al. |
| 7,198,409 | B2 | 4/2007 | Smith et al. |
| 7,207,724 | B2 | 4/2007 | Gurreri |
| D543,146 | S | 5/2007 | Chen et al. |
| 7,258,493 | B2 | 8/2007 | Milette |
| 7,281,859 | B2 | 10/2007 | Mudd et al. |
| 7,297,013 | B2 | 11/2007 | Caveney et al. |
| D558,675 | S | 1/2008 | Chien et al. |
| 7,315,682 | B1 | 1/2008 | En Lin et al. |
| 7,325,976 | B2 | 2/2008 | Gurreri et al. |

| | | | |
|---|---|---|---|
| 7,325,980 | B2 | 2/2008 | Pepe |
| 7,329,137 | B2 | 2/2008 | Martin et al. |
| 7,331,718 | B2 | 2/2008 | Yazaki et al. |
| 7,354,291 | B2 | 4/2008 | Caveney et al. |
| 7,371,082 | B2 | 5/2008 | Zimmel et al. |
| 7,387,447 | B2 | 6/2008 | Mudd et al. |
| 7,390,203 | B2 | 6/2008 | Murano et al. |
| D572,661 | S | 7/2008 | En Lin et al. |
| 7,431,604 | B2 | 10/2008 | Waters et al. |
| 7,463,803 | B2 | 12/2008 | Cody et al. |
| 7,465,180 | B2 | 12/2008 | Kusuda et al. |
| 7,473,124 | B1 | 1/2009 | Briant et al. |
| 7,507,103 | B1 | 3/2009 | Phillips et al. |
| 7,510,335 | B1 | 3/2009 | Su et al. |
| 7,513,695 | B1 | 4/2009 | Lin et al. |
| 7,561,775 | B2 | 7/2009 | Lin et al. |
| 7,591,595 | B2 | 9/2009 | Lu et al. |
| 7,594,766 | B1 | 9/2009 | Sasser et al. |
| 7,641,398 | B2 | 1/2010 | O'Riorden et al. |
| 7,651,361 | B2 | 1/2010 | Henry et al. |
| 7,695,199 | B2 | 4/2010 | Teo et al. |
| 7,699,533 | B2 | 4/2010 | Milette |
| 7,824,113 | B2 | 11/2010 | Wong et al. |
| 7,837,395 | B2 | 11/2010 | Lin et al. |
| D641,708 | S | 7/2011 | Yamauchi |
| 8,083,450 | B1 | 12/2011 | Smith et al. |
| 8,186,890 | B2 | 5/2012 | Lu |
| 8,192,091 | B2 | 6/2012 | Hsu et al. |
| 8,202,009 | B2 | 6/2012 | Lin et al. |
| 8,251,733 | B2 | 8/2012 | Wu |
| 8,267,595 | B2 | 9/2012 | Lin et al. |
| 8,270,796 | B2 | 9/2012 | Nhep |
| 8,408,815 | B2 | 4/2013 | Lin et al. |
| 8,465,317 | B2 | 6/2013 | Gniadek et al. |
| 8,556,645 | B2 | 10/2013 | Crain |
| 8,636,424 | B2 | 1/2014 | Kuffel et al. |
| 8,641,293 | B2 | 2/2014 | Lin |
| 8,651,749 | B2 | 2/2014 | Dainese Junior et al. |
| 8,770,863 | B2 | 7/2014 | Cooke et al. |
| 8,998,505 | B2 | 4/2015 | Motofuji |
| 9,028,270 | B1 | 5/2015 | Vanderwoud |
| 9,411,110 | B2 | 8/2016 | Barnette et al. |
| 9,494,744 | B2 | 11/2016 | de Jong |
| 9,548,557 | B2 | 1/2017 | Liu |
| 9,551,842 | B2 | 1/2017 | Theuerkorn |
| 9,568,686 | B2 | 2/2017 | Fewkes et al. |
| 9,568,689 | B2 | 2/2017 | Nguyen et al. |
| 9,581,768 | B1 | 2/2017 | Baca et al. |
| 9,684,313 | B2 | 6/2017 | Cline et al. |
| 9,709,753 | B1 | 7/2017 | Chang et al. |
| 10,185,099 | B2 | 1/2019 | Chang et al. |
| 10,444,444 | B2 | 10/2019 | Ma et al. |
| 11,385,415 | B2 | 7/2022 | Nguyen et al. |
| 2001/0026561 | A1 | 10/2001 | de Jong et al. |
| 2002/0172467 | A1 | 11/2002 | Anderson et al. |
| 2003/0053787 | A1 | 3/2003 | Lee |
| 2003/0063862 | A1 | 4/2003 | Fillion et al. |
| 2003/0157825 | A1 | 8/2003 | Kane |
| 2004/0052473 | A1 | 3/2004 | Seo et al. |
| 2004/0062487 | A1 | 4/2004 | Mickievicz |
| 2004/0136657 | A1 | 7/2004 | Ngo |
| 2004/0141693 | A1 | 7/2004 | Szilagyi et al. |
| 2004/0161958 | A1 | 8/2004 | Togami et al. |
| 2004/0234209 | A1 | 11/2004 | Cox et al. |
| 2005/0013753 | A1 | 1/2005 | Eaton et al. |
| 2005/0111796 | A1 | 5/2005 | Matasek et al. |
| 2005/0135752 | A1* | 6/2005 | Kiani ................. G02B 6/3895 |
| | | | 385/55 |
| 2005/0141817 | A1 | 6/2005 | Yazaki et al. |
| 2006/0089049 | A1 | 4/2006 | Sedor |
| 2006/0127025 | A1 | 6/2006 | Haberman |
| 2006/0140453 | A1 | 6/2006 | Abendschein et al. |
| 2006/0160429 | A1 | 7/2006 | Dawiedczyk et al. |
| 2006/0269194 | A1 | 11/2006 | Luther et al. |
| 2006/0274411 | A1 | 12/2006 | Yamauchi |
| 2007/0028409 | A1 | 2/2007 | Yamada |
| 2007/0079854 | A1 | 4/2007 | You |
| 2007/0098329 | A1 | 5/2007 | Shimoji et al. |
| 2007/0149062 | A1 | 6/2007 | Long et al. |

## US 11,774,685 B2

Page 3

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2007/0230874 A1 | 10/2007 | Lin |
| 2007/0232115 A1 | 10/2007 | Burke et al. |
| 2007/0243749 A1 | 10/2007 | Wu |
| 2008/0008430 A1 | 1/2008 | Kewitsch |
| 2008/0044137 A1 | 2/2008 | Luther et al. |
| 2008/0069501 A1 | 3/2008 | Mudd et al. |
| 2008/0101757 A1 | 5/2008 | Lin et al. |
| 2008/0226237 A1 | 9/2008 | O'Riorden et al. |
| 2008/0267566 A1 | 10/2008 | Lin et al. |
| 2009/0022457 A1 | 1/2009 | De Jong et al. |
| 2009/0028507 A1 | 1/2009 | Jones et al. |
| 2009/0092360 A1 | 4/2009 | Lin et al. |
| 2009/0196555 A1 | 8/2009 | Lin et al. |
| 2009/0214162 A1 | 8/2009 | O'Riorden et al. |
| 2009/0220197 A1 | 9/2009 | Gniadek |
| 2009/0232455 A1 | 9/2009 | Nhep |
| 2009/0290938 A1 | 11/2009 | Lin et al. |
| 2010/0034502 A1 | 2/2010 | Lu et al. |
| 2010/0239220 A1 | 9/2010 | Lin et al. |
| 2010/0247041 A1 | 9/2010 | Szilagyi |
| 2010/0322561 A1 | 12/2010 | Lin et al. |
| 2011/0044588 A1 | 2/2011 | Larson et al. |
| 2011/0045683 A1 | 2/2011 | Foung |
| 2011/0058773 A1 | 3/2011 | Peterhans et al. |
| 2011/0091159 A1 | 4/2011 | de Jong et al. |
| 2011/0131801 A1 | 6/2011 | Nelson et al. |
| 2011/0177710 A1 | 7/2011 | Tobey |
| 2011/0267742 A1 | 11/2011 | Togami et al. |
| 2012/0099822 A1 | 4/2012 | Kuffel et al. |
| 2012/0155810 A1 | 6/2012 | Nakagawa |
| 2012/0189260 A1 | 7/2012 | Kowalczyk et al. |
| 2012/0237177 A1 | 9/2012 | Minota |
| 2012/0269485 A1 | 10/2012 | Haley et al. |
| 2012/0301080 A1 | 11/2012 | Gniadek |
| 2013/0071067 A1 | 3/2013 | Lin |
| 2013/0089995 A1 | 4/2013 | Gniadek et al. |
| 2013/0094816 A1 | 4/2013 | Lin et al. |
| 2013/0121653 A1 | 5/2013 | Shitama et al. |
| 2013/0183012 A1 | 7/2013 | Cabanne Lopez et al. |
| 2013/0216188 A1 | 8/2013 | Lin et al. |
| 2013/0259429 A1 | 10/2013 | Czosnowski et al. |
| 2013/0322825 A1 | 12/2013 | Cooke et al. |
| 2014/0016901 A1 | 1/2014 | Lambourn et al. |
| 2014/0023322 A1 | 1/2014 | Gniadek et al. |
| 2014/0050446 A1 | 2/2014 | Chang |
| 2014/0133808 A1 | 5/2014 | Hill et al. |
| 2014/0219621 A1 | 8/2014 | Barnette et al. |
| 2014/0226946 A1 | 8/2014 | Cook et al. |
| 2014/0241678 A1 | 8/2014 | Brinquier et al. |
| 2014/0241688 A1 | 8/2014 | Isenhour et al. |
| 2014/0334780 A1 | 11/2014 | Nguyen et al. |
| 2014/0348477 A1 | 11/2014 | Chang |
| 2015/0111417 A1 | 4/2015 | Vanderwoud |
| 2015/0301294 A1 | 10/2015 | Chang |
| 2015/0355417 A1 | 10/2015 | Takano |
| 2015/0331201 A1 | 11/2015 | Takano et al. |
| 2015/0378113 A1 | 12/2015 | Good et al. |
| 2016/0116685 A1 | 4/2016 | Wong et al. |
| 2016/0172852 A1 | 6/2016 | Takano |
| 2016/0291262 A1 | 6/2016 | Chang |
| 2016/0195682 A1 | 7/2016 | Takano |
| 2016/0231512 A1 | 8/2016 | Seki |
| 2016/0259135 A1 | 9/2016 | Gniadek et al. |
| 2016/0266326 A1 | 9/2016 | Gniadek |
| 2016/0320572 A1 | 11/2016 | Gniadek |
| 2016/0131849 A1 | 12/2016 | Takano |
| 2016/0349458 A1 | 12/2016 | Murray et al. |
| 2017/0003458 A1 | 1/2017 | Gniadek |
| 2017/0205590 A1 | 7/2017 | Bailey et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201383588 Y | 1/2010 |
| CN | 202600189 U | 12/2012 |
| DE | 202006011910 U1 | 4/2007 |
| DE | 102006019335 A1 | 10/2007 |
| EP | 1074868 A1 | 7/2001 |
| EP | 1211537 A2 | 6/2002 |
| EP | 1245980 A2 | 10/2002 |
| EP | 1566674 A1 | 8/2005 |
| GB | 2111240 A | 6/1983 |
| JP | 2009229545 A | 10/2009 |
| JP | 2009276493 A | 11/2009 |
| TW | 200821653 A | 5/2008 |
| WO | 2001/79904 A2 | 10/2001 |
| WO | 2004/027485 A1 | 4/2004 |
| WO | 2008/112986 A1 | 9/2008 |
| WO | 2009/135787 A1 | 11/2009 |
| WO | 2010/024851 A2 | 3/2010 |
| WO | 2012/136702 A1 | 10/2012 |
| WO | 2012/162385 A1 | 11/2012 |
| WO | 2014/028527 A1 | 2/2014 |
| WO | 2014/182351 A1 | 11/2014 |
| WO | 2015/191024 A1 | 12/2015 |
| WO | 2016/148741 A1 | 9/2016 |
| WO | 2017/127208 A1 | 7/2017 |

### OTHER PUBLICATIONS

European Search Report and Written Opinion, dated Feb. 19, 2015 for EP 14168005.

"Fiber Optic Connectors and Assemblies Catalog" 2009, Huber & Suhner Fiver Optics, Herisau, Switzerland, www.hubersuhner.com.

"Fiber Optic Interconnect Solutions, Tactical Fiber Optical Connectors, Cables and Termini" 2006, Glenair, Inc., Glendale, California, www.mps-electronics.de.

"Fiber Optic Products Catalog" Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania, www.ampnetconnect.com.

International Search Report and Written Opinion, dated Apr. 27, 2012 for PCT/US2011/058799.

International Search Report and Written Opinion, dated Aug. 27, 2012 for PCT/US2012/039126.

International Search Report and Written Opinion, dated Jan. 16, 2014 for PCT/US2013/54784.

International Search Report and Written Opinion, dated Oct. 9, 2014 for PCT/US2014/041500.

International Search Report and Written Opinion, dated May 14, 2014 for PCT/US2014/012137.

International Search Report and Written Opinion, dated Aug. 21, 2008 for PCT/US2008/057023.

International Preliminary Report on Patentability dated Aug. 22, 2016 from related International Application No. PCT/US2015/059458, International Filing Date Nov. 6, 2015.

International Search Report, dated May 19, 2019 for PCT/US2016/028266.

International Search Report and Written Opinion, dated Feb. 20, 2014, WO2014028527.

International Search Report and Written Opinion, dated Jan. 21, 2016, WO2015US57610.

International Preliminary Report on Patentability, Application No. PCT/US2018/015733, dated Aug. 8, 2019, 9 pages.

Non-Final Office action, U.S. Appl. No. 15/882,343, dated Nov. 19, 2018, 12 pages.

International Search Report and Written Opinion for Application No. PCT/US2011/058799, dated Nov. 1, 2011.

International Search Report for Application No. PCT/US2012/039126, dated Aug. 27, 2012.

International Search Report for Application No. WO2008112986, dated Sep. 15, 2009.

International Search Report and Written Opinion for Application No. WO2012162385, dated Nov. 29, 2012.

International Search Report for Application No. WO2014028527, dated Jul. 16, 2015.

International Search Report for Application No. WO2015191024, dated Oct. 9, 2014.

International Search Report for Application No. WO2015US57610, dated Sep. 22, 2016.

International Search Report for Application No. WO2016176083, dated May 19, 2016.

**US 11,774,685 B2**

Page 4

(56)　　　　　　**References Cited**

OTHER PUBLICATIONS

International Search Report for Application No. WO2016148741, dated Sep. 22, 2016.
Re-Examination U.S. Appl. No. 90/014,456 of U.S. Pat. No. 10,191,230, filed Feb. 19, 2020, 191 pages.
Molex Incorporated, HBMT Motherboard Adapter, drawings, dated Oct. 31, 2005, 2 pages.

* cited by examiner



FIG. 1B



FIG. 1A





FIG. 4B

FIG. 4C.1

FIG. 4C.2

FIG. 4A

FIG. 4D

330

320

340

300

300R



FIG. 5A

FIG. 5B

FIG. 6A

FIG. 6B

FIG. 6C

FIG. 6D



FIG. 7C

FIG. 7D

FIG. 7A

FIG. 7B





FIG. 9A

FIG. 9B

FIG. 9C

FIG. 9D





FIG. 11A

FIG. 11B











FIG. 15A

FIG. 15B

FIG. 15C

FIG. 15D

FIG. 16B

FIG. 16C

FIG. 16A

FIG. 16D









FIG. 20A

FIG. 20B

FIG. 20C

FIG. 20D



FIG. 22A

FIG. 22B

FIG. 22C

FIG. 22D

FIG. 22E



**FIG. 23**



**FIG. 24**



**FIG. 25**



**FIG. 26**



**FIG. 27**



**FIG. 28**

US 11,774,685 B2

1

## ADAPTER FOR OPTICAL CONNECTORS

### CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

The present application is a continuation of U.S. Non-Provisional patent application Ser. No. 17/375,856, filed on Jul. 14, 2021, titled Adapter for Optical Connectors, which is a continuation of U.S. Non-Provisional patent application Ser. No. 17/200,134, filed on Mar. 12, 2021, titled Optical Connectors with Reversible Polarity, which is a continuation of U.S. Non-Provisional patent application Ser. No. 16/297,607, filed on Mar. 9, 2019, titled Optical Connectors with Reversible Polarity and Method of Use, which claims priority to PCT Application No. PCT/US2018/016049, filed Jan. 30, 2018, which claims priority to provisional applications: 62/452,147 filed Jan. 30, 2017, No. 62/457,150 filed Feb. 9, 2017, No. 62/463,898 filed Feb. 27, 2017, No. 62/463,901 filed Feb. 27, 2017, No. 62/485,042 filed Apr. 13, 2017, No. 62/546,920, filed Aug. 17, 2017, and No. 62/581,961 filed Nov. 6, 2017; all disclosures of the above are incorporated herein by reference in their entireties.

### FIELD OF THE INVENTION

The present disclosure relates generally optical connectors with reversible polarity.

### BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with existing data center equipment. For example, one current footprint is known as the small form-factor pluggable footprint (SFP). This footprint currently accommodates two LC-type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and connector producers may optimize for such high densities by shrinking the connector size and/or

2

the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

Accordingly, there is a need for smaller fiber optic connectors that will meet the needs of future developments in smaller SFPs and are reconfigurable for flexible deployment.

### SUMMARY OF THE INVENTION

In a first aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A latch coupling is positioned on each of the first and second exterior walls of the housing. A removable latch may engage either the first or second exterior wall latch coupling on the connector housing. Positioning the removable latch on the first exterior wall yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with exchangeable arms for changing connector type. Thus, a common connector body may be formed into different connector types. The connector includes at least first and second optical ferrules and a common connector housing at least partially surrounding the first and second optical ferrules. The housing has a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules. A coupling surface is positioned on each of the first and second exterior walls of the common connector housing. To create a connector, a removable arm engages either the first or second exterior wall coupling surface; the removable arm includes either a latch or a latch recess depending upon the type of optical connector to be formed. Further, positioning the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with a second, opposite polarity.

In another aspect, the present disclosure provides a reversible polarity fiber optic connector with a push-pull tab. The connector includes at least first and second optical ferrules and has a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and

US 11,774,685 B2

3

second optical ferrules. A first aperture is in the first exterior wall of the housing and a second aperture is in the second exterior wall of the housing. A removable push-pull tab includes a protrusion for positioning within either of the first or second apertures in the first and second exterior walls, respectively, of the connector housing. Positioning the removable push-pull tab with its protrusion within the first aperture yields a fiber optic connector with a first polarity and positioning the removable push-pull tab with its protrusion within the second aperture yields a fiber optic connector with a second, opposite polarity.

In yet another aspect, the present disclosure provides a reversible polarity fiber optic connector including at least first and second optical ferrules and a connector housing at least partially surrounding the first and second optical ferrules. A first exterior wall is positioned above the first and second optical ferrules and a second exterior wall is positioned beneath the first and second optical ferrules. A removable push-pull tab is provided. A first push-pull tab retainer is positioned on the first exterior wall and a second push-pull tab retainer is positioned on the second exterior wall. Positioning the removable push-pull tab in the retainer on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable push-pull tab in the retainer on the second exterior wall of the housing yields a fiber optic connector with a second, opposite polarity.

According to one aspect of the present disclosure, there is provided an optical fiber connector assembly comprising at least one connector, a latch arm for coupling to an adapter, and a remote release tab having a protrusion configured to cooperate with the adapter to depress said latch arm when the remote release tab is pulled relative to the adapter.

In some embodiments, the remote release tab may be coupled to the latch arm. The remote release tab may further comprise a window configured to receive the latch arm. In some embodiments, the remote release tab may be configured such that the protrusion slides along the latch arm when the remote release tab is pulled relative to the adapter. In some embodiments, the remote release tab may further be configured such that the protrusion interacts with an inner portion of the adapter to receive a downward force needed to depress said latch arm. In some embodiments, the inner portion of the adapter may be a fixed portion. In some embodiments, the protrusion may have a wedge shape. In various embodiments, the remote release tab may be configured such that the protrusion pushes down the latch arm substantially simultaneously as sliding along an inner portion of the adapter.

In some embodiments, the optical fiber connector assembly may further comprise a boot, and the remote release tab may be configured to extend over the boot.

In some embodiments, the optical fiber connector assembly may comprise a guide configured to receive the remote release tab. In various embodiments, the guide may be further configured to rotate to allow reversing a polarity of the optical fiber connector assembly.

Some embodiments of the optical fiber connector assembly may comprise a housing configured to receive the at least one connector. Some embodiments of the connector assembly may further comprise a latch arm assembly including the latch arm. The latch arm assembly may have a first portion configured to couple to the at least one connector and a second portion configured to engage the housing. In some embodiments of the connector assembly, the latch arm may

4

be coupled to the at least one connector. In other embodiments, the at least one connector may include the latch arm as an integral structure.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a perspective view of one embodiment of a reversible polarity fiber optic connector according to some aspects of the present disclosure;

FIG. 1B is a side view of the reversible polarity fiber optic connector of FIG. 3A with the removable latch being removed from the connector housing;

FIG. 2A is a perspective view of the reversible polarity fiber optic connector of FIG. 1A;

FIG. 2B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 2A;

FIG. 2C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 2A;

FIG. 2D is a perspective view of the fiber optic connector of FIG. 1A with its polarity reversed;

FIG. 3A is a perspective view of an embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. 3B is an exploded view of the reversible polarity fiber optic connector of FIG. 3A;

FIG. 4A is a perspective view of the polarity of the reversible polarity fiber optic connector of FIG. 3A;

FIG. 4B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 4A;

FIG. 4C.1 is an exploded view of positioning the latch in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 4A;

FIG. 4C.2 is an exploded view of attaching the removed components of FIG. 4B in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 4A;

FIG. 4D is a perspective view of the reversible polarity fiber optic connector of FIG. 4A with its polarity reversed;

FIG. 5A is a perspective view of another embodiment of a reversible polarity fiber optic connector with a pull tab according to aspects of the present disclosure;

FIG. 5B is an exploded view of the reversible polarity fiber optic connector of FIG. 5A;

FIG. 6A is a perspective view of the polarity of the fiber optic connector of FIG. 5A;

FIG. 6B is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 5A;

FIG. 6C is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. 6A;

FIG. 6D is a perspective view of the reversible polarity fiber optic connector of FIG. 6A with its polarity reversed;

FIG. 7A is a perspective view of a common connector housing of a reversible polarity fiber optic connector with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure;

FIG. 7B is the front view of the common connector housing of FIG. 7A;

FIG. 7C is the top view of the common connector housing of FIG. 7A;

FIG. 7D is the side view of the common connector housing of FIG. 7A;

5

FIG. **8A.1** shows how the common connector housing of FIG. **7A** is used to create a latch-type connector;

FIG. **8A.2** is an exploded view of FIG. **8A.1**;

FIG. **8B.1** shows how the common connector housing of FIG. **7A** is used to create a recess-type connector;

FIG. **8B.2** is an exploded view of FIG. **8B.1**;

FIG. **9A** is a perspective view of FIG. **8A.1** of the polarity of the latch-type fiber optic connector of FIG. **8A.1**;

FIG. **9B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8A.1**;

FIG. **9C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8A.1**;

FIG. **9D** is a perspective view of the reversible polarity fiber optic connector of FIG. **8A.1** with its polarity reversed;

FIG. **10A** is a perspective view of FIG. **8B.1** of the polarity of the recess-type fiber optic connector of FIG. **8B.1**;

FIG. **10B** is an exploded view of a step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8B.1**;

FIG. **10C** is an exploded view of a next step in the process of changing the polarity of the reversible polarity fiber optic connector of FIG. **8B.1**;

FIG. **10D** is a perspective view of the reversible polarity fiber optic connector of FIG. **8B.1** with its polarity reversed;

FIGS. **11A** and **11B** respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **12A-12D** depict the operation of the reversible polarity optical connector of FIGS. **11A** and **11B**;

FIGS. **13A-13D** depict the process for changing the polarity of the optical connector of FIGS. **11A** and **11B**;

FIGS. **14A** and **14B** respectively depict exploded and perspective views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **15A-15D** depict the operation of the reversible polarity optical connector of FIGS. **14A** and **14B**;

FIGS. **16A-16D** depict the process for changing the polarity of the optical connector of FIGS. **14A** and **14B**;

FIGS. **17A-17C** respectively depict perspective, partial cross-section, and exploded views of a reversible polarity optical connector according to a further embodiment of the disclosure;

FIGS. **18A-18D** depict the assembly of the push-pull tab to the connector body of the connector of FIGS. **17A-17C**;

FIGS. **19A-19B** depict the removal of the push-pull tab from the connector body using a tool;

FIGS. **20A-20D** depict the process for changing the polarity of the optical connector of FIGS. **17A-17C**;

FIGS. **21A-21D** depict the process of changing polarity of an optical connector according to an embodiment of the invention;

FIGS. **22A-22E** depict the process for changing the polarity of an optical connector according to an embodiment of the invention;

FIG. **23** is a perspective view of a partially disassembled optical fiber connector assembly having a remote release tab according to aspects of the present disclosure;

FIG. **24** is a perspective view of the optical fiber connector assembly of FIG. **23** according to aspects of the present disclosure;

FIG. **25** is a perspective view of the optical fiber connector assembly of FIG. **23** coupled to an adapter according to aspects of the present disclosure;

6

FIG. **26** is a top view of the optical fiber connector assembly and adapter of FIG. **25** according to aspects of the present disclosure;

FIG. **27** is a cross-sectional view of the optical fiber connector assembly and adapter of FIG. **26** along section A-A, showing the remote release tab in a forward position according to aspects of the present disclosure; and

FIG. **28** is a cross-sectional view of the optical fiber connector assembly and adapter of FIG. **26** along section A-A, showing the remote release tab in a rearward position according to aspects of the present disclosure.

## DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

The connectors of the present disclosure may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, an SC duplex connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing. In some embodiments, the housing may incorporate any or all of the components described herein.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow pitch LC duplex connectors and narrow width multi-fiber connectors.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

In some embodiments, the fiber optic connector may be a narrow pitch duplex LC connector including two LC connectors. In some embodiments, such as that shown, the two LC connectors may comprise a single combined unit. In alternative embodiments, the LC connectors may be separate members, wherein an air gap exists between the two members, or wherein the two separate members are located adjacent and flush to each other (i.e., no air gap exists). In some embodiments, each of the LC connectors includes a respective ferrule and a respective extending member or modular arm. The connector may have a pitch of 4.8 mm,

US 11,774,685 B2

7

defined as the axis-to-axis distance between the central axes of the LC connectors. In other embodiments, the connector pitch may be less than that of the pitch of conventional connectors, for example less than 6.25 mm and less than about 5.25 mm. In some embodiments, the pitch may be about 4.8 mm or less.

In current designs, if a fiber optic connector, particularly a duplex connector, needs to have the ferrules rotated or swapped, for example, for exchanging transmit and receive optical fibers, it can be a time consuming and difficult process. Generally, if a duplex connector needs to be rotated, current systems require twisting the individual LC connector tips 180 degrees. However, this process also twists the fibers that enter the connector tip. Twisting the fiber at any stage of the connection can cause wear and/or damage to the delicate fibers. Thus, most systems involve an alternative solution, wherein the duplex connector is partially or completely disassembled in order to access the ferrules or fibers and manually relocate them within the duplex connector. However, swapping ferrules side to side is a delicate operation. In order to prevent damage to the internal fibers, great care must be taken. Thus, this operation usually requires specialized tools and preparation time to perform safely and accurately.

Therefore, embodiments as described herein, allow for easy, quick, and safe swapping of the left and right side ferrules in a connector. Thus, embodiments discussed herein allow for a change in polarity of the duplex connector without twisting the fibers or performing any complex disassembly of the duplex connector.

FIGS. **1**A and **1**B depict a fiber optic connector with reversible polarity according to one aspect of the present disclosure. As shown in FIG. **1**A, a reversible polarity fiber optic connector may include first and second optical ferrules **110**a and **110**b and a connector housing **120** at least partially surrounding the first and second optical ferrules. A removable latch **130** is depicted in FIG. **1**A in its assembled state and in FIG. **1**B removed from the connector housing **120**.

FIG. **1**B is a side view of the reversible polarity fiber optic connector of FIG. **1**A with the removable latch **130** being separated from the connector housing. As shown, the connector housing **120** may have a first exterior wall **121**a positioned above the first and second optical ferrules and a second exterior wall **121**b positioned beneath the first and second optical ferrules. A latch coupling **122** is positioned on each of the first and second exterior walls of the housing. The removable latch **130** may include a protrusion **131** for engaging the housing latch coupling **122**. In particular, the latch coupling **122** may include angled walls that interact with slanted edges of the protrusion **131** to prevent accidental disassembly of the latch **130**. Although the latch coupling **122** is depicted as a recess on the housing accommodating a latch protrusion, these elements may be reversed with the latch including a recess and the housing including a protrusion. Other mechanical coupling mechanisms may be used to interconnect the housing and the removable latch. For example, an embodiment may involve a coupling system wherein the removable latch is inserted into a recess in the connector housing and twisted (e.g., 90°, 180°, etc.) to secure the latch to the recess. Alternative coupling may use a more complex shape. For example, a u-shaped recess in the connector housing may engage a cooperatively-shaped projection in the latch that is inserted and fed through the u-shape until secure. It should thus be understood, that any system or method of coupling may be used to attach the

8

removable latch to the connector housing, including various locations (e.g., sliding from the front, sides, back, bottom, top, etc.).

FIGS. **2**A-**2**D depict the process for changing the polarity of the fiber optic connector of FIG. **1**A from a first polarity, FIG. **2**A to a second, opposite polarity, FIG. **2**D. The removable latch **130** may be removed from the latch coupling on the first exterior wall of the connector housing, FIG. **2**B, positioned adjacent the second exterior wall on beneath the ferrules, FIG. **2**C, and then coupled with the latch coupling on the second exterior wall of the connector housing to yield a connector **100**R, FIG. **2**D, having the opposite polarity of connector **100**. In this manner, transmit and receive optical fibers may be reversed without necessitating any fiber twist or complex repositioning of the optical ferrules.

In typical embodiments, the latch of the connector housing is required to be flexible. Thus, when a latch and a connector housing (e.g., duplex connector) are built as one unified member (as is currently done), the fiber optic connector is built of a similar flexible or less rigid material. Building the connector housing out of a plastic or polymeric material, limits the amount of rigidity that it can have. Thus, as fiber optic connectors continue to reduce in size, the strength of the housing has been reduced. Therefore, it would be advantageous to build the connector housing out of a more robust material while still allowing the latch to remain flexible. In order to accomplish this, in some embodiments according to aspects of the present disclosure, the connector housing may be manufactured out of a very rigid or strong material (e.g., steel, graphene, carbon, metal alloys, or any material of suitable properties). Because the connector housing and the removable latch need only interlock with each other, the removable latch may still be made out of a more flexible material. Thus, the removable nature of the latch disclosed herein allow for a more robust and secure overall design when dealing with the shrinking footprint of fiber optic connectors.

FIG. **3**A is a perspective view of another embodiment of a reversible polarity fiber optic connector **300**. As shown, the reversible polarity fiber optic connector may further comprise a pull tab **340** for engaging a removable latch **330**. The pull tab **340** depresses the latch **330** as the tab is pulled in a direction away from the fiber optic ferrules.

FIG. **3**B is an exploded view of the reversible polarity fiber optic connector of FIG. **3**A. As shown, the pull tab **340** may comprise a first opening **341** and a second opening **344**. The first opening **341** is configured to allow the connector housing and the removable latch to pass through while the second opening is configured to accommodate the tip of the latch. The pull tab may further comprise a first deformable portion **342** and a second deformable portion **344**. In operation, the first deformable portion **342** cooperates with the second deformable portion **344** to depress the removable latch when the pull tab is pulled in a direction away from the ferrules.

FIGS. **4**A-**4**D depict the process for changing the polarity of the fiber optic connector **300** from a first polarity, FIG. **4**A to a second polarity **300**R, FIG. **4**D. The pull tab **340** may be disengaged from the connector housing **320** and the removable latch **330** on the first exterior wall of the connector housing, FIG. **2**B. The removable latch is then detached from the latch coupling on the first exterior wall of the connector housing, FIG. **4**C.**1**. Next, the removable latch is engaged with the latch coupling on the second exterior wall of the connector housing, beneath the ferrules, FIG. **4**C.**2**. Finally, the pull tab **340** is positioned surrounding the

US 11,774,685 B2

9 10

connector housing and engaging the removable latch tip, resulting in the assembled optical connector **300**R having polarity opposite to that of connector **300**, FIG. **4**D.

FIGS. **5**A and **5**B are a perspective view and exploded view, respectively, of another embodiment of a reversible polarity fiber optic connector **500**. The connector **500** includes a connector housing **520**, a latch **530**, and a pull tab **540**. On the first and second exterior walls of connector housing **520** are latch couplings that include a groove **522**. A recess **521** is also provided in the housing. The latch **530** includes a protrusion **531** that is received within groove **522**. The latch further includes a projection **532** that is received in the housing between the optical ferrules. The pull tab **540** includes an opening **541** for engaging the removable latch **530**. A front protrusion **542** is configured to depress the removable latch **530** when the pull tab is pulled in a direction away from the ferrule side of the optical connector.

FIGS. **6**A-**6**D depict the process for changing the polarity of the fiber optic connector **500** from a first polarity, FIG. **6**A to a second polarity, FIG. **6**D. The pull tab **540** is disengaged from the connector housing and the removable latch **530** on the first exterior wall of the connector housing, FIG. **6**B, and the removable latch is decoupled from the latch coupling on the first exterior wall of the connector housing. Then the removable latch may be coupled with the latch coupling on the second exterior wall of the connector housing, beneath the optical ferrules in FIG. **6**C, and the pull tab **540** is engaged with the connector housing and the removable latch on the second exterior wall of the connector housing to create reverse polarity connector **500**R, FIG. **6**D.

It is of interest within the optical connectivity industry to have multiple styles of optical connectors for multiple purposes and/or multiple implementation styles. Thus, in order to more easily provide flexibility, a solution is needed that allows for on-the-fly, in-the-field, or in manufacturing modification of the connector. The below embodiment provides a universal type fiber optic connector which has a unique housing design that allows for different latches or arms to be attached.

FIG. **7**A is a perspective view of a common connector housing **720** of a reversible polarity fiber optic connector **700** with exchangeable arms for changing connector type in an embodiment according to aspects of the present disclosure. As shown, the reversible polarity fiber optic connector may comprise first and second optical ferrules **710***a* and **710***b* and the common connector housing **720** at least partially surrounding the first and second optical ferrules.

FIG. **7**B, **7**C and **7**D are the front view, top view and side view, respectively, of the common connector housing **720**. As shown, the common connector housing may have a first exterior wall **725***a* positioned above the first and second optical ferrules and a second exterior wall **725***b* positioned beneath the first and second optical ferrules. The connector housing **720** may further have a coupling surface **724** positioned on each of the first and second exterior walls and include a receiving track **726** in the coupling surface.

FIG. **8**A.**1** shows the common connector housing **720** used to create a latch-type connector **700** and FIG. **8**B.**1** shows the common connector housing **720** used to create a recess-type connector **800**. Both of connectors **700** and **800** include a removable arm **730** or **830** for engaging either of the first and second exterior wall coupling surfaces **724** on the connector housing, FIGS. **8**A.**2** and **8**B.**2** respectively. The removable arms **730** and **830** may each respectively include a projection **735** or **835** for engaging in the receiving track **726** of the coupling surface **724**, FIGS. **8**A.**2** and **8**B.**2** respectively. As with the previous embodiments, positioning

the removable arm on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable arm on the second exterior surface of the housing yields a fiber optic connector with the opposite polarity.

Still referring to FIGS. **8**A.**2** and **8**B.**2** respectively the removable arms may include either a latch or a recess: removable arm **730** includes a latch **733** while removable arm **830** includes a recess **834**. Thus, a latch-type connector **700** is created through assembly of the removable latch arm to the common connector body **720** as shown in FIG. **8**A.**1** and a recess-type connector **800** is created through assembly of the removable recess arm to the common connector body **720** as shown in FIG. **8**B.**1**.

The fiber optic connector may further include a pull tab. When a removable arm with a latch **730** is positioned on the coupling surface of the common connector housing **720** to create a latch-type connector **700**, the pull tab **740** is a separate element from the removable arm, FIG. **8**A.**2**. When a removable arm includes a recess **830** is positioned on the coupling surface of the common connector housing **720** to create a recess-type connector **800**, the pull tab **840** is integrated with the removable arm, FIG. **8**B.**2**.

FIGS. **9**A-**9**D depict the process for changing the polarity of the latch-type fiber optic connector from a first polarity **700**, FIG. **9**A to a second polarity **700**R, FIG. **9**D. The sub-assembly of the removable arm **730** and the pull tab **740** may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **9**B. Then the sub-assembly of the removable arm **730** and the pull tab **740** may be coupled with the coupling surface of the second exterior wall of the connector housing, FIG. **9**C, creating the opposite polarity connector **700**R.

FIGS. **10**A-**10**C depicts the process for changing the polarity of the recess-type fiber optic connector **800** from a first polarity, FIG. **10**A to a second polarity, FIG. **10**D. The removable arm **830** with a recess and a pull tab as an integral structure may be decoupled from the coupling surface **724** of the first exterior wall of the connector housing, FIG. **10**B. Then the removable arm may be coupled with the coupling surface **724** of the second exterior wall of the common connector housing **720**, FIG. **10**C to create opposite polarity optical connector **800**R, FIG. **10**D.

FIGS. **11**A and **11**B depict a further embodiment **1100** of the reversible polarity optical connectors of the present disclosure. In FIG. **11**A, a push-pull tab **1130** may interconnect with either a first exterior wall **1110** of housing **1105** or with a second exterior wall **1115** of housing **1105**. Ferrules **1120** and **1125** are at least partially surrounded by housing **1105** and may be LC connectors in an embodiment. As in previous embodiments, the push-pull tab may include a tab recess **1145**. Alternatively, push-pull tab **1130** may include a latch (not shown). Various features of the push-pull tab **1130** are provided to assist in affixing the push-pull tab to the first exterior wall **1110** or the second exterior wall **1115** of the housing **1105**. This includes push-pull tab clips **1135** that clip onto the optical connector, optionally in a boot region, and protrusion **1140** that fits within a first aperture, **1109**A, beneath the housing exterior wall **1110** or a second aperture, **1109**B, beneath housing exterior wall **1115** (to be discussed in more detail below), and projection **1131** for inserting into the housing between ferrules **1120** and **1125**. Each of these features is fully reversible such that the push-pull tab is easily removed and repositioned on the opposite exterior wall to change polarity of the connector.

As best seen in FIGS. **12**B and **12**D, push-pull tab protrusion **1140** may be inserted into first aperture **1109**A of

US 11,774,685 B2

11

housing **1105** through a first exterior housing aperture **1107**A. Alternatively, in the reverse-polarity configuration, the push-pull tab protrusion **1140** may be inserted into second housing aperture **1109**B through second exterior housing aperture **1107**B. When the push-pull tab **1130** is moved forward, the protrusion slides within the aperture **1109**A or **1109**B, as shown in FIG. **12**B. To maintain the push-pull tab in a forward-biased position, tab position spring **1150** is provided. During insertion or removal of the protrusion **1140**, tab position spring **1150** is compressed, depicted in FIG. **12**B. When the position spring **1150** is in its relaxed (uncompressed) position, FIGS. **12**C and **12**D, the protrusion **1140** is slid forward within the aperture **1109**A or **1109**B.

To change polarity of the optical connector **1100**, FIGS. **13**A-**13**D, the push-pull tab **1130** is removed by withdrawing the protrusion **1140** from the housing **1105** through exterior housing aperture **1107**A along with detaching clips **1135** and decoupling projection **1131**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **13**B). The push-pull tab is moved toward second exterior housing wall **1115** and the protrusion **1140** is inserted into aperture **1109**B through exterior housing aperture **1107**B in FIG. **13**C. Projection **1131** is fitted between ferrules **1120** and **1125** and clips **1135** are affixed to the connector. The resultant connector **1100**R of **13**D is of opposite polarity to the connector **1100** of FIG. **13**A.

Various alternatives to the protrusion **1140** of optical connector **1100** may be used in the optical connectors of this disclosure. For example, the protrusion may be provided by the connector housing with receiving elements provided in the push-pull tab. Variations to the shape of the projection and apertures may be made without affecting the function of the reversible-polarity connector.

Another alternative embodiment is depicted in FIGS. **14**A and **14**B in which a hook-shaped protrusion **1440** is provided for engagement within the connector housing. As in the previous embodiment, the push-pull tab **1430** includes a tab recess **1445**, connector-attachment clips **1435** and projection **1431** for positioning between ferrules **1420** and **1425**. In FIG. **14**B, the push-pull tab **1430** is positioned on first exterior housing wall **1410** and has a first polarity. In this position, the hook-shaped protrusion **1440** engages a housing projection **1460**, held in a forward-biased position by push-pull tab position spring **1465**, as seen in FIGS. **15**B and **15**D. To release the protrusion **1440**, push-pull tab position spring **1465** is compressed in FIG. **15**C such that housing projection **1460** is retracted sufficiently to allow removal of protrusion **1440** through the housing **1405**, FIG. **15**D.

To change polarity of the optical connector **1400** from the first polarity of FIG. **16**A, the push-pull tab **1430** is removed by withdrawing the protrusion **1440** from the housing **1405** through the housing along with detaching clips **1435** and decoupling projection **1431**, thus releasing the push-pull tab from the first exterior housing wall **1110** (FIG. **16**B). The push-pull tab is moved toward second exterior housing wall **1415** and the protrusion **1440** is inserted into the housing **1405**. Projection **1431** is fitted between ferrules **1420** and **1425** and clips **1435** are affixed to the connector in FIG. **16**C. The resultant connector **1400**R of FIG. **16**D is of opposite polarity to the connector of FIG. **16**A.

Protrusions from a push-pull tab may be inserted into a housing via features other than a housing aperture. Such a connector is depicted in FIG. **17** and features a deformable housing region to allow entry of a push-pull tab protrusion during affixing of the push-pull tab to the connector housing.

12

As seen in FIG. **17**A, the connector **1700** includes a connector housing **1705** which may optionally include a back body housing portion **1709** for connecting with a housing front portion **1707** (FIG. **17**C). The back body housing portion **1709** includes a deformable region **1780**, seen in the partial cross-section of FIG. **17**B and the perspective view of FIG. **17**C. The push-pull tab **1730** includes a protrusion **1740** with a projection **1741** extending therefrom.

Turning to FIG. **18**, to affix the push-pull tab to the connector housing, the protrusion **1740** penetrates the deformable region **1780** (FIG. **18**B) causing the deformable region to yield and accept entry of the protrusion **1740** into the housing. As the projection **1741** enters the housing as depicted in FIG. **18**C, the deformable region **1780** returns to its original position (FIG. **18**D), securing the push-pull tab **1730** to the connector housing.

Removal of the push-pull tab **1730** is depicted in FIGS. **19**A and **19**B. A removal tool **1900**, which may be shaped similar to a small screwdriver, depresses deformable region **1780**, allowing projection **1741** to slide along an edge of the deformable region **1780**, followed by the protrusion **1740**, releasing the push-pull tab **1730**.

To change polarity of the optical connector **1700** from the first polarity of FIG. **20**A, the push-pull tab **1730** is removed in FIG. **20**B by using the removal tool technique depicted in FIGS. **19**A and **19**B. The push-pull tab is moved toward the second exterior housing wall and the protrusion **1740** is inserted into the housing **1705** through the deformable region **1780** in FIG. **20**C. The resultant connector **1700**R of FIG. **20**D is of opposite polarity to the connector of FIG. **20**A.

In another aspect of the disclosure, a retaining member may be provided in the connector housing to retain a push-pull tab. As seen in FIGS. **21**A-**21**D, a connector **2100** having a housing **2105** is provided with a housing front portion **2107** and a back portion **2109**. FIG. **21**A depicts an assembled connector **2100** with housing **2105**. FIG. **21**B depicts an exploded view of connector **2100** of FIG. **21**A. Push-pull tab **2130** has a receiving surface **2132**, which during use of connector **2100** provides a surface over which retainer **2111** can slide across during tab movement. Extending from the housing back portion is a retainer **2111** which may include a pair of retaining clips, as shown, or any other structure configured to retain the push-pull tab **2130**. FIG. **21**C depicts connector **2100** showing a section view cut given by the arrows and broken line near the proximal end of connector **2100**. Optionally, when the retainer **2111** includes clips, the clips may be hook-shaped as seen in the cross-sectional view of FIG. **21**D. As shown in FIG. **21**D, receiving surface **2132** may be a recess with a protrusion along the edge that engages the hook-shaped edge of the clips.

FIG. **22**A through FIG. **22**E depicts the operation of polarity change for connector **2100** of FIG. **21**A-FIG. **21**D. FIG. **22**A depicts connector **2100** with pull-push tab clips **2135** (opposing side not shown) engaged around connector. To operate connector **2100**, user can move push-pull tab **2130** forward or toward front of connector or backward or toward rear of connector, and as describe in FIG. **21** above tab moves along connector receiving surface **2123**. This engages or releases connector **2100** from a receptacle as is known in the art. To change the polarity of connector **2100** from the polarity depicted in FIG. **22**A to the second, opposite polarity of FIG. **22**E, the retainer **2111** is removed from receiving surface **2132**. Referring to FIG. **21**B, lifting push-pull tab **2130** in direction of up-arrow, separates retainer **2111** from receiving surface. As shown in FIG. **22**C,

US 11,774,685 B2

13

push-pull tab clips separate from the connector as the retainer is removed. Continuing with FIG. **22**C, push-pull tab **2130** is moved to the opposite housing exterior wall in FIG. **22**C. FIG. **22**D depicts receiving surface **2132** engages with the retainer **2111**. In FIG. **21**E the assembled connector **2100**R having the opposite polarity to the connector of FIG. **22**A is depicted, fully assembled. Retainer **2111** is in contact with receiving surface **2132**, and push-pull tab **2130** is secured to connector body, as shown in FIG. **22**E.

FIGS. **23-28**

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, for example, embodiments of multiple-fiber push-on/pull-off (MPO) connectors, such as the Senko mini MPO connector and the Senko MPO Plus connector. The connector may generally be defined by a connector housing body.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments provide single fiber and multi-fiber connectors having a remote release tab, also referred to as a pull tab or a push tab. Some embodiments may be configured to allow polarity changes.

The pull tab of a typical connector may interact solely with the profile of the connector latch arm to flex the latch arm downward the distance needed to allow the connector to become unlatched from within the adapter/coupler for removal. Alternatively, the pull tab of a connector may work to solely lift an adapter hook a required distance to allow the connector to become unlatched for removal.

Various embodiments of connectors disclosed herein include an outer main body with a unique un-latching system. Various embodiments described herein generally provide optical fiber connectors with remote release tabs configured to allow a user to easily remove or insert connectors into adapters or couplers, such as adapters or couplers disposed on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like.

Various embodiments of connectors disclosed herein include a remote release tab having a tip configured to interact with an inner portion of the top surface of an adapter or coupler to provide some of the downward force needed to unlatch the connector from the adapter or coupler. In some embodiments, the inner portion of the top surface of the adapter or coupler may be a fixed portion that does not move.

In some embodiments, the tip of the remote release tab may be a wedge shaped tip. The connector may have a latch arm and may be configured such that as the remote release tab is pulled back, the tip of the remote release tab slides upwards along the slope of the latch arm of the connector. At a certain distance of retraction of the remote release tab, the wedge shape comes in contact with an inner portion of the top surface of the adapter. Upon additional retraction of

14

the remote release tab, the wedge shaped tip simultaneously begins to push down the connector latch arm while sliding along the inner portion of the top surface of the adapter. As the connector latch arm is depressed to a sufficient distance, it becomes unlatched from the adapter, and any additional pulling of the remote release tab results in removing the connector from the adapter.

Some embodiments, such as embodiments having multiple ferrules and embodiments having multiple fiber ferrule connectors, are further configured to allow reversing the polarity. For example, in some embodiments, a guide of the remote release tab may be configured to rotate about **180** degrees in order to reverse polarity.

FIG. **23** shows one embodiment of an optical fiber connector assembly **3100** having a plurality of connectors **3102** and a remote release tab **3104**. In this embodiment, the connector assembly **3100** has a plurality of connectors. In other embodiments, the connector assembly may have one or more connectors. Various embodiments may include connectors of different types than shown in FIG. **23**. Each connector **3102** has a respective connector housing **3106** and a respective ferrule **3108**.

The connector assembly **3100** further includes at least one flexible latch arm assembly **3110**. The latch arm assembly **3110** includes at least one flexible latch arm **3111**. The latch arm assembly **3110** is configured to couple to the connectors **3102**. In other embodiments, each of the connectors **3102** may include a respective latch arm. In some embodiments, the latch arm may be formed integrally with one or more connectors in the connector assembly.

The connector assembly **3100** further includes a housing **3112** configured to receive the connectors **3102**. The latch arm assembly **3110** includes a first portion **3114** configured to couple with the connectors **3102**, for example by coupling to the connector housings **3106**. The latch arm assembly **3110** also includes a second portion **3116** configured to be received by the housing **3112**. In other embodiments, the latch arm assembly **3110** may be configured differently than shown in FIG. **23** to allow coupling to the connector assembly **3100**.

The connector assembly **3100** further includes a guide **3118** configured to retain the remote release tab **3104**. The guide **3118** is further configured to be rotated about **180** degrees, as shown for example by the arrow **3120**, to reverse the polarity of the connector assembly **3100**. In one example, the guide **3118** may be coupled to at least one polarity key, and rotation of the guide allows changing the polarity key. In another example, the polarity key may rotate with the guide. In other embodiments, the connector assembly need not be configured to reverse the polarity, and the guide may merely be configured to receive the remote release tab. The connector assembly **3100** further includes a back post **3122** and a boot **3124**.

The remote release tab **3104** has a body **3126**. The body **3126** may extend over the boot **3124** to facilitate remotely releasing the connector assembly from an adapter. In various embodiments, the length of the remote release tab **3104** may be selected so as to extend beyond the boot **3124** of the connector assembly **3100**. For example, the length may be selected such that the handle of the remote release tab is located beyond the boot of the connector for easy access.

The body **3126** includes a coupling portion **3128** configured to couple to the connectors **3120**. For example, as shown in FIG. **23**, the coupling portion **3128** includes a window **3130** configured to receive at least a portion of the

US 11,774,685 B2

15

latch arm assembly **3110**. For example, the window **3130** may be configured to receive the flexible latch arm **3111** of the connectors **3102**.

The remote release tab **3104** further includes a protrusion **3132** at one end thereof. The protrusion **3132** is shaped as a wedge. In other embodiments, the protrusion **3132** may have different shapes and configurations. In various embodiments, the protrusion **3132** may be configured to slide along the latch arm **3111** of the latch arm assembly **3110** and further to interact with an adapter coupled to the connector assembly **3100**, as the remote release tab **3104** is pulled rearward, to decouple the connector assembly from the adapter, as described and illustrated further below in relation to FIGS. **27** and **28**.

In some embodiments, the remote release tab **3104** may be removable from the optical connector assembly **3100**. The remote release tab **3104** may also be re-installed by coupling to the connector assembly **3100**. For example, the guide **3118** may be configured to retain the remote release tab **3104**. The guide **3118** may further be configured to allow removing the remote release tab **3104** from the connector assembly **3100**.

In various embodiments, the remote release tab **3104** may have a single integral structure. In other embodiments, the remote release tab **3104** may comprise a plurality of pieces coupled together to form the remote release tab. For example, in some embodiments, the coupling portion **3128** and the protrusion **3132** may be formed integrally with the body **3126**. In other embodiments, the coupling portion **3128** or the protrusion **3132** may be separate pieces coupled to each other to form the remote release tab **3104**.

FIG. **24** shows a perspective view of the assembled connector assembly **3100**. As shown in FIG. **24**, the latch arm **3111** protrudes through the window **3130** of the remote release tab **3104**. The remote release tab **3104** is retained by the guide **3118** such that the protrusion **3132** is disposed at a front end of the connector assembly **3100** and may slide along the latch arm **3111** as the remote release tab **3104** is pulled rearward.

FIG. **25** shows the connector assembly **3100** coupled to an adapter **3140**. The adapter may have a plurality of channels **3142** configured to receive connectors, including for example the connector assembly **3100**. The adapter **3140** further comprises a plurality of openings **3144** configured to couple the connector assembly to the adapter. For example, the openings **3144** are configured to engage the latch arm **3111** of the connector assembly **3100** so as to retain the connector assembly **3100** within the adapter **3140**. As the remote release tab **3104** is pulled rearward, the protrusion **3132** of the remote release tab interacts with both the latch arm **3111** and the adapter **3140** to release the latch arm from an opening **3144**, thereby decoupling the connector assembly **3100** from the adapter. In one embodiment, the protrusion **3132** interacts with an inner portion of a top surface **3146** of the adapter **3140**.

FIG. **26** shows a top view of the adapter **3140** and the connector assembly **3100** of FIG. **25**. The latch arm assembly **3110** and the connectors **3102** are received through the channels **3142** of the adapter **3140**.

FIGS. **27** and **28** show a cross-sectional view of the adapter **3140** and the connector assembly **3100** of FIG. **26** along section A-A. FIG. **27** further illustrates the remote release tab **3104** in a forward position, as the connector assembly **3100** is pushed into the adapter **3140** in the direction of the arrow **3150**. As shown, the connector assembly **3100** is coupled to the adapter **3140** by the latch arm **3111** which engages the opening **3144** of the adapter

16

**3140**. The opening **3144** is disposed in the top surface **3146** of the adapter **3140**. The protrusion **3132** of the remote release tab **3104** is disposed at a front end of the latch arm **3111**. The protrusion **3132** does not yet contact an inner portion **3152** of the top surface **3146**.

FIG. **28** further illustrates the remote release tab **3104** in a rearward position as it is being pulled in the direction of the arrow **3154** so as to pull the connector assembly **3100** out of the adapter **3140**. The protrusion **3132** of the remote release tab **3104** slides along the latch arm **3111** and contacts an inner portion **3152** of the top surface **3146** of the adapter **3140**. The protrusion **3132** continues to slide along the inner portion **3152** of the top surface **3146** as the remote release tab **3104** is pulled further. The protrusion **3132** simultaneously begins to push down the connector latch arm **3111** while sliding rearward along the inner portion **3152** of the top surface **3146** of the adapter **3140**. As the connector latch arm **3111** is depressed by the protrusion **3132**, the connector assembly **3100** becomes unlatched from the adapter **3140**, and any additional pulling of the remote release tab **3104** results in removing the connectors from the adapter.

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as

US 11,774,685 B2

17

18

meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least,"

and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

**1.** An adapter for mating with a plurality of optical fiber connectors, each of the plurality of optical fiber connectors comprising a connector housing holding multiple optical fibers, a flexible latch arm having a front end and a rear end spaced apart rearward of the front end, and a remote release comprising a front section configured to slide rearward along the flexible latch arm to depress the flexible latch arm, the adapter comprising:

an outer housing having a first end portion and a second end portion spaced apart along a longitudinal axis and a first side wall and a second side wall spaced apart along a width, the outer housing defining a plurality of channels side-by-side along the width of the outer housing, each of the plurality of channels opening through the first end portion such that the plurality of optical fiber connectors can be inserted forward along the longitudinal axis into the plurality of channels through the first end portion to mate the adapter with the plurality of optical fiber connectors for making an optical connection to the optical fibers via the adapter, the outer housing comprising an upper wall and a lower wall spaced apart along a transverse axis perpendicular to the longitudinal axis, the upper wall defining a plurality of latch openings configured to latch with the flexible latch arms of the plurality of optical fiber connectors, the plurality of channels being configured to receive the plurality of optical fiber connectors such that the front sections of the remote releases are inside the plurality of channels forward of the plurality of latch openings when the plurality of latch openings latch with the flexible latch arms;

wherein the plurality of channels includes a first channel and a second channel;

wherein the plurality of latch openings includes a first latch opening aligned with the first channel and a second latch opening aligned with the second channel;

wherein the upper wall comprises a first longitudinal rib projecting inwardly along the transverse axis toward the lower wall and the lower wall comprises a second longitudinal rib projecting inwardly along the transverse axis toward the upper wall, the first longitudinal rib and the second longitudinal rib being aligned along the width of the outer housing and located between the first and second channels, the first longitudinal rib being spaced apart from the second longitudinal rib along the transverse axis by a transverse gap, the first channel being open to the second channel through the transverse gap.

**2.** The adapter as set forth in claim **1,** wherein each channel is configured to allow the front section of the remote release to slide rearward along the flexible latch arm within

US 11,774,685 B2

19

20

the channel to depress the flexible latch arm, wherein the upper wall of the outer housing is configured to unlatch from each flexible latch arm when the flexible latch arm is depressed, and wherein the lower wall is configured to slidably engage each connector housing without latching.

**3**. The adapter as set forth in claim **1**, wherein the first longitudinal rib has a first height along the transverse axis and the second longitudinal rib has a second height along the transverse axis, the first height being greater than the second height.

**4**. The adapter as set forth in claim **1**, wherein the adapter comprises a transverse wall extending between the upper wall and the lower wall at a location longitudinally spaced apart from the first end portion of the outer housing and wherein the transverse wall includes a socket configured to receive a ferrule of the optical fiber connector.

**5**. The adapter as set forth in claim **4**, wherein the optical fiber connector is a duplex connector comprising first and second cylindrical ferrules.

**6**. The adapter as set forth in claim **1**, wherein the optical fiber connector is a multifiber connector comprising a multifiber ferrule.

**7**. The adapter as set forth in claim **1**,

wherein the first longitudinal rib has a bottom edge extending in a bottom edge plane parallel to the longitudinal axis and the width of the outer housing,

wherein the adapter is configured to mate with the plurality of optical fiber connectors such that parts of the remote releases are received in the plurality of channels and any portion of the remote releases received in the channels is located above the bottom edge plane,

wherein the second longitudinal rib has a top edge extending in a top edge plane parallel to the longitudinal axis and the width of the outer housing,

wherein each of the plurality of channels has an upper portion above the bottom edge plane, a lower portion below the top edge plane, and a central portion between the bottom edge plane and the top edge plane,

wherein the central portion of each channel is wider than the upper portion and the lower portion thereof,

wherein the upper wall comprises top channel surfaces defining top ends of the plurality of channels,

wherein the top channel surfaces extend in a top plane parallel to the longitudinal axis and the width of the adapter,

wherein the top plane is spaced apart above the bottom edge plane,

wherein the top channel surfaces are configured to slidably engage the front sections of the remote releases as the optical fiber connectors are inserted into the plurality of channels,

wherein the lower wall comprises bottom channel surfaces defining bottom ends of the plurality of channels,

wherein the bottom channel surfaces extend in a bottom plane parallel to the longitudinal axis and the width of the adapter,

wherein the bottom plane is spaced apart below the top edge plane,

wherein the bottom channel surfaces are configured to slidably engage bottom walls of the connector housings as the plurality of optical fiber connectors are inserted into the plurality of channels,

wherein the bottom edge plane and the top plane are spaced apart by a first height and the top edge plane and the bottom plane are spaced apart by a second height, and

wherein the first height is greater than the second height so that the upper channel portions can accommodate the front sections of the remote releases as the plurality of optical fiber connectors are inserted into the plurality of channels.

**8**. The adapter as set forth in claim **7**, comprising a single piece forming the upper wall, the lower wall, the first side wall, the second side wall, the first alignment rib, the second alignment rib, and the transverse wall.

**9**. The adapter as set forth in claim **7**,

wherein the adapter comprises a transverse wall between the upper wall and the lower wall at a location longitudinally spaced apart from the first end portion of the outer housing,

wherein the upper portion and the lower portion of each of the plurality of channels has a length extending along the longitudinal axis from an outer end at the first end portion of the outer housing to an inner end adjacent the transverse wall,

wherein the transverse wall closes the inner end of the upper portion and the lower portion of each of the plurality of channels,

wherein the top channel surfaces extend longitudinally from the first end portion of the outer housing to the transverse wall, and

wherein the bottom channel surfaces extend longitudinally from the first end portion of the outer housing to the transverse wall.

**10**. The adapter as set forth in claim **1**,

wherein the first longitudinal rib has a bottom edge extending in a bottom edge plane parallel to the longitudinal axis and the width of the outer housing,

wherein the second longitudinal rib has a top edge extending in a top edge plane parallel to the longitudinal axis and the width of the outer housing,

wherein the adapter is configured to mate with the plurality of optical fiber connectors such that parts of the remote releases are received in the plurality of channels and such that any portion of the remote releases received in the channels is located above the top edge plane,

wherein each of the plurality of channels has an upper portion above the bottom edge plane, a lower portion below the top edge plane, and a central portion between the bottom edge plane and the top edge plane,

wherein the central portion of each channel is wider than the upper portion and the lower portion thereof,

wherein the upper wall comprises top channel surfaces defining top ends of the plurality of channels,

wherein the top channel surfaces extend in a top plane parallel to the longitudinal axis and the width of the adapter,

wherein the top plane is spaced apart above the bottom edge plane,

wherein the top channel surfaces are configured to slidably engage the front sections of the remote releases as the optical fiber connectors are inserted into the plurality of channels,

wherein the lower wall comprises bottom channel surfaces defining bottom ends of the plurality of channels,

wherein the bottom channel surfaces extend in a bottom plane parallel to the longitudinal axis and the width of the adapter,

wherein the bottom plane is spaced apart below the top edge plane,

wherein the bottom channel surfaces are configured to slidably engage bottom walls of the connector housings

US 11,774,685 B2

21                                                    22

as the plurality of optical fiber connectors are inserted into the plurality of channels,

wherein the bottom edge plane and the top plane are spaced apart by a first height and the top edge plane and the bottom plane are spaced apart by a second height, and

wherein the first height is greater than the second height so that the upper channel portions can accommodate the front sections of the remote releases as the plurality of optical fiber connectors are inserted into the plurality of channels.

**11.** A connection system comprising:

the adapter as set forth in claim **1**; and

an optical fiber connector comprising a connector housing defining a single plug frame around multiple optical fibers, a flexible latch arm having a front end and a rear end spaced apart rearward of the front end, and a remote release comprising a front section configured to slide rearward along the flexible latch arm to depress the flexible latch arm, the optical fiber connector configured to be inserted into the first channel to mate with the adapter whereby the flexible latch arm latches with the first latch opening and the front section of the remote release is inside the first channel forward of the first latch opening.

**12.** The connection system as set forth in claim **11**,

wherein the connector housing has a first side wall, a second side wall, and a width extending from the first side wall to the second side wall, the connector housing having a top wall, a bottom wall, and a height extending from the top wall to the bottom wall,

wherein the optical fiber connector comprises a latch arm piece formed separately from the connector housing, the latch arm piece including the flexible latch arm and configured to be coupled to the connector housing,

wherein the latch arm piece includes a portion configured to be received in a recess on the top wall of the connector housing when the latch arm piece is coupled to the connector housing, the flexible latch arm extending upward from said portion,

wherein the remote release comprises a body formed separately from the connector housing and the latch arm piece and the body comprises a coupling portion configured to couple the remote release to the connector housing,

wherein the body includes a window to receive the flexible latch arm,

wherein the body is configured to couple to the top wall of the connector housing.

**13.** The connection system as set forth in claim **12**, wherein the coupling portion comprises rails on opposite sides of the window.

**14.** The connection system as set forth in claim **12**, wherein the body is narrower than the connector housing and located centrally on the connector housing such that the entire body is contained inside the width of the connector housing and does not protrude widthwise past the first and second side walls.

**15.** The connection system as set forth in claim **12**, wherein the second longitudinal rib has a top edge extending in a top edge plane parallel to the longitudinal axis and the width of the outer housing, wherein the body comprises a front portion configured to be received in the first channel beside the first longitudinal rib, the entire front portion of the body being above the top edge plane when the optical fiber connector is inserted into the first channel to mate with the adapter.

**16.** The connection system as set forth in claim **12**,

wherein the first longitudinal rib has a bottom edge extending in a bottom edge plane parallel to the longitudinal axis and the width of the outer housing,

wherein the second longitudinal rib has a top edge extending in a top edge plane parallel to the longitudinal axis and the width of the outer housing,

wherein each of the plurality of channels has an upper portion above the bottom edge plane, a lower portion below the top edge plane, and a central portion between the bottom edge plane and the top edge plane,

wherein the central portion of each channel is wider than the upper portion and the lower portion thereof,

wherein the upper wall comprises top channel surfaces defining top ends of the plurality of channels,

wherein the top channel surfaces extend in a top plane parallel to the longitudinal axis and the width of the adapter,

wherein the top plane is spaced apart above the bottom edge plane,

wherein the lower wall comprises bottom channel surfaces defining bottom ends of the plurality of channels,

wherein the bottom channel surfaces extend in a bottom plane parallel to the longitudinal axis and the width of the adapter,

wherein the bottom plane is spaced apart below the top edge plane,

wherein the bottom edge plane and the top plane are spaced apart by a first height and the top edge plane and the bottom plane are spaced apart by a second height, and

wherein the optical fiber connector comprises an upper connector portion including the flexible latch arm, the front section of the remote release, and an upper portion of the connector housing, a lower portion including a lower portion of the connector housing, and a central connector portion including a central portion of the connector housing where the multiple optical fibers are located,

wherein the central connector portion is wider than the upper connector portion and the lower connector portion, and

wherein the optical fiber connector is configured to be received in the first channel such that:

the upper connector portion is received in the upper channel portion of the first channel and latched to the upper wall of the adapter;

the lower connector portion is received in the lower channel portion of the first channel without latching;

the central connector portion is slidably received in the central channel portion of the first channel;

the front section of the remote release is received in the first channel beside the first longitudinal rib,

the front section of the remote release is received between the top wall of the connector and the top channel surface of the first channel,

the entire front section of the remote release is above the top edge plane,

a side region of the central connector portion is received in the transverse gap between the first longitudinal rib and the second longitudinal rib, and

the side region is exposed to the second channel through the transverse gap.

**17.** The connection system as set forth in claim **16**, wherein the body and the latch arm piece form a latching assembly, and wherein the latching assembly is narrower than the connector housing and located centrally on the

US 11,774,685 B2

23

24

connector housing such that the entire latching assembly is contained inside the width of the connector housing and does not protrude widthwise past the first and second side walls.

**18**. The connection system as set forth in claim **16**, wherein the upper connector portion has a first connector portion height corresponding to the first height and the lower connector portion has a second connector portion height corresponding to the second height, the first connector portion height being greater than the second connector portion height, wherein the transverse gap has a gap height greater than the first height, and wherein the central connector portion has a third connector portion height corresponding to the gap height, the third connector portion height greater than the first connector portion height.

\* \* \* \* \*

# EXHIBIT M



US011809006B2

(12) **United States Patent** (10) Patent No.: **US 11,809,006 B2**
Takano et al. (45) Date of Patent: *Nov. 7, 2023

(54) **ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING**

(71) Applicant: **Senko Advanced Components, Inc.**, Hudson, MA (US)

(72) Inventors: **Kazuyoshi Takano**, Tokyo (JP); **Jimmy Jun-Fu Chang**, Sturbridge, MA (US)

(73) Assignee: **Senko Advanced Components, Inc.**, Hudson, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/078,744**

(22) Filed: **Dec. 9, 2022**

(65) **Prior Publication Data**

US 2023/0107570 A1 Apr. 6, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/591,298, filed on Feb. 2, 2022, now Pat. No. 11,543,605, which is a (Continued)

(51) **Int. Cl.**
  *G02B 6/42* (2006.01)
  *G02B 6/38* (2006.01)
(52) **U.S. Cl.**
  CPC ........... *G02B 6/4292* (2013.01); *G02B 6/387* (2013.01); *G02B 6/3825* (2013.01); (Continued)

(58) **Field of Classification Search**
  CPC .......... G02B 6/42; G02B 6/4292; G02B 6/38; G02B 6/3825; G02B 6/3893
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 681,132 | A | 8/1901 | Norton |
| 3,721,945 | A | 3/1973 | Hults |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2495693 | A1 | 4/2004 |
| CA | 2495693 | A1 | 4/2004 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion; Application No. PCT/US2018/042202, dated Dec. 7, 2018, pp. 17.
(Continued)

*Primary Examiner* — Tina M Wong

(57) **ABSTRACT**

An optical connector holding one or more optical ferrule assembly is provided. The optical connector includes an outer body, an inner front body accommodating the one or more optical ferrule assembly, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four optical ferrule assembly are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight optical ferrule assembly are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A receptacle can hold one or more connector inner bodies forming a single boot for all the optical fibers of the inner bodies.

**31 Claims, 82 Drawing Sheets**



**US 11,809,006 B2**

Page 2

### Related U.S. Application Data

continuation of application No. 17/370,057, filed on Jul. 8, 2021, now Pat. No. 11,307,369, which is a continuation of application No. 17/327,197, filed on May 21, 2021, now Pat. No. 11,340,413, which is a continuation of application No. 17/090,855, filed on Nov. 5, 2020, now Pat. No. 11,487,067, which is a continuation of application No. 16/414,546, filed on May 16, 2019, now Pat. No. 10,859,778, which is a continuation of application No. 16/388,053, filed on Apr. 18, 2019, now Pat. No. 11,169,338, which is a continuation of application No. 16/035,691, filed on Jul. 15, 2018, now Pat. No. 10,281,668.

(60) Provisional application No. 62/588,276, filed on Nov. 17, 2017, provisional application No. 62/549,655, filed on Aug. 24, 2017, provisional application No. 62/532,710, filed on Jul. 14, 2017.

(52) **U.S. Cl.**
CPC .......... *G02B 6/3893* (2013.01); *G02B 6/3873* (2013.01); *G02B 6/3878* (2013.01); *G02B 6/4228* (2013.01)

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,150,790 | A | 4/1979 | Potter |
| 4,240,695 | A | 12/1980 | Evans |
| 4,327,964 | A | 5/1982 | Haesley et al. |
| 4,478,473 | A | 10/1984 | Frear |
| 4,762,388 | A | 8/1988 | Tanaka et al. |
| 4,764,129 | A | 8/1988 | Jones et al. |
| 4,840,451 | A | 6/1989 | Sampson et al. |
| 4,872,736 | A | 10/1989 | Myers et al. |
| 4,979,792 | A | 12/1990 | Weber |
| 5,026,138 | A | 6/1991 | Boudreau |
| 5,031,981 | A | 7/1991 | Peterson |
| 5,011,025 | A | 8/1991 | Haitmanek |
| 5,041,025 | A | 8/1991 | Haitmanek |
| 5,073,045 | A | 12/1991 | Abendschein |
| D323,143 | S | 1/1992 | Ohkura et al. |
| 5,101,463 | A | 3/1992 | Cubukciyan |
| 5,146,813 | A | 9/1992 | Stanfill, Jr. |
| 5,159,652 | A | 10/1992 | Grassin D'Alphonse |
| 5,212,752 | A | 5/1993 | Stephenson et al. |
| 5,265,181 | A | 11/1993 | Chang |
| 5,289,554 | A | 2/1994 | Cubukciyan et al. |
| 5,315,679 | A | 5/1994 | Baldwin |
| 5,317,663 | A | 5/1994 | Beard et al. |
| 5,321,784 | A | 6/1994 | Cubukciyan et al. |
| 5,335,301 | A | 8/1994 | Newman et al. |
| 5,348,487 | A | 9/1994 | Marazzi et al. |
| 5,418,875 | A | 5/1995 | Nakano |
| 5,444,806 | A | 8/1995 | de Marchi et al. |
| 5,481,634 | A | 4/1996 | Anderson et al. |
| 5,506,922 | A | 4/1996 | Grois et al. |
| 5,521,997 | A | 5/1996 | Rovenolt et al. |
| 5,570,445 | A | 10/1996 | Chou et al. |
| 5,588,079 | A | 12/1996 | Tanabe et al. |
| 5,602,951 | A | 2/1997 | Shiota |
| 5,684,903 | A | 11/1997 | Kyomasu et al. |
| 5,687,268 | A | 11/1997 | Stephenson et al. |
| 5,781,681 | A | 7/1998 | Manning |
| 5,845,036 | A | 12/1998 | De Marchi |
| 5,862,282 | A | 1/1999 | Matsuura |
| 5,915,987 | A | 6/1999 | Reed |
| 5,930,426 | A | 7/1999 | Harting |
| 5,937,130 | A | 8/1999 | Amberg et al. |
| 5,953,473 | A | 9/1999 | Shimotsu |
| 5,956,444 | A | 9/1999 | Duda et al. |
| 5,971,626 | A | 10/1999 | Knodell et al. |
| 6,041,155 | A | 3/2000 | Anderson et al. |
| 6,049,040 | A | 4/2000 | Biles et al. |
| 6,095,862 | A | 8/2000 | Doye |
| 6,134,370 | A | 10/2000 | Childers et al. |
| 6,178,283 | B1 | 1/2001 | Weigel |
| RE37,080 | E | 3/2001 | Stephenson et al. |
| 6,206,577 | B1 | 3/2001 | Hall, III et al. |
| 6,206,581 | B1 | 3/2001 | Driscoll et al. |
| 6,227,717 | B1 | 5/2001 | Ott et al. |
| 6,238,104 | B1 | 5/2001 | Yamakawa et al. |
| 6,240,228 | B1 | 5/2001 | Chen |
| 6,247,849 | B1 | 6/2001 | Liu |
| 6,250,817 | B1 | 6/2001 | Lampert et al. |
| 6,276,840 | B1 | 8/2001 | Weiss |
| 6,318,903 | B1 | 11/2001 | Andrews |
| 6,364,537 | B1 | 4/2002 | Maynard |
| 6,379,052 | B1 | 4/2002 | de Jong |
| 6,422,759 | B1 | 7/2002 | Kevern |
| 6,450,695 | B1 | 9/2002 | Matsumoto |
| 6,461,054 | B1 | 10/2002 | Iwase |
| 6,471,412 | B1 | 10/2002 | Belenkiy et al. |
| 6,478,472 | B1 | 11/2002 | Anderson et al. |
| 6,485,194 | B1 | 11/2002 | Shirakawa |
| 6,527,450 | B1 | 3/2003 | Miyachi |
| 6,530,696 | B1 | 3/2003 | Ueda |
| 6,551,117 | B2 | 4/2003 | Poplawski et al. |
| 6,565,262 | B2 | 5/2003 | Childers |
| 6,572,276 | B1 | 6/2003 | Theis |
| 6,579,014 | B2 | 6/2003 | IWelton et al. |
| 6,585,194 | B1 | 7/2003 | Brushwood |
| 6,634,796 | B2 | 10/2003 | de Jong |
| 6,634,801 | B1 | 10/2003 | Waldron et al. |
| 6,648,520 | B2 | 11/2003 | McDonald et al. |
| 6,668,113 | B2 | 12/2003 | Togami |
| 6,682,228 | B2 | 1/2004 | Ralhnam et al. |
| 6,685,362 | B2 | 2/2004 | Burkholder et al. |
| 6,695,486 | B1 | 2/2004 | Falkenberg |
| 6,811,321 | B1 | 11/2004 | Schmalzigaug et al. |
| 6,817,272 | B2 | 11/2004 | Holland |
| 6,854,894 | B1 | 2/2005 | Yunker et al. |
| 6,869,227 | B2 | 3/2005 | Del Grosso |
| 6,872,039 | B2 | 3/2005 | Baus et al. |
| 6,935,789 | B2 | 8/2005 | Gross, III et al. |
| 7,036,993 | B2 | 5/2006 | Luther |
| 7,052,186 | B1 | 5/2006 | Bates |
| 7,077,576 | B2 | 7/2006 | Luther |
| 7,090,407 | B2 | 8/2006 | Melton et al. |
| 7,091,421 | B2 | 8/2006 | Kukita et al. |
| 7,111,990 | B2 | 9/2006 | Melton et al. |
| 7,113,679 | B2 | 9/2006 | Melton et al. |
| D533,504 | S | 12/2006 | Lee |
| D534,124 | S | 12/2006 | Taguchi |
| 7,150,567 | B1 | 12/2006 | Luther et al. |
| 7,153,041 | B2 | 12/2006 | Mine et al. |
| 7,198,409 | B2 | 4/2007 | Smith et al. |
| 7,207,724 | B2 | 4/2007 | Gurreri |
| D543,146 | S | 5/2007 | Chen et al. |
| 7,258,493 | B2 | 8/2007 | Milette |
| 7,261,472 | B2 | 8/2007 | Suzuki et al. |
| 7,264,402 | B2 | 9/2007 | Theuerkorn |
| 7,281,859 | B2 | 10/2007 | Mudd et al. |
| 7,284,912 | B2 | 10/2007 | Suzuki et al. |
| D558,675 | S | 1/2008 | Chien et al. |
| 7,315,682 | B1 | 1/2008 | En Lin et al. |
| 7,325,976 | B2 | 2/2008 | Gurreri et al. |
| 7,325,980 | B2 | 2/2008 | Pepe |
| 7,329,137 | B2 | 2/2008 | Martin et al. |
| 7,347,634 | B2 | 3/2008 | Gunther et al. |
| 7,354,291 | B2 | 4/2008 | Caveney et al. |
| 7,331,718 | B2 | 5/2008 | Yazaki et al. |
| 7,371,082 | B2 | 5/2008 | Zimmel et al. |
| 7,387,447 | B2 | 6/2008 | Mudd et al. |
| 7,390,203 | B2 | 6/2008 | Murano et al. |
| D572,661 | S | 7/2008 | En Lin et al. |
| 7,431,604 | B2 | 10/2008 | Waters et al. |
| 7,463,803 | B2 | 12/2008 | Cody et al. |
| 7,465,180 | B2 | 12/2008 | Kusuda et al. |
| 7,473,124 | B1 | 1/2009 | Briant |
| 7,510,335 | B1 | 3/2009 | Su et al. |
| 7,513,695 | B1 | 4/2009 | Lin et al. |

**US 11,809,006 B2**

Page 3

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 7,534,128 B2 | 5/2009 | Caveney et al. |
| 7,540,666 B2 | 6/2009 | Luther |
| 7,561,775 B2 | 7/2009 | Lin et al. |
| 7,588,373 B1 | 9/2009 | Sato |
| 7,591,595 B2 | 9/2009 | Lue et al. |
| 7,594,766 B1 | 9/2009 | Sasser et al. |
| 7,641,398 B2 | 1/2010 | O'Riorden et al. |
| 7,695,199 B2 | 4/2010 | Teo et al. |
| 7,699,533 B2 | 4/2010 | Milette |
| 7,712,970 B1 | 5/2010 | Lee |
| 7,717,625 B2 | 5/2010 | Margolin |
| 7,824,113 B2 | 11/2010 | Wong et al. |
| 7,837,395 B2 | 11/2010 | Lin et al. |
| D641,708 S | 7/2011 | Tammauchi |
| 8,083,450 B2 | 12/2011 | Smith et al. |
| 8,152,385 B2 | 4/2012 | de Jong |
| 8,186,890 B2 | 5/2012 | Lu |
| 8,192,091 B2 | 6/2012 | Hsu et al. |
| 8,202,009 B2 | 6/2012 | Lin et al. |
| 8,221,007 B2 | 7/2012 | Peterhans |
| 8,251,733 B2 | 8/2012 | Wu |
| 8,267,595 B2 | 9/2012 | Lin et al. |
| 8,270,796 B2 | 9/2012 | Nhep |
| 8,408,815 B2 | 4/2013 | Lin et al. |
| 8,414,196 B2 | 4/2013 | Lu |
| 8,465,317 B2 | 6/2013 | Gniadek et al. |
| 8,534,928 B2 | 9/2013 | Cooke |
| 8,550,728 B2 | 10/2013 | Takahashi |
| 8,556,645 B2 | 10/2013 | Crain |
| 8,559,781 B2 | 10/2013 | Childers |
| 8,622,634 B2 | 1/2014 | Arnold |
| 8,636,424 B2 | 1/2014 | Kuffel et al. |
| 8,651,749 B2 | 2/2014 | Clovis et al. |
| 8,676,022 B2 | 3/2014 | Jones |
| 8,678,670 B2 | 3/2014 | Takahashi |
| 8,727,638 B2 | 5/2014 | Lee |
| 8,757,894 B2 | 6/2014 | Katoh |
| 8,764,308 B2 | 7/2014 | Irwin |
| 8,770,863 B2 | 7/2014 | Cooke et al. |
| 8,869,661 B2 | 10/2014 | Opstad |
| 9,052,474 B2 | 6/2015 | Jiang |
| 9,063,296 B2 | 6/2015 | Dong |
| 9,250,399 B2 | 2/2016 | Margolin et al. |
| 9,250,402 B2 | 2/2016 | Ishii et al. |
| 9,310,569 B2 | 4/2016 | Lee |
| 9,366,829 B2 | 6/2016 | Czosnowski |
| 9,411,110 B2 | 8/2016 | Barnette, Jr. et al. |
| 9,448,370 B2 | 9/2016 | Xue et al. |
| 9,465,172 B2 | 10/2016 | Shih |
| 9,494,744 B2 | 11/2016 | de Jong |
| 9,548,557 B2 | 1/2017 | Liu |
| 9,551,842 B2 | 1/2017 | Theuerkom |
| 9,557,495 B2 | 1/2017 | Raven et al. |
| 9,568,686 B2 | 2/2017 | Fewkes et al. |
| 9,568,689 B2 | 2/2017 | Nguyen et al. |
| 9,581,768 B1 | 2/2017 | Baca et al. |
| 9,599,778 B2 | 3/2017 | Wong et al. |
| 9,658,409 B2 | 5/2017 | Gniadek |
| 9,678,283 B1 | 6/2017 | Chang et al. |
| 9,684,130 B2 | 6/2017 | Veatch et al. |
| 9,684,136 B2 | 6/2017 | Cline et al. |
| 9,684,313 B2 | 6/2017 | Chajec |
| 9,709,753 B1 | 8/2017 | Chang et al. |
| 9,778,425 B2 | 10/2017 | Nguyen |
| 9,829,644 B2 | 11/2017 | Nguyen |
| 9,829,645 B2 | 11/2017 | Good |
| 9,829,653 B1 | 11/2017 | Nishiguchi |
| 9,869,825 B2 | 1/2018 | Bailey et al. |
| 9,880,361 B2 | 1/2018 | Childers |
| 9,946,035 B2 | 4/2018 | Gustafson |
| 9,971,103 B2 | 5/2018 | de Jong et al. |
| 9,989,711 B2 | 6/2018 | Ott et al. |
| 10,031,296 B2 | 7/2018 | Good |
| 10,067,301 B2 | 9/2018 | Murray |
| 10,107,972 B1 | 10/2018 | Gniadek et al. |
| 10,114,180 B2 | 10/2018 | Suzic |
| 10,146,011 B2 | 12/2018 | Nhep |
| 10,281,668 B2 | 5/2019 | Takano et al. |
| 10,281,669 B2 | 5/2019 | Takano et al. |
| 10,859,778 B2 | 12/2020 | Takano et al. |
| 11,181,701 B2 | 11/2021 | Wong et al. |
| 11,307,369 B2 * | 4/2022 | Takano ................ G02B 6/3825 |
| 11,340,413 B2 * | 5/2022 | Takano ................ G02B 6/3825 |
| 11,543,605 B2 * | 1/2023 | Takano ................ G02B 6/4292 |
| 2002/0168148 A1 | 11/2002 | Gilliland |
| 2002/0172467 A1 | 11/2002 | Anderson et al. |
| 2002/0191919 A1 | 12/2002 | Nolan |
| 2003/0053787 A1 | 3/2003 | Lee |
| 2003/0063862 A1 | 4/2003 | Fillion |
| 2003/0157825 A1 | 8/2003 | Kane |
| 2004/0052473 A1 | 3/2004 | Seo |
| 2004/0109646 A1 | 6/2004 | Anderson |
| 2004/0161958 A1 | 6/2004 | Togami et al. |
| 2004/0136657 A1 | 7/2004 | Ngo |
| 2004/0141693 A1 | 7/2004 | Szilagvi et al. |
| 2004/0234209 A1 | 11/2004 | Cox et al. |
| 2004/0247252 A1 | 12/2004 | Ehrenreich |
| 2005/0036744 A1 | 2/2005 | Caveney et al. |
| 2005/0111796 A1 | 5/2005 | Matasek et al. |
| 2005/0135755 A1 | 6/2005 | Kiani et al. |
| 2005/0141817 A1 | 6/2005 | Yazaki et al. |
| 2006/0013539 A1 | 1/2006 | Thaler |
| 2006/0076061 A1 | 4/2006 | Bush |
| 2006/0089049 A1 | 4/2006 | Sedor |
| 2006/0127025 A1 | 6/2006 | Haberman |
| 2006/0153503 A1 | 7/2006 | Suzuki |
| 2006/0160429 A1 | 7/2006 | Dawiedczyk et al. |
| 2006/0193562 A1 | 8/2006 | Theuerkorn |
| 2006/0269194 A1 | 11/2006 | Luther et al. |
| 2006/0274411 A1 | 12/2006 | Yamauchi |
| 2007/0025665 A1 | 2/2007 | Dean |
| 2007/0028409 A1 | 2/2007 | Yamada |
| 2007/0079854 A1 | 4/2007 | You |
| 2007/0098329 A1 | 6/2007 | Shimoji et al. |
| 2007/0149028 A1 | 6/2007 | Yu et al. |
| 2007/0149062 A1 | 6/2007 | Long et al. |
| 2007/0230874 A1 | 10/2007 | Lin |
| 2007/0232115 A1 | 10/2007 | Burke et al. |
| 2007/0243749 A1 | 10/2007 | Wu |
| 2008/0008430 A1 | 1/2008 | Kewitsch |
| 2008/0013896 A1 | 1/2008 | Salzberg et al. |
| 2008/0044137 A1 | 2/2008 | Luther et al. |
| 2008/0056647 A1 | 3/2008 | Margolin et al. |
| 2008/0064334 A1 | 3/2008 | Hamadi |
| 2008/0069501 A1 | 3/2008 | Mudd et al. |
| 2008/0101757 A1 | 5/2008 | Lin et al. |
| 2008/0226237 A1 | 9/2008 | O'Riorden et al. |
| 2008/0267566 A1 | 10/2008 | En Lin |
| 2009/0028507 A1 | 1/2009 | Jones et al. |
| 2009/0047818 A1 | 2/2009 | Irwin et al. |
| 2009/0092360 A1 | 4/2009 | Lin et al. |
| 2009/0176401 A1 | 7/2009 | Gu |
| 2009/0196555 A1 | 8/2009 | Lin et al. |
| 2009/0214162 A1 | 8/2009 | O'Riorden et al. |
| 2009/0220197 A1 | 9/2009 | Gniadek |
| 2009/0220200 A1 | 9/2009 | Wong et al. |
| 2009/0222457 A1 | 9/2009 | Gallant |
| 2009/0290839 A1 | 11/2009 | En Lin |
| 2009/0290938 A1 | 11/2009 | Asaoka |
| 2010/0034502 A1 | 2/2010 | Lu et al. |
| 2010/0054668 A1 | 3/2010 | Nelson |
| 2010/0061069 A1 | 3/2010 | Cole |
| 2010/0092136 A1 | 4/2010 | Nhep |
| 2010/0220961 A1 | 9/2010 | de Jong et al. |
| 2010/0247041 A1 | 9/2010 | Szilagyi |
| 2010/0284656 A1 | 11/2010 | Morra |
| 2010/0322561 A1 | 12/2010 | Lin et al. |
| 2011/0044588 A1 | 2/2011 | Larson et al. |
| 2011/0058773 A1 | 3/2011 | Peterhans |
| 2011/0131801 A1 | 6/2011 | Nelson et al. |
| 2011/0155810 A1 | 6/2011 | Taniguichi |
| 2011/0177710 A1 | 7/2011 | Tobey |
| 2011/0239220 A1 | 9/2011 | Gibson |
| 2012/0099822 A1 | 4/2012 | Kuffel et al. |

## US 11,809,006 B2
Page 4

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2012/0155810 A1 | 6/2012 | Nakagawa | |
| 2012/0189260 A1 | 7/2012 | Kowalczyk et al. | |
| 2012/0237177 A1 | 9/2012 | Minota | |
| 2012/0269485 A1 | 10/2012 | Haley et al. | |
| 2012/0301080 A1 | 11/2012 | Gniadek | |
| 2012/0308183 A1 | 12/2012 | Irwin | |
| 2012/0328248 A1 | 12/2012 | Larson | |
| 2013/0019423 A1 | 1/2013 | Srutkowski | |
| 2013/0071067 A1 | 3/2013 | Lin | |
| 2013/0089995 A1 | 4/2013 | Gniadek et al. | |
| 2013/0094816 A1 | 4/2013 | Lin et al. | |
| 2013/0101258 A1 | 4/2013 | Hikosaka | |
| 2013/0121653 A1 | 5/2013 | Shitama et al. | |
| 2013/0170797 A1 | 7/2013 | Ott | |
| 2013/0183012 A1 | 7/2013 | Lopez et al. | |
| 2013/0216185 A1 | 8/2013 | Klavuhn | |
| 2013/0259429 A1 | 10/2013 | Czosnowski et al. | |
| 2013/0308915 A1 | 11/2013 | Buff | |
| 2013/0322825 A1 | 12/2013 | Cooke et al. | |
| 2014/0016901 A1 | 1/2014 | Lamboum et al. | |
| 2014/0023322 A1 | 1/2014 | Gniadek | |
| 2014/0050446 A1 | 2/2014 | Chang | |
| 2014/0056562 A1 | 2/2014 | Limbert | |
| 2014/0133808 A1 | 5/2014 | Hill et al. | |
| 2014/0169727 A1 | 6/2014 | Veatch et al. | |
| 2014/0219621 A1 | 8/2014 | Barnette, Jr. et al. | |
| 2014/0226946 A1 | 8/2014 | Cooke et al. | |
| 2014/0241644 A1 | 8/2014 | Kang | |
| 2014/0241678 A1 | 8/2014 | Bringuier et al. | |
| 2014/0241688 A1 | 8/2014 | Isenhour et al. | |
| 2014/0334780 A1 | 11/2014 | Nguyen et al. | |
| 2014/0348477 A1 | 11/2014 | Chang | |
| 2015/0003788 A1 | 1/2015 | Chen | |
| 2015/0111417 A1 | 4/2015 | Vanderwoud | |
| 2015/0177463 A1 | 6/2015 | Lee | |
| 2015/0198766 A1 | 7/2015 | Takahashi | |
| 2015/0212282 A1 | 7/2015 | Lin | |
| 2015/0241644 A1 | 8/2015 | Lee | |
| 2015/0301294 A1 | 10/2015 | Chang et al. | |
| 2015/0331201 A1 | 11/2015 | Takano et al. | |
| 2015/0355417 A1 | 12/2015 | Takano et al. | |
| 2015/0370021 A1 | 12/2015 | Chan | |
| 2015/0378113 A1 | 12/2015 | Good et al. | |
| 2016/0131849 A1 | 5/2016 | Takano et al. | |
| 2016/0139343 A1 | 5/2016 | Dean, Jr. et al. | |
| 2016/0161681 A1 | 6/2016 | Banal, Jr. et al. | |
| 2016/0172852 A1 | 6/2016 | Tamura | |
| 2016/0178852 A1 | 6/2016 | Takano | |
| 2016/0195682 A1 | 6/2016 | Takano | |
| 2016/0291262 A1 | 6/2016 | Chang et al. | |
| 2016/0231512 A1 | 8/2016 | Seki | |
| 2016/0259135 A1 | 9/2016 | Gniadek et al. | |
| 2016/0266326 A1 | 9/2016 | Gniadek | |
| 2016/0320572 A1 | 11/2016 | Gniadek | |
| 2016/0349458 A1 | 12/2016 | Murray | |
| 2016/0370545 A1 | 12/2016 | Jiang | |
| 2017/0003458 A1 | 1/2017 | Gniadek | |
| 2017/0205587 A1 | 7/2017 | Chang et al. | |
| 2017/0205590 A1 | 7/2017 | Bailey | |
| 2017/0205591 A1 | 7/2017 | Takano et al. | |
| 2017/0212313 A1 | 7/2017 | Elenabaas | |
| 2017/0212316 A1 | 7/2017 | Takano | |
| 2017/0254961 A1 | 9/2017 | Kamada et al. | |
| 2017/0276275 A1 | 9/2017 | Beemer et al. | |
| 2017/0276887 A1 | 9/2017 | Allen | |
| 2017/0277059 A1 | 9/2017 | Miura et al. | |
| 2017/0343740 A1 | 11/2017 | Nguyen | |
| 2018/0128988 A1 | 5/2018 | Chang | |
| 2018/0156988 A1 | 6/2018 | Gniadek | |
| 2018/0172923 A1 | 6/2018 | Bauco | |
| 2018/0252872 A1 | 9/2018 | Chen | |
| 2018/0341069 A1 | 11/2018 | Takano | |
| 2019/0064447 A1 | 2/2019 | Chang et al. | |
| 2019/0204513 A1 | 7/2019 | Davidson et al. | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 2836038 Y | 11/2006 | |
| CN | 2836038 Y | 11/2006 | |
| CN | 201383588 Y | 1/2010 | |
| CN | 201383588 Y | 1/2010 | |
| CN | 2026500189 U | 12/2013 | |
| DE | 19507669 A1 | 9/1996 | |
| DE | 202006011910 U1 | 3/2007 | |
| DE | 102006019335 U1 | 10/2007 | |
| EP | 1074868 A1 | 2/2001 | |
| EP | 1074868 A1 | 7/2001 | |
| EP | 1211537 A2 | 6/2002 | |
| EP | 1211537 A3 | 6/2002 | |
| EP | 1245980 A1 | 10/2002 | |
| EP | 1566674 A2 | 8/2005 | |
| GB | 2111240 A | 6/1983 | |
| JP | 2000089059 A | 3/2000 | |
| JP | 03752331 B2 | 3/2006 | |
| JP | 2009229545 A | 10/2009 | |
| JP | 2009276493 A | 11/2009 | |
| JP | 04377820 B2 | 12/2009 | |
| JP | 2011027876 A | 2/2011 | |
| JP | 2012053375 A | 3/2012 | |
| KR | 20040028409 A | 4/2006 | |
| KR | 2009005382 A | 1/2009 | |
| KR | 2009005382 U | 6/2009 | |
| KR | 1371686 B1 | 3/2014 | |
| TW | 200821653 A | 5/2008 | |
| WO | 200179904 A2 | 10/2001 | |
| WO | WO2001079904 A2 | 10/2001 | |
| WO | 2004027485 A1 | 4/2004 | |
| WO | WO2006007120 A1 | 1/2006 | |
| WO | 2008112986 A1 | 9/2008 | |
| WO | 2009135787 A1 | 11/2009 | |
| WO | 2010024851 A2 | 3/2010 | |
| WO | 2012136702 A1 | 10/2012 | |
| WO | 2012162385 A1 | 11/2012 | |
| WO | WO2012162385 A1 | 11/2012 | |
| WO | 2014028527 A1 | 2/2014 | |
| WO | 2014182351 A1 | 11/2014 | |
| WO | WO2015103783 A1 | 7/2015 | |
| WO | 2015191024 A1 | 12/2015 | |
| WO | 2016019993 A1 | 2/2016 | |
| WO | 2016148741 A1 | 9/2016 | |
| WO | WO2017/127308 A1 | 7/2017 | |
| WO | WO2019126333 A1 | 6/2019 | |

### OTHER PUBLICATIONS

International Search Report and Written Opinion, Application No. PCT/US2019/013861, dated Apr. 8, 2019, pp. 15.

Fiber Optic Connectors Tutorial, 2018, pp. 20.

Fiber Optic Glossary, Feb. 29, 2016, pp. 93.

"Fiber Optic Interconnect Solutions, Tactical Fiber Optical Connectors, Cables and Termini" 2006, Glenair, Inc., Glendale, California, www.mps-electronics.de, pp. 232.

"Fiber Optic Products Catalog" Nov. 2007, Tyco Electronics Corporation, Harrisburg, Pennsylvania, www.ampnetconnect.com, pp. 204.

"Fiber Optic Connectors and Assemblies Catalog" 2009, Huber & Suhner Fiver Optics, Herisau, Switzerland, www.hubersuhner.com, pp. 104.

PCT/US2018/062406 International Search Report dated Mar. 18, 2019.

PCT/US2018/062406 The written Opinion dated Mar. 18, 2019.

PCT/US2018/062405 International Search Report dated Apr. 3, 2019.

PCT/US2018/062405 The written Opinion dated Apr. 3, 2019.

PCT/IB2018/056133 Written Opinion dated Jan. 3, 2019.

PCY/IB/056133 Search Report dated Jan. 3, 2019.

Final Office Action, U.S. Appl. No. 16/035,691, dated Feb. 11, 2019, pp. 8.

Non-Final Office Action, U.S. Appl. No. 16/035,695, dated Sep. 28, 2018, pp. 7.

## US 11,809,006 B2

Page 5

(56)          **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion, Application No. PCT/US/2018/042202, pp. 17, dated Dec. 7, 2018.
International Search Report and Written Opinion, Application No. PCT/US19/24718, dated Jun. 26, 2019, pp. 7.
ISR for PCT/US2019/013861, Apr. 8, 2019, 3 pages.
WO for PCT/US2019/013861, Apr. 8, 2019, 11 pages.
International Search Report and Written Opinion for Application No. PCT/US2018/62406 dated Mar. 18, 2019, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/40700 dated Sep. 27, 2019, 12, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/50895 dated Jan. 6, 2020, 12, pages, United States.

International Search Report and Written Opinion for Application No. PCT/US2019/50909 dated Dec. 17, 2019, 11, pages, United States.
International Search Report and Written Opinion for Application No. PCT/US2019/56564 dated Jan. 14, 2020, 14, pages, United States.
International Search Report and Written Opinion, Application No. PCT/US19/46397, dated Nov. 12, 2019, pp. 6.
International Search Report; PCT/US2018/042202 filed Jul. 16, 2018; Applicant: Senko Advanced Components, Inc.
International Preliminary Report on Patentability for PCT/US2019/022940 dated Oct. 1, 2020, 11 pages.
Extended European Search Report and Written Opinion, Application No. 18832246.5, dated Mar. 15, 2021, pp. 6.
Photograph 1 of MXC Connector, US Conec, at least as early as Aug. 18, 2016, 1 page.
Photographs 2-4 of MXC Connector and Adapter, US Conec, publication date unknown, 2 pages.

* cited by examiner



**FIG. 1A**
(Prior Art)

**FIG. 1B**
(Prior Art)



FIG. 1D
(Prior Art)

FIG. 1C
(Prior Art)



FIG. 2B
(Prior Art)

FIG. 2A
(Prior Art)



FIG. 2D
(Prior Art)

FIG. 2C
(Prior Art)



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10





FIG. 12A

FIG. 12B



FIG. 13



FIG. 14A

FIG. 14B

FIG. 14C



FIG. 15A

FIG. 15B



FIG. 16



FIG. 17





FIG. 19A

FIG. 19B

FIG. 19C

FIG. 19D



FIG. 20



FIG. 21A



FIG. 21B

2100



**FIG. 22**



FIG. 23A



FIG. 23B



FIG. 24



FIG. 25A



FIG. 25B



FIG. 26



FIG. 27B



FIG. 27A



FIG. 28B

FIG. 28A



FIG. 29B

FIG. 29A



FIG. 29C



FIG. 29D



FIG. 29E



FIG. 30



FIG. 31



FIG. 32A

3210



FIG. 32B



2100    2100

**FIG. 33A**



FIG. 33B





FIG. 35A

FIG. 35B

FIG. 35C



FIG. 36A



2100

FIG. 36B



**FIG. 37**



FIG. 38



FIG. 39



FIG. 40A

FIG. 40B

FIG. 40C



FIG. 41



FIG. 42B

FIG. 42A



FIG. 43



FIG. 44A



FIG. 44B



FIG. 44C



FIG. 45



FIG. 46



FIG. 47



FIG. 48



FIG. 49

4700



3.85

FIG. 50



5103

FIG. 51



4700

FIG. 52



FIG.53



FIG.54



10500

10510

10502

10501

10509

10513

10512

FIG.55



FIG.56



FIG.57



FIG.58



FIG.59



FIG.60

101100

101114

101110



101106

101109

FIG.61



FIG. 62A



FIG. 62B



FIG. 62C



101321

101320

FIG.63A

101323

101322

FIG.63B



FIG.64



FIG.65



FIG.66A



FIG.66B



FIG.67A



FIG.67B



FIG.67C



FIG.67D



FIG.68A



FIG.68B



Take off
The Duplex
housing

Mini CS Duplex
connector

2xMini
CS BODY

2xMini CS
connector

Add on 2 x
Simplex
housing

FIG.69

US 11,809,006 B2

1

# ULTRA-SMALL FORM FACTOR OPTICAL CONNECTORS USED AS PART OF A RECONFIGURABLE OUTER HOUSING

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority as a continuation of U.S. patent application Ser. No. 17/591,298 filed on Feb. 2, 1922 entitled "Ultra-Small Form Factor Optical Connectors Used as Part of a Reconfigurable Outer Housing", which is a continuation of U.S. patent application Ser. No. 17/370,057 filed on Jul. 8, 1921 entitled "Ultra-Small Form Factor Optical Connectors Used as Part of a Reconfigurable Outer Housing", now U.S. Pat. No. 11,307,369 granted 04/19/22, which is a continuation of U.S. patent application Ser. No. 17/327,197 filed on May 21, 1921 entitled "Ultra-Small Form Factor Optical Connectors Used as Part of a Reconfigurable Outer Housing", now U.S. Pat. No. 11,340,413 granted 05/24/22, which is a continuation of Ser. No. 17/090,855 filed Nov. 5, 1920 entitled "Ultra-Small Form Factor Optical Connectors Used as a Part of a Reconfigurable Outer Housing", now U.S. Pat. No. 11,487,067 granted 11/01/22, which is a continuation of U.S. patent application Ser. No. 16/414,546 filed May 16, 2019 entitled "Ultra-Small Form Factor Optical Connectors Used as a Part of a Reconfigurable Outer Housing", now U.S. Pat. No. 10,859,778 which is a continuation of U.S. patent application Ser. No. 16/388,053 filed Apr. 18, 2019 entitled "Ultra-Small Form Factor Optical Connectors", which is a continuation of U.S. patent application Ser. No. 16/035,691, filed Jul. 15, 2018 entitled "Ultra-Small Form Factor Optical Connectors" now U.S. Pat. No. 10,281,668 granted 05/17/19, which claims priority to the following: U.S. Provisional Patent Application Serial No. 62/588,276 filed Nov. 17, 2017, 62/549,655 filed Aug. 24, 2017, and, 62/532,710 filed Jul. 14, 2017, all the disclosures of which are incorporated by reference herein.

## FIELD OF THE INVENTION

The present disclosure relates generally to ultra-small form factor optical connectors and related connections within adapters and optical transceivers.

## BACKGROUND

The prevalence of the Internet has led to unprecedented growth in communication networks. Consumer demand for service and increased competition has caused network providers to continuously find ways to improve quality of service while reducing cost.

Certain solutions have included deployment of high-density interconnect panels. High-density interconnect panels may be designed to consolidate the increasing volume of interconnections necessary to support the fast-growing networks into a compacted form factor, thereby increasing quality of service and decreasing costs such as floor space and support overhead. However, room for improvement in the area of data centers, specifically as it relates to fiber optic connections, still exists. For example, manufacturers of connectors and adapters are always looking to reduce the size of the devices, while increasing ease of deployment, robustness, and modifiability after deployment. In particular, more optical connectors may need to be accommodated in the same footprint previously used for a smaller number of connectors in order to provide backward compatibility with

2

existing data center equipment. For example, one current footprint is known as the small form-factor pluggable transceiver footprint (SFP). This footprint currently accommodates two LC type ferrule optical connections. However, it may be desirable to accommodate four optical connections (two duplex connections of transmit/receive) within the same footprint. Another current footprint is the quad small form-factor pluggable (QSFP) transceiver footprint. This footprint currently accommodates four LC-type ferrule optical connections. However, it may be desirable to accommodate eight optical connections of LC-type ferrules (four duplex connections of transmit/receive) within the same footprint.

In communication networks, such as data centers and switching networks, numerous interconnections between mating connectors may be compacted into high-density panels. Panel and cable producers may optimize for such high densities by shrinking the connector size and/or the spacing between adjacent connectors on the panel. While both approaches may be effective to increase the panel connector density, shrinking the connector size and/or spacing may also increase the support cost and diminish the quality of service.

In a high-density panel configuration, adjacent connectors and cable assemblies may obstruct access to the individual release mechanisms. Such physical obstructions may impede the ability of an operator to minimize the stresses applied to the cables and the connectors. For example, these stresses may be applied when the user reaches into a dense group of connectors and pushes aside surrounding optical fibers and connectors to access an individual connector release mechanism with his/her thumb and forefinger. Over-stressing the cables and connectors may produce latent defects, compromise the integrity and/or reliability of the terminations, and potentially cause serious disruptions to network performance.

While an operator may attempt to use a tool, such as a screwdriver, to reach into a dense group of connectors and activate a release mechanism, adjacent cables and connectors may obstruct the operator's line of sight, making it difficult to guide the tool to the release mechanism without pushing aside the adjacent cables. Moreover, even when the operator has a clear line of sight, guiding the tool to the release mechanism may be a time-consuming process. Thus, using a tool may not be effective at reducing support time and increasing the quality of service.

## SUMMARY OF THE INVENTION

An optical connector holding two or more LC-type optical ferrules is provided. The optical connector includes an outer body, an inner front body accommodating the two or more LC type optical ferrules, ferrule springs for urging the optical ferrules towards a mating receptacle, and a back body for supporting the ferrule springs. The outer body and the inner front body are configured such that four LC-type optical ferrules are accommodated in a small form-factor pluggable (SFP) transceiver footprint or eight LC-type optical ferrules are accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint. A mating receptacle (transceiver or adapter) includes a receptacle hook and a housing with an opening that accommodates the receptacle hook in a flexed position as the optical connector makes connection with the mating receptacle by introducing the receptacle hook into an optical receptacle hook recess.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a perspective view of a prior art standard 6.25 mm pitch LC connector SFP;

US 11,809,006 B2

3

FIG. **1**B is a perspective view of a prior art standard 6.25 mm pitch LC adapter;

FIG. **1**C is a top view of the prior art adapter of FIG. **1**B;

FIG. **1**D is a front view of the prior art adapter of FIG. **1**B, showing the 6.25 mm pitch;

FIG. **2**A is a perspective view of a prior art LC duplex connector;

FIG. **2**B is a perspective view of a prior art LC duplex connector with a remote release pull tab;

FIG. **2**C is a top view of a prior art LC connector used in the embodiments shown in FIGS. **2**A and **2**B;

FIG. **2**D is a side view of the prior art LC connector of FIG. **2**C;

FIG. **3** is an exploded view of one embodiment of a connector;

FIG. **4** is a perspective view of one embodiment of a connector;

FIG. **5** is a perspective view of one embodiment of a connector with the outer housing removed from the front body.

FIG. **6** is a perspective view of one embodiment of a duplex connector;

FIG. **7** is a perspective view of another embodiment of a duplex connector;

FIG. **8** is a perspective view of one embodiment of a quad connector;

FIG. **9** is another perspective view of one embodiment of a quad connector;

FIG. **10** shows various embodiments of adapter types;

FIG. **11**A is a side view of a connector connected to an adapter;

FIG. **11**B is a side view of a connector being removed from an adapter;

FIG. **12**A is a side view of the outer housing of a connector being removed;

FIG. **12**B is a perspective view of a transparent outer housing of a connector showing the front body;

FIG. **13** is a perspective view of one embodiment of a quad connector inserted into a corresponding adapter;

FIGS. **14**A-C are illustrative examples of cable management using various embodiments of connectors;

FIGS. **15**A-B are illustrative examples of cable management using multiple fiber strands per jacket;

FIG. **16** is an illustrative example of using a cable management system using multiple fiber strands per jacket.

FIG. **17** is another illustrative example of using a cable management system using multiple fiber strands per jacket.

FIGS. **18**A-B are various views of one embodiment of a MT connector.

FIGS. **19**A-D are illustrative examples of possible alternative connector designs.

FIG. **20** shows moving two connectors from a duplex connector to two simplex connectors.

FIG. **21**A is an exploded view of a micro optical connector according to an embodiment.

FIG. **21**B is a perspective view of the assembled micro optical connector of FIG. **21**A.

FIG. **22** is a front view of the micro optical connector of FIG. **21**B showing overall connector dimensions and ferrule pitch.

FIG. **23**A is a cross-sectional view of the micro optical connector of FIG. **21**B latched into the adapter of FIG. **24**.

FIG. **23**B is a cross-sectional view of the micro optical connectors of FIG. **21**B unlatched from the adapter of FIG. **24**.

FIG. **24** is an exploded view of an adapter for the micro optical connectors of FIG. **21**B.

4

FIG. **25**A is a cross-sectional view of the adapter of FIG. **24**, assembled.

FIG. **25**B is a cross-sectional side view of the adapter housing of FIG. **24**.

FIG. **26** is a front view of the assembled adapter of FIG. **24**.

FIG. **27**A is an isometric view of the front body of the micro optical connector of FIG. **21**A.

FIG. **27**B is a right side view of the front body of FIG. **27**A.

FIG. **28**A is an isometric view of the back body of the micro optical connector of FIG. **21**A.

FIG. **28**B is a side view of the back body of FIG. **28**A.

FIG. **29**A is an isometric view of the outer housing of the micro optical connector of FIG. **21**A.

FIG. **29**B is a front view of the outer housing of FIG. **29**A.

FIG. **29**C is a cross-sectional view of the outer housing of FIG. **29**A showing the top of an orientation protrusion.

FIG. **29**D is an inner view of the outer housing of FIG. **29**A;

FIG. **29**E is an inner view of the outer housing of FIG. **29**A.

FIG. **30** is a side view of an adapter hook of the adapter of FIG. **24**.

FIG. **31** is an isometric view of the adapter of FIG. **24** assembled with the micro optical connectors of FIG. **21**B.

FIG. **32**A is cross-sectional view of a prior art connector showing a latch gap.

FIG. **32**B is a cross-sectional view of the micro optical connector of FIG. **21**B latched (left) and unlatched (right) within the adapter of FIG. **24**, assembled.

FIG. **33**A depicts the micro optical connector of FIG. **21**B in a QSFP footprint, depicting dimensions in millimeters.

FIG. **33**B depicts the micro optical connectors of FIG. **21**B in an SFP footprint, depicting dimensions in millimeters.

FIG. **34**A-**34**C depicts adapter hooks interacting with the micro optical connectors of FIG. **21**B before (FIG. **34**A), during (FIG. **34**B), and after (FIG. **34**C) latching.

FIG. **35**A-FIG. **35**C depicts the micro optical connector of FIG. **21**B side flap operation before (FIG. **35**A), during (FIG. **35**B), and after (FIG. **35**C) latching.

FIG. **36**A depicts plural micro optical connectors in a transceiver.

FIG. **36**B is a front view of the transceiver of FIG. **36**A.

FIG. **37** is an exploded view of a micro optical connector according to a further embodiment.

FIG. **38** is an isometric view of a front body of the micro optical connector of FIG. **37**.

FIG. **39** is an isometric view of a back body of the micro optical connector of FIG. **37**.

FIGS. **40**A, **40**B, and **40**C depict a technique for reversing polarity of the optical connector of FIG. **37**.

FIG. **41** is an exploded view of a micro optical connector according to a further embodiment.

FIG. **42**A is an isometric view of the front body of the micro optical connector of FIG. **41**.

FIG. **42**B is a side view of the front body of FIG. **42**A.

FIG. **43** is an isometric view of the back body of the micro optical connector of FIG. **41**.

FIGS. **44**A, **44**B, and **44**C are isometric views of the outer housings that may be used with any of the micro optical connectors of FIGS. **21**A, **37**, and **41**.

FIG. **45** is an exploded view of an adapter according to a further embodiment.

FIG. **46** is a cross-section of the adapter of FIG. **45**, assembled.

US 11,809,006 B2

5

FIG. **47** is an exploded view of a connector according to another embodiment.

FIG. **48** is an isometric view of the back body and the back post of the connector of FIG. **47**.

FIG. **49** is a cross-section of the back post of FIG. **47** assembled with optical fibers.

FIG. **50** is a front view of the connector of FIG. **47**.

FIG. **51** is an isometric view of the boot of the connector of FIG. **47**.

FIG. **52** is a front view of the adapter of FIG. **45**.

FIG. **53** is a exploded view of one embodiment of a connector;

FIG. **54** is a perspective view of one embodiment of a connector;

FIG. **55** is a perspective view of one embodiment of a connector with the outer housing removed from the front body

FIG. **56** is a perspective view of one embodiment of a duplex connector;

FIG. **57** is a perspective view of another embodiment of a duplex connector;

FIG. **58** is a perspective of one embodiment of a quad connector;

FIG. **59** is a perspective of another embodiment of a quad connector;

FIG. **60** is a perspective of another embodiment of a quad connector;

FIG. **61** is a perspective of one embodiment of a quad connector inserted into a corresponding adapter;

FIGS. **62**A-C are illustrative examples of cable management using various embodiments of connectors;

FIG. **63**A-B are illustrative examples of cable management using multiple fiber strands per jacket;

FIG. **64** is an illustrative example of using a cable management system using multiple fiber strands per jacket.

FIG. **65** is another illustrative example of using a cable management system using multiple fiber strands per jacket;

FIG. **66**A-B are various views of one embodiment of a MT connector.

FIGS. **67**A-D are illustrative examples of possible alternative connector designs.

FIGS. **68**A-B are illustrative examples of additional possible alternative connector designs.

FIG. **69** is an illustrative examples of a method of switching modes of operation of one or more connectors.

DETAILED DESCRIPTION

This disclosure is not limited to the particular systems, devices and methods described, as these may vary. The terminology used in the description is for the purpose of describing the particular versions or embodiments only, and is not intended to limit the scope.

As used in this document, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Nothing in this disclosure is to be construed as an admission that the embodiments described in this disclosure are not entitled to antedate such disclosure by virtue of prior invention. As used in this document, the term "comprising" means "including, but not limited to."

The following terms shall have, for the purposes of this application, the respective meanings set forth below.

A connector, as used herein, refers to a device and/or components thereof that connects a first module or cable to

6

a second module or cable. The connector may be configured for fiber optic transmission or electrical signal transmission. The connector may be any suitable type now known or later developed, such as, for example, a ferrule connector (FC), a fiber distributed data interface (FDDI) connector, an LC connector, a mechanical transfer (MT) connector, a square connector (SC) connector, a CS connector, or a straight tip (ST) connector. The connector may generally be defined by a connector housing body. In some embodiments, the housing body may incorporate any or all of the components described herein.

A "fiber optic cable" or an "optical cable" refers to a cable containing one or more optical fibers for conducting optical signals in beams of light. The optical fibers can be constructed from any suitable transparent material, including glass, fiberglass, and plastic. The cable can include a jacket or sheathing material surrounding the optical fibers. In addition, the cable can be connected to a connector on one end or on both ends of the cable.

Various embodiments described herein generally provide a remote release mechanism such that a user can remove cable assembly connectors that are closely spaced together on a high density panel without damaging surrounding connectors, accidentally disconnecting surrounding connectors, disrupting transmissions through surrounding connectors, and/or the like. Various embodiments also provide narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors, for use, for example, with future narrow-pitch LC SFPs and future narrow width SFPs. The remote release mechanisms allow use of the narrow-pitch LC duplex connectors and narrow-width multi-fiber connectors in dense arrays of narrow-pitch LC SFPs and narrow-width multi-fiber SFPs.

FIG. **1A** shows a perspective view of a prior art standard 6.25 mm pitch LC connector SFP **100**. The SFP **100** is configured to receive a duplex connector and provides two receptacles **102**, each for receiving a respective LC connector. The pitch **104** is defined as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **102**. FIG. **1B** shows a perspective view of a prior art standard 6.25 mm pitch LC adapter **106**. The adapter **106** is also configured to receive a duplex connector, and provides two receptacles **108**, each for receiving a respective LC connector. FIG. **1C** is a top view of the adapter **106** of FIG. **1B**. The pitch of the adapter **106** is defined similarly to that of the SFP **100**, as the axis-to-axis distance between the central longitudinal axes of each of the two receptacles **108**, as illustrated in FIG. **1D**, which shows a front view of the adapter **106**.

FIG. **2A** shows a prior art LC duplex connector **200** that may be used with the conventional SFP **100** and the conventional adapter **106**. The LC duplex connector **200** includes two conventional LC connectors **202**. FIG. **2B** shows another prior art LC duplex connector **204** having a remote release pull tab **206**, and including two conventional LC connectors **208**. As shown, the remote release pull tab includes two prongs **210**, each configured to couple to the extending member **212** of a respective LC connector **208**. FIGS. **2C** and **2D** show top and side views, respectively, of the conventional LC connector **208**, having a width of 5.6 mm, and further showing the extending member **212**.

As discussed herein, current connectors may be improved by various means, such as, for example, reducing the footprint, increasing the structural strength, enabling polarity changes, etc. Various embodiments disclosed herein offer improvements over the current state of the art, as will be further discussed below.

US 11,809,006 B2

7

In some embodiments, as shown in FIG. **3**, a connector **300** may comprise various components. Referring to FIG. **3**, an illustrative embodiment of a connector **300** is shown in an exploded view to display detail. In some embodiments, and as discussed further herein, a connector **300** may have an outer housing **301**, a front body **302**, one or more ferrules **303**, one or more ferrule flanges **304**, one or more springs **305**, a back body **306**, a back post **307**, a crimp ring **308**, and a boot **309**. In some embodiments, the back body **306** may comprise one or more protrusions **306.1** which may inter-lock with a window/cutout **302.1** in the front body **302**. This may allow for the back body **306** and the front body **302** to be securely fastened together around the ferrule(s) **303**, ferrule flange(s) **304**, and the spring(s) **305**. The elements of FIG. **3** are configured such that two optical connectors having four LC-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least two optical connectors having a total of eight LC-type optical ferrules may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

Referring now to FIG. **4**, an embodiment is shown wherein the connector **400** is assembled. In some embodiments, the assembled connector may have an outer housing **401**, a front body **402** positioned within the outer housing, one or more ferrules **403**, one or more ferrule flanges (not shown), one or more springs (not shown), a back body **406**, a back post (not shown), a crimp ring (not shown), a boot **409**, and a push-pull tab **410**. In some embodiments, the connector may have one or more latching mechanisms made up of a window **412** on the outer housing **401** near the push-pull tab **410** and a protrusion **413** on the front body. The latching mechanism made up of the window **412** and protrusion **413** securely attaches the outer housing **401** to the front body **402**. In a further embodiment, the outer housing **401** may have a recess **411** to receive a locking tab or locking mechanism from an adapter (depicted in FIG. **13**, below). The recess **411** of the outer housing **401** is used to interlock with an adapter (depicted in FIG. **13**, below) or transceiver receptacle to secure the connector into the adapter. As would be understood by one skilled in the art, the push-pull tab **410** enables removal of the connector from a receptacle without requiring additional tools. Alternatively, the push-pull tab may be eliminated and the connector removed manually. In one or more further embodiments, the outer housing **401** may also have a key **414**. The key **414** may keep the connector in a given orientation when inserted into a receptacle such as an adapter or transceiver.

FIG. **5** depicts a procedure for changing the polarity of the optical connectors of the present disclosure. As shown in FIG. **5**, in some embodiments, the latching mechanism of the connector **500** may be made up of two main parts: a window (not visible) and one or more protrusions **513**. As illustrated in FIG. **5**, the outer housing **501** can slide on to or be removed from the front body **502** by disengaging the latching mechanisms formed by the protrusion **513** exiting through the window, whereby it contacts a rear wall of the window (refer to FIG. **4** for an illustrated example of the outer housing being attached to the front body via the latching mechanism). In some embodiments, the push-pull tab **510** may be permanently attached to the outer housing **501**, as shown.

The front body **502** may be removed from the outer housing **501**, rotated 180° as indicated by arrow **520**, and re-inserted into the outer housing. This allows for a change in the polarity of the front body **502**, as shown by the arrow

8

diagram in FIG. **5**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules.

In some embodiments, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, as shown in FIG. **6**, a connector **600** may in some embodiments, utilize an outer housing **601** that is capable of holding two front bodies **602**. Various other embodiments are disclosed herein, and it should be noted that the embodiments disclosed herein are all non-limiting examples shown for explanatory purposes only.

Accordingly, although the embodiment shown in FIG. **6** utilizes a duplex outer housing **601**, additional or alternative embodiments may exist with more capacity, for example, six or eight optical connectors within a single outer housing. As shown in FIG. **6**, in some embodiments, the outer housing **601** may accept two front bodies **602**, each with two separate ferrules **603**. As shown, the front body(s) **602** may securely fasten to the outer housing **601** via the latching mechanism **612** and **613**. In additional embodiments, the push-pull tab **610** may be modified, as shown, such that a single tab can be used to free the two or more connectors from an adapter. As illustrated in FIG. **6**, the uni-body push-pull tab **610** and the outer housing **601** may have two windows **612** with which to receive multiple protrusions **613** of the front body(s) **602**. As discussed herein the recesses **611** of the outer housing **601** are used to secure the connectors to an adapter (depicted in FIG. **13** below). In one or more further embodiments, the connectors may have individual back bodies **606** and boots **609** (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. **7**, the connector **700** may have a single boot **709** and a duplex (i.e., uni-body) back body **706** instead of individual back bodies (e.g., such as shown in FIG. **6**). In some embodiments, the duplex back body **706** may have different dimensions than that of the individual back bodies of FIG. **6**, such as, for example, they may be longer to accommodate the need for routing the fiber after it exits the boot **709**. As with other embodiments discussed herein, the connector shown in FIG. **7** may also include an outer housing (e.g., duplex outer housing) **701**, one or more ferrules **703**, at least one latching mechanism formed by the protrusion (not shown) exiting through one or more windows **712**, and a push-pull tab **710**.

As stated, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, similar to FIG. **6**, FIG. **8** shows a connector **800** that may, in some embodiments, utilize an outer housing **801** that is capable of holding multiple (e.g., four) front bodies **802**.

As shown in FIG. **8**, some embodiments may have an outer housing **801** able to accept up to four front bodies **802**, each with one or more ferrules **803**. As shown, each front body **802** may securely fasten to the outer housing **801** via the latching mechanism **812** and **813**. In additional embodiments, the push-pull tab **810** may be modified such that a single tab can be used to remove the up to four connectors from an adapter. As illustrated in FIG. **8**, the push-pull tab **810** may include four recesses **811**, which as discussed herein are used to secure the connector to a receptacle such as an adapter (shown in FIG. **13**, below) or the front receptacle portion of a transceiver. In one or more further embodiments, the connectors may have individual back bodies **806** and boots **809** (i.e., one back body/boot per front body) as shown.

US 11,809,006 B2

9

10

Similar to FIG. **8**, FIG. **9** shows an embodiment where the outer housing **901** is able to accept up to four front bodies **902**, each with one or more ferrules **903**. As shown, each front body **902** may securely fasten to the outer housing **901** via the latching mechanism **912** and **913**. In additional embodiments, the push-pull tab **910** may be modified such that a single tab can be used to remove the up to four CS connectors from an adapter. As illustrated in FIG. **9**, the push-pull tab **910** may include four recesses **911**, which as discussed herein are used to secure the connector to an adapter (shown in FIG. **13**, below) or the optical receptacle portion of a transceiver. The FIG. **9** embodiment may utilize a single back body **906** and a single boot **909**. In one or more further embodiments, the connectors may have individual back bodies **906** and boots **909** (i.e., one back body/boot for all four front bodies) as shown.

In another aspect, the present disclosure provides method for reconfiguring optical cables in which the outer housings of the connectors may be removed and the remaining portion of the assembled connector is inserted into a housing having a larger or smaller capacity.

For example, the outer housings of plural two-ferrule capacity housings may be removed and the connector inner body and associated components inserted into a second outer housing that has either a four-ferrule or eight-ferrule capacity. Alternatively, an outer housing with a four-ferrule capacity may be removed and the inner bodies and associated components are inserted into two second outer housings, each of the two second housings having a two-ferrule capacity. Similarly, an outer housing with an eight-ferrule capacity may be removed and replaced by two four-ferrule capacity housing or a four-ferrule capacity and two two-ferrule capacity housings. In this manner, cables may be flexibly reconfigured to match the capacity of a mating optical-electrical component such as a transceiver. This aspect of the present disclosure is demonstrated in connection with FIG. **10**.

Referring now to FIG. **10**, various embodiments may exist such as a single housing **1001** which receives a single connector **1002**. Additional embodiments may also exist, such as a duplex housing **1003** which receives two connectors **1004** and/or a quad housing **1005** which may receive up to four connectors **1006**. It should be understood by one skilled in the art that various other embodiments may exist that are not explicitly shown. For example, a housing with the capacity for 5, 6, 7, 8, 9, 10 or more connectors may be utilized for various embodiments disclosed herein. As shown below, it is desirable to have flexible housing configurations so that connectors may be grouped and ungrouped between optical and optoelectronic components such as adapters and transceivers.

Alternatively, in some embodiments the connector may utilize one or more duplex back bodies with a single boot, similar to that shown in FIG. **7**. Thus, similar to FIG. **7**, an embodiment may allow for a further reduced footprint, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing that may accept up to four front bodies, each with one or more ferrules. In some embodiments, each front body may securely fasten to the outer housing via a latching mechanism. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to free the up to four front bodies from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the

connectors to an adapter (shown in FIG. **13**) or the optical receptacle portion of a transceiver.

In further embodiments, the connector may utilize a single uni-body back body with a single boot (i.e., as shown in FIG. **9**). Thus, an embodiment may allow for a further reduced foot print, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing that may accept up to four front bodies, each with one or more ferrules. Each front body may securely fasten to the outer housing via the latching mechanism as discussed herein. In additional embodiments, the push-pull tab may be modified such that a single tab can be used to remove up to four connectors from an adapter. The push-pull tab may include four openings with which to receive multiple locking tabs of the outer housing. As discussed herein the locking tabs of the outer housing are used to secure the connectors to an adapter.

The optical connectors of the present disclosure are all configured to be received in a receptacle. As used herein, the term "receptacle" relates generically to a housing that receives an optical connector. A receptacle includes both optical adapters, that is, components that mate two or more optical connectors, and transceivers, which include an optical receptacle to hold connectors that are to communicate with an optoelectronic component (e.g., a component that converts optical signals to electrical signals). As shown in FIG. **11**A, in one embodiment **1100**A, the outer housing **1101** may comprise one or more recesses **1111**. As discussed and shown herein, the one or more recesses may allow for a receptacle **1114** to securely connect to the connector **1100**A. Accordingly, in some embodiments, the receptacle **1114** may have a receptacle hook **1115**, which is flexible and can secure the connector **1100**A into the receptacle via latching onto the wall of the recess **1111**, as shown. This latching takes place when the outer housing **1101** is pushed forward into the receptacle. The sloped portions of the outer housing **1101** allow the receptacle hook **1115** to slide up and over the front of the outer housing thereby securing the connector **1100**A into the receptacle.

Additionally, or alternatively, in some embodiments, such as that shown in FIG. **11**B, a connector **11001**B may be removed from a receptacle **1114** by pulling the connector away from the adapter as indicated by the directional arrow. In some embodiments, the force may be applied by a user via the push-pull tab **1110**. Alternatively, when a push-pull tab is not present, the connector may still be manually removed from a receptacle. As shown in FIG. **11**B, as the connector **1100**B is removed from the receptacle **1114**, the flexible receptacle hooks **1115** separate and slide up the slope of the end of the connector and allow for removal of the connector from the receptacle.

Referring now to FIGS. **12**A and **12**B, as discussed herein and previously shown in FIG. **5**, the front body **1202** can be removed from the outer housing **1201**. In some embodiments, a portion of the outer body **1201** can be flexibly extended away from the front body **1202** as shown by the arrows in FIG. **12**A. As discussed herein, in some embodiments, the front body **1202** may comprise a protrusion **1213** which interlocks with a window (not shown) on the outer housing **1201**. Accordingly, when force is applied to the outer housing **1201** in a manner that removes the one or more protrusions **1213** from the one or more windows (not shown, see FIG. **4**), the front body **1202** may be removed from the outer housing.

Referring now to FIG. **13**, an embodiment **1300** is shown in which the connector (not shown in its entirety) is inserted into a receptacle such as adapter **1314**. In this specific

US 11,809,006 B2

11

non-limiting example, the connector is similar to that shown in FIG. 8 (i.e., comprising four front bodies each with their own back body 1306 and boot 1309). However, unlike FIG. 8, the embodiment shown here utilizes four individual push-pull tabs 1310 instead of a duplex push-pull tab system which manipulates two latching tabs per push-pull tab to allow the connector to be removed from the adapter 1314.

Various benefits and details have been discussed herein with regard to the connectors and their modular ability (e.g., to include multiple connectors into a single housing). In addition to the reduced footprint, structural improvements, and cost reduction, various embodiments herein may also be beneficial with regard to reducing the burden of cabling in a data center environment. Illustrative embodiments shown in FIGS. 14A through 14C depict cable configurations that may be used to reduce the complexity of optical cables in a compact environment. Note that any of the optical connectors described in this disclosure may be used in these embodiments, including the optical connectors of FIGS. 21B, 37, and 41, to be discussed in detail below. FIG. 14A shows two duplex cables similar to the cable shown in FIG. 6. In some embodiments, one or more detachable clips 1401 may be attached to two or more zip cables to prevent the zip cables from detaching. This allows for two or more cables to be bundled and reduce the risk of entanglement with additional cables. FIG. 14B is an illustrative example of how easily an embodiment can separate into two individual connectors by unbinding the cables and thus quickly and easily creating two independent fiber optic channels that can move and be connected independently. FIG. 14C shows an embodiment in which a duplex connector like that of FIGS. 6 and 14A is connected to two separate individual connectors. Through the variable housing configurations depicted above in FIG. 10, the cable of FIG. 14A can be reconfigured as the cables of either 14B or FIG. 14C.

In addition to binding existing fiber cables, some embodiments herein may utilize a new four fiber zip cable. Referring now to FIG. 15A, a conventional zip cable (i.e., one with a single fiber strand 1520 per jacket 1521) is shown in comparison with an embodiment in which two fibers 1522 per jacket 1523 are utilized. It should be understood that this is merely a non-limiting example. In some embodiments, multiple fibers may be included per jacket, such as, for example, four fibers per jacket in order to utilize the single boot 909 and uni-body rear body 906 of the connector shown in FIG. 9.

A specific example using multi-strand cables is shown in FIG. 16 for illustrative purposes only. It should be understood that numerous alternatives and modifications are possible, such as, for example, that shown in FIGS. 18A-18B and FIGS. 19A-19D. As shown, a switch (e.g., 100G switch) 1630 is shown with a transceiver (e.g., 100G transceiver) 1631. The transceiver 1631 has a receptacle to receive duplex connectors 1632. From each of the two duplex connectors 1632, a four fiber cable 1633 extends to connect to various other connectors and transceivers. In some embodiments, as discussed herein, a clip (e.g., detachable clip) 1640 may connect two or more cables (e.g., 1633) to ensure the zip cables do not come apart. As shown, one four fiber cable 1633 is split into two two-fiber cables 1634, which are then each attached to a single simplex connector 1635 and placed into a transceiver (e.g., 25G transceiver) 1636. As further shown, one of the four fiber cables 1637 is connected to a single duplex connector 1638, which is then inserted into another transceiver (e.g., 50G transceiver) 1639.

12

An additional or alternative embodiment is shown in FIG. 17. As shown, one or more switches (e.g., 400G switches) 1730 and 1732 are shown each with a transceiver (e.g., 400G transceiver) 1731 and 1733. The first transceiver 1731 has a receptacle that is receiving two simplex (single) connectors 1734 and one duplex (dual) connector 1735. From each of the two simplex connectors 1734, a two fiber cable 1736 extends to connect to various other connectors and transceivers. Similar to FIGS. 14 and 16, some embodiments may have a clip (e.g., detachable clip) 1740 that may connect two or more cables (e.g., 1736, 1738, etc.) to ensure the zip cables do not come apart. From the duplex connector 1735 a four-fiber cable 1737 is split into two two-fiber cables 1738, which are then each attached to a single simplex connector each and placed into a transceiver (e.g., 400G transceiver).

Accordingly, embodiments described herein allow for improvements over the current state of the art. By way of specific example, connectors generally have three types of fixed cables. Moreover, some cables may be bifurcated. As such, the cable cannot be split once installed and the polarity of the cables cannot be changed. Alternatively, the embodiments discussed herein may allow a user to change from a four-way to a 2-Duplex, to a 4-simplex connector, etc. (e.g., FIG. 20). Moreover, as discussed herein, the individual connectors can be split into individual connectors anytime, even after deployment. Additionally, the polarity can be changed within the connectors easily in a manner that does not risk damage to the one or more ferrules and fibers, as discussed above. It should also be noted that the depicted connectors are used herein merely for illustrative purposes, and that various other connectors may be used in any embodiment (e.g., an MT connector, such as that shown in FIGS. 18A-18B, and the optical connectors of FIGS. 21, 37, and 41).

FIGS. 18A-18B depict an optical connector including an MT ferrule 1810 in a housing that is substantially similar to the housing 301 of FIG. 3. As with the embodiment of FIG. 3, the various features of the connector are configured such that two optical connectors having two MT-type optical ferrules may be accommodated in a small form-factor pluggable (SFP) transceiver footprint or at least four optical connectors having a total of four MT-type optical ferrules may be accommodated in a quad small form-factor pluggable (QSFP) transceiver footprint.

FIGS. 19A-19D show alternative embodiments of the optical connectors of FIG. 3 in which the push-pull tabs are not integrated with the optical connector housing. As seen in FIGS. 19A-19B, a push-pull tab 1930 is a separable element from a connector housing. The push-pull tab 1930 actuates a latch 1910 for inserting and extracting the connector from an adapter or transceiver. An alternative latching mechanism is depicted in FIGS. 19C-19D. Latch 1950 includes a notch that is actuated by push-pull tab 1960.

FIG. 20 depicts the disassembly of a four-connector housing (two duplex connectors in a single housing) into two duplex connectors. This may be performed in changing, for example, a connector as shown in FIG. 14A to a connector as shown in FIG. 14C. In FIG. 20, an optical connector 2000 is depicted including a housing 2010 that houses two duplex connectors (four optical fibers). The housing 2010 is removed, leaving the two duplex connectors 2020. Two housings 2030 are then provided and two individual duplex connectors 2040 are then created from the initial single housing connector 2000. This reconfigurable housing simplifies cable management, for example, when

US 11,809,006 B2

13                                                    14

optical cables are interconnected between lower-speed trans-ceivers and higher-speed transceivers as seen in FIG. 16.

FIG. 21A depicts an embodiment of an optical connector **2100**, shown in exploded view while **21**B depicts the optical connector **2100** in an assembled view. Optical connector **2100** may include an outer housing **2110**, a front body **2115**, one or more ferrules **2122**, one or more ferrule flanges **2124**, one or more springs **2125**, a back body **2130**, a back post **2135**, a crimp ring **2140**, and a boot **2145**. The outer housing **2110** may include a longitudinal bore for accommodating the front body **2115** and a ferrule assembly **2120**, a connector alignment key **2105** used during interconnection, a connector flap **2103** and an optional pull tab **2107** to facilitate removal of the connector **2100** when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In prior art optical connectors, an inner enclosed housing was used in place of open front body **2115**. Front body **2115** includes top and bottom portions but no sidewalls, termed "open sidewalls" in this embodiment. By using front body **2115**, space occupied by the prior art inner housing sidewalls becomes available to increase the density of optical connectors within a given footprint, an advantage over prior art connectors. It was determined that the outer housing **2110**, combined with the front body **2115**, provided sufficient mechanical strength and ferrule protection, advantageously providing the space for additional optical connectors. Removal of sidewalls increases available space by 1-2 millimeters.

Note that, in this embodiment, the outer housing is configured to hold two optical ferrules **2122**. Typically, two optical ferrules may be used in a "transmit" and "receive" pairing of optical fibers, called a duplex connector. However, the outer housing may be configured to hold more or fewer optical ferrules including a single optical ferrule, multiples of single optical ferrules, or multiple pairs of optical ferrules, depending upon the application. Further, the front body **2115** may be removed from the outer housing **2110** and the front body placed in a larger outer housing with other front bodies to form a larger optical connector in a manner to be discussed in more detail below. In particular, two front bodies may be used with a four-ferrule outer housing or four front bodies may be used with an eight-ferrule outer housing.

Turning to FIGS. **29**A and **29**B, isometric and front views of the outer housing **2110** are shown. As seen in the front view of FIG. **29**B and the cross-sectional view of FIG. **29**C, connector orientation protrusions **2910** are provided within the interior of the outer housing **2110**. Connector protrusion **2910** is further seen in the inner view of the housing, FIG. **29**E. When the front body is inserted within the longitudinal bore **2101** of outer housing **2110**, the outer housing connector flap **2103** locks the outer housing **2110** to the front body **2115** in the following manner. As the front body **2115** is inserted into the outer housing **2110**, the outer housing locking surface **2114**, best seen in FIG. **27**C, engages the connector orientation protrusion **2910**, seen in an inside view of the outer housing in FIG. **29**D, labelled as "Flap A", flexing the connector flap **2103** outwardly from the outer housing body **2110**, depicted in the inset of FIG. **29**C. The flap protrusion mating location is indicated as "mating place B" in FIG. **29**D. Once the locking surface **2114** passes beyond the orientation protrusion, the connector flap returns to its original position (FIG. **29**A), and the protrusion **2910** engages locking surface **2114** and any withdrawal of the front body assembly from the outer housing **2110** is pre-vented as the proximal end face of the connector flap **2103** is stopped by protrusion **2910**.

FIGS. **35**A-**35**C depict the sequence of operations to remove an assembled front body from the outer housing in order to reverse polarity or to aggregate plural connectors in a multi-connector housing. To separate the front body from the outer housing, the connector flap **2103** is flexed outward using a finger or a tool, as depicted in FIG. **35**B. Flexing the connector flap **2103** outwardly causes the protrusion **2910** to disengage from the front body's outer housing locking surface **2114**, permitting the front body/ferrule assembly **2115** to be removed from the outer housing. This may be performed when it is desired to reverse the polarity of the connector (to be discussed below) or when desiring to aggregate plural connectors into a larger connector housing as discussed above. The separated components are depicted in FIG. **35**C, that is, front body **2115** with the ferrule assembled therein and outer housing **2110**.

In some embodiments, the back body **2130** may comprise one or more protrusions or hooks **2134**, best seen in FIGS. **28**A and **28**B, which may interlock with a back body hook window/cutout **2119** in the front body **2115**. This may allow for the back body **2130** and the front body **2115** to be securely fastened together around the ferrule(s) **2122**, ferrule flange(s) **2124**, and the spring(s) **2125**. The back body **2130** includes a cable bore **2820**, spring guides **2132**, and side protrusions **2810**.

During assembly, the ferrule flanges **2124** fit into ferrule flange alignment slots **2117** (see FIGS. **27**A and **27**B) adjacent the ferrule openings **2116** of the front body **2115**, compressing the springs **2125** (preload) which are positioned along front body spring holders **2118**. The ends of the springs **2125** are secured on spring guides **2132** (FIGS. **28**A, **28**B) of back body **2130** by spring tension. As seen in the assembled cross-sectional views of FIGS. **23**A and **23**B, the springs **2125** are positioned to urge the ferrules **2122** into contact with mating connectors or transceiver optics, ensuring minimum insertion loss. As further seen in FIGS. **27**A and **27**B, the front body includes a receptacle hook recess **2710** with a receptacle hook retainer surface **2720** the receiver a receptacle hook when mating with an adapter or with a transceiver receptacle, as shown in further detail below.

Further reductions in connector size may be obtained by reducing the size of springs **2125**, see FIG. **21**. By using a maximum spring outer diameter of 2.5 mm, the pitch of the ferrules, that is to say, the spacing between adjacent ferrules, may be reduced to 2.6 mm when coupled with the removal of inner housing walls and walls separating adjacent ferrules. This advantage is best seen in FIG. **22** which depicts the front of connector **2100** showing overall connector dimensions and ferrule pitch. The connector size 4.2×8.96× 30.85 mm (excluding optional pull tab **2107** and connector alignment key **2105**) with a ferrule pitch of 2.6 mm.

As best seen in FIG. **21**B, the outer housing **2110** and the front body **2115** together provide a receptacle hook ramp **2940** (on the outer housing) used to guide a receptacle hook into a receptacle hook recess **2170** (in the front body **2115**), also shown in FIGS. **27**A and **27**B (receptacle hook recess **2710** and receptacle hook retainer surface **2720**). The receptacle hook, to be discussed in more detail below, may be from an adapter or a transceiver to secure the optical connector **2100** thereto.

The optical connectors **2100** may be used in a variety of connection environments. In some applications, the optical connectors **2100** will mate with other optical connectors. Typically, this mating will occur with a receptacle such as an

US 11,809,006 B2

15

adapter or optical transceiver receptacle. An exemplary adapter 2400 depicted in FIG. 24 in an exploded view and depicted in FIG. 31 having four mating pairs of optical connectors 2100 latched therein. In other applications, as when an optical signal is to be converted to an electrical signal, the micro optical connectors 2100 will mate with an optical receptacle in a transceiver 3600 as shown in FIG. 36. Typically, transceiver 3600 may be found in a data center, switching center, or any other location where optical signals are to be converted to electrical signals. Transceivers are often a part of another electrical device such as a switch or a server, as is known in the art. Although much of the connection operation of this embodiment will be described with respect to an adapter, 2400, it is understood that substantially similar mechanical retention mechanisms are positioned within the receptacle of transceiver 3600 so that any description of connector retention in adapter 2400 applies in a substantially similar way to retention of an optical connector within transceiver 3600. An example of a transceiver optical receptacle is depicted in FIG. 36B (holding optical connectors 2100); as seen in FIG. 36B, the connection environment is substantially similar to one-half of an adapter 2400.

Turning to FIG. 24, further size reductions in the overall optical assembly of connectors plus adapter or connectors plus transceiver may be obtained through various connection mechanisms to be described with respect to the adapter 2400 but also apply to optical connection features within the front end of transceiver 3600. The adapter 2400 includes an adapter housing 2402 having an adapter alignment assembly 2430 positioned therein. The adapter alignment assembly 2430 includes alignment sleeves 2410 positioned within alignment sleeve openings 2440 of alignment sleeve holders 2442. The adapter alignment assembly further includes receptacle hooks 2302 that will grip optical connectors 2100 through front body connector hook recess 2710 of FIG. 21B. As seen in FIG. 30, receptacle hooks 2302 include an inner surface 3110. The adapter housing 2402 further includes connector alignment slots 2403 that mate with connector alignment key 2105 of FIG. 21A. The connectors 2100 are received through connector opening 2405 of the adapter housing 2402 which also includes flex tab 2401, cutout 2456, mount plate 2452 and panel hook 2490. To assemble the adapter alignment assembly 2430 in the adapter housing 2402, adapter housing hooks 2432 are provided. Adapter housing hooks 2432 are received in housing adapter hook openings.

It should be understood that above description of connection mechanisms with respect to adapter 2400 may be applied in a substantially similar way with respect to the receptacle of transceiver 3600. Particularly, the receptacle of transceiver 3600 may include a receptacle housing having a receptacle alignment assembly positioned therein. The receptacle alignment assembly includes alignment sleeves positioned within alignment sleeve openings of alignment sleeve holders. The receptacle alignment assembly further includes receptacle hooks that will grip optical connectors 2100 through front body connector hook recess 2710 of FIG. 21B. As seen in FIG. 30, receptacle hooks 2302 include an inner surface 3110. The receptacle housing further includes connector alignment slots that mate with connector alignment key of FIG. 21A. The connectors 2100 are received through connector opening of the receptacle housing which also includes flex tab, cutout, mount plate and panel hook. To assemble the receptacle alignment assembly in the recep-

16

tacle housing, receptacle housing hooks are provided. Receptacle housing hooks are received in housing receptacle hook openings.

To further reduce the size of optical connectors and associated mating components, the adapter housing 2402 includes receptacle hook openings 2420, seen in FIGS. 25A and 25B. Receptacle hook openings 2420 accommodate the clearance required by receptacle hooks 2302 when they flex upwards prior to latching with connectors 2100. The interaction of the receptacle hooks 2302, having slanted inner surfaces 3110, with the receptacle hook openings 2420 is best seen in FIGS. 32B and 34A-C. Prior to latching (FIG. 34A), the receptacle hook 2302 is in an unflexed condition within the receptacle (adapter or transceiver). As the connector 2100 is inserted into the adapter housing 2402 or the transceiver, the receptacle ramp 2490 pushes against the receptacle hook inner surfaces 3110, flexing receptacle hook 2302 into the receptacle hook opening 2420. Without providing the opening, additional clearance would need to be provided to accommodate the flexing of the receptacle hook 2302. This additional required clearance is depicted in the prior art connector/adapter of FIG. 32A. As seen in FIG. 32A, a connector latch gap 3210 must be provided in the prior art to accommodate the prior art connector hooks, increasing the overall footprint of the prior art connector/ adapter assembly. By providing receptacle hook openings 2420 in the present disclosure, approximately 2.25 mm of valuable footprint real estate is obtained which may be used to increase connector density.

Another improvement in adapter size is obtained by removing prior art adapter walls between adjacent connectors. This is best seen in the front view of an assembled adapter 2400 shown in FIG. 26. As seen, pairs of ferrule alignment sleeves 2410 are separated only by connector gap 2610 with a 4.35 mm pitch between adjacent connectors. The adapter size is 19.0×10.71×32.5 mm (excluding the adapter flange 2460). Also seen in FIG. 26 is the connector alignment slot 2403, alignment sleeve holder 2442, and a front view of receptacle hooks 2302.

FIG. 31 depicts an assembled adapter 2400 with four pairs of mating connectors 2100 latched therein. Note that in the latched position, receptacle hooks 2302 do not extend into receptacle hook openings 2420. This is further visible in the cross-sectional view of an assembled adapter 2400 of FIG. 25A. Connector alignment keys 2105 are positioned within connector alignment slots 2403. As seen in the cross-sectional view of FIG. 23A, the push-pull tab 2017 may extend beyond the connector boot 2145 providing clearance to easily grip the tab and remove a connector. Also seen in FIG. 31 is adapter flex tab 2401 and panel hook 2490 for interaction with racks or other equipment.

Through the various features described above, the density of optical connectors 2100 that may be provided in the standard transceiver footprint connector spaces may be doubled. For example, in a small form factor pluggable (SFP) footprint of 14×12.25 mm, two connectors 2100 having four LC-type ferrules 2122 of 1.25 mm outer diameter may be accommodated as seen in FIG. 33B. Similarly, in a quad small form factor pluggable (QSFP) footprint of 13.5×19 mm, four connectors 2100 having a total of eight LC-type ferrules 2122 may be accommodated as seen in FIG. 33A. Further, by providing the connectors in transmit and receive pairs, greater flexibility in optical routing is obtained, as demonstrated by previous FIGS. 16 and 17.

Turning to FIG. 37, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the

US 11,809,006 B2

17

optical connector of FIG. 21A et seq. In FIG. 37, connector 3700 may include an outer housing 3710, a front body 3715, one or more ferrules 3722, one or more ferrule flanges 3724, one or more springs 3725, a back body 3730, a back post 3735, a crimp ring 3740 (depicted with an optional heat shrink tube extending therefrom), and a boot 3745. The outer housing 3710 may include a longitudinal bore 3701 for accommodating the front body 3715 and ferrules 3722, a connector alignment key 3705 used during interconnection, a connector flap 3703 and an optional pull tab 3707 to facilitate removal of the connector 3700 when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

In FIG. 38 an isometric view of the front body 3715 is depicted. In this embodiment, the back body hook cutout 3819 has been moved forward, advantageously strengthening the assembled connector in side load environments. An alignment tab 3895 is provided for mating with a receiving recess on the back body. The receptacle hook recess 3910 operates in a substantially similar manner to the recess of FIG. 21A, described above. A ferrule flange alignment slot 3817 is also provided.

In FIG. 39, the back body 3730 is depicted, showing alignment tab recess 3997 for receiving alignment tab 3895. The front body hook 3934, for interconnecting in back body hook cutout 3819, extends outwardly from the main portion of the back body through extended hook arm 3996. Through the extended hook arm 3996 and the alignment tab 3895, breakage during side loads is reduced as the load is redistributed more evenly across the entire connector, reducing stress on the backpost.

As seen in FIGS. 40A-40C, the assembled front body 3715 may be removed from the outer housing 3710, rotated 180° as indicated by the arrow (FIG. 40B), and re-inserted into the outer housing (FIG. 40C). This allows for a change in the polarity of the front body 3715, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules. As described previously with respect to FIGS. 35A-35C, connector flap 3703 is flexed outward to release the front body from the outer housing.

Turning to FIG. 41, another embodiment of an optical connector is depicted. In this embodiment, the last two digits of each element correspond to the similar elements in the micro optical connectors of FIG. 21A and FIG. 37. In FIG. 41, connector 4100 may include an outer housing 4110, a front body 4115, one or more ferrules 4122, one or more springs 4125, a back body 4130, a crimp ring 4140, and a boot 4145. The outer housing 4110 may include a connector flap 4103 and an optional pull tab 4107 to facilitate removal of the connector 4100 when connected in a dense array of optical connectors. Optionally, the ferrules may be LC-type ferrules having an outer diameter of 1.25 mm.

As seen in FIG. 42A, the front body 4015 in this embodiment includes a middle wall 4260 interposed between the ferrules and springs when the front body is assembled. This middle wall reduces the possibility of the springs becoming entangled with each other, binding the connector and breaking the optical fibers. The front body 4015 also includes an alignment cut out guide 4625, seen in the side view of FIG. 42B. The alignment cut out guides the back body 4030 into the front body 4015 during assembly of the connecter, and also further reduces the side load that leads to connector breakage or disconnection of the front body and the back body 4030.

18

Back body 4030, depicted in an enlarged view in FIG. 43, includes an alignment guide 4377 that fits into the alignment cut out guide 4265 of FIG. 42B. The wall structure 4378 also stops the front body to prevent over-compressing the springs and provides strength under a side load.

Various modifications to the outer housing, depicted in FIGS. 44A-44C, may be used with any of the optical connectors depicted in FIGS. 21, 37, and 41 or earlier embodiments. In FIG. 44A, the push-pull tab 3707 may include a release recess 4473. Release recess 4473 permits insertion of a tool or fingernail to remove the connector from an adapter or transceiver, without disturbing adjacent connectors. Similarly, FIG. 44B depicts a release hole 4499 in push-pull tab 3707 to permit insertion of an extraction tool to remove the connector from an adapter or transceiver. FIG. 44C shows a modified connector flap 3703 with an increased cutout size of 1 mm to make it easier to insert a tool or a finger to flex the flap 3703 and remove the front body assembly when making a polarity change or aggregating the front body with other front bodies in a larger outer housing.

Another embodiment of an adapter/transceiver receptacle is depicted in FIG. 45. Unlabeled elements are substantially similar to elements depicted in FIG. 24. In this FIG., adapter housing hooks 4532 can be seen along with receptacle hooks 4502. Turning to the cross-sectional view of the assembled adapter in FIG. 46, the engagement of these elements may be seen.

Another embodiment of an optical connector 4700 is depicted in FIG. 47. The optical connector of FIG. 47 includes outer housing 4710, front body 4715, ferrules 4722, springs 4725, back body 4730, backpost 4735, crimp ring 4740, and boot 4745. Here, the emphasis is on the back body, 4730. A more detailed view of the back body 4730 is presented in FIG. 48. In this embodiment, the backpost flange has a substantially rectangular shape in order to narrow the overall connector profile by approximately 0.5 mm. Back post overmolding 4859 accommodates the back post flange 4857 and reduces the potential for back post breakage. The back wall 4853 is extended in length to 3 mm from 1.5 mm to improve the sideload strength of the overall connector. The crimp ring positioning 4855 is inversed from earlier embodiments to improve holding of aramid fiber from an optical fiber cable, improving cable retention of the back post.

Many advantages are achieved by the backpost of FIG. 48. In addition to increased connector strength, a longer fiber path 4901 is provided as shown in FIG. 49. This longer fiber path, approximately 1.5 mm longer than in previous embodiments, allows for a gentler curve as the fibers are split from the fiber optic cable, improving insertion and return loss of the fibers. In FIG. 49, the back wall 4853 can be seen as a portion of the back body 4730.

In view of the various modifications of this embodiment, FIG. 50 depicts a connector 4700 front view showing overall reduced connector width of 3.85 mm. Such a size reduction permits 4 optical connectors (a total of 8 ferrules) to be accommodated in a transceiver or connector footprint of 16 mm (including tolerances). Thus, the connectors of the present invention may be used to connect 8 LC-ferrule-housed fibers in a QSFP footprint.

To further decrease the space required by the optical connectors, a side thickness reduction may be carried out on the boot of connector 4700. Side thickness reduction 5103, depicted in FIG. 51, narrows the thickness of the boot on either side, reducing the space required by the boot to the 3.85 mm profile of connector 4700. Thus four connectors will fit in the QSFP transceiver footprint. This footprint is

US 11,809,006 B2

19

shown in the adapter front view of FIG. **52**—as noted above, the front view of an adapter and that of a transceiver are substantially similar from the optical perspective. In FIG. **52**, the adapter inner wall is reduced from 17.4 mm to 16 mm. All of the modifications set forth in the FIG. **47** et seq. embodiment make it possible for the four connectors to fit in the profile of FIG. **52**.

In some embodiments, as shown in FIG. **53**, a connector **10300** may comprise various components. Referring to FIG. **53**, an illustrative embodiment of a connector **10300** is shown in an exploded view to display detail. In some embodiments, and as discussed further herein, a connector **10300** may have an outer housing **10301**, a front body **10302**, one or more ferrules **10303**, one or more ferrule flanges **10304**, one or more springs **10305**, a back body **10306**, a back post **10307**, a crimp ring **10308**, a boot **10309**, and a push-pull tab **10310**. In some embodiments, the back body **10306** may comprise one or more protrusions **10306.1** which may interlock with a window/cutout **10302.1** in the front body **10302**. This may allow for the back body **10306** and the front body **10302** to be securely fastened together around the ferrule(s) **10303**, ferrule flange(s) **10304**, and the spring(s) **10305**.

Referring now to FIG. **54**, an embodiment is shown wherein the connector **10400** is assembled. In some embodiments, the assembled connector may have an outer housing **10401**, a front body (not shown, see FIGS. **53** and **55**), one or more ferrules **10403**, one or more ferrule flanges (not shown), one or more springs (not shown), a back body **10406**, a back post (not shown), a crimp ring (not shown), a boot **10409**, a push-pull tab **10410**, and one or more latching mechanisms made up of a window **10412** on the outer housing and a protrusion **10413** on the front body. The latching mechanism **10412** and **10413** securely attaches the outer housing **10401** to the front body. In a further embodiment, the push-pull tab **10410** may have an opening to receive a locking tab **10411**. The locking tab **10411** of the outer housing **10401** is used to interlock with an adapter (not shown) to secure the connector into the adapter. As would be understood by one skilled in the art, the push-pull tab **10410** enables easy manipulation of the locking tab **10411** to allow for removal of the connector from the adapter without requiring additional tools.

As shown in FIG. **55**, in some embodiments, the latching mechanism of the connector **10500** may be made up of two parts: a window **10512** and a protrusion **10513**. As illustrated in FIG. **55**, the outer housing **10501** can slide on to or be removed from the front body **10502** by disengaging the latching mechanisms formed by the protrusion **10513** exiting through the window **10512**, whereby it contacts a side wall of the window (refer to FIG. **54** for an illustrated example of the outer housing being attached to the front body via the latching mechanism). In some embodiments, the push-pull tab **10510** may also be detached from the outer housing **10501**, as shown.

In a further embodiment, the front body **10502** may be removed from the outer housing **10501**, rotated 180°, and re-inserted into the outer housing. This allows for a change in the polarity of the front body **10502**, as shown by the arrow diagram in FIG. **55**, and therefore the ferrules can switch quickly and easily without unnecessarily risking the delicate fiber cables and ferrules.

In some embodiments, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, as shown in FIG. **56**, a connector **10600** may in some embodiments, utilize an outer housing **10601** that is

20

capable of holding two front bodies (not shown). Various other embodiments are disclosed herein, and it should be noted that the embodiments disclosed herein are all non-limiting examples shown for explanatory purposes only.

Accordingly, although the embodiment shown in FIG. **56** utilizes a duplex outer housing **10601**, additional or alternative embodiments may exist with more capacity. As shown in FIG. **56**, in some embodiments, the outer housing **10601** may accept two front bodies (not shown), each with two separate ferrules **10603**. As shown, the front body (not shown) may securely fasten to the outer housing **10601** via the latching mechanism **10612** and **10613**. In additional embodiments, the push-pull tab **10610** may be modified, as shown, such that a single tab can be used to free the two or more connectors from an adapter. As illustrated in FIG. **56**, the push-pull tab **10610** may include two openings with which to receive multiple locking tabs **10611** of the outer housing **10601**. As discussed herein the locking tabs **10611** of the outer housing **10601** are used to secure the connectors to an adapter (not shown). In one or more further embodiments, the connectors may have individual back bodies **10606** and boots **10609** (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. **57**, the connector **10700** may have a single boot **10709** and a duplex (i.e., uni-body) back body **10706** instead of individual back bodies (e.g., such as shown in FIG. **56**). In some embodiments, the duplex back body **10706** may have different dimensions than that of the individual back bodies of FIG. **56**, such as, for example, they may be longer to accommodate the need for routing the fiber after it exits the boot **10709**. As with other embodiments discussed herein, the connector shown in FIG. **57** may also include an outer housing (e.g., duplex outer housing) **10701**, one or more ferrules **10703**, at least one latching mechanism formed by the protrusion **10713** exiting through the window **10712**, and push-pull tab **10710**.

As stated, it may be beneficial to connect two or more connectors together to increase structural integrity, reduce the overall footprint, and cut manufacturing costs. Accordingly, similarly to FIG. **56**, FIG. **58** shows a connector **10800** that may, in some embodiments, utilize an outer housing **10801** that is capable of holding multiple (e.g., four) front bodies (not shown).

As shown in FIG. **58**, some embodiments may have an outer housing **10801** able to accept up to four front bodies, each with one or more ferrules **10803**. As shown, each front body (not shown) may securely fasten to the outer housing **10801** via the latching mechanism **10812** and **10813**. In additional embodiments, the push-pull tab **10810** may be modified, as shown, such that a single tab can be used to free the up to four connectors from an adapter. As illustrated in FIG. **58**, the push-pull tab **10810** may include four openings with which to receive multiple locking tabs **10811** of the outer housing **10801**. As discussed herein the locking tabs **10811** of the outer housing **10801** are used to secure the connectors to an adapter (not shown). In one or more further embodiments, the connectors may have individual back bodies **10806** and boots **10809** (i.e., one back body/boot per front body) as shown.

Alternatively, in some embodiments, such as that shown in FIG. **59**, the connector **10900** may utilize one or more duplex back bodies **10906** with a single boot **10909**, similar to that shown in FIG. **57**. Thus, similar to FIG. **57**, the embodiment shown in FIG. **59** may allow for a further reduced foot print, less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may

US 11,809,006 B2

21 22

have an outer housing **10901** may accept up to four front bodies, each with one or more ferrules **10903**. As shown, each front body (not shown) may securely fasten to the outer housing **10901** via the latching mechanism **10912** and **10913**. In additional embodiments, the push-pull tab **10910** may be modified, as shown, such that a single tab can be used to free the up to four front bodies from an adapter. As illustrated in FIG. **59**, the push-pull tab **10910** may include four openings with which to receive multiple locking tabs **10911** of the outer housing **10901**. As discussed herein the locking tabs **911** of the outer housing **10901** are used to secure the connectors to an adapter (not shown).

In further embodiments, such as that shown in FIG. **60**, the connector **101000** may utilize a single uni-body back body **101006** with a single boot **101009**. Thus, the embodiment shown in FIG. **59** may allow for a further reduced foot print, even less cabling, and easier maintenance of the connector. Accordingly, one or more embodiments may have an outer housing **101001** that may accept up to four front bodies, each with one or more ferrules **101003**. As shown, each front body (not shown) may securely fasten to the outer housing **101001** via the latching mechanism **101012** and **101013**. In additional embodiments, the push-pull tab **101010** may be modified, as shown, such that a single tab can be used to free up to four connectors from an adapter. As illustrated in FIG. **60**, the push-pull tab **101010** may include four openings with which to receive multiple locking tabs **101011** of the outer housing **101001**. As discussed herein the locking tabs **101011** of the outer housing **101001** are used to secure the connectors to an adapter (not shown).

Referring now to FIG. **61**, an embodiment **101100** is shown in which the connector (not shown in its entirety) is inserted into an adapter **101114**. In this specific non-limiting example, the connector is similar to that shown in FIG. **58** (i.e., comprising four front bodies each with their own back body **101106** and boot **101109**). However, unlike FIG. **58**, the embodiment shown here utilizes four individual push-pull tabs **101110** instead of a single push-pull tab which manipulates four latching tabs to allow the connector to be removed from the adapter **101114**.

Various benefits and details have been discussed herein with regard to the connectors and their modular ability (e.g., to include multiple connectors into a single unit). In addition to the reduced footprint, structural improvements, and cost reduction, various embodiments herein may also be beneficial with regard to reducing the burden of cabling in a data center environment. Illustrative embodiments shown in FIGS. **62**A through **62**C depict cable configurations that can be used to reduce the complexity of optical cables in a compact environment. FIG. **62**A shows two duplex cables similar to the cable shown in FIG. **56**. This allows for two or more cables to be bundled and reduce the risk of entanglement with additional cables. FIG. **62**B is an illustrative example, of how easily an embodiment can separate into two individual connectors by unbinding the cables and thus quickly and easily creating two independent fiber optic channels that can move independently. FIG. **62**C shows an embodiment in which a duplex connector like that of FIGS. **56** and **62**A is connected to two separate individual connectors.

In addition to binding existing fiber cables, some embodiments herein may utilize a new four fiber zip cable. Referring now to FIG. **63**A, a conventional zip cable (i.e., one with a single fiber strand **101320** per jacket **101321**) is shown in comparison with an embodiment where two fibers **101322** per jacket **101323** may be utilized. It should be understood that this is merely a non-limiting example. In

some embodiments, multiple fibers may be included per jacket, such as, for example, four fibers per jacket in order to utilize the single boot **101009** and uni-body read body **101006** of the connector shown in FIG. **60**.

A specific example using multi-strand cables is shown in FIG. **64** for illustrative purposes only. It should be understood that numerous alternatives and modifications are possible, such as, for example, that shown in FIG. **66**A-**66**B, FIGS. **67**A-**67**D, and **68**A-**68**B. As shown, a switch (e.g., **100**G switch) **101430** is shown with a transceiver (e.g., **100**G transceiver) **101431**. The transceiver **101431** has an adapter to receive two mini duplex connectors **101432**. From each of the two duplex connectors **1432**, a four fiber cable **101433** extends to connect to various other connectors and transceivers. As shown, one four fiber cable **101433** is split into two two-fiber cables **101434**, which are then attached to a single simplex connector **101435** and placed into a transceiver (e.g., **25**G transceiver) **101436**. As further shown, one of the four fiber cables **101437** is connected to a single mini duplex connector **101438**, which is then inserted into another transceiver (e.g., **50**G transceiver) **101439**.

Accordingly, embodiments described herein allow for improvements over the current state of the art. By way of specific example, ROX connectors generally have three types of fixed cables: ROX **1**, ROX **2**, and ROX **4**. Moreover, ROX cables are bifurcated. As such, the cable cannot be split once installed and the polarity of the cables cannot be changed. Alternatively, the embodiments discussed herein may allow a user to change from a four way to a 2-Duplex, to a 4-simplex connector, etc. (e.g., FIG. **69**). Moreover, as discussed herein, the individual connectors can be split into individual connectors anytime, even after deployment. Additionally, as discussed herein, the polarity can be changed within the connectors in an easy manner that does not risk damage to the one or more ferrules. It should also be noted, as discussed herein that connectors are used herein merely for simplicity purposes, and that various other connectors may be used in any embodiment (e.g., an MT connector, such as that shown in FIG. **66**A-**66**B).

In the above detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be used, and other changes may be made, without departing from the spirit or scope of the subject matter presented herein. It will be readily understood that aspects of the present disclosure, as generally described herein, and illustrated in the Figures, can be arranged, substituted, combined, separated, and designed in a wide variety of different configurations, all of which are explicitly contemplated herein.

The present disclosure is not to be limited in terms of the particular embodiments described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Functionally equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims. The present disclosure is to be limited only by the terms of the appended claims, along with the full scope of equivalents to which such claims are entitled. It is to be understood that

US 11,809,006 B2

23

this disclosure is not limited to particular methods, reagents, compounds, compositions or biological systems, which can, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to be limiting.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (for example, bodies of the appended claims) are generally intended as "open" terms (for example, the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," et cetera). While various compositions, methods, and devices are described in terms of "comprising" various components or steps (interpreted as meaning "including, but not limited to"), the compositions, methods, and devices can also "consist essentially of" or "consist of" the various components and steps, and such terminology should be interpreted as defining essentially closed-member groups. It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (for example, "a" and/or "an" should be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should be interpreted to mean at least the recited number (for example, the bare recitation of "two recitations," without other modifiers, means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). In those instances where a convention analogous to "at least one of A, B, or C, et cetera" is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (for example, "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, et cetera). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description,

24

claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B."

In addition, where features or aspects of the disclosure are described in terms of Markush groups, those skilled in the art will recognize that the disclosure is also thereby described in terms of any individual member or subgroup of members of the Markush group.

As will be understood by one skilled in the art, for any and all purposes, such as in terms of providing a written description, all ranges disclosed herein also encompass any and all possible subranges and combinations of subranges thereof. Any listed range can be easily recognized as sufficiently describing and enabling the same range being broken down into at least equal halves, thirds, quarters, fifths, tenths, et cetera As a non-limiting example, each range discussed herein can be readily broken down into a lower third, middle third and upper third, et cetera As will also be understood by one skilled in the art all language such as "up to," "at least," and the like include the number recited and refer to ranges which can be subsequently broken down into subranges as discussed above. Finally, as will be understood by one skilled in the art, a range includes each individual member. Thus, for example, a group having 1-3 cells refers to groups having 1, 2, or 3 cells. Similarly, a group having 1-5 cells refers to groups having 1, 2, 3, 4, or 5 cells, and so forth.

Various of the above-disclosed and other features and functions, or alternatives thereof, may be combined into many other different systems or applications. Various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art, each of which is also intended to be encompassed by the disclosed embodiments.

The invention claimed is:

1. An optical fiber connector for being plugged into a receptacle, the optical fiber connector comprising:

a connector housing having opposite upper and lower sides spaced apart along a connector height and opposite left and right sides spaced apart along a connector width, the connector width being less than the connector height, the upper side of the connector housing defining a groove;

at least one optical fiber ferrule received in the connector housing, the at least one optical fiber ferrule configured to terminate at least two optical fibers and to hold the at least two optical fibers so that tips of the at least two optical fibers are spaced apart along the connector height; and

a push-pull latch release mechanism disposed on the upper wall of the connector housing, the push-pull latch release mechanism comprising a latch component and a remote release component, the latch component configured to latch with the receptacle when the optical fiber connector is plugged into the receptacle, the remote release component including a front section and a rear section, the front section configured to be received in the receptacle when the optical fiber connector is plugged into the receptacle, the rear section configured to extend out of the receptacle when the optical fiber connector is plugged into the receptacle, the front section being slidably constrained in the groove such that the front section can slide along the

US 11,809,006 B2

25

groove to actuate the latch component for unlatching from the receptacle when the remote release component is pulled rearward.

**2**. The optical fiber connector as set forth in claim **1**, wherein the latch component comprises a depressible locking tab.

**3**. The optical fiber connector as set forth in claim **2**, wherein the front section of the remote release component is configured to engage the depressible locking tab inside the receptacle to depress the depressible locking tab.

**4**. The optical fiber connector as set forth in claim **3**, wherein the front section of the remote release component defines an opening, the depressible locking tab extending upward and rearward through the opening.

**5**. The optical fiber connector as set forth in claim **4**, wherein the opening is rectangular.

**6**. The optical fiber connector as set forth in claim **4**, wherein the front section includes an edge defining a front end of the opening, the edge configured to slide rearward along the depressible locking tab inside the receptacle to depress the depressible locking tab.

**7**. The optical fiber connector as set forth in claim **3**, wherein the rear section includes a push-pull tab.

**8**. The optical fiber connector as set forth in claim **1**, wherein the push-pull latch release mechanism does not protrude widthwise beyond the left and right sides of the connector housing.

**9**. The optical fiber connector as set forth in claim **1**, wherein the at least one optical fiber ferrule is a single multifiber ferrule configured to terminate a plurality of optical fibers.

**10**. The optical fiber connector as set forth in claim **9**, wherein the multifiber ferrule is an MT ferrule having opposite upper and lower sides spaced apart along a ferrule height and opposite left and right sides spaced apart along a ferrule width, the ferrule width being less than the ferrule height.

**11**. The optical fiber connector as set forth in claim **1**, further comprising a single cable boot extending rearward from the connector housing for receiving the at least two optical fibers into the optical fiber connector.

**12**. The optical fiber connector as set forth in claim **1**, further comprising at least one ferrule spring configured to urge the at least one ferrule forward in the connector housing.

**13**. The optical fiber connector as set forth in claim **1**, wherein the lower side of the connector housing is free of a groove capable of slidably constraining the front section.

**14**. The optical fiber connector as set forth in claim **1**, wherein the connector housing is formed from a first part, a second part, and a third part; the first part, the second part, and the third part being fastened together to form the connector housing.

**15**. The optical fiber connector as set forth in claim **14**, wherein the optical fiber connector has an exterior and wherein at least a portion of each of the first part, the second part, and the third part is exposed on the exterior of the connector.

**16**. The optical fiber connector as set forth in claim **15**, wherein the connector housing has a front end portion and the first part is an outer connector housing part at the front end portion.

**17**. The optical fiber connector as set forth in claim **16**, wherein the outer connector housing part comprises opposing outer side walls and each of the opposing outer side walls defines a latch opening, wherein the second part comprises opposing inner side wall sections, each of the

26

opposing inner side wall sections comprising an outwardly projecting latch hook configured for latching with the latch opening of one of the opposing outer side walls.

**18**. The optical fiber connector as set forth in claim **17**, wherein the connector housing further comprises a rear end portion opposite the front end portion and wherein the third part is fastened to the second part at the rear end portion at a location rearwardly spaced from the outwardly projecting latch hooks.

**19**. The optical fiber connector as set forth in claim **18**, wherein each of the first part, the second part, and the third part is formed from a single piece of material and wherein the first part, the second part, and the third part fasten to one another via fastening features integrally formed in the first part, the second part, and the third part.

**20**. An optical fiber connector for being plugged into a receptacle, the optical fiber connector comprising:

   a connector housing having opposite upper and lower sides spaced apart along a connector height and opposite left and right sides spaced apart along a connector width, the connector width being less than the connector height, the upper side of the connector housing defining a groove;

   a single multifiber ferrule received in the connector housing, the multifiber ferrule having opposite upper and lower sides spaced apart along a ferrule height and opposite left and right sides spaced apart along a ferrule width, the ferrule width being less than the ferrule height, the multifiber ferrule disposed in the connector housing such that the ferrule width is parallel to the connector width and the ferrule height is parallel to the connector height, the multifiber fiber ferrule configured to terminate a plurality of optical fibers and to hold the optical fibers so that tips of the optical fibers are spaced apart along the connector height;

   a ferrule spring configured to urge the at least one ferrule forward in the connector housing;

   a single cable boot extending rearward from the connector housing for receiving the optical fibers into the optical fiber connector; and

   a push-pull latch release mechanism disposed on the upper wall of the connector housing, the push-pull latch release mechanism comprising a latch component and a remote release component, the latch component configured to latch with the receptacle when the optical fiber connector is plugged into the receptacle, the remote release component including a front section and a rear section, the front section configured to be received in the receptacle when the optical fiber connector is plugged into the receptacle, the rear section configured to extend out of the receptacle when the optical fiber connector is plugged into the receptacle, the front section being slidably constrained in the groove such that the front section can slide along the groove in relation to the connector housing to actuate the latch component for unlatching from the receptacle when the remote release component is pulled rearward;

   wherein the lower side of the connector housing is free of a groove capable of slidably constraining the front section;

   wherein the latch component comprises a depressible locking tab and wherein the front section of the remote release component defines a rectangular opening and includes an edge defining a front end of the opening, the depressible locking tab extending upward and rearward through the rectangular opening, the edge con-

US 11,809,006 B2

27

figured to slide rearward along the depressible locking tab inside the receptacle to depress the depressible locking tab;

wherein the push-pull latch release mechanism does not protrude widthwise beyond the left and right sides of the connector housing.

**21**. The optical fiber connector as set forth in claim **20**, wherein the connector housing is formed from a first part, a second part, and a third part, the first part, the second part, and the third part being fastened together to form the connector housing,

wherein the optical fiber connector has an exterior and wherein at least a portion of each of the first part, the second part, and the third part is exposed on the exterior of the connector;

wherein the connector housing has a front end portion and the first part is an outer connector housing part at the front end portion, the outer connector housing part comprising opposing outer side walls and each of the opposing outer side walls defines a latch opening, wherein the second part comprises opposing inner side wall sections, each of the opposing inner side wall sections comprising an outwardly projecting latch hook configured for latching with the latch opening of one of the opposing outer side walls;

wherein the connector housing further comprises a rear end portion opposite the front end portion and wherein the third part is fastened to the second part at the rear end portion at a location rearwardly spaced from the outwardly projecting latch hooks; and

wherein each of the first part, the second part, and the third part is formed from a single piece of material and wherein the first part, the second part, and the third part fasten to one another via fastening features integrally formed in the first part, the second part, and the third part.

**22**. The optical fiber connector as set forth in claim **4**, wherein the depressible locking tab has a rear facing latch surface and wherein the entire front section of the remote release is below the rear facing latch surface along the connector height.

28

**23**. The optical fiber connector as set forth in claim **22**, wherein the front section of the remote release component includes a substantially planar portion lying flat on top of the upper side of the connector housing, the substantially planar portion defining a front edge of the opening.

**24**. The optical fiber connector as set forth in claim **22**, wherein a portion of the remote release component is slidably received in the groove behind the rear facing latch surface.

**25**. The optical fiber connector as set forth in claim **6**, wherein the front section of the remote release component includes a substantially planar portion lying flat on top of the upper side of the connector housing, the substantially planar portion defining the front edge of the opening.

**26**. The optical fiber connector as set forth in claim **1**, wherein the groove opens upward.

**27**. The optical fiber connector of claim **20**, wherein the depressible locking tab has a rear facing latch surface and wherein the entire front section of the remote release is below the rear facing latch surface along the connector height.

**28**. The optical fiber connector as set forth in claim **27**, wherein the front section of the remote release component includes a substantially planar portion lying flat on top of the upper side of the connector housing, the substantially planar portion defining a front edge of the opening.

**29**. The optical fiber connector as set forth in claim **28**, wherein a portion of the remote release component is slidably received in the groove behind the rear facing latch surface.

**30**. The optical fiber connector as set forth in claim **20**, wherein the front section of the remote release component includes a substantially planar portion lying flat on top of the upper side of the connector housing, the substantially planar portion defining the front edge of the opening.

**31**. The optical fiber connector as set forth in claim **20**, wherein the groove opens upward.

\* \* \* \* \*

# EXHIBIT N

| U.S. Patent No. 11,307,369 | MMC |
|---|---|
| 23. An optical fiber connector comprising: | |
| multi-fiber ferrule configured to terminate a plurality of optical fibers; |  |
| a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing comprising a top portion and a bottom portion spaced apart along a transverse axis perpendicular to the longitudinal axis, the connector housing being configured to hold the multi-fiber ferrule such that the multi-fiber ferrule is exposed through the front end portion for making an optical connection and the plurality of optical fibers are spaced apart from one another in a row extending parallel to the transverse axis, |  |

| U.S. Patent No. 11,307,369 | MMC |
|---|---|
| a depressible latch above the top portion of the connector housing; and |  |
| an elongate arm connected to the connector housing above the top portion and configured to be pulled to actuate the depressible latch; |  |

| U.S. Patent No. 11,307,369 | MMC |
|---|---|
| wherein the connector housing comprises a guide connecting the elongate arm to the optical fiber connector. |  |

# EXHIBIT O

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| 1. An adapter for mating with optical fiber connectors, the adapter comprising: |  |

1

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| an outer housing having a first end portion and a second end portion spaced apart along a longitudinal axis, the outer housing comprising a first side wall and a second side wall spaced apart along a lateral axis perpendicular to the longitudinal axis, the outer housing having a width extending along the lateral axis from the first side wall to the second side wall, the outer housing comprising a upper wall and a lower wall spaced apart along a transverse axis oriented perpendicular to the lateral axis and perpendicular to the longitudinal axis, each of the upper wall and the lower wall having an inner surface, the outer housing defining a plurality of channels spaced apart along the width, each of the channels being configured to receive an optical fiber connector, the plurality of channels including first and second channels; and |  |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| a first longitudinal rib formed on the inner surface of the upper wall at a location spaced apart along the width of the outer housing between the first side wall and the second side wall and a second rib formed on the inner surface of the lower wall at a location spaced apart along the width of the outer housing between the first side wall and the second side wall, the first and second ribs being aligned along the width of the outer housing, the first rib being spaced apart from the second rib along the transverse axis by a transverse gap, | First longitudinal rib  Transverse gap  Second rib |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| wherein the first longitudinal rib and the second longitudinal rib are located between the first and second channels. |  |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| 2. The adapter as set forth in claim 1, wherein the upper wall comprises a first latch opening aligned with the first channel and a second latch opening aligned with the second channel, the first rib being spaced apart between the first latch opening and the second latch opening along the width. |  |
| 3. The adapter as set forth in claim 2, wherein the adapter is configured to receive a first one of the optical fiber connectors in the first channel and a second one of the optical fiber connectors in the second channel such that: | |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
| a flexible latch arm of the first optical fiber connector is latched with the first latch opening and a front section of a remote release of the first optical fiber connector is received in the first channel at a location spaced apart from the first latch opening along the longitudinal axis toward the second end portion of the outer housing; and |  |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
| --- | --- |
| |  |
| a flexible latch arm of the second optical fiber connector is latched with the second latch opening and a front section of a remote release of the second optical fiber connector is received in the first channel at a location spaced apart from the second latch opening along the longitudinal axis toward the second end portion of the outer housing. | |

| U.S. Pat. No. 11,333,836 | MMC Adapters |
|---|---|
|  |  |

# EXHIBIT P

| U.S. Patent No. 11,340,413 | MMC Connector |
|---|---|
| 1. An optical fiber connector comprising: | |
| a housing having a longitudinal axis and a front end portion and a rear end portion spaced apart along the longitudinal axis, the housing comprising opposite first and second end walls spaced apart along a transverse axis oriented perpendicular to the longitudinal axis, the housing comprising opposite first and second side walls spaced apart along a lateral axis oriented perpendicular to the longitudinal axis and the transverse axis; |  |

| U.S. Patent No. 11,340,413 | MMC Connector |
|---|---|
| an MT ferrule received in the housing and exposed through the front end portion of the housing for making an optical connection, the MT ferrule configured to receive plurality of fibers such that the fibers are spaced apart in a row that extends parallel to a fiber alignment axis, the MT ferrule further comprising first and second guide pin openings spaced apart along the fiber alignment axis; and |  |
| a polarity key disposed on the first end wall; | |

| U.S. Patent No. 11,340,413 | MMC Connector |
|---|---|
| wherein each of the first and second end walls has a lateral dimension along the lateral axis and each of the first and second side walls has a transverse dimension along the transverse axis, the lateral dimension being less than the transverse dimension; |  |

| U.S. Patent No. 11,340,413 | MMC Connector |
|---|---|
| wherein the optical fiber connector is configured to latch with a mating adapter and wherein the optical fiber connector is configured to be actuated to unlatch from the mating adapter by displacing a first portion of the optical fiber connector rearward relative to a second portion of the optical fiber connector, wherein said displacing the first portion of the optical fiber connector rearward relative to the second portion of the optical fiber connector displaces the polarity key rearward relative to the MT ferrule. |  |

Latch hook for latching with adapter is connected to polarity key

Boot is pulled to extract MMC connector from adapter. This move polarity key relative to ferrule for depressing latch hook

Insert        Extract

**MMC**

**DirectConec™ Push-Pull System**

DirectConec™ push-pull technology enables the highest functional density in fiber cabling environments without the need for pull tabs or field tools. US Conec has now incorporated this technology into multiple connector platforms including MTP® PRO, ELiMENT™ MDC and Duplex LC Uniboot, and the highest fiber density MMC connectors.

**Features:**

- Effortless insertion and extraction while accessing the strain relief boot

# EXHIBIT Q

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| 1. An optical fiber connector configured for mating with a receptacle, the optical fiber connector comprising: | |
| an MT ferrule configured to hold a plurality of optical fibers; |  |

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| a connector housing having a front end portion and a rear end portion spaced apart along a longitudinal axis, the connector housing configured to hold the MT ferrule such that the MT ferrule is exposed through the front end portion for making an optical connection; |  |
| a depressible latching arm connected to the connector housing for latching with the receptacle when the optical fiber connector is mated with the receptacle to releasably retain the optical fiber connector in the receptacle; and | |

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| a remote release connected to the connector housing for movement relative to the connector housing along the longitudinal axis, the remote release being configured to be pulled rearward along the longitudinal axis to depress the depressible latching arm for releasing the optical fiber connector from the receptacle; |  |

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| wherein the connector housing has a generally rectangular perimeter including opposite first and second walls and opposite third and fourth walls, the depressible latching arm being located on an exterior of the first wall; |  |

| U.S. Patent No. 11,415,760 | MMC Connector |
| --- | --- |
| wherein the first wall of the connector housing defines a groove, the remote release being slidably received in the groove; |  |
| wherein the remote release comprises a lower portion and a narrower portion above the lower portion, the lower portion being wider than the narrower portion; | |

---

[1] Senko refers to black and white line drawings taken from US Conec's own WO 2021/217054 patent application, which drawings are an appropriate proxy for showing how US Conec's MMC product reads on relevant features of the claim.

| U.S. Patent No. 11,415,760 | MMC Connector |
|---|---|
| wherein the groove includes an inner portion and an outer portion, the inner portion being wider than the outer portion, the inner portion of the groove being configured to slidably receive the lower portion of the latch release and the outer portion of the groove being configured to slidably receive the narrower portion of the latch release such that the first wall releasably retains the latch release in the groove. |  |

# EXHIBIT R

| U.S. Pat. No. 10,191,230 C1 | MDC |
|---|---|
| 1. A reversible polarity fiber optic connector comprising: |  Insertion and extraction of the MDC connector occurs with a simple push or pull on a flexible and robust strain relief boot providing functional density in very tight spaces. For faster error free installations, an optional aggregation component will allow for insertion and removal of multiple MDC connectors at once. Polarity of MDC connectors is effortlessly changed in the field or factory to support multiple cabling methodologies without the need for tools and without exposing or twisting delicate fibers. The MDC connector is designed for optimal stability exceeding the requirements of Telcordia GR-326 for carrier or data center applications.<br><br>fiber optic connector |
| at least first and second optical ferrules; | US CONEC    MDC Connector<br>First ferrule<br>Second ferrule<br>Toolless Polarity Reversal |

1

| U.S. Pat. No. 10,191,230 C1 | MDC |
|---|---|
| a connector housing having a longitudinal axis and comprising an exterior portion at least partially surrounding the first and second optical ferrules such that the exterior portion extends 360° circumferentially with respect to the longitudinal axis about a space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall positioned above the first and second optical ferrules and a second exterior wall positioned beneath the first and second optical ferrules; |  |

| U.S. Pat. No. 10,191,230 C1 | MDC |
| --- | --- |
| a latch coupling positioned on each of the first and second exterior walls of the connector housing; |  |

| U.S. Pat. No. 10,191,230 C1 | MDC |
|---|---|
| a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing; |  |

| U.S. Pat. No. 10,191,230 C1 | MDC |
|---|---|
| wherein positioning the removable latch on the first exterior wall of the connector housing yields a fiber optic connector with a first polarity and positioning the removable latch on the second exterior wall of the connector housing yields a fiber optic connector with a second polarity, the second polarity being opposite to the first polarity. |  |

# EXHIBIT S

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| 1. A fiber optic connector comprising: | |
| at least first and second optical ferrules; |  |
| a connector housing having a longitudinal axis and comprising an exterior portion at least partially surrounding the first and second optical ferrules such that the exterior portion circumscribes a space in which each of the first and second optical ferrules are received, the exterior portion comprising a first exterior wall and a second exterior wall on an opposite side of the space from the first exterior wall; |  |

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| a latch coupling positioned on each of the first and second exterior walls of the connector housing; |  |

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| a removable latch for engaging either of the first and second exterior wall latch couplings on the connector housing, whereby the removable latch couples to the respective latch coupling; |  |

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| wherein each latch coupling comprises a groove extending along the axis and having an open axial end; and |  |

| U.S. Pat. No. 11,181,701 B2 | MDC |
|---|---|
| wherein the removable latch comprises a protrusion for being inserted into the open axial end of the groove by movement relative to the housing along the axis. |  |

# EXHIBIT T

| U.S. Pat. No. 11,061,190 | MDC Connector |
|---|---|
| 1. An optical fiber connector comprising: | |
| a front body configured to hold first and second ferrules; | <br><br>Front body<br><br>1st/2nd Ferrules |
| a back body having a proximal end portion and a distal end portion spaced apart along a longitudinal axis, the proximal end portion of the back body configured to couple to the front body, the distal end portion of the back body comprising a cylindrical back post having an outer round surface extending along the longitudinal axis, the back body defining a back body passageway extending from the distal end portion through the proximal end portion; and | <br><br>Proximal      Distal<br><br>Latches on proximal end portion of back body couple back body to to front body here<br><br>Back body<br><br>Cylindrical back post with outer round surface, defines back body passageway |

| U.S. Pat. No. 11,061,190 | MDC Connector |
|---|---|
| a rotatable boot assembly having a proximal end portion and a distal end portion spaced apart along the longitudinal axis, the rotatable boot assembly comprising a main body and a strain relief sleeve extending longitudinally from the main body to the distal end portion of the rotatable boot assembly, the rotatable boot assembly comprising a boot passageway extending from the distal end portion through the main body, the main body comprising an inner round surface extending along the longitudinal axis, the inner round surface defining a proximal end portion of the boot passageway, the rotatable boot assembly configured to be disposed on the back body such that (i) the outer round surface of the back post is matingly received in the inner round surface of the main body and |  |

| U.S. Pat. No. 11,061,190 | MDC Connector |
|---|---|
| (ii) the cable boot member is slidable along the longitudinal axis relative to the back body for releasing the optical fiber connector from an adapter, |  |
| the optical fiber connector being configured to terminate a fiber optic cable such that a jacket of the cable is received in the strain relief sleeve in the boot passageway, the boot passageway and the back body passageway configured to align for passing first and second fibers from the fiber optic cable to the front body to complete a signal path to the first and second ferrules within the front body; | |

| U.S. Pat. No. 11,061,190 | MDC Connector |
|---|---|
| the main body further comprising at least one boot hook configured for releasably securing the multi-purpose rotatable boot assembly against rotation relative to the back body, |  |
| and the rotatable boot assembly further comprising an elongate arm extending longitudinally from the main body in a proximal direction along the longitudinal axis, | |

| U.S. Pat. No. 11,061,190 | MDC Connector |
|---|---|
| the elongate arm being configured for selectively setting the optical fiber connector to each of a first polarity and a second polarity. | Boot assembly is rotatable so that arm attaches to either top or bottom of housing, whereby elongate arm selectively configures connector for either first or second polarity  |

# EXHIBIT U

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| 1. A fiber optic connector comprising: | |
| a connector housing having a longitudinal axis and comprising an exterior portion extending circumferentially about a space with respect to the longitudinal axis, the exterior portion including first and second exterior walls on opposite sides of the longitudinal axis, the connector housing being configured to receive a plurality of optical fibers in the space between the first and second exterior walls, |  |

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| the first exterior wall comprising a first elongate groove along the longitudinal axis and |  |
| the second exterior wall comprising a second elongate groove along the longitudinal axis; and | |

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| a polarity change element comprising a key portion and a tongue, the tongue being configured to be slidably received in a selected one of each of the first elongate groove and the second elongate groove to selectively and releasably position the polarity change element on a corresponding one of the first exterior wall and the second exterior wall such that the key portion is externally positioned on the respective one of the first exterior wall and the second exterior wall, |  |

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| wherein positioning the polarity change element on the first exterior wall such that the key portion is externally positioned on the first exterior wall configures the fiber optic connector in a first polarity configuration and positioning the polarity change element on the second exterior wall such that the key portion is externally positioned on the second exterior wall configures the fiber optic connector in a second polarity configuration; and |  |

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| wherein the fiber optic connector is configured to be plugged into a mating receptacle with the connector housing in a first rotational orientation about the longitudinal axis when the fiber optic connector is in the first polarity configuration and the fiber optic connector is configured to be plugged into the mating receptacle with the connector housing in a second rotational orientation about the longitudinal axis when the fiber optic connector is in the second polarity configuration, the second rotational orientation being offset from the first rotational orientation about the axis by 180°; |  *In both rotational orientations indicated above, MDC connector can be inserted into a mating receptacle.* |

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| wherein the polarity change element comprises opposing lateral tabs defining a first width and the connector housing includes a first pair of projections adjacent the first elongate groove and a second pair of projections adjacent the second elongate groove, the first pair of projections separated by a first opening having a second width and the second pair of projections separated by a second opening having the second width, the first width being greater than the second width; |  |

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| |  |

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| wherein the fiber optic connector is configured so that:<br><br>as the tongue is slidably received in the first elongate groove to position the polarity change element on the first exterior wall to configure the fiber optic connector is in the first polarity configuration, the opposing lateral tabs pass through the first opening in a first longitudinal direction, and |  |

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| when the fiber optic connector is in the first polarity configuration, the opposing lateral tabs are configured to engage the first pair of projections when the polarity change element is urged in a second longitudinal direction opposite the first longitudinal direction in relation to the connector housing to resist withdrawal of the tongue from the first elongate groove, whereby the opposing lateral tabs and the second pair of projections releasably retain the polarity change element on the first exterior wall; and | Opposing lateral tabs will engage first pair of projections when polarity change element is urged in 2nd longitudinal direction to resist withdrawal of tongue (separated in photo to show snap feature) and releasably retain polarity change element on first exterior wall |

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| wherein the fiber optic connector is further configured so that:<br><br>as the tongue is slidably received in the second elongate groove to position the polarity change element on the second exterior wall to configure the fiber optic connector is in second first polarity configuration, the opposing lateral tabs pass through the second opening in the first longitudinal direction, and |  |

As the tongue is slidably received in 2nd elongate groove, lateral tabs of snap feature (indicated by red annotation) pass through 2nd opening (indicated by green annotation)

Simple Polarity

| U.S. Pat. No. 11,391,895 C1 | MDC |
|---|---|
| when the fiber optic connector is in the second polarity configuration, the opposing lateral tabs are configured to engage the second pair of projections when the polarity change element is urged in the second longitudinal direction in relation to the connector housing to resist withdrawal of the tongue from the first elongate groove, whereby the opposing lateral tabs and the second pair of projections releasably retain the polarity change element on the second exterior wall. |  |

Opposing lateral tabs will engage 2nd pair of projections when polarity change element is urged in 2nd longitudinal direction to resist withdrawal of tongue (separated in photo to show snap feature) and releasably retain polarity change element on 2nd exterior wall

# EXHIBIT V

| U.S. Pat. No. 11,435,535 | MDC/MDC Jr. Adapter |
|---|---|
| 1. An adapter for optical connectors, the adapter comprising: | |
| an adapter housing having a first end portion and an opposite second end portion spaced apart along a longitudinal axis, the adapter housing defining a plurality of behind-the-wall ports and a plurality of non-behind-the-wall ports aligned with corresponding behind-the-wall ports, each behind-the-wall port opening through the first end portion of the adapter housing and each non-behind-the-wall port opening through the opposite second end portion of the adapter housing; and |  |

1

| U.S. Pat. No. 11,435,535 | MDC/MDC Jr. Adapter |
|---|---|
| a plurality of ferrule alignment sleeves between each behind-the-wall port and the corresponding non-behind-the-wall port; |  |

| U.S. Pat. No. 11,435,535 | MDC/MDC Jr. Adapter |
|---|---|
| wherein the adapter housing is configured to receive a behind-the-wall optical connector in each behind-the-wall port and a non-behind-the-wall connector in each non-behind-the-wall port, each behind-the-wall connector and each non-behind-the-wall connector comprising a plurality of optical fiber ferrules, the plurality of ferrule alignment sleeves between each behind-the-wall port and the corresponding non-behind-the-wall port configured to receive the plurality of optical ferrules of the behind-the-wall optical connector received in the behind-the-wall port and the plurality of optical ferrules of the non-behind-the-wall connector in received in the non-behind-the-wall port; |  Behind-the-wall ports receive behind the wall connectors. Non-behind-the-wall ports receive non-behind-the-wall connectors |

| U.S. Pat. No. 11,435,535 | MDC/MDC Jr. Adapter |
|---|---|
| wherein the adapter is configured to retain the behind-the-wall connector in the behind-the-wall port and the non-behind-the-wall connector in the non-behind-the-wall port such that an optical connection is made between the plurality of ferrules of the behind-the-wall connector and the plurality of ferrules of the non-behind-the-wall connector in the adapter housing; |  Adapter retains the two types of connectors in the respective ports to make an optical connection between them |

| U.S. Pat. No. 11,435,535 | MDC/MDC Jr. Adapter |
|---|---|
| wherein the adapter housing has an upper wall portion and an opposite lower wall portion, the upper wall portion defining a latch recess for each behind-the-wall port configured to latch with a depressible latch arm on a connector housing of the behind-the-wall connector received in the behind-the-wall port to retain the behind-the-wall connector in the behind-the-wall port. |  |

# EXHIBIT W

| U.S. Pat. No. 11,585,989 | MDC Connector |
|---|---|
| 1. An optical fiber connector comprising: | |
| a front body configured to hold first and second ferrules; |  |
| a back body having a proximal end portion and a distal end portion spaced apart along a longitudinal axis, the proximal end portion of the back body configured to couple to the front body, the back body defining a back body passageway extending from the distal end portion through the proximal end portion; and |  |

1

| U.S. Pat. No. 11,585,989 | MDC Connector |
|---|---|
| a rotatable boot assembly having a proximal end portion and a distal end portion spaced apart along the longitudinal axis, the rotatable boot assembly comprising a main body and a strain relief sleeve extending longitudinally from the main body to the distal end portion of the rotatable boot assembly, the rotatable boot assembly comprising a boot passageway extending from the distal end portion through the main body, |  |

| U.S. Pat. No. 11,585,989 | MDC Connector |
|---|---|
| the rotatable boot assembly configured to be disposed on the back body such that the cable boot member is slidable along the longitudinal axis relative to the back body for releasing the optical fiber connector from an adapter, |  |
| the optical fiber connector being configured to terminate a fiber optic cable such that a jacket of the cable is received in the strain relief sleeve in the boot passageway, the boot passageway and the back body passageway configured to align for passing first and second fibers from the fiber optic cable to the front body to complete a signal path to the first and second ferrules within the front body; | |

| U.S. Pat. No. 11,585,989 | MDC Connector |
|---|---|
| the main body being configured to releasably secure the multi-purpose rotatable boot assembly against rotation relative to the back body, |  |
| and the rotatable boot assembly further comprising an elongate arm extending longitudinally from the main body in a proximal direction along the longitudinal axis, | |

| U.S. Pat. No. 11,585,989 | MDC Connector |
|---|---|
| the elongate arm being configured for selectively setting the optical fiber connector to each of a first polarity and a second polarity. | Boot assembly is rotatable so that arm attaches to either top or bottom of housing, whereby elongate arm selectively configures connector for either first or second polarity<br><br> |

# EXHIBIT X

| U.S. Pat. No. 11,774,685 | MMC Adapters |
|---|---|
| 1. An adapter for mating with a plurality of optical fiber connectors, each of the plurality of optical fiber connectors comprising a connector housing holding multiple optical fibers, a flexible latch arm having a front end and a rear end spaced apart rearward of the front end, and a remote release comprising a front section configured to slide rearward along the flexible latch arm to depress the flexible latch arm, the adapter comprising: |  Remote release front section configured to slide rearward (to the right in the drawing) along the flexible latch arm to depress it<br><br>Flexible latch arm with front (left) end and rear (right end)<br><br>Adapter<br><br>One of four identical connectors that can be mated with the adapter |

| U.S. Pat. No. 11,774,685 | MMC Adapters |
|---|---|
| an outer housing having a first end portion and a second end portion spaced apart along a longitudinal axis and a first side wall and a second side wall spaced apart along a width, the outer housing defining a plurality of channels side-by-side along the width of the outer housing, each of the plurality of channels opening through the first end portion such that the plurality of optical fiber connectors can be inserted forward along the longitudinal axis into the plurality of channels through the first end portion to mate the adapter with the plurality of optical fiber connectors for making an optical connection to the optical fibers via the adapter, the outer housing comprising an upper wall and a lower wall spaced apart along a transverse axis perpendicular to the longitudinal axis, the upper wall defining a plurality of latch openings configured to latch with the flexible latch arms of the plurality of optical fiber connectors, |  |

| U.S. Pat. No. 11,774,685 | MMC Adapters |
|---|---|
| the plurality of channels being configured to receive the plurality of optical fiber connectors such that the front sections of the remote releases are inside the plurality of channels forward of the plurality of latch openings when the plurality of latch openings latch with the flexible latch arms; |  DirectConec™ Push-Pull Boot  Each channel receives a connector so that the front section of the remote release is inside the channel forward of the latch opening |

| U.S. Pat. No. 11,774,685 | MMC Adapters |
|---|---|
| wherein the plurality of channels includes a first channel and a second channel; |  |

| U.S. Pat. No. 11,774,685 | MMC Adapters |
|---|---|
| wherein the plurality of latch openings includes a first latch opening aligned with the first channel and a second latch opening aligned with the second channel; |  |

| U.S. Pat. No. 11,774,685 | MMC Adapters |
|---|---|
| wherein the upper wall comprises a first longitudinal rib projecting inwardly along the transverse axis toward the lower wall and the lower wall comprises a second longitudinal rib projecting inwardly along the transverse axis toward the upper wall, the first longitudinal rib and the second longitudinal rib being aligned along the width of the outer housing and located between the first and second channels, the first longitudinal rib being spaced apart from the second longitudinal rib along the transverse axis by a transverse gap, the first channel being open to the second channel through the transverse gap. |  |

6

# EXHIBIT Y

| U.S. Patent No. 11,809,006 | MMC |
|---|---|
| 1. An optical fiber connector for being plugged into a receptacle, the optical fiber connector comprising: | |
| a connector housing having opposite upper and lower sides spaced apart along a connector height and opposite left and right sides spaced apart along a connector width, the connector width being less than the connector height, |  |

| U.S. Patent No. 11,809,006 | MMC |
|---|---|
| the upper side of the connector housing defining a groove; | Highlighted portion of connector housing defines groove |
| at least one optical fiber ferrule received in the connector housing, the at least one optical fiber ferrule configured to terminate at least two optical fibers and to hold the at least two optical fibers so that tips of the at least two optical fibers are spaced apart along the connector height; and | Fibers spaced apart along connector height<br>Ferrule |

| U.S. Patent No. 11,809,006 | MMC |
|---|---|
| a push-pull latch release mechanism disposed on the upper wall of the connector housing, the push-pull latch release mechanism comprising a latch component and a remote release component, |  |
| the latch component configured to latch with the receptacle when the optical fiber connector is plugged into the receptacle, | |

| U.S. Patent No. 11,809,006 | MMC |
|---|---|
| the remote release component including a front section and a rear section, |  |
| the front section configured to be received in the receptacle when the optical fiber connector is plugged into the receptacle, the rear section configured to extend out of the receptacle when the optical fiber connector is plugged into the receptacle, | |

| U.S. Patent No. 11,809,006 | MMC |
|---|---|
| the front section being slidably constrained in the groove such that the front section can slide along the groove to actuate the latch component for unlatching from the receptacle when the remote release component is pulled rearward. |  |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 1, 2024, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

Joshua M. Weeks
Shawn P. Gannon
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
joshua.weeks@alston.com
shawn.gannon@alston.com

Katherine G. Rubschlager
ALSTON & BIRD LLP
560 Mission Street
Suite 2100
San Francisco, CA 94105
katherine.rubschlager@alston.com

Kirk T. Bradley
Ross R. Barton
Matthew M. Turk
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
kirk.bradley@alston.com
ross.barton@alston.com
matthew.turk@alston.com

Michael J. Newton
ALSTON & BIRD LLP
Chase Tower, Suite 2300
2200 Ross Avenue
Dallas, TX 75201
mike.newton@alston.com

Ty Thomas
Caleb J. Bean
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
ty.thomas@alston.com
caleb.bean@alston.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com

rvrana@ycst.com
astombaugh@ycst.com


*Attorneys for Plaintiff*
*Senko Advanced Components, Inc.*